# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| MARCUS CASTER, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No.: |
| v.  ) | 2:21-cv-00751-WKW-JTA |
| ) | |
| JOHN H. MERRILL, in his official ) | |
| capacity as Alabama Secretary of State, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

Comes now the undersigned, Edmund G. LaCour Jr., and enters his notice of appearance as counsel of record for Defendant John H. Merrill, in his official capacity as Alabama Secretary of State.

Respectfully submitted,

s/ Edmund G. LaCour Jr.
Edmund G. LaCour Jr.
(ASB-9182-U81L)
 *Solicitor General*

State of Alabama
Office of the Attorney General
501 Washington Avenue
Montgomery, Alabama 36130
(334) 242-7300
(334) 353-8400 (fax)
Edmund.lacour@AlabamaAG.gov

*Counsel for Secretary of State Merrill*

## CERTIFICATE OF SERVICE

    I certify that on November 5, 2021, I electronically filed the foregoing notice with the Clerk of the Court using the CM/ECF system, which will send notice to all counsel of record.

s/ Edmund G. LaCour Jr.
*Counsel for Secretary of State Merrill*
