```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602065148
Cashier ID: hseymore
Transaction Date: 11/05/2021
Payer Name: QUINN CONNOR WEAVER

CIVIL FILING FEE- NON-PRISONER
 For: QUINN CONNOR WEAVER
 Case/Party: D-ALM-2-21-CV-000751-001
 Amount:         $402.00

CASH
 Amt Tendered:  $402.00

Total Due:      $402.00
Total Tendered: $402.00
Change Amt:     $0.00

2:21-cv-00751

Caster et al v. Merrill
```