**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
ONE CHURCH STREET, ROOM B-110
MONTGOMERY, ALABAMA 36104

DEBRA P. HACKETT, CLERKTELEPHONE (334) 954-3600

November 8, 2021

# NOTICE OF DEFICIENCY REGARDING CORPORATE/ CONFLICT STATEMENT

**To:**Marcus CasterLaKeisha Chestnut
Bobby Lee DeBouseBenjamin Jones
Rodney Allen LoveManasseh Powell
Ronald SmithWendell Thomas

**From:**Clerk's Office

**Case Style:  Caster et al v. Merrill**

**Case Number: 2:21-cv-00751-WKW-JTA**

Notice is hereby given that pursuant to the Federal Rules of Civil Procedure 7.1 and this Court's General Order Miscellaneous Case No. 00-3047 parties are required to file their Corporate/Conflict Disclosure Statement at their initial appearance.

**No corporate/conflict disclosure statement has been filed by you in this action.**

**This deficiency must be corrected within ten (10) days from this date.   Please refer to attachment.**