# STRICKEN AS AN ERRONEOUS DOCKET ENTRY COUNSEL FILED IN WRONG CASE