**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

ONE CHURCH STREET, RM B-110

MONTGOMERY, ALABAMA 36104

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

November 10, 2021

# NOTICE OF ERROR

**To:** All Counsel of Record

**Case Style:** Caster et al v. Merrill

**Case Number:** 2:21-cv-00751-WKW-JTA

**Referenced Pleading:** Notice of Appearance

**Docket Entry Number:** 12

**The referenced notice was entered on \*\*\*November 9, 2021\*\*\* in this case and is hereby STRICKEN as an erroneous docket entry.   This document was filed in the wrong case.**

**Parties are instructed to disregard docket entry 12, which has been stricken from the record.**