# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
## MONTGOMERY DIVISION

Marcus Caster, Lakeisha Chestnut, Bobby Lee Dubose, Benjamin Jones, Rodney Allen Love, Manasseh Powell, Ronald Smith, and, Wendell Thomas

    Plaintiff,

v.

John H. Merrill, in his official capacity as Alabama Secretary of State

    Defendants,

CASE NO. 2:21-cv-00751-WKW-JTA

## CONFLICT DISCLOSURE STATEMENT

COMES NOW **Benjamin Jones**, a **Plaintiff** in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- [✓] This party is an individual, or
- [ ] This party is a governmental entity, or
- [ ] There are no entities to be reported, or
- [ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| | |
| | |
| | |
| | |

Date: 11/10/2021

Signature: /s/ Richard P. Rouco

Counsel's Name: Richard P. Rouco

Counsel for (print names of all parties): Benjamin Jones

Address: Quinn, Connor, Weaver, Davies & Rouco LLP
Two North Twentieth, 2-20th St N. Suite 930

Telephone Number: Birmingham, AL 35203  205-870-9989

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____MONTGOMERY_____ DIVISION

## CERTIFICATE OF SERVICE

I, __Richard P. Rouco_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by __electronic mail_____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this __10th___ day of __November_____ 20_21_, to:

John H. Merrill

11/10/2021                                        /s/ Richard P. Rouco
Date                                                  Signature