IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__MONTGOMERY__ DIVISION

Marcus Caster, Lakeisha Chestnut, Bobby Lee Dubose, Benjamin Jones, Rodney Allen Love, Manasseh Powell, Ronald Smith, and, Wendell Thomas

Plaintiff,

v.

John H. Merrill, in his official capacity as Alabama Secretary of State

Defendants,

CASE NO. 2:21-cv-00751-WKW-JTA

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW __Manasseh Powell__, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☑ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

11/10/2021
Date

/s/ Richard P. Rouco
(Signature)

Richard P. Rouco
(Counsel's Name)

Mannasseh Powell
Counsel for (print names of all parties)

Quinn, Connor, Weaver, Davies & Rouco LLP
Two North Twentieth, 2-20th St N. Suite 930
Address, City, State Zip Code

Birmingham, AL 35203  205-870-9989
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____MONTGOMERY_____ DIVISION

## CERTIFICATE OF SERVICE

I, __Richard P. Rouco_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by __electronic mail_____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this __10th_____ day of __November_____ 20_21_, to:

John H. Merrill

_____

_____

_____

_____

_____

_____

11/10/2021                                                               /s/ Richard P. Rouco
Date                                                                          Signature