**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    John Merrill
    State Capitol Building
    Suite S-105
    600 Dexter Avenue
    Montgomery, AL 36130

    9590 9402 6975 1225 8617 92

2. Article Number (Transfer from service label)

    7021 0350 0000 1347 6681

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X B. MCCASTER
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   NOV 09 2021

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No
   RECEIVED DATE
   SAC

3. Service Type: 21cv751
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☑ Certified Mail®
   ☑ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt