IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| MARCUS CASTER, LAKEISHA CHESTNUT, BOBBY LEE DUBOSE, BENJAMIN JONES, RODNEY ALLEN LOVE, MANASSEH POWELL, RONALD SMITH, and, WENDELL THOMAS,<br><br>          Plaintiffs,<br><br>v.<br><br>JOHN H. MERRILL, in his official capacity as Alabama Secretary of State,<br><br>          Defendant. | Case No. 2:21-cv-751-WKW-JTA |

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.1, Richard P. Rouco, a member in good standing of the Alabama State Bar and the United States District Court for the Middle District of Alabama, moves this Court for admission *pro hac vice* of Aria C. Branch as counsel for the Plaintiffs. As grounds for this motion, Mr. Rouco certifies the following:

1. Ms. Branch is not a member of the bar of Alabama.

2. Ms. Branch is a member in good standing of the United States District Court for the District of Columbia. A Certificate of Good Standing from the United States District Court for the District of Columbia is attached as Exhibit A.

4. Ms. Branch has never been disbarred, suspended or denied admission to practice law in any jurisdiction. *See*, Exhibit B Declaration of Ms. Branch.

5. Ms. Branch is familiar with the Code of Professional Responsibility, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, and the Federal Rules of Appellate

Procedure, and has reviewed the Local Rules of this Court and understands that he shall be subject to the disciplinary jurisdiction of this Court. *See*, Exhibit B.

6. Ms. Branch understands admission *pro hac vice* is limited to this case and does not constitute formal admission to the bar of this Court. *Id*.

7. Ms. Branch's office address is 10 G Street NE, Suite 600, Washington, DC 20002. Her office phone number is (202) 968-4518. Her email address is ABranch@elias.law.

8. Mr. Rouco is a member in good standing of the bar of this Court and will serve as local counsel for Plaintiffs.

9. The $75.00 fee for admission *pro hac vice* will be submitted with this motion.

Dated: November 12, 2021.                    Respectfully submitted,

*/s/ Richard P. Rouco*
Richard P. Rouco
Counsel for Plaintiffs
ASB-6182-R76R
Quinn Connor Weaver
Davies & Rouco, LLP
2 – 20th Street North, Suite 930
Birmingham, AL 35203
205-870-9989
rrouco@qcwdr.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 12, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I certify that a copy of the foregoing has been served by ordinary U.S. Mail upon all parties for whom counsel has not yet entered an appearance electronically: None.

Dated: November 12, 2021                    /s/   *Richard P. Rouco*
                                            Richard P. Rouco
                                            Counsel for Plaintiffs