

# United States District & Bankruptcy Courts
## for the District of Columbia
### CLERK'S OFFICE
333 Constitution Avenue, NW
Room 1225
Washington, DC  20001

I, **ANGELA D. CAESAR,** Clerk of the United States District Court

for the District of Columbia, do hereby certify that:

## ARIA  C.  BRANCH

was, on the ____4th____ day of ____November____ A.D. ____2019____ admitted  to

practice as an Attorney at Law at the Bar of this Court, and is, according to

the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of

said Court in the City of Washington this ____9th____ day of ____November____

A.D. ____2021____.

**ANGELA D. CAESAR,** Clerk of Courts



By: ____*Natalee McClure*____

**Deputy Clerk**