## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

MARCUS CASTER, LAKEISHA )
CHESTNUT, BOBBY LEE DUBOSE, )
BENJAMIN JONES, RODNEY ALLEN )
LOVE, MANASSEH POWELL, )
RONALD SMITH, and, WENDELL )
THOMAS, )
          )
            Plaintiffs, )     Case No. 2:21-cv-751-WKW-JTA
          )
v. )
          )
JOHN H. MERRILL, in his official )
capacity as Alabama Secretary of State, )
          )
            Defendant. )

### Declaration of Aria C. Branch

Pursuant to 28 U.S.C. § 1746, Ms. Aria C. Branch declares the following:

1.      My name is Aria C. Branch. I am a partner in the D.C. office of the law firm Elias

Law Group LLP. My contact information is 10 G Street NE, Suite 600, Washington, D.C. 20002.

My office number is (202) 968-4518. My email address is ABranch@elias.law.

2.      I am not a member of the bar of the State of Alabama. I am admitted to practice in

the following jurisdictions:

| Jurisdiction | Date Admitted | Bar Number |
|---|---|---|
| Virginia | 12/05/2012 | 83682 |
| District of Columbia | 06/03/2013 | 1014541 |
| U.S. District Court for the Eastern District of Virginia | 04/03/2015 | N/A |
| U.S. District Court for the Western District of Wisconsin | 09/14/2015 | N/A |
| United States Court of Appeals for the Third Circuit | 08/20/2018 | N/A |
| United States Court of Appeals for the Fourth Circuit | 02/08/2019 | N/A |
| United States Court of Appeals for the Fifth Circuit | 08/26/2020 | N/A |
| United States Court of Appeals for the District of Columbia Circuit | 05/19/2021 | 63057 |

| U.S. District Court for the District of Columbia | 11/04/2019 | 1014541 |

3.      I have never been disbarred, suspended or denied admission to practice law in any jurisdiction.

4.      I am familiar with the Code of Professional Responsibility, the Federal Rules of Civil Procedure, the Federal Rules of Evidence and the Federal Rules of Appellate Procedure. I have reviewed the Court's Local Rules of Civil Procedure and understand that I shall be subject to the disciplinary jurisdiction of this Court.

5.      I understand admission *pro hac vice* is limited to this case and does not constitute formal admission to the bar of this Court.

6.      I declare under penalty of perjury that the foregoing is true and correct.

Dated: November  11 , 2021

Aria C. Branch

2