AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the

Eastern District of Washington

## CERTIFICATE OF GOOD STANDING

I, _Sean F. McAvoy_, Clerk of this Court, certify that _Abha Khanna_, Bar # _42612_, was duly admitted to practice in this Court on _02/27/2013_, and is in good standing as a member of the Bar of this Court.

Dated at _Richland, Washington_ on _11/09/2021_
                      (Location)                      (Date)

12:44 pm, Nov 09, 2021

Sean F. McAvoy  
*CLERK*

*DEPUTY CLERK*