IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| MARCUS CASTER, LAKEISHA CHESTNUT, BOBBY LEE DUBOSE, BENJAMIN JONES, RODNEY ALLEN LOVE, MANASSEH POWELL, RONALD SMITH, and, WENDELL THOMAS,<br><br>                Plaintiffs,<br><br>v.<br><br>JOHN H. MERRILL, in his official capacity as Alabama Secretary of State,<br><br>                Defendant. | Case No. 2:21-cv-751-WKW-JTA |

## Declaration of Abha Khanna

Pursuant to 28 U.S.C. § 1746, Ms. Abha Khanna declares the following:

1. My name is Abha Khanna. I am a partner in the Seattle office of the law firm Elias Law Group LLP. My contact information is 1700 Seventh Avenue, Suite 2100, Seattle, WA 98101. My office number is (206) 656-0177. My email address is AKhanna@elias.law.

2. I am not a member of the bar of the State of Alabama. I am admitted to practice in the following jurisdictions:

| Court | Admission Date |
|---|---|
| New York | June 18, 2008 |
| Washington | June 16, 2010 |
| United States Supreme Court | March 26, 2018 |
| United States Court of Appeals, Fourth Circuit | May 6, 2016 |

| | |
|---|---|
| United States Court of Appeals, Eighth Circuit | October 14, 2020 |
| United States Court of Appeals, Ninth Circuit | October 15, 2010 |
| United States Court of Appeals, Eleventh Circuit | November 27, 2018 |
| United States District Court of Washington, Western District | August 3, 2010 |
| United States District Court of Washington, Eastern District | February 27, 2013 |

3.  I have never been disbarred, suspended or denied admission to practice law in any jurisdiction.

4.  I am familiar with the Code of Professional Responsibility, the Federal Rules of Civil Procedure, the Federal Rules of Evidence and the Federal Rules of Appellate Procedure. I have reviewed the Court's Local Rules of Civil Procedure and understand that I shall be subject to the disciplinary jurisdiction of this Court.

5.  I understand admission *pro hac vice* is limited to this case and does not constitute formal admission to the bar of this Court.

6.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 10th, 2021

Abha Khanna