# United States District Court
## Southern District of New York

## Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

　　　　JOSEPH   POSIMATO　　　　, Bar #　　　5648225　　　

was duly admitted to practice in the Court on

　　　　　　April 14, 2020　　　　　　

and is in good standing as a member of the Bar of this Court

Dated at　　500 Pearl St.　　　　　　On　　　November 8, 2021
　　　　　　New York, New York

　　　Ruby J. Krajick　　　　　　By
　　　　Clerk of Court　　　　　　　　　　　Deputy Clerk