IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

MARCUS CASTER, LAKEISHA )
CHESTNUT, BOBBY LEE DUBOSE, )
BENJAMIN JONES, RODNEY ALLEN )
LOVE, MANASSEH POWELL, )
RONALD SMITH, and, WENDELL )
THOMAS, )
                                   )
                 Plaintiffs, )       Case No. 2:21-cv-751-WKW-JTA
                                   )
v. )
                                   )
JOHN H. MERRILL, in his official )
capacity as Alabama Secretary of State, )
                                   )
                 Defendant. )
                                   )

## Declaration of Joseph N. Posimato

Pursuant to 28 U.S.C. § 1746, Mr. Joseph N. Posimato declares the following:

1.     My name is Joseph N. Posimato. I am an associate in the D.C. office of the law firm Elias Law Group LLP. My contact information is 10 G Street NE, Suite 600, Washington, D.C. 20002. My office number is (202) 968-4591. My email address is JPosimato@elias.law.

2.     I am not a member of the bar of the State of Alabama. I am admitted to practice in the following jurisdictions: State of New York; United States District Court for the Southern District of New York; United States District Court for the District of Maryland; United States Court of Appeals for the Fourth Circuit.

3.     I have never been disbarred, suspended or denied admission to practice law in any jurisdiction.

4.     I am familiar with the Code of Professional Responsibility, the Federal Rules of Civil Procedure, the Federal Rules of Evidence and the Federal Rules of Appellate Procedure. I

have reviewed the Court's Local Rules of Civil Procedure and understand that I shall be subject to the disciplinary jurisdiction of this Court.

5. I understand admission *pro hac vice* is limited to this case and does not constitute formal admission to the bar of this Court.

6. I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 10, 2021

*Joseph N. Posimato*