# United States District Court

## Central District of California

## CERTIFICATE OF
## GOOD STANDING

I, KIRY K. GRAY, Clerk of this Court, certify that

_____Lalitha D. Madduri_____, Bar No. __301236__

was duly admitted to practice in this Court on __December 17, 2014__
                                                        DATE

and is in good standing as a member of the Bar of this Court.

Dated at Los Angeles, California

on   __November 8, 2021__
          Date

                                    KIRY K. GRAY
                                    Clerk of Court



                          By  /s/ Shea Bourgeois
                              __Shea Bourgeois__, Deputy Clerk

G-52 (10/15)                CERTIFICATE OF GOOD STANDING - BAR MEMBER