IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| MARCUS CASTER, LAKEISHA CHESTNUT, BOBBY LEE DUBOSE, BENJAMIN JONES, RODNEY ALLEN LOVE, MANASSEH POWELL, RONALD SMITH, and, WENDELL THOMAS,<br><br>     Plaintiffs,<br><br>v.<br><br>JOHN H. MERRILL, in his official capacity as Alabama Secretary of State,<br><br>     Defendant. | Case No. 2:21-cv-751-WKW-JTA |

### Declaration of Lalitha D. Madduri

Pursuant to 28 U.S.C. § 1746, Ms. Lalitha D. Madduri declares the following:

1. My name is Lalitha D. Madduri. I am an associate in the D.C. office of the law firm Elias Law Group LLP. My contact information is 10 G Street NE, Suite 600, Washington, D.C. 20002. My office number is (202) 968-4518. My email address is LMadduri@elias.law.

2. I am not a member of the bar of the State of Alabama. I am admitted to practice in the following jurisdictions:

| Court | Admission Date |
|---|---|
| California | December 2, 2014 |
| Washington, DC | August 10, 2020 |
| Supreme Court of the United States | March 1, 2021 |
| U.S. Court of Appeals for the Third Circuit | November 24, 2020 |

| | |
|---|---|
| U.S. Court of Appeals for the Fourth Circuit | October 13, 2020 |
| U.S. Court of Appeals for the Fifth Circuit | October 14, 2020 |
| U.S. Court of Appeals for the Eleventh Circuit | April 17, 2019 |
| U.S. District Court for the Central District of California | December 2, 2014 |
| U.S. District Court for the District of Columbia | February 1, 2021 |

3. I have never been disbarred, suspended or denied admission to practice law in any jurisdiction.

4. I am familiar with the Code of Professional Responsibility, the Federal Rules of Civil Procedure, the Federal Rules of Evidence and the Federal Rules of Appellate Procedure. I have reviewed the Court's Local Rules of Civil Procedure and understand that I shall be subject to the disciplinary jurisdiction of this Court.

5. I understand admission *pro hac vice* is limited to this case and does not constitute formal admission to the bar of this Court.

6. I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 12, 2021

Lalitha D. Madduri

2