CLOSED,CONFLICT_STMT

# U.S. District Court
## Alabama Middle District (Montgomery)
### CIVIL DOCKET FOR CASE #: 2:21−cv−00751−WKW−JTA

Caster et al v. Merrill  
Assigned to: Honorable Judge William Keith Watkins  
Referred to: Honorable Judge Jerusha T. Adams  
Cause: 42:1973 Voting Rights Act  

Date Filed: 11/04/2021  
Date Terminated: 11/16/2021  
Jury Demand: None  
Nature of Suit: 441 Civil Rights: Voting  
Jurisdiction: Federal Question  

**Plaintiff**

**Marcus Caster**    represented by    **Abha Khanna**  
Elias Law Group LLP  
1700 7th Avenue; Suite 2100  
Seattle, WA 98101−1360  
206−656−0177  
*LEAD ATTORNEY*  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*  
**Bar Status: Pro Hac Vice**

**Aria C. Branch**  
Elias Law Group LLP  
10 G Street NE; Suite 600  
Washington, DC 20002  
202−968−4518  
*LEAD ATTORNEY*  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*  
**Bar Status: Pro Hac Vice**

**Joseph N. Posimato**  
Elias Law Group LLP  
10 G Street, NE; Suite 600  
Washington, DC 20002  
202−968−4518  
*LEAD ATTORNEY*  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*  
**Bar Status: Pro Hac Vice**

**Lalitha D. Madduri**  
Elias Law Group LLP  
10 G Street NE; Suite 600  
Washington, DC 20002  
202−968−4593  
Email: lmadduri@perkinscoie.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
**Bar Status: Pro Hac Vice**

**Olivia N. Sedwick**

                                  Elias Law Group LLP
10 G Street, NE; Suite 600
Washington, DC 20002
202−968−4518
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Richard Paul Rouco**
Quinn, Connor, Weaver, Davies & Rouco
Two North Twentieth Street; Suite 930
Birmingham, AL 35203
205−870−9989
Email: rrouco@qcwdr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Active**

**Plaintiff**

**LaKeisha Chestnut**      represented by    **Abha Khanna**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Aria C. Branch**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Joseph N. Posimato**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Lalitha D. Madduri**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Olivia N. Sedwick**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Richard Paul Rouco**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Active**

**Plaintiff**

**Bobby Lee DeBouse** represented by **Abha Khanna**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Aria C. Branch**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Joseph N. Posimato**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Lalitha D. Madduri**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Olivia N. Sedwick**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Richard Paul Rouco**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Active**

**Plaintiff**

**Benjamin Jones** represented by **Abha Khanna**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Aria C. Branch**

(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Joseph N. Posimato**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Lalitha D. Madduri**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Olivia N. Sedwick**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Richard Paul Rouco**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Active**

**Plaintiff**

**Rodney Allen Love**   represented by   **Abha Khanna**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Aria C. Branch**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Joseph N. Posimato**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Lalitha D. Madduri**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Olivia N. Sedwick**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Richard Paul Rouco**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Active**

**Plaintiff**

**Manasseh Powell** represented by **Abha Khanna**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Aria C. Branch**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Joseph N. Posimato**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Lalitha D. Madduri**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Olivia N. Sedwick**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Richard Paul Rouco**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*
**Bar Status: Active**

**Plaintiff**

**Ronald Smith**      represented by    **Abha Khanna**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Aria C. Branch**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Joseph N. Posimato**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Lalitha D. Madduri**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Olivia N. Sedwick**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Richard Paul Rouco**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Active**

**Plaintiff**

**Wendell Thomas**      represented by    **Abha Khanna**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Aria C. Branch**
(See above for address)

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Joseph N. Posimato**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Lalitha D. Madduri**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Olivia N. Sedwick**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Pro Hac Vice**

**Richard Paul Rouco**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Active**

V.

**Defendant**

**John H. Merrill**
*in his offical offical capacity as Alabama Secretary of State*

represented by **Andrew Reid Harris**
Alabama Attorney General's Office
501 Washington Avenue
Montgomery, AL 36130
334–353–8891
Email: reid.harris@alabamaag.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Active**

**Benjamin Matthew Seiss**
Alabama Attorney General's Office
501 Washington Avenue
Montgomery, AL 36104
334–353–8917
Email: ben.seiss@alabamaag.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Active**

**Brenton Merrill Smith**
Office of the Attorney General of Alabama
501 Washington Avenue
Montgomery, AL 36104
334–353–4336
Fax: 334–353–8400
Email: Brenton.Smith@AlabamaAG.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Active**

**Edmund Gerard LaCour , Jr.**
Office of the Attorney General
501 Washington Ave
Montgomery, AL 36130
334–353–2196
Fax: 334–242–4891
Email: edmund.lacour@alabamaag.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Active**

