FILED
2021 Nov-17  AM 11:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| MARCUS CASTER, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No.: |
| v. ) | 2:21-cv-01536-AMM |
| ) | |
| JOHN H. MERRILL, in his official ) | |
| capacity as Alabama Secretary of State, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

Comes now the undersigned, A. Barrett Bowdre, and enters his notice of appearance as counsel of record for Defendant John H. Merrill, in his official capacity as Alabama Secretary of State.

Respectfully submitted,

s/ A. Barrett Bowdre
A. Barrett Bowdre
(ASB-2087-K29V)
   *Deputy Solicitor General*

State of Alabama
Office of the Attorney General
501 Washington Avenue
Montgomery, Alabama 36130
(334) 242-7300
(334) 353-8400 (fax)
barrett.bowdre@AlabamaAG.gov

*Counsel for Secretary of State Merrill*

## CERTIFICATE OF SERVICE

    I certify that on November 17, 2021, I electronically filed the foregoing notice with the Clerk of the Court using the CM/ECF system, which will send notice to all counsel of record.

s/ A. Barrett Bowdre
*Counsel for Secretary of State Merrill*
