FILED
2021 Nov-18 PM 12:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| MARCUS CASTER, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No.: |
| v. ) | 2:21-cv-1536-AMM |
| ) | |
| JOHN H. MERRILL, in his official ) | |
| capacity as Alabama Secretary of State, ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF FILING

Defendant John H. Merrill, Secretary of State, gives notice of filing the attached Motion for Status Conference filed in *Singleton v. Merrill*, 2:21-cv-01291-AMM), where he moves the Court to schedule a joint status conference of the parties in that case and two other cases involving challenges to Alabama's Congressional districts: *Milligan v. Merrill*, No. 2:21-cv-1530-AMM (three-judge court), and *Caster v. Merrill*, No. 2:21-cv-01536-AMM.

Defendant notes that all three cases are pending before the same District Judge, and that in *Singleton*, the District Judge to whom the case was initially assigned is sitting as one of three judges on a three-judge court. Defendant notes further that where there is a three-judge court, "[a] single judge may conduct all proceedings except the trial, and enter all orders permitted by the rules of civil procedure except as provided in this subsection." 28 U.S.C. § 2284(b)(3).

Respectfully submitted,

Steve Marshall
*Attorney General*

/s/ James W. Davis
Edmund G. LaCour Jr. (ASB-9182-U81L)
  *Solicitor General*
James W. Davis (ASB-4063-I58J)
  *Deputy Attorney General*
A. Reid Harris (ASB-1624-D29X)
Brenton M. Smith (ASB-1656-X27Q)
Benjamin M. Seiss (ASB-2110-O00W)
  *Assistant Attorneys General*

OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama  36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8400
Edmund.LaCour@AlabamaAG.gov
Jim.Davis@AlabamaAG.gov
Ben.Seiss@AlabamaAG.gov
Reid.Harris@AlabamaAG.gov
Brenton.Smith@AlabamaAG.gov
**Counsel for Secretary Merrill**

## CERTIFICATE OF SERVICE

I certify that on November 18, 2021, I electronically filed the foregoing notice with the Clerk of the Court using the CM/ECF system, which will send notice to all counsel of record.

                          s/ James W. Davis
                          *Counsel for Secretary of State Merrill*