# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **MARCUS CASTER**, *et al.*, | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Case No.: 2:21-cv-1536-AMM |
| | ) |
| **JOHN H. MERRILL**, *in his official capacity as Alabama Secretary of State*, | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

In *Singleton v. Merrill*, Case. No. 2:21-cv-1291 (N.D. Ala.), and *Milligan v. Merrill*, Case No. 2:21-cv-1530 (N.D. Ala.), Defendant filed motions to join the plaintiffs in this action as parties in those actions. In *Singleton*, Defendant also filed a motion to consolidate all three actions. Any objection to Defendant's motions must be filed on or before **MONDAY, NOVEMBER 22, 2021, at 10:00 a.m.** Central Standard Time. Plaintiffs may file any such objection in the docket for this action, and the undersigned will forward it to the three-judge court in those actions.

**DONE** and **ORDERED** this 18th day of November, 2021.



ANNA M. MANASCO
UNITED STATES DISTRICT JUDGE