IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARCUS CASTER, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | Case No. 2:21-cv-01536-AMM |
| ) | |
| JOHN MERRILL, in his official ) | |
| capacity as Alabama Secretary of State, ) | |
| ) | |
| *Defendant*. ) | |

**SECRETARY OF STATE JOHN H. MERRILL'S
<u>AMENDED MOTION FOR PROTECTIVE ORDER (UNOPPOSED)</u>**

Secretary of State John H. Merrill respectfully moves for entry of a protective order that will govern the use of discovery material in which third parties have a privacy interest. Entry of such an order is within this Court's discretion pursuant to Fed. R. Civ. P. 26(c). The parties have consulted, and Plaintiffs do not oppose this motion. In further support of this motion, Secretary Merrill states as follows:

1. Plaintiffs have served discovery requests seeking production of documents, electronically stored information, or other information in which third parties have a privacy interest. For example, Plaintiffs seek production of excerpts of Alabama's voter registration database.

2. The parties have agreed in principle that the database production will include only fields necessary to litigate this case and that personally-identifying

information will be omitted to the extent possible. Nonetheless, the parties agree that to protect third parties, a protective order is appropriate to restrict the use of confidential information and to prohibit unwarranted disclosure.

3. The parties have negotiated the terms of a proposed protective order that is attached hereto as Exhibit A for the Court's consideration and agree that its entry will facilitate discovery.

WHEREFORE, Secretary Merrill moves the Court to enter the attached Protective Order.

*Respectfully submitted*,

Steve Marshall
  *Attorney General*

s/ James W. Davis
Edmund G. LaCour Jr. (ASB-9182-U81L)
  *Solicitor General*

A. Barrett Bowdre (ASB-2087-K29V)
Thomas A. Wilson (ASB-1494-D25C)
  *Deputy Solicitors General*

James W. Davis (ASB-4063-I58J)
Misty S. Fairbanks Messick (ASB-1813-T71F)
Brenton M. Smith (ASB-1656-X27Q)
A. Reid Harris (ASB-1624-D29X)
Benjamin M. Seiss (ASB-2110-O00W)
  *Assistant Attorneys General*

OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
P.O. Box 300152

        Montgomery, Alabama 36130-0152
        Telephone: (334) 242-7300
        Edmund.LaCour@AlabamaAG.gov
        Barrett.Bowdre@AlabamaAG.gov
        Thomas.Wilson@AlabamaAG.gov
        Jim.Davis@AlabamaAG.gov
        Misty.Messick@AlabamaAG.gov
        Brenton.Smith@AlabamaAG.gov
        Reid.Harris@AlabamaAG.gov
        Ben.Seiss@AlabamaAG.gov

        *Counsel for Secretary Merrill*

## CERTIFICATE OF SERVICE

I certify that on December 14, 2021, I electronically filed the foregoing notice with the Clerk of the Court using the CM/ECF system, which will send notice to all counsel of record.

s/ James W. Davis
Counsel for Secretary Merrill
