**Exhibit B – Methodology and Sources**

1. In the preparation of this report, I analyzed population and geographic data from the Decennial Census and the American Community Survey.

2. For my redistricting analysis, I used a geographic information system (GIS) software package called *Maptitude for Redistricting*, developed by the Caliper Corporation. This software is deployed by many local and state governing bodies across the country for redistricting and other types of demographic analysis.

3. The geographic boundary files that I used with *Maptitude* are created from the U.S. Census 2010 TIGER and 2020 TIGER (Topologically Integrated Geographic Encoding and Referencing) files.

4. I used population data from the 2010 and 2020 PL 94-171 data files published by the U.S. Census Bureau. The PL 94-171 dataset is published in electronic format and is the complete count population file designed by the Census Bureau for use in legislative redistricting. The file contains basic race and ethnicity data on the total population and voting-age population found in units of Census geography such as states, counties, municipalities, townships, reservations, school districts, census tracts, census block groups, precincts (called voting districts or "VTDs" by the Census Bureau) and census blocks.

5. I developed the illustrative plans presented in this report using *Maptitude for Redistricting,* The *Maptitude for Redistricting* software processes the

TIGER files to produce a map for display on a computer screen.  The software also merges demographic data from the PL 94-171 files to match the relevant decennial Census geography.

      6.     I also reviewed and used data from the American Community Survey ("ACS") conducted by the Census Bureau – specifically, the 1-year 2019 ACS and the 5-year 2015-2019 ACS Special Tabulation of citizen population and voting age population by race and ethnicity (prepared by the Census Bureau for the U.S. Department of Justice)  and  available from the link below:

https://www.census.gov/programs-surveys/decennial-census/about/voting-rights/cvap.html

# # #