## 2020 Population by County

| County | POP. | BLACK | AP BLACK | % AP BLACK | NH Latino | NH White | % NH White | 18+ POP | 18+ BLACK | 18+ AP BLACK | %18+ AP BLACK | 18+ Latino | NH18+ WHITE | %NH18+ WHITE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AUTAUGA | 58805 | 11445 | 12266 | 20.86% | 2117 | 41582 | 70.71% | 44523 | 8363 | 8706 | 19.55% | 1339 | 32408 | 72.79% |
| BALDWIN | 231767 | 18217 | 20913 | 9.02% | 12686 | 186495 | 80.47% | 182471 | 13593 | 14664 | 8.04% | 8197 | 150877 | 82.69% |
| BARBOUR | 25223 | 11933 | 12261 | 48.61% | 1510 | 11086 | 43.95% | 20134 | 9278 | 9456 | 46.97% | 934 | 9456 | 46.97% |
| BIBB | 22293 | 4413 | 4643 | 20.83% | 740 | 16442 | 73.75% | 17533 | 3564 | 3669 | 20.93% | 463 | 13055 | 74.46% |
| BLOUNT | 59134 | 845 | 1250 | 2.11% | 5771 | 49764 | 84.15% | 45403 | 647 | 797 | 1.76% | 3534 | 39278 | 86.51% |
| BULLOCK | 10357 | 7396 | 7492 | 72.34% | 503 | 2281 | 22.02% | 8356 | 5892 | 5956 | 71.28% | 273 | 2075 | 24.83% |
| BUTLER | 19051 | 8430 | 8742 | 45.89% | 260 | 9679 | 50.81% | 14903 | 6326 | 6498 | 43.60% | 178 | 7953 | 53.37% |
| CALHOUN | 116441 | 25559 | 27445 | 23.57% | 5010 | 79519 | 68.29% | 92289 | 19865 | 20663 | 22.39% | 3229 | 64795 | 70.21% |
| CHAMBERS | 34772 | 13512 | 14009 | 40.29% | 1237 | 18616 | 53.54% | 27791 | 10540 | 10771 | 38.76% | 823 | 15456 | 55.62% |
| CHEROKEE | 24971 | 987 | 1219 | 4.88% | 400 | 22563 | 90.36% | 20169 | 825 | 912 | 4.52% | 246 | 18400 | 91.23% |
| CHILTON | 45014 | 4067 | 4537 | 10.08% | 4418 | 34878 | 77.48% | 34385 | 3069 | 3227 | 9.38% | 2735 | 27517 | 80.03% |
| CHOCTAW | 12665 | 5232 | 5358 | 42.31% | 113 | 7039 | 55.58% | 10168 | 4211 | 4286 | 42.15% | 75 | 5690 | 55.96% |
| CLARKE | 23087 | 10255 | 10514 | 45.54% | 206 | 11970 | 51.85% | 18249 | 7894 | 8024 | 43.97% | 124 | 9799 | 53.70% |
| CLAY | 14236 | 1963 | 2204 | 15.48% | 449 | 11261 | 79.10% | 11299 | 1530 | 1612 | 14.27% | 287 | 9143 | 80.92% |
| CLEBURNE | 15056 | 466 | 556 | 3.69% | 284 | 13740 | 91.26% | 11620 | 372 | 401 | 3.45% | 187 | 10689 | 91.99% |
| COFFEE | 53465 | 8760 | 9834 | 18.39% | 4887 | 35759 | 66.88% | 40774 | 6644 | 7118 | 17.46% | 2996 | 28431 | 69.73% |
| COLBERT | 57227 | 9286 | 10135 | 17.71% | 1732 | 43241 | 75.56% | 45078 | 7169 | 7481 | 16.60% | 1061 | 34902 | 77.43% |
| CONECUH | 11597 | 5104 | 5236 | 45.15% | 256 | 5835 | 50.31% | 9277 | 3961 | 4045 | 43.60% | 155 | 4872 | 52.52% |
| COOSA | 10387 | 3008 | 3168 | 30.50% | 201 | 6807 | 65.53% | 8603 | 2466 | 2559 | 29.75% | 112 | 5753 | 66.87% |
| COVINGTON | 37570 | 4607 | 5088 | 13.54% | 654 | 30657 | 81.60% | 29387 | 3482 | 3634 | 12.37% | 414 | 24420 | 83.10% |
| CRENSHAW | 13194 | 3103 | 3360 | 25.47% | 187 | 9333 | 70.74% | 10360 | 2401 | 2517 | 24.30% | 119 | 7477 | 72.17% |
| CULLMAN | 87866 | 937 | 1408 | 1.60% | 4146 | 78298 | 89.11% | 68240 | 727 | 890 | 1.30% | 2533 | 61747 | 90.49% |
