# Population Summary Report

**Alabama U.S. House -- 2020 Census -- Enacted 2021 Plan**

| District | Population | Deviation | % Deviation | AP Black | % AP Black | Latino | % Latino | NH White | % NH White |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 717754 | 0 | 0.00% | 196827 | 27.42% | 27196 | 3.79% | 455278 | 63.43% |
| 2 | 717755 | 1 | 0.00% | 228648 | 31.86% | 31708 | 4.42% | 426142 | 59.37% |
| 3 | 717754 | 0 | 0.00% | 187284 | 26.09% | 26849 | 3.74% | 473307 | 65.94% |
| 4 | 717754 | 0 | 0.00% | 59655 | 8.31% | 53874 | 7.51% | 573666 | 79.93% |
| 5 | 717754 | 0 | 0.00% | 136782 | 19.06% | 47307 | 6.59% | 491054 | 68.42% |
| 6 | 717754 | 0 | 0.00% | 145897 | 20.33% | 46872 | 6.53% | 491446 | 68.47% |
| 7 | 717754 | 0 | 0.00% | 409643 | 57.07% | 30241 | 4.21% | 260458 | 36.29% |
| Total | 5024279 | | 0.00% | 1364736 | 27.16% | 264047 | 5.26% | 3171351 | 63.12% |

| District | 18+ Pop | 18+ AP Black | % 18+ AP Black | 18+ Latino | % 18+ Latino | 18+ NH White | % 18+ NH White |
|---|---|---|---|---|---|---|---|
| 1 | 557535 | 142777 | 25.61% | 18014 | 3.23% | 367960 | 66.00% |
| 2 | 557677 | 167971 | 30.12% | 19933 | 3.57% | 345900 | 62.03% |
| 3 | 564281 | 141011 | 24.99% | 17334 | 3.07% | 382226 | 67.74% |
| 4 | 556133 | 42819 | 7.70% | 31463 | 5.66% | 458324 | 82.41% |
| 5 | 561187 | 101339 | 18.06% | 29646 | 5.28% | 397809 | 70.89% |
| 6 | 552286 | 104551 | 18.93% | 29711 | 5.38% | 393028 | 71.16% |
| 7 | 568067 | 313904 | 55.26% | 20755 | 3.65% | 219297 | 38.60% |
| Total | 3917166 | 1014372 | 25.90% | 166856 | 4.26% | 2564544 | 65.47% |

| District | % NH Single-Race Black CVAP* | % Latino CVAP | % SR NH White CVAP |
|---|---|---|---|
| 1 | 26.59% | 2.06% | 68.30% |
| 2 | 30.54% | 1.97% | 65.37% |
| 3 | 25.00% | 1.79% | 71.51% |
| 4 | 7.73% | 2.22% | 87.83% |
| 5 | 18.07% | 2.48% | 76.03% |
| 6 | 18.99% | 2.05% | 76.97% |
| 7 | 57.51% | 1.14% | 40.14% |

Note: Citizen Voting Age Population (CVAP) percentages are disaggregated from block-group level ACS estimates (with a survey midpoint of July 2017)

Source for CVAP disaggregation: Redistricting Data Hub
https://redistrictingdatahub.org/dataset/alabama-cvap-data-disaggregated-to-the-block-level-2019/