FILED
2021 Dec-14 PM 01:12
U.S. DISTRICT COURT
N.D. OF ALABAMA

HALE
Greensboro
Marion
PERRY
6
CHILTON
AUTAUGA
ELMORE
Wetumpka
TALLAPOOSA
CHAMBERS
Auburn
Opelika
LEE
Tallassee
Millbrook
Prattville
Phenix City
Columbus
Tuskegee
MACON
3
Montgomery
MONTGOMERY
DALLAS
Selma
RUSSELL
LOWNDES
7
Union Springs
BULLOCK
WILCOX
Camden
Eufaula
Georgetown
BARBOUR
Greenville
Troy
PIKE
Cuthbert
CLARKE
BUTLER
Luverne
Brundidge
Clio
CRENSHAW
2
MONROE
Monroeville
Abbeville
HENRY
Evergreen
Elba
COFFEE
Ozark
DALE
CONECUH
Headland
Blakely
Enterprise
Andalusia
Opp
COVINGTON
Dothan
1
ESCAMBIA
Brewton
GENEVA
Geneva
Atmore
©2019 CALIPER; ©2018 HERE
2021 Enacted Plan
0 10 20
Miles
Alabama U.S. House