

2021 Enacted Plan

Alabama U.S. House