User:
Plan Name: **AL_Enacted Congress 2021 Plan**
Plan Type: **Congress**

# Political Subdivison Splits Between Districts

Sunday, December 5, 2021                                                                                                                4:58 PM

Number of subdivisions not split:
County                                                                  61
Voting District                                                    1,830

Number of subdivisions split into more than one district:
County                                                                   6
Voting District                                                        7

Number of splits involving no population:
County                                                                   0
Voting District                                                        0

### Split Counts

*County*
   Cases where an area is split among 2 Districts: 6
*Voting District*
   Cases where an area is split among 2 Districts: 7

| County | Voting District | District | Population |
|---|---|---|---|
| *Split  Counties:* | | | |
| Chilton AL | | 3 | 12,405 |
| Chilton AL | | 6 | 32,609 |
| Escambia AL | | 1 | 36,018 |
| Escambia AL | | 2 | 739 |
| Jefferson AL | | 6 | 380,694 |
| Jefferson AL | | 7 | 294,027 |
| Lauderdale AL | | 4 | 43,533 |
| Lauderdale AL | | 5 | 50,031 |
| Montgomery AL | | 2 | 166,435 |
| Montgomery AL | | 7 | 62,519 |
| Tuscaloosa AL | | 4 | 42,770 |
| Tuscaloosa AL | | 7 | 184,266 |
| *Split  VTDs:* | | | |
| Chilton AL | Cane Creek Fire St | 3 | 1,378 |
| Chilton AL | Cane Creek Fire St | 6 | 264 |
| Escambia AL | Damascus-Boykin School | 1 | 134 |
| Escambia AL | Damascus-Boykin School | 2 | 482 |
| Jefferson AL | Avondale Public Library | 6 | 3,007 |
| Jefferson AL | Avondale Public Library | 7 | 271 |
| Jefferson AL | Minor FD | 6 | 3,421 |
| Jefferson AL | Minor FD | 7 | 2,128 |
| Lauderdale AL | Killen Ch Christ Annex | 4 | 2,072 |
| Lauderdale AL | Killen Ch Christ Annex | 5 | 2,577 |
| Montgomery AL | Whitfield UM Church | 2 | 4,132 |

**Political Subdivison Splits Between Districts**  AL_adopted_2021_DRA_versi

| County | Voting District | District | Population |
|---|---|---|---|
| Montgomery AL | Whitfield UM Church | 7 | 816 |
| Tuscaloosa AL | Flatwoods Church | 4 | 3 |
| Tuscaloosa AL | Flatwoods Church | 7 | 5,681 |