# Population Summary Report

**Alabama  U.S. House -- 2020 Census -- 2011 Plan**

| District | Population | Deviation | % Deviation | AP Black | % AP Black | Latino | % Latino | NH White | % NH White |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 726276 | 8522 | 1.19% | 199586 | 27.48% | 27287 | 3.76% | 460759 | 63.44% |
| 2 | 693466 | -24288 | -3.38% | 224221 | 32.33% | 31622 | 4.56% | 410733 | 59.23% |
| 3 | 735132 | 17378 | 2.42% | 198228 | 26.96% | 27594 | 3.75% | 474834 | 64.59% |
| 4 | 702982 | -14772 | -2.06% | 54662 | 7.78% | 53410 | 7.60% | 564825 | 80.35% |
| 5 | 761102 | 43348 | 6.04% | 144648 | 19.01% | 49310 | 6.48% | 522888 | 68.70% |
| 6 | 740710 | 22956 | 3.20% | 128681 | 17.37% | 46158 | 6.23% | 530162 | 71.57% |
| 7 | 664611 | -53143 | -7.40% | 414710 | 62.40% | 28666 | 4.31% | 207150 | 31.17% |
| Total | 5024279 | | 13.44% | 1364736 | 27.16% | 264047 | 5.26% | 3171351 | 63.12% |

| District | 18+ Pop | 18+ AP Black | % 18+ AP Black | 18+ Latino | % 18+ Latino | 18+ NH White | % 18+ NH White |
|---|---|---|---|---|---|---|---|
| 1 | 564302 | 144863 | 25.67% | 18071 | 3.20% | 372441 | 66.00% |
| 2 | 539812 | 165202 | 30.60% | 19863 | 3.68% | 333998 | 61.87% |
| 3 | 576455 | 148910 | 25.83% | 17837 | 3.09% | 383055 | 66.45% |
| 4 | 543423 | 39038 | 7.18% | 31126 | 5.73% | 450179 | 82.84% |
| 5 | 595873 | 107050 | 17.97% | 30902 | 5.19% | 424200 | 71.19% |
| 6 | 572838 | 93787 | 16.37% | 29214 | 5.10% | 423204 | 73.88% |
| 7 | 524463 | 315522 | 60.16% | 19843 | 3.78% | 177467 | 33.84% |
| Total | 3917166 | 1014372 | 25.90% | 166856 | 4.26% | 2564544 | 65.47% |

| District | % NH Single-Race Black CVAP* | % Latino CVAP | % SR NH White CVAP |
|---|---|---|---|
| 1 | 26.65% | 2.04% | 68.27% |
| 2 | 31.15% | 2.04% | 64.85% |
| 3 | 25.74% | 1.79% | 70.59% |
| 4 | 7.19% | 2.21% | 88.34% |
| 5 | 17.93% | 2.45% | 76.32% |
| 6 | 15.79% | 1.91% | 80.26% |
| 7 | 62.81% | 1.19% | 34.92% |

Note: Citizen Voting Age Population (CVAP) percentages are disaggregated from block-group level ACS estimates (with a survey midpoint of July 2017)

Source for CVAP disaggregation: Redistricting Data Hub
https://redistrictingdatahub.org/dataset/alabama-cvap-data-disaggregated-to-the-block-level-2019/