## 2011 Congressional Districts

