

Case 2:21-cv-01536-AMM  Document 48-12  Filed 12/14/21  Page 1 of 1

**Pringle Congressional Plan 1**