User:
Plan Name: **Enacted Congress 2011 Plan**
Plan Type: **Congress**

# Political Subdivison Splits Between Districts

Sunday, December 5, 2021                                                                                                                    4:52 PM

Number of subdivisions not split:
County                                                         60
Voting District                                          1,757

Number of subdivisions split into more than one district:
County                                                            7
Voting District                                              80

Number of splits involving no population:
County                                                            0
Voting District                                              33

**Split Counts**

*County*
   Cases where an area is split among 2 Districts: 6
   Cases where an area is split among 3 Districts: 1
*Voting District*
   Cases where an area is split among 2 Districts: 80

| County | Voting District | District | Population |
|---|---|---|---|
| *Split Counties:* | | | |
| Blount AL | | 4 | 5,012 |
| Blount AL | | 6 | 54,122 |
| Cherokee AL | | 3 | 23,274 |
| Cherokee AL | | 4 | 1,697 |
| Clarke AL | | 1 | 7,783 |
| Clarke AL | | 7 | 15,304 |
| Jackson AL | | 4 | 185 |
| Jackson AL | | 5 | 52,394 |
| Jefferson AL | | 6 | 385,870 |
| Jefferson AL | | 7 | 288,851 |
| Montgomery AL | | 2 | 142,885 |
| Montgomery AL | | 3 | 41,867 |
| Montgomery AL | | 7 | 44,202 |
| Tuscaloosa AL | | 4 | 64,637 |
| Tuscaloosa AL | | 7 | 162,399 |
| *Split VTDs:* | | | |
| Blount AL | Brooksville | 4 | 293 |
| Blount AL | Brooksville | 6 | 782 |
| Blount AL | Rock Springs | 4 | 384 |
| Blount AL | Rock Springs | 6 | 895 |
| Blount AL | Snead Comm Ctr | 4 | 2,429 |
| Blount AL | Snead Comm Ctr | 6 | 452 |
| Blount AL | Susan Moore | 4 | 583 |

**Political Subdivison Splits Between Districts**  Enacted Congress B-V-C

| County | Voting District | District | Population |
|---|---|---|---|
| Blount AL | Susan Moore | 6 | 1,488 |
| Cherokee AL | Broomtown VFD | 3 | 9 |
| Cherokee AL | Broomtown VFD | 4 | 684 |
| Cherokee AL | Gaylesville City Hall | 3 | 799 |
| Cherokee AL | Gaylesville City Hall | 4 | 82 |
| Cherokee AL | Unity Bapt Church | 3 | 643 |
| Cherokee AL | Unity Bapt Church | 4 | 73 |
| Cherokee AL | Valley Church | 3 | 270 |
| Cherokee AL | Valley Church | 4 | 106 |
| Clarke AL | Fulton City Hall | 1 | 0 |
| Clarke AL | Fulton City Hall | 7 | 883 |
| Clarke AL | Grove Hill | 1 | 3,252 |
| Clarke AL | Grove Hill | 7 | 0 |
| Clarke AL | Jackson City Hall | 1 | 303 |
| Clarke AL | Jackson City Hall | 7 | 2,166 |
| Clarke AL | Salitpa FD | 1 | 273 |
| Clarke AL | Salitpa FD | 7 | 0 |
| Clarke AL | Whatley | 1 | 0 |
| Clarke AL | Whatley | 7 | 997 |
| Jackson AL | Langston City Hall | 4 | 8 |
| Jackson AL | Langston City Hall | 5 | 295 |
| Jackson AL | Macedonia School | 4 | 147 |
| Jackson AL | Macedonia School | 5 | 1,254 |
| Jackson AL | New Hope Church | 4 | 30 |
| Jackson AL | New Hope Church | 5 | 438 |
| Jefferson AL | Adamsville Church of God | 6 | 2,251 |
| Jefferson AL | Adamsville Church of God | 7 | 1,020 |
| Jefferson AL | Avondale Public Library | 6 | 2,666 |
| Jefferson AL | Avondale Public Library | 7 | 612 |
| Jefferson AL | Bessemer Civic Ctr | 6 | 0 |
| Jefferson AL | Bessemer Civic Ctr | 7 | 8,626 |
| Jefferson AL | Bessemer FD #5 | 6 | 1,823 |
| Jefferson AL | Bessemer FD #5 | 7 | 0 |
| Jefferson AL | Birmingham Botanical Gardens | 6 | 1,114 |
| Jefferson AL | Birmingham Botanical Gardens | 7 | 210 |
| Jefferson AL | Brooklane Comm Church | 6 | 5,343 |
| Jefferson AL | Brooklane Comm Church | 7 | 0 |
| Jefferson AL | Center Pt 1st Bapt | 6 | 1,298 |
| Jefferson AL | Center Pt 1st Bapt | 7 | 8,458 |
| Jefferson AL | Crestwood Ed Ctr | 6 | 4,391 |
| Jefferson AL | Crestwood Ed Ctr | 7 | 0 |
| Jefferson AL | Dolomite W Field Comm Ctr | 6 | 70 |
| Jefferson AL | Dolomite W Field Comm Ctr | 7 | 1,852 |
| Jefferson AL | Don Hawkins Pk & Rec | 6 | 104 |

