FILED
2021 Dec-14  PM 01:12
U.S. DISTRICT COURT
N.D. OF ALABAMA

# McClendon SBOE Plan 1



©2021 CALIPER