# Population Summary Report

**Alabama U.S. House  -- 2020 Census -- Illustrative Plan 1**

| District | Population | Deviation | % Deviation | AP Black | % AP Black | Latino | % Latino | NH White | % NH White |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 717755 | 1 | 0.00% | 125921 | 17.54% | 34790 | 4.85% | 519402 | 72.36% |
| 2 | 717754 | 0 | 0.00% | 374344 | 52.15% | 24085 | 3.36% | 296502 | 41.31% |
| 3 | 717753 | -1 | 0.00% | 170200 | 23.71% | 29426 | 4.10% | 480776 | 66.98% |
| 4 | 717753 | -1 | 0.00% | 49664 | 6.92% | 59478 | 8.29% | 578566 | 80.61% |
| 5 | 717755 | 1 | 0.00% | 140711 | 19.60% | 44392 | 6.18% | 490094 | 68.28% |
| 6 | 717754 | 0 | 0.00% | 105638 | 14.72% | 34878 | 4.86% | 543840 | 75.77% |
| 7 | 717755 | 1 | 0.00% | 398258 | 55.49% | 36998 | 5.15% | 262171 | 36.53% |
| Total | 5024279 | | 0.00% | 1364736 | 27.16% | 264047 | 5.26% | 3171351 | 63.12% |

| District | 18+ Pop | 18+ AP Black | % 18+ AP Black | 18+ Latino | % 18+ Latino | 18+ NH White | % 18+ NH White |
|---|---|---|---|---|---|---|---|
| 1 | 557084 | 89315 | 16.03% | 22294 | 4.00% | 417122 | 74.88% |
| 2 | 559442 | 280226 | 50.09% | 15550 | 2.78% | 246011 | 43.97% |
| 3 | 563119 | 126853 | 22.53% | 18910 | 3.36% | 388487 | 68.99% |
| 4 | 555541 | 35033 | 6.31% | 35182 | 6.33% | 462235 | 83.20% |
| 5 | 561688 | 104784 | 18.66% | 27939 | 4.97% | 396725 | 70.63% |
| 6 | 556122 | 77568 | 13.95% | 22241 | 4.00% | 431641 | 77.62% |
| 7 | 564170 | 300593 | 53.28% | 24740 | 4.39% | 222323 | 39.41% |
| Total | 3917166 | 1014372 | 25.90% | 166856 | 4.26% | 2564544 | 65.47% |

| District | % NH Single-Race Black CVAP* | % Latino CVAP | % SR NH White CVAP |
|---|---|---|---|
| 1 | 16.33% | 2.56% | 78.39% |
| 2 | 51.16% | 1.47% | 45.35% |
| 3 | 22.49% | 1.80% | 73.70% |
| 4 | 6.20% | 2.45% | 89.26% |
| 5 | 18.64% | 2.46% | 75.43% |
| 6 | 14.10% | 1.64% | 82.43% |
| 7 | 54.97% | 1.32% | 42.18% |

Note: Citizen Voting Age Population (CVAP) percentages are disaggregated from block-group level ACS estimates (with a survey midpoint of July 2017)

Source for CVAP disaggregation: Redistricting Data Hub
https://redistrictingdatahub.org/dataset/alabama-cvap-data-disaggregated-to-the-2020-block-level-2019/