User:
Plan Name: **AL_Congress_Illustrative_Plan 1**
Plan Type: **Congress**

# Political Subdivison Splits Between Districts

Sunday, December 5, 2021                                                                                                          4:19 PM

Number of subdivisions not split:
County                                           61
Voting District                           1,819

Number of subdivisions split into more than one district:
County                                             6
Voting District                              18

Number of splits involving no population:
County                                             0
Voting District                               2

**Split Counts**

*County*
   Cases where an area is split among 2 Districts: 6
*Voting District*
   Cases where an area is split among 2 Districts: 18

| County | Voting District | District | Population |
|---|---|---|---|
| *Split Counties:* | | | |
| Calhoun AL | | 3 | 106,114 |
| Calhoun AL | | 6 | 10,327 |
| Jackson AL | | 4 | 42,524 |
| Jackson AL | | 5 | 10,055 |
| Jefferson AL | | 6 | 233,457 |
| Jefferson AL | | 7 | 441,264 |
| Mobile AL | | 1 | 175,009 |
| Mobile AL | | 2 | 239,800 |
| Montgomery AL | | 2 | 169,116 |
| Montgomery AL | | 3 | 59,838 |
| Tuscaloosa AL | | 4 | 42,978 |
| Tuscaloosa AL | | 7 | 184,058 |
| *Split VTDs:* | | | |
| Calhoun AL | Alexandria Civitan Club | 3 | 2,754 |
| Calhoun AL | Alexandria Civitan Club | 6 | 2,120 |
| Jackson AL | Hollywood City Hall | 4 | 1,582 |
| Jackson AL | Hollywood City Hall | 5 | 326 |
| Jackson AL | Scottsboro Rec Comm Bldg | 4 | 14,770 |
| Jackson AL | Scottsboro Rec Comm Bldg | 5 | 201 |
| Jefferson AL | Clay Comm Ctr | 6 | 5,570 |
| Jefferson AL | Clay Comm Ctr | 7 | 1,835 |

**Political Subdivison Splits Between Districts**  AL_Congress_Illustrative_Plan

| County | Voting District | District | Population |
|---|---|---|---|
| Jefferson AL | Fultondale Sr Citizens Bldg | 6 | 0 |
| Jefferson AL | Fultondale Sr Citizens Bldg | 7 | 5,086 |
| Jefferson AL | Trussville !st Bapt | 6 | 8,360 |
| Jefferson AL | Trussville !st Bapt | 7 | 638 |
| Mobile AL | Azalea City Ch Christ | 1 | 0 |
| Mobile AL | Azalea City Ch Christ | 2 | 3,996 |
| Mobile AL | Christ Anglican Church | 1 | 1,072 |
| Mobile AL | Christ Anglican Church | 2 | 3,843 |
| Mobile AL | James Seals Jr. Rec. Ctr | 1 | 1,314 |
| Mobile AL | James Seals Jr. Rec. Ctr | 2 | 1,598 |
| Mobile AL | Rock of Faith Bapt Ch | 1 | 68 |
| Mobile AL | Rock of Faith Bapt Ch | 2 | 4,062 |
| Mobile AL | Semmes First Bapt Ch | 1 | 1,787 |
| Mobile AL | Semmes First Bapt Ch | 2 | 6,784 |
| Montgomery AL | Eastmont Bapt Church | 2 | 542 |
| Montgomery AL | Eastmont Bapt Church | 3 | 6,380 |
| Montgomery AL | Frazer UM Church | 2 | 1,742 |
| Montgomery AL | Frazer UM Church | 3 | 12,626 |
| Montgomery AL | Georgia Washingtn Mid School | 2 | 4 |
| Montgomery AL | Georgia Washingtn Mid School | 3 | 10,264 |
| Montgomery AL | Lagoon Park Fire Station | 2 | 5,775 |
| Montgomery AL | Lagoon Park Fire Station | 3 | 673 |
| Montgomery AL | Landmark Church of Christ | 2 | 3,940 |
| Montgomery AL | Landmark Church of Christ | 3 | 6,601 |
| Tuscaloosa AL | Chapel Hill Church | 4 | 6,343 |
| Tuscaloosa AL | Chapel Hill Church | 7 | 9 |
| Tuscaloosa AL | Northport City Hall | 4 | 955 |
| Tuscaloosa AL | Northport City Hall | 7 | 5,968 |