# Population Summary Report

**Alabama U.S. House -- 2020 Census -- Illustrative Plan 2**

| District | Population | Deviation | % Deviation | AP Black | % AP Black | Latino | % Latino | NH White | % NH White |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 717754 | 0 | 0.00% | 117087 | 16.31% | 34704 | 4.84% | 527338 | 73.47% |
| 2 | 717754 | 0 | 0.00% | 380668 | 53.04% | 24328 | 3.39% | 290887 | 40.53% |
| 3 | 717755 | 1 | 0.00% | 165918 | 23.12% | 29295 | 4.08% | 484853 | 67.55% |
| 4 | 717753 | -1 | 0.00% | 49672 | 6.92% | 59479 | 8.29% | 578557 | 80.61% |
| 5 | 717755 | 1 | 0.00% | 140711 | 19.60% | 44392 | 6.18% | 490094 | 68.28% |
| 6 | 717754 | 0 | 0.00% | 108823 | 15.16% | 36020 | 5.02% | 539570 | 75.17% |
| 7 | 717754 | 0 | 0.00% | 401857 | 55.99% | 35829 | 4.99% | 260052 | 36.23% |
| Total | 5024279 | | 0.00% | 1364736 | 27.16% | 264047 | 5.26% | 3171351 | 63.12% |

| District | 18+ Pop | 18+ AP Black | % 18+ AP Black | 18+ Latino | % 18+ Latino | 18+ NH White | % 18+ NH White |
|---|---|---|---|---|---|---|---|
| 1 | 558142 | 83257 | 14.92% | 22343 | 4.00% | 423469 | 75.87% |
| 2 | 558446 | 284132 | 50.88% | 15608 | 2.79% | 241724 | 43.29% |
| 3 | 562845 | 123667 | 21.97% | 18801 | 3.34% | 391308 | 69.52% |
| 4 | 555526 | 35038 | 6.31% | 35186 | 6.33% | 462211 | 83.20% |
| 5 | 561688 | 104784 | 18.66% | 27939 | 4.97% | 396725 | 70.63% |
| 6 | 555856 | 79736 | 14.34% | 22937 | 4.13% | 428525 | 77.09% |
| 7 | 564663 | 303758 | 53.79% | 24042 | 4.26% | 220582 | 39.06% |
| Total | 3917166 | 1014372 | 25.90% | 166856 | 4.26% | 2564544 | 65.47% |

| District | % NH Single-Race Black CVAP* | % Latino CVAP | % SR NH White CVAP |
|---|---|---|---|
| 1 | 15.04% | 2.57% | 79.63% |
| 2 | 51.82% | 1.48% | 44.73% |
| 3 | 21.90% | 1.80% | 74.25% |
| 4 | 6.20% | 2.45% | 89.26% |
| 5 | 18.64% | 2.46% | 75.43% |
| 6 | 14.50% | 1.65% | 82.02% |
| 7 | 55.58% | 1.30% | 41.61% |

Note: Citizen Voting Age Population (CVAP) percentages are disaggregated from block-group level ACS estimates (with a survey midpoint of July 2017)

Source for CVAP disaggregation: Redistricting Data Hub
https://redistrictingdatahub.org/dataset/alabama-cvap-data-disaggregated-to-the-2020-block-level-2019/