FILED
2021 Dec-14 PM 01:12
U.S. DISTRICT COURT
N.D. OF ALABAMA