

Case 2:21-cv-01536-AMM  Document 48-23  Filed 12/14/21  Page 1 of 1

Illustrative Plan 2 — Alabama U.S. House