

Illustrative Plan 2
Alabama U.S. House