FILED

2021 Dec-14  PM 01:12
U.S. DISTRICT COURT
N.D. OF ALABAMA

User:
Plan Name: **AL_Congress_Illustrative_Plan 2**
Plan Type:

# Political Subdivison Splits Between Districts

Sunday, December 5, 2021                                                                      4:23 PM

Number of subdivisions not split:

| | |
|---|---|
| County | 60 |
| Voting District | 1,823 |

Number of subdivisions split into more than one district:

| | |
|---|---|
| County | 7 |
| Voting District | 14 |

Number of splits involving no population:

| | |
|---|---|
| County | 0 |
| Voting District | 1 |

**Split Counts**

*County*
   Cases where an area is split among 2 Districts: 7
*Voting District*
   Cases where an area is split among 2 Districts: 14

| County | Voting District | District | Population |
|---|---|---|---|
| *Split Counties:* | | | |
| Calhoun AL | | 3 | 116,426 |
| Calhoun AL | | 6 | 15 |
| Houston AL | | 1 | 73,478 |
| Houston AL | | 2 | 33,724 |
| Jackson AL | | 4 | 42,524 |
| Jackson AL | | 5 | 10,055 |
| Jefferson AL | | 6 | 243,769 |
| Jefferson AL | | 7 | 430,952 |
| Mobile AL | | 1 | 208,732 |
| Mobile AL | | 2 | 206,077 |
| Montgomery AL | | 2 | 179,426 |
| Montgomery AL | | 3 | 49,528 |
| Tuscaloosa AL | | 4 | 42,978 |
| Tuscaloosa AL | | 7 | 184,058 |
| *Split VTDs:* | | | |
| Calhoun AL | Eulaton/Bynum/West Park Heights/Betta View | 3 | 15,121 |
| Calhoun AL | Eulaton/Bynum/West Park Heights/Betta View | 6 | 15 |
| Jackson AL | Hollywood City Hall | 4 | 1,582 |
| Jackson AL | Hollywood City Hall | 5 | 326 |
| Jackson AL | Scottsboro Rec Comm Bldg | 4 | 14,770 |
| Jackson AL | Scottsboro Rec Comm Bldg | 5 | 201 |

## Political Subdivison Splits Between Districts

| County | Voting District | District | Population |
|---|---|---|---|
| Jefferson AL | Clay Comm Ctr | 6 | 6,456 |
| Jefferson AL | Clay Comm Ctr | 7 | 949 |
| Jefferson AL | Rock School Ctr | 6 | 4,340 |
| Jefferson AL | Rock School Ctr | 7 | 641 |
| Jefferson AL | Trussville !st Bapt | 6 | 8,360 |
| Jefferson AL | Trussville !st Bapt | 7 | 638 |
| Mobile AL | Azalea City Ch Christ | 1 | 0 |
| Mobile AL | Azalea City Ch Christ | 2 | 3,996 |
| Mobile AL | Christ Anglican Church | 1 | 1,072 |
| Mobile AL | Christ Anglican Church | 2 | 3,843 |
| Mobile AL | Georgetown Bapt Church | 1 | 2,403 |
| Mobile AL | Georgetown Bapt Church | 2 | 927 |
| Mobile AL | James Seals Jr. Rec. Ctr | 1 | 1,314 |
| Mobile AL | James Seals Jr. Rec. Ctr | 2 | 1,598 |
| Mobile AL | Rock of Faith Bapt Ch | 1 | 68 |
| Mobile AL | Rock of Faith Bapt Ch | 2 | 4,062 |
| Montgomery AL | Frazer UM Church | 2 | 10,668 |
| Montgomery AL | Frazer UM Church | 3 | 3,700 |
| Montgomery AL | Landmark Church of Christ | 2 | 241 |
| Montgomery AL | Landmark Church of Christ | 3 | 10,300 |
| Tuscaloosa AL | Northport City Hall | 4 | 946 |
| Tuscaloosa AL | Northport City Hall | 7 | 5,977 |