



FILED

2021 Dec-14  PM 01:12
U.S. DISTRICT COURT
N.D. OF ALABAMA

**Illustrative Plan 3**

**Alabama U.S. House**

©2019 CALIPER; ©2018 HERE