User:
Plan Name: **AL_Congress_Illustrative_Plan_3**
Plan Type: **Congress**

# Political Subdivison Splits Between Districts

Sunday, December 5, 2021                                                                                                                        4:45 PM

Number of subdivisions not split:
County                                              61
Voting District                                1,825

Number of subdivisions split into more than one district:
County                                               6
Voting District                                   12

Number of splits involving no population:
County                                               0
Voting District                                    2

**Split Counts**

*County*
   Cases where an area is split among 2 Districts: 6
*Voting District*
   Cases where an area is split among 2 Districts: 12

| County | Voting District | District | Population |
|---|---|---|---|
| *Split Counties:* | | | |
| Calhoun AL | | 3 | 96,574 |
| Calhoun AL | | 4 | 19,867 |
| Etowah AL | | 4 | 77,888 |
| Etowah AL | | 6 | 25,548 |
| Jackson AL | | 4 | 42,524 |
| Jackson AL | | 5 | 10,055 |
| Jefferson AL | | 6 | 171,455 |
| Jefferson AL | | 7 | 503,266 |
| Mobile AL | | 1 | 157,861 |
| Mobile AL | | 2 | 256,948 |
| Tuscaloosa AL | | 4 | 88,824 |
| Tuscaloosa AL | | 7 | 138,212 |
| *Split VTDs:* | | | |
| Calhoun AL | Piedmont | 3 | 3,796 |
| Calhoun AL | Piedmont | 4 | 1,612 |
| Etowah AL | Egypt Comm. Ctr. | 4 | 805 |
| Etowah AL | Egypt Comm. Ctr. | 6 | 86 |
| Jackson AL | Hollywood City Hall | 4 | 1,582 |
| Jackson AL | Hollywood City Hall | 5 | 326 |
| Jackson AL | Scottsboro Rec Comm Bldg | 4 | 14,770 |
| Jackson AL | Scottsboro Rec Comm Bldg | 5 | 201 |
| Jefferson AL | Clay Comm Ctr | 6 | 4,387 |

**Political Subdivison Splits Between Districts**  AL_Congress_Illustrative_Plan

| County | Voting District | District | Population |
|---|---|---|---|
| Jefferson AL | Clay Comm Ctr | 7 | 3,018 |
| Jefferson AL | Fultondale Sr Citizens Bldg | 6 | 0 |
| Jefferson AL | Fultondale Sr Citizens Bldg | 7 | 5,086 |
| Jefferson AL | Gardendale Civic Ctr | 6 | 7,829 |
| Jefferson AL | Gardendale Civic Ctr | 7 | 2,661 |
| Jefferson AL | Horizon Church | 6 | 4,816 |
| Jefferson AL | Horizon Church | 7 | 446 |
| Jefferson AL | Trussville !st Bapt | 6 | 8,360 |
| Jefferson AL | Trussville !st Bapt | 7 | 638 |
| Jefferson AL | Trussville City Hall | 6 | 10,120 |
| Jefferson AL | Trussville City Hall | 7 | 41 |
| Mobile AL | Semmes Comm Ctr | 1 | 2,609 |
| Mobile AL | Semmes Comm Ctr | 2 | 2,630 |
| Tuscaloosa AL | Holt Elem School | 4 | 0 |
| Tuscaloosa AL | Holt Elem School | 7 | 4,930 |