# Population Summary Report

**Alabama U.S. House  -- 2020 Census -- Illustrative Plan 4**

| District | Population | Deviation | % Deviation | AP Black | % AP Black | Latino | % Latino | NH White | % NH White |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 717755 | 1 | 0.00% | 134814 | 18.78% | 34261 | 4.77% | 511931 | 71.32% |
| 2 | 717754 | 0 | 0.00% | 374421 | 52.17% | 22527 | 3.14% | 296302 | 41.28% |
| 3 | 717755 | 1 | 0.00% | 189506 | 26.40% | 27133 | 3.78% | 467658 | 65.16% |
| 4 | 717754 | 0 | 0.00% | 53175 | 7.41% | 59282 | 8.26% | 574711 | 80.07% |
| 5 | 717755 | 1 | 0.00% | 140715 | 19.60% | 44392 | 6.18% | 490094 | 68.28% |
| 6 | 717753 | -1 | 0.00% | 98264 | 13.69% | 38258 | 5.33% | 545020 | 75.93% |
| 7 | 717753 | -1 | 0.00% | 373841 | 52.08% | 38194 | 5.32% | 285635 | 39.80% |
| Total | 5024279 | | 0.00% | 1364736 | 27.16% | 264047 | 5.26% | 3171351 | 63.12% |

| District | 18+ Pop | 18+ AP Black | % 18+ AP Black | 18+ Latino | % 18+ Latino | 18+ NH White | % 18+ NH White |
|---|---|---|---|---|---|---|---|
| 1 | 557046 | 95952 | 17.23% | 21905 | 3.93% | 411464 | 73.87% |
| 2 | 561374 | 281106 | 50.07% | 14718 | 2.62% | 246580 | 43.92% |
| 3 | 564004 | 141564 | 25.10% | 17569 | 3.12% | 378979 | 67.19% |
| 4 | 556215 | 37427 | 6.73% | 34778 | 6.25% | 460255 | 82.75% |
| 5 | 561685 | 104788 | 18.66% | 27939 | 4.97% | 396723 | 70.63% |
| 6 | 554035 | 71633 | 12.93% | 24494 | 4.42% | 431203 | 77.83% |
| 7 | 562807 | 281902 | 50.09% | 25453 | 4.52% | 239340 | 42.53% |
| Total | 3917166 | 1014372 | 25.90% | 166856 | 4.26% | 2564544 | 65.47% |

| District | % NH Single-Race Black CVAP* | % Latino CVAP | % SR NH White CVAP |
|---|---|---|---|
| 1 | 17.78% | 2.52% | 77.10% |
| 2 | 50.80% | 1.34% | 45.76% |
| 3 | 25.16% | 1.85% | 71.12% |
| 4 | 6.76% | 2.46% | 88.63% |
| 5 | 18.64% | 2.46% | 75.43% |
| 6 | 12.56% | 1.80% | 83.63% |
| 7 | 52.13% | 1.28% | 45.10% |

Note: Citizen Voting Age Population (CVAP) percentages are disaggregated from block-group level ACS estimates (with a survey midpoint of July 2017)

Source for CVAP disaggregation: Redistricting Data Hub

https://redistrictingdatahub.org/dataset/alabama-cvap-data-disaggregated-to-the-2020-block-level-2019/