


Illustrative Plan 4
Alabama U.S. House