

Illustrative Plan 4 — Alabama U.S. House