

Illustrative Plan 5 — Alabama U.S. House