FILED
2021 Dec-14 PM 01:12
U.S. DISTRICT COURT
N.D. OF ALABAMA

Illustrative Plan 5
Alabama U.S. House
0
10
20
Miles
4
6
3
7
2
LAMAR
FAYETTE
WALKER
JEFFERSON
ST. CLAIR
TALLADEGA
PICKENS
TUSCALOOSA
SHELBY
CLAY
GREENE
BIBB
COOSA
HALE
CHILTON
PERRY
AUTAUGA
ELMORE
SUMTER
DALLAS
MONTGOMERY
MARENGO
LOWNDES
CHOCTAW
WILCOX
CLARKE
CRENSHAW
West Point
Columbus
Starkville
Macon
Meridian
Quitman
Fayette
Pinson
Gardendale
Lincoln
Forestdale
Moody
Pell City
Birmingham
Pleasant Grove
Bessemer
Hoover
Talladega
Reform
Chelsea
Childersburg
Tuscaloosa
Holt
Alabaster
Sylacauga
Aliceville
Montevallo
Calera
Moundville
Jemison
Brent
Eutaw
Clanton
Greensboro
Marion
Livingston
Wetumpka
York
Demopolis
Prattville
Selma
Montgomery
Linden
Butler
Camden
©2019 CALIPER; ©2018 HERE

