User:
Plan Name: **AL_Congress_Illustrative_Plan 5**
Plan Type: **Congress**

# Political Subdivison Splits Between Districts

Sunday, December 5, 2021                                                                                                                              3:42 PM

Number of subdivisions not split:
County                                             61
Voting District                                 1,813

Number of subdivisions split into more than one district:
County                                              6
Voting District                                    24

Number of splits involving no population:
County                                              0
Voting District                                     4

**Split Counts**

*County*
  Cases where an area is split among 2 Districts: 6
*Voting District*
  Cases where an area is split among 2 Districts: 24

| County | Voting District | District | Population |
|---|---|---:|---:|
| *Split Counties:* | | | |
| Calhoun AL | | 3 | 112,435 |
| Calhoun AL | | 6 | 4,006 |
| Choctaw AL | | 2 | 5,316 |
| Choctaw AL | | 7 | 7,349 |
| Jackson AL | | 4 | 42,524 |
| Jackson AL | | 5 | 10,055 |
| Jefferson AL | | 6 | 191,744 |
| Jefferson AL | | 7 | 482,977 |
| Mobile AL | | 1 | 228,474 |
| Mobile AL | | 2 | 186,335 |
| Tuscaloosa AL | | 4 | 42,980 |
| Tuscaloosa AL | | 7 | 184,056 |
| *Split VTDs:* | | | |
| Calhoun AL | Ohatchee First Bapt Church | 3 | 658 |
| Calhoun AL | Ohatchee First Bapt Church | 6 | 2,738 |
| Choctaw AL | Ararat | 2 | 199 |
| Choctaw AL | Ararat | 7 | 164 |
| Choctaw AL | Pleasant Hill | 2 | 368 |
| Choctaw AL | Pleasant Hill | 7 | 3 |
| Jackson AL | Hollywood City Hall | 4 | 1,582 |
| Jackson AL | Hollywood City Hall | 5 | 326 |

**Political Subdivison Splits Between Districts**  AL_Congress_Illustrative_Plan

| County | Voting District | District | Population |
|---|---|---|---|
| Jackson AL | Scottsboro Rec Comm Bldg | 4 | 14,770 |
| Jackson AL | Scottsboro Rec Comm Bldg | 5 | 201 |
| Jefferson AL | Brookside Comm Ctr | 6 | 1,628 |
| Jefferson AL | Brookside Comm Ctr | 7 | 17 |
| Jefferson AL | Fultondale Sr Citizens Bldg | 6 | 0 |
| Jefferson AL | Fultondale Sr Citizens Bldg | 7 | 5,086 |
| Jefferson AL | Gardendale Civic Ctr | 6 | 3,812 |
| Jefferson AL | Gardendale Civic Ctr | 7 | 6,678 |
| Jefferson AL | Gardendale Mt Vernon UM | 6 | 6,703 |
| Jefferson AL | Gardendale Mt Vernon UM | 7 | 16 |
| Jefferson AL | Homewood Public Lib | 6 | 6,012 |
| Jefferson AL | Homewood Public Lib | 7 | 4,165 |
| Jefferson AL | Maurice West Comm Ctr | 6 | 177 |
| Jefferson AL | Maurice West Comm Ctr | 7 | 1,911 |
| Jefferson AL | McElwain Bapt Church | 6 | 4,225 |
| Jefferson AL | McElwain Bapt Church | 7 | 562 |
| Jefferson AL | Palmerdale UM Church | 6 | 3,234 |
| Jefferson AL | Palmerdale UM Church | 7 | 12 |
| Jefferson AL | Trussville City Hall | 6 | 10,161 |
| Jefferson AL | Trussville City Hall | 7 | 0 |
| Mobile AL | Christ Anglican Church | 1 | 1,072 |
| Mobile AL | Christ Anglican Church | 2 | 3,843 |
| Mobile AL | J C Davis Audit | 1 | 0 |
| Mobile AL | J C Davis Audit | 2 | 6,457 |
| Mobile AL | New Shiloh Miss Bapt | 1 | 772 |
| Mobile AL | New Shiloh Miss Bapt | 2 | 4,439 |
| Mobile AL | Rock of Faith Bapt Ch | 1 | 68 |
| Mobile AL | Rock of Faith Bapt Ch | 2 | 4,062 |
| Tuscaloosa AL | Chapel Hill Church | 4 | 5,583 |
| Tuscaloosa AL | Chapel Hill Church | 7 | 769 |
| Tuscaloosa AL | Coaling Town Hall | 4 | 361 |
| Tuscaloosa AL | Coaling Town Hall | 7 | 3,661 |
| Tuscaloosa AL | Holt Elem School | 4 | 0 |
| Tuscaloosa AL | Holt Elem School | 7 | 4,930 |
| Tuscaloosa AL | Mary Phelps Ctr | 4 | 6,394 |
| Tuscaloosa AL | Mary Phelps Ctr | 7 | 1,802 |
| Tuscaloosa AL | Northport Comm Ctr | 4 | 2 |
| Tuscaloosa AL | Northport Comm Ctr | 7 | 4,779 |
| Tuscaloosa AL | Peterson Church | 4 | 1,660 |
| Tuscaloosa AL | Peterson Church | 7 | 11 |