# Population Summary Report

**Alabama U.S. House  -- 2020 Census -- Illustrative Plan 6**

| District | Population | Deviation | % Deviation | AP Black | % AP Black | Latino | % Latino | NH White | % NH White |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 717753 | -1 | 0.00% | 123620 | 17.22% | 33720 | 4.70% | 523036 | 72.87% |
| 2 | 717755 | 1 | 0.00% | 383336 | 53.41% | 22849 | 3.18% | 284951 | 39.70% |
| 3 | 717753 | -1 | 0.00% | 186767 | 26.02% | 32190 | 4.48% | 467450 | 65.13% |
| 4 | 717754 | 0 | 0.00% | 44637 | 6.22% | 59241 | 8.25% | 583071 | 81.24% |
| 5 | 717755 | 1 | 0.00% | 140715 | 19.60% | 44392 | 6.18% | 490094 | 68.28% |
| 6 | 717755 | 1 | 0.00% | 103086 | 14.36% | 32377 | 4.51% | 549028 | 76.49% |
| 7 | 717754 | 0 | 0.00% | 382575 | 53.30% | 39278 | 5.47% | 273721 | 38.14% |
| Total | 5024279 | | 0.00% | 1364736 | 27.16% | 264047 | 5.26% | 3171351 | 63.12% |

| District | 18+ Pop | 18+ AP Black | % 18+ AP Black | 18+ Latino | % 18+ Latino | 18+ NH White | % 18+ NH White |
|---|---|---|---|---|---|---|---|
| 1 | 556657 | 88108 | 15.83% | 21533 | 3.87% | 419023 | 75.27% |
| 2 | 560712 | 287511 | 51.28% | 15239 | 2.72% | 237522 | 42.36% |
| 3 | 562748 | 139377 | 24.77% | 20626 | 3.67% | 378272 | 67.22% |
| 4 | 555444 | 31290 | 5.63% | 34825 | 6.27% | 465620 | 83.83% |
| 5 | 561685 | 104788 | 18.66% | 27939 | 4.97% | 396723 | 70.63% |
| 6 | 556812 | 75591 | 13.58% | 20433 | 3.67% | 436032 | 78.31% |
| 7 | 563108 | 287707 | 51.09% | 26261 | 4.66% | 231352 | 41.08% |
| Total | 3917166 | 1014372 | 25.90% | 166856 | 4.26% | 2564544 | 65.47% |

| District | % NH Single-Race Black CVAP* | % Latino CVAP | % SR NH White CVAP |
|---|---|---|---|
| 1 | 16.13% | 2.49% | 78.58% |
| 2 | 52.44% | 1.28% | 44.26% |
| 3 | 25.01% | 2.09% | 71.15% |
| 4 | 5.42% | 2.46% | 90.00% |
| 5 | 18.64% | 2.46% | 75.43% |
| 6 | 13.58% | 1.54% | 83.06% |
| 7 | 52.48% | 1.40% | 44.42% |

Note: Citizen Voting Age Population (CVAP) percentages are disaggregated from block-group level ACS estimates (with a survey midpoint of July 2017)

Source for CVAP disaggregation: Redistricting Data Hub

https://redistrictingdatahub.org/dataset/alabama-cvap-data-disaggregated-to-the-2020-block-level-2019/