

Illustrative Plan 6

Alabama U.S. House