User:
Plan Name: **Illustrative Plan 6**
Plan Type: **Congress**

# Political Subdivison Splits Between Districts

Wednesday, December 6, 2021                                                                 2:03 PM

**Split Counts**

| | | | |
|---|---|---|---|
| Number of subdivisions split into more than one district: | | Number of splits involving no population: | |
| County | 7 | County | 0 |
| Voting District | 36 | Voting District | 9 |

Number of times a subdivision is split into multiple districts:
| | |
|---|---|
| County | 7 |
| Voting District | 36 |

| County | Voting District | District | Population |
|---|---|---|---|
| *Split Counties:* | | | |
| Autauga AL | | 3 | 34,550 |
| Autauga AL | | 7 | 24,255 |
| Cherokee AL | | 3 | 4,386 |
| Cherokee AL | | 6 | 20,585 |
| Jackson AL | | 4 | 42,524 |
| Jackson AL | | 5 | 10,055 |
| Jefferson AL | | 6 | 197,458 |
| Jefferson AL | | 7 | 477,263 |
| Mobile AL | | 1 | 144,667 |
| Mobile AL | | 2 | 270,142 |
| Pickens AL | | 2 | 12,116 |
| Pickens AL | | 4 | 7,007 |
| Tuscaloosa AL | | 4 | 80,066 |
| Tuscaloosa AL | | 7 | 146,970 |
| *Split VTDs:* | | | |
| Cherokee AL | Congregational Church | 3 | 187 |
| Cherokee AL | Congregational Church | 6 | 157 |
| Jackson AL | Hollywood City Hall | 4 | 1,552 |
| Jackson AL | Hollywood City Hall | 5 | 356 |
| Jackson AL | Scottsboro Rec Comm Bldg | 4 | 14,800 |
| Jackson AL | Scottsboro Rec Comm Bldg | 5 | 171 |
| Jefferson AL | Brookwood Bapt Church | 6 | 5,544 |
| Jefferson AL | Brookwood Bapt Church | 7 | 0 |
| Jefferson AL | Cherokee Bend Elem Sch | 6 | 2,797 |
| Jefferson AL | Cherokee Bend Elem Sch | 7 | 4 |
| Jefferson AL | Clay Comm Ctr | 6 | 4,128 |
| Jefferson AL | Clay Comm Ctr | 7 | 3,277 |
| Jefferson AL | Fultondale Sr Citizens Bldg | 6 | 0 |
| Jefferson AL | Fultondale Sr Citizens Bldg | 7 | 5,086 |

## Political Subdivison Splits Between Districts                                              al_dec_8_draft

| County | Voting District | District | Population |
|---|---|---|---|
| Jefferson AL | Gardendale Civic Ctr | 6 | 4,888 |
| Jefferson AL | Gardendale Civic Ctr | 7 | 5,602 |
| Jefferson AL | Leeds Civic Ctr | 6 | 4,022 |
| Jefferson AL | Leeds Civic Ctr | 7 | 0 |
| Jefferson AL | McElwain Bapt Church | 6 | 2,805 |
| Jefferson AL | McElwain Bapt Church | 7 | 1,982 |
| Jefferson AL | Trussville City Hall | 6 | 9,796 |
| Jefferson AL | Trussville City Hall | 7 | 365 |
| Mobile AL | 1st Bapt Ch St Elmo | 1 | 4,363 |
| Mobile AL | 1st Bapt Ch St Elmo | 2 | 199 |
| Mobile AL | Azalea City Ch Christ | 1 | 1,216 |
| Mobile AL | Azalea City Ch Christ | 2 | 2,780 |
| Mobile AL | Citronelle Rec Ctr | 1 | 4,199 |
| Mobile AL | Citronelle Rec Ctr | 2 | 194 |
| Mobile AL | Collins Rhodes Elem Sch | 1 | 504 |
| Mobile AL | Collins Rhodes Elem Sch | 2 | 4,800 |
| Mobile AL | Creekwood Ch of Christ | 1 | 9,827 |
| Mobile AL | Creekwood Ch of Christ | 2 | 455 |
| Mobile AL | Dayspring Bapt Church | 1 | 8,126 |
| Mobile AL | Dayspring Bapt Church | 2 | 668 |
| Mobile AL | Georgetown Bapt Church | 1 | 3,090 |
| Mobile AL | Georgetown Bapt Church | 2 | 240 |
| Mobile AL | Holy Name of Jesus Church | 1 | 6,869 |
| Mobile AL | Holy Name of Jesus Church | 2 | 1,041 |
| Mobile AL | Indian Springs Church | 1 | 1,126 |
| Mobile AL | Indian Springs Church | 2 | 1,886 |
| Mobile AL | J C Davis Audit | 1 | 0 |
| Mobile AL | J C Davis Audit | 2 | 6,457 |
| Mobile AL | Magnolia Springs Church | 1 | 4,756 |
| Mobile AL | Magnolia Springs Church | 2 | 314 |
| Mobile AL | Meadowlake Elem | 1 | 8,089 |
| Mobile AL | Meadowlake Elem | 2 | 612 |
| Mobile AL | Mt. Ararat Bapt Church | 1 | 465 |
| Mobile AL | Mt. Ararat Bapt Church | 2 | 2,241 |
| Mobile AL | Saraland Civic Ctr | 1 | 4,728 |
| Mobile AL | Saraland Civic Ctr | 2 | 0 |
| Mobile AL | Satsuma High Sch. | 1 | 6,939 |
| Mobile AL | Satsuma High Sch. | 2 | 0 |
| Mobile AL | Semmes First Bapt Ch | 1 | 5,015 |
| Mobile AL | Semmes First Bapt Ch | 2 | 3,556 |
| Mobile AL | Seven Hills Church | 1 | 8,353 |
| Mobile AL | Seven Hills Church | 2 | 249 |
| Mobile AL | Seven Hills Ctr Fire | 1 | 2,127 |
| Mobile AL | Seven Hills Ctr Fire | 2 | 390 |
| Mobile AL | Shelton Beach Rd Bapt. Ch | 1 | 3,936 |

**Political Subdivison Splits Between Districts**  al_dec_8_draft

| County | Voting District | District | Population |
|---|---|---|---|
| Mobile AL | Shelton Beach Rd Bapt. Ch | 2 | 0 |
| Mobile AL | Sonrise Bapt Church | 1 | 3,072 |
| Mobile AL | Sonrise Bapt Church | 2 | 0 |
| Mobile AL | Tillmans Corner Comm | 1 | 6,990 |
| Mobile AL | Tillmans Corner Comm | 2 | 120 |
| Mobile AL | Union Bapt Church | 1 | 134 |
| Mobile AL | Union Bapt Church | 2 | 5,240 |
| Pickens AL | Reform Bill Dollar Store | 2 | 2,348 |
| Pickens AL | Reform Bill Dollar Store | 4 | 368 |
| Tuscaloosa AL | Church of Highlands | 4 | 7,277 |
| Tuscaloosa AL | Church of Highlands | 7 | 617 |
| Tuscaloosa AL | Holt Elem School | 4 | 0 |
| Tuscaloosa AL | Holt Elem School | 7 | 4,930 |