FILED

2021 Dec-14  PM 01:12
U.S. DISTRICT COURT
N.D. OF ALABAMA



# Selected Socio-Economic Data

## Congressional District 1 (116th Congress), Alabama

### Any Part African American vis-à-vis NH White

### Data Set: 2019 American Community Survey 1-Year Estimates

5-Dec-21

## Population by Age

## Congressional District 1 (116th Congress), Alabama



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## Household Type for Population in Households

## Congressional District 1 (116th Congress), Alabama



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## Marital Status for the Population 15 Years and Over

## Congressional District 1 (116th Congress), Alabama



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## Educational Attainment for the Population 25 Years and Older

## Congressional District 1 (116th Congress), Alabama



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## Veterans in the Civilian Population 18 Years and Over

## Congressional District 1 (116th Congress), Alabama



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## Disability by Age -- Civilian Noninstitutionalized Population

## Congressional District 1 (116th Congress), Alabama



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## Geographical Mobility in the Past Year (Population 1 Year and Over)

## Congressional District 1 (116th Congress), Alabama



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## Speak English Less than "Very Well" (Population 5 Years and Over)

## Congressional District 1 (116th Congress), Alabama



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## Employment Status for the Population 16 years and over

## Congressional District 1 (116th Congress), Alabama



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## Unemployment  (Civilian Labor Force -- Ages 16  and Over)

## Congressional District 1 (116th Congress), Alabama



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## Means of Transportation to Work (Workers 16 Years and Over)

## Congressional District 1 (116th Congress), Alabama



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## Occupation for the Civilian Employed 16 Years and Over Population

## Congressional District 1 (116th Congress), Alabama



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## Median Household Income in the Past 12 Months

## Congressional District 1 (116th Congress), Alabama



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## Receipt of Food Stamps/SNAP in the Past 12 Months by Household

## Congressional District 1 (116th Congress), Alabama



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## Median Family Income in the Past 12 Months

## Congressional District 1 (116th Congress), Alabama



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

**Per capita Income in the Past 12 Months**

**Congressional District 1 (116th Congress), Alabama**



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## Lack of Health Insurance Coverage -- Civilian Noninstitutionalized Population

## Congressional District 1 (116th Congress), Alabama



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## Family Households Below Poverty in the Past 12 Months

## Congressional District 1 (116th Congress), Alabama



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## Female-headed Households with Related Children Below Poverty in the Past 12 Months

## Congressional District 1 (116th Congress), Alabama



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## Home Owners and Renters by Household

## Congressional District 1 (116th Congress), Alabama



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## Population Below Poverty in the Past 12 Months

## Congressional District 1 (116th Congress), Alabama



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## No Vehicles Available by Household

## Congressional District 1 (116th Congress), Alabama



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

**More than One Person per Room (Crowding) by Household**

**Congressional District 1 (116th Congress), Alabama**



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## Median Home Value -- Owner-Occupied

## Congressional District 1 (116th Congress), Alabama



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## Rent as a Percentage of Household Income (30% or more) -- Renter-Occupied

## Congressional District 1 (116th Congress), Alabama



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## Computers and Internet Use

## Congressional District 1 (116th Congress), Alabama



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

## Households with Householder Living Alone

## Congressional District 1 (116th Congress), Alabama



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates

**Female-Headed Households with Children Under 18 (As a Percentage of all Households)**

**Congressional District 1 (116th Congress), Alabama**



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2019 American Community Survey 1-Year Estimates