
FILED
2021 Dec-14  PM 01:17
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXPERT REPORT OF MAXWELL PALMER, PH.D.

I, Dr. Maxwell Palmer, declare as follows:

1. My name is Maxwell Palmer. I am currently an Associate Professor of Political Science at Boston University. I joined the faculty at Boston University in 2014, after completing my Ph.D. in Political Science at Harvard University. I was promoted to Associate Professor, with tenure, in 2021. I teach and conduct research on American politics and political methodology.

2. I have published academic work in leading peer-reviewed academic journals, including the *American Political Science Review*, *Journal of Politics*, *Perspectives on Politics*, *British Journal of Political Science*, *Journal of Empirical Legal Studies*, and *Political Science Research and Methods*. My book, *Neighborhood Defenders: Participatory Politics and America's Housing Crisis* was published by Cambridge University Press in 2019. I have also published academic work in the *Ohio State University Law Review*. My published research uses a variety of analytical approaches, including statistics, geographic analysis, and simulations, and data sources including academic surveys, precinct-level election results, voter registration and vote history files, and census data. My curriculum vitae is attached to this report.

3. I have served as an expert witness or litigation consultant on numerous cases involving voting restrictions. I testified at trial or by deposition in *Bethune Hill v. Virginia* before the U.S. District Court for the Eastern District of Virginia (No. 3:14-cv-00852-REP-AWA-BMK); *Thomas v. Bryant* before the U.S. District Court for the Southern District of Mississippi (No. 3:18-CV-00441-CWR-FKB); *Chestnut v. Merrill* before the U.S. District Court for the Northern District of Alabama (No. 2:18-cv-00907-KOB); *Dwight v. Raffensperger* before the U.S. District Court for the Northern District of Georgia (No. 1:18-cv-2869-RWS); *Bruni v. Hughs* before the U.S. District Court for the Southern District of Texas (No. 5:20-cv-35); and *Texas Alliance for Retired Americans v. Hughs* before the U.S. District Court for the Southern District of Texas (No. 5:20-cv-128). I also served as the independent racially polarized voting analyst for the Virginia Redistricting Commission in 2021. I worked as a data analyst assisting testifying experts in *Perez v. Perry* before the U.S. District Court for the Western District of Texas (No. 5:11-cv-00360-OLG); in *LULAC v. Edwards Aquifer Authority* before the U.S. District Court for the Western District of Texas (No. 5:12-cv-00620-OLG); in *Harris v. McCrory* before the U. S. District Court for the Middle District of North Carolina (No. 1:13-cv-00949-WO-JEP); in *Guy v. Miller* before the U.S. District Court for the District of Nevada (No. 11-OC-00042-1B); in *In re Senate Joint Resolution of Legislative Apportionment* before the Florida Supreme Court (Nos. 2012-CA-412, 2012-CA-490); and in *Romo v. Detzner* before the Circuit Court of the Second Judicial

Circuit in Florida (No. 2012 CA 412).

4. I am being compensated at a rate of $350/hour for my work in this case. No part of my compensation is dependent upon the conclusions that I reach or the opinions that I offer.

5. I was retained by the plaintiffs in this litigation to offer an expert opinion on the extent to which voting is racially polarized in parts of Alabama. I was also asked to evaluate the performance of the majority-minority districts in the plaintiffs' illustrative maps.

6. I find strong evidence of racially polarized voting across the focus area, which is comprised of the 1st, 2nd, 3rd, 6th, and 7th Congressional Districts under the 2021 redistricting map. Black and White voters consistently support different candidates. I also find strong evidence of racially polarized voting in each of the five individual congressional districts.

7. Black-preferred candidates are largely unable to win elections in the focus area. Across an analysis of 12 statewide elections, the Black-preferred candidate was able to win in the focus area only once. When taken on a district-by-district basis, the Black-preferred candidate was defeated in every one of the 12 elections analyzed in the 1st, 2nd, 3rd, and 6th Congressional Districts. The Black-preferred candidate won a majority of the vote in District 7 in all 12 elections.

8. Under all six of the illustrative maps, I find that Black-preferred candidates are able to win elections in both majority-minority districts.

# Data Sources and Elections Analyzed

9. For the purpose of my analysis, I examined elections in the 1st, 2nd, 3rd, 6th, and 7th Congressional Districts, under the plan adopted by the state legislature in 2021. Collectively, I refer to this area as the "focus area." Figure 1 maps the focus area.

10. To analyze racially polarized voting, I examined election results from the 2012, 2014, 2016, 2018, and 2020 general elections, and the 2017 special election for U.S. Senate. I included statewide elections for U.S President, U.S. Senate, Governor, Lieutenant Governor, Secretary of State, Attorney General, State Auditor, Treasurer, Commissioner of Agriculture and Industries, Chief Justice of the State Supreme Court, and Associate Justice of the State Supreme Court. I excluded all offices that were only contested by one of the major parties.

11. I analyzed racially polarized voting using two different data sources:

- Precinct-level election results and data on Citizen Voting Age Population (CVAP) by race for the 2016, 2018, and 2020 general elections and the 2017 special election for U.S. Senate. The precinct level data was assembled by the Voting and Election Science Team, an academic group that provides precinct-level data for U.S. Elections, based on data from the Secretary of State. This data was then updated to use 2020 Voting Tabulation



Figure 1: Map of the Focus Area

Districts (VTDs), and distributed on the Redistricting Data Hub.[1] I merged this with Citizen Voting Age Population data from the U.S. Census' American Community Survey (ACS).[2] I used CVAP data at the census block group level, and allocated populations to 2020 VTDs. When census blocks or VTDs were split, I weighted the population data using 2010 census block populations.[3]

- Precinct-level election results and data on actual voter turnout by race for the 2020

---

[1]https://redistrictingdatahub.org/dataset/2016-al-election-data-projected-to-2020-vtds/; https://redistrictingdatahub.org/dataset/2018-al-election-data-projected-to-2020-vtds/; https://redistrictingdatahub.org/dataset/2020-al-election-data-projected-to-2020-vtds/. For 2017, I used 2017 election results and shape files provided by VEST at https://doi.org/10.7910/DVN/VNJAB1 and updated the results to use 2020 VTDs.

[2]https://www.census.gov/programs-surveys/decennial-census/about/voting-rights/cvap.html

[3]I used the ACS 2014-2018 5-year averages for the 2016 election, and ACS 2015-2019 5-year averages for the 2017, 2018, and 2020 elections.

general elections. The precinct level data was assembled by the Voting and Election Science Team and updated to use 2020 Voting Tabulation Districts (VTDs), and distributed on the Redistricting Data Hub.[4] Actual turnout by race was calculated by the Redistricting Data Hub using a commercial voter file provided by the data vendor L2.[5] This data provides a close estimate of the actual number of voters who cast a ballot in each VTD in the 2020 general election.[6]

- County-level election results and data on voter registration by race for the 2012 and 2014 general elections. This data was downloaded from the website of the Alabama Secretary of State.[7] I use this data to estimate racially polarized voting at the county level for the focus area in 2012 and 2014, where precinct-level data is not available.

## Racially Polarized Voting Analysis

13. In analyzing racially polarized voting in each election, I used a statistical procedure, ecological inference (EI), that estimates group-level preferences based on aggregate data. I analyzed the results for three racial demographic groups: Non-Hispanic Black, non-Hispanic White, and Other, based on the voters' self-identified race in the voter registration database or American Community Survey Citizen Voting Age Population ("CVAP") data. I excluded third party and write-in candidates, and analyzed votes for the two major-party candidates in each election. The results of this analysis are estimates of the percentage of each group that voted for the candidate from each party in each election. The results include both a mean estimate (the most likely vote share), and a 95% confidence interval.[8]

14. Interpreting the results of the ecological inference models proceeds in two general stages. First, I examined the support for each candidate by each demographic group to determine if members of the group vote cohesively in support of a single candidate in each election. When a significant majority of the group supports a single candidate, I can then identify that candidate as the group's candidate of choice. If the group's support is roughly evenly divided between the two candidates, then the group does not cohesively support a single candidate and does not have a clear preference. Second,

---

[4]https://redistrictingdatahub.org/dataset/2020-al-election-data-projected-to-2020-vtds/

[5]https://redistrictingdatahub.org/dataset/2020-alabama-elections-turnout-by-race-ethnicity-aggregated-to-2020-census-vtds/

[6]The estimates provided in this data source are inexact because the voter file used for the calculation is dated August 22, 2021. It is missing any voters removed from the voter file between election day and this date, and may also locate voters who changed addresses since the election in the wrong precinct. I validated this data by comparing county totals by race to actual turnout by race data from the Secretary of State.

