IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARCUS CASTER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN H. MERRILL, in his official capacity as Alabama Secretary of State,<br><br>Defendant. | Case No. 2:21-CV-1536-AMM |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.1, Richard P. Rouco, a member in good standing of the Alabama State Bar and the United States District Court for the Northern District of Alabama, moves this Court for admission *pro hac vice* of Daniel C. Osher as counsel for the Plaintiffs. As grounds for this motion, Mr. Rouco certifies the following:

1. Mr. Osher is not a member of the bar of Alabama.

2. Mr. Osher is a member in good standing of the United States District Court for the District of Columbia. A Certificate of Good Standing from the United States District Court for the District of Columbia is attached as Exhibit A.

3. Mr. Osher has never been disbarred, suspended or denied admission to practice law in any jurisdiction. *See*, Exhibit B Declaration of Mr. Osher.

4. Mr. Osher is familiar with the Code of Professional Responsibility, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, and the Federal Rules of Appellate Procedure, and has reviewed the Local Rules of this Court and understands that he shall be subject to the disciplinary jurisdiction of this Court. *See*, Exhibit B.

5. Mr. Osher understands admission *pro hac vice* is limited to this case and does not constitute formal admission to the bar of this Court. *Id*.

6. Mr. Osher's office address is 10 G Street NE, Suite 600, Washington, DC 20002. His office phone number is (202) 968-4490. His email address is DOsher@elias.law.

7. Mr. Osher is a member in good standing of the bar of this Court and will serve as local counsel for Plaintiffs.

8. The $75.00 fee for admission *pro hac vice* will be submitted with this motion.

Dated: December 14, 2021   Respectfully submitted,

By /s/ *Richard P. Rouco*

Richard P. Rouco
(AL Bar. No. 6182-R76R)
**Quinn, Connor, Weaver, Davies & Rouco LLP**
Two North Twentieth
2-20th Street North, Suite 930
Birmingham, AL 35203

Aria C. Branch*
Lalitha D. Madduri*
Daniel C. Osher
Joseph N. Posimato*
**Elias Law Group LLP**
10 G St. NE, Suite 600
Washington, D.C. 20002

<div style="display: flex;">

Phone: (205) 870-9989
Fax: (205) 803-4143
Email: rrouco@qcwdr.com

Phone: (202) 968-4518
Email: ABranch@elias.law
Email: LMadduri@elias.law
Email: DOsher@elias.law
Email: JPosimato@elias.law

Abha Khanna*
**Elias Law Group LLP**
1700 Seventh Ave, Suite 2100
Seattle, WA 98101
Phone: (206) 656-0177
Email: AKhanna@elias.law

*Attorneys for Plaintiffs*
**Admitted pro hac vice*

</div>