FILED
2021 Dec-14  PM 02:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| MARCUS CASTER, et al.<br><br>Plaintiffs,<br><br>v.<br><br>JOHN H. MERRILL, in his official capacity as Alabama Secretary of State,<br><br>Defendant. | Case No. 2:21-cv-1536-AMM |

## DECLARATION OF DANIEL C. OSHER

Pursuant to 28 U.S.C. § 1746, Mr. Daniel C. Osher declares the following:

1. My name is Daniel C. Osher. I am an attorney in the D.C. office of the law firm Elias Law Group LLP. My contact information is 10 G Street NE, Suite 600, Washington, DC 20002. My office number is (202) 968-4490. My email address is DOsher@elias.law.

2. I am not a member of the bar of the State of Alabama. I am admitted to practice in the following jurisdictions:

| Jurisdiction | Date Admitted | Bar Number |
|---|---|---|
| Washington | 10/6/2016 | 51206 |
| District of Columbia | 9/30/2019 | 1632852 |
| U.S. District Court for the District of Columbia | 1/4/2021 | |

1

| | | |
|---|---|---|
| U.S. Court of Appeals for the Fifth Circuit | 10/28/2019 | |
| U.S. Court of Appeals for the Ninth Circuit | 6/23/2017 | |
| U.S. Court of Appeals for the Eleventh Circuit | 9/12/2019 | |

3. I have never been disbarred, suspended or denied admission to practice law in any jurisdiction.

4. I am familiar with the Code of Professional Responsibility, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, and the Federal Rules of Appellate Procedure. I have reviewed the Court's Local Rules of Civil Procedure and understand that I shall be subject to the disciplinary jurisdiction of this court.

5. I understand admission *pro hac vice* is limited to this case and does not constitute formal admission to the bar of this Court.

6. I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 14, 2021.                    _____Daniel C. Osher_____
                                             Daniel C. Osher