FILED
2021 Dec-14 PM 02:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

 

# United States District & Bankruptcy Courts
# for the District of Columbia

CLERK'S OFFICE
333 Constitution Avenue, NW
Room 1225
Washington, DC  20001

I, **ANGELA D. CAESAR,** Clerk of the United States District Court for the District of Columbia, do hereby certify that:

## DANIEL  C.  OSHER

was, on the ___4th___ day of ___January___ A.D. ___2021___ admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this ___14th___ day of ___December___ A.D. ___2021___.



**ANGELA D. CAESAR,** Clerk of Courts

By: _Natalee McClure_

**Deputy Clerk**