# Exhibit 9

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARCUS CASTER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JOHN H. MERRILL, in his official capacity as Alabama Secretary of State, <br><br> Defendant. | Case No.:   2:21-cv-1536-AMM |

## DECLARATION OF LAKEISHA CHESTNUT

I, LaKeisha Chestnut, make the following declaration:

1. I am a Plaintiff in the above-captioned case.

2. I identify as Black.

3. My address is ███████████, Mobile, AL 36606.

4. I am a registered voter in Congressional District 1 under the 2021 enacted map.

5. I resided in Congressional District 1 under the 2011 congressional map.

6. In 2018, I voted for congressional candidate Robert Kennedy, Jr., who was defeated by incumbent, Rep. Bradley Byrne.

7. In 2020, I voted for the Black congressional candidate, James Averhart, who was defeated by white candidate, Jerry Carl.

8. I intend to vote in future congressional elections.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

/s/ *LaKeisha Chestnut*          12/15/2021
LaKeisha Chestnut               Date

1