# Exhibit 11

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARCUS CASTER, et al.,<br><br>　　　　Plaintiffs,<br><br>　　　v.<br><br>JOHN H. MERRILL, in his official capacity as Alabama Secretary of State,<br><br>　　　　Defendant. | Case No.:　2:21-cv-1536-AMM |

### DECLARATION OF BENJAMIN JONES

I, Benjamin Jones, make the following declaration:

1. I am a Plaintiff in the above-captioned case.

2. I identify as Black.

3. My address is ▮▮▮▮▮▮▮ Montgomery, AL 36109.

4. I am a registered voter in Congressional District 2 under the 2021 enacted map.

5. I also resided in Congressional District 2 under the 2011 congressional map.

6. In 2020, I voted for Black congressional candidate Phyllis Harvey-Hall, who was defeated by a white candidate, Barry Moore.

7. I intend to vote in future congressional elections.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

/s/ Benjamin Jones　　　　　12/15/2021
Benjamin Jones　　　　　　　Date

1