FILED
2021 Dec-15  PM 08:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 12

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

MARCUS CASTER, et al.,

                Plaintiffs,

                v.

JOHN H. MERRILL, in his official capacity
as Alabama Secretary of State,

                Defendant.

Case No.:    2:21-cv-1536-AMM

## DECLARATION OF RODNEY LOVE

I, Rodney Love, make the following declaration:

1.      I am a Plaintiff in the above-captioned case.

2.      I identify as Black.

3.      My address is ████████████████, Birmingham, AL 35208.

4.      I am a registered voter in Congressional District 7 under the 2021 enacted map.

5.      I resided in Congressional District 7 under the 2011 congressional map.

6.      In the 2018 and 2020 congressional elections, I voted for the unopposed CD-7 incumbent, Rep. Terri Sewell.

7.      I intend to vote in future congressional elections.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

/s/ _Rodney Love_

Rodney Love

12/15/2021

Date

1