# Exhibit 13

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARCUS CASTER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JOHN H. MERRILL, in his official capacity as Alabama Secretary of State, <br><br> Defendant. | Case No.:   2:21-cv-1536-AMM |

# DECLARATION OF MANASSEH POWELL

I, Manasseh Powell, make the following declaration:

1. I am a Plaintiff in the above-captioned case.

2. I identify as Black.

3. My address is ▬▬▬▬▬▬, Montgomery, AL 36109.

4. I am a registered voter in Congressional District 2 under the 2021 enacted map.

5. I also resided in Congressional District 2 under the 2011 congressional map.

6. In 2020, I voted for Black congressional candidate Phyllis Harvey-Hall, who was defeated by a white candidate, Barry Moore.

7. I intend to vote in future congressional elections.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

/s/ MANASSEH POWELL     12/15/2021
Manasseh Powell                  Date

1