# Exhibit 15

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARCUS CASTER, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>JOHN H. MERRILL, in his official capacity as Alabama Secretary of State,<br><br>    Defendant. | Case No.:   2:21-cv-1536-AMM |

### DECLARATION OF WENDELL THOMAS

I, Wendell Thomas, make the following declaration:

1. I am a Plaintiff in the above-captioned case.

2. I identify as Black.

3. My current address is ▬▬▬▬▬▬ Montgomery, AL 36116.

4. I am a registered voter in Congressional District 2 under the 2021 enacted map.

5. I resided at 2634 Gladlane Drive Montgomery, AL 36111 and was registered to vote in Congressional District 7 under the 2011 congressional map.

6. In the 2018 and 2020 congressional elections, I voted for the unopposed CD-7 incumbent, Rep. Terri Sewell.

7. I intend to vote in future congressional elections.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

/s/ _Wen Th_   12/15/2021
Wendell Thomas   Date

1