# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **MARCUS CASTER**, *et al.*, | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) |
| | ) **Case No.: 2:21-cv-1536-AMM** |
| **JOHN H. MERRILL,** *in his official capacity as Alabama Secretary of State*, | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

To promote an expeditious preliminary injunction proceeding, the parties are **ORDERED** to do the following:

1. Send two hard copies of all exhibits and demonstratives that the parties intend to use during the preliminary injunction hearing to the court at the address listed below as soon as practicable after the exhibits are filed as part of the parties' joint pretrial report due on or before December 23, 2021, but in any event for a confirmed delivery on or before **DECEMBER 28, 2021.** The exhibits should be file-stamped, double-sided, tabbed, and securely bound (whether in a binder or with coil binding) with an index. Any depositions must include the entire deposition, in travel transcript format consisting of no more than four pages of deposition text per 8 ½ by

11-inch page, as well all exhibits to the depositions. Any demonstratives should be tabbed and securely bound with an index and should be exchanged among counsel for all parties before they are sent to the court.

Hon. Anna M. Manasco
1729 5th Avenue North, Suite 5B
Birmingham, AL 35203

2. File with the court not later than **DECEMBER 27, 2021** a list of all counsel who will attend and participate in the preliminary injunction hearing so that the court may arrange appropriate seating in the courtroom.

3. Alert the court not later than **DECEMBER 27, 2021**, by an e-mail to Judge Manasco's chambers (Manasco_Chambers@alnd.uscourts.gov), with a copy to all counsel, if counsel intends to use any audio-visual equipment during the preliminary injunction hearing other than the courtroom document camera.

**DONE** and **ORDERED** this 16th day of December, 2021.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE

2