IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARCUS CASTER, LAKEISHA CHESTNUT, BOBBY LEE DUBOSE, BENJAMIN JONES, RODNEY ALLEN LOVE, MANASSEH POWELL, RONALD SMITH, and WENDELL THOMAS,<br><br>    Plaintiffs,<br><br>  v.<br><br>JOHN H. MERRILL, in his official capacity as Alabama Secretary of State,<br><br>    Defendant. | Case No. 2:21-CV-1536-AMM |

**PARTIES' JOINT REQUEST FOR PRE-HEARING CONFERENCE**

The parties respectfully request a pre-hearing conference on December 20, 2021 to discuss outstanding issues regarding process in advance of the January 4, 2022 preliminary injunction hearings.[1] Specifically, the parties hope to streamline the *Caster* and *Milligan* plaintiffs' presentation of their Section 2 cases, as well as Defendants' defense of those claims, to avoid duplicative testimony and serial

---

[1] All parties to the above-captioned case, and to *Milligan v. Merrill*, Case No. 21-CV-1530-AMM, consent to this request. The Plaintiffs in *Singleton v. Merrill*, Case No. 21-cv-1291-AMM do not oppose this request.

hearings, and hopefully to assist the Court in reaching a swift resolution of the pending preliminary injunction motions.

Respectfully submitted this 17th day of December, 2021.

| | |
|---|---|
| /s/ Richard P. Rouco | /s/Edmund G. LaCour Jr. |
| Richard P. Rouco | Edmund G. LaCour Jr. |
| (AL Bar. No. 6182-R76R) | James W. Davis |
| **Quinn, Connor, Weaver, Davies & Rouco LLP** | A. Reid Harris |
| | Brenton M. Smith |
| Two North Twentieth | Benjamin M. Seiss |
| 2-20th Street North, Suite 930 | Alexander Barrett Bowdre |
| Birmingham, AL 35203 | Misty Shawn Fairbanks Messick |
| Phone: (205) 870-9989 | Thomas Alexander Wilson |
| Fax: (205) 803-4143 | State of Alabama |
| rrouco@qcwdr.com | Office of the Attorney General |
| | 501 Washington Avenue |
| | Montgomery, Alabama 36130 |
| Lalitha D. Madduri* | (334) 242-7300 |
| Daniel C. Osher* | (334) 353-8400 (fax) |
| Joseph N. Posimato* | Edmund.LaCour@AlabamaAG.gov |
| Olivia N. Sedwick* | Jim.Davis@AlabamaAG.gov |
| **Elias Law Group LLP** | Reid.Harris@AlabamaAG.gov |
| 10 G St. NE, Suite 600 | Brenton.Smith@AlabamaAG.gov |
| Washington, D.C. 20002 | Ben.Seiss@AlabamaAG.gov |
| Phone: (202) 968-4518 | Barrett.Bowdre@alabamaAG.gov |
| LMadduri@elias.law | Misty.Messick@AlabamaAG.gov |
| DOsher@elias.law | thomas.wilson@alabamaAG.gov |
| JPosimato@elias.law | |
| OSedwick@elias.law | *Counsel for Secretary of State Merrill* |
| | |
| Abha Khanna* | |
| **Elias Law Group LLP** | |
| 1700 Seventh Ave, Suite 2100 | |
| Seattle, WA 98101 | |
| Phone: (206) 656-0177 | |
| AKhanna@elias.law | |
| *Attorneys for Plaintiffs* | |
| *Admitted Pro Hac Vice | |

*Counsel for Plaintiffs*