

Illustrative Plan 7

Alabama U.S. House