


Illustrative Plan 7
Alabama U.S. House