User:
Plan Name: **AL_Illustrative_1**
Plan Type: **Congress**

## Measures of Compactness Report

Monday, December 20, 2021                                                                                                                           12:43 PM

|          | Reock | Polsby-Popper | Area/Convex Hull | Schwartzberg |
|----------|-------|---------------|------------------|--------------|
| Mean     | 0.34  | 0.18          | 0.66             | 2.22         |
| Min      | 0.21  | 0.13          | 0.56             | 1.65         |
| Max      | 0.47  | 0.33          | 0.85             | 2.43         |
| Std. Dev.| 0.08  | 0.07          | 0.10             | 0.29         |
| Sum      |       |               |                  |              |

|          | Higher Number is Better ||| Lower Number is Better |
|----------|-------|---------------|------------------|--------------|
| District | Reock | Polsby-Popper | Area/Convex Hull | Schwartzberg |
| 1        | 0.21  | 0.15          | 0.56             | 2.36         |
| 2        | 0.33  | 0.14          | 0.61             | 2.40         |
| 3        | 0.37  | 0.14          | 0.57             | 2.39         |
| 4        | 0.28  | 0.21          | 0.69             | 2.02         |
| 5        | 0.33  | 0.33          | 0.85             | 1.65         |
| 6        | 0.47  | 0.16          | 0.73             | 2.32         |
| 7        | 0.37  | 0.13          | 0.64             | 2.43         |

# Measures of Compactness Report

AL_Illustrative_1

## Measures of Compactness Summary

| | |
|---|---|
| **Reock** | The measure is always between 0 and 1, with 1 being the most compact. |
| **Polsby-Popper** | The measure is always between 0 and 1, with 1 being the most compact. |
| **Area / Convex Hull** | The measure is always between 0 and 1, with 1 being the most compact. |
| **Schwartzberg** | The measure is usually greater than or equal to 1, with 1 being the most compact. |