User:
Plan Name: **AL_Illustrative_3**
Plan Type: **Congress**

## Measures of Compactness Report

Monday, December 20, 2021                                                                                                                                           12:49 PM

|  | Reock | Polsby-Popper | Area/Convex Hull | Schwartzberg |
|---|---|---|---|---|
| Mean | 0.34 | 0.18 | 0.68 | 2.19 |
| Min | 0.20 | 0.12 | 0.58 | 1.65 |
| Max | 0.47 | 0.33 | 0.85 | 2.57 |
| Std. Dev. | 0.09 | 0.07 | 0.10 | 0.32 |
| Sum |  |  |  |  |

| | Higher Number is Better ||| Lower Number is Better |
|---|---|---|---|---|
| District | Reock | Polsby-Popper | Area/Convex Hull | Schwartzberg |
| 1 | 0.20 | 0.16 | 0.58 | 2.22 |
| 2 | 0.39 | 0.22 | 0.74 | 1.90 |
| 3 | 0.41 | 0.16 | 0.65 | 2.22 |
| 4 | 0.31 | 0.12 | 0.58 | 2.57 |
| 5 | 0.33 | 0.33 | 0.85 | 1.65 |
| 6 | 0.47 | 0.13 | 0.72 | 2.46 |
| 7 | 0.30 | 0.15 | 0.66 | 2.34 |

# Measures of Compactness Report

AL_Illustrative_3

## Measures of Compactness Summary

| | |
|---|---|
| **Reock** | The measure is always between 0 and 1, with 1 being the most compact. |
| **Polsby-Popper** | The measure is always between 0 and 1, with 1 being the most compact. |
| **Area / Convex Hull** | The measure is always between 0 and 1, with 1 being the most compact. |
| **Schwartzberg** | The measure is usually greater than or equal to 1, with 1 being the most compact. |