User:
Plan Name: **AL_Illustrative_4**
Plan Type: **Congress**

## Measures of Compactness Report

Monday, December 20, 2021                                                                                                         12:51 PM

|            | Reock | Polsby-Popper | Area/Convex Hull | Schwartzberg |
|------------|-------|---------------|------------------|--------------|
| Mean       | 0.33  | 0.22          | 0.72             | 2.00         |
| Min        | 0.20  | 0.13          | 0.58             | 1.65         |
| Max        | 0.41  | 0.34          | 0.85             | 2.40         |
| Std. Dev.  | 0.07  | 0.07          | 0.09             | 0.25         |
| Sum        |       |               |                  |              |

|          | Higher Number is Better || | Lower Number is Better |
|----------|-------|---------------|------------------|--------------|
| District | Reock | Polsby-Popper | Area/Convex Hull | Schwartzberg |
| 1        | 0.20  | 0.16          | 0.58             | 2.22         |
| 2        | 0.36  | 0.18          | 0.70             | 2.07         |
| 3        | 0.33  | 0.24          | 0.79             | 1.84         |
| 4        | 0.30  | 0.22          | 0.72             | 1.97         |
| 5        | 0.33  | 0.34          | 0.85             | 1.65         |
| 6        | 0.35  | 0.13          | 0.65             | 2.40         |
| 7        | 0.41  | 0.24          | 0.78             | 1.88         |

# Measures of Compactness Report

AL_Illustrative_4

## Measures of Compactness Summary

| | |
|---|---|
| **Reock** | The measure is always between 0 and 1, with 1 being the most compact. |
| **Polsby-Popper** | The measure is always between 0 and 1, with 1 being the most compact. |
| **Area / Convex Hull** | The measure is always between 0 and 1, with 1 being the most compact. |
| **Schwartzberg** | The measure is usually greater than or equal to 1, with 1 being the most compact. |