User:
Plan Name: **AL_Illustrative_5**
Plan Type: **Congress**

## Measures of Compactness Report

Monday, December 20, 2021                                                                                                          12:53 PM

|           | Reock | Polsby-Popper | Area/Convex Hull | Schwartzberg |
|-----------|-------|---------------|------------------|--------------|
| Mean      | 0.29  | 0.18          | 0.67             | 2.20         |
| Min       | 0.19  | 0.11          | 0.53             | 1.65         |
| Max       | 0.39  | 0.33          | 0.85             | 2.58         |
| Std. Dev. | 0.07  | 0.07          | 0.10             | 0.36         |
| Sum       |       |               |                  |              |

|          | Higher Number is Better | | | Lower Number is Better |
|----------|-------|---------------|------------------|--------------|
| District | Reock | Polsby-Popper | Area/Convex Hull | Schwartzberg |
| 1 | 0.19 | 0.13 | 0.53 | 2.54 |
| 2 | 0.39 | 0.19 | 0.70 | 1.98 |
| 3 | 0.33 | 0.18 | 0.62 | 2.08 |
| 4 | 0.29 | 0.20 | 0.68 | 2.04 |
| 5 | 0.33 | 0.33 | 0.85 | 1.65 |
| 6 | 0.30 | 0.13 | 0.66 | 2.54 |
| 7 | 0.23 | 0.11 | 0.65 | 2.58 |

# Measures of Compactness Report

AL_Illustrative_5

## Measures of Compactness Summary

| | |
|---|---|
| **Reock** | The measure is always between 0 and 1, with 1 being the most compact. |
| **Polsby-Popper** | The measure is always between 0 and 1, with 1 being the most compact. |
| **Area / Convex Hull** | The measure is always between 0 and 1, with 1 being the most compact. |
| **Schwartzberg** | The measure is usually greater than or equal to 1, with 1 being the most compact. |