User:
Plan Name: **AL_Illustrative_6**
Plan Type: **Congress**

## Measures of Compactness Report

Monday, December 20, 2021                                                                                                                              12:55 PM

|  | Reock | Polsby-Popper | Area/Convex Hull | Schwartzberg |
|---|---|---|---|---|
| Mean | 0.31 | 0.16 | 0.64 | 2.40 |
| Min | 0.24 | 0.10 | 0.51 | 1.65 |
| Max | 0.35 | 0.34 | 0.85 | 2.86 |
| Std. Dev. | 0.04 | 0.08 | 0.11 | 0.42 |
| Sum |  |  |  |  |

|  | Higher Number is Better ||| Lower Number is Better |
|---|---|---|---|---|
| District | Reock | Polsby-Popper | Area/Convex Hull | Schwartzberg |
| 1 | 0.24 | 0.12 | 0.51 | 2.59 |
| 2 | 0.29 | 0.11 | 0.57 | 2.66 |
| 3 | 0.35 | 0.16 | 0.63 | 2.29 |
| 4 | 0.30 | 0.18 | 0.70 | 2.09 |
| 5 | 0.33 | 0.34 | 0.85 | 1.65 |
| 6 | 0.29 | 0.10 | 0.65 | 2.86 |
| 7 | 0.34 | 0.11 | 0.56 | 2.64 |

# Measures of Compactness Report

AL_Illustrative_6

## Measures of Compactness Summary

| | |
|---|---|
| **Reock** | The measure is always between 0 and 1, with 1 being the most compact. |
| **Polsby-Popper** | The measure is always between 0 and 1, with 1 being the most compact. |
| **Area / Convex Hull** | The measure is always between 0 and 1, with 1 being the most compact. |
| **Schwartzberg** | The measure is usually greater than or equal to 1, with 1 being the most compact. |