User:
Plan Name: Illustrative Plan 7
Plan Type: Congress

## Measures of Compactness Report

Sunday, December 19, 2021                                                                                          7:25 PM

|            | Reock | Polsby-Popper | Area/Convex Hull | Schwartzberg |
|------------|-------|---------------|------------------|--------------|
| Mean       | 0.41  | 0.21          | 0.71             | 2.08         |
| Min        | 0.20  | 0.13          | 0.58             | 1.53         |
| Max        | 0.56  | 0.39          | 0.82             | 2.52         |
| Std. Dev.  | 0.13  | 0.10          | 0.10             | 0.39         |
| Sum        |       |               |                  |              |

|          | Higher Number is Better ||| Lower Number is Better |
|----------|-------|---------------|------------------|--------------|
| District | Reock | Polsby-Popper | Area/Convex Hull | Schwartzberg |
| 1 | 0.20 | 0.13 | 0.58 | 2.43 |
| 2 | 0.39 | 0.19 | 0.72 | 2.00 |
| 3 | 0.32 | 0.17 | 0.68 | 2.19 |
| 4 | 0.54 | 0.32 | 0.82 | 1.61 |
| 5 | 0.47 | 0.39 | 0.82 | 1.53 |
| 6 | 0.56 | 0.14 | 0.77 | 2.29 |
| 7 | 0.37 | 0.13 | 0.59 | 2.52 |

# Measures of Compactness Report

al_dec19_2pm

Measures of Compactness Summary

| | |
|---|---|
| **Reock** | The measure is always between 0 and 1, with 1 being the most compact. |
| **Polsby-Popper** | The measure is always between 0 and 1, with 1 being the most compact. |
| **Area / Convex Hull** | The measure is always between 0 and 1, with 1 being the most compact. |
| **Schwartzberg** | The measure is usually greater than or equal to 1, with 1 being the most compact. |