User:
Plan Name: **AL_2021_Enacted_Congress**
Plan Type: **Congress**

## Measures of Compactness Report

Monday, December 20, 2021                                                                                                                              8:39 AM

|  | Reock | Polsby-Popper | Area/Convex Hull | Schwartzberg |
|---|---|---|---|---|
| Mean | 0.38 | 0.22 | 0.72 | 1.95 |
| Min | 0.30 | 0.15 | 0.61 | 1.68 |
| Max | 0.50 | 0.32 | 0.80 | 2.28 |
| Std. Dev. | 0.07 | 0.06 | 0.07 | 0.21 |
| Sum |  |  |  |  |

|  | Higher Number is Better | | | Lower Number is Better |
|---|---|---|---|---|
| District | Reock | Polsby-Popper | Area/Convex Hull | Schwartzberg |
| 1 | 0.40 | 0.20 | 0.71 | 1.98 |
| 2 | 0.50 | 0.26 | 0.76 | 1.78 |
| 3 | 0.36 | 0.25 | 0.77 | 1.79 |
| 4 | 0.36 | 0.19 | 0.61 | 2.09 |
| 5 | 0.30 | 0.32 | 0.80 | 1.68 |
| 6 | 0.31 | 0.15 | 0.68 | 2.28 |
| 7 | 0.43 | 0.19 | 0.68 | 2.04 |

# Measures of Compactness Report

AL_2021_Enacted_Congress

## Measures of Compactness Summary

| | |
|---|---|
| **Reock** | The measure is always between 0 and 1, with 1 being the most compact. |
| **Polsby-Popper** | The measure is always between 0 and 1, with 1 being the most compact. |
| **Area / Convex Hull** | The measure is always between 0 and 1, with 1 being the most compact. |
| **Schwartzberg** | The measure is usually greater than or equal to 1, with 1 being the most compact. |