User:
Plan Name: **AL_BOE_adopted_2021**
Plan Type: **Congress**

## Measures of Compactness Report

Friday, December 17, 2021                                                                                                                                    2:53 PM

|           | Reock | Polsby-Popper | Area/Convex Hull | Schwartzberg |
|-----------|-------|---------------|------------------|--------------|
| Mean      | 0.39  | 0.24          | 0.72             | 1.93         |
| Min       | 0.24  | 0.18          | 0.66             | 1.51         |
| Max       | 0.52  | 0.38          | 0.85             | 2.21         |
| Std. Dev. | 0.10  | 0.07          | 0.07             | 0.23         |
| Sum       |       |               |                  |              |

|          | Higher Number is Better ||| Lower Number is Better |
|----------|-------|---------------|------------------|--------------|
| District | Reock | Polsby-Popper | Area/Convex Hull | Schwartzberg |
| 1        | 0.29  | 0.21          | 0.66             | 1.97         |
| 2        | 0.24  | 0.18          | 0.66             | 2.21         |
| 3        | 0.47  | 0.22          | 0.77             | 1.95         |
| 4        | 0.35  | 0.18          | 0.67             | 2.11         |
| 5        | 0.36  | 0.19          | 0.67             | 2.10         |
| 6        | 0.51  | 0.26          | 0.72             | 1.81         |
| 7        | 0.52  | 0.28          | 0.75             | 1.76         |
| 8        | 0.41  | 0.38          | 0.85             | 1.51         |

# Measures of Compactness Report

AL_BOE_adopted_2021

## Measures of Compactness Summary

| | |
|---|---|
| **Reock** | The measure is always between 0 and 1, with 1 being the most compact. |
| **Polsby-Popper** | The measure is always between 0 and 1, with 1 being the most compact. |
| **Area / Convex Hull** | The measure is always between 0 and 1, with 1 being the most compact. |
| **Schwartzberg** | The measure is usually greater than or equal to 1, with 1 being the most compact. |