User:
Plan Name: **AL_Senate_adopted_2021**
Plan Type: **Congress**

## Measures of Compactness Report

Friday, December 17, 2021                                                                                                    2:59 PM

|  | Reock | Polsby-Popper | Area/Convex Hull | Schwartzberg |
|---|---|---|---|---|
| Mean | 0.41 | 0.26 | 0.74 | 1.89 |
| Min | 0.19 | 0.12 | 0.54 | 1.33 |
| Max | 0.63 | 0.54 | 0.92 | 2.53 |
| Std. Dev. | 0.12 | 0.10 | 0.10 | 0.33 |
| Sum |  |  |  |  |

|  | Higher Number is Better | | | Lower Number is Better |
|---|---|---|---|---|
| **District** | **Reock** | **Polsby-Popper** | **Area/Convex Hull** | **Schwartzberg** |
| 1 | 0.21 | 0.29 | 0.78 | 1.82 |
| 2 | 0.63 | 0.37 | 0.82 | 1.58 |
| 3 | 0.62 | 0.54 | 0.92 | 1.33 |
| 4 | 0.26 | 0.33 | 0.84 | 1.60 |
| 5 | 0.57 | 0.38 | 0.84 | 1.50 |
| 6 | 0.43 | 0.44 | 0.83 | 1.49 |
| 7 | 0.26 | 0.14 | 0.59 | 2.49 |
| 8 | 0.53 | 0.35 | 0.87 | 1.53 |
| 9 | 0.48 | 0.21 | 0.67 | 1.98 |
| 10 | 0.44 | 0.28 | 0.74 | 1.70 |
| 11 | 0.32 | 0.12 | 0.56 | 2.53 |
| 12 | 0.19 | 0.16 | 0.62 | 2.30 |
| 13 | 0.30 | 0.27 | 0.71 | 1.82 |
| 14 | 0.48 | 0.29 | 0.82 | 1.67 |
| 15 | 0.53 | 0.16 | 0.71 | 2.20 |
| 16 | 0.50 | 0.20 | 0.74 | 1.98 |

# Measures of Compactness Report

AL_Senate_adopted_2021

| District | Higher Number is Better | | | Lower Number is Better |
|---|---|---|---|---|
| | Reock | Polsby-Popper | Area/Convex Hull | Schwartzberg |
| 17 | 0.46 | 0.13 | 0.73 | 2.31 |
| 18 | 0.26 | 0.23 | 0.70 | 1.99 |
| 19 | 0.37 | 0.20 | 0.76 | 1.93 |
| 20 | 0.43 | 0.18 | 0.69 | 2.16 |
| 21 | 0.29 | 0.17 | 0.63 | 2.16 |
| 22 | 0.30 | 0.12 | 0.54 | 2.47 |
| 23 | 0.57 | 0.29 | 0.79 | 1.53 |
| 24 | 0.39 | 0.37 | 0.88 | 1.47 |
| 25 | 0.24 | 0.14 | 0.65 | 2.40 |
| 26 | 0.50 | 0.18 | 0.76 | 1.93 |
| 27 | 0.27 | 0.21 | 0.59 | 2.07 |
| 28 | 0.42 | 0.25 | 0.72 | 1.77 |
| 29 | 0.33 | 0.28 | 0.75 | 1.80 |
| 30 | 0.44 | 0.23 | 0.70 | 1.80 |
| 31 | 0.44 | 0.22 | 0.70 | 1.93 |
| 32 | 0.46 | 0.34 | 0.81 | 1.57 |
| 33 | 0.38 | 0.21 | 0.64 | 2.03 |
| 34 | 0.48 | 0.26 | 0.84 | 1.78 |
| 35 | 0.56 | 0.42 | 0.88 | 1.45 |

# Measures of Compactness Report

AL_Senate_adopted_2021

## Measures of Compactness Summary

| | |
|---|---|
| **Reock** | The measure is always between 0 and 1, with 1 being the most compact. |
| **Polsby-Popper** | The measure is always between 0 and 1, with 1 being the most compact. |
| **Area / Convex Hull** | The measure is always between 0 and 1, with 1 being the most compact. |
| **Schwartzberg** | The measure is usually greater than or equal to 1, with 1 being the most compact. |