User:
Plan Name: **AL_House_adopted_2021**
Plan Type: **Congress**

# Measures of Compactness Report

Friday, December 17, 2021                                                                                                                          3:04 PM

|            | Reock | Polsby-Popper | Area/Convex Hull | Schwartzberg |
|------------|-------|---------------|------------------|--------------|
|            |       |               |                  | 1.97         |
| Mean       | 0.39  | 0.24          | 0.71             |              |
| Min        | 0.11  | 0.07          | 0.45             | 1.27         |
| Max        | 0.62  | 0.60          | 0.92             | 3.53         |
| Std. Dev.  | 0.11  | 0.10          | 0.11             | 0.42         |
| Sum        |       |               |                  |              |

|          | Higher Number is Better ||| Lower Number is Better |
|----------|-------|---------------|------------------|--------------|
| District | Reock | Polsby-Popper | Area/Convex Hull | Schwartzberg |
| 1        | 0.24  | 0.28          | 0.82             | 1.77         |
| 2        | 0.38  | 0.29          | 0.70             | 1.71         |
| 3        | 0.38  | 0.27          | 0.83             | 1.86         |
| 4        | 0.38  | 0.30          | 0.72             | 1.73         |
| 5        | 0.37  | 0.27          | 0.70             | 1.77         |
| 6        | 0.47  | 0.24          | 0.77             | 2.00         |
| 7        | 0.54  | 0.34          | 0.82             | 1.64         |
| 8        | 0.33  | 0.15          | 0.81             | 2.25         |
| 9        | 0.40  | 0.21          | 0.75             | 1.97         |
| 10       | 0.52  | 0.35          | 0.78             | 1.60         |
| 11       | 0.44  | 0.16          | 0.74             | 2.22         |
| 12       | 0.58  | 0.22          | 0.79             | 1.76         |
| 13       | 0.39  | 0.27          | 0.81             | 1.69         |
| 14       | 0.35  | 0.11          | 0.56             | 2.72         |
| 15       | 0.25  | 0.15          | 0.61             | 2.29         |
| 16       | 0.43  | 0.21          | 0.70             | 1.93         |

**Measures of Compactness Report**  AL_House_adopted_2021

| District | Higher Number is Better | | | Lower Number is Better |
| --- | --- | --- | --- | --- |
| | Reock | Polsby-Popper | Area/Convex Hull | Schwartzberg |
| 17 | 0.41 | 0.47 | 0.83 | 1.44 |
| 18 | 0.51 | 0.53 | 0.92 | 1.33 |
| 19 | 0.34 | 0.18 | 0.58 | 2.31 |
| 20 | 0.27 | 0.18 | 0.64 | 2.10 |
| 21 | 0.26 | 0.19 | 0.62 | 2.15 |
| 22 | 0.44 | 0.19 | 0.76 | 1.86 |
| 23 | 0.55 | 0.38 | 0.89 | 1.40 |
| 24 | 0.34 | 0.43 | 0.83 | 1.44 |
| 25 | 0.47 | 0.27 | 0.71 | 1.87 |
| 26 | 0.53 | 0.22 | 0.75 | 1.86 |
| 27 | 0.56 | 0.20 | 0.73 | 1.90 |
| 28 | 0.34 | 0.14 | 0.68 | 2.31 |
| 29 | 0.36 | 0.16 | 0.61 | 2.26 |
| 30 | 0.39 | 0.13 | 0.66 | 2.44 |
| 31 | 0.41 | 0.22 | 0.68 | 1.98 |
| 32 | 0.16 | 0.07 | 0.54 | 3.53 |
| 33 | 0.50 | 0.27 | 0.78 | 1.77 |
| 34 | 0.37 | 0.17 | 0.76 | 2.04 |
| 35 | 0.53 | 0.23 | 0.80 | 1.96 |
| 36 | 0.19 | 0.07 | 0.45 | 3.33 |
| 37 | 0.35 | 0.37 | 0.85 | 1.61 |
| 38 | 0.46 | 0.29 | 0.79 | 1.72 |
| 39 | 0.41 | 0.32 | 0.71 | 1.69 |
| 40 | 0.47 | 0.30 | 0.78 | 1.72 |
| 41 | 0.38 | 0.33 | 0.82 | 1.52 |
| 42 | 0.50 | 0.38 | 0.78 | 1.56 |
| 43 | 0.36 | 0.22 | 0.73 | 1.91 |
| 44 | 0.50 | 0.39 | 0.84 | 1.51 |
| 45 | 0.24 | 0.14 | 0.63 | 2.33 |
| 46 | 0.11 | 0.09 | 0.46 | 3.10 |

