Plan Name: tx_congress
Plan Type:
Date: 12/17/2021
Time: 5:31:03PM
Administrator:

## Measures of Compactness
12/17/202

| DISTRICT | Reock | Polsby-Popper |
|---|---|---|
| 1 | 0.32 | 0.16 |
| 2 | 0.40 | 0.23 |
| 3 | 0.50 | 0.34 |
| 4 | 0.26 | 0.08 |
| 5 | 0.35 | 0.15 |
| 6 | 0.30 | 0.15 |
| 7 | 0.23 | 0.09 |
| 8 | 0.29 | 0.22 |
| 9 | 0.46 | 0.16 |
| 10 | 0.37 | 0.19 |
| 11 | 0.25 | 0.31 |
| 12 | 0.43 | 0.21 |
| 13 | 0.26 | 0.28 |
| 14 | 0.19 | 0.16 |
| 15 | 0.12 | 0.11 |
| 16 | 0.27 | 0.23 |
| 17 | 0.29 | 0.14 |
| 18 | 0.42 | 0.07 |
| 19 | 0.50 | 0.53 |
| 20 | 0.45 | 0.13 |
| 21 | 0.41 | 0.31 |
| 22 | 0.36 | 0.16 |
| 23 | 0.26 | 0.20 |
| 24 | 0.27 | 0.11 |
| 25 | 0.46 | 0.26 |
| 26 | 0.35 | 0.15 |
| 27 | 0.44 | 0.37 |
| 28 | 0.25 | 0.21 |
| 29 | 0.29 | 0.09 |
| 30 | 0.42 | 0.20 |
| 31 | 0.45 | 0.20 |
| 32 | 0.23 | 0.08 |
| 33 | 0.23 | 0.04 |
| 34 | 0.40 | 0.27 |
| 35 | 0.08 | 0.08 |
| 36 | 0.35 | 0.25 |
| 37 | 0.37 | 0.15 |
| 38 | 0.39 | 0.12 |
| Sum | N/A | N/A |
| Min | 0.08 | 0.04 |
| Max | 0.50 | 0.53 |
| Mean | 0.33 | 0.19 |
| Std. Dev. | 0.10 | 0.10 |