FILED
2021 Dec-21  AM 10:10
U.S. DISTRICT COURT
N.D. OF ALABAMA

Plan Name:   tx_house  
Plan Type:  
Date:        12/20/2021  
Time:         1:02:37PM  
Administrator:

## Measures of Compactness
12/20/202

| DISTRICT | Reock | Polsby-Popper |
|---|---|---|
| 1 | 0.35 | 0.19 |
| 2 | 0.44 | 0.22 |
| 3 | 0.28 | 0.16 |
| 4 | 0.42 | 0.31 |
| 5 | 0.45 | 0.27 |
| 6 | 0.32 | 0.33 |
| 7 | 0.48 | 0.53 |
| 8 | 0.31 | 0.18 |
| 9 | 0.48 | 0.17 |
| 10 | 0.58 | 0.61 |
| 11 | 0.24 | 0.13 |
| 12 | 0.48 | 0.14 |
| 13 | 0.35 | 0.18 |
| 14 | 0.43 | 0.13 |
| 15 | 0.28 | 0.28 |
| 16 | 0.36 | 0.32 |
| 17 | 0.38 | 0.30 |
| 18 | 0.46 | 0.27 |
| 19 | 0.42 | 0.30 |
| 20 | 0.46 | 0.25 |
| 21 | 0.21 | 0.09 |
| 22 | 0.36 | 0.14 |
| 23 | 0.37 | 0.32 |
| 24 | 0.38 | 0.19 |
| 25 | 0.43 | 0.20 |
| 26 | 0.32 | 0.22 |
| 27 | 0.47 | 0.53 |
| 28 | 0.44 | 0.17 |
| 29 | 0.34 | 0.30 |
| 30 | 0.41 | 0.28 |
| 31 | 0.34 | 0.20 |
| 32 | 0.26 | 0.25 |
| 33 | 0.27 | 0.31 |
| 34 | 0.50 | 0.27 |
| 35 | 0.26 | 0.08 |
| 36 | 0.38 | 0.19 |
| 37 | 0.48 | 0.31 |
| 38 | 0.35 | 0.27 |
| 39 | 0.50 | 0.27 |
| 40 | 0.38 | 0.20 |
| 41 | 0.40 | 0.24 |
| 42 | 0.36 | 0.27 |
| 43 | 0.30 | 0.13 |
| 44 | 0.45 | 0.37 |
| 45 | 0.40 | 0.34 |
| 46 | 0.50 | 0.26 |
| 47 | 0.31 | 0.18 |

Plan Name: tx_house
Plan Type:
Administrator:
User:

| DISTRICT | Roeck | |
|---|---|---|
| 48 | 0.21 | 0.14 |
| 49 | 0.18 | 0.19 |
| 50 | 0.48 | 0.39 |
| 51 | 0.54 | 0.35 |
| 52 | 0.41 | 0.32 |
| 53 | 0.30 | 0.21 |
| 54 | 0.45 | 0.19 |
| 55 | 0.34 | 0.25 |
| 56 | 0.48 | 0.26 |
| 57 | 0.26 | 0.19 |
| 58 | 0.38 | 0.48 |
| 59 | 0.38 | 0.35 |
| 60 | 0.39 | 0.58 |
| 61 | 0.32 | 0.20 |
| 62 | 0.21 | 0.13 |
| 63 | 0.17 | 0.26 |
| 64 | 0.52 | 0.44 |
| 65 | 0.18 | 0.16 |
| 66 | 0.23 | 0.17 |
| 67 | 0.37 | 0.22 |
| 68 | 0.24 | 0.15 |
| 69 | 0.41 | 0.32 |
| 70 | 0.30 | 0.12 |
| 71 | 0.51 | 0.51 |
| 72 | 0.48 | 0.49 |
| 73 | 0.42 | 0.31 |
| 74 | 0.19 | 0.14 |
| 75 | 0.42 | 0.50 |
| 76 | 0.35 | 0.29 |
| 77 | 0.21 | 0.22 |
| 78 | 0.67 | 0.49 |
| 79 | 0.25 | 0.31 |
| 80 | 0.37 | 0.22 |
| 81 | 0.40 | 0.33 |
| 82 | 0.37 | 0.55 |
| 83 | 0.47 | 0.34 |
| 84 | 0.41 | 0.26 |
| 85 | 0.47 | 0.22 |
| 86 | 0.38 | 0.40 |
| 87 | 0.41 | 0.51 |
| 88 | 0.22 | 0.26 |
| 89 | 0.46 | 0.31 |
| 90 | 0.27 | 0.07 |
| 91 | 0.48 | 0.44 |
| 92 | 0.27 | 0.10 |
| 93 | 0.41 | 0.31 |
| 94 | 0.33 | 0.08 |
| 95 | 0.29 | 0.09 |
| 96 | 0.35 | 0.18 |
| 97 | 0.48 | 0.26 |
| 98 | 0.55 | 0.45 |
| 99 | 0.39 | 0.25 |
| 100 | 0.30 | 0.12 |
| 101 | 0.30 | 0.32 |
| 102 | 0.43 | 0.27 |
| 103 | 0.30 | 0.14 |
| 104 | 0.35 | 0.29 |

Plan Name: tx_house          Administrator:
Plan Type:                   User:

| DISTRICT | Roeck | |
|---|---|---|
| 105 | 0.41 | 0.43 |
| 106 | 0.39 | 0.32 |
| 107 | 0.21 | 0.17 |
| 108 | 0.37 | 0.11 |
| 109 | 0.26 | 0.19 |
| 110 | 0.36 | 0.17 |
| 111 | 0.46 | 0.28 |
| 112 | 0.18 | 0.11 |
| 113 | 0.18 | 0.11 |
| 114 | 0.36 | 0.15 |
| 115 | 0.40 | 0.26 |
| 116 | 0.24 | 0.22 |
| 117 | 0.25 | 0.17 |
| 118 | 0.32 | 0.15 |
| 119 | 0.27 | 0.11 |
| 120 | 0.57 | 0.31 |
| 121 | 0.32 | 0.17 |
| 122 | 0.45 | 0.30 |
| 123 | 0.28 | 0.17 |
| 124 | 0.43 | 0.29 |
| 125 | 0.27 | 0.23 |
| 126 | 0.29 | 0.21 |
| 127 | 0.35 | 0.25 |
| 128 | 0.26 | 0.12 |
| 129 | 0.46 | 0.15 |
| 130 | 0.29 | 0.26 |
| 131 | 0.13 | 0.13 |
| 132 | 0.31 | 0.31 |
| 133 | 0.26 | 0.35 |
| 134 | 0.41 | 0.32 |
| 135 | 0.28 | 0.22 |
| 136 | 0.40 | 0.35 |
| 137 | 0.40 | 0.28 |
| 138 | 0.35 | 0.16 |
| 139 | 0.22 | 0.13 |
| 140 | 0.44 | 0.39 |
| 141 | 0.32 | 0.20 |
| 142 | 0.31 | 0.16 |
| 143 | 0.20 | 0.14 |
| 144 | 0.32 | 0.20 |
| 145 | 0.17 | 0.12 |
| 146 | 0.28 | 0.15 |
| 147 | 0.19 | 0.20 |
| 148 | 0.22 | 0.09 |
| 149 | 0.32 | 0.24 |
| 150 | 0.33 | 0.22 |
| Sum | N/A | N/A |
| Min | 0.13 | 0.07 |
| Max | 0.67 | 0.61 |
| Mean | 0.36 | 0.25 |
| Std. Dev. | 0.10 | 0.11 |