FILED
2021 Dec-21 PM 12:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| MARCUS CASTER, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | Case No. 2:21-cv-01536-AMM |
| ) | |
| JOHN MERRILL, in his official ) | |
| capacity as Alabama Secretary of State, ) | |
| ) | |
| *Defendant*. ) | |

### SECRETARY OF STATE'S NOTICE OF FILING SUPPLEMENTAL EXPERT REPORTS

Defendants give notice of filing the attached supplemental expert reports of Thomas Bryan and M.V. Hood, III.

*Respectfully submitted*,

Steve Marshall
  *Attorney General*

s/ James W. Davis
Edmund G. LaCour Jr. (ASB-9182-U81L)
  *Solicitor General*

A. Barrett Bowdre (ASB-2087-K29V)
Thomas A. Wilson (ASB-1494-D25C)
  *Deputy Solicitors General*

James W. Davis (ASB-4063-I58J)
Misty S. Fairbanks Messick (ASB-1813-T71F)
Brenton M. Smith (ASB-1656-X27Q)
A. Reid Harris (ASB-1624-D29X)

    Benjamin M. Seiss (ASB-2110-O00W)
     *Assistant Attorneys General*

    OFFICE OF THE ATTORNEY GENERAL
    STATE OF ALABAMA
    501 Washington Avenue
    P.O. Box 300152
    Montgomery, Alabama 36130-0152
    Telephone: (334) 242-7300
    Edmund.LaCour@AlabamaAG.gov
    Barrett.Bowdre@AlabamaAG.gov
    Thomas.Wilson@AlabamaAG.gov
    Jim.Davis@AlabamaAG.gov
    Misty.Messick@AlabamaAG.gov
    Brenton.Smith@AlabamaAG.gov
    Reid.Harris@AlabamaAG.gov
    Ben.Seiss@AlabamaAG.gov

    ***Counsel for Secretary Merrill***

## CERTIFICATE OF SERVICE

I certify that on December 21, 2021, I electronically filed the foregoing notice with the Clerk of the Court using the CM/ECF system, which will send notice to all counsel of record.

      s/ James W. Davis
      Counsel for Secretary Merrill