IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARCUS CASTER, LAKEISHA CHESTNUT, BOBBY LEE DUBOSE, BENJAMIN JONES, RODNEY ALLEN LOVE, MANASSEH POWELL, RONALD SMITH, and WENDELL THOMAS,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN H. MERRILL, in his official capacity as Alabama Secretary of State,<br><br>Defendant. | Case No. 2:21-CV-1536-AMM |

**PLAINTIFFS' RESPONSE TO MOTION TO INTERVENE**

Pursuant to the Court's order, *see* ECF No. 63, Plaintiffs respectfully submit that they take no position on the pending motion to intervene filed by Senator Jim McClendon and Representative Chris Pringle, *see* ECF No. 60.

1

Dated: December 21, 2021                    Respectfully submitted,

By: /s/ *Richard P. Rouco*

Abha Khanna*                                Richard P. Rouco
**Elias Law Group LLP**                     (AL Bar. No. 6182-R76R)
1700 Seventh Ave, Suite 2100                **Quinn, Connor, Weaver, Davies & Rouco LLP**
Seattle, WA 98101
Phone: (206) 656-0177                       Two North Twentieth
Email: AKhanna@elias.law                    2-20th Street North, Suite 930
                                            Birmingham, AL 35203
Lalitha D. Madduri*                         Phone: (205) 870-9989
Daniel C. Osher*                            Fax: (205) 803-4143
Joseph N. Posimato*                         Email: rrouco@qcwdr.com
Olivia N. Sedwick*
**Elias Law Group LLP**
10 G St. NE, Suite 600
Washington, D.C. 20002
Phone: (202) 968-4518
Email: LMadduri@elias.law
Email: DOsher@elias.law
Email: JPosimato@elias.law
Email: OSedwick@elias.law

*Attorneys for Plaintiffs*
*\*Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I certify that a copy of the foregoing has been served by ordinary U.S. Mail upon all parties for whom counsel has not yet entered an appearance electronically: None.

/s/ *Richard P. Ruoco*
Richard P. Ruoco
Counsel for Plaintiffs