# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **MARCUS CASTER,** *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | **Case No.: 2:21-cv-1536-AMM** |
| ) | |
| **JOHN H. MERRILL,** *in his* ) | |
| *official capacity as Alabama* ) | |
| *Secretary of State*, *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

## **ORDER**

Following the conference held on December 20, 2021, the court studied the latest COVID-19 conditions nationwide and in Jefferson County, Alabama. The court observes that approximately forty-one lawyers have appeared in *Singleton*, Case No. 2:21-cv-1291-AMM, *Milligan*, Case No. 2:21-cv-1530-AMM, and *Caster*, Case No. 2:21-cv-1536-AMM, and if a hearing on the pending preliminary injunction motions occurs in person in Birmingham, Alabama, those attorneys, along with lay and expert witnesses, will be traveling from various locations nationwide, including New Hampshire, Maryland, Texas, New York, the District of Columbia, California, and Washington, as well as from various locations in Alabama.

In light of the serious time exigencies applicable to the request for preliminary injunctive relief in these cases, the health and safety of all persons involved in these

proceedings, and the need to preserve the continuity of the proceedings, the court has decided to conduct the preliminary injunction hearing that will begin on January 4, 2022, remotely via Zoom. The Zoom information will be provided to all parties at a later date.

Public access to the proceedings will be provided via livestream into the jury assembly room on the first floor of the Hugo L. Black United States Courthouse in Birmingham, Alabama. Members of the public who attend the livestreamed proceeding will be required to wear face masks and socially distance.

**DONE** and **ORDERED** this 22nd day of December, 2021.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE