2020 DEMOCRATIC PRIMARY RUNOFF ELECTION STATEWIDE RESULTS

| | | Averhart | Gardner | | Bell | Chestnut |
|---|---|---|---|---|---|---|
| Autauga | | | | | 318 | 423 |
| Baldwin | | 1053 | 3245 | | | |
| Bullock | | | | | 297 | 216 |
| Choctaw | | | | | 147 | 473 |
| Clarke | | 150 | 190 | | 299 | 948 |
| Dallas | | | | | 1253 | 4937 |
| Elmore | | | | | 2 | 12 |
| Escambia | | 473 | 464 | | | |
| Lowndes | | | | | 1106 | 306 |
| Macon | | | | | 646 | 1026 |
| Marengo | | | | | 212 | 644 |
| Mobile | | 12,311 | 7,709 | | 4374 | 6122 |
| Monroe | | 1,412 | 154 | | 391 | 1145 |
| Montgomery | | | | | 2924 | 2521 |
| Perry | | | | | 218 | 519 |
| Pike | | | | | 271 | 277 |
| Sumter | | | | | 215 | 274 |
| Washington | | 441 | 340 | | 415 | 339 |
| Wilcox | | | | | 329 | 1120 |
| | | 15840 | 12102 | | 13417 | 21302 |