FILED

2021 Dec-23  PM 04:03
U.S. DISTRICT COURT
N.D. OF ALABAMA



## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| MARCUS CASTER, LAKEISHA CHESTNUT, BOBBY LEE DUBOSE, BENJAMIN JONES, RODNEY ALLEN LOVE, MANASSEH POWELL, RONALD SMITH, and WENDELL THOMAS, | Case No. 2:21-CV-1536-AMM |
| Plaintiffs, | |
| v. | |
| JOHN H. MERRILL, in his official capacity as Alabama Secretary of State, | |
| Defendant, | |
| and | |
| CHRIS PRINGLE and JIM McCLENDON, | |
| Intervenor-Defendants. | |

## JOINT PRETRIAL REPORT

Pursuant to the Court's November 23, 2021, Scheduling Order, the parties jointly submit the following pretrial report.

1. **<u>List of Witnesses Who Have Been Deposed</u>**

| Witness Number | Witness |
|:---:|:---|
| 1 | Randy Hinaman |
| 2 | Chris Pringle |
| 3 | Jim McClendon |

2. **<u>Testifying Witnesses</u>**

**Plaintiffs' Testifying Witnesses**

| Witness Number | Witness |
|:---:|:---|
| | *Witnesses Plaintiffs Expect to Call:* |
| 1 | William Cooper |
| 2 | Bridgett King |
| 3 | Maxwell Palmer |
| | *Witnesses Plaintiffs May Call:* |
| 4 | Marcus Caster |
| 5 | Ronald Smith |
| 6 | LaKeisha Chestnut |

**Defendants' Testifying Witnesses**

| Witness Number | Witness |
|---|---|
| *Witnesses Defendant Expects to Call:* | |
| 1 | Thomas Bryan |
| 2 | M.V. Hood, III |
| 3 | Randy Hinaman |
| 4 | Rep. Chris Pringle |
| 5 | Sen. Jim McClendon |
| *Witnesses Defendant May Call:* | |
| 6 | Bradley Byrne |
| 7 | Jo Bonner |
| 8 | Mary McIntyre, M.D. |
| 9 | Clay Helms |

**3.** **List of Witnesses Whose Deposition Testimony Will be Presented at the Preliminary Injunction Hearing**

### Plaintiffs

| Testimony Number | Deposition Testimony |
|---|---|
| None | |

### Defendants

| Testimony Number | Deposition Testimony |
|---|---|
| None. | |

4.  **Trial Exhibits**

**Plaintiffs' Stipulated Exhibits**

| Exhibit Number | Description |
|---|---|
| 1 | Declaration of William S. Cooper ("Cooper Report"), dated December 10, 2021 |
| 2 | Exhibit A to Cooper Report (Summary of Redistricting Work) |
| 3 | Exhibit B to Cooper Report (Methodology and Sources) |
| 4 | Exhibit C to Cooper Report (2020 Alabama Population by County) |
| 5 | Exhibit D-1 to Cooper Report (2021 Enacted Congressional Plan – Population Summary Report) |
| 6 | Exhibit D-2 to Cooper Report (2021 Enacted Congressional Plan Map) |
| 7 | Exhibit D-3 (District 1) to Cooper Report (2021 Enacted Congressional Plan – Map of District 1) |
| 8 | Exhibit D-3 (District 2) to Cooper Report (2021 Enacted Congressional Plan – Map of District 2) |
| 9 | Exhibit D-3 (District 7) to Cooper Report (2021 Enacted Congressional Plan – Map of District 7) |
| 10 | Exhibit D-4 to Cooper Report (2021 Enacted Congressional Plan – Political Subdivision Splits) |
| 11 | Exhibit E-1 to Cooper Report (2011 Congressional Plan – Population Summary) |
| 12 | Exhibit E-2 to Cooper Report (2011 Congressional Plan Map) |
| 13 | Exhibit E-3 to Cooper Report (2021 Congressional Plan Map) |

