User:
Plan Name: **AL_Congress_Illustrative_Plan_3**
Plan Type: **Congress**

## Political Subdivison Splits Between Districts

Sunday, December 5, 2021                                                                                                     4:45 PM

Number of subdivisions not split:
County                                                    61
Voting District                                        1,825

Number of subdivisions split into more than one district:
County                                                     6
Voting District                                           12

Number of splits involving no population:
County                                                     0
Voting District                                            2

**Split Counts**

*County*
  Cases where an area is split among 2 Districts: 6
*Voting District*
  Cases where an area is split among 2 Districts: 12

| County | Voting District | District | Population |
|---|---|---|---|
| *Split  Counties:* | | | |
| Calhoun AL | | 3 | 96,574 |
| Calhoun AL | | 4 | 19,867 |
| Etowah AL | | 4 | 77,888 |
| Etowah AL | | 6 | 25,548 |
| Jackson AL | | 4 | 42,524 |
| Jackson AL | | 5 | 10,055 |
| Jefferson AL | | 6 | 171,455 |
| Jefferson AL | | 7 | 503,266 |
| Mobile AL | | 1 | 157,861 |
| Mobile AL | | 2 | 256,948 |
| Tuscaloosa AL | | 4 | 88,824 |
| Tuscaloosa AL | | 7 | 138,212 |
| *Split  VTDs:* | | | |
| Calhoun AL | Piedmont | 3 | 3,796 |
| Calhoun AL | Piedmont | 4 | 1,612 |
| Etowah AL | Egypt Comm. Ctr. | 4 | 805 |
| Etowah AL | Egypt Comm. Ctr. | 6 | 86 |
| Jackson AL | Hollywood City Hall | 4 | 1,582 |
| Jackson AL | Hollywood City Hall | 5 | 326 |
| Jackson AL | Scottsboro Rec Comm Bldg | 4 | 14,770 |
| Jackson AL | Scottsboro Rec Comm Bldg | 5 | 201 |
| Jefferson AL | Clay Comm Ctr | 6 | 4,387 |

## Political Subdivison Splits Between Districts

AL_Congress_Illustrative_Plan

| County | Voting District | District | Population |
|---|---|---|---|
| Jefferson AL | Clay Comm Ctr | 7 | 3,018 |
| Jefferson AL | Fultondale Sr Citizens Bldg | 6 | 0 |
| Jefferson AL | Fultondale Sr Citizens Bldg | 7 | 5,086 |
| Jefferson AL | Gardendale Civic Ctr | 6 | 7,829 |
| Jefferson AL | Gardendale Civic Ctr | 7 | 2,661 |
| Jefferson AL | Horizon Church | 6 | 4,816 |
| Jefferson AL | Horizon Church | 7 | 446 |
| Jefferson AL | Trussville !st Bapt | 6 | 8,360 |
| Jefferson AL | Trussville !st Bapt | 7 | 638 |
| Jefferson AL | Trussville City Hall | 6 | 10,120 |
| Jefferson AL | Trussville City Hall | 7 | 41 |
| Mobile AL | Semmes Comm Ctr | 1 | 2,609 |
| Mobile AL | Semmes Comm Ctr | 2 | 2,630 |
| Tuscaloosa AL | Holt Elem School | 4 | 0 |
| Tuscaloosa AL | Holt Elem School | 7 | 4,930 |

# Population Summary Report

**Alabama U.S. House -- 2020 Census -- Illustrative Plan 4**

| District | Population | Deviation | % Deviation | AP Black | % AP Black | Latino | % Latino | NH White | % NH White |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 717755 | 1 | 0.00% | 134814 | 18.78% | 34261 | 4.77% | 511931 | 71.32% |
| 2 | 717754 | 0 | 0.00% | 374421 | 52.17% | 22527 | 3.14% | 296302 | 41.28% |
| 3 | 717755 | 1 | 0.00% | 189506 | 26.40% | 27133 | 3.78% | 467658 | 65.16% |
| 4 | 717754 | 0 | 0.00% | 53175 | 7.41% | 59282 | 8.26% | 574711 | 80.07% |
| 5 | 717755 | 1 | 0.00% | 140715 | 19.60% | 44392 | 6.18% | 490094 | 68.28% |
| 6 | 717753 | -1 | 0.00% | 98264 | 13.69% | 38258 | 5.33% | 545020 | 75.93% |
| 7 | 717753 | -1 | 0.00% | 373841 | 52.08% | 38194 | 5.32% | 285635 | 39.80% |
| Total | 5024279 | | 0.00% | 1364736 | 27.16% | 264047 | 5.26% | 3171351 | 63.12% |

