



Illustrative Plan 7

Alabama U.S. House

Caster Plaintiffs' Exhibit 62, Page 1



User:
Plan Name: **Illustrative Plan 7**
Plan Type: **Congress**

# Political Subdivison Splits Between Districts

| Sunday, December 19, 2021 | 7:44 PM |

Number of subdivisions not split:
County                                                62
Voting District                                    1,804

Number of subdivisions split into more than one district:
County                                                 5
Voting District                                       33

Number of splits involving no population:
County                                                 0
Voting District                                        5

**Split Counts**

*County*
  Cases where an area is split among 2 Districts: 5
*Voting District*
  Cases where an area is split among 2 Districts: 33

| County | Voting District | District | Population |
|---|---|---|---|
| *Split Counties:* | | | |
| Etowah AL | | 3 | 83,952 |
| Etowah AL | | 5 | 19,484 |
| Jefferson AL | | 6 | 262,345 |
| Jefferson AL | | 7 | 412,376 |
| Limestone AL | | 4 | 40,222 |
| Limestone AL | | 5 | 63,348 |
| Mobile AL | | 1 | 157,861 |
| Mobile AL | | 2 | 256,948 |
| Tuscaloosa AL | | 4 | 101,753 |
| Tuscaloosa AL | | 7 | 125,283 |
| *Split VTDs:* | | | |
| Etowah AL | Lookout Mtn. Comm. Ctr. | 3 | 2,337 |
| Etowah AL | Lookout Mtn. Comm. Ctr. | 5 | 626 |
| Jefferson AL | Bluff Pk UM Church | 6 | 5,846 |
| Jefferson AL | Bluff Pk UM Church | 7 | 0 |
| Jefferson AL | Church at Grants Mill | 6 | 906 |
| Jefferson AL | Church at Grants Mill | 7 | 2,256 |
| Jefferson AL | Fultondale Sr Citizens Bldg | 6 | 0 |
| Jefferson AL | Fultondale Sr Citizens Bldg | 7 | 5,086 |
| Jefferson AL | Guiding Light Church | 6 | 342 |
| Jefferson AL | Guiding Light Church | 7 | 1,924 |
| Jefferson AL | Irondale City Hall | 6 | 0 |

Caster Plaintiffs' Exhibit 64, Page 1

## Political Subdivison Splits Between Districts  al_dec19_2pm

| County | Voting District | District | Population |
|---|---|---|---|
| Jefferson AL | Irondale City Hall | 7 | 1,385 |
| Jefferson AL | Maurice West Comm Ctr | 6 | 1,247 |
| Jefferson AL | Maurice West Comm Ctr | 7 | 841 |
| Limestone AL | Athens Rec/Sr Ctr/Linsay/Friendship/Elkton | 4 | 3,340 |
| Limestone AL | Athens Rec/Sr Ctr/Linsay/Friendship/Elkton | 5 | 25,413 |
| Limestone AL | Isom's/Copeland/Bethel/Capshaw | 4 | 2,055 |
| Limestone AL | Isom's/Copeland/Bethel/Capshaw | 5 | 23,261 |
| Limestone AL | Westside Comm Ctr | 4 | 6,959 |
| Limestone AL | Westside Comm Ctr | 5 | 32 |
| Mobile AL | Chunchula Bapt Ch | 1 | 67 |
| Mobile AL | Chunchula Bapt Ch | 2 | 2,143 |
| Mobile AL | Creekwood Ch of Christ | 1 | 9,827 |
| Mobile AL | Creekwood Ch of Christ | 2 | 455 |
| Mobile AL | Dauphin Island UM Church | 1 | 1,778 |
| Mobile AL | Dauphin Island UM Church | 2 | 0 |
| Mobile AL | Dayspring Bapt Church | 1 | 8,126 |
| Mobile AL | Dayspring Bapt Church | 2 | 668 |
| Mobile AL | Friendship Miss Bapt Church | 1 | 151 |
| Mobile AL | Friendship Miss Bapt Church | 2 | 3,677 |
| Mobile AL | Georgetown Bapt Church | 1 | 1,968 |
| Mobile AL | Georgetown Bapt Church | 2 | 1,362 |
| Mobile AL | Hollingers Island Elem | 1 | 2,426 |
| Mobile AL | Hollingers Island Elem | 2 | 184 |
| Mobile AL | Holy Name of Jesus Church | 1 | 7,746 |
| Mobile AL | Holy Name of Jesus Church | 2 | 164 |
| Mobile AL | Indian Springs Church | 1 | 3,007 |
| Mobile AL | Indian Springs Church | 2 | 5 |
| Mobile AL | Magnolia Springs Church | 1 | 4,756 |
| Mobile AL | Magnolia Springs Church | 2 | 314 |
| Mobile AL | Mt. Ararat Bapt Church | 1 | 1,552 |
| Mobile AL | Mt. Ararat Bapt Church | 2 | 1,154 |
| Mobile AL | Seven Hills Church | 1 | 8,595 |
| Mobile AL | Seven Hills Church | 2 | 7 |
| Mobile AL | Sonrise Bapt Church | 1 | 3,072 |
| Mobile AL | Sonrise Bapt Church | 2 | 0 |
| Mobile AL | Tillmans Corner Comm | 1 | 6,990 |

