FILED
2021 Dec-23  PM 04:44
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Population Summary Report

### Alabama  U.S. House  -- 2020 Census -- 2011 Plan

| District | Population | Deviation | % Deviation | AP Black | % AP Black | Latino | % Latino | NH White | % NH White |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 726276 | 8522 | 1.19% | 199586 | 27.48% | 27287 | 3.76% | 460759 | 63.44% |
| 2 | 693466 | -24288 | -3.38% | 224221 | 32.33% | 31622 | 4.56% | 410733 | 59.23% |
| 3 | 735132 | 17378 | 2.42% | 198228 | 26.96% | 27594 | 3.75% | 474834 | 64.59% |
| 4 | 702982 | -14772 | -2.06% | 54662 | 7.78% | 53410 | 7.60% | 564825 | 80.35% |
| 5 | 761102 | 43348 | 6.04% | 144648 | 19.01% | 49310 | 6.48% | 522888 | 68.70% |
| 6 | 740710 | 22956 | 3.20% | 128681 | 17.37% | 46158 | 6.23% | 530162 | 71.57% |
| 7 | 664611 | -53143 | -7.40% | 414710 | 62.40% | 28666 | 4.31% | 207150 | 31.17% |
| **Total** | **5024279** | | **13.44%** | **1364736** | **27.16%** | **264047** | **5.26%** | **3171351** | **63.12%** |

| District | 18+ Pop | 18+ AP Black | % 18+ AP Black | 18+ Latino | % 18+ Latino | 18+ NH White | % 18+ NH White |
|---|---|---|---|---|---|---|---|
| 1 | 564302 | 144863 | 25.67% | 18071 | 3.20% | 372441 | 66.00% |
| 2 | 539812 | 165202 | 30.60% | 19863 | 3.68% | 333998 | 61.87% |
| 3 | 576455 | 148910 | 25.83% | 17837 | 3.09% | 383055 | 66.45% |
| 4 | 543423 | 39038 | 7.18% | 31126 | 5.73% | 450179 | 82.84% |
| 5 | 595873 | 107050 | 17.97% | 30902 | 5.19% | 424200 | 71.19% |
| 6 | 572838 | 93787 | 16.37% | 29214 | 5.10% | 423204 | 73.88% |
| 7 | 524463 | 315522 | 60.16% | 19843 | 3.78% | 177467 | 33.84% |
| **Total** | **3917166** | **1014372** | **25.90%** | **166856** | **4.26%** | **2564544** | **65.47%** |

| District | % NH Single-Race Black CVAP* | % Latino CVAP | % SR NH White CVAP |
|---|---|---|---|
| 1 | 26.65% | 2.04% | 68.27% |
| 2 | 31.15% | 2.04% | 64.85% |
| 3 | 25.74% | 1.79% | 70.59% |
| 4 | 7.19% | 2.21% | 88.34% |
| 5 | 17.93% | 2.45% | 76.32% |
| 6 | 15.79% | 1.91% | 80.26% |
| 7 | 62.81% | 1.19% | 34.92% |

Note: Citizen Voting Age Population (CVAP)  percentages are disaggregated from block-group level ACS estimates (with a survey midpoint of July 2017)

Source for CVAP disaggregation: Redistricting Data Hub

https://redistrictingdatahub.org/dataset/alabama-cvap-data-disaggregated-to-the-block-level-2019/

Caster Plaintiffs' Exhibit 11, Page 1

## 2011 Congressional Districts



Caster Plaintiffs' Exhibit 12, Page 1



Pringle Congressional Plan 1

©2021 CALIPER

Caster Plaintiffs' Exhibit 13, Page 1

User:
Plan Name: **Enacted Congress 2011 Plan**
Plan Type: **Congress**

## Political Subdivison Splits Between Districts

Sunday, December 5, 2021                                                                                           4:52 PM

Number of subdivisions not split:
County                                            60
Voting District                              1,757

Number of subdivisions split into more than one district:
County                                             7
Voting District                               80

Number of splits involving no population:
County                                             0
Voting District                               33

