FILED

2021 Dec-23  PM 04:44
U.S. DISTRICT COURT
N.D. OF ALABAMA



User:
Plan Name: **AL_Congress_Illustrative_Plan 1**
Plan Type: **Congress**

## Political Subdivison Splits Between Districts

| Sunday, December 5, 2021 | 4:19 PM |
|---|---|

Number of subdivisions not split:

| | |
|---|---|
| County | 61 |
| Voting District | 1,819 |

Number of subdivisions split into more than one district:

| | |
|---|---|
| County | 6 |
| Voting District | 18 |

Number of splits involving no population:

| | |
|---|---|
| County | 0 |
| Voting District | 2 |

### Split Counts

*County*
  Cases where an area is split among 2 Districts: 6
*Voting District*
  Cases where an area is split among 2 Districts: 18

| County | Voting District | District | Population |
|---|---|---|---|
| *Split  Counties:* | | | |
| Calhoun AL | | 3 | 106,114 |
| Calhoun AL | | 6 | 10,327 |
| Jackson AL | | 4 | 42,524 |
| Jackson AL | | 5 | 10,055 |
| Jefferson AL | | 6 | 233,457 |
| Jefferson AL | | 7 | 441,264 |
| Mobile AL | | 1 | 175,009 |
| Mobile AL | | 2 | 239,800 |
| Montgomery AL | | 2 | 169,116 |
| Montgomery AL | | 3 | 59,838 |
| Tuscaloosa AL | | 4 | 42,978 |
| Tuscaloosa AL | | 7 | 184,058 |
| *Split  VTDs:* | | | |
| Calhoun AL | Alexandria Civitan Club | 3 | 2,754 |
| Calhoun AL | Alexandria Civitan Club | 6 | 2,120 |
| Jackson AL | Hollywood City Hall | 4 | 1,582 |
| Jackson AL | Hollywood City Hall | 5 | 326 |
| Jackson AL | Scottsboro Rec Comm Bldg | 4 | 14,770 |
| Jackson AL | Scottsboro Rec Comm Bldg | 5 | 201 |
| Jefferson AL | Clay Comm Ctr | 6 | 5,570 |
| Jefferson AL | Clay Comm Ctr | 7 | 1,835 |

**Caster Plaintiffs' Exhibit 21, Page 1**

## Political Subdivison Splits Between Districts

AL_Congress_Illustrative_Plan

| County | Voting District | District | Population |
|---|---|---|---|
| Jefferson AL | Fultondale Sr Citizens Bldg | 6 | 0 |
| Jefferson AL | Fultondale Sr Citizens Bldg | 7 | 5,086 |
| Jefferson AL | Trussville !st Bapt | 6 | 8,360 |
| Jefferson AL | Trussville !st Bapt | 7 | 638 |
| Mobile AL | Azalea City Ch Christ | 1 | 0 |
| Mobile AL | Azalea City Ch Christ | 2 | 3,996 |
| Mobile AL | Christ Anglican Church | 1 | 1,072 |
| Mobile AL | Christ Anglican Church | 2 | 3,843 |
| Mobile AL | James Seals Jr. Rec. Ctr | 1 | 1,314 |
| Mobile AL | James Seals Jr. Rec. Ctr | 2 | 1,598 |
| Mobile AL | Rock of Faith Bapt Ch | 1 | 68 |
| Mobile AL | Rock of Faith Bapt Ch | 2 | 4,062 |
| Mobile AL | Semmes First Bapt Ch | 1 | 1,787 |
| Mobile AL | Semmes First Bapt Ch | 2 | 6,784 |
| Montgomery AL | Eastmont Bapt Church | 2 | 542 |
| Montgomery AL | Eastmont Bapt Church | 3 | 6,380 |
| Montgomery AL | Frazer UM Church | 2 | 1,742 |
| Montgomery AL | Frazer UM Church | 3 | 12,626 |
| Montgomery AL | Georgia Washingtn Mid School | 2 | 4 |
| Montgomery AL | Georgia Washingtn Mid School | 3 | 10,264 |
| Montgomery AL | Lagoon Park Fire Station | 2 | 5,775 |
| Montgomery AL | Lagoon Park Fire Station | 3 | 673 |
| Montgomery AL | Landmark Church of Christ | 2 | 3,940 |
| Montgomery AL | Landmark Church of Christ | 3 | 6,601 |
| Tuscaloosa AL | Chapel Hill Church | 4 | 6,343 |
| Tuscaloosa AL | Chapel Hill Church | 7 | 9 |
| Tuscaloosa AL | Northport City Hall | 4 | 955 |
| Tuscaloosa AL | Northport City Hall | 7 | 5,968 |

