FILED
2021 Dec-23  PM 06:21
U.S. DISTRICT COURT
N.D. OF ALABAMA



# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| BOBBY SINGLETON, *et al.*, | ) |
| | ) |
|  *Plaintiffs*, | ) |
| | ) |
| v. | )  Case No. 2:21-cv-01291-AMM |
| | ) |
| JOHN MERRILL, in his official capacity as Alabama Secretary of State, *et al.*, | )  THREE-JUDGE COURT |
| | ) |
|  *Defendants*. | ) |

| | |
|---|---|
| EVAN MILLIGAN, *et al.*, | ) |
| | ) |
|  *Plaintiffs*, | ) |
| | ) |
| v. | )  Case No. 2:21-cv-1530-AMM |
| | ) |
| JOHN H. MERRILL, in his official capacity as Alabama Secretary of State, *et al.*, | )  THREE-JUDGE COURT |
| | ) |
|  *Defendants*. | ) |

| | |
|---|---|
| MARCUS CASTER, *et al.*, | ) |
| | ) |
|  *Plaintiffs*, | ) |
| | ) |
| v. | )  Case No. 2:21-cv-01536-AMM |
| | ) |
| JOHN MERRILL, in his official capacity as Alabama Secretary of State, | ) |
| | ) |
|  *Defendant*. | ) |

## DECLARATION OF CLAY S. HELMS

My name is Clay S. Helms. I am the Deputy Chief of Staff and Director of Elections for the Alabama Secretary of State's Office. I am over the age of 19 and the facts I have set out below are based upon my personal knowledge or the records of the Alabama Secretary of State's Office maintained in the ordinary course of business of the Secretary of State in his official capacity.

1.     The Secretary of State is Alabama's Chief Election Official and is responsible for "provid[ing] uniform guidance for election activities." Ala. Code § 17-1-3. In my role as Director of Elections for the Secretary of State's Office, I am familiar with both the preparation for and administration of elections in the State of Alabama, including the fact that Boards of Registrars in all Alabama counties must assign each voter to the various districts in which he or she resides.

2.     It is my understanding that Plaintiffs want Alabama's Congressional districts changed in time to use the new districts in the 2022 elections. There are substantial obstacles to changing the Congressional districts at this late date, and, indeed, local election officials are already under time pressures created by the fact that the maps were adopted in November, 2021. Candidates and their supporters would also be impacted by changing the lines. As discussed below, changing the Congressional district lines again at this late date is likely to cause confusion, additional costs, and a rushed district assignment process that potentially increases the risk of mistaken assignments.

3.     On November 4, 2021, Governor Ivey signed Act Nos. 2021-555, 2021-558, 2021-556, 2021-559 which drew four sets of electoral districts (for U.S. House of Representatives, State Senate, State House, and State Board of Education, respectively).  The Acts and maps, as filed with the Secretary of State, may be found on the Secretary's website https://www.sos.alabama.gov/alabama-votes/state-district-maps.

4.      Local governments are also drawing new lines based on the 2020 Census.

5.      Statewide primary elections in Alabama for the 2022 election cycle are statutorily scheduled for May 24, 2022. *See* Ala. Code § 17-13-3(a). Federal, State, and county elections will be held at this time.

6.      To implement the new district lines for the upcoming elections, each county's Board of Registrars is responsible for reassigning that county's registered voters to the correct precincts and to the correct districts, in conjunction with the county commissions. Each of Alabama's more than 3.6 million registered voters must be assigned to the correct Congressional, State Senate, State House, Board of Education, and local districts so that he may receive the correct ballot (to vote for the officials who will represent him as opposed to others) and so the voter will know where to cast his ballot. This process has likely already begun in most, if not all, Alabama counties.

7.      As reported by the counties to the Secretary of State and as of December 15, 2021, in twelve counties, the Boards of Registrars use in-house GIS systems (*i.e.*, interactive mapping software that displays the locations of voters and automates aspects of the reassignment process) that reduce the burden and time required to complete this process. The twelve counties are: Autauga, Calhoun, Cherokee, Clarke, Lee, Lowndes, Madison, Mobile, Pike, Shelby, St. Clair, and Tuscaloosa.

8.      As reported by the counties to the Secretary of State, in ten counties, the Boards of Registrars contract with entities with GIS systems to assist them with the reassignment process. A contract for such services can cost thousands of dollars—with up to $10,000 in initial setup fees and up to an additional $750 per month in operating and maintenance charges. In practice, these arrangements (and monthly fees) are effectively permanent because transitioning either to or from

3

such a setup is both expensive and difficult. The ten counties are: Baldwin, Dallas, Houston, Jefferson, Limestone, Marengo, Marshall, Montgomery, Morgan, and Talladega.

9.      In the other 45 counties, the Boards of Registrars perform the reassignment process manually. Doing so is laborious, requiring officials to pore over maps and lengthy lists of voters to ensure that each voter is correctly assigned to his or her correct precinct. This task can take a county's Board of Registrars 3 to 4 months to accomplish.

10.     For example, in 2017, following the *Alabama Legislative Black Caucus* redistricting litigation, the Alabama Legislature drew remedial Senate and House plans that altered only a portion of the districts in each plan. Even though only some districts were affected, local election officials struggled to complete the district assignment process in up to 4 months.

11.     Completing the reassignment process before the next election provides time for notifying voters of any changes, which both reduces voter confusion and improves turnout. It also provides the county commissions with the information they need to ensure that each voting place has no more than 2,400 voters and, for those that do, adjusting precinct boundaries or designating additional voting places (which may not be changed within three months of an election). *See* Ala. Code § 17-6-4(d).

12.     In Alabama, absentee voting begins 55 days before the primary election, and the probate judge must furnish a list of qualified voters to the absentee election manager by this day. Ala. Code §§ 17-11-5(b); 17-11-12. For the May 24, 2022 primary, absentee voting will begin on March 30, 2022.

13.     Additionally, federal law requires that the States "transmit a validly requested absentee ballot to an absent uniformed services voter or overseas voter . . . in the case in which the request is received at least 45 days before an election for Federal office, not later than 45 days

4

before the election," unless an exemption is obtained. 52 U.S.C. § 20302(a)(8)(A). In 2022, this federal deadline for the primary election is Saturday, April 9, 2022.

14.     Attached hereto as Exhibit A is an Administrative Calendar for the 2022 Statewide Election, which has been created and maintained by the Secretary of State's office. This calendar is      also      available      on      the      Secretary's      website      at https://www.sos.alabama.gov/sites/default/files/Admin%20Calendar%20-2022%20-%2020211012.pdf. The dates in the two preceding paragraphs are included in this calendar.

15.     The Census Bureau released redistricting data in mid-August 2021, which is later than usual. I testified by declaration in a lawsuit that Alabama brought against the United States Department of Commerce concerning the Census data's release. My testimony was that Alabama needed redistricting plans in place in early November in order to provide time for local officials to complete the reassignment process. The Census Bureau's delay has delayed redistricting and shortened the time available for local officials to assign voters to districts and precincts.

16.     County Boards of Registrars and county commissions will have to complete the reassignment process no later than the beginning of absentee voting on March 30, 2022, but realistically, they will need to notify voters of their assigned precincts and districts well before then to allow voters time to know what their choices are and inform themselves about those choices. In addition, printed ballots will need to be available for absentee voting to begin, and printing ballots is not an overnight process.

17.     If Congressional districts change, local officials will have to start over in the process of assigning voters to new Congressional districts, making the already shortened time for the assignment process even shorter.

18.     If the Boards of Registrars and county commissions have to redo the reassignment process on an abbreviated schedule the likely result is one or more of the following: (1) thousands of dollars in unexpected costs incurred by the Boards of Registrars to contract with an entity to assist them in the process; (2) a rushed reassignment process, potentially increasing the likelihood of mistaken reassignments; and (3) less time to notify voters about changes, potentially increasing the likelihood of voter, political party, and candidate confusion.

19.     In addition to these administrative issues, changing the Congressional district lines impacts candidates and their supporters.

20.     Changing the lines will likely cause a number of problems for primary candidates and political parties. Candidates for state and county offices intending to participate in the May 24, 2022 primary election could legally begin soliciting and accepting campaign contributions on May 24, 2021 (one year before the election), *see* Ala. Code 17-5-7(b)(2), even though districts were not yet drawn. Federal, State, and county candidates running with the Democratic or Republican parties must file a declaration of candidacy by January 28, 2022 (116 days before the election), *see* Ala. Code § 17-13-5(a), and that requires the lines to be set. Uncertainty about which district a potential candidate resides in and the characteristics of that district could impact fundraising, campaigning, and even the decision whether to run at all.

21.     In addition, independent candidates and some organizations achieve ballot access by submitting petitions with signatures of registered voters who are eligible to vote in the election at issue. If the congressional lines are changed, those conducting petition drives will not know which voters' signatures will help them achieve ballot access until another plan is put into place (thus potentially shortening the time to solicit signatures). And, of course, like other candidates,

6

those hoping to get on the ballot with a successful petition drive—whether independent or as the nominee of a petitioning organization—may not know which district they live in.

22.     I note that Doug Bell has publicly announced as an independent candidate for Congress in the Third Congressional District, *see* https://dbellforuscongress.com/ and he appears to be actively seeking signatures for ballot access, *see* https://dbellforuscongress.com/get-involved/ (seeking 6,977 signatures by May 24, 2022).  While Mr. Bell's website uses the 6,977 signature goal, the Secretary of State's Office has sent him an email (Exhibit B) advising him that that number is inaccurate because the number of signatures necessary for ballot access is contingent on the new district lines and that number is changing as the census results are input into the electronic voter registration system.  Similarly, we cannot at present say which signers' signatures will be valid for ballot access petition purposes because some signers' residences may be outside of Mr. Bell's district.  Thus, at present, independent candidates for Congress face some uncertainty as to how many signatures are necessary for ballot access and from whom to get them.

23.     An organization petitioning for ballot access as a political party and/or an individual petitioning for ballot access as an independent candidate would need to submit a petition containing signatures of registered District voters equal to at least the following numbers in the following Districts:

| Congressional District | Number of Signatures Required | |
|---|---|---|
| | *Before* 2020 Census | *After* 2020 Census |
| One | 7,310 | Uncertain |
| Two | 6,818 | Uncertain |
| Three | 6,977 | Uncertain |
| Four | 6,998 | Uncertain |
| Five | 7,845 | Uncertain |
| Six | 8,434 | Uncertain |
| Seven | 7,208 | Uncertain |

We advise individuals and organizations seeking ballot access to submit substantially more than the minimum number of signatures because not all solicited signatures are valid. Individuals and organizations have the option to solicit and obtain signatures from the middle of districts to minimize this problem which was made worse by the late production of Census information by the Census Bureau.