**James William Davis**
State of Alabama
Office of the Attorney General
501 Washington Avenue
Montgomery, AL 36130
334–242–7300
Fax: 334–353–8400
Email: Jim.Davis@AlabamaAG.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Active**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/04/2021 | Ï 3 | COMPLAINT for Declaratory and Injunctive Relief against John H. Merrill (Filing fee $402.00 receipt number 4602065148.), filed by Manasseh Powell, Bobby Lee DeBouse, Ronald Smith, LaKeisha Chestnut, Wendell Thomas, Marcus Caster, Benjamin Jones, Rodney Allen Love. (Attachments: # 1 Civil Cover Sheet, # 2 fee receipt)(djy, ) Modified on 11/8/2021 to clarify text as reflected in pleading (am, ). (Entered: 11/06/2021) |
| 11/05/2021 | Ï 1 | NOTICE of Appearance by Edmund Gerard LaCour, Jr on behalf of John H. Merrill (LaCour, Edmund) (Entered: 11/05/2021) |
| 11/05/2021 | Ï 2 | NOTICE of Appearance by James William Davis on behalf of John H. Merrill (Davis, James) (Entered: 11/05/2021) |
| 11/08/2021 | Ï 4 | Notice of Deficiency requiring filing of Corporate Disclosure/Conflict Statement sent to Marcus Caster, LaKeisha Chestnut, Bobby Lee DeBouse, Benjamin Jones, Rodney Allen Love, Manasseh Powell, Ronald Smith, & Wendell Thomas; Corporate Disclosures due by 11/18/2021. (Attachments: # 1 Standing Order & Sample)(am, ) (Entered: 11/08/2021) |
| 11/08/2021 | Ï 5 | Notice of Deficiency requiring filing of Corporate Disclosure/Conflict Statement sent to John H. Merrill; Corporate Disclosures due by 11/18/2021. (Attachments: # 1 Standing Order & |

| | | |
|---|---|---|
| | | Sample)(am, ) (Entered: 11/08/2021) |
| 11/08/2021 | Ï 6 | Summons Issued as to John H. Merrill and mailed CMRRR w/ 1 Complaint. (am, ) (Entered: 11/08/2021) |
| 11/08/2021 | Ï 7 | **ORDER: it is ORDERED that the parties shall SHOW CAUSE, if any there be, on or before 11/15/2021, why this action should not be transferred to the Northern District of Alabama, as further set out in Order. Signed by Honorable Judge William Keith Watkins on 11/8/2021. (am, )** (Entered: 11/08/2021) |
| 11/08/2021 | Ï 8 | Corporate/Conflict Disclosure Statement by John H. Merrill re 5 Notice of Deficiency requiring filing of Corporate Disclosure/Conflict Statement. (Davis, James) (Entered: 11/08/2021) |
| 11/08/2021 | Ï 9 | NOTICE of Appearance by Benjamin Matthew Seiss on behalf of John H. Merrill (Seiss, Benjamin) (Entered: 11/08/2021) |
| 11/08/2021 | Ï 10 | NOTICE of Appearance by Brenton Merrill Smith on behalf of John H. Merrill (Smith, Brenton) (Entered: 11/08/2021) |
| 11/09/2021 | Ï 11 | NOTICE of Appearance by Andrew Reid Harris on behalf of John H. Merrill (Harris, Andrew) (Entered: 11/09/2021) |
| 11/09/2021 | Ï 12 | (STRICKEN AS AN ERRONEOUS DOCKET ENTRY – FILED IN WRONG CASE) NOTICE of Appearance by Andrew Reid Harris on behalf of John H. Merrill (Harris, Andrew) Modified on 11/10/2021 (am, ). (Main Document 12 replaced on 11/10/2021) (am, ). (Entered: 11/09/2021) |
| 11/10/2021 | Ï 13 | NOTICE of Error: re: 12 Notice of Appearance which is hereby STRICKEN as an Erroneous docket entry; Counsel filed in the wrong case) (am, ) (Entered: 11/10/2021) |
| 11/10/2021 | Ï 14 | Corporate/Conflict Disclosure Statement by Marcus Caster. (Rouco, Richard) (Entered: 11/10/2021) |
| 11/10/2021 | Ï 15 | Corporate/Conflict Disclosure Statement by LaKeisha Chestnut. (Rouco, Richard) (Entered: 11/10/2021) |
| 11/10/2021 | Ï 16 | Corporate/Conflict Disclosure Statement by Bobby Lee DeBouse. (Rouco, Richard) (Entered: 11/10/2021) |
| 11/10/2021 | Ï 17 | Corporate/Conflict Disclosure Statement by Benjamin Jones. (Rouco, Richard) (Entered: 11/10/2021) |
| 11/10/2021 | Ï 18 | Corporate/Conflict Disclosure Statement by Rodney Allen Love. (Rouco, Richard) (Entered: 11/10/2021) |
| 11/10/2021 | Ï 19 | Corporate/Conflict Disclosure Statement by Manasseh Powell. (Rouco, Richard) (Entered: 11/10/2021) |
| 11/10/2021 | Ï 20 | Corporate/Conflict Disclosure Statement by Ronald Smith. (Rouco, Richard) (Entered: 11/10/2021) |
| 11/10/2021 | Ï 21 | Corporate/Conflict Disclosure Statement by Wendell Thomas. (Rouco, Richard) (Entered: 11/10/2021) |
| 11/12/2021 | Ï 22 | Return Receipt Card showing service of Summons & Complaint signed by B. McCaster for John H. Merrill served on 11/9/2021, answer due 11/30/2021. (am, ) (Entered: 11/12/2021) |
| 11/12/2021 | Ï 23 | Motion for Admission of Aria C. Branch Pro Hac Vice (Filing fee $75.00 receipt number BALMDC−3122462.) by Marcus Caster, LaKeisha Chestnut, Bobby Lee DeBouse, Benjamin Jones, Rodney Allen Love, Manasseh Powell, Ronald Smith, Wendell Thomas. (Attachments: # 1 Exhibit Certificate of Good Standing, # 2 Exhibit Declaration of Aria C. Branch)(Rouco, Richard) |