| DALE | 49326 | 10241 | 11239 | 22.79% | 3254 | 32602 | 66.09% | 38048 | 7505 | 7924 | 20.83% | 2101 | 26220 | 68.91% |
| DALLAS | 38462 | 26899 | 27497 | 71.49% | 296 | 10363 | 26.94% | 29613 | 20104 | 20496 | 69.21% | 217 | 8645 | 29.19% |
| DEKALB | 71608 | 1046 | 1595 | 2.23% | 11744 | 54529 | 76.15% | 53920 | 831 | 1036 | 1.92% | 6600 | 43414 | 80.52% |
| ELMORE | 87977 | 18211 | 19305 | 21.94% | 2793 | 62540 | 71.09% | 69005 | 14031 | 14451 | 20.94% | 1786 | 50273 | 72.85% |
| ESCAMBIA | 36757 | 10991 | 11571 | 31.48% | 751 | 22004 | 59.86% | 28575 | 8495 | 8726 | 30.54% | 444 | 17665 | 61.82% |
| ETOWAH | 103436 | 15146 | 16762 | 16.21% | 4895 | 77731 | 75.15% | 81121 | 11488 | 12181 | 15.02% | 2916 | 62803 | 77.42% |
| FAYETTE | 16321 | 1736 | 1961 | 12.02% | 396 | 13552 | 83.03% | 12791 | 1336 | 1428 | 11.16% | 245 | 10805 | 84.47% |
| FRANKLIN | 32113 | 1166 | 1475 | 4.59% | 6259 | 23581 | 73.43% | 23931 | 911 | 1003 | 4.19% | 3729 | 18607 | 77.75% |
| GENEVA | 26659 | 2241 | 2727 | 10.23% | 1296 | 21654 | 81.23% | 20820 | 1775 | 1942 | 9.33% | 793 | 17295 | 83.07% |
| GREENE | 7730 | 6246 | 6354 | 82.20% | 61 | 1285 | 16.62% | 6070 | 4806 | 4886 | 80.49% | 50 | 1099 | 18.11% |
| HALE | 14785 | 8337 | 8533 | 57.71% | 149 | 5972 | 40.39% | 11483 | 6370 | 6494 | 56.55% | 93 | 4793 | 41.74% |
| HENRY | 17146 | 4248 | 4445 | 25.92% | 334 | 11842 | 69.07% | 13641 | 3429 | 3521 | 25.81% | 215 | 9523 | 69.81% |
| HOUSTON | 107202 | 28408 | 30210 | 28.18% | 4481 | 68251 | 63.67% | 82646 | 20476 | 21308 | 25.78% | 2855 | 55285 | 66.89% |

## 2020 Population by County

| County | POP. | BLACK | AP BLACK | % AP BLACK | Latino | NH White | % NH White | 18+ POP | 18+ BLACK | 18+ AP BLACK | %18+ AP BLACK | 18+ Latino | NH18+ WHITE | %NH18+ WHITE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JACKSON | 52579 | 1636 | 2181 | 4.15% | 1681 | 45123 | 85.82% | 41768 | 1309 | 1493 | 3.57% | 1040 | 36475 | 87.33% |
| JEFFERSON | 674721 | 281326 | 289515 | 42.91% | 34856 | 324252 | 48.06% | 527087 | 213751 | 218505 | 41.46% | 22613 | 265750 | 50.42% |
| LAMAR | 13972 | 1425 | 1623 | 11.62% | 208 | 11924 | 85.34% | 11019 | 1145 | 1222 | 11.09% | 133 | 9509 | 86.30% |
| LAUDERDALE | 93564 | 9243 | 10460 | 11.18% | 3078 | 76491 | 81.75% | 74908 | 7061 | 7586 | 10.13% | 1990 | 62564 | 83.52% |
| LAWRENCE | 33073 | 3304 | 3672 | 11.10% | 895 | 24714 | 74.73% | 25878 | 2726 | 2855 | 11.03% | 580 | 19700 | 76.13% |
| LEE | 174241 | 39570 | 42011 | 24.11% | 9135 | 109795 | 63.01% | 136444 | 30298 | 31477 | 23.07% | 6130 | 88441 | 64.82% |
| LIMESTONE | 103570 | 13307 | 14937 | 14.42% | 7248 | 75692 | 73.08% | 79718 | 10495 | 11145 | 13.98% | 4294 | 60128 | 75.43% |
| LOWNDES | 10311 | 7192 | 7336 | 71.15% | 140 | 2807 | 27.22% | 8283 | 5603 | 5724 | 69.11% | 98 | 2426 | 29.29% |
| MACON | 19532 | 15441 | 15792 | 80.85% | 361 | 3187 | 16.32% | 16226 | 12849 | 13096 | 80.71% | 271 | 2699 | 16.63% |