## Political Subdivison Splits Between Districts

Enacted Congress B-V-C

| County | Voting District | District | Population |
|---|---|---|---|
| Jefferson AL | Don Hawkins Pk & Rec | 7 | 3,909 |
| Jefferson AL | Dunbar-Abrams Comm Ctr | 6 | 0 |
| Jefferson AL | Dunbar-Abrams Comm Ctr | 7 | 1,973 |
| Jefferson AL | East Pinson Valley Ctr | 6 | 4,584 |
| Jefferson AL | East Pinson Valley Ctr | 7 | 3,251 |
| Jefferson AL | Edgewood Elem Sch | 6 | 4,827 |
| Jefferson AL | Edgewood Elem Sch | 7 | 17 |
| Jefferson AL | Faith Chapel Christian Ctr | 6 | 0 |
| Jefferson AL | Faith Chapel Christian Ctr | 7 | 2,936 |
| Jefferson AL | Hillview FD #1 | 6 | 0 |
| Jefferson AL | Hillview FD #1 | 7 | 2,671 |
| Jefferson AL | Homewood Excpt Foundation | 6 | 460 |
| Jefferson AL | Homewood Excpt Foundation | 7 | 3,348 |
| Jefferson AL | Homewood Sr Ctr | 6 | 0 |
| Jefferson AL | Homewood Sr Ctr | 7 | 6,757 |
| Jefferson AL | Hooper City Rec Ctr | 6 | 10 |
| Jefferson AL | Hooper City Rec Ctr | 7 | 1,828 |
| Jefferson AL | Hoover Met Stadium | 6 | 0 |
| Jefferson AL | Hoover Met Stadium | 7 | 948 |
| Jefferson AL | Irondale City Hall | 6 | 1,380 |
| Jefferson AL | Irondale City Hall | 7 | 5 |
| Jefferson AL | Johns Comm Ctr | 6 | 1,347 |
| Jefferson AL | Johns Comm Ctr | 7 | 0 |
| Jefferson AL | Minor FD | 6 | 4,591 |
| Jefferson AL | Minor FD | 7 | 958 |
| Jefferson AL | Morgan Rd UM Church | 6 | 6,690 |
| Jefferson AL | Morgan Rd UM Church | 7 | 4 |
| Jefferson AL | Mountain View Bapt | 6 | 5,322 |
| Jefferson AL | Mountain View Bapt | 7 | 0 |
| Jefferson AL | New Rising Star Church | 6 | 0 |
| Jefferson AL | New Rising Star Church | 7 | 2,658 |
| Jefferson AL | Our Lady of Lourdes Church | 6 | 5,176 |
| Jefferson AL | Our Lady of Lourdes Church | 7 | 5,386 |
| Jefferson AL | Oxmoor Valley Comm Ctr | 6 | 2,240 |
| Jefferson AL | Oxmoor Valley Comm Ctr | 7 | 3,440 |
| Jefferson AL | Pleasant Grove Church | 6 | 9,046 |
| Jefferson AL | Pleasant Grove Church | 7 | 6 |
| Jefferson AL | Pleasant Hill UM Church | 6 | 0 |
| Jefferson AL | Pleasant Hill UM Church | 7 | 13,971 |
| Jefferson AL | Pleasant Rdg Family Life | 6 | 8,841 |
| Jefferson AL | Pleasant Rdg Family Life | 7 | 15 |