[7]https://www.sos.alabama.gov/alabama-votes/voter/election-data

[8]The 95% confidence interval is a measure of uncertainty in the estimates from the model. For example, the model might estimate that 94% of the members of a group voted for a particular candidate, with a 95% confidence interval of 91-96%. This means that based on the data and the model assumptions, 95% of the simulated estimates for this group fall in the range of 91-96%, with 94% being the average value. Larger confidence intervals reflect a higher degree of uncertainty in the estimates, while smaller confidence intervals reflect less uncertainty. For the analyses using Citizen Voting Age Population data and voter registration data, I estimated models that allow for different voter turnout levels by race.

after identifying the preferred candidate for each group (or the lack of such a candidate), I then compared the preferences of White voters to the preferences of Black voters. Evidence of racially polarized voting is found when Black voters and White voters support different candidates.

15. Figure 2 presents the estimates of support for the Black-Preferred candidate for Black and White voters for all 12 electoral contests from 2016 to 2020 using precinct-level election data and Citizen Voting Age Population data. Here, I present only the estimates and confidence intervals, and exclude individual election labels. Full results for each election are presented in Figure 3 and Table 2. In each panel, the solid dots correspond to an estimate in a particular election, and the gray vertical lines behind each dot are the 95% confidence intervals for the estimate.[9]



Figure 2: Racially Polarized Voting Estimates by Race — Focus Area

16. Examining Figure 2, the estimates for support for Black-Preferred candidates by Black voters are all significantly above 50%. Black voters are extremely cohesive, with a clear candidate of choice in all 12 elections. On average, Black voters supported their candidates of choice with 92.3% of the vote.

17. In contrast to the Black voters, Figure 2 shows that White voters are highly cohesive in voting in opposition to the Black candidate of choice in every election. On average, White voters supported Black-preferred candidates with 15.4% of the vote, and in no election did this estimate exceed 26%.

---

[9]In some cases the lines for the confidence intervals are not visible behind the dots because they are relatively small.



Figure 3: Racially Polarized Voting Estimates by Election — Focus Area

18. Figure 3 presents the same results as Figure 2, separated by each electoral contest. The estimated levels of support for the Black-Preferred candidate in each election for each group are represented by the colored points, and the horizontal lines indicate the range of the 95% confidence intervals. In every election, Black voters have a clear candidate of choice, and White voters are strongly opposed to this candidate.

19. Table 9 presents the ecological inference results for the precinct-level data with actual voter turnout by race for 2020. These results support the findings discussed above. Black voters are highly cohesive and have a clear candidate of choice in each election, and White voters cohesively oppose the Black candidates of choice.

20. While the precinct data is limited to 2016 to 2020, county-level election results provide similar evidence of racially polarized voting in 2012 and 2014. Figure 4 and Table 3 present county-level ecological inference results for these elections, using county-level voter registration by race to estimate the voting population. The results are consistent across these seven elections; Black voters have a clear candidate of choice in each election, and White voters strongly opposed the Black-preferred candidates.



Figure 4: Racially Polarized Voting Estimates by Election Using County-Level Data — Focus Area

21. There is also strong evidence of racially polarized voting in each of the five congressional districts that comprise the focus area. Figure 5 plots the results, and Tables 4–8 present the full results, using precinct-level election results and Citizen Voting Age Population Data.[10] Black voters are extremely cohesive, with a clear candidate of choice in all 12 elections in each district. On average, Black voters supported their candidates of choice with 92.7% of the vote in CD 1, 88.8% in CD 2, 90.0% in CD 3, 92.2% in CD 6, and 94.4% in CD 7.[11]

22. In contrast to the Black voters, Figure 5 shows that White voters are highly cohesive in voting in opposition to the Black candidate of choice in every election in each district. On average, White voters supported Black-preferred candidates with 16.2% of the vote in CD 1, 9.2% in CD 2, 11.9% in CD 3, 22.8% in CD 6, and 25.0% in CD 7.

## Performance of Black-Preferred Candidates in the Focus Area

23. Having identified the Black candidate of choice in each election, I now turn to their ability to win elections in these districts. Table 1 presents the results of each election in the focus area and each congressional district for the 2016 to 2020 elections. For each election, I present the vote share obtained by the Black-preferred candidate.

24. Across the 12 statewide contests analyzed, the Black-preferred candidate won only once in the focus area. In all other cases, the White-preferred candidate won the

---

[10]Table 9 presents the ecological inference results for the precinct-level data with actual voter turnout by race for 2020.

[11]I restrict this analysis to the 2016–2020 elections because the necessary precinct-level data is not available for 2012 and 2014.



Figure 5: Racially Polarized Voting Estimates by Race — Congressional Districts

majority of the vote. In the 1st, 2nd, 3rd, and 6th Congressional Districts, the White-preferred candidate defeated the Black-preferred candidate in all 12 elections. In the 7th Congressional District, the Black-preferred candidate won all 12 elections.[12]

25. The Black-preferred candidate won the majority of the vote in the focus area in only one contest, the 2017 special election for U.S. Senate. In this election the White-preferred candidate was Roy Moore, a former Chief Justice of the Alabama Supreme Court.[13] Moore is a uniquely controversial figure in Alabama politics, having been removed from his position on the Supreme Court in 2003, and later suspended from his position on the Supreme Court in 2016 following his 2012 election. In the 2017 U.S. Senate election, Moore was also accused of sexual assault and misconduct by several women.[14] Moore's unique unpopularity is highlighted by a statement of the National Republican Senate Committee on the 2020 Senate race: " 'The NRSC's official stance is ABRM: anyone but Roy Moore,' said Kevin McLaughlin, the committee's executive director. 'The only thing Doug Jones and I agree on is that his only prayer for electoral success in

---

[12]I restrict this analysis to the 2016–2020 elections where I have precinct-level data in order to analyze performance in each Congressional District. However, the results are similar when I include the 2012 and 2014 elections at the county-level for the focus area; Black-preferred candidates win only one of the eight statewide elections analyzed in 2012 and 2014.

[13]When the 2012 and 2014 elections are included for the focus area, the Black-preferred candidate wins one additional election, the 2012 election for Chief Justice of the Supreme Court. In this election, the White-preferred candidate was Roy Moore as well.

[14]Notwithstanding these potentially distinguishing features of Mr. Moore's candidacy, more than 74% of White voters voted for Moore in 2012 and 2017. See Table 2.

2020 is a rematch with Roy Moore.' "[15] However, the Black-preferred candidate, Doug Jones, won this election in the focus area only because of his large margin of victory in the 7th Congressional District; Moore won the majority of the vote in the other four congressional districts in the focus area.

# Performance of the Majority-Minority Districts in the Illustrative Maps

26. I also analyzed the performance of Black-preferred candidates for the versions of CD 2 and CD 7 in the plaintiffs' six illustrative maps by calculating the percentage of the vote won by the Black-preferred candidates across the twelve statewide races from 2016 through 2020 analyzed above.

27. Figure 6 presents the results of this analysis. In the two majority-minority districts in each illustrative map, CD 2 and CD 7, the Black-preferred candidate won all twelve statewide elections, with an average of at least 57% of the vote in all maps for CD 2, and an average of at least 65% of the vote for CD 7. Figure 7 plots the vote shares in each election of the Black-preferred candidates for districts 2 and 7 for each illustrative map. In Districts 1, 3, and 6 the White-preferred candidate defeated the Black-preferred candidate in all 12 elections. Tables 10-15 provide the full results in all districts for each map.

I reserve the right to continue to supplement my reports in light of additional facts, testimony and/or materials that may come to light.

I declare under penalty of perjury that the foregoing is true and correct.