**Measures of Compactness Report**  AL_House_adopted_2021

| District | Higher Number is Better | | | Lower Number is Better |
|---|---|---|---|---|
| | Reock | Polsby-Popper | Area/Convex Hull | Schwartzberg |
| 47 | 0.41 | 0.21 | 0.69 | 1.98 |
| 48 | 0.39 | 0.21 | 0.77 | 2.02 |
| 49 | 0.54 | 0.25 | 0.76 | 1.79 |
| 50 | 0.30 | 0.15 | 0.62 | 2.34 |
| 51 | 0.56 | 0.36 | 0.88 | 1.47 |
| 52 | 0.23 | 0.14 | 0.60 | 2.59 |
| 53 | 0.28 | 0.33 | 0.73 | 1.72 |
| 54 | 0.21 | 0.14 | 0.62 | 2.61 |
| 55 | 0.19 | 0.10 | 0.45 | 3.15 |
| 56 | 0.31 | 0.24 | 0.74 | 1.80 |
| 57 | 0.41 | 0.12 | 0.61 | 2.52 |
| 58 | 0.33 | 0.18 | 0.66 | 2.20 |
| 59 | 0.31 | 0.15 | 0.72 | 2.30 |
| 60 | 0.42 | 0.13 | 0.67 | 2.35 |
| 61 | 0.44 | 0.40 | 0.87 | 1.50 |
| 62 | 0.23 | 0.17 | 0.65 | 2.10 |
| 63 | 0.30 | 0.23 | 0.57 | 1.99 |
| 64 | 0.25 | 0.20 | 0.62 | 2.14 |
| 65 | 0.33 | 0.15 | 0.74 | 2.20 |
| 66 | 0.26 | 0.17 | 0.53 | 2.13 |
| 67 | 0.51 | 0.40 | 0.88 | 1.32 |
| 68 | 0.38 | 0.11 | 0.57 | 2.60 |
| 69 | 0.40 | 0.19 | 0.61 | 1.97 |
| 70 | 0.50 | 0.21 | 0.70 | 2.09 |
| 71 | 0.29 | 0.12 | 0.55 | 2.43 |
| 72 | 0.52 | 0.19 | 0.75 | 1.83 |
| 73 | 0.32 | 0.15 | 0.59 | 2.33 |
| 74 | 0.36 | 0.26 | 0.69 | 1.94 |
| 75 | 0.34 | 0.19 | 0.66 | 1.98 |
| 76 | 0.41 | 0.23 | 0.70 | 1.93 |

# Measures of Compactness Report

AL_House_adopted_2021

|  | Higher Number is Better | | | Lower Number is Better |
| --- | --- | --- | --- | --- |
| District | Reock | Polsby-Popper | Area/Convex Hull | Schwartzberg |
| 77 | 0.58 | 0.27 | 0.75 | 1.91 |
| 78 | 0.25 | 0.12 | 0.56 | 2.39 |
| 79 | 0.51 | 0.23 | 0.72 | 1.91 |
| 80 | 0.48 | 0.35 | 0.76 | 1.57 |
| 81 | 0.50 | 0.41 | 0.81 | 1.46 |
| 82 | 0.58 | 0.35 | 0.87 | 1.45 |
| 83 | 0.32 | 0.18 | 0.57 | 2.19 |
| 84 | 0.51 | 0.32 | 0.75 | 1.54 |
| 85 | 0.43 | 0.46 | 0.84 | 1.38 |
| 86 | 0.53 | 0.36 | 0.87 | 1.58 |
| 87 | 0.36 | 0.39 | 0.85 | 1.53 |
| 88 | 0.42 | 0.23 | 0.67 | 1.88 |
| 89 | 0.35 | 0.19 | 0.57 | 2.03 |
| 90 | 0.28 | 0.15 | 0.56 | 2.36 |
| 91 | 0.46 | 0.27 | 0.71 | 1.83 |
| 92 | 0.32 | 0.24 | 0.78 | 1.83 |
| 93 | 0.39 | 0.32 | 0.78 | 1.60 |
| 94 | 0.62 | 0.60 | 0.91 | 1.27 |
| 95 | 0.37 | 0.36 | 0.78 | 1.52 |
| 96 | 0.58 | 0.46 | 0.86 | 1.39 |
| 97 | 0.30 | 0.18 | 0.55 | 2.17 |
| 98 | 0.32 | 0.18 | 0.63 | 2.12 |
| 99 | 0.35 | 0.18 | 0.55 | 2.29 |
| 100 | 0.52 | 0.28 | 0.72 | 1.72 |
| 101 | 0.28 | 0.22 | 0.64 | 2.01 |
| 102 | 0.43 | 0.16 | 0.64 | 2.22 |
| 103 | 0.36 | 0.18 | 0.66 | 2.16 |
| 104 | 0.35 | 0.22 | 0.58 | 2.08 |
| 105 | 0.50 | 0.41 | 0.83 | 1.46 |

# Measures of Compactness Report

AL_House_adopted_2021

## Measures of Compactness Summary

| | |
|---|---|
| **Reock** | The measure is always between 0 and 1, with 1 being the most compact. |
| **Polsby-Popper** | The measure is always between 0 and 1, with 1 being the most compact. |
| **Area / Convex Hull** | The measure is always between 0 and 1, with 1 being the most compact. |
| **Schwartzberg** | The measure is usually greater than or equal to 1, with 1 being the most compact. |