| Exhibit Number | Description |
|---|---|
| 14 | Exhibit E-4 to Cooper Report (2011 Congressional Plan – Political Subdivision Splits) |
| 15 | Exhibit F-1 to Cooper Report (2021 Board of Education Map) |
| 16 | Exhibit F-2 to Cooper Report (2021 Board of Education – Population Summary) |
| 17 | Exhibit G-1 to Cooper Report (Illustrative Plan 1 – Population Summary) |
| 18 | Exhibit G-2 to Cooper Report (Illustrative Plan 1 – Map) |
| 19 | Exhibit G-3 (District 2) to Cooper Report (Illustrative Plan 1 – District 2) |
| 20 | Exhibit G-3 (District 7) to Cooper Report (Illustrative Plan 1 – District 7) |
| 21 | Exhibit G-4 to Cooper Report (Illustrative Plan 1 – Political Subdivision Splits) |
| 22 | Exhibit H-1 to Cooper Report (Illustrative Plan 2 – Population Summary) |
| 23 | Exhibit H-2 to Cooper Report (Illustrative Plan 2 – Map) |
| 24 | Exhibit H-3 (District 2) to Cooper Report (Illustrative Plan 2 – District 2) |
| 25 | Exhibit H-3 (District 7) to Cooper Report (Illustrative Plan 2 – District 7) |
| 26 | Exhibit H-4 to Cooper Report (Illustrative Plan 2 – Political Subdivision Splits) |
| 27 | Exhibit I-1 to Cooper Report (Illustrative Plan 3 – Population Summary) |

| Exhibit Number | Description |
|---|---|
| 28 | Exhibit I-2 to Cooper Report (Illustrative Plan 3 – Map) |
| 29 | Exhibit I-3 (District 2) to Cooper Report (Illustrative Plan 3 – District 2) |
| 30 | Exhibit I-3 (District 7) to Cooper Report (Illustrative Plan 3 – District 7) |
| 31 | Exhibit I-4 to Cooper Report (Illustrative Plan 3 – Political Subdivision Splits) |
| 32 | Exhibit J-1 to Cooper Report (Illustrative Plan 4 – Population Summary) |
| 33 | Exhibit J-2 to Cooper Report (Illustrative Plan 4 – Map) |
| 34 | Exhibit J-3 (District 2) to Cooper Report (Illustrative Plan 4 – District 2) |
| 35 | Exhibit J-3 (District 7) to Cooper Report (Illustrative Plan 4 – District 7) |
| 36 | Exhibit J-4 to Cooper Report (Illustrative Plan 4 – Political Subdivision Split) |
| 37 | Exhibit K-1 to Cooper Report (Illustrative Plan 5 – Population Summary) |
| 38 | Exhibit K-2 to Cooper Report (Illustrative Plan 5 – Map) |
| 39 | Exhibit K-3 (District 2) to Cooper Report (Illustrative Plan 5 – District 2) |
| 40 | Exhibit K-3 (District 7) to Cooper Report (Illustrative Plan 5 – District 7) |
| 41 | Exhibit K-4 to Cooper Report (Illustrative Plan 5 – Political Subdivision Splits) |

| Exhibit Number | Description |
|---|---|
| 42 | Exhibit L-1 to Cooper Report (Illustrative Plan 6 – Population Summary) |
| 43 | Exhibit L-2 to Cooper Report (Illustrative Plan 6 – Map) |
| 44 | Exhibit L-3 (District 2) to Cooper Report (Illustrative Plan 6 – District 2) |
| 45 | Exhibit L-3 (District 7) to Cooper Report (Illustrative Plan 6 – District 7) |
| 46 | Exhibit L-4 to Cooper Report (Illustrative Plan 6 – Political Subdivision Splits) |
| 47 | Exhibit M-1 to Cooper Report (Charts - 2019 American Community Survey 1-Year Estimates of Socio-Economic Data for Any Part African Americans and Non-Hispanic Whites in Alabama) |
| 48 | Exhibit M-2 to Cooper Report (Tables - 2019 American Community Survey 1-Year Estimates of Socio-Economic Data for Any Part African Americans and Non-Hispanic Whites in Alabama) |
| 49 | Exhibit N-1 to Cooper Report (Charts - 2019 American Community Survey 1-Year Estimates of Socio-Economic Data for Any Part African Americans and Non-Hispanic Whites in CD 1) |
| 50 | Exhibit N-2 to Cooper Report (Tables - 2019 American Community Survey 1-Year Estimates of Socio-Economic Data for Any Part African Americans and Non-Hispanic Whites in CD 1) |
| 51 | Exhibit O-1 to Cooper Report (Charts - 2019 American Community Survey 1-Year Estimates of Socio-Economic Data for Any Part African Americans and Non-Hispanic Whites in CD 2) |
| 52 | Exhibit O-2 to Cooper Report (Tables - 2019 American Community Survey 1-Year Estimates of Socio-Economic Data for Any Part African Americans and Non-Hispanic Whites in CD 2) |