| District | 18+ Pop | 18+ AP Black | % 18+ AP Black | 18+ Latino | % 18+ Latino | 18+ NH White | % 18+ NH White |
|---|---|---|---|---|---|---|---|
| 1 | 557046 | 95952 | 17.23% | 21905 | 3.93% | 411464 | 73.87% |
| 2 | 561374 | 281106 | 50.07% | 14718 | 2.62% | 246580 | 43.92% |
| 3 | 564004 | 141564 | 25.10% | 17569 | 3.12% | 378979 | 67.19% |
| 4 | 556215 | 37427 | 6.73% | 34778 | 6.25% | 460255 | 82.75% |
| 5 | 561685 | 104788 | 18.66% | 27939 | 4.97% | 396723 | 70.63% |
| 6 | 554035 | 71633 | 12.93% | 24494 | 4.42% | 431203 | 77.83% |
| 7 | 562807 | 281902 | 50.09% | 25453 | 4.52% | 239340 | 42.53% |
| Total | 3917166 | 1014372 | 25.90% | 166856 | 4.26% | 2564544 | 65.47% |

| District | % NH Single-Race Black CVAP* | % Latino CVAP | % SR NH White CVAP |
|---|---|---|---|
| 1 | 17.78% | 2.52% | 77.10% |
| 2 | 50.80% | 1.34% | 45.76% |
| 3 | 25.16% | 1.85% | 71.12% |
| 4 | 6.76% | 2.46% | 88.63% |
| 5 | 18.64% | 2.46% | 75.43% |
| 6 | 12.56% | 1.80% | 83.63% |
| 7 | 52.13% | 1.28% | 45.10% |

Note: Citizen Voting Age Population (CVAP) percentages are disaggregated from block-group level ACS estimates (with a survey midpoint of July 2017)

Source for CVAP disaggregation: Redistricting Data Hub
https://redistrictingdatahub.org/dataset/alabama-cvap-data-disaggregated-to-the-2020-block-level-2019/



Illustrative Plan 4
Alabama U.S. House

Caster Plaintiffs' Exhibit 33, Page 1



Illustrative Plan 4 — Alabama U.S. House

Caster Plaintiffs' Exhibit 34, Page 1



Illustrative Plan 4 — Alabama U.S. House

Caster Plaintiffs' Exhibit 35, Page 1

User:
Plan Name: **AL_Congress_Illustrative_Plan_4**
Plan Type: **Congress**

## Political Subdivison Splits Between Districts

Sunday, December 5, 2021                                                                                                   4:15 PM

Number of subdivisions not split:
County                               61
Voting District                    1,824

Number of subdivisions split into more than one district:
County                                6
Voting District                      13

Number of splits involving no population:
County                                0
Voting District                       1

**Split Counts**

*County*
  Cases where an area is split among 2 Districts: 6
*Voting District*
  Cases where an area is split among 2 Districts: 13

| County | Voting District | District | Population |
|---|---|---|---|
| *Split Counties:* | | | |
| Blount AL | | 4 | 47,441 |
| Blount AL | | 6 | 11,693 |
| Etowah AL | | 3 | 4,670 |
| Etowah AL | | 4 | 98,766 |
| Jackson AL | | 4 | 42,524 |
| Jackson AL | | 5 | 10,055 |
| Jefferson AL | | 6 | 265,821 |
| Jefferson AL | | 7 | 408,900 |
| Mobile AL | | 1 | 157,863 |
| Mobile AL | | 2 | 256,946 |
| Montgomery AL | | 2 | 198,560 |
| Montgomery AL | | 3 | 30,394 |
| *Split VTDs:* | | | |
| Blount AL | Dallas/Selfville | 4 | 666 |
| Blount AL | Dallas/Selfville | 6 | 2,633 |
| Blount AL | Oneonta | 4 | 6,769 |
| Blount AL | Oneonta | 6 | 28 |
| Etowah AL | Hokes Bluff Comm. Ctr. | 3 | 3,277 |
| Etowah AL | Hokes Bluff Comm. Ctr. | 4 | 4,079 |
| Jackson AL | Hollywood City Hall | 4 | 1,552 |
| Jackson AL | Hollywood City Hall | 5 | 356 |
| Jackson AL | Scottsboro Rec Comm Bldg | 4 | 14,800 |

Maptitude For Redistricting                                                                                    Page 1 of 2