Caster Plaintiffs' Exhibit 64, Page 2

# Political Subdivison Splits Between Districts

<span style="color: blue">al_dec19_2pm</span>

| County | Voting District | District | Population |
|---|---|---|---|
| Mobile AL | Tillmans Corner Comm | 2 | 120 |
| Tuscaloosa AL | Church of Highlands | 4 | 7,277 |
| Tuscaloosa AL | Church of Highlands | 7 | 617 |
| Tuscaloosa AL | Coaling Town Hall | 4 | 849 |
| Tuscaloosa AL | Coaling Town Hall | 7 | 3,173 |
| Tuscaloosa AL | Cornerstone Church | 4 | 4 |
| Tuscaloosa AL | Cornerstone Church | 7 | 4,801 |
| Tuscaloosa AL | Cottondale Comm Church | 4 | 2,571 |
| Tuscaloosa AL | Cottondale Comm Church | 7 | 871 |
| Tuscaloosa AL | Flatwoods Church | 4 | 2,590 |
| Tuscaloosa AL | Flatwoods Church | 7 | 3,094 |
| Tuscaloosa AL | Northport City Hall | 4 | 6,352 |
| Tuscaloosa AL | Northport City Hall | 7 | 571 |
| Tuscaloosa AL | Tuscaloosa Courthouse | 4 | 5,021 |
| Tuscaloosa AL | Tuscaloosa Courthouse | 7 | 1,537 |
| Tuscaloosa AL | UA Rec Ctr | 4 | 14,047 |
| Tuscaloosa AL | UA Rec Ctr | 7 | 350 |
| Tuscaloosa AL | Vance Town Hall | 4 | 467 |
| Tuscaloosa AL | Vance Town Hall | 7 | 3,305 |

User:
Plan Name: **AL_Illustrative_1**
Plan Type: **Congress**

# Measures of Compactness Report

Monday, December 20, 2021                                                                                                              12:43 PM

|            | Reock | Polsby-Popper | Area/Convex Hull | Schwartzberg |
|------------|-------|---------------|------------------|--------------|
|            |       |               |                  | 2.22         |
| Mean       | 0.34  | 0.18          | 0.66             |              |
| Min        | 0.21  | 0.13          | 0.56             | 1.65         |
| Max        | 0.47  | 0.33          | 0.85             | 2.43         |
| Std. Dev.  | 0.08  | 0.07          | 0.10             | 0.29         |
| Sum        |       |               |                  |              |

|          | Higher Number is Better | | | Lower Number is Better |
|----------|-------|---------------|------------------|--------------|
| District | Reock | Polsby-Popper | Area/Convex Hull | Schwartzberg |
| 1 | 0.21 | 0.15 | 0.56 | 2.36 |
| 2 | 0.33 | 0.14 | 0.61 | 2.40 |
| 3 | 0.37 | 0.14 | 0.57 | 2.39 |
| 4 | 0.28 | 0.21 | 0.69 | 2.02 |
| 5 | 0.33 | 0.33 | 0.85 | 1.65 |
| 6 | 0.47 | 0.16 | 0.73 | 2.32 |
| 7 | 0.37 | 0.13 | 0.64 | 2.43 |

**Maptitude** For Redistricting

Page 1 of 2

**Caster Plaintiffs' Exhibit 65, Page 1**

# Measures of Compactness Report

AL_Illustrative_1

Measures of Compactness Summary

**Reock**             The measure is always between 0 and 1, with 1 being the most compact.
**Polsby-Popper**     The measure is always between 0 and 1, with 1 being the most compact.
**Area / Convex Hull** The measure is always between 0 and 1, with 1 being the most compact.
**Schwartzberg**      The measure is usually greater than or equal to 1, with 1 being the most compact.