### Split Counts

*County*
   Cases where an area is split among 2 Districts: 6
   Cases where an area is split among 3 Districts: 1
*Voting District*
   Cases where an area is split among 2 Districts: 80

| County | Voting District | District | Population |
|--------|-----------------|----------|-----------|
| *Split  Counties:* | | | |
| Blount AL | | 4 | 5,012 |
| Blount AL | | 6 | 54,122 |
| Cherokee AL | | 3 | 23,274 |
| Cherokee AL | | 4 | 1,697 |
| Clarke AL | | 1 | 7,783 |
| Clarke AL | | 7 | 15,304 |
| Jackson AL | | 4 | 185 |
| Jackson AL | | 5 | 52,394 |
| Jefferson AL | | 6 | 385,870 |
| Jefferson AL | | 7 | 288,851 |
| Montgomery AL | | 2 | 142,885 |
| Montgomery AL | | 3 | 41,867 |
| Montgomery AL | | 7 | 44,202 |
| Tuscaloosa AL | | 4 | 64,637 |
| Tuscaloosa AL | | 7 | 162,399 |
| *Split  VTDs:* | | | |
| Blount AL | Brooksville | 4 | 293 |
| Blount AL | Brooksville | 6 | 782 |
| Blount AL | Rock Springs | 4 | 384 |
| Blount AL | Rock Springs | 6 | 895 |
| Blount AL | Snead Comm Ctr | 4 | 2,429 |
| Blount AL | Snead Comm Ctr | 6 | 452 |
| Blount AL | Susan Moore | 4 | 583 |

**Caster Plaintiffs' Exhibit 14, Page 1**

## Political Subdivison Splits Between Districts

Enacted Congress B-V-C

| County | Voting District | District | Population |
|--------|-----------------|----------|-----------|
| Blount AL | Susan Moore | 6 | 1,488 |
| Cherokee AL | Broomtown VFD | 3 | 9 |
| Cherokee AL | Broomtown VFD | 4 | 684 |
| Cherokee AL | Gaylesville City Hall | 3 | 799 |
| Cherokee AL | Gaylesville City Hall | 4 | 82 |
| Cherokee AL | Unity Bapt Church | 3 | 643 |
| Cherokee AL | Unity Bapt Church | 4 | 73 |
| Cherokee AL | Valley Church | 3 | 270 |
| Cherokee AL | Valley Church | 4 | 106 |
| Clarke AL | Fulton City Hall | 1 | 0 |
| Clarke AL | Fulton City Hall | 7 | 883 |
| Clarke AL | Grove Hill | 1 | 3,252 |
| Clarke AL | Grove Hill | 7 | 0 |
| Clarke AL | Jackson City Hall | 1 | 303 |
| Clarke AL | Jackson City Hall | 7 | 2,166 |
| Clarke AL | Salitpa FD | 1 | 273 |
| Clarke AL | Salitpa FD | 7 | 0 |
| Clarke AL | Whatley | 1 | 0 |
| Clarke AL | Whatley | 7 | 997 |
| Jackson AL | Langston City Hall | 4 | 8 |
| Jackson AL | Langston City Hall | 5 | 295 |
| Jackson AL | Macedonia School | 4 | 147 |
| Jackson AL | Macedonia School | 5 | 1,254 |
| Jackson AL | New Hope Church | 4 | 30 |
| Jackson AL | New Hope Church | 5 | 438 |
| Jefferson AL | Adamsville Church of God | 6 | 2,251 |
| Jefferson AL | Adamsville Church of God | 7 | 1,020 |
| Jefferson AL | Avondale Public Library | 6 | 2,666 |
| Jefferson AL | Avondale Public Library | 7 | 612 |
| Jefferson AL | Bessemer Civic Ctr | 6 | 0 |
| Jefferson AL | Bessemer Civic Ctr | 7 | 8,626 |
| Jefferson AL | Bessemer FD #5 | 6 | 1,823 |
| Jefferson AL | Bessemer FD #5 | 7 | 0 |
| Jefferson AL | Birmingham Botanical Gardens | 6 | 1,114 |
| Jefferson AL | Birmingham Botanical Gardens | 7 | 210 |
| Jefferson AL | Brooklane Comm Church | 6 | 5,343 |
| Jefferson AL | Brooklane Comm Church | 7 | 0 |
| Jefferson AL | Center Pt 1st Bapt | 6 | 1,298 |
| Jefferson AL | Center Pt 1st Bapt | 7 | 8,458 |
| Jefferson AL | Crestwood Ed Ctr | 6 | 4,391 |
| Jefferson AL | Crestwood Ed Ctr | 7 | 0 |
| Jefferson AL | Dolomite W Field Comm Ctr | 6 | 70 |
| Jefferson AL | Dolomite W Field Comm Ctr | 7 | 1,852 |
| Jefferson AL | Don Hawkins Pk & Rec | 6 | 104 |