**Caster Plaintiffs' Exhibit 21, Page 2**

# Population Summary Report

### Alabama U.S. House  -- 2020 Census -- Illustrative Plan 2

| District | Population | Deviation | % Deviation | AP Black | % AP Black | Latino | % Latino | NH White | % NH White |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 717754 | 0 | 0.00% | 117087 | 16.31% | 34704 | 4.84% | 527338 | 73.47% |
| 2 | 717754 | 0 | 0.00% | 380668 | 53.04% | 24328 | 3.39% | 290887 | 40.53% |
| 3 | 717755 | 1 | 0.00% | 165918 | 23.12% | 29295 | 4.08% | 484853 | 67.55% |
| 4 | 717753 | -1 | 0.00% | 49672 | 6.92% | 59479 | 8.29% | 578557 | 80.61% |
| 5 | 717755 | 1 | 0.00% | 140711 | 19.60% | 44392 | 6.18% | 490094 | 68.28% |
| 6 | 717754 | 0 | 0.00% | 108823 | 15.16% | 36020 | 5.02% | 539570 | 75.17% |
| 7 | 717754 | 0 | 0.00% | 401857 | 55.99% | 35829 | 4.99% | 260052 | 36.23% |
| **Total** | **5024279** | | **0.00%** | **1364736** | **27.16%** | **264047** | **5.26%** | **3171351** | **63.12%** |

| District | 18+ Pop | 18+ AP Black | % 18+ AP Black | 18+ Latino | % 18+ Latino | 18+ NH White | % 18+ NH White |
|---|---|---|---|---|---|---|---|
| 1 | 558142 | 83257 | 14.92% | 22343 | 4.00% | 423469 | 75.87% |
| 2 | 558446 | 284132 | 50.88% | 15608 | 2.79% | 241724 | 43.29% |
| 3 | 562845 | 123667 | 21.97% | 18801 | 3.34% | 391308 | 69.52% |
| 4 | 555526 | 35038 | 6.31% | 35186 | 6.33% | 462211 | 83.20% |
| 5 | 561688 | 104784 | 18.66% | 27939 | 4.97% | 396725 | 70.63% |
| 6 | 555856 | 79736 | 14.34% | 22937 | 4.13% | 428525 | 77.09% |
| 7 | 564663 | 303758 | 53.79% | 24042 | 4.26% | 220582 | 39.06% |
| **Total** | **3917166** | **1014372** | **25.90%** | **166856** | **4.26%** | **2564544** | **65.47%** |

| District | % NH Single-Race Black CVAP* | % Latino CVAP | % SR NH White CVAP |
|---|---|---|---|
| 1 | 15.04% | 2.57% | 79.63% |
| 2 | 51.82% | 1.48% | 44.73% |
| 3 | 21.90% | 1.80% | 74.25% |
| 4 | 6.20% | 2.45% | 89.26% |
| 5 | 18.64% | 2.46% | 75.43% |
| 6 | 14.50% | 1.65% | 82.02% |
| 7 | 55.58% | 1.30% | 41.61% |

Note: Citizen Voting Age Population (CVAP)  percentages are disaggregated from block-group level ACS estimates (with a survey midpoint of July 2017)

Source for CVAP disaggregation: Redistricting Data Hub
https://redistrictingdatahub.org/dataset/alabama-cvap-data-disaggregated-to-the-2020-block-level-2019/