24.     The State has faced lengthy litigation in the past when the time for gathering signatures was shortened. Plaintiff James Hall sued the Secretary of State in September 2013, challenging the signature requirement in the context of a special congressional election where candidates had less than the ordinary time to gather signatures. *See Hall v. Merrill*, 212 F. Supp. 3d 1148, 1156 (M.D. Ala. 2016), *vacated & remanded*, 902 F.3d 1294 (11th Cir. 2018), *cert denied*, 140 S. Ct. 117 (2019). That litigation was not resolved until October 2019—six years after filing.

25.     If the 2022 Congressional elections were separated from the other federal, State, and county elections with which they are traditionally held, there would be substantial costs for the additional election(s), and the additional election(s) could result in voter confusion and reduced turnout. In 2017, the State held a special statewide election for United States Senator. The cost for that primary election was over $5 million. The cost for that primary runoff election, which was needed because no candidate received more than 50% of the vote in the Republican primary, *see* Ala. Code § 17-13-18(b), was over $3 million. The cost for that special general election was over $3.5 million.

26.     Finally, I address certain details about voter registration and the Alabama Voter Registration System ("ALVRS" or "PowerProfile"). The Secretary of State's Office does not actually register voters. Every year for the past seven years, the Secretary's Photo Voter ID and

Registration Mobile Unit Program has visited every county in Alabama for the purpose of providing free photo ID's to voters and to make available to prospective voters voter registration forms. At those visits, we hand out registration forms and assist prospective voters in filling out the forms. Those individuals who complete their forms may either mail them to their local registrars or hand them back to our staff for transmittal to the local registrars' office. This is because actual voter registration is performed by county boards of registrars. The Secretary of State's Office accepts voter registration forms either during voter drives or at the Secretary's Montgomery office and forwards them to county registrars for actual processing and input into ALVRS. In addition, voters can register electronically at ALEA driver's license offices and at the Secretary of State's Office) with that information going to local registrar offices for actual input into ALVRS.

27.     The Alabama Voter Registration Form (*see* Exhibit C) provides six categories of race for a voter to choose: White, Black, Asian, American Indian, Hispanic, and Other (*id.*). It is also possible for a prospective voter to register using the federal form (*see* Exhibit D) which does not list race but has a blank space for voter input. Race is selected by the prospective voter and is not checked or verified. If a voter does not check a "Race" box (or write a race on the federal form, or puts multiple races), he or she is still registered as the requirements for voting in Alabama are: age 18 or over on election day, United States citizenship, Alabama residence, not having been declared mentally incompetent, and not having been convicted of a disqualifying felony (or if having been so convicted, having had civil rights restored). A voter's race, if stated, is input into ALVRS by the registrar according to the categories on the Secretary of State's form. If a prospective registrant has checked more than one race category, the default is for the registrar to enter "other" because ALVRS does not permit multiple or combination answers for this category.

If a prospective registrant does not enter a race on the paper form, the default is for the registrar to enter "unknown." Similarly, voters submitting registration information electronically at ALEA offices cannot select more than one race; the system will not accept multiple race entries.

28.    For its part, ALVRS data for active and inactive voters (*see e.g.*, Exhibit E, the November 2021 print-out) lists the following racial categories: Asian, American Indian, Black, Federally Registered (May be of Any Race), Hispanic, Korean (a vestigial category that is not offered on the Secretary's form but could be entered), White, Other, and Not Identified (Exhibit E).

29.    While we expect registrars to correctly input all categories of voter characteristics into ALVRS, it is unrealistic to expect data entry for large numbers of voters to be perfect and there is no doubt that some voters' information, including race, may be inaccurate. Obviously, if a voter becomes aware of an inaccuracy and reports it, the local registrars' office would be expected to correct the entry. The Secretary of State's Office has advised registrars that, if a voter is reporting a registration inaccuracy, the voter is to put the inaccuracy into writing before the registrar acts on it (*i.e.*, the registrar is not to accept "word of mouth" as a basis to change registration data). The Secretary is not aware of any complaints of inaccurate racial registration and/or failure to correct an inaccuracy and we believe that the overwhelming majority of entries are consistent with the information on the submitted voter registration forms.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 21, 2021.

Clay S. Helms
Deputy Chief of Staff & Director of Elections
Office of the Secretary of State
State of Alabama

11

## Administrative Calendar
## 2022 Statewide Election
Revised 10/12/2021

| | |
|---|---|
| **Alabama Statewide Primary Election - May 24, 2022** | |
| **Primary Runoff Election - June 21, 2022** | |
| **General Election - November 8, 2022** | |

| Activity | Date |
|---|---|
| Candidates intending to participate in the 2022 primary election may begin soliciting and accepting contributions. [§ 17-5-7(b)(2)] | Monday, May 24, 2021 |
| Candidates intending to participate in the 2022 general election, but not in the primary election, may begin soliciting and accepting contributions. [§ 17-5-7(b)(2)] | Monday, November 8, 2021 |
| **State Holiday - Christmas Day Recognized** | **Friday, December 24, 2021** |
| **State Holiday - New Year's Day Recognized** | **Friday, December 31, 2021** |
| First day of regular session for Alabama legislature and the first day of the legislative blackout. | Tuesday, January 11, 2022 |
| **State Holiday- Martin Luther King Jr. and Robert E. Lee's Birthday** | **Monday, January 17, 2022** |
| Last day of the legislative blackout for 2022 candidates. | Monday, January 24, 2022 |
| Candidates seeking nomination by a party primary must file declaration of candidacy with state party chairman (if seeking federal, state, circuit, district, or legislative office) or county party chairman (if seeking county office) no later than this day by 5 PM; 116 days before the election. [§ 17-13-5(a)] | Friday, January 28, 2022 |
| Each political party authorized to hold a primary and wishing to hold such a presidential preference primary shall, not less than 116 days before such primary is to be held, adopt and file with the Secretary of State a resolution stating that intention, the method by which electors are to indicate one or more preferences, the method by which delegates are to be selected, elected, chose and replaced, and the pledge, if any, by which delegates are to be bound. (§ 17-13-105) | Friday, January 28, 2022 |
| **State Holiday - George Washington and Thomas Jefferson's Birthday** | **Monday, February 21, 2022** |
| **Mardi Gras - Observed in Baldwin and Mobile County only** | **Tuesday, March 1, 2022** |
| State party chairman must certify names of primary election candidates, except for candidates for county offices to Secretary of State no later than this day by 5 PM; 82 days prior to the primary. [§ 17-13-5(b)] | Thursday, March 3, 2022 |
| County party chairman must certify names of primary candidates for county office to probate judge no later than this day by 5 PM; 82 days prior to the primary. [§ 17-13-5(b)] | Thursday, March 3, 2022 |
| This is the last day for political parties to submit to the probate judge for county offices and the Secretary of State for state and federal offices any amendments or corrections to certifications of candidates for the primary election; 76 days prior to primary election. (§ 17-13-23) | Wednesday, March 9, 2022 |
| The deadline for persons who do not wish to accept nomination in a primary is 76 days before the date of the election. [§ 17-6-21(c)] | Wednesday, March 9, 2022 |
| The Secretary of State must certify names of opposed candidates for federal and state offices to probate judge no later than 74 days prior to the primary. [§ 17-13-5(b)] | Friday, March 11, 2022 |
| Probate judge must issue public notice in each voting precinct of the requirement for and the availability of registration and voting aids for all handicapped and elderly individuals no later than 60 days before any state election. [§ 21-4-23(b)] | Friday, March 25, 2022 |
| The last day political parties can decline to accept and come under primary election law is 60 days prior to the election. (§ 17-13-42) | Friday, March 25, 2022 |
| Probate judge must furnish list of qualified voters to the absentee election manager; 55 days prior to the primary election. [§ 17-11-5(b)] | Wednesday, March 30, 2022 |
| Absentee ballots and supplies must be delivered to absentee election manager no later than 55 days prior to the primary. (§ 17-11-12) | Wednesday, March 30, 2022 |

# Administrative Calendar
## 2022 Statewide Election
Revised 10/12/2021

| Alabama Statewide Primary Election - May 24, 2022 |
| --- |
| Primary Runoff Election - June 21, 2022 |
| General Election - November 8, 2022 |

| Activity | Date |
| --- | --- |
| This is the last day to transmit absentee ballots to any UOCAVA voters whose absentee ballot request is received at least 45 days prior to the primary  (ballot transmittal 45 days prior to the primary) per 52 U.S.C. § 20302(a)(8). | Saturday, April 9, 2022 |
| This is the last day for candidates to present a list of desired election officers to their county executive committee at least 45 days before the election. (§ 17-13-48) | Saturday, April 9, 2022 |
| Probate judge must issue public notice in each voting precinct of the requirement for and the availability of registration and voting aids for all handicapped and elderly individuals no later than 60 days before any state election. [§ 21-4-23(b)] **This date is for the statewide primary runoff election.** | Friday, April 22, 2022 |
| State Holiday - Confederate Memorial Day | Monday, April 25, 2022 |
| Last day of regular session for Alabama legislature. | Tuesday, April 26, 2022 |
| The first day for probate judge, sheriff, and clerk of the circuit court to appoint poll workers is no more than 20 nor less than 15 days before the election. [§ 17-8-1(a)] | Wednesday, May 4, 2022 |
| Probate judge must publish an alphabetical list of qualified electors by precinct, district or subdivision in a newspaper of general circulation in county on or before the 20th day prior to the election. (§ 17-4-1) | Wednesday, May 4, 2022 |
| This is the last day to register to vote for the primary election. [§ 17-3-50(a)] | Monday, May 9, 2022 |
| The last day for probate judge, sheriff, and clerk of the circuit court to appoint poll workers no more than 20 days nor less than 15 days before an election. [§ 17-8-1(a)] | Monday, May 9, 2022 |
| Probate judge must notify inspectors, returning officers, and clerks of their appointment and publish a list of these appointments in a county newspaper. (§ 17-8-2) | Monday, May 9, 2022 |
| First day election officials may begin testing automatic tabulating equipment for the primary election to ascertain that equipment will correctly count votes cast. (Adm. Rule 307-X-1-.04) | Tuesday, May 10, 2022 |
| Probate judge must give notice of election, consisting of date of election and the officers and subjects to be voted for and at least 14 days before each election. (§ 17-9-5) | Tuesday, May 10, 2022 |
| First day probate judge may print poll lists or load registration data into electronic poll books for the primary election. (§§ 17-4-2, 17-4-2.1) | Saturday, May 14, 2022 |
| For any absentee application received on or after the 8th day prior to the election that does not contain a copy of an approved form of identification, the absentee election manager shall issue a provisional ballot to that voter. [§ 17-10-2(c)(1)] | Monday, May 16, 2022 |
| Absentee applications returned by mail must be received not less than 7 days prior to the election. [§ 17-11-3(a)] | Tuesday, May 17, 2022 |
| Probate judge must publish a supplemental list of qualified electors by precinct, district or subdivision in a newspaper of general circulation in the county on or before the 7th day before the election. (§ 17-4-1) | Tuesday, May 17, 2022 |
| An application for a voter who requires emergency treatment by a licensed physician within 5 days before an election may be forwarded to the absentee election manager by the applicant or by his or her designee. [§ 17-11-3(d)(2)] | Thursday, May 19, 2022 |
| This is the last day for the authority charged to hold a school of instruction for poll workers. Probate judge must notify these election officials of time and place of instruction school and must publish notice at least 48 hours before instruction school takes place; no less than 5 days prior to the election. [§ 17-8-9(a)] | Thursday, May 19, 2022 |