| | | |
|---|---|---|
| | | Modified on 11/15/2021 to add PHV attorney's name (am, ). (Entered: 11/12/2021) |
| 11/12/2021 | 24 | Motion for Admission Abha Khanna Pro Hac Vice (Filing fee $75.00 receipt number AALMDC−3122483.) by Marcus Caster, LaKeisha Chestnut, Bobby Lee DeBouse, Benjamin Jones, Rodney Allen Love, Manasseh Powell, Ronald Smith, Wendell Thomas. (Attachments: # 1 Exhibit Certificate of Good Standing, # 2 Exhibit Declaration of Abha Khanna)(Rouco, Richard) Modified on 11/15/2021 to add PHV attorney's name (am, ). (Entered: 11/12/2021) |
| 11/12/2021 | 25 | Motion for Admission Joseph N. Posimato Pro Hac Vice (Filing fee $75.00 receipt number AALMDC−3122489.) by Marcus Caster, LaKeisha Chestnut, Bobby Lee DeBouse, Benjamin Jones, Rodney Allen Love, Manasseh Powell, Ronald Smith, Wendell Thomas. (Attachments: # 1 Exhibit Certificate of Good Standing, # 2 Exhibit Declaration of Joseph N. Posimato)(Rouco, Richard) Modified on 11/15/2021 to add PHV attorney's name (am, ). (Entered: 11/12/2021) |
| 11/12/2021 | 26 | Motion for Admission of Lalitha D. Madduri Appear Pro Hac Vice (Filing fee $75.00 receipt number AALMDC−3122494.) by Marcus Caster, LaKeisha Chestnut, Bobby Lee DeBouse, Benjamin Jones, Rodney Allen Love, Manasseh Powell, Ronald Smith, Wendell Thomas. (Attachments: # 1 Exhibit Certificate of Good Standing, # 2 Exhibit Declaration of Lalitha D. Madduri)(Rouco, Richard) Modified on 11/15/2021 to add PHV attorney's name (am, ). (Entered: 11/12/2021) |
| 11/15/2021 | 27 | **TEXT ORDER: GRANTING the 23 Motion for Admission of Aria C. Branch Pro Hac Vice; the 24 Motion for Admission of Abha Khanna Pro Hac Vice; the 25 Motion for Admission of Joseph N. Posimato Pro Hac Vice; and the 26 Motion for Admission of Lalitha D. Madduri Pro Hac Vice. Signed by Honorable Judge William Keith Watkins on 11/15/2021. (NO PDF attached to this entry) (am, )** (Entered: 11/15/2021) |
| 11/15/2021 | 28 | RESPONSE TO 7 ORDER TO SHOW CAUSE by Marcus Caster, Wendell Thomas, Ronald Smith, Manasseh Powell, Rodney Allen Love, Benjamin Jones, Bobby Lee DeBouse, LaKeisha Chestnut. (Rouco, Richard) Modified on 11/16/2021 to add linkage & and add additional plaintiff filer names (am, ). (Entered: 11/15/2021) |
| 11/15/2021 | 29 | RESPONSE TO ORDER TO SHOW CAUSE by John H. Merrill re 7 Order to Show Cause,. (Harris, Andrew) (Entered: 11/15/2021) |
| 11/16/2021 | 30 | **ORDER: it is ORDERED that this action be transferred immediately to the United States District Court for the Northern District of Alabama, as further set out in Order. Signed by Honorable Judge William Keith Watkins on 11/16/2021. (am, )** (Entered: 11/16/2021) |
| 11/16/2021 | | Case transferred to Northern District of Alabama; Electronically transferred via CM/ECF transfer to Clerk. (NO PDF attached to this entry) (am, ) (Entered: 11/16/2021) |