| MADISON | 388153 | 92066 | 99875 | 25.73% | 24936 | 237497 | 61.19% | 304143 | 70675 | 74617 | 24.53% | 16137 | 193636 | 63.67% |
| MARENGO | 19323 | 10188 | 10400 | 53.82% | 368 | 8375 | 43.34% | 15053 | 7735 | 7860 | 52.22% | 262 | 6816 | 45.28% |
| MARION | 29341 | 1106 | 1453 | 4.95% | 863 | 26093 | 88.93% | 23264 | 880 | 992 | 4.26% | 519 | 21022 | 90.36% |
| MARSHALL | 97612 | 2428 | 3286 | 3.37% | 15658 | 74666 | 76.49% | 73530 | 1725 | 2028 | 2.76% | 8841 | 59519 | 80.95% |
| MOBILE | 414809 | 146254 | 152471 | 36.76% | 13425 | 226703 | 54.65% | 319427 | 107190 | 110361 | 34.55% | 9156 | 183208 | 57.36% |
| MONROE | 19772 | 8299 | 8541 | 43.20% | 207 | 10334 | 52.27% | 15562 | 6341 | 6446 | 41.42% | 128 | 8439 | 54.23% |
| MONTGOMERY | 228954 | 130467 | 134029 | 58.54% | 10684 | 73354 | 32.04% | 177427 | 97867 | 99936 | 56.33% | 6663 | 62431 | 35.19% |
| MORGAN | 123421 | 15453 | 17197 | 13.93% | 12377 | 88238 | 71.49% | 95485 | 11562 | 12209 | 12.79% | 7447 | 71523 | 74.90% |
| PERRY | 8511 | 5936 | 6050 | 71.08% | 89 | 2345 | 27.55% | 6740 | 4524 | 4592 | 68.13% | 63 | 2051 | 30.43% |
| PICKENS | 19123 | 7489 | 7718 | 40.36% | 1053 | 10066 | 52.64% | 15447 | 5820 | 5931 | 38.40% | 911 | 8395 | 54.35% |
| PIKE | 33009 | 12138 | 12707 | 38.50% | 905 | 18036 | 54.64% | 26809 | 9524 | 9830 | 36.67% | 622 | 15241 | 56.85% |
| RANDOLPH | 21967 | 3815 | 4118 | 18.75% | 605 | 16629 | 75.70% | 17264 | 2931 | 3030 | 17.55% | 336 | 13420 | 77.73% |
| RUSSELL | 59183 | 26243 | 27708 | 46.82% | 3195 | 26679 | 45.08% | 44681 | 19225 | 19859 | 44.45% | 1945 | 21606 | 48.36% |
| ST. CLAIR | 91103 | 8652 | 9604 | 10.54% | 2575 | 74962 | 82.28% | 70092 | 6631 | 7034 | 10.04% | 1589 | 58554 | 83.54% |
| SHELBY | 223024 | 28939 | 31472 | 14.11% | 16460 | 162712 | 72.96% | 170487 | 21411 | 22511 | 13.20% | 10463 | 128516 | 75.38% |
| SUMTER | 12345 | 8997 | 9117 | 73.85% | 131 | 2937 | 23.79% | 9914 | 7052 | 7144 | 72.06% | 107 | 2530 | 25.52% |
| TALLADEGA | 82149 | 26439 | 27581 | 33.57% | 1779 | 50732 | 61.76% | 65024 | 20345 | 20850 | 32.07% | 1171 | 41371 | 63.62% |
| TALLAPOOSA | 41311 | 10409 | 10860 | 26.29% | 1144 | 28252 | 68.39% | 33012 | 7841 | 8040 | 24.35% | 707 | 23419 | 70.94% |
| TUSCALOOSA | 227036 | 69088 | 71742 | 31.60% | 12298 | 134880 | 59.41% | 179024 | 51418 | 52893 | 29.55% | 8589 | 111143 | 62.08% |
| WALKER | 65342 | 3929 | 4603 | 7.04% | 2152 | 56394 | 86.31% | 51667 | 3026 | 3243 | 6.28% | 1354 | 45315 | 87.71% |
| WASHINGTON | 15388 | 3318 | 3502 | 22.76% | 138 | 10267 | 66.72% | 12081 | 2641 | 2720 | 22.51% | 95 | 8180 | 67.71% |
| WILCOX | 10600 | 7483 | 7598 | 71.68% | 112 | 2866 | 27.04% | 8260 | 5639 | 5713 | 69.16% | 80 | 2445 | 29.60% |
| WINSTON | 23540 | 141 | 265 | 1.13% | 815 | 21598 | 91.75% | 18766 | 107 | 148 | 0.79% | 464 | 17452 | 93.00% |