## Political Subdivison Splits Between Districts

Enacted Congress B-V-C

| County | Voting District | District | Population |
|---|---|---|---|
| Jefferson AL | Prince of Peace Cath Church | 6 | 9,144 |
| Jefferson AL | Prince of Peace Cath Church | 7 | 0 |
| Jefferson AL | Sun Valley Elem Sch | 6 | 1,580 |
| Jefferson AL | Sun Valley Elem Sch | 7 | 3,744 |
| Jefferson AL | Tarrant City Hall | 6 | 1,725 |
| Jefferson AL | Tarrant City Hall | 7 | 5,103 |
| Jefferson AL | Tom Bradford Pk | 6 | 1,684 |
| Jefferson AL | Tom Bradford Pk | 7 | 6,245 |
| Jefferson AL | Valley Creek Bapt Church | 6 | 3,337 |
| Jefferson AL | Valley Creek Bapt Church | 7 | 0 |
| Jefferson AL | Willow Wood Rec Ctr | 6 | 17 |
| Jefferson AL | Willow Wood Rec Ctr | 7 | 2,264 |
| Montgomery AL | Al State Univ / Acadome | 2 | 2,464 |
| Montgomery AL | Al State Univ / Acadome | 7 | 3,085 |
| Montgomery AL | Aldersgate UM Church | 2 | 9,614 |
| Montgomery AL | Aldersgate UM Church | 7 | 0 |
| Montgomery AL | Beulah Baptist Church | 2 | 66 |
| Montgomery AL | Beulah Baptist Church | 7 | 5,565 |
| Montgomery AL | Catoma Elem School | 2 | 1,741 |
| Montgomery AL | Catoma Elem School | 7 | 0 |
| Montgomery AL | Cleveland Ave YMCA | 2 | 1,661 |
| Montgomery AL | Cleveland Ave YMCA | 7 | 2,420 |
| Montgomery AL | Eastdale Bapt Church | 2 | 456 |
| Montgomery AL | Eastdale Bapt Church | 3 | 3,501 |
| Montgomery AL | Fitzpatrick Elem School | 2 | 8,451 |
| Montgomery AL | Fitzpatrick Elem School | 3 | 0 |
| Montgomery AL | Flowers Elem School | 2 | 5,550 |
| Montgomery AL | Flowers Elem School | 7 | 202 |
| Montgomery AL | Frazer UM Church | 2 | 9,982 |
| Montgomery AL | Frazer UM Church | 3 | 4,386 |
| Montgomery AL | Fresh Anointing House of Worship | 2 | 192 |
| Montgomery AL | Fresh Anointing House of Worship | 7 | 9,225 |
| Montgomery AL | Hayneville Rd Comm Ctr | 2 | 3,126 |
| Montgomery AL | Hayneville Rd Comm Ctr | 7 | 1,256 |
| Montgomery AL | Landmark Church of Christ | 2 | 10,123 |
| Montgomery AL | Landmark Church of Christ | 3 | 418 |
| Montgomery AL | McIntyre Comm Ctr | 2 | 475 |
| Montgomery AL | McIntyre Comm Ctr | 7 | 3,346 |
| Montgomery AL | Pintlala VFD | 2 | 2,214 |
| Montgomery AL | Pintlala VFD | 7 | 0 |
| Montgomery AL | Snowdoun Women's Club | 2 | 686 |
| Montgomery AL | Snowdoun Women's Club | 7 | 0 |

## Political Subdivison Splits Between Districts

Enacted Congress B-V-C

| County | Voting District | District | Population |
|---|---|---|---|
| Montgomery AL | Southlawn Elem School | 2 | 27 |
| Montgomery AL | Southlawn Elem School | 7 | 3,699 |
| Montgomery AL | St James Bapt Church | 2 | 648 |
| Montgomery AL | St James Bapt Church | 7 | 1,160 |
| Montgomery AL | Union Chapel AME Church | 2 | 1,595 |
| Montgomery AL | Union Chapel AME Church | 3 | 0 |
| Montgomery AL | Wares Ferry Rd Elem School | 2 | 5,236 |
| Montgomery AL | Wares Ferry Rd Elem School | 3 | 0 |
| Tuscaloosa AL | Church of Highlands | 4 | 7,865 |
| Tuscaloosa AL | Church of Highlands | 7 | 29 |
| Tuscaloosa AL | Coker VFD | 4 | 1,463 |
| Tuscaloosa AL | Coker VFD | 7 | 0 |
| Tuscaloosa AL | Flatwoods Church | 4 | 33 |
| Tuscaloosa AL | Flatwoods Church | 7 | 5,651 |
| Tuscaloosa AL | G G Hardin Comm Ctr | 4 | 3,531 |
| Tuscaloosa AL | G G Hardin Comm Ctr | 7 | 0 |
| Tuscaloosa AL | Holt Elem School | 4 | 0 |
| Tuscaloosa AL | Holt Elem School | 7 | 4,930 |
| Tuscaloosa AL | Mt Olive Church | 4 | 2,924 |
| Tuscaloosa AL | Mt Olive Church | 7 | 0 |
| Tuscaloosa AL | Northport Comm Ctr | 4 | 0 |
| Tuscaloosa AL | Northport Comm Ctr | 7 | 4,781 |
| Tuscaloosa AL | Romulus VFD | 4 | 957 |
| Tuscaloosa AL | Romulus VFD | 7 | 0 |
| Tuscaloosa AL | UA Rec Ctr | 4 | 0 |
| Tuscaloosa AL | UA Rec Ctr | 7 | 14,397 |