*Maxwell Pal*

Executed on: December 10, 2021

---

[15]https://www.politico.com/newsletters/playbook-pm/2019/02/28/netanyahu-indicted-pelosi-attempts-to-wrangle-dems-and-says-noko-won-the-summit-401605



Figure 6: Vote Shares of Black-Preferred Candidates Under the Illustrative Maps



Figure 7: Vote Shares of Black-Preferred Candidates Under the Illustrative Maps, Districts 2 and 7

Table 1: Election Results in the Focus Area — Vote Share of Black-Preferred Candidates

|      |                    | Focus Area | CD 1  | CD 2  | CD 3  | CD 6  | CD 7  |
|------|--------------------|------------|-------|-------|-------|-------|-------|
| 2016 | U.S. President     | 39.5%      | 35.0% | 33.3% | 32.1% | 29.7% | 65.7% |
|      | U.S. Senator       | 39.3%      | 34.6% | 33.7% | 33.0% | 29.7% | 64.1% |
| 2017 | U.S. Senator       | 54.3%      | 49.1% | 45.7% | 47.0% | 48.6% | 76.2% |
| 2018 | Governor           | 43.8%      | 39.4% | 35.8% | 35.4% | 37.9% | 68.0% |
|      | Lt. Governor       | 42.3%      | 37.7% | 35.7% | 34.6% | 34.3% | 67.1% |
|      | Attorney General   | 44.6%      | 40.3% | 38.8% | 36.4% | 36.7% | 68.6% |
|      | Sec. of State      | 42.4%      | 37.9% | 35.8% | 34.8% | 34.5% | 67.0% |
|      | State Auditor      | 42.9%      | 38.6% | 36.8% | 35.1% | 35.0% | 67.4% |
|      | Supreme Ct., Chief | 46.2%      | 41.9% | 38.5% | 37.8% | 40.8% | 69.6% |
|      | Supreme Ct., Place 4 | 42.7%    | 38.1% | 36.1% | 35.1% | 34.7% | 67.7% |
| 2020 | U.S. President     | 40.9%      | 35.7% | 35.2% | 32.8% | 34.6% | 66.2% |
|      | U.S. Senator       | 43.4%      | 39.1% | 37.8% | 35.2% | 37.2% | 67.8% |

Table 2: Ecological Inference Results — Estimated Vote Share of Black-Preferred Candidates — Precinct-Level Election Data with Citizen Voting Age Population — Focus Area

|      |                      | Black              | White              | Other              |
|------|----------------------|--------------------|--------------------|--------------------|
| 2016 | U.S. President       | 90.8% (89.5, 92.1) | 10.3% (9.5, 11.4)  | 68.8% (63.9, 74.0) |
|      | U.S. Senator         | 91.0% (89.8, 92.2) | 10.9% (10.0, 11.7) | 70.7% (64.8, 77.0) |
| 2017 | U.S. Senator         | 94.2% (93.2, 95.1) | 25.3% (24.0, 26.7) | 79.9% (70.3, 86.8) |
| 2018 | Governor             | 92.4% (91.2, 93.6) | 16.2% (15.0, 17.7) | 78.1% (69.1, 84.3) |
|      | Lt. Governor*        | 92.9% (91.8, 94.0) | 13.0% (11.8, 14.1) | 79.9% (73.2, 85.2) |
|      | Attorney General     | 93.3% (92.2, 94.3) | 15.7% (14.6, 16.8) | 83.6% (78.2, 88.1) |
|      | Sec. of State        | 93.0% (91.7, 94.1) | 13.4% (12.4, 14.5) | 81.3% (74.6, 87.2) |
|      | State Auditor*       | 93.2% (91.8, 94.2) | 14.0% (13.0, 15.1) | 81.5% (76.2, 86.3) |
|      | Supreme Ct., Chief   | 93.7% (92.5, 94.7) | 18.4% (17.2, 19.5) | 82.0% (75.4, 87.9) |
|      | Supreme Ct., Place 4 | 93.1% (91.9, 94.1) | 13.8% (12.9, 14.7) | 80.9% (73.6, 87.6) |
| 2020 | U.S. President       | 89.3% (87.7, 90.5) | 15.4% (14.5, 16.4) | 66.1% (60.9, 72.2) |
|      | U.S. Senator         | 90.2% (88.6, 91.9) | 18.4% (17.4, 19.5) | 71.9% (66.7, 76.6) |

* Indicates that the Black candidate of choice was Black.

Table 3: Ecological Inference Results — Estimated Vote Share of Black-Preferred Candidates — County-Level Election Data with Voter Registration by Race — Focus Area

|  |  | Black | White | Other |
|---|---|---|---|---|
| 2012 | U.S. President* | 93.6% (88.1, 97.8) | 12.2% (8.8, 16.0) | 52.6% (16.7, 84.5) |
|  | Supreme Ct., Chief | 93.8% (89.4, 98.1) | 26.6% (22.3, 34.1) | 56.1% (19.2, 86.4) |
| 2014 | Governor | 91.6% (84.6, 97.4) | 9.4% (4.7, 12.8) | 50.9% (20.6, 82.3) |
|  | Lt. Governor* | 91.2% (85.7, 96.1) | 9.4% (3.9, 14.4) | 51.9% (16.0, 82.9) |
|  | Attorney General | 92.4% (84.9, 97.1) | 20.5% (13.3, 28.0) | 62.7% (28.1, 93.0) |
|  | Sec. of State* | 89.9% (81.9, 96.8) | 7.1% (3.6, 11.8) | 55.4% (22.6, 85.4) |
|  | State Auditor* | 90.2% (81.6, 96.7) | 12.4% (7.4, 17.3) | 54.5% (22.5, 84.1) |
|  | Comm. Agriculture | 90.1% (83.4, 96.5) | 9.1% (5.0, 15.1) | 54.2% (23.3, 82.2) |

* Indicates that the Black candidate of choice was Black.

Table 4: Ecological Inference Results — Estimated Vote Share of Black-Preferred Candidates — Precinct-Level Election Data with Citizen Voting Age Population — CD 1

|  |  | Black | White | Other |
|---|---|---|---|---|
| 2016 | U.S. President | 93.0% (90.3, 95.2) | 9.9% (8.1, 12.1) | 66.8% (50.3, 79.8) |
|  | U.S. Senator | 92.1% (89.3, 94.7) | 11.1% (9.3, 13.1) | 63.3% (37.1, 80.6) |
| 2017 | U.S. Senator | 93.9% (91.3, 96.0) | 26.9% (24.1, 29.8) | 63.1% (41.4, 80.7) |
| 2018 | Governor | 92.9% (90.2, 95.0) | 17.5% (15.3, 19.8) | 65.0% (41.1, 83.0) |
|  | Lt. Governor* | 92.8% (89.8, 95.4) | 14.1% (11.4, 16.5) | 69.3% (50.7, 83.8) |
|  | Attorney General | 93.9% (91.3, 96.1) | 17.3% (14.8, 19.9) | 73.3% (45.8, 86.4) |
|  | Sec. of State | 93.0% (90.4, 95.2) | 14.7% (12.6, 17.5) | 71.0% (50.3, 86.9) |
|  | State Auditor* | 93.2% (90.1, 95.6) | 15.5% (13.1, 17.8) | 72.4% (51.1, 85.4) |
|  | Supreme Ct., Chief | 93.5% (90.7, 95.7) | 19.8% (17.5, 21.8) | 73.9% (57.9, 86.1) |
|  | Supreme Ct., Place 4 | 93.3% (90.5, 95.7) | 14.8% (12.2, 17.2) | 70.7% (49.3, 84.6) |
| 2020 | U.S. President | 90.0% (86.4, 93.4) | 14.4% (12.3, 16.7) | 55.4% (42.0, 71.0) |
|  | U.S. Senator | 90.2% (87.1, 93.0) | 18.8% (16.0, 21.7) | 64.6% (46.7, 78.7) |

* Indicates that the Black candidate of choice was Black.