| Exhibit Number | Description |
|---|---|
| 53 | Exhibit P-1 to Cooper Report (Charts - 2019 American Community Survey 1-Year Estimates of Socio-Economic Data for Any Part African Americans and Non-Hispanic Whites in CD 3) |
| 54 | Exhibit P-2 to Cooper Report (Tables - 2019 American Community Survey 1-Year Estimates of Socio-Economic Data for Any Part African Americans and Non-Hispanic Whites in CD 3) |
| 55 | Exhibit Q-1 to Cooper Report (Charts - 2019 American Community Survey 1-Year Estimates of Socio-Economic Data for Any Part African Americans and Non-Hispanic Whites in CD 6) |
| 56 | Exhibit Q-2 to Cooper Report (Tables - 2019 American Community Survey 1-Year Estimates of Socio-Economic Data for Any Part African Americans and Non-Hispanic Whites in CD 6) |
| 57 | Exhibit R-1 to Cooper Report (Charts - 2019 American Community Survey 1-Year Estimates of Socio-Economic Data for Any Part African Americans and Non-Hispanic Whites in CD 7) |
| 58 | Exhibit R-2 to Cooper Report (Tables - 2019 American Community Survey 1-Year Estimates of Socio-Economic Data for Any Part African Americans and Non-Hispanic Whites in CD 7) |
| 59 | Rebuttal Report of William S. Cooper ("Second Cooper Report"), dated December 20, 2021 |
| 60 | Exhibit A-1 to Second Cooper Report (Illustrative Plan 7 – Population Summary) |
| 61 | Exhibit A-2 to Second Cooper Report (Illustrative Plan 7 – Map) |
| 62 | Exhibit A-3 to Second Cooper Report (Illustrative Plan 7 – District 2) |
| 63 | Exhibit A-3 to Second Cooper Report (Illustrative Plan 7 – District 7) |

| Exhibit Number | Description |
|---|---|
| 64 | Exhibit A-4 to Second Cooper Report (Illustrative Plan 7 – Political Subdivision Splits) |
| 65 | Exhibit B-1 to Second Cooper Report (Compactness Report – Illustrative Plan 1) |
| 66 | Exhibit B-2 to Second Cooper Report (Compactness Report – Illustrative Plan 2) |
| 67 | Exhibit B-3 to Second Cooper Report (Compactness Report – Illustrative Plan 3) |
| 68 | Exhibit B-4 to Second Cooper Report (Compactness Report – Illustrative Plan 4) |
| 69 | Exhibit B-5 to Second Cooper Report (Compactness Report – Illustrative Plan 5) |
| 70 | Exhibit B-6 to Second Cooper Report (Compactness Report – Illustrative Plan 6) |
| 71 | Exhibit B-7 to Second Cooper Report (Compactness Report – Illustrative Plan 7) |
| 72 | Exhibit C-1 to Second Cooper Report (Compactness Report – 2021 Congressional Plan) |
| 73 | Exhibit C-2 to Second Cooper Report (Compactness Report – 2021 Board of Education Plan) |
| 74 | Exhibit C-3 to Second Cooper Report (Compactness Report – 2021 Senate Plan) |
| 75 | Exhibit C-4 to Second Cooper Report (Compactness Report – 2021 House Plan) |
| 76 | Exhibit D-1 to Second Cooper Report (Compactness Report – 2021 Enacted Texas Congressional Plan) |