**Caster Plaintiffs' Exhibit 36, Page 1**

**Political Subdivison Splits Between Districts**  AL_Congress_Illustrative_Plan

| County | Voting District | District | Population |
|---|---|---|---|
| Jackson AL | Scottsboro Rec Comm Bldg | 5 | 171 |
| Jefferson AL | Fultondale Sr Citizens Bldg | 6 | 0 |
| Jefferson AL | Fultondale Sr Citizens Bldg | 7 | 5,086 |
| Jefferson AL | Homewood Excpt Foundation | 6 | 3,352 |
| Jefferson AL | Homewood Excpt Foundation | 7 | 456 |
| Jefferson AL | Minor FD | 6 | 3,421 |
| Jefferson AL | Minor FD | 7 | 2,128 |
| Jefferson AL | Trussville !st Bapt | 6 | 6,748 |
| Jefferson AL | Trussville !st Bapt | 7 | 2,250 |
| Jefferson AL | Trussville City Hall | 6 | 9,367 |
| Jefferson AL | Trussville City Hall | 7 | 794 |
| Mobile AL | Semmes Comm Ctr | 1 | 2,608 |
| Mobile AL | Semmes Comm Ctr | 2 | 2,631 |
| Mobile AL | Semmes First Bapt Ch | 1 | 3 |
| Mobile AL | Semmes First Bapt Ch | 2 | 8,568 |
| Montgomery AL | Woodland UM Church | 2 | 3,168 |
| Montgomery AL | Woodland UM Church | 3 | 3,991 |

# Population Summary Report

**Alabama U.S. House -- 2020 Census -- Illustrative Plan 5**

| District | Population | Deviation | % Deviation | AP Black | % AP Black | Latino | % Latino | NH White | % NH White |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 717755 | 1 | 0.00% | 134338 | 18.72% | 31467 | 4.38% | 514622 | 71.70% |
| 2 | 717753 | -1 | 0.00% | 374068 | 52.12% | 24624 | 3.43% | 291792 | 40.65% |
| 3 | 717753 | -1 | 0.00% | 184789 | 25.75% | 32371 | 4.51% | 469547 | 65.42% |
| 4 | 717755 | 1 | 0.00% | 47972 | 6.68% | 58915 | 8.21% | 580984 | 80.94% |
| 5 | 717755 | 1 | 0.00% | 140711 | 19.60% | 44392 | 6.18% | 490094 | 68.28% |
| 6 | 717755 | 1 | 0.00% | 107484 | 14.98% | 33464 | 4.66% | 543873 | 75.77% |
| 7 | 717753 | -1 | 0.00% | 375374 | 52.30% | 38814 | 5.41% | 280439 | 39.07% |
| **Total** | **5024279** | | **0.00%** | **1364736** | **27.16%** | **264047** | **5.26%** | **3171351** | **63.12%** |

| District | 18+ Pop | 18+ SR Black | % 18+ SR Black | 18+ AP Black | % 18+ AP Black | 18+ Latino | % 18+ Latino | 18+ NH White | % 18+ NH White |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 559475 | 91431 | 16.34% | 95759 | 17.12% | 20441 | 3.65% | 415036 | 74.18% |
| 2 | 557367 | 273740 | 49.11% | 280044 | 50.24% | 15822 | 2.84% | 240759 | 43.20% |
| 3 | 561513 | 133176 | 23.72% | 137702 | 24.52% | 20723 | 3.69% | 378950 | 67.49% |
| 4 | 555656 | 31359 | 5.64% | 33887 | 6.10% | 34822 | 6.27% | 463965 | 83.50% |
| 5 | 561688 | 99106 | 17.64% | 104784 | 18.66% | 27939 | 4.97% | 396725 | 70.63% |
| 6 | 555380 | 75063 | 13.52% | 78632 | 14.16% | 21109 | 3.80% | 431220 | 77.64% |
| 7 | 566087 | 277848 | 49.08% | 283564 | 50.09% | 26000 | 4.59% | 237889 | 42.02% |
| **Total** | **3917166** | **981723** | **25.06%** | **1014372** | **25.90%** | **166856** | **4.26%** | **2564544** | **65.47%** |

| District | % NH Single-Race Black CVAP* | % Latino CVAP | % SR NH White CVAP |
|---|---|---|---|
| 1 | 17.53% | 2.32% | 77.41% |
| 2 | 51.20% | 1.45% | 45.23% |
| 3 | 24.72% | 2.09% | 71.43% |
| 4 | 6.05% | 2.45% | 89.43% |
| 5 | 18.64% | 2.46% | 75.43% |
| 6 | 14.44% | 1.54% | 82.26% |
| 7 | 51.65% | 1.38% | 45.21% |

Note: Citizen Voting Age Population (CVAP) percentages are disaggregated from block-group level ACS estimates (with a survey midpoint of July 2017)

Source for CVAP disaggregation: Redistricting Data Hub
https://redistrictingdatahub.org/dataset/alabama-cvap-data-disaggregated-to-the-2020-block-level-2019/





Caster Plaintiffs' Exhibit 39, Page 1



**Illustrative Plan 5**
Alabama U.S. House

Caster Plaintiffs' Exhibit 40, Page 1