User:
Plan Name: **AL_Illustrative_2**
Plan Type: **Congress**

# Measures of Compactness Report

Monday, December 20, 2021 — 12:47 PM

|  | Reock | Polsby-Popper | Area/Convex Hull | Schwartzberg |
|---|---|---|---|---|
| Mean | 0.34 | 0.18 | 0.65 | 2.27 |
| Min | 0.21 | 0.12 | 0.56 | 1.65 |
| Max | 0.52 | 0.33 | 0.85 | 2.65 |
| Std. Dev. | 0.10 | 0.07 | 0.11 | 0.34 |
| Sum |  |  |  |  |

|  | Higher Number is Better ||| Lower Number is Better |
|---|---|---|---|---|
| District | Reock | Polsby-Popper | Area/Convex Hull | Schwartzberg |
| 1 | 0.21 | 0.14 | 0.56 | 2.43 |
| 2 | 0.31 | 0.12 | 0.56 | 2.65 |
| 3 | 0.34 | 0.14 | 0.56 | 2.41 |
| 4 | 0.28 | 0.21 | 0.69 | 2.02 |
| 5 | 0.33 | 0.33 | 0.85 | 1.65 |
| 6 | 0.52 | 0.17 | 0.73 | 2.24 |
| 7 | 0.40 | 0.13 | 0.61 | 2.47 |

**Maptitude** For Redistricting

Page 1 of 2

**Caster Plaintiffs' Exhibit 66, Page 1**

# Measures of Compactness Report

AL_Illustrative_2

## Measures of Compactness Summary

**Reock**           The measure is always between 0 and 1, with 1 being the most compact.
**Polsby-Popper**   The measure is always between 0 and 1, with 1 being the most compact.
**Area / Convex Hull**  The measure is always between 0 and 1, with 1 being the most compact.
**Schwartzberg**    The measure is usually greater than or equal to 1, with 1 being the most compact.

**Caster Plaintiffs' Exhibit 66, Page 2**

User:
Plan Name: **AL_Illustrative_3**
Plan Type: **Congress**

# Measures of Compactness Report

Monday, December 20, 2021                                                                                                                                             12:49 PM

|           | Reock | Polsby-Popper | Area/Convex Hull | Schwartzberg |
|-----------|-------|---------------|------------------|--------------|
| Mean      | 0.34  | 0.18          | 0.68             | 2.19         |
| Min       | 0.20  | 0.12          | 0.58             | 1.65         |
| Max       | 0.47  | 0.33          | 0.85             | 2.57         |
| Std. Dev. | 0.09  | 0.07          | 0.10             | 0.32         |
| Sum       |       |               |                  |              |

| | Higher Number is Better | | | Lower Number is Better |
|---|---|---|---|---|
| District | Reock | Polsby-Popper | Area/Convex Hull | Schwartzberg |
| 1 | 0.20 | 0.16 | 0.58 | 2.22 |
| 2 | 0.39 | 0.22 | 0.74 | 1.90 |
| 3 | 0.41 | 0.16 | 0.65 | 2.22 |
| 4 | 0.31 | 0.12 | 0.58 | 2.57 |
| 5 | 0.33 | 0.33 | 0.85 | 1.65 |
| 6 | 0.47 | 0.13 | 0.72 | 2.46 |
| 7 | 0.30 | 0.15 | 0.66 | 2.34 |

# Measures of Compactness Report

AL_Illustrative_3

Measures of Compactness Summary

**Reock**      The measure is always between 0 and 1, with 1 being the most compact.
**Polsby-Popper**      The measure is always between 0 and 1, with 1 being the most compact.
**Area / Convex Hull**      The measure is always between 0 and 1, with 1 being the most compact.
**Schwartzberg**      The measure is usually greater than or equal to 1, with 1 being the most compact.

User:
Plan Name: **AL_Illustrative_4**
Plan Type: **Congress**

# Measures of Compactness Report

Monday, December 20, 2021                                                                                       12:51 PM

|            | Reock | Polsby-Popper | Area/Convex Hull | Schwartzberg |
|------------|-------|---------------|------------------|--------------|
|            |       |               |                  | 2.00         |
| Mean       | 0.33  | 0.22          | 0.72             |              |
| Min        | 0.20  | 0.13          | 0.58             | 1.65         |
| Max        | 0.41  | 0.34          | 0.85             | 2.40         |
| Std. Dev.  | 0.07  | 0.07          | 0.09             | 0.25         |
| Sum        |       |               |                  |              |

|          | Higher Number is Better ||| Lower Number is Better |
|----------|-------|---------------|------------------|--------------|
| District | Reock | Polsby-Popper | Area/Convex Hull | Schwartzberg |
| 1        | 0.20  | 0.16          | 0.58             | 2.22         |
| 2        | 0.36  | 0.18          | 0.70             | 2.07         |
| 3        | 0.33  | 0.24          | 0.79             | 1.84         |
| 4        | 0.30  | 0.22          | 0.72             | 1.97         |
| 5        | 0.33  | 0.34          | 0.85             | 1.65         |
| 6        | 0.35  | 0.13          | 0.65             | 2.40         |
| 7        | 0.41  | 0.24          | 0.78             | 1.88         |