Caster Plaintiffs' Exhibit 14, Page 2

## Political Subdivison Splits Between Districts

| County | Voting District | District | Population |
|--------|-----------------|----------|-----------|
| Jefferson AL | Don Hawkins Pk & Rec | 7 | 3,909 |
| Jefferson AL | Dunbar-Abrams Comm Ctr | 6 | 0 |
| Jefferson AL | Dunbar-Abrams Comm Ctr | 7 | 1,973 |
| Jefferson AL | East Pinson Valley Ctr | 6 | 4,584 |
| Jefferson AL | East Pinson Valley Ctr | 7 | 3,251 |
| Jefferson AL | Edgewood Elem Sch | 6 | 4,827 |
| Jefferson AL | Edgewood Elem Sch | 7 | 17 |
| Jefferson AL | Faith Chapel Christian Ctr | 6 | 0 |
| Jefferson AL | Faith Chapel Christian Ctr | 7 | 2,936 |
| Jefferson AL | Hillview FD #1 | 6 | 0 |
| Jefferson AL | Hillview FD #1 | 7 | 2,671 |
| Jefferson AL | Homewood Excpt Foundation | 6 | 460 |
| Jefferson AL | Homewood Excpt Foundation | 7 | 3,348 |
| Jefferson AL | Homewood Sr Ctr | 6 | 0 |
| Jefferson AL | Homewood Sr Ctr | 7 | 6,757 |
| Jefferson AL | Hooper City Rec Ctr | 6 | 10 |
| Jefferson AL | Hooper City Rec Ctr | 7 | 1,828 |
| Jefferson AL | Hoover Met Stadium | 6 | 0 |
| Jefferson AL | Hoover Met Stadium | 7 | 948 |
| Jefferson AL | Irondale City Hall | 6 | 1,380 |
| Jefferson AL | Irondale City Hall | 7 | 5 |
| Jefferson AL | Johns Comm Ctr | 6 | 1,347 |
| Jefferson AL | Johns Comm Ctr | 7 | 0 |
| Jefferson AL | Minor FD | 6 | 4,591 |
| Jefferson AL | Minor FD | 7 | 958 |
| Jefferson AL | Morgan Rd UM Church | 6 | 6,690 |
| Jefferson AL | Morgan Rd UM Church | 7 | 4 |
| Jefferson AL | Mountain View Bapt | 6 | 5,322 |
| Jefferson AL | Mountain View Bapt | 7 | 0 |
| Jefferson AL | New Rising Star Church | 6 | 0 |
| Jefferson AL | New Rising Star Church | 7 | 2,658 |
| Jefferson AL | Our Lady of Lourdes Church | 6 | 5,176 |
| Jefferson AL | Our Lady of Lourdes Church | 7 | 5,386 |
| Jefferson AL | Oxmoor Valley Comm Ctr | 6 | 2,240 |
| Jefferson AL | Oxmoor Valley Comm Ctr | 7 | 3,440 |
| Jefferson AL | Pleasant Grove Church | 6 | 9,046 |
| Jefferson AL | Pleasant Grove Church | 7 | 6 |
| Jefferson AL | Pleasant Hill UM Church | 6 | 0 |
| Jefferson AL | Pleasant Hill UM Church | 7 | 13,971 |
| Jefferson AL | Pleasant Rdg Family Life | 6 | 8,841 |
| Jefferson AL | Pleasant Rdg Family Life | 7 | 15 |