Caster Plaintiffs' Exhibit 22, Page 1



Illustrative Plan 2

0    30    60
Miles

Alabama U.S. House

©2019 CALIPER; ©2018 HERE

Caster Plaintiffs' Exhibit 23, Page 1



Illustrative Plan 2

0      15      30
Miles

Alabama U.S. House

©2019 CALIPER; ©2018 HERE

Caster Plaintiffs' Exhibit 24, Page 1



Illustrative Plan 2

Alabama U.S. House

Caster Plaintiffs' Exhibit 25, Page 1

User:
Plan Name: **AL_Congress_Illustrative_Plan 2**
Plan Type:

# Political Subdivison Splits Between Districts

| Sunday, December 5, 2021 | 4:23 PM |
|---|---|

Number of subdivisions not split:

| | |
|---|---|
| County | 60 |
| Voting District | 1,823 |

Number of subdivisions split into more than one district:

| | |
|---|---|
| County | 7 |
| Voting District | 14 |

Number of splits involving no population:

| | |
|---|---|
| County | 0 |
| Voting District | 1 |

**Split Counts**

*County*
   Cases where an area is split among 2 Districts: 7
*Voting District*
   Cases where an area is split among 2 Districts: 14

| County | Voting District | District | Population |
|---|---|---|---|
| *Split  Counties:* | | | |
| Calhoun AL | | 3 | 116,426 |
| Calhoun AL | | 6 | 15 |
| Houston AL | | 1 | 73,478 |
| Houston AL | | 2 | 33,724 |
| Jackson AL | | 4 | 42,524 |
| Jackson AL | | 5 | 10,055 |
| Jefferson AL | | 6 | 243,769 |
| Jefferson AL | | 7 | 430,952 |
| Mobile AL | | 1 | 208,732 |
| Mobile AL | | 2 | 206,077 |
| Montgomery AL | | 2 | 179,426 |
| Montgomery AL | | 3 | 49,528 |
| Tuscaloosa AL | | 4 | 42,978 |
| Tuscaloosa AL | | 7 | 184,058 |
| *Split  VTDs:* | | | |
| Calhoun AL | Eulaton/Bynum/West Park Heights/Betta View | 3 | 15,121 |
| Calhoun AL | Eulaton/Bynum/West Park Heights/Betta View | 6 | 15 |
| Jackson AL | Hollywood City Hall | 4 | 1,582 |
| Jackson AL | Hollywood City Hall | 5 | 326 |
| Jackson AL | Scottsboro Rec Comm Bldg | 4 | 14,770 |
| Jackson AL | Scottsboro Rec Comm Bldg | 5 | 201 |

**Maptitude**
For Redistricting

**Caster Plaintiffs' Exhibit 26, Page 1**

## Political Subdivison Splits Between Districts

AL_Congress_Illustrative_Plan

| County | Voting District | District | Population |
|---|---|---|---|
| Jefferson AL | Clay Comm Ctr | 6 | 6,456 |
| Jefferson AL | Clay Comm Ctr | 7 | 949 |
| Jefferson AL | Rock School Ctr | 6 | 4,340 |
| Jefferson AL | Rock School Ctr | 7 | 641 |
| Jefferson AL | Trussville !st Bapt | 6 | 8,360 |
| Jefferson AL | Trussville !st Bapt | 7 | 638 |
| Mobile AL | Azalea City Ch Christ | 1 | 0 |
| Mobile AL | Azalea City Ch Christ | 2 | 3,996 |
| Mobile AL | Christ Anglican Church | 1 | 1,072 |
| Mobile AL | Christ Anglican Church | 2 | 3,843 |
| Mobile AL | Georgetown Bapt Church | 1 | 2,403 |
| Mobile AL | Georgetown Bapt Church | 2 | 927 |
| Mobile AL | James Seals Jr. Rec. Ctr | 1 | 1,314 |
| Mobile AL | James Seals Jr. Rec. Ctr | 2 | 1,598 |
| Mobile AL | Rock of Faith Bapt Ch | 1 | 68 |
| Mobile AL | Rock of Faith Bapt Ch | 2 | 4,062 |
| Montgomery AL | Frazer UM Church | 2 | 10,668 |
| Montgomery AL | Frazer UM Church | 3 | 3,700 |
| Montgomery AL | Landmark Church of Christ | 2 | 241 |
| Montgomery AL | Landmark Church of Christ | 3 | 10,300 |
| Tuscaloosa AL | Northport City Hall | 4 | 946 |
| Tuscaloosa AL | Northport City Hall | 7 | 5,977 |