## Administrative Calendar
## 2022 Statewide Election

Revised 10/12/2021

| Alabama Statewide Primary Election - May 24, 2022 |
| Primary Runoff Election - June 21, 2022 |
| General Election - November 8, 2022 |

| Activity | Date |
|---|---|
| Absentee applications returned by hand must be received not less than 5 days prior to the election. [§ 17-11-3(a)] | Thursday, May 19, 2022 |
| The last day probate judges can deliver election supplies to sheriffs is no less than 3 days before the election. (§ 17-13-9) | Saturday, May 21, 2022 |
| Absentee ballots being returned by hand to the absentee election manager must be received no later than the close of business on the day prior to the election. (§ 17-11-18) | Monday, May 23, 2022 |
| **Primary Election** | **Tuesday, May 24, 2022** |
| Absentee ballots being returned by mail to the absentee election manager must be received no later than noon on this day. [§ 17-11-18(a)] | Tuesday, May 24, 2022 |
| This is the last day for military and other UOCAVA voters in the primary to postmark an absentee ballot returned by mail to the absentee election manager. [§§ 17-9-51(b), 17-11-18(b)] | Tuesday, May 24, 2022 |
| The medical emergency designee must deliver absentee ballot to absentee election manager no later than noon on this day. [§ 17-11-18(a)] | Tuesday, May 24, 2022 |
| The inspector or returning officer must deliver the ballots and returns to the sheriff. (§§ 17-12-8, 17-13-12) | Tuesday, May 24, 2022 |
| The last day to file petitions with probate judge for county offices and with Secretary of State for other offices to obtain ballot access as an independent candidate is no later than 5 PM on the day of the primary election. (§ 17-9-3) | Tuesday, May 24, 2022 |
| The last day to file petitions with the Secretary of State for minor/third parties to gain ballot access as a political party no later than 5 PM on the day of the primary election. [§ 17-6-22(a)(1)] | Tuesday, May 24, 2022 |
| The sheriff must deliver certificate of returns to chairman of county executive committee of each political party participating in primary election by 10 AM on the Wednesday following the election. [§ 17-13-14(a)] | Wednesday, May 25, 2022 |
| The written affirmations of provisional voters, inspector challenge statements, and voter reidentification forms must be delivered by the sheriff to the board of registrars by noon on the day following the election. [§ 17-10-2(d)] | Wednesday, May 25, 2022 |
| This is the last day candidates who would be eligible to be placed on primary runoff ballot can decline to have his/her name placed on the ballot. (§ 17-13-19) | Friday, May 27, 2022 |
| Deadline for voters whose ballot became provisional due to lack of identification to provide identification (or provisional ballot and identification) including the address and telephone number of the voter to the board of registrars no later than 5 PM. [§ 17-10-2(a)(3)] | Friday, May 27, 2022 |
| **State Holiday - National Memorial Day** | **Monday, May 30, 2022** |
| Absentee ballots submitted by UOCAVA voters must be accepted until noon this day. The ballot must have been postmarked no later than election day and meet other absentee ballot requirement to be counted. [§ 17-11-18(b)] | Tuesday, May 31, 2022 |
| County executive committee must meet no later than noon and receive, canvass, and tabulate returns by precinct and publicly declare results the Tuesday following the primary. (§ 17-13-17) | Tuesday, May 31, 2022 |
| The board of registrars must deliver the provisional voter affirmations and inspector challenge statements, with the certified findings attached, to the judge of probate no later than noon, 7 days after the election. [§ 17-10-2(e)] | Tuesday, May 31, 2022 |

# Administrative Calendar
## 2022 Statewide Election
Revised 10/12/2021

| Alabama Statewide Primary Election - May 24, 2022 |
| Primary Runoff Election - June 21, 2022 |
| General Election - November 8, 2022 |

| Activity | Date |
|---|---|
| At noon, the canvassing board shall tabulate provisional ballots which have been certified by the board of registrars. The canvassing board must certify the results of the provisional votes cast and must post one copy in the courthouse and must seal one copy into a container designated for each political party, 7 days after the election. [§ 17-10-2(f)] | Tuesday, May 31, 2022 |
| The chairman of county executive committee must certify to chairman of state executive committee a statement and tabulation by precinct of results of the primary no later than 7 days after the election. (§ 17-13-17) | Tuesday, May 31, 2022 |
| State executive committee must meet and receive, canvass, and tabulate returns and provide Secretary of State with state primary election returns by precinct no later than noon, 8 days following the primary election. (§ 17-13-17) | Wednesday, June 1, 2022 |
| The first day for probate judge, sheriff, and clerk of the circuit court to appoint poll workers is no more than 20 nor less than 15 days before the election. [§ 17-8-1(a)] | Wednesday, June 1, 2022 |
| Chairman of state executive committee must meet no later than noon on this day to certify to Secretary of State and chairman of county executive committee must certify to probate judge names of candidates to be placed on primary run-off ballot. [§ 17-13-18(b)] | Wednesday, June 1, 2022 |
| The Secretary of State shall, within two business days from the date the certification is received from the chair of the state executive committee, certify to the probate judge of any county where a second primary election is to be held the name or names of the candidates certified. [§ 17-13-18(b)] | Friday, June 3, 2022 |
| This is the last day to hand-deliver a voter registration form to the board of registrars for the primary runoff election. [§§ 17-3-50(a), 1-1-4] | Friday, June 3, 2022 |
| State Holiday - Jefferson Davis' Birthday | Monday, June 6, 2022 |
| The last day for probate judge, sheriff, and clerk of the circuit court to appoint poll workers is no more than 20 days nor less than 15 days before an election. [§ 17-8-1(a)] | Monday, June 6, 2022 |
| Probate judge must notify inspectors, returning officers, and clerks of their appointment and publish a list of these appointments in a county newspaper. (§ 17-8-2) | Monday, June 6, 2022 |
| This is the last day to register to vote electronically until midnight for the primary runoff election; 15th day before the election. [§§ 17-3-50(a), 1-1-4] | Monday, June 6, 2022 |
| This is the last day to postmark a voter registration form for the primary runoff election; 15th day before the election. [§§ 17-3-50(a), 1-1-4] | Monday, June 6, 2022 |
| Absentee ballots and supplies for primary runoff must be delivered to absentee election manager, 14 days after the primary. (§ 17-11-12) | Tuesday, June 7, 2022 |
| No later than this day, the probate judge must give notice of this date for the primary runoff election. election, consisting of date of election and officers and subjects to be voted for and on at least 14 days before each election. (§ 17-9-5) | Tuesday, June 7, 2022 |
| First day election officials may begin testing automatic tabulating equipment for the primary runoff election to ascertain that equipment will correctly count votes cast. (Adm. Rule 307-X-1-.04) | Tuesday, June 7, 2022 |
| First day judge of probate may print poll lists or load registration data into electronic poll books for the primary runoff election. (§§ 17-4-2, 17-4-2.1) | Saturday, June 11, 2022 |
| For any absentee application received on or after the 8th day prior to the election that does not contain a copy of an approved form of identification, the absentee election manager shall issue a provisional ballot to that voter. [§ 17-10-2(c)(1)] | Monday, June 13, 2022 |

## Administrative Calendar
## 2022 Statewide Election

Revised 10/12/2021

| Alabama Statewide Primary Election - May 24, 2022 |
| Primary Runoff Election - June 21, 2022 |
| General Election - November 8, 2022 |