Table 5: Ecological Inference Results — Estimated Vote Share of Black-Preferred Candidates — Precinct-Level Election Data with Citizen Voting Age Population — CD 2

|  |  | Black | White | Other |
|---|---|---|---|---|
| 2016 | U.S. President | 86.2% (81.3, 90.1) | 6.8% (5.5, 8.6) | 60.9% (42.5, 75.8) |
|  | U.S. Senator | 87.4% (83.3, 90.7) | 7.6% (5.7, 9.9) | 70.3% (48.7, 84.3) |
| 2017 | U.S. Senator | 91.3% (88.5, 93.8) | 14.8% (10.9, 17.6) | 70.9% (50.5, 86.1) |
| 2018 | Governor | 88.8% (84.5, 92.4) | 8.6% (6.4, 10.7) | 64.8% (37.9, 82.4) |
|  | Lt. Governor* | 88.6% (85.2, 91.6) | 7.9% (6.2, 10.3) | 71.3% (50.5, 85.5) |
|  | Attorney General | 90.8% (87.0, 93.6) | 10.5% (8.5, 12.6) | 66.1% (48.4, 80.2) |
|  | Sec. of State | 88.4% (84.6, 91.7) | 8.4% (6.7, 10.6) | 68.8% (47.1, 84.1) |
|  | State Auditor* | 89.5% (86.1, 92.5) | 8.8% (6.5, 10.9) | 68.9% (45.7, 85.4) |
|  | Supreme Ct., Chief | 91.2% (87.7, 93.8) | 10.2% (7.9, 12.7) | 72.3% (54.0, 86.7) |
|  | Supreme Ct., Place 4 | 90.1% (86.8, 92.7) | 7.6% (5.9, 9.7) | 73.7% (55.7, 87.4) |
| 2020 | U.S. President | 87.1% (82.6, 90.3) | 8.9% (6.9, 10.9) | 60.0% (46.3, 76.2) |
|  | U.S. Senator | 86.3% (82.5, 90.1) | 10.8% (8.6, 13.3) | 71.0% (50.8, 83.4) |

* Indicates that the Black candidate of choice was Black.

Table 6: Ecological Inference Results — Estimated Vote Share of Black-Preferred Candidates — Precinct-Level Election Data with Citizen Voting Age Population — CD 3

|  |  | Black | White | Other |
|---|---|---|---|---|
| 2016 | U.S. President | 88.7% (84.6, 92.7) | 7.8% (6.1, 9.9) | 77.4% (63.1, 91.0) |
|  | U.S. Senator | 88.5% (83.6, 92.5) | 10.5% (8.6, 13.0) | 71.8% (54.9, 84.1) |
| 2017 | U.S. Senator | 93.4% (90.3, 95.7) | 21.3% (18.6, 24.0) | 82.4% (70.0, 91.1) |
| 2018 | Governor | 89.7% (84.6, 93.5) | 12.0% (10.1, 14.3) | 72.6% (58.1, 84.9) |
|  | Lt. Governor* | 90.6% (86.8, 93.8) | 10.2% (8.1, 12.6) | 76.7% (60.9, 88.5) |
|  | Attorney General | 90.4% (86.5, 93.8) | 12.8% (10.2, 15.4) | 76.0% (59.8, 88.5) |
|  | Sec. of State | 90.9% (86.9, 94.1) | 10.8% (8.7, 13.4) | 72.6% (47.8, 87.8) |
|  | State Auditor* | 90.4% (86.2, 94.0) | 10.6% (8.5, 13.1) | 76.3% (63.3, 86.1) |
|  | Supreme Ct., Chief | 90.9% (85.9, 94.5) | 13.9% (11.4, 16.6) | 79.7% (63.7, 91.1) |
|  | Supreme Ct., Place 4 | 91.2% (86.8, 94.6) | 10.8% (8.4, 13.0) | 73.5% (56.1, 85.9) |
| 2020 | U.S. President | 86.8% (82.0, 90.7) | 9.7% (7.4, 11.8) | 67.7% (56.3, 79.8) |
|  | U.S. Senator | 88.2% (83.8, 92.0) | 12.0% (9.6, 14.4) | 73.5% (59.1, 86.0) |

* Indicates that the Black candidate of choice was Black.

Table 7: Ecological Inference Results — Estimated Vote Share of Black-Preferred Candidates — Precinct-Level Election Data with Citizen Voting Age Population — CD 6

|      |                     | Black              | White              | Other              |
|------|---------------------|--------------------|--------------------|--------------------|
| 2016 | U.S. President      | 91.9% (87.4, 94.9) | 14.5% (12.5, 16.4) | 48.4% (34.5, 68.6) |
|      | U.S. Senator        | 89.1% (84.6, 93.2) | 14.6% (12.9, 16.6) | 57.8% (45.6, 69.7) |
| 2017 | U.S. Senator        | 93.3% (89.6, 96.2) | 36.7% (34.7, 38.8) | 46.9% (25.3, 72.6) |
| 2018 | Governor            | 94.1% (90.9, 96.4) | 25.0% (22.8, 27.2) | 48.9% (27.6, 76.4) |
|      | Lt. Governor*       | 95.0% (92.3, 97.1) | 19.6% (17.9, 21.5) | 52.6% (29.2, 80.3) |
|      | Attorney General    | 94.9% (91.8, 97.0) | 22.3% (20.5, 24.3) | 61.8% (39.5, 81.8) |
|      | Sec. of State       | 95.0% (92.2, 97.0) | 19.9% (17.9, 22.0) | 53.6% (24.5, 77.9) |
|      | State Auditor*      | 94.9% (92.0, 96.9) | 20.4% (18.2, 22.5) | 53.3% (26.6, 81.7) |
|      | Supreme Ct., Chief  | 95.0% (91.3, 97.1) | 28.5% (26.5, 30.4) | 52.9% (26.9, 80.4) |
|      | Supreme Ct., Place 4| 95.7% (93.3, 97.5) | 19.7% (17.4, 21.8) | 57.3% (34.1, 79.0) |
| 2020 | U.S. President      | 83.5% (77.7, 88.4) | 24.6% (23.1, 26.3) | 35.2% (20.2, 59.0) |
|      | U.S. Senator        | 83.6% (74.9, 89.0) | 27.8% (25.1, 30.1) | 38.5% (23.6, 54.8) |

* Indicates that the Black candidate of choice was Black.

Table 8: Ecological Inference Results — Estimated Vote Share of Black-Preferred Candidates — Precinct-Level Election Data with Citizen Voting Age Population — CD 7

|      |                     | Black              | White              | Other              |
|------|---------------------|--------------------|--------------------|--------------------|
| 2016 | U.S. President      | 93.3% (91.2, 94.9) | 21.2% (17.9, 24.5) | 82.1% (71.9, 89.3) |
|      | U.S. Senator        | 92.9% (91.0, 94.5) | 19.2% (16.5, 22.3) | 80.4% (69.7, 90.1) |
| 2017 | U.S. Senator        | 95.8% (94.6, 96.9) | 32.2% (28.2, 37.0) | 88.1% (79.4, 93.9) |
| 2018 | Governor            | 94.7% (92.9, 96.0) | 24.8% (20.9, 29.8) | 83.0% (72.6, 91.4) |
|      | Lt. Governor*       | 94.8% (93.2, 96.1) | 22.1% (18.7, 25.9) | 84.0% (67.6, 92.0) |
|      | Attorney General    | 95.0% (93.4, 96.4) | 25.9% (21.8, 31.3) | 87.5% (80.1, 93.4) |
|      | Sec. of State       | 95.0% (93.3, 96.2) | 22.0% (18.6, 25.4) | 88.5% (80.7, 93.9) |
|      | State Auditor*      | 95.2% (93.9, 96.3) | 22.4% (18.9, 26.2) | 85.5% (73.2, 92.9) |
|      | Supreme Ct., Chief  | 95.2% (93.8, 96.5) | 26.1% (22.8, 29.2) | 89.3% (81.5, 94.1) |
|      | Supreme Ct., Place 4| 95.2% (93.5, 96.5) | 22.0% (18.9, 25.9) | 89.3% (82.1, 94.6) |
| 2020 | U.S. President      | 92.4% (90.4, 94.0) | 28.7% (25.2, 32.6) | 77.3% (69.1, 86.1) |
|      | U.S. Senator        | 92.8% (90.8, 94.7) | 33.0% (28.6, 37.8) | 84.4% (74.2, 92.6) |

* Indicates that the Black candidate of choice was Black.