| Exhibit Number | Description |
|---|---|
| 77 | Exhibit D-2 to Second Cooper Report (Compactness Report – 2021 Enacted Texas Senate Plan) |
| 78 | Exhibit D-3 to Second Cooper Report (Compactness Report – 2021 Enacted Texas House Plan) |
| 79 | Expert Report of Maxwell Palmer, Ph.D., dated December 10, 2021 |
| 80 | Declaration of Dr. Bridgett King, dated December 10, 2021 |
| 81 | Second Declaration of Dr. Bridgett King, dated December 20, 2021 |
| 82 | Redistricting guidelines adopted by the Alabama Legislative Committee on Reapportionment on May 5, 2021 |
| 83 | Expert Report of Maxwell Palmer filed in *Chestnut v. Merrill*, No. 2:18-cv-907-KOB (N.D. Ala.), ECF No. 113-79 |
| 84 | Volume 1 of the trial transcript in *Chestnut v. Merrill*, No. 2:18-cv-907-KOB (N.D. Ala.), ECF No. 103 |
| 85 | Volume 2 of the trial transcript in *Chestnut v. Merrill*, No. 2:18-cv-907-KOB (N.D. Ala.), ECF No. 104 |
| 86 | Volume 3 of the trial transcript in *Chestnut v. Merrill*, No. 2:18-cv-907-KOB (N.D. Ala.), ECF No. 105 |
| 87 | Volume 5 of the trial transcript in *Chestnut v. Merrill*, No. 2:18-cv-907-KOB (N.D. Ala.), ECF No. 107 |
| 88 | December 9, 2021 Deposition of Randy Hinaman |
| 89 | December 17, 2021 Deposition of Chris Pringle |
| 90 | December 17, 2021 Deposition of Jim McClendon |
| 91 | Carol Robinson, Black Protestor Attacked at Donald Trump Rally Called 'Monkey' and Other Racial Slurs, He Says, AL.com (Nov. 21, 2015) |

| Exhibit Number | Description |
|---|---|
| 92 | *Alabama Lawmaker Who Honored Klan Leader Says He's Surprised by Criticism*, WSFA (July 27, 2020) |
| 93 | Nick Patterson, *Coronavirus Rates in Alabama Hit Black the Hardest — and Experts Are Not Surprised*, BirminghamWatch (Apr. 20, 2020) |
| 95 | Safiya Charles, *Alabama Data Shows Majority of Coronavirus Deaths are African American*, Montgomery Advertiser (Apr. 9, 2020) |
| 96 | Shapiro & Farah Eltohamy, *Alabama Official on Vaccine Rollout: 'How Can This Disparity Exist in This Country?'*, NPR (Mar. 11, 2021) |
| 97 | Sean McMinn et al., *Across the South, COVID-19 Vaccine Sites Missing from Black and Hispanic Neighborhoods*, NPR (Feb. 5, 2021) |
| 98 | Brian Lyman, *Racial Profiling Bill Dies on Final Day of Alabama Legislative Session*, Montgomery Advertiser (Mar. 29, 2018) |
| 99 | Azavea, Redrawing the Map on Redistricting: 2012 Addendum |
| 100 | Video: Alabama Supreme Court Justice Tom Parker 2018 Campaign Ad – "Invasion" |
| 101 | Video: Alabama Supreme Court Justice Tom Parker 2018 Campaign Ad – "Mob Rule" |
| 102 | Video: LA Times Releases Audio of Roy Moore's Offhand Comment on Slavery |
| 103 | Video: Roy Moore: "New Rights in 1965, and Today We've Got a Problem" |

Plaintiffs reserve the right to proffer rebuttal exhibits, impeachment exhibits, and any exhibit identified by Defendant.

## Defendants' Stipulated Exhibits[1]

| Exhibit Number | Description |
|---|---|
| 1. | Thomas M. Bryan – Singleton Report |
| 2. | Thomas M. Bryan – Milligan Report |
| 3. | Thomas M. Bryan CV |
| 4. | Thomas M. Bryan Supplemental Report – Final |
| 5. | M.V. Hood III Expert Report |
| 6. | M.V. Hood III Supplemental Report – Final |
| 7. | Clay Helms Declaration |
| 8. | Mary McIntyre Declaration (12.20.21) |
| 9. | Declaration of Josiah Bonner, Jr. |
| 10. | Bonner Declaration Bonner Deposition  Testimony with exhibits - Part 1 |
| 11. | Bonner Declaration Bonner Deposition  Testimony with exhibits - Part 2 |
| 12. | Bonner Declaration Bonner Deposition  Testimony with exhibits - Part 3 |
| 13. | Byrne Testimony and Exhibits Part 1 |
| 14. | Byrne Testimony and Exhibits Part 2 |
| 15. | 1991-06-14 Public Hearing Transcript - Joint Legislative Committee on Reapportionment (Mobile , AL) SOS008654 |
| 16. | 1991.08.21 Public Hearing Transcript - Joint Legislative Committee on Reapportionment (Montgomery AL) SOS 007291 |
| 17. | 1991.10.02 Public Hearing Transcript - Joint Legislative Committee on Reapportionment (Montgomery AL) SOS007200 |
| 18. | 1992.03.29 DOJ Objection letter |
| 19. | Evans Letter to DOJ 4.15.1992 SOS007081 |
| 20. | Evans letter to DOJ 3.10.1992 SOS007085 |