# Measures of Compactness Report

AL_Illustrative_4

Measures of Compactness Summary

**Reock**               The measure is always between 0 and 1, with 1 being the most compact.
**Polsby-Popper**       The measure is always between 0 and 1, with 1 being the most compact.
**Area / Convex Hull**  The measure is always between 0 and 1, with 1 being the most compact.
**Schwartzberg**        The measure is usually greater than or equal to 1, with 1 being the most compact.

User:
Plan Name: **AL_Illustrative_5**
Plan Type: **Congress**

# Measures of Compactness Report

Monday, December 20, 2021     12:53 PM

|  | Reock | Polsby-Popper | Area/Convex Hull | Schwartzberg |
|---|---|---|---|---|
| Mean | 0.29 | 0.18 | 0.67 | 2.20 |
| Min | 0.19 | 0.11 | 0.53 | 1.65 |
| Max | 0.39 | 0.33 | 0.85 | 2.58 |
| Std. Dev. | 0.07 | 0.07 | 0.10 | 0.36 |
| Sum | | | | |

|  | Higher Number is Better ||| Lower Number is Better |
|---|---|---|---|---|
| District | Reock | Polsby-Popper | Area/Convex Hull | Schwartzberg |
| 1 | 0.19 | 0.13 | 0.53 | 2.54 |
| 2 | 0.39 | 0.19 | 0.70 | 1.98 |
| 3 | 0.33 | 0.18 | 0.62 | 2.08 |
| 4 | 0.29 | 0.20 | 0.68 | 2.04 |
| 5 | 0.33 | 0.33 | 0.85 | 1.65 |
| 6 | 0.30 | 0.13 | 0.66 | 2.54 |
| 7 | 0.23 | 0.11 | 0.65 | 2.58 |

**Caster Plaintiffs' Exhibit 69, Page 1**

# Measures of Compactness Report

AL_Illustrative_5

Measures of Compactness Summary

**Reock**             The measure is always between 0 and 1, with 1 being the most compact.
**Polsby-Popper**     The measure is always between 0 and 1, with 1 being the most compact.
**Area / Convex Hull** The measure is always between 0 and 1, with 1 being the most compact.
**Schwartzberg**      The measure is usually greater than or equal to 1, with 1 being the most compact.

**Caster Plaintiffs' Exhibit 69, Page 2**

User:
Plan Name: **AL_Illustrative_6**
Plan Type: **Congress**

# Measures of Compactness Report

Monday, December 20, 2021                                                                                                                         12:55 PM

|           | Reock | Polsby-Popper | Area/Convex Hull | Schwartzberg |
|-----------|-------|---------------|------------------|--------------|
|           |       |               |                  | 2.40         |
| Mean      | 0.31  | 0.16          | 0.64             |              |
| Min       | 0.24  | 0.10          | 0.51             | 1.65         |
| Max       | 0.35  | 0.34          | 0.85             | 2.86         |
| Std. Dev. | 0.04  | 0.08          | 0.11             | 0.42         |
| Sum       |       |               |                  |              |

|          | Higher Number is Better ||| Lower Number is Better |
|----------|-------|---------------|------------------|--------------|
| District | Reock | Polsby-Popper | Area/Convex Hull | Schwartzberg |
| 1        | 0.24  | 0.12          | 0.51             | 2.59         |
| 2        | 0.29  | 0.11          | 0.57             | 2.66         |
| 3        | 0.35  | 0.16          | 0.63             | 2.29         |
| 4        | 0.30  | 0.18          | 0.70             | 2.09         |
| 5        | 0.33  | 0.34          | 0.85             | 1.65         |
| 6        | 0.29  | 0.10          | 0.65             | 2.86         |
| 7        | 0.34  | 0.11          | 0.56             | 2.64         |

# Measures of Compactness Report

Measures of Compactness Summary

| | |
|---|---|
| **Reock** | The measure is always between 0 and 1, with 1 being the most compact. |
| **Polsby-Popper** | The measure is always between 0 and 1, with 1 being the most compact. |
| **Area / Convex Hull** | The measure is always between 0 and 1, with 1 being the most compact. |
| **Schwartzberg** | The measure is usually greater than or equal to 1, with 1 being the most compact. |