Caster Plaintiffs' Exhibit 14, Page 3

## Political Subdivison Splits Between Districts

| County | Voting District | District | Population |
|---|---|---|---|
| Jefferson AL | Prince of Peace Cath Church | 6 | 9,144 |
| Jefferson AL | Prince of Peace Cath Church | 7 | 0 |
| Jefferson AL | Sun Valley Elem Sch | 6 | 1,580 |
| Jefferson AL | Sun Valley Elem Sch | 7 | 3,744 |
| Jefferson AL | Tarrant City Hall | 6 | 1,725 |
| Jefferson AL | Tarrant City Hall | 7 | 5,103 |
| Jefferson AL | Tom Bradford Pk | 6 | 1,684 |
| Jefferson AL | Tom Bradford Pk | 7 | 6,245 |
| Jefferson AL | Valley Creek Bapt Church | 6 | 3,337 |
| Jefferson AL | Valley Creek Bapt Church | 7 | 0 |
| Jefferson AL | Willow Wood Rec Ctr | 6 | 17 |
| Jefferson AL | Willow Wood Rec Ctr | 7 | 2,264 |
| Montgomery AL | Al State Univ / Academe | 2 | 2,464 |
| Montgomery AL | Al State Univ / Academe | 7 | 3,085 |
| Montgomery AL | Aldersgate UM Church | 2 | 9,614 |
| Montgomery AL | Aldersgate UM Church | 7 | 0 |
| Montgomery AL | Beulah Baptist Church | 2 | 66 |
| Montgomery AL | Beulah Baptist Church | 7 | 5,565 |
| Montgomery AL | Catoma Elem School | 2 | 1,741 |
| Montgomery AL | Catoma Elem School | 7 | 0 |
| Montgomery AL | Cleveland Ave YMCA | 2 | 1,661 |
| Montgomery AL | Cleveland Ave YMCA | 7 | 2,420 |
| Montgomery AL | Eastdale Bapt Church | 2 | 456 |
| Montgomery AL | Eastdale Bapt Church | 3 | 3,501 |
| Montgomery AL | Fitzpatrick Elem School | 2 | 8,451 |
| Montgomery AL | Fitzpatrick Elem School | 3 | 0 |
| Montgomery AL | Flowers Elem School | 2 | 5,550 |
| Montgomery AL | Flowers Elem School | 7 | 202 |
| Montgomery AL | Frazer UM Church | 2 | 9,982 |
| Montgomery AL | Frazer UM Church | 3 | 4,386 |
| Montgomery AL | Fresh Anointing House of Worship | 2 | 192 |
| Montgomery AL | Fresh Anointing House of Worship | 7 | 9,225 |
| Montgomery AL | Hayneville Rd Comm Ctr | 2 | 3,126 |
| Montgomery AL | Hayneville Rd Comm Ctr | 7 | 1,256 |
| Montgomery AL | Landmark Church of Christ | 2 | 10,123 |
| Montgomery AL | Landmark Church of Christ | 3 | 418 |
| Montgomery AL | McIntyre Comm Ctr | 2 | 475 |
| Montgomery AL | McIntyre Comm Ctr | 7 | 3,346 |
| Montgomery AL | Pintlala VFD | 2 | 2,214 |
| Montgomery AL | Pintlala VFD | 7 | 0 |
| Montgomery AL | Snowdoun Women's Club | 2 | 686 |
| Montgomery AL | Snowdoun Women's Club | 7 | 0 |