**Caster Plaintiffs' Exhibit 26, Page 2**

# Population Summary Report

### Alabama U.S. House  -- 2020 Census -- Illustrative Plan 3

| District | Population | Deviation | % Deviation | AP Black | % AP Black | Latino | % Latino | NH White | % NH White |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 717753 | -1 | 0.00% | 134814 | 18.78% | 34260 | 4.77% | 511922 | 71.32% |
| 2 | 717752 | -2 | 0.00% | 375131 | 52.26% | 21428 | 2.99% | 294080 | 40.97% |
| 3 | 717755 | 1 | 0.00% | 192055 | 26.76% | 32693 | 4.55% | 461692 | 64.32% |
| 4 | 717755 | 1 | 0.00% | 56846 | 7.92% | 57696 | 8.04% | 572170 | 79.72% |
| 5 | 717755 | 1 | 0.00% | 140711 | 19.60% | 44392 | 6.18% | 490094 | 68.28% |
| 6 | 717755 | 1 | 0.00% | 90801 | 12.65% | 34977 | 4.87% | 559769 | 77.99% |
| 7 | 717754 | 0 | 0.00% | 374378 | 52.16% | 38601 | 5.38% | 281624 | 39.24% |
| **Total** | **5024279** | | **0.00%** | **1364736** | **27.16%** | **264047** | **5.26%** | **3171351** | **63.12%** |

| District | 18+ Pop | 18+ AP Black | % 18+ AP Black | 18+ Latino | % 18+ Latino | 18+ NH White | % 18+ NH White |
|---|---|---|---|---|---|---|---|
| 1 | 557048 | 95952 | 17.23% | 21905 | 3.93% | 411457 | 73.86% |
| 2 | 559299 | 281155 | 50.27% | 14067 | 2.52% | 243465 | 43.53% |
| 3 | 562300 | 143328 | 25.49% | 20992 | 3.73% | 373557 | 66.43% |
| 4 | 559374 | 40853 | 7.30% | 34556 | 6.18% | 459861 | 82.21% |
| 5 | 561688 | 104784 | 18.66% | 27939 | 4.97% | 396725 | 70.63% |
| 6 | 554093 | 66090 | 11.93% | 21970 | 3.97% | 442194 | 79.81% |
| 7 | 563364 | 282210 | 50.09% | 25427 | 4.51% | 237285 | 42.12% |
| **Total** | **3917166** | **1014372** | **25.90%** | **166856** | **4.26%** | **2564544** | **65.47%** |

| District | % NH Single-Race Black CVAP* | % Latino CVAP | % SR NH White CVAP |
|---|---|---|---|
| 1 | 17.76% | 2.52% | 77.10% |
| 2 | 51.08% | 1.26% | 45.48% |
| 3 | 25.76% | 2.11% | 70.35% |
| 4 | 7.22% | 2.27% | 88.36% |
| 5 | 18.64% | 2.46% | 75.43% |
| 6 | 11.60% | 1.73% | 84.89% |
| 7 | 51.77% | 1.37% | 45.17% |

Note: Citizen Voting Age Population (CVAP)  percentages are disaggregated from block-group level ACS estimates (with a survey midpoint of July 2017)

Source for CVAP disaggregation: Redistricting Data Hub
https://redistrictingdatahub.org/dataset/alabama-cvap-data-disaggregated-to-the-2020-block-level-2019/



Illustrative Plan 3

0    30    60
Miles

Alabama U.S. House

©2019 CALIPER; ©2018 HERE

Caster Plaintiffs' Exhibit 28, Page 1



Illustrative Plan 3

Alabama U.S. House

Caster Plaintiffs' Exhibit 29, Page 1



Illustrative Plan 3

0      10      20
Miles

Alabama U.S. House

Caster Plaintiffs' Exhibit 30, Page 1