| Activity | Date |
|---|---|
| Absentee applications returned by mail must be received not less than 7 days prior to the election. [§ 17-11-3(a)] | Tuesday, June 14, 2022 |
| Governor, Secretary of State, and Attorney General must canvass election returns required by law to be sent to Secretary of State within 22 days of the election. (§ 17-12-17) | Wednesday, June 15, 2022 |
| This is the last day for the authority charged to hold a school of instruction for poll workers. Probate judge must notify these election officials of time and place of instruction school and must publish notice at least 48 hours before instruction school takes place; no less than 5 days prior to the election. [§ 17-8-9(a)] | Thursday, June 16, 2022 |
| Absentee applications returned by hand must be received not less than 5 days prior to the election. [§ 17-11-3(a)] | Thursday, June 16, 2022 |
| An application for a voter who requires emergency treatment by a licensed physician within 5 days before an election may be forwarded to the absentee election manager by the applicant or by his or her designee. [§ 17-11-3(d)(2)] | Thursday, June 16, 2022 |
| The last day probate judges can deliver election supplies to sheriffs is no less than 3 days before the election. (§ 17-13-9) | Saturday, June 18, 2022 |
| Absentee ballots being returned by hand to the absentee election manager must be received no later than the close of business on the day prior to the election. (§ 17-11-18) | Monday, June 20, 2022 |
| **Primary Runoff Election** | **Tuesday, June 21, 2022** |
| Absentee ballots being returned by mail to the absentee election manager must be received no later than noon on this day. [§ 17-11-18(a)] | Tuesday, June 21, 2022 |
| The inspector or returning officer must deliver the ballots and returns to the sheriff. (§§ 17-12-8, 17-13-12) | Tuesday, June 21, 2022 |
| This is the last day for military and other UOCAVA voters in the primary runoff to postmark an absentee ballot returned by mail to the absentee election manager. [§§ 17-9-51(b), 17-11-18(b)] | Tuesday, June 21, 2022 |
| The medical emergency designee must deliver absentee ballot to absentee election manager no later than noon on this day. [§ 17-11-18(a)] | Tuesday, June 21, 2022 |
| Sheriff must deliver certificate of returns to chairman of county executive committee of each political party participating in primary runoff election by 10 AM on the Wednesday following the primary runoff election. [§ 17-13-14(a)] | Wednesday, June 22, 2022 |
| The written affirmations of provisional voters, inspector challenge statements, and voter reidentification forms must be delivered by the sheriff to the board of registrars by noon on the day following the election. (§ 17-10-2) | Wednesday, June 22, 2022 |
| Deadline for voters whose ballot became provisional due to lack of identification to provide identification (or provisional ballot and identification) including the address and telephone number of the voter to the board of registrars no later than 5 PM. [§ 17-10-2(a)(3)] | Friday, June 24, 2022 |
| Absentee ballots submitted by UOCAVA voters must be accepted until noon on this day. The ballot must have been postmarked no later than election day and meet other absentee ballot requirements to be counted. [§ 17-11-18(b)] | Tuesday, June 28, 2022 |
| The board of registrars must deliver the provisional voter affirmations and inspector challenge statements, with the certified findings attached, to the judge of probate no later than noon; 7 days after the election. [§ 17-10-2(e)] | Tuesday, June 28, 2022 |

# Administrative Calendar
## 2022 Statewide Election
Revised 10/12/2021

| Alabama Statewide Primary Election - May 24, 2022 |
|---|
| Primary Runoff Election - June 21, 2022 |
| General Election - November 8, 2022 |

| Activity | Date |
|---|---|
| At noon, the canvassing board shall tabulate provisional ballots which have been certified by the board of registrars. The canvassing board must certify the results of the provisional votes cast and must post one copy in the courthouse and must seal one copy into a container designated for each political party 7 days after the election. [§ 17-10-2(f)] | Tuesday, June 28, 2022 |
| Last day for county executive committee to meet and receive, canvass, and tabulate returns by precinct and publicly declare results of primary runoff election no later than the second Friday following the runoff election. [§ 17-13-18(d)] | Friday, July 1, 2022 |
| **State Holiday - Independence Day** | **Monday, July 4, 2022** |
| Last day for chairman of county executive committee to meet and certify to chairman of state executive committee a statement and tabulation by precincts of results of primary run-off no later than noon, second Monday following the runoff election. [§ 17-13-18(d)] | Monday, July 4, 2022 |
| State executive committee must meet at state capitol and receive, canvass, and tabulate returns and provide Secretary of State with state primary runoff election returns by precinct on the third Wednesday following the primary runoff election. [§ 17-13-18(d)] | Wednesday, July 6, 2022 |
| Chairman of state executive committee must certify names of those who have been nominated in first or second primary election as candidates of his/her party for state offices to Secretary of State. Chairman of county executive committee must certify names of those who have been nominated in first or second primary election as candidates of his/her party for county offices to probate judge not later than noon, the third Wednesday following the primary runoff election. [§ 17-13-18(d)] | Wednesday, July 6, 2022 |
| The state executive committee shall provide the Secretary of State with the runoff primary returns by precincts according to county on a form authorized by the Secretary of State on the third Wednesday following the primary runoff election. [§ 17-13-18(e)] | Wednesday, July 6, 2022 |
| Governor, Secretary of State, and Attorney General must canvass election returns required by law to be sent to Secretary of State after the election within 22 days after the election. (§ 17-12-17) | Wednesday, July 13, 2022 |
| Absentee election manager must file list of applications for absentee ballots from primary election with probate judge 60 days after the primary. [§ 17-11-5(c)] | Saturday, July 23, 2022 |
| The deadline for state or county executive committees to decide contests for county offices is 90 days prior to general election. (§ 17-13-86) | Wednesday, August 10, 2022 |
| The deadline for state executive committee to decide contests for state offices is 83 days prior to general election. (§ 17-13-86) | Wednesday, August 17, 2022 |
| Absentee election managers must file list of applications for absentee ballots from primary runoff election with probate judge 60 days after the primary runoff election. [§ 17-11-5(c)] | Saturday, August 20, 2022 |
| The last day for political parties to submit to the probate judge for county offices and the secretary of state for state and federal offices any amendments or corrections to certifications of candidates for the primary election is 76 days prior to general election. [§ 17-6-21(b)] | Wednesday, August 24, 2022 |
| The last day candidates can withdraw their name from ballot is 76 days before the date of the election. [§ 17-6-21(c)] | Wednesday, August 24, 2022 |

## Administrative Calendar
## 2022 Statewide Election

Revised 10/12/2021

| Alabama Statewide Primary Election - May 24, 2022 |
| Primary Runoff Election - June 21, 2022 |
| General Election - November 8, 2022 |

| Activity | Date |
|---|---|
| The Secretary of State must certify names of opposed candidates for federal and state offices and for each candidate for office who has requested to be an independent candidate and has filed a written petition, in accordance with Ala. Code section 17-9-3(b) and 17-13-22, to the probate judge; 74 days prior to the general election. | Friday, August 26, 2022 |
| **State Holiday - Labor Day** | **Monday, September 5, 2022** |
| Probate judge must issue public notice in each voting precinct of the requirement for and the availability of registration and voting aids for all handicapped and elderly individuals no later than 60 days before any state election. [§ 21-4-23(b)] **This date for the general election.** | Friday, September 9, 2022 |
| The last day for probate judge to furnish list of qualified voters to absentee election managers is 55 days prior to the general election. [§ 17-11-5(b)] | Wednesday, September 14, 2022 |
| The last day for absentee ballots and supplies to be delivered to the absentee election manager is 55 days prior to the general election. (§ 17-11-12) | Wednesday, September 14, 2022 |
| The last day candidates in primary election can accept contributions to retire a campaign debt is 120 days after the primary election. [§ 17-5-7(b)(3)] | Wednesday, September 21, 2022 |
| This is the last day to transmit absentee ballots to any UOCAVA voters whose absentee ballot request is received at least 45 days prior to the general (ballot transmittal 45 days prior to the general) per 52 U.S.C. § 20302(a)(8). | Saturday, September 24, 2022 |
| **State Holiday - Columbus Day** | **Monday, October 10, 2022** |
| The first day for probate judge, sheriff, and clerk of the circuit court to appoint poll workers is no more than 20 nor less than 15 days before the election. [§ 17-8-1(a)] | Wednesday, October 19, 2022 |
| The last day candidates in the primary runoff election can accept contributions to retire a campaign debt is 120 days after the primary runoff election. [§ 17-5-7(b)(2)] | Wednesday, October 19, 2022 |
| This is the last day for probate judge, sheriff, and clerk of the circuit court to appoint poll workers is no more than 20 nor less than 15 days before the election. [§ 17-8-1(a)] | Monday, October 24, 2022 |
| The probate judge must notify inspectors and returning officers of their appointment and publish a list of these appointments in a county newspaper not more than 20, nor less than 15 days before the election. (§ 17-8-2) | Monday, October 24, 2022 |
| This is the last day to register to vote for general election. [§ 17-3-50(a)] | Monday, October 24, 2022 |
| The last day for probate judge to give notice of general election, consisting of date of election and officers and subjects to be voted for and on is 14 days before each election. (§ 17-9-5) | Tuesday, October 25, 2022 |
| First day election officials may begin testing automatic tabulating equipment for the general election to ascertain that equipment will correctly count votes cast. (Adm. Rule 307-X-1-.04) | Tuesday, October 25, 2022 |
| First day judge of probate may print poll lists or load registration data into electronic poll books for the general election. (§§ 17-4-2, 17-4-2.1) | Saturday, October 29, 2022 |
| For any absentee application received on or after the 8th day prior to the election that does not contain a copy of an approved form of identification, the absentee election manager shall issue a provisional ballot to that voter. [§ 17-10-2(c)(1)] | Monday, October 31, 2022 |
| Absentee applications being returned by mail must be received not less than 7 days prior to the election. (§ 17-11-3) | Tuesday, November 1, 2022 |
| An application for a voter who requires emergency treatment by a licensed physician within 5 days before an election may be forwarded to the absentee election manager by the applicant or by his or her designee. [§ 17-11-3(d)(2)] | Thursday, November 3, 2022 |

Prepared by Elections Division
Office of the Secretary of State

State of Alabama

## Administrative Calendar
### 2022 Statewide Election
Revised 10/12/2021

| |
|---|
| **Alabama Statewide Primary Election - May 24, 2022** |
| **Primary Runoff Election - June 21, 2022** |
| **General Election - November 8, 2022** |