Table 9: Ecological Inference Results — Estimated Vote Share of Black-Preferred Candidates — Precinct-Level Election Data with Voter Turnout by Race — 2020 Elections

|  |  | Black | White | Other |
|---|---|---|---|---|
| Focus Area | U.S. President | 97.3% (96.8, 97.6) | 9.1% (8.7, 9.5) | 82.0% (78.6, 84.9) |
|  | U.S. Senator | 97.6% (97.2, 98.0) | 12.1% (11.8, 12.5) | 88.9% (85.6, 91.6) |
| CD 1 | U.S. President | 96.5% (95.2, 97.6) | 8.6% (7.5, 9.8) | 75.9% (66.3, 83.1) |
|  | U.S. Senator | 97.0% (95.5, 98.1) | 12.7% (11.7, 14.0) | 82.1% (72.7, 89.7) |
| CD 2 | U.S. President | 96.9% (95.7, 97.8) | 5.6% (4.7, 6.8) | 68.6% (58.2, 77.2) |
|  | U.S. Senator | 97.1% (96.0, 98.0) | 6.9% (6.4, 7.6) | 92.8% (88.3, 96.0) |
| CD 3 | U.S. President | 96.7% (95.3, 97.8) | 7.4% (6.8, 8.2) | 83.1% (75.9, 88.7) |
|  | U.S. Senator | 97.0% (95.5, 98.1) | 10.7% (9.9, 11.7) | 83.9% (74.8, 91.1) |
| CD 6 | U.S. President | 97.0% (95.5, 98.1) | 11.8% (11.2, 12.6) | 91.6% (86.0, 95.3) |
|  | U.S. Senator | 96.8% (94.8, 98.1) | 15.2% (14.6, 16.0) | 93.0% (88.4, 96.2) |
| CD 7 | U.S. President | 97.5% (97.0, 98.0) | 16.6% (15.0, 19.3) | 66.4% (39.8, 80.6) |
|  | U.S. Senator | 98.0% (97.4, 98.4) | 19.7% (18.4, 21.2) | 71.5% (58.3, 82.4) |

Table 10: Vote Share of Black-Preferred Candidates — Illustrative Map 1

|  |  | CD 1 | CD 2 | CD 3 | CD 4 | CD 5 | CD 6 | CD 7 |
|---|---|---|---|---|---|---|---|---|
| 2016 | U.S. President | 23.4% | 55.1% | 29.8% | 16.1% | 33.9% | 24.7% | 65.0% |
|  | U.S. Senator | 24.1% | 54.0% | 30.7% | 19.0% | 34.4% | 25.0% | 63.4% |
| 2017 | U.S. Senator | 37.1% | 65.5% | 45.2% | 27.8% | 51.4% | 43.1% | 76.8% |
| 2018 | Attorney General | 29.1% | 58.5% | 35.1% | 21.6% | 41.2% | 31.2% | 69.1% |
|  | State Auditor | 27.3% | 56.9% | 33.6% | 19.7% | 39.8% | 29.4% | 67.8% |
|  | Governor | 27.8% | 55.7% | 33.7% | 21.9% | 40.1% | 32.5% | 69.0% |
|  | Lt. Governor | 26.5% | 56.1% | 32.5% | 18.7% | 38.5% | 28.7% | 67.6% |
|  | Supreme Ct., Place 4 | 26.9% | 56.6% | 33.2% | 20.1% | 39.8% | 29.1% | 68.1% |
|  | Supreme Ct., Chief | 29.7% | 59.2% | 36.4% | 22.6% | 41.9% | 35.3% | 70.4% |
|  | Sec. of State | 26.7% | 56.2% | 32.8% | 19.0% | 39.1% | 29.0% | 67.4% |
| 2020 | U.S. President | 25.4% | 55.4% | 31.3% | 16.5% | 37.2% | 28.6% | 66.9% |
|  | U.S. Senator | 28.9% | 57.6% | 33.9% | 19.6% | 40.5% | 31.2% | 68.5% |

Table 11: Vote Share of Black-Preferred Candidates — Illustrative Map 2

|      |                      | CD 1  | CD 2  | CD 3  | CD 4  | CD 5  | CD 6  | CD 7  |
|------|----------------------|-------|-------|-------|-------|-------|-------|-------|
| 2016 | U.S. President       | 22.8% | 55.5% | 29.8% | 16.1% | 33.9% | 24.9% | 65.7% |
|      | U.S. Senator         | 23.5% | 54.5% | 30.7% | 19.0% | 34.4% | 25.2% | 64.0% |
| 2017 | U.S. Senator         | 36.7% | 65.8% | 45.3% | 27.8% | 51.4% | 43.3% | 77.1% |
| 2018 | Attorney General     | 28.7% | 58.9% | 35.1% | 21.6% | 41.2% | 31.5% | 69.5% |
|      | State Auditor        | 27.0% | 57.2% | 33.6% | 19.7% | 39.8% | 29.6% | 68.3% |
|      | Governor             | 27.5% | 56.0% | 33.7% | 21.9% | 40.1% | 32.7% | 69.4% |
|      | Lt. Governor         | 26.1% | 56.5% | 32.5% | 18.7% | 38.5% | 29.0% | 68.1% |
|      | Supreme Ct., Place 4 | 26.5% | 57.0% | 33.2% | 20.1% | 39.8% | 29.4% | 68.6% |
|      | Supreme Ct., Chief   | 29.4% | 59.4% | 36.4% | 22.6% | 41.9% | 35.6% | 70.8% |
|      | Sec. of State        | 26.4% | 56.6% | 32.8% | 19.0% | 39.1% | 29.3% | 67.8% |
| 2020 | U.S. President       | 24.9% | 55.9% | 31.3% | 16.5% | 37.2% | 29.0% | 67.4% |
|      | U.S. Senator         | 28.6% | 58.0% | 33.8% | 19.6% | 40.5% | 31.6% | 69.0% |

Table 12: Vote Share of Black-Preferred Candidates — Illustrative Map 3

|      |                      | CD 1  | CD 2  | CD 3  | CD 4  | CD 5  | CD 6  | CD 7  |
|------|----------------------|-------|-------|-------|-------|-------|-------|-------|
| 2016 | U.S. President       | 23.5% | 56.4% | 31.9% | 17.7% | 33.9% | 21.0% | 62.8% |
|      | U.S. Senator         | 24.2% | 55.0% | 32.4% | 20.4% | 34.4% | 22.1% | 61.2% |
| 2017 | U.S. Senator         | 37.0% | 66.7% | 46.0% | 31.3% | 51.4% | 37.9% | 75.4% |
| 2018 | Attorney General     | 29.1% | 59.8% | 36.5% | 23.4% | 41.2% | 27.6% | 66.9% |
|      | State Auditor        | 27.3% | 58.2% | 35.0% | 21.6% | 39.8% | 25.6% | 65.6% |
|      | Governor             | 27.7% | 57.2% | 34.7% | 23.9% | 40.1% | 28.5% | 67.1% |
|      | Lt. Governor         | 26.5% | 57.3% | 34.2% | 20.5% | 38.5% | 24.9% | 65.3% |
|      | Supreme Ct., Place 4 | 26.8% | 57.8% | 34.7% | 21.8% | 39.8% | 25.6% | 65.8% |
|      | Supreme Ct., Chief   | 29.5% | 60.6% | 37.4% | 24.6% | 41.9% | 31.1% | 68.7% |
|      | Sec. of State        | 26.7% | 57.4% | 34.4% | 20.8% | 39.1% | 25.1% | 65.2% |
| 2020 | U.S. President       | 25.4% | 56.7% | 33.2% | 18.1% | 37.2% | 24.5% | 65.0% |
|      | U.S. Senator         | 29.0% | 58.8% | 35.6% | 21.2% | 40.5% | 27.2% | 66.8% |