---

[1] The *Caster* Plaintiffs do not object to these exhibits. However, the parties jointly agree that the *Caster* Plaintiffs' stipulation as to these exhibits do not prejudice the *Singleton* or *Milligan* Plaintiffs' ability to object to any of these exhibits during the preliminary injunction hearing.

| Exhibit Number | Description |
|---|---|
| 21. | Evans Letter to Justice Dept. 3.10.1992, Section 5 Submission by State of Alabama SOS007070 |
| 22. | Evans Letter to Justice Dept. 3.10.1992, Section 5 Submission by State of Alabama SOS007070 Part 2 |
| 23. | DOJ Letter to Jimmy Evans 3.27.1992 SOS007071 |
| 24. | Kathleen L. Wilde fax to John Tanner of the DOJ  3.25.1992 SOS007079 |
| 25. | Letter to DOJ re Preclearance Submission of Al. Act. No. 2011-518 SOS002646 |
| 26. | 2001 Alabama State Board of Education Districts |
| 27. | 2011 Plan - *Alabama v. Holder* (DDC) Complaint |
| 28. | 2011 Plan – *Alabama v. Holder* (DDC) Dismissal |
| 29. | 2011 Plan - *Alabama v. Holder* (DDC) DOJ Preclearance |
| 30. | *State of Alabama v. Holder* Errata to Complaint SOS000172 |
| 31. | 2010 Allen Congressional Plan 4 SOS001466 |
| 32. | 2011 Preclearance Allen Plan 6 SOS001551 |
| 33. | 2011 Preclearance Beason Plan SOS001565 |
| 34. | 2011 Preclearance bpshan SOS001448 |
| 35. | 2011 Preclearance Buskey Congressional Plan SOS001621 |
| 36. | 2011 Preclearance Hammon All District Status SOS001579 |
| 37. | 2011 Preclearance Map McClendon Congressional Plan 1 - Map-0SOS001431 |
| 38. | 2011 Preclearance McClendon Congressional Plan 1 SOS001593 |
| 39. | 2011 Preclearance Poole Congressional Plan 4 SOS001607 |
| 40. | 2011 Preclearance Population Summary Report State 1 SOS001537 |
| 41. | 2011 Plan - 2 - Population and VAP Summary - Single Race |
| 42. | 2011 Plan - 3 - Population and VAP Summary - Any Part Race |
| 43. | 2011 Plan - 4 - Plan Components' Population and VAP - Any Part Race |
| 44. | 2011 Plan - 5 - Plan Components' Population and VAP - Single Race |