Caster Plaintiffs' Exhibit 14, Page 4

## Political Subdivison Splits Between Districts

| County | Voting District | District | Population |
|--------|-----------------|---------|-----------|
| Montgomery AL | Southlawn Elem School | 2 | 27 |
| Montgomery AL | Southlawn Elem School | 7 | 3,699 |
| Montgomery AL | St James Bapt Church | 2 | 648 |
| Montgomery AL | St James Bapt Church | 7 | 1,160 |
| Montgomery AL | Union Chapel AME Church | 2 | 1,595 |
| Montgomery AL | Union Chapel AME Church | 3 | 0 |
| Montgomery AL | Wares Ferry Rd Elem School | 2 | 5,236 |
| Montgomery AL | Wares Ferry Rd Elem School | 3 | 0 |
| Tuscaloosa AL | Church of Highlands | 4 | 7,865 |
| Tuscaloosa AL | Church of Highlands | 7 | 29 |
| Tuscaloosa AL | Coker VFD | 4 | 1,463 |
| Tuscaloosa AL | Coker VFD | 7 | 0 |
| Tuscaloosa AL | Flatwoods Church | 4 | 33 |
| Tuscaloosa AL | Flatwoods Church | 7 | 5,651 |
| Tuscaloosa AL | G G Hardin Comm Ctr | 4 | 3,531 |
| Tuscaloosa AL | G G Hardin Comm Ctr | 7 | 0 |
| Tuscaloosa AL | Holt Elem School | 4 | 0 |
| Tuscaloosa AL | Holt Elem School | 7 | 4,930 |
| Tuscaloosa AL | Mt Olive Church | 4 | 2,924 |
| Tuscaloosa AL | Mt Olive Church | 7 | 0 |
| Tuscaloosa AL | Northport Comm Ctr | 4 | 0 |
| Tuscaloosa AL | Northport Comm Ctr | 7 | 4,781 |
| Tuscaloosa AL | Romulus VFD | 4 | 957 |
| Tuscaloosa AL | Romulus VFD | 7 | 0 |
| Tuscaloosa AL | UA Rec Ctr | 4 | 0 |
| Tuscaloosa AL | UA Rec Ctr | 7 | 14,397 |

# McClendon SBOE Plan 1



User:
Plan Name: **Draft SBOE Plan**
Plan Type:

# Population Summary

Sunday, October 24, 2021                                                                                                          7:22 PM

| District | Population | Deviation | % Devn. | [18+_Pop] | [% 18+_Pop] | [18+_Wht] | [% 18+_Wht] | [18+_Blk] | [% 18+_Blk] |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 606,971 | -21,064 | -3.35% | 473,363 | 77.99% | 354,355 | 74.86% | 76,071 | 16.07% |
| 2 | 619,331 | -8,704 | -1.39% | 484,209 | 78.18% | 319,134 | 65.91% | 124,724 | 25.76% |
| 3 | 655,117 | 27,082 | 4.31% | 507,129 | 77.41% | 365,499 | 72.07% | 92,563 | 18.25% |
| 4 | 600,349 | -27,686 | -4.41% | 474,549 | 79.05% | 194,693 | 41.03% | 243,007 | 51.21% |
| 5 | 621,817 | -6,218 | -0.99% | 482,159 | 77.54% | 205,895 | 42.7% | 247,195 | 51.27% |
| 6 | 645,976 | 17,941 | 2.86% | 502,662 | 77.81% | 401,817 | 79.94% | 58,522 | 11.64% |
| 7 | 658,808 | 30,773 | 4.90% | 513,546 | 77.95% | 414,826 | 80.78% | 56,331 | 10.97% |
| 8 | 615,910 | -12,125 | -1.93% | 479,549 | 77.86% | 338,827 | 70.66% | 83,310 | 17.37% |

Total Population:                              5,024,279
Ideal District Population:                   628,035

## Summary Statistics:

| | |
|---|---|
| Population Range: | 600,349 to 658,808 |
| Ratio Range: | 0.10 |
| Absolute Range: | -27,686 to 30,773 |
| Absolute Overall Range: | 58,459 |
| Relative Range: | -4.00% to 4.90% |
| Relative Overall Range: | 9.31% |
| Absolute Mean Deviation: | 18,949.13 |
| Relative Mean Deviation: | 3.02% |
| Standard Deviation: | 20,838.48 |