| Activity | Date |
|---|---|
| This is the last day for authority charged to hold a school of instruction for poll workers. The probate judge must notify these election officials of time and place of instruction school and must publish notice at least 48 hours before instruction school takes place not less than 5 days before an election. [§ 17-8-9(a)] | Thursday, November 3, 2022 |
| Absentee applications returned by hand must be received not less than 5 days prior to the election. [§ 17-11-3(a)] | Thursday, November 3, 2022 |
| The last day probate judges can deliver election supplies to sheriffs is not less than 3 days before the election. (§ 17-13-9) | Saturday, November 5, 2022 |
| Absentee ballots being returned by hand to the absentee election manager must be received no later than the close of business on the day prior to the election. (§ 17-11-18) | Monday, November 7, 2022 |
| The chair of each local political party as defined in Section 17-13-40, any person whose name is on the ballot as an independent, and any announced or known write-in candidates shall be given a minimum of 24 hours notice of the time and place where the canvassing board will meet to determine the number of write-in votes cast for each office on the ballot, ballot image, results tape, or other media prescribed by the Secretary of State by administrative rule and shall be permitted to be present when the determination is made. [§ 17-6-28(c)] | Monday, November 7, 2022 |
| **General Election** | **Tuesday, November 8, 2022** |
| Absentee ballots being returned by mail to the absentee election manager must be received no later than noon on this day. (§ 17-11-18) | Tuesday, November 8, 2022 |
| This is the last day for military and other UOCAVA voters in the general election to postmark an absentee ballot returned by mail to the absentee election manager. [§§ 17-9-51(b), 17-11-18(b)] | Tuesday, November 8, 2022 |
| The medical emergency designee must deliver absentee ballot to absentee election manager no later than noon on this day. [§ 17-11-18(a)] | Tuesday, November 8, 2022 |
| The inspectors or returning officer must deliver ballots and returns to sheriff. (§§ 17-12-8, 17-12-12) | Tuesday, November 8, 2022 |
| Upon the closing of the polls, all write-in votes, which may be in the form of a ballot or, if an electronic voting system is utilized in the polling place, a ballot image, results tape, or other media as prescribed by the Secretary of State by administrative rule, from each polling place in the county shall be returned to a central location in the county as determined by the judge of probate where the canvassing board shall determine the number of write-in votes cast for each office on the ballot, ballot image, results tape, or other media as prescribed by the Secretary of State by administrative rule. [§ 17-6-28(c)] | Tuesday, November 8, 2022 |
| The written affirmations of provisional voters, inspector challenge statements, and voter reidentification forms must be delivered by the sheriff to the board of registrars by noon on the day following the election. [§ 17-10-2(d)] | Wednesday, November 9, 2022 |
| **State Holiday - Veterans Day** | **Friday, November 11, 2022** |
| The county canvassing board must prepare and transmit to the Secretary of State a written report itemizing the number of write-in votes cast for each separate federal or state office and the total votes cast for each of the candidates (top two) receiving the greatest number of votes for that office. [§ 17-6-28(c)] | Friday, November 11, 2022 |
| Deadline for voters whose ballot became provisional due to lack of identification to provide identification (or provisional ballot and identification) including the address and telephone number of the voter to the board of registrars no later than 5 PM. [§ 17-10-2(a)(3)] This date moved to Monday due to the state holiday. | Monday, November 14, 2022 |

## Administrative Calendar
## 2022 Statewide Election
Revised 10/12/2021

| Alabama Statewide Primary Election - May 24, 2022 |
| Primary Runoff Election - June 21, 2022 |
| General Election - November 8, 2022 |

| Activity | Date |
|---|---|
| The county canvassing board must post a notice stating the number of write-in votes cast in each office on the ballot and, for each specific county office on the ballot, stating whether the number of write-in votes cast for the office is greater than or equal to the difference in votes between the candidates receiving the greatest number of votes for the specific county office. The notice shall be posted on the door of the courthouse and any other place deemed appropriate by the canvassing board including, but not limited to, a county website. [§ 17-6-28(c)] | Monday, November 14, 2022 |
| The county canvassing board must determine whether the number of write-in votes cast is greater than or equal to the difference in votes between the candidates receiving the greatest number of votes for the specific county office. [§ 17-6-28(c)] | Monday, November 14, 2022 |
| Upon receipt of all county reports setting out the number of write-in votes for each federal or state office, the Secretary of State shall determine whether the number of write-in votes cast statewide for any specific federal or state office is greater than or equal to the difference in votes between the candidates receiving the greatest number of votes for that office. In the event the Secretary of State determines that the number of write-in votes cast statewide for any federal or state office is greater than or equal to the difference in votes between the candidates receiving the greatest number of votes for that office, not later than noon on the first Monday following the election, the Secretary of State shall notify each judge of probate from a county where write-in votes for that office were cast that the write-in votes for that office shall be counted and reported. [§ 17-6-28(c)] | Monday, November 14, 2022 |
| Upon determining the number of write-in votes as required, all ballots, ballot images, or results tapes with write-in votes shall be delivered to the sheriff who shall securely keep them in the same manner as provisional ballots are kept. [§ 17-10-2(d)] | Tuesday, November 15, 2022 |
| When the number of write-in votes for any specific office is greater than or equal to the difference in votes between the candidates receiving the greatest number of votes for that office write-in votes shall be counted at the same time and in the same manner as provisional ballots are counted. [§ 17-10-2(f)] | Tuesday, November 15, 2022 |
| Absentee ballots submitted by UOCAVA voters must be accepted until noon this day. The ballot must have been postmarked no later than election day and meet other absentee ballot requirement to be counted. [§ 17-11-18(b)] | Tuesday, November 15, 2022 |
| The absentee election manager must report, for the general election, the number of military and overseas ballots mailed out and the number of ballots received to the Secretary of State within 7 days after the election. [§ 17-11-5(d)] | Tuesday, November 15, 2022 |
| The board of registrars must deliver the provisional voter affirmations and inspector challenge statements, with the certified findings attached, to the probate judge no later than noon 7 days after the election. [§ 17-10-2(e)] | Tuesday, November 15, 2022 |
| At noon, the canvassing board for poll workers shall tabulate provisional ballots which have been certified by the board of registrars. The canvassing board must certify the results of the provisional votes cast and must post one copy in the courthouse and must seal one copy into a container designated for each political party 7 days after the election. [§ 17-10-2(f)] | Tuesday, November 15, 2022 |
| The county canvassing board must make in writing a public declaration of results by noon on the second Friday after the election. (§ 17-12-15) | Friday, November 18, 2022 |

## Administrative Calendar
## 2022 Statewide Election

Revised 10/12/2021

| | |
|---|---|
| **Alabama Statewide Primary Election - May 24, 2022** | |
| **Primary Runoff Election - June 21, 2022** | |
| **General Election - November 8, 2022** | |

| Activity | Date |
|---|---|
| The county canvassing board must file the original canvass of returns for county offices, including state House and state Senate, in the probate office, post a copy of the returns at the courthouse door, and immediately transmit a copy of the returns by fax to the Secretary of State. (§ 17-12-16) | Friday, November 18, 2022 |
| The county canvassing board must file the county certificate of results for constitutional officers with the judge of probate. The judge of probate must immediately forward the certificate of results to the Secretary of State. (§ 17-12-16) | Friday, November 18, 2022 |
| **State Holiday - Thanksgiving** | **Thursday, November 24, 2022** |
| The Secretary of State must furnish certificates of election to members of the legislature and members of Congress within 10 days of receiving returns from the judge of probate of each county. (§ 17-12-21) | Monday, November 28, 2022 |
| The last day for the Governor, Secretary of State, and Attorney General to canvass election returns required by law to be sent to Secretary of State is within 22 days after the election. (§ 17-12-17) | Wednesday, November 30, 2022 |
| **State Holiday - Christmas Day Recognized** | **Monday, December 26, 2022** |
| **State Holiday - New Year's Day Recognized** | **Monday, January 2, 2023** |
| Absentee election manager must file list of applications for absentee ballots from the general election with probate judge 60 days after the election. [§ 17-11-5(c)] | Saturday, January 7, 2023 |
| Inauguration Day for certain non-federal offices is on the first Monday after the second Tuesday in January after the election. (§§ 36-3-1, 36-3-2, 36-3-3) | Monday, January 16, 2023 |
| **State Holiday - Martin Luther King, Jr. and Robert E. Lee's Birthday** | **Monday, January 16, 2023** |
| The last day for Secretary of State to report information on the number of military and overseas ballots mailed out and the number of ballots received to the Federal Election Assistance Commission; within 90 days of each regularly scheduled general election for federal office. [§ 17-11-5(d)] | Monday, February 6, 2023 |
| The last day candidates in the general election can accept contributions to retire a campaign debt is 120 days after the general election. [§ 17-5-7(b)(3)] | Wednesday, March 8, 2023 |
| The sheriff can destroy ballots 22 months after general election unless there is notification that election has been contested. (52 U.S.C. § 20701) | Sunday, September 8, 2024 |

## Helms, Clay

| | |
|---|---|
| **From:** | Helms, Clay |
| **Sent:** | Monday, December 6, 2021 12:20 PM |
| **To:** | 'DougBellforUSCongress@gmail.com' |
| **Subject:** | Independent Candidate Qualification: Alabama |

Hello Mr. Bell,

Our office is waiting for county registrar offices to input the redistricting data from the 2020 Redistricting Plan finalized by the state legislature, along with the redistricting plans finalized by their individual counties for local offices. Once their process is complete, we will begin compiling data to determine the exact signature requirements for each political district at the state level.

We have received correspondence from your campaign regarding general questions for the 2022 election cycle. Since we are aware of your campaign, I wanted to proactively reach out to you and let you know that the final, required number of signatures for Congressional District 3 is unfinished, but that we will compile that data and make it available at Alabamavotes.gov as soon as the counties have finished their work.

The signature requirement based on the district lines from the 2018 General Election for Congressional District 3 was **6977.** That number can only be considered a rough estimate at this point, as the official number of required signatures will depend on the new district lines. As a reminder, our office advises all independent and minor party candidates to obtain in excess of the required number of signatures, as petition signatures may be determined to be of voters outside of the jurisdictional lines, or may not be voters at all.

If you have any questions, please do not hesitate to let us know.

Sincerely,

Clay Helms
Deputy Chief of Staff, Director of Elections
Office of Secretary of State John H. Merrill
Alabama State Capitol, Suite E-206
600 Dexter Avenue, Montgomery, AL 36130

Email: Clay.helms@sos.alabama.gov
Phone: 334-353-7177



1

# State of Alabama Voter Registration Form

**NVRA-2**
2021.03.08

*FOR USE BY U.S. CITIZENS ONLY* ◆ *FILL IN ALL BOXES ON THIS FORM* ◆ *PLEASE USE INK* ◆ *PRINT LEGIBLY*

**You can use this form to:**
▶ Register to vote in Alabama.
▶ Update your voter registration record, if you have changed your name or address.

**Deadline for submitting application:**
Voter registration and updating of voter records is closed during the 14 days prior to each election in Alabama.

**To register to vote in the State of Alabama, you must:**
▶ Be a citizen of the United States.
▶ Live in Alabama.
▶ Be at least 18 years of age on or before election day.
▶ Not have been convicted of a disqualifying felony, or if you have been convicted, you must have had your civil rights restored.
▶ Not have been declared "mentally incompetent" by a court.

**ID requested:** You may send with this application a copy of valid photo identification. You will be required to present valid photo identification when you vote at your polling place or by absentee ballot, unless exempted by law. For more information, go to www.alabamavotes.gov or call the Elections Division: 800-274-8683.