Table 13: Vote Share of Black-Preferred Candidates — Illustrative Map 4

|  |  |  | CD 1 | CD 2 | CD 3 | CD 4 | CD 5 | CD 6 | CD 7 |
|---|---|---|---|---|---|---|---|---|---|
| 2016 | U.S. President | | 23.5% | 55.9% | 32.1% | 16.6% | 33.9% | 24.3% | 61.2% |
|  | U.S. Senator | | 24.2% | 54.6% | 32.7% | 19.7% | 34.4% | 24.5% | 60.0% |
| 2017 | U.S. Senator | | 37.0% | 66.1% | 47.0% | 28.6% | 51.4% | 43.4% | 73.6% |
| 2018 | Attorney General | | 29.1% | 59.4% | 36.6% | 22.2% | 41.2% | 31.4% | 65.4% |
|  | State Auditor | | 27.3% | 57.7% | 35.2% | 20.3% | 39.8% | 29.5% | 64.1% |
|  | Governor | | 27.7% | 56.5% | 35.3% | 22.1% | 40.1% | 32.6% | 65.7% |
|  | Lt. Governor | | 26.5% | 56.8% | 34.6% | 19.2% | 38.5% | 28.7% | 63.9% |
|  | Supreme Ct., Place 4 | | 26.8% | 57.3% | 35.1% | 20.6% | 39.8% | 29.1% | 64.6% |
|  | Supreme Ct., Chief | | 29.5% | 60.1% | 37.9% | 23.3% | 41.9% | 35.6% | 66.6% |
|  | Sec. of State | | 26.7% | 56.9% | 34.8% | 19.6% | 39.1% | 29.0% | 63.6% |
| 2020 | U.S. President | | 25.4% | 56.2% | 33.2% | 16.9% | 37.2% | 28.8% | 62.7% |
|  | U.S. Senator | | 29.0% | 58.4% | 35.7% | 20.0% | 40.5% | 31.6% | 64.4% |

Table 14: Vote Share of Black-Preferred Candidates — Illustrative Map 5

|  |  |  | CD 1 | CD 2 | CD 3 | CD 4 | CD 5 | CD 6 | CD 7 |
|---|---|---|---|---|---|---|---|---|---|
| 2016 | U.S. President | | 25.0% | 55.1% | 31.0% | 15.9% | 33.9% | 24.4% | 63.5% |
|  | U.S. Senator | | 25.5% | 54.0% | 31.6% | 18.8% | 34.4% | 25.0% | 61.9% |
| 2017 | U.S. Senator | | 39.4% | 65.1% | 45.2% | 27.6% | 51.4% | 42.9% | 76.0% |
| 2018 | Attorney General | | 30.8% | 58.5% | 35.6% | 21.4% | 41.2% | 31.1% | 67.8% |
|  | State Auditor | | 29.0% | 56.8% | 34.1% | 19.5% | 39.8% | 29.1% | 66.5% |
|  | Governor | | 29.7% | 55.5% | 34.0% | 21.7% | 40.1% | 32.1% | 68.0% |
|  | Lt. Governor | | 28.0% | 56.1% | 33.3% | 18.5% | 38.5% | 28.3% | 66.3% |
|  | Supreme Ct., Place 4 | | 28.4% | 56.6% | 33.8% | 19.9% | 39.8% | 28.9% | 66.9% |
|  | Supreme Ct., Chief | | 31.8% | 58.9% | 36.5% | 22.4% | 41.9% | 35.0% | 69.4% |
|  | Sec. of State | | 28.3% | 56.2% | 33.6% | 18.8% | 39.1% | 28.7% | 66.1% |
| 2020 | U.S. President | | 26.9% | 55.4% | 32.2% | 16.3% | 37.2% | 28.0% | 65.8% |
|  | U.S. Senator | | 30.5% | 57.5% | 34.7% | 19.4% | 40.5% | 30.8% | 67.5% |

Table 15: Vote Share of Black-Preferred Candidates — Illustrative Map 6

|      |                    | CD 1  | CD 2  | CD 3  | CD 4  | CD 5  | CD 6  | CD 7  |
|------|--------------------|-------|-------|-------|-------|-------|-------|-------|
| 2016 | U.S. President     | 22.2% | 57.3% | 31.1% | 15.7% | 33.9% | 23.9% | 63.5% |
|      | U.S. Senator       | 23.0% | 55.9% | 31.7% | 18.4% | 34.4% | 24.6% | 62.1% |
| 2017 | U.S. Senator       | 35.4% | 67.6% | 45.3% | 27.8% | 51.4% | 42.4% | 75.7% |
| 2018 | Attorney General   | 27.9% | 60.7% | 35.7% | 21.3% | 41.2% | 30.6% | 67.7% |
|      | State Auditor      | 26.0% | 59.2% | 34.3% | 19.4% | 39.8% | 28.7% | 66.4% |
|      | Governor           | 26.4% | 58.3% | 34.1% | 21.9% | 40.1% | 31.7% | 67.5% |
|      | Lt. Governor       | 25.2% | 58.3% | 33.5% | 18.4% | 38.5% | 27.9% | 66.2% |
|      | Supreme Ct., Place 4 | 25.6% | 58.8% | 34.0% | 19.8% | 39.8% | 28.4% | 66.7% |
|      | Supreme Ct., Chief | 28.2% | 61.7% | 36.7% | 22.5% | 41.9% | 34.5% | 69.2% |
|      | Sec. of State      | 25.5% | 58.4% | 33.7% | 18.7% | 39.1% | 28.3% | 66.0% |
| 2020 | U.S. President     | 24.2% | 57.6% | 32.4% | 16.2% | 37.2% | 27.5% | 65.8% |
|      | U.S. Senator       | 27.7% | 59.7% | 34.8% | 19.3% | 40.5% | 30.3% | 67.4% |

# Maxwell Palmer

CONTACT
Department of Political Science
Boston University
232 Bay State Road
Boston, MA 02215

*E-mail:* mbpalmer@bu.edu
*Website:* www.maxwellpalmer.com
*Phone:* (617) 358-2654

APPOINTMENTS
Boston University, Boston, Massachusetts

Associate Professor, Department of Political Science, 2021–Present

Director of Advanced Programs, Dept. of Political Science, 2020–Present

Civic Tech Fellow, Faculty of Computing & Data Sciences, 2021–Present

Faculty Fellow, Initiative on Cities, 2019–Present

Affiliations: Hariri Institute for Computing; Center for Antiracist Research

Assistant Professor, Department of Political Science, 2014–2021

EDUCATION
Harvard University, Cambridge, Massachusetts

Ph.D., Political Science, May 2014.

A.M., Political Science, May 2012.

Bowdoin College, Brunswick, Maine

A.B., Mathematics & Government and Legal Studies, May 2008.

BOOK
*Neighborhood Defenders: Participatory Politics and America's Housing Crisis* (with Katherine Levine Einstein and David M. Glick). 2019. New York, NY: Cambridge University Press.

– Selected chapters republished in *Political Science Quarterly*.

– Reviewed in *Perspectives on Politics*, *Political Science Quarterly*, *Economics 21*, *Public Books*, and *City Journal*.

– Covered in Vox's "The Weeds" podcast, CityLab, Slate's "Gabfest," Curbed, Brookings Institution Up Front.

REFEREED ARTICLES
de Benedictis-Kessner, Justin and Maxwell Palmer. Forthcoming. "Driving Turnout: The Effect of Car Ownership on Electoral Participation." *Political Science Research and Methods*.

Einstein, Katherine Levine and Maxwell Palmer. 2021. "Land of the Freeholder: How Property Rights Make Voting Rights." *Journal of Historical Political Economy* 1(4): 499–530.

Glick, David M. and Maxwell Palmer. 2021. "County Over Party: How Governors Prioritized Geography Not Particularism in the Distribution of Opportunity Zones." *British Journal of Political Science*.

Godinez Puig, Luisa, Katharine Lusk, David Glick, Katherine L. Einstein, Maxwell Palmer, Stacy Fox, and Monica L. Wang. 2020. "Perceptions of Public Health Priorities and Accountability Among US Mayors." *Public Health Reports* (October 2020).

Einstein, Katherine Levine, David M. Glick, and Maxwell Palmer. 2020. "Can Mayors Lead on Climate Change? Evidence from Six Years of Surveys." *The Forum* 18(1).

Ban, Pamela, Maxwell Palmer, and Benjamin Schneer. 2019. "From the Halls of Congress to K Street: Government Experience and its Value for Lobbying." *Legislative Studies Quarterly* 44(4): 713–752.