| Exhibit Number | Description |
|---|---|
| 45. | 2011 Plan - 6 - County and Voting Districts Splits |
| 46. | 2011 Preclearance Population Summary Report Allen SOS001635 |
| 47. | 2011 Preclearance Population Summary Report McClammy SOS001509 |
| 48. | 2011 Preclearance Population Summary Report SOS001649 |
| 49. | 2020 Annual Report - State Personnel Board |
| 50. | 2020 Democratic Runoff |
| 51. | 2020-03 Certification AL Democratic Party Primary Runoff Candidates 2020-03-11 |
| 52. | 2021-10-25 2021 2nd Special Session Proclamation |
| 53. | 2021 Alabama Congressional Plan Bill History with Recorded Votes |
| 54. | 2021 Redistricting Plans Comparative by District Analysis Congressional |
| 55. | 2021 Plan - 1 - Map |
| 56. | 2021 Plan - 2 - District Statistics |
| 57. | 2021 Plan - 3 - Population Summary - Single Race |
| 58. | 2021 Plan - 4 - VAP Summary - Single Race |
| 59. | 2021 Plan - 5 - Population Summary - Any Part Race |
| 60. | 2021 Plan - 6 - VAP Summary - Any Part Race |
| 61. | 2021 Plan - 7 - Plan Components' Population and VAP |
| 62. | 2021 Plan - 8 - County and Voting District Splits |
| 63. | 2021 Plan - 9 - City Splits |
| 64. | 2021 Plan - 10 - Reock Compactness Measure |
| 65. | 2021 Plan - 11 - Schwartzberg Compactness Measure |
| 66. | 2021.09.07 Public Hearing Transcript - Permanent Legislative Committee On Reapportionment (Shelton State - Tuscaloosa AL) |
| 67. | AL DEM Cert. Amend 12182019 |
| 68. | Application of Appellant Billy Joe Camp, Secretary of State of Alabama, for Stay of Judgment Pending Appeal |
| 69. | Certification of Results June 4, 1996, Constitutional Amendments |

| Exhibit Number | Description |
|---|---|
| 70. | Democratic Party-Official 2020 Primary Election Results (1) |
| 71. | District Statistics Report Congressional Final, May 16 |
| 72. | 2021 Reapportionment Committee's Guidelines |
| 73. | Exhibits to Congressional Submission SOS002005 |
| 74. | Final Exhibits - District Statistics Report Congressional Final, May 16 |
| 75. | Hatcher Plan - 1 - Map |
| 76. | Hatcher Plan - 2 - District Statistics |
| 77. | Hatcher Plan - 3- Population Summary - Single Race |
| 78. | Hatcher Plan - 4 - VAP Summary - Single Race |
| 79. | Hatcher Plan - 5- VAP Summary - Any Part Race |
| 80. | Hatcher Plan - 6 - Population Summary - Any Part Race |
| 81. | Hatcher Plan - 7 - Plan Components' Population and VAP |
| 82. | Hatcher Plan - 8 - County and Voting District Splits |
| 83. | Hatcher Plan - 9 - City Splits |
| 84. | Hatcher Plan - 10 - Reock Compactness Measure |
| 85. | Hatcher Plan - 11 - Schwartzberg Compactness Measure |
| 86. | *Jones v. Jefferson County* – Motion for Consent Order (agreed before litigation) |
| 87. | Kiani Gardner – CD-1 candidate endorsed by ADC |
| 88. | Alabama Advisory Committee to U.S. Commission on Civil Rights Report (July 2020) |
| 89. | Letter to John Park Jr. 11.21.2011 SOS000514 |
| 90. | Letter to John Tanner dated 4.15.1992 |
| 91. | Liu – Alabama Democrats Candidate list 2020 Primaries |
| 92. | SCOTUS No. 91-1553 - Appellee Paul Charles Wesch's Motion to Dismiss or Affirm |
| 93. | SCOTUS No. 91-1553 - Jurisdictional Statement |
| 94. | SCOTUS No. 91-1553 - Appendix to the Jurisdictional Statement Part 1 |

| Exhibit Number | Description |
|---|---|
| 95. | SCOTUS No. 91-1553 - Appendix to the Jurisdictional Statement Part 2 |
| 96. | SCOTUS No. 91-1553 - Appendix to the Jurisdictional Statement Part 3 |
| 97. | SCOTUS No. 91-1553 - Appendix to the Jurisdictional Statement Part 4 |
| 98. | Pierce Map 9.91991 SOS007159 |
| 99. | Pleasant Grove Settlement Agreement |
| 100. | Preclearance submission Exhibit C-10 alternative plan McClammy |
| 101. | Preclearance submission Exhibit C-11 alternative plan McClammy 2M |
| 102. | Preclearance submission Exhibit C-12 alternative plan McClammy PPB |
| 103. | Preclearance submission Exhibit C-13 alternative plan Poole-Hubbard |
| 104. | Preclearance submission Exhibit C-14 alternative plan alternative plan State 1 |
| 105. | Preclearance submission Exhibit C-8 alternative plan Allen |
| 106. | Preclearance submission Exhibit C-9 alternative plan Greer 2 |
| 107. | Reapportionment Committee Guidelines for Legislative, State Board of Education, and Congressional Redistricting State of Alabama May 2011 |
| 108. | Legislative Reapportionment Public Hearings_Aug 5 |
| 109. | Singleton 1 Plan - 1 - Map |
| 110. | Singleton 1 Plan - 3 - District Statistics |
| 111. | Singleton 1 Plan - 4 - Population Summary - Single Race |
| 112. | Singleton 1 Plan - 5 - VAP Summary - Single Race |
| 113. | Singleton 1 Plan - 6 - Population Summary - Any Part Race |
| 114. | Singleton 1 Plan - 7 - VAP Summary - Any Part Race |
| 115. | Singleton 1 Plan - 8 - Plan Components' Population and VAP |
| 116. | Singleton 1 Plan - 9 - County and Voting District Splits |
| 117. | Singleton 1 Plan - 10 - City Splits |