**Caster Plaintiffs' Exhibit 16, Page 1**

Caster Plaintiffs' Exhibit 16, Page 2

# Population Summary Report

### Alabama U.S. House  -- 2020 Census -- Illustrative Plan 1

| District | Population | Deviation | % Deviation | AP Black | % AP Black | Latino | % Latino | NH White | % NH White |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 717755 | 1 | 0.00% | 125921 | 17.54% | 34790 | 4.85% | 519402 | 72.36% |
| 2 | 717754 | 0 | 0.00% | 374344 | 52.15% | 24085 | 3.36% | 296502 | 41.31% |
| 3 | 717753 | -1 | 0.00% | 170200 | 23.71% | 29426 | 4.10% | 480776 | 66.98% |
| 4 | 717753 | -1 | 0.00% | 49664 | 6.92% | 59478 | 8.29% | 578566 | 80.61% |
| 5 | 717755 | 1 | 0.00% | 140711 | 19.60% | 44392 | 6.18% | 490094 | 68.28% |
| 6 | 717754 | 0 | 0.00% | 105638 | 14.72% | 34878 | 4.86% | 543840 | 75.77% |
| 7 | 717755 | 1 | 0.00% | 398258 | 55.49% | 36998 | 5.15% | 262171 | 36.53% |
| **Total** | **5024279** | | **0.00%** | **1364736** | **27.16%** | **264047** | **5.26%** | **3171351** | **63.12%** |

| District | 18+ Pop | 18+ AP Black | % 18+ AP Black | 18+ Latino | % 18+ Latino | 18+ NH White | % 18+ NH White |
|---|---|---|---|---|---|---|---|
| 1 | 557084 | 89315 | 16.03% | 22294 | 4.00% | 417122 | 74.88% |
| 2 | 559442 | 280226 | 50.09% | 15550 | 2.78% | 246011 | 43.97% |
| 3 | 563119 | 126853 | 22.53% | 18910 | 3.36% | 388487 | 68.99% |
| 4 | 555541 | 35033 | 6.31% | 35182 | 6.33% | 462235 | 83.20% |
| 5 | 561688 | 104784 | 18.66% | 27939 | 4.97% | 396725 | 70.63% |
| 6 | 556122 | 77568 | 13.95% | 22241 | 4.00% | 431641 | 77.62% |
| 7 | 564170 | 300593 | 53.28% | 24740 | 4.39% | 222323 | 39.41% |
| **Total** | **3917166** | **1014372** | **25.90%** | **166856** | **4.26%** | **2564544** | **65.47%** |

| District | % NH Single-Race Black CVAP* | % Latino CVAP | % SR NH White CVAP |
|---|---|---|---|
| 1 | 16.33% | 2.56% | 78.39% |
| 2 | 51.16% | 1.47% | 45.35% |
| 3 | 22.49% | 1.80% | 73.70% |
| 4 | 6.20% | 2.45% | 89.26% |
| 5 | 18.64% | 2.46% | 75.43% |
| 6 | 14.10% | 1.64% | 82.43% |
| 7 | 54.97% | 1.32% | 42.18% |

Note: Citizen Voting Age Population (CVAP)  percentages are disaggregated from block-group level ACS estimates (with a survey midpoint of July 2017)

Source for CVAP disaggregation: Redistricting Data Hub
https://redistrictingdatahub.org/dataset/alabama-cvap-data-disaggregated-to-the-2020-block-level-2019/

**Caster Plaintiffs' Exhibit 17, Page 1**



Illustrative Plan 1

Alabama U.S. House

0    30    60
Miles

©2019 CALIPER; ©2018 HERE

Caster Plaintiffs' Exhibit 18, Page 1



Illustrative Plan 1

Alabama U.S. House

©2019 CALIPER; ©2018 HERE

Caster Plaintiffs' Exhibit 19, Page 1



Illustrative Plan 1

Alabama U.S. House

©2019 CALIPER; ©2018 HERE

Caster Plaintiffs' Exhibit 20, Page 1