① **Are you a citizen of the United States of America?** ☐ Yes ☐ No

② **Will you be 18 years of age on or before election day?** ☐ Yes ☐ No

**ATTENTION! If you answer "No" to either of these questions, do not complete this application.**

③ **Print Your Name:**
First   Middle   Last   Suffix

Alabama Driver's License or Non-Driver ID Number:   STATE   NUMBER

④ **Print Maiden Name / Former Name (if reporting a change of name)**
First   Middle   Last   Suffix

**IF YOU HAVE NO ALABAMA DRIVER'S LICENSE OR ALABAMA NON-DRIVER ID NUMBER**
Last four digits of Social Security number:

⑤ **Date of Birth** (mm/dd/yyyy) ⑥ **Primary Telephone** ( ) ⑦ **Email Address**

☐ I do not have an Alabama driver's license or Alabama non-driver ID or a Social Security number.

⑧ **Addresses**

**Current**

**Address where you live:** (Do not use post office box)   Home Address (include apartment or other unit number if applicable)   City   State   ZIP

**Address where you receive your mail:**   Mailing Address, if different from Home Address   City   State   ZIP

**Old**

**Address where you were last registered to vote:** (Do not use post office box)   Former Address   City   County   State   ZIP

⑨ **Sex** (check one)
☐ Female ☐ Male

⑪ **Place of Birth**   City   County   State   Country

⑩ **Race** (check one)
☐ White ☐ Black
☐ Asian ☐ American Indian
☐ Hispanic ☐ Other

⑫ **Map / Diagram**
If your home has no street number or name, please draw a map of where your house is located. Please include roads and landmarks.

⑬ **Did you receive assistance?**
If you are unable to sign your name, who helped you fill out this application? Give name, address, and phone number (phone number is optional).

**REGISTRARS USE ONLY**

DATE ☐ APPROVED ☐ DENIED
_____
(mm/dd/yyyy)

County Pct _____
City Pct _____

Board member _____

Board member _____

Board member _____

**Voter Declaration - Read and Sign Under Penalty of Perjury**
▶ I am a U.S. citizen
▶ I live in the State of Alabama
▶ I will be at least 18 years of age on or before election day
▶ I am not barred from voting by reason of a disqualifying felony conviction (The list of disqualifying felonies is available on the Secretary of State's website at: sos.alabama.gov/mtfelonies)
▶ I have not been judged "mentally incompetent" in a court of law

I solemnly swear or affirm to support and defend the constitution of the United States and the State of Alabama and further disavow any belief or affiliation with any group which advocates the overthrow of the governments of the United States or the State of Alabama by unlawful means and that the information contained herein is true, so help me God.

☐ **OPTIONAL:** Because of a sincerely held belief, I decline to include the final four words of the oath above.

**YOUR SIGNATURE** _____ **DATE** (mm/dd/yyyy) _____

**If you falsely sign this statement, you can be convicted and imprisoned for up to five years.**

**The decision to register to vote is yours. If you decide to register to vote, the office at which you are submitting this application will remain confidential and will be used only for voter registration purposes. If you decline to register to vote, your decision will remain confidential and will be used only for voter registration purposes.**



John H. Merrill - Secretary of State

Questions? Call the Elections Division at 1-800-274-8683 or 334-242-7210

To mail, put the address of your county Board of Registrars on the lines below.

**AUTAUGA COUNTY**
PO Box 680036
Prattville 36068-0036
(334) 358-6740

**BALDWIN COUNTY**
PO Box 1507
Bay Minette 36507-1507
(251) 937-0305

**BARBOUR COUNTY**
303 E Broad St Rm 108
Eufaula 36027
(334) 687-1585

**BIBB COUNTY**
8 Court Square W
Centreville 35042
(205) 926-3102

**BLOUNT COUNTY**
220 Second Ave E Rm B-5
Oneonta 35121
(205) 625-4182

**BULLOCK COUNTY**
217 Prairie St N Rm 101
Union Springs 36089-1659
(334) 738-5372

**BUTLER COUNTY**
700 Court Sq Rm 8
Greenville 36037-2308
(334) 382-5685
(334) 382-6829

**CALHOUN COUNTY**
1702 Noble St Ste 113
Anniston 36201-3889
(256) 241-2930

**CHAMBERS COUNTY**
18 Alabama Ave E Rm 101
Lafayette 36862
(334) 864-4313

**CHEROKEE COUNTY**
260 Cedar Bluff Rd Ste 106
Centre 35960-1403
(256) 927-5336

**CHILTON COUNTY**
PO Box 640
Clanton 35046-0640
(205) 755-3820

**CHOCTAW COUNTY**
117 S Mulberry Ave Ste 1
Butler 36904-0132
(205) 459-2531

**CLARKE COUNTY**
PO Box 10
Grove Hill 36451-0010
(251) 275-3062

**CLAY COUNTY**
PO Box 446
Ashland 36251-0446
(256) 354-7815

**CLEBURNE COUNTY**
120 Vickery St Rm 103
Heflin 36264-1166
(256) 463-5299

**COFFEE COUNTY**
6 County Complex
New Brockton 36351-9791
(334) 894-5347

**COLBERT COUNTY**
201 N Main St
Tuscumbia 35674-2095
(256) 386-8535

**CONECUH COUNTY**
111 Court St Rm 102
Evergreen 36401
(251) 578-7024

**COOSA COUNTY**
PO Box 218
Rockford 35136-0218
(256) 377-2418

**COVINGTON COUNTY**
228 Hillcrest Dr
Andalusia 36420-2570
(334) 428-2685

**CRENSHAW COUNTY**
PO Box 328
Luverne 36049-0328
(334) 335-6568 x251
(334) 335-6568 x252
(334) 335-6568 x253

**CULLMAN COUNTY**
500 2nd Ave SW Rm 112
Cullman 35055-4135
(256) 775-4750
(256) 755-4697

**DALE COUNTY**
PO Box 1101
Ozark 36361-1101
(334) 774-9038

**DALLAS COUNTY**
PO Box 987
Selma 36702-0987
(334) 874-2534

**DEKALB COUNTY**
111 Grand Ave SW Ste 105
Fort Payne 35967
(256) 845-8598

**ELMORE COUNTY**
100 E Commerce St Rm 205
Wetumpka 36092-2746
(334) 567-1150
(334) 567-1197

**ESCAMBIA COUNTY**
PO Box 557
Brewton 36427-0557
(251) 867-0243
(251) 867-0312

**ETOWAH COUNTY**
800 Forrest Ave Ste 206
Gadsden 35901-3651
(256) 549-5384

**FAYETTE COUNTY**
103 First Ave NW Ste 4
Fayette 35555-2627
(205) 932-5432

**FRANKLIN COUNTY**
PO Box 70
Russellville 35653-0070
(256) 332-8849

**GENEVA COUNTY**
PO Box 430
Geneva 36340-0430
(334) 684-5655

**GREENE COUNTY**
PO Box 224
Eutaw 35462-0224
(205) 372-9669

**HALE COUNTY**
905-D Centerville St
Greensboro 36744-1536
(334) 624-4672

**HENRY COUNTY**
101 Court Square Ste K
Abbeville 36310-2135
(334) 585-6080

**HOUSTON COUNTY**
PO Box 6406
Dothan 36302-6406
(334) 677-4776

**JACKSON COUNTY**
102 E Laurel St
Scottsboro 35768
(256) 574-9339
(256) 574-9335

**JEFFERSON COUNTY**
716 R Arrington Jr Blvd N
Ste A-410
Birmingham 35203-0115
(205) 325-5550

**LAMAR COUNTY**
PO Box 338
Vernon 35592-0338
(205) 695-6348
(205) 695-9197

**LAUDERDALE COUNTY**
PO Box 1059
Florence 35631-1059
(256) 760-5840
(256) 760-5841

**LAWRENCE COUNTY**
14451 Market Street Ste 340
Moulton 35650
(256) 974-2460
(256) 974-2461

**LEE COUNTY**
PO Box 1530
Opelika 36803-1530
(334) 737-3635

**LIMESTONE COUNTY**
100 Clinton St S Ste E
Athens 35611-2665
(256) 233-6405

**LOWNDES COUNTY**
PO Box 311
Hayneville 36040-0311
(334) 548-2389
(334) 548-2080

**MACON COUNTY**
101 E Rosa Parks Ave Ste 100
Tuskegee 36083-1735
(334) 724-2617

**MADISON COUNTY**
819 Cook Avenue NW Ste 150
Huntsville 35801-5983
(256) 532-3510

**MARENGO COUNTY**
PO Box 480715
Linden 36748-0715
(334) 295-2249
(334) 295-2086

**MARION COUNTY**
PO Box 964
Hamilton 35570-0964
(205) 921-3625

**MARSHALL COUNTY**
424 Blount Ave Ste 106A
Guntersville 35976-1122
(256) 571-7740

**MOBILE COUNTY**
151 Government St Ste 165
Mobile 36602
(251) 574-8586
(251) 574-8587

**MONROE COUNTY**
PO Box 972
Monroeville 36461-0972
(251) 743-4107 x141

**MONTGOMERY COUNTY**
PO Box 1667
Montgomery 36102-1667
(334) 832-1215

**MORGAN COUNTY**
PO Box 668
Decatur 35602-0668
(256) 351-4660
(256) 351-4663

**PERRY COUNTY**
PO Box 555
Marion 36756-0555
(334) 683-2218 x5

**PICKENS COUNTY**
PO Box 173
Carrollton 35447-0173
(205) 367-2074

**PIKE COUNTY**
120 W Church St Rm B2
Troy 36081-1913
(334) 566-1757
(334) 566-6449

**RANDOLPH COUNTY**
PO Box 215
Wedowee 36278-0215
(256) 357-2138

**RUSSELL COUNTY**
PO Box 700
Phenix City 36868-0700
(334) 298-1443
(334) 448-1508

**SHELBY COUNTY**
PO Box 1642
Columbiana 35051-1642
(205) 669-3913

**ST. CLAIR COUNTY**
1815 Cogswell Ave Ste B-25
Pell City 35125
(205) 338-3954

**SUMTER COUNTY**
PO Box 783
Livingston 35470-0783
(205) 652-7902

**TALLADEGA COUNTY**
PO Box 6170
Talladega 35161-6170
(256) 761-2131
(256) 761-2132

**TALLAPOOSA COUNTY**
125 N Broadnax St Rm 20
Dadeville 36853-1371
(256) 825-1081

**TUSCALOOSA COUNTY**
2501 7th St Ste 200
Tuscaloosa 35401-1801
(205) 349-3870 x415

**WALKER COUNTY**
PO Box 1472
Jasper 35502-1472
(205) 384-7279

**WASHINGTON COUNTY**
PO Box 1224
Chatom 36518-1224
(251) 847-3255

**WILCOX COUNTY**
PO Box 661
Camden 36726-0661
(334) 682-9753

**WINSTON COUNTY**
PO Box 459
Double Springs 35553-0459
(205) 489-3966

**SECRETARY OF STATE
ELECTIONS DIVISION**
PO Box 5616
Montgomery 36103
(334) 242-7210
(800) 274-8683

YOUR ADDRESS:

PUT
FIRST
CLASS
STAMP
HERE

MAIL TO:

# BOARD OF REGISTRARS

# Voter Registration Application

**Before completing this form, review the General, Application, and State specific instructions.**

| Are you a citizen of the United States of America? ☐ Yes ☐ No<br>Will you be 18 years old on or before election day? ☐ Yes ☐ No<br>**If you checked "No" in response to either of these questions, do not complete form.**<br>(Please see state-specific instructions for rules regarding eligibility to register prior to age 18.) | This space for office use only. |
|---|---|

| | | | | | |
|---|---|---|---|---|---|
| **1** | ☐ Mr. ☐ Miss<br>☐ Mrs. ☐ Ms. | Last Name | First Name | Middle Name(s) | ☐ Jr ☐ II<br>☐ Sr ☐ III<br>☐ IV |

| | | | | | | |
|---|---|---|---|---|---|---|
| **2** | Home Address | | Apt. or Lot # | City/Town | State | Zip Code |

| | | | | | |
|---|---|---|---|---|---|
| **3** | Address Where You Get Your Mail If Different From Above | City/Town | State | Zip Code |

| | | | | | |
|---|---|---|---|---|---|
| **4** | Date of Birth<br><br>___ ___ ___<br>Month  Day  Year | **5** | Telephone Number (optional) | **6** | ID Number - (See item 6 in the instructions for your state) |
| **7** | Choice of Party<br>(see item 7 in the instructions for your State) | **8** | Race or Ethnic Group<br>(see item 8 in the instructions for your State) | | |

| | |
|---|---|
| **9** | I have reviewed my state's instructions and I swear/affirm that:<br>■ I am a United States citizen<br>■ I meet the eligibility requirements of my state and subscribe to any oath required.<br>■ The information I have provided is true to the best of my knowledge under penalty of perjury. If I have provided false information, I may be fined, imprisoned, or (if not a U.S. citizen) deported from or refused entry to the United States. | Please sign full name (or put mark) ▲<br><br>Date: ___ / ___ / ___<br>Month  Day  Year |

**If you are registering to vote for the first time:** please refer to the application instructions for information on submitting copies of valid identification documents with this form.

## *Please fill out the sections below if they apply to you.*

If this application is for a **change of name**, what was your name before you changed it?

| | | | | | |
|---|---|---|---|---|---|
| **A** | ☐ Mr. ☐ Miss<br>☐ Mrs. ☐ Ms. | Last Name | First Name | Middle Name(s) | ☐ Jr ☐ II<br>☐ Sr ☐ III<br>☐ IV |

If you were **registered before but this is the first time you are registering from the address in Box 2**, what was your address where you were registered before?

| | | | | | |
|---|---|---|---|---|---|
| **B** | Street (or route and box number) | Apt. or Lot # | City/Town/County | State | Zip Code |

If you live in a rural area but do not have a street number, or if you have no address, please show on the map where you live.

| | | |
|---|---|---|
| **C** | ■ Write in the names of the crossroads (or streets) nearest to where you live.<br>■ Draw an X to show where you live.<br>■ Use a dot to show any schools, churches, stores, or other landmarks near where you live, and write the name of the landmark.<br><br>Example<br>Route #2 ● Grocery Store<br>Woodchuck Road<br>Public School ●   X | NORTH ↑ |

If the applicant is unable to sign, who helped the applicant fill out this application? Give name, address and phone number (phone number optional).

| | |
|---|---|
| **D** | |

## Mail this application to the address provided for your State.

OMB Control No. 3265-0015

# FOR OFFICIAL USE ONLY

_____  _____

_____  _____

_____  _____

_____  _____

_____  _____

_____  _____

_____  _____

_____  _____

_____  _____

| FIRST CLASS |
| STAMP |
| NECESSARY |
| FOR |
| MAILING |



OFFICIAL ELECTION MAIL
Authorized by the U.S. Postal Service ®

_____

_____

_____

_____

OMB Control No. 3265-0015

| | Total Active & Inactive | Active | | | | | | | | | | Inactive | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Asian | American Indian | Black | Federally Registered (Any Race) | Hispanic | Korean | White | Other | Not Identified | Total Active | Asian | American Indian | Black | Federally Registered (Any Race) | Hispanic | Korean | White | Other | Not Identified | Total Inactive |
| TOTAL | 3,615,467 | 22,538 | 8,761 | 821,624 | 1,171 | 37,430 | 17 | 2,233,644 | 19,006 | 20,853 | 3,165,044 | 4,024 | 1,626 | 138,839 | 99 | 7,496 | 7 | 288,436 | 5,485 | 4,411 | 450,423 |
| AUTAUGA | 42,350 | 234 | 71 | 7,342 | | 288 | | 28,849 | 229 | 248 | 37,261 | 48 | 16 | 1,038 | | 74 | | 3,754 | 50 | 109 | 5,089 |
| BALDWIN | 180,687 | 823 | 572 | 11,092 | | 1,906 | | 137,486 | 947 | 661 | 153,487 | 174 | 150 | 2,181 | | 493 | | 23,541 | 260 | 401 | 27,200 |
| BARBOUR | 17,054 | 36 | 21 | 6,827 | | 87 | | 7,653 | 37 | 78 | 14,739 | 10 | 3 | 1,152 | 1 | 25 | | 1,081 | 13 | 30 | 2,315 |
| BIBB | 14,547 | 9 | 23 | 2,395 | | 51 | | 10,900 | 20 | 30 | 13,428 | 4 | 2 | 244 | | 8 | | 859 | 1 | 1 | 1,119 |
| BLOUNT | 41,075 | 68 | 88 | 552 | 2 | 1,076 | 1 | 35,671 | 129 | 100 | 37,687 | 12 | 12 | 83 | | 93 | | 3,109 | 31 | 48 | 3,388 |
| BULLOCK | 7,115 | 12 | 6 | 4,683 | | 44 | | 1,417 | 15 | 15 | 6,192 | 2 | 1 | 747 | | 6 | | 158 | 3 | 6 | 923 |
| BUTLER | 14,207 | 34 | 10 | 5,497 | | 30 | | 7,001 | 51 | 30 | 12,653 | 2 | 2 | 835 | | 7 | | 680 | 12 | 16 | 1,554 |
| CALHOUN | 78,802 | 355 | 138 | 13,747 | | 723 | | 53,249 | 530 | 465 | 69,207 | 72 | 37 | 2,610 | 2 | 129 | | 6,378 | 125 | 242 | 9,595 |
| CHAMBERS | 25,409 | 69 | 27 | 8,756 | | 93 | | 12,801 | 86 | 137 | 21,969 | 32 | 5 | 1,441 | | 28 | | 1,865 | 23 | 46 | 3,440 |
| CHEROKEE | 19,419 | 38 | 32 | 723 | | 60 | | 16,311 | 21 | 49 | 17,234 | 8 | 1 | 112 | | 24 | | 2,032 | 1 | 7 | 2,185 |
| CHILTON | 29,075 | 59 | 50 | 2,667 | 3 | 426 | | 22,647 | 124 | 94 | 26,070 | 10 | 6 | 383 | | 46 | | 2,497 | 24 | 39 | 3,005 |
| CHOCTAW | 10,706 | 4 | 33 | 4,071 | | 14 | | 5,286 | 8 | 23 | 9,401 | 4 | 3 | 664 | | 1 | | 563 | 6 | 12 | 1,305 |
| CLARKE | 18,986 | 39 | 33 | 7,756 | | 39 | | 9,096 | 39 | 33 | 17,035 | 5 | 5 | 894 | | 11 | | 1,009 | 6 | 17 | 1,951 |
| CLAY | 10,208 | 17 | 23 | 1,282 | | 72 | | 7,983 | 33 | 30 | 9,433 | 5 | 5 | 179 | | 12 | | 563 | 3 | 8 | 775 |
| CLEBURNE | 11,182 | 19 | 12 | 279 | | 49 | | 9,438 | 16 | 30 | 9,843 | 2 | 4 | 56 | | 10 | | 1,262 | 5 | 5 | 1,339 |
| COFFEE | 35,891 | 256 | 125 | 4,963 | 1 | 823 | 1 | 23,393 | 348 | 492 | 30,400 | 50 | 22 | 1,025 | | 277 | | 3,725 | 149 | 243 | 5,491 |
| COLBERT | 42,770 | 111 | 71 | 6,200 | 1 | 259 | 1 | 31,142 | 299 | 208 | 38,291 | 25 | 19 | 796 | | 43 | | 3,475 | 41 | 80 | 4,479 |
| CONECUH | 9,770 | 34 | 16 | 3,931 | | 25 | | 4,594 | 31 | 21 | 8,652 | 1 | 3 | 565 | | 5 | | 529 | 6 | 9 | 1,118 |
| COOSA | 8,082 | 12 | 15 | 2,162 | | 18 | | 5,100 | 24 | 21 | 7,343 | 4 | 4 | 241 | | 4 | | 480 | 4 | 6 | 739 |
| COVINGTON | 27,374 | 79 | 23 | 2,803 | | 114 | | 20,824 | 73 | 81 | 24,025 | 12 | 11 | 516 | | 28 | | 2,729 | 21 | 21 | 3,349 |
| CRENSHAW | 10,348 | 14 | 23 | 2,230 | 2 | 23 | | 6,892 | 17 | 33 | 9,232 | 5 | 4 | 320 | | 12 | | 759 | 4 | 12 | 1,116 |
| CULLMAN | 61,801 | 192 | 101 | 562 | 2 | 590 | 2 | 53,947 | 175 | 120 | 55,688 | 28 | 13 | 111 | | 73 | | 5,836 | 17 | 34 | 6,113 |
| DALE | 34,491 | 161 | 75 | 6,097 | 1 | 635 | 1 | 21,286 | 330 | 235 | 28,820 | 37 | 13 | 1,288 | 1 | 256 | | 3,714 | 142 | 220 | 5,671 |
| DALLAS | 29,840 | 88 | 19 | 18,372 | 1 | 24 | | 7,597 | 72 | 78 | 26,251 | 14 | 3 | 2,733 | | 15 | | 762 | 22 | 40 | 3,589 |
| DEKALB | 44,683 | 102 | 298 | 663 | 1 | 1,561 | | 36,536 | 144 | 120 | 39,424 | 16 | 49 | 183 | | 155 | | 4,793 | 23 | 40 | 5,259 |
| ELMORE | 59,487 | 222 | 117 | 10,134 | | 422 | | 42,432 | 280 | 296 | 53,903 | 26 | 25 | 1,244 | | 70 | | 4,050 | 57 | 57 | 5,584 |
| ESCAMBIA | 26,305 | 59 | 514 | 6,824 | | 115 | | 15,865 | 74 | 39 | 23,490 | 5 | 41 | 855 | | 25 | | 1,837 | 23 | 40 | 2,815 |
| ETOWAH | 74,178 | 297 | 117 | 9,790 | | 685 | | 54,988 | 197 | 371 | 66,445 | 48 | 23 | 1,639 | | 95 | | 5,751 | 57 | 120 | 7,733 |
| FAYETTE | 12,468 | 11 | 17 | 1,317 | | 44 | | 9,999 | 34 | 25 | 11,417 | 3 | 2 | 150 | | 13 | | 865 | 8 | 11 | 1,051 |
| FRANKLIN | 19,166 | 25 | 35 | 757 | 6 | 854 | | 16,166 | 72 | 12 | 17,927 | 3 | 6 | 58 | | 55 | | 1,106 | 5 | 6 | 1,239 |
| GENEVA | 19,490 | 25 | 78 | 1,535 | | 190 | | 15,179 | 42 | 46 | 17,095 | 2 | 14 | 247 | | 50 | | 2,037 | 13 | 32 | 2,395 |
| GREENE | 6,622 | 4 | 2 | 4,871 | | 14 | | 1,025 | 14 | 14 | 5,951 | 2 | 2 | 556 | | 4 | | 99 | 2 | 2 | 671 |
| HALE | 11,893 | 15 | 12 | 6,243 | | 21 | | 4,355 | 30 | 30 | 10,706 | 1 | 3 | 716 | | 4 | | 445 | 8 | 10 | 1,187 |
| HENRY | 13,812 | 23 | 17 | 3,297 | | 63 | | 8,920 | 38 | 47 | 12,405 | 3 | 7 | 430 | | 27 | | 907 | 11 | 22 | 1,407 |
| HOUSTON | 77,721 | 384 | 166 | 16,594 | | 731 | | 48,463 | 344 | 702 | 67,386 | 69 | 31 | 3,183 | 1 | 148 | | 6,633 | 73 | 197 | 10,335 |
| JACKSON | 38,383 | 84 | 319 | 1,165 | | 274 | | 32,022 | 72 | 121 | 34,057 | 12 | 56 | 195 | | 32 | | 3,977 | 14 | 73 | 4,326 |
| JEFFERSON | 483,045 | 3,619 | 504 | 177,663 | 1,126 | 4,225 | 2 | 230,346 | 2,590 | 3,365 | 423,440 | 786 | 103 | 26,137 | 84 | 728 | | 29,695 | 720 | 1,352 | 59,605 |