Palmer, Maxwell and Benjamin Schneer. 2019. "Postpolitical Careers: How Politicians Capitalize on Public Office." *Journal of Politics* 81(2): 670–675.

Einstein, Katherine Levine, Maxwell Palmer, and David M. Glick. 2019. "Who Participates in Local Government? Evidence from Meeting Minutes." *Perspectives on Politics* 17(1): 28–46.
  – Winner of the Heinz Eulau Award, American Political Science Association, 2020.

Einstein, Katherine Levine, David M. Glick, and Maxwell Palmer. 2019. "City Learning: Evidence of Policy Information Diffusion From a Survey of U.S. Mayors." *Political Research Quarterly* 72(1): 243–258.

Einstein, Katherine Levine, David M. Glick, Maxwell Palmer, and Robert Pressel. 2018. "Do Mayors Run for Higher Office? New Evidence on Progressive Ambition." *American Politics Research* 48(1) 197–221.

Ansolabehere, Stephen, Maxwell Palmer and Benjamin Schneer. 2018. "Divided Government and Significant Legislation, A History of Congress from 1789-2010." *Social Science History* 42(1): 81–108.

Edwards, Barry, Michael Crespin, Ryan D. Williamson, and Maxwell Palmer. 2017. "Institutional Control of Redistricting and the Geography of Representation." *Journal of Politics* 79(2): 722–726.

Palmer, Maxwell. 2016. "Does the Chief Justice Make Partisan Appointments to Special Courts and Panels?" *Journal of Empirical Legal Studies* 13(1): 153–177.

Palmer, Maxwell and Benjamin Schneer. 2016. "Capitol Gains: The Returns to Elected Office from Corporate Board Directorships." *Journal of Politics* 78(1): 181–196.

Gerring, John, Maxwell Palmer, Jan Teorell, and Dominic Zarecki. 2015. "Demography and Democracy: A Global, District-level Analysis of Electoral Contestation." *American Political Science Review* 109(3): 574–591.

OTHER
PUBLICATIONS

Einstein, Katherine Levine, David M. Glick and Maxwell Palmer. 2020. "Neighborhood Defenders: Participatory Politics and America's Housing Crisis." *Political Science Quarterly* 135(2): 281–312.

Ansolabehere, Stephen and Maxwell Palmer. 2016. "A Two Hundred-Year Statistical History of the Gerrymander." *Ohio State Law Journal* 77(4): 741–762.

Ansolabehere, Stephen, Maxwell Palmer, and Benjamin Schneer. 2016. "What Has Congress Done?" in *Governing in a Polarized Age: Elections, Parties, and Political Representation in America*, eds. Alan Gerber and Eric Schickler. New York, NY: Cambridge University Press.

POLICY
REPORTS

Glick, David M., Katherine Levine Einstein, Maxwell Palmer. 2021. 2021 Menino Survey of Mayors: Building Back Better. Research Report. Boston University Initiative on Cities.

Glick, David M., Katherine Levine Einstein, Maxwell Palmer, Stacy Fox, Katharine Lusk, Nicholas Henninger, and Songhyun Park. 2021. 2020 Menino Survey of Mayors: Policing and Protests. Research Report. Boston University Initiative on Cities.

Glick, David M., Katherine Levine Einstein, Maxwell Palmer, and Stacy Fox. 2020. 2020 Menino Survey of Mayors: COVID-19 Recovery and the Future of Cities. Research Report. Boston University Initiative on Cities.

de Benedictis-Kessner, Justin and Maxwell Palmer. 2020. Got Wheels? How Having Access to a Car Impacts Voting. *Democracy Docket*.

Palmer, Maxwell, Katherine Levine Einstein, and David Glick. 2020. Counting the City: Mayoral Views on the 2020 Census. Research Report. Boston University Initiative on Cities.

Einstein, Katherine Levine, Maxwell Palmer, Stacy Fox, Marina Berardino, Noah Fischer, Jackson Moore-Otto, Aislinn O'Brien, Marilyn Rutecki and Benjamin Wuesthoff. 2020. COVID-19 Housing Policy. Research Report. Boston University Initiative on Cities.

Einstein, Katherine Levine, Maxwell Palmer, David Glick, and Stacy Fox.  2020. Mayoral Views on Cities' Legislators:  How Representative are City Councils? Research Report. Boston University Initiative on Cities.

Einstein, Katherine Levine and Maxwell Palmer. 2020. "Newton and other communities must reform housing approval process." *The Boston Globe*.

Einstein, Katherine Levine, David Glick, Maxwell Palmer and Stacy Fox.  2020. "2019 Menino Survey of Mayors." Research Report. Boston University Initiative on Cities.

Palmer, Maxwell, Katherine Levine Einstein, David Glick, and Stacy Fox.  2019. Mayoral Views on Housing Production: Do Planning Goals Match Reality? Research Report. Boston University Initiative on Cities.

Wilson, Graham, David Glick, Katherine Levine Einstein, Maxwell Palmer, and Stacy Fox.  2019. Mayoral Views on Economic Incentives: Valuable Tools or a Bad Use of Resources?. Research Report. Boston University Initiative on Cities

Einstein, Katherine Levine, David Glick, Maxwell Palmer and Stacy Fox.  2019. "2018 Menino Survey of Mayors." Research Report. Boston University Initiative on Cities.

Einstein, Katherine Levine, Katharine Lusk, David Glick, Maxwell Palmer, Christiana McFarland, Leon Andrews, Aliza Wasserman, and Chelsea Jones.  2018. "Mayoral Views on Racism and Discrimination." National League of Cities and Boston University Initiative on Cities.

Einstein, Katherine Levine, David Glick, and Maxwell Palmer.  2018.  "As the Trump administration retreats on climate change, US cities are moving forward." The Conversation.

Einstein, Katherine Levine, David M. Glick, Maxwell Palmer, and Robert Pressel. 2018. "Few big-city mayors see running for higher office as appealing." LSE United States Politics and Policy Blog.

Einstein, Katherine Levine, David Glick, and Maxwell Palmer. 2018. "2017 Menino Survey of Mayors." Research Report. Boston University Initiative on Cities.

Williamson, Ryan D., Michael Crespin, Maxwell Palmer, and Barry C. Edwards. 2017.  "This is how to get rid of gerrymandered districts." *The Washington Post*, Monkey Cage Blog.

Palmer, Maxwell and Benjamin Schneer. 2015. "How and why retired politicians get lucrative appointments on corporate boards. " *The Washington Post*, Monkey

Cage Blog.

CURRENT
PROJECTS

"A Partisan Solution to Partisan Gerrymandering: The Define-Combine Procedure" (with Benjamin Schneer and Kevin DeLuca).
– Covered in *Fast Company*

"Descended from Immigrants and Revolutionists: How Family Immigration History Shapes Legislative Behavior in Congress" (with James Feigenbaum and Benjamin Schneer).

"Still Muted: The Limited Participatory Democracy of Zoom Public Meetings" (with Katherine Levine Einstein, David Glick, and Luisa Godinez Puig). Conditionally Accepted, *Urban Affairs Review*.

"Who Represents the Renters?" (with Katherine Levine Einstein and Joseph Ornstein).

"Developing a Pro-Housing Movement? How Public Distrust of Developers Stops New Housing and Fractures Coalitions" (with Katherine Levine Einstein and David Glick).

"The Gender Pay Gap in Congressional Offices" (with Joshua McCrain).

"Racial Disparities in Local Elections" (with Katherine Levine Einstein).

"Renters in an Ownership Society: Property Rights, Voting Rights, and the Making of American Citizenship." Book Project. With Katherine Levine Einstein.

"Menino Survey of Mayors 2021." Co-principal investigator with David M. Glick and Katherine Levine Einstein.

GRANTS
AND AWARDS

American Political Science Association, Heinz Eulau Award, for the best article published in *Perspectives on Politics* during the previous calendar year, for "Who Participates in Local Government? Evidence from Meeting Minutes." (with Katherine Levine Einstein and David M. Glick). 2020.

Boston University Initiative on Cities, COVID-19 Research to Action Seed Grant. "How Are Cities Responding to the COVID-19 Housing Crisis?" 2020. $8,000.