| Exhibit Number | Description |
|---|---|
| 118. | Singleton 1 Plan - 11 - Reock Compactness Measure |
| 119. | Singleton 1 Plan - 12 - Schwartzberg Compactness Measure |
| 120. | Singleton 2 Plan - 3 - District Statistics |
| 121. | Singleton 2 Plan - 4 - Population Summary - Any Part Race |
| 122. | Singleton 2 Plan - 5 - VAP Summary - Any Part Race |
| 123. | Singleton 2 Plan - 6 - Plan Components' Population and VAP |
| 124. | Singleton 2 Plan - 7 - County and Voting District Splits |
| 125. | Singleton 2 Plan - 8 - City Splits |
| 126. | Singleton 2 Plan - 9 - Reock Compactness Measure |
| 127. | Singleton 2 Plan - 10 - Schwartzberg Compactness Measure |
| 128. | Singleton 3 Plan - 1 - Map |
| 129. | Singleton 3 Plan - 3 - District Statistics |
| 130. | Singleton 3 Plan - 4 - VAP Summary - Single Race |
| 131. | Singleton 3 Plan - 5 - Population Summary - Single Race |
| 132. | Singleton 3 Plan - 6 - Population and VAP Summary - Any Part Race |
| 133. | Singleton 3 Plan - 7 - Plan Components' Population and VAP |
| 134. | Singleton 3 Plan - 8 - County and Voting District Splits |
| 135. | Singleton 3 Plan - 9 - City Splits |
| 136. | Singleton 3 Plan - 10 - Reock Compactness Measure |
| 137. | Singleton 3 Plan - 11 - Schwartzberg Compactness Measure |
| 138. | SOS002410 Reapportionment Committee Guidelines May 2011 |
| 139. | *Thompson v. Merrill* Alabama Board of Pardons and Paroles Chair Leigh Gwathney's Objections and Answers to Plaintiffs' First Set of Interrogatories to Her |
| 140. | *Thompson v. Merrill* SOS Merrill's Objections and Answers to Plaintiff's First Set of Interrogatories to Him |
| 141. | US election 2020 Why Trump gained support among minorities |
| 142. | DOJ Letter withdrawing objection |
| 143. | *Wesch* -Supplemental Stipulation |

| Exhibit Number | Description |
|---|---|
| 144. | *Milligan v. Merrill* Deposition Transcript of Randy Hinaman 2021.12.09 Part 1 |
| 145. | *Milligan v. Merrill* Deposition Transcript of Randy Hinaman 2021.12.09 Part 2 |
| 146. | 2000 Population State Board of Education |
| 147. | Letter to DOJ Feb. 7, 2002, re:  Submission under Section 5 of the VRA of 65, Ala. Act No. 2002-73 |
| 148. | Letter to Civil Rights Division re Preclearance Submission of Ala. Act. No. 2011-677 – 1212857 Sept. 21, 2011 |
| 149. | US Congress Final District Statistics Report SOS001080 |
| 150. | CDC MMWR – Study Showing vaccination by SVI index |
| 151. | 2021 Census – Alabama Profile |
| 152. | Hispanic Voters Now Evenly Split Between Parties, WSJ Poll Finds |
| 153. | Sentencing Project, The Color of Justice Racial and Ethnic Disparity in Prison |
| 154. | Redistricting Alabama:  How South Alabama could be split due to Baldwin County's growth |
| 155. | Voting Determination Letters for Alabama |
| 156. | Felon Voting Rights Final Version |
| 157. | 2017.08.09 Alabama Senate Profile – Robert Kennedy Jr. says he's more than a name |
| 158. |  Economic Policy Institute, State unemployment by race and ethnicity (2021Q3) |
| 159. | Democratic_Party-Official 2020 Primary Election Results (only CD1 and CD2 results others hidden) |
| 160. | Census 2018 Voting and Reg by Race |
| 161. | Census 2016 Voting and Reg by Race |
| 162. | Becoming Less Separate |
| 163. | Defendant's First Evidentiary Submission |
| 164. | Randy Hinaman Amended Notice of Deposition 120921 |
| 165. | Letter to Justice Dept. 3.10.1992  Section 5 Submission by State of Alabama Part 1 |

| Exhibit Number | Description |
|---|---|
| 166. | Letter to Justice Dept. 3.10.1992  Section 5 Submission by State of Alabama Part 2 |
| 167. | Legislative Reapportionment Public Hearings_Aug 5 |
| 168. | ACS 2019 Data Connecticut |
| 169. | ACS 2019 Data United States |
| 170. | Bradley Byrne Declaration |

Defendant and Intervenor-Defendants reserve the right to proffer rebuttal exhibits, impeachment exhibits, and any exhibit identified by the Plaintiffs.

5.  **Exhibits Subject to Objections**

**Plaintiffs' Exhibits Subject to Defendants Objections**

| Exhibit Number | Description | Objection |
|---|---|---|
| 94 | COVID Tracking Project, *Alabama: All Race & Ethnicity Data* | Authenticity; reliability |

**Defendants' Exhibits Subject to Plaintiffs Objections**

| Exhibit Number | Description | Objection |
|---|---|---|
| None | | |

## 6.  **Additional Stipulations**

None at this time.

Respectfully submitted this 23rd day of December, 2021.

*/s/ Abha Khanna*
Abha Khanna*
**Elias Law Group LLP**
1700 Seventh Ave, Suite 2100
Seattle, WA 98101
Phone: (206) 656-0177
Email: AKhanna@elias.law

Lalitha D. Madduri*
Daniel C. Osher*
Joseph N. Posimato*
Olivia N. Sedwick*
**Elias Law Group LLP**
10 G St. NE, Suite 600
Washington, D.C. 20002
Phone: (202) 968-4518
Email: LMadduri@elias.law
Email: DOsher@elias.law
Email: JPosimato@elias.law
Email: OSedwick@elias.law

Richard P. Rouco
(AL Bar. No. 6182-R76R)
**Quinn, Connor, Weaver, Davies & Rouco LLP**
Two North Twentieth
2-20th Street North, Suite 930
Birmingham, AL 35203
Phone: (205) 870-9989
Fax: (205) 803-4143
rrouco@qcwdr.com

*Attorneys for Plaintiffs*
*\*Admitted Pro Hac Vice*

*/s/ James W. Davis*
Edmund G. LaCour Jr.
James W. Davis
A. Reid Harris
Brenton M. Smith
Benjamin M. Seiss
Alexander Barrett Bowdre
Misty Shawn Fairbanks Messick
Thomas Alexander Wilson
**State of Alabama**
**Office of the Attorney General**
501 Washington Avenue
Montgomery, Alabama 36130
(334) 242-7300
(334) 353-8400 (fax)
Edmund.LaCour@AlabamaAG.gov
Jim.Davis@AlabamaAG.gov
Reid.Harris@AlabamaAG.gov
Brenton.Smith@AlabamaAG.gov
Ben.Seiss@AlabamaAG.gov
Barrett.Bowdre@alabamaAG.gov
Misty.Messick@AlabamaAG.gov
thomas.wilson@alabamaAG.gov

*Counsel for Secretary of State Merrill*

*/s/ Dorman Walker*
Dorman Walker
**Balch & Binham LLP**
Post Office Box 78
Montgomery, AL 36101
(334) 834-6500
(334) 269-3115
dwalker@ balch.com

*Counsel for Intervenor-Defendants Chris Pringle and Jim McClendon*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 23, 2021, I filed a copy of the foregoing Plaintiffs' Exhibit List with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Abha Khanna*
Abha Khanna