| County | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LAMAR | 10,636 | 5 | 5 | 1,061 | 31 | 8,667 | 22 | 14 | 9,805 | 1 | 4 | 133 | 8 | | 676 | 3 | 6 | 831 |
| LAUDERDALE | 65,863 | 212 | 137 | 5,150 | 463 | 55,665 | 235 | 300 | 58,162 | 33 | 24 | 1,140 | 106 | | 6,188 | 68 | 142 | 7,701 |
| LAWRENCE | 24,834 | 29 | 480 | 2,711 | 167 | 19,285 | 158 | 47 | 22,877 | 8 | 44 | 247 | 17 | | 1,598 | 14 | 29 | 1,957 |
| LEE | 119,888 | 1,411 | 133 | 23,197 | | 71,198 | 905 | 1,100 | 99,142 | 338 | 55 | 4,527 | 447 | 3 | 14,414 | 319 | 642 | 20,746 |
| LIMESTONE | 71,891 | 624 | 182 | 8,455 | 1,275 | 53,318 | 514 | 666 | 60,039 | 67 | 30 | 935 | 137 | 1 | 5,395 | 105 | 182 | 6,852 |
| LOWNDES | 9,799 | 12 | 9 | 6,410 | 17 | 2,227 | 15 | 17 | 8,764 | 3 | | | | | 220 | 3 | 6 | 1,095 |
| MACON | 16,707 | 24 | 10 | 10,296 | 36 | 2,235 | 94 | 37 | 8,703 | 3 | 4 | 855 | 8 | | 266 | 54 | 63 | 3,972 |
| MADISON | 299,620 | 4,169 | 973 | 59,012 | 4,905 | 179,893 | 2,669 | 3,032 | 254,654 | 676 | 184 | 15,821 | 1,137 | 1 | 24,871 | 793 | 1,484 | 44,966 |
| MARENGO | 15,608 | 23 | 8 | 7,206 | 48 | 6,440 | 25 | 20 | 13,770 | 5 | 3 | 1,072 | 13 | | 723 | 9 | 13 | 1,838 |
| MARION | 21,615 | 29 | 39 | 622 | 119 | 18,356 | 34 | 65 | 19,264 | 12 | 7 | 121 | 30 | | 2,147 | 9 | 25 | 2,351 |
| MARSHALL | 63,307 | 195 | 150 | 1,036 | 1,973 | 52,892 | 183 | 290 | 56,721 | 25 | 22 | 194 | 30 | 2 | 6,054 | 30 | 65 | 6,586 |
| MOBILE | 308,321 | 2,971 | 871 | 92,615 | 2,232 | 159,074 | 1,980 | 1,511 | 261,259 | 459 | 169 | 16,509 | 662 | 2 | 27,347 | 791 | 1,123 | 47,062 |
| MONROE | 16,038 | 39 | 72 | 5,980 | 26 | 7,934 | 31 | 211 | 14,103 | 9 | 16 | 918 | 8 | | 959 | 10 | 15 | 1,935 |
| MONTGOMERY | 157,263 | 1,585 | 150 | 82,070 | 1,114 | 50,684 | 813 | 1,431 | 137,855 | 257 | 28 | 12,400 | 244 | | 5,782 | 230 | 467 | 19,408 |
| MORGAN | 84,262 | 288 | 316 | 9,238 | 1,754 | 64,169 | 342 | 340 | 76,447 | 48 | 40 | 1,310 | 207 | 2 | 6,003 | 79 | 126 | 7,815 |
| PERRY | 7,764 | 4 | 11 | 5,057 | 7 | 1,797 | 7 | 7 | 6,890 | 3 | 2 | 624 | 7 | | 223 | 6 | 9 | 874 |
| PICKENS | 13,791 | 28 | 5 | 5,260 | 31 | 7,052 | 36 | 49 | 12,461 | 1 | 2 | 633 | 3 | | 665 | 9 | 17 | 1,330 |
| PIKE | 23,110 | 68 | 72 | 7,167 | 107 | 11,494 | 89 | 105 | 19,102 | 24 | 10 | 1,796 | 47 | 1 | 2,031 | 37 | 62 | 4,008 |
| RANDOLPH | 17,845 | 24 | 20 | 2,920 | 74 | 12,683 | 55 | 52 | 15,828 | 8 | 4 | 396 | 13 | | 1,559 | 13 | 24 | 2,017 |
| RUSSELL | 42,132 | 149 | 52 | 15,449 | 587 | 16,407 | 324 | 347 | 33,310 | 52 | 20 | 4,068 | 304 | 1 | 3,974 | 131 | 272 | 8,822 |
| SHELBY | 163,260 | 1,707 | 205 | 19,187 | 2,462 | 122,815 | 1,116 | 1,437 | 148,930 | 144 | 39 | 2,122 | 260 | | 11,217 | 194 | 354 | 14,330 |
| ST_CLAIR | 67,715 | 254 | 88 | 5,805 | 432 | 54,835 | 270 | 214 | 61,898 | 50 | 15 | 568 | 78 | | 4,987 | 44 | 75 | 5,817 |
| SUMTER | 9,630 | 12 | 13 | 6,183 | 3 | 1,918 | 15 | 14 | 8,158 | 2 | | 1,138 | 6 | | 308 | 7 | 11 | 1,472 |
| TALLADEGA | 58,057 | 154 | 85 | 16,556 | 203 | 34,111 | 206 | 200 | 51,517 | 31 | 18 | 2,675 | 65 | | 3,601 | 56 | 94 | 6,540 |
| TALLAPOOSA | 31,238 | 62 | 48 | 6,838 | 133 | 20,566 | 88 | 78 | 27,813 | 14 | 8 | 992 | 6 | | 2,314 | 26 | 45 | 3,425 |
| TUSCALOOSA | 146,211 | 670 | 153 | 39,158 | 1,034 | 80,096 | 823 | 828 | 122,765 | 182 | 64 | 6,981 | 25 | 1 | 14,761 | 418 | 726 | 23,446 |
| WALKER | 47,245 | 99 | 72 | 2,573 | 182 | 39,103 | 289 | 113 | 42,632 | 14 | 8 | 460 | 313 | 1 | 4,194 | 37 | 56 | 4,813 |
| WASHINGTON | 13,318 | 13 | 568 | 2,808 | 33 | 8,459 | 26 | 16 | 11,923 | 1 | 89 | 390 | 35 | | 892 | 7 | 9 | 1,395 |
| WILCOX | 8,545 | 15 | 9 | 5,690 | 6 | 2,243 | 7 | 11 | 7,981 | 1 | 1 | 435 | 7 | | 124 | 1 | 1 | 564 |
| WINSTON | 16,895 | 30 | 27 | 5,690 | 118 | 15,199 | 28 | 38 | 15,512 | 7 | 4 | 12 | 11 | 1 | 1,336 | 4 | 8 | 1,383 |