The Rockefeller Foundation, "Menino Survey of Mayors" (Co-principal investigator). 2017. $325,000.

Hariri Institute for Computing, Boston University. Junior Faculty Fellow. 2017–2020. $10,000.

The Rockefeller Foundation, "2017 Menino Survey of Mayors" (Co-principal investigator). 2017. $100,000.

The Center for Finance, Law, and Policy, Boston University, Research Grant for "From the Capitol to the Boardroom: The Returns to Office from Corporate Board Directorships," 2015.

Senator Charles Sumner Prize, Dept. of Government, Harvard University. 2014.
> *Awarded to the best dissertation "from the legal, political, historical, economic, social or ethnic approach, dealing with means or measures tending toward the prevention of war and the establishment of universal peace."*

The Center for American Political Studies, Dissertation Research Fellowship on the Study of the American Republic, 2013–2014.

The Tobin Project, Democracy and Markets Graduate Student Fellowship, 2013–2014.

The Dirksen Congressional Center, Congressional Research Award, 2013.

The Institute for Quantitative Social Science, Conference Travel Grant, 2014.

The Center for American Political Studies, Graduate Seed Grant for "Capitol Gains: The Returns to Elected Office from Corporate Board Directorships," 2014.

The Institute for Quantitative Social Science, Research Grant, 2013.

Bowdoin College: High Honors in Government and Legal Studies; Philo Sherman Bennett Prize for Best Honors Thesis in the Department of Government, 2008.

SELECTED
PRESENTATIONS

"A Partisan Solution to Partisan Gerrymandering: The Define-Combine Procedure." MIT Election Data and Science Lab, 2020.

"Who Represents the Renters?" Local Political Economy Conference, Washington, D.C., 2019.

"Housing and Climate Politics," Sustainable Urban Systems Conference, Boston University 2019.

"Redistricting and Gerrymandering," American Studies Summer Institute, John F. Kennedy Presidential Library and Museum, 2019.

"The Participatory Politics of Housing," Government Accountability Office Seminar, 2018.

"Descended from Immigrants and Revolutionists: How Immigrant Experience Shapes Immigration Votes in Congress," Congress and History Conference, Princeton University, 2018.

"Identifying Gerrymanders at the Micro- and Macro-Level." Hariri Institute for Computing, Boston University, 2018.

"How Institutions Enable NIMBYism and Obstruct Development," Boston Area Research Initiative Spring Conference, Northeastern University, 2017.

"Congressional Gridlock," American Studies Summer Institute, John F. Kennedy Presidential Library and Museum, 2016.

"Capitol Gains: The Returns to Elected Office from Corporate Board Directorships," Microeconomics Seminar, Department of Economics, Boston University, 2015.

"A Two Hundred-Year Statistical History of the Gerrymander," Congress and History Conference, Vanderbilt University, 2015.

"A New (Old) Standard for Geographic Gerrymandering," Harvard Ash Center Workshop: How Data is Helping Us Understand Voting Rights After Shelby County, 2015.

"Capitol Gains: The Returns to Elected Office from Corporate Board Directorships," Boston University Center for Finance, Law, and Policy, 2015.

"Capitol Gains: The Returns to Elected Office from Corporate Board Directorships," Bowdoin College, 2014.

American Political Science Association: 2013, 2014, 2015, 2016, 2018, 2019, 2020
Midwestern Political Science Association: 2012, 2013, 2014, 2017, 2019
Southern Political Science Association: 2015, 2018
European Political Science Association: 2015

EXPERT TESTIMONY AND CONSULTING

*Bethune-Hill v. Virginia* (3:14-cv-00852-REP-AWA-BMK), U.S. District Court for the Eastern District of Virginia. Prepared expert reports and testified on racial predominance and racially polarized voting in selected districts of the 2011 Virginia House of Delegates map. (2017)

*Thomas v. Bryant* (3:18-CV-441-CWR-FKB), U.S. District Court for the Southern

District of Mississippi. Prepared expert reports and testified on racially polarized voting in a district of the 2012 Mississippi State Senate map. (2018–2019)

*Chestnut v. Merrill* (2:18-cv-00907-KOB), U.S. District Court for the Northern District of Alabama. Prepared expert reports and testified on racially polarized voting in selected districts of the 2011 Alabama congressional district map. (2019)

*Dwight v. Raffensperger* (No. 1:18-cv-2869-RWS), U.S. District Court for the Northern District of Georgia. Prepared expert reports and testified on racially polarized voting in selected districts of the 2011 Georgia congressional district map. (2019)

*Bruni, et al. v. Hughs* (No. 5:20-cv-35), U.S. District Court for the Southern District of Texas. Prepared expert reports and testified on the use of straight-ticket voting by race and racially polarized voting in Texas. (2020)

Racially Polarized Voting Consultant, Virginia Redistricting Commission, August 2021.

The General Court of the Commonwealth of Massachusetts, Joint Committee on Housing, Hearing on Housing Production Legislation. May 14, 2019. Testified on the role of public meetings in housing production.

Teaching        Boston University

- *Introduction to American Politics* (PO 111; Fall 2014, Fall 2015, Fall 2016, Fall 2017, Spring 2019, Fall 2019, Fall 2020)
- *Congress and Its Critics* (PO 302; Fall 2014, Spring 2015, Spring 2017, Spring 2019)
- *Data Science for Politics* (PO 399; Spring 2020, Spring 2021, Fall 2021)
- *Formal Political Theory* (PO 501; Spring 2015, Spring 2017, Fall 2019, Fall 2020)
- *American Political Institutions in Transition* (PO 505; Spring 2021, Fall 2021)
- *Prohibition, Regulation, and Bureaucracy* (PO 540; Fall 2015)
- *Political Analysis (Graduate Seminar)* (PO 840; Fall 2016, Fall 2017)
- *Graduate Research Workshop* (PO 903/4; Fall 2019, Spring 2020)

Service        Boston University

- Research Computing Governance Committee, 2021–.
- Initiative on Cities Faculty Advisory Board, 2020–.
- Undergraduate Assessment Working Group, 2020-2021.

- College of Arts and Sciences
    - Search Committee for the Faculty Director of the Initiative on Cities, 2020–2021.
    - General Education Curriculum Committee, 2017–2018.
- Department of Political Science
    - Director of Advanced Programs (Honors & B.A./M.A.). 2020–.
    - Comprehensive Exam Committee, American Politics, 2019.
    - Comprehensive Exam Committee, Political Methodology, 2016, 2017, 2021.
    - Co-organizer, Research in American Politics Workshop, 2016–2018.
    - Political Methodology Search Committee, 2021.
    - American Politics Search Committee, 2017.
    - American Politics Search Committee, 2016.
    - Graduate Program Committee, 2014–2015, 2018–2019, 2020–2021.

Co-organizer, *Boston University Local Political Economy Conference*, August 29, 2018.

Editorial Board Member, *Legislative Studies Quarterly*, 2020–Present

Malcolm Jewell Best Graduate Student Paper Award Committee, Southern Political Science Association, 2019.

Reviewer: *American Journal of Political Science*; *American Political Science Review*; *Journal of Politics*; *Quarterly Journal of Political Science*; *Political Analysis*; *Legislative Studies Quarterly*; *Public Choice*; *Political Science Research and Methods*; *Journal of Law, Economics and Organization*; *Election Law Journal*; *Journal of Empirical Legal Studies*; *Urban Affairs Review*; *Applied Geography*; *PS: Political Science & Politics*; Cambridge University Press; Oxford University Press.

Elected Town Meeting Member, Town of Arlington, Mass., Precinct 2.  April 2021–Present.

Arlington Election Reform Committee Member, August 2019–Present.

Coordinator, Harvard Election Data Archive, 2011–2014.

| | | |
|---|---|---|
| OTHER EXPERIENCE | **Charles River Associates**, Boston, Massachusetts | 2008–2010 |

*Associate, Energy & Environment Practice*
Economic consulting in the energy sector for electric and gas utilities, private equity,

and electric generation owners.  Specialized in Financial Modeling, Resource Planning, Regulatory Support, Price Forecasting, and Policy Analysis.

*Updated December 12, 2021*