FILED
2021 Dec-23 PM 06:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

Page 90

1    to create a second district that you may well

2    risk having a minority representative in

3    Congress.

4                I believe it was 65 percent.  And

5    I think you were going to lower it to create

6    two, and it would be closer to 50 percent.

7         Q.    What about instead of an actual

8    majority-minority second district, what about

9    like an influence district just where, you

10   know, the population -- the African-American

11   population would be higher but maybe not

12   actually up to whatever threshold the

13   legislature considered necessary to be a

14   effective majority-minority district?

15        A.    I was aware of -- look, you have

16   35 state senators, and you have 105 state

17   house members.  Many of whom their motivation

18   for drawing district lines are their own

19   political interests.

20                So you would be talking to

21   Representative A or Senator B, and you may

22   well be talking to someone who was trying to

Page 91

1  draw a district for their political

2  aspirations as well.  So there were a lot of

3  different dynamics at play here.

4            But -- and I don't -- and I'm not

5  speaking for anyone else in the delegation,

6  but I don't believe that anyone in the

7  delegation believed that the creation of a

8  second minority district or a -- a significant

9  influence district was something that -- that

10  was given any real encouragement by any

11  members of our delegation, Democrat or

12  Republican.

13      Q.    When you say "the delegation," you

14  mean the -- the seven --

15      A.    Federal.  Uh-huh.

16      Q.    -- congressman -- congressmen and

17  women?

18            Why -- why do you think that

19  wasn't --

20      A.    Well, you'd have to ask the other

21  six members who were in at the time, but I

22  think everyone believed that there were

Page 92

1    historic benefits to the service of the

2    constituents to keep the districts as they

3    have been for several decades.

4         Q.    Were you supportive of creating a

5    second majority-minority or a significant

6    influence district?

7         A.    I saw no value in it because I was

8    very confident that I was serving the people

9    of my district regardless of their racial

10   background, their socioeconomic background,

11   their political views, their -- or -- or other

12   issues that -- that were at play.

13        Q.    To the -- to the best of your

14   recollection, were there any plans that you

15   remember that did propose having a second

16   majority-minority or a significant influence

17   district?

18        A.    I -- I remember seeing -- and I

19   can't tell you whether it was the 2010 or the

20   2000 redistricting, but I remember seeing a

21   plan similar to this that would have gone

22   under Mobile Bay.

Case 2:21-cv-01536-AMM   Document 76-11   Filed 12/23/21   Page 4 of 84

1            There was actually a question

2    about whether that would make that contiguous

3    or not.  We'd go all the way over to Dothan.

4    I saw one that even went all the way up to

5    Auburn in Lee County.  And then the other part

6    of Mobile that would go all the way up to

7    Pickens and Tuscaloosa.

8            And having been a student at the

9    University of Alabama and having had children

10   who attended the University of Alabama --

11        Q.    Uh-huh.

12        A.    -- I knew how hard it was to get

13   to Tuscaloosa.  There's no four-lane road

14   there anymore than there's a four-lane road

15   from Mobile to Dothan.

16            So I -- I heard that there were

17   legislators that were talking about that, but

18   I didn't spend a lot of time encouraging that,

19   and therefore, I didn't spend any time with

20   those legislators.  But -- but keep in mind,

21   other legislators, other members of Congress

22   from the delegation were similarly looking

Page 94

1      after what was the district that they knew

2      best, and the one that they had worked in and

3      had run in and been successful in.

4           Q.     Do you recall having any

5      conversations or discussions or other

6      communications about why you didn't

7      encourage -- I think you said encourage -- a

8      second majority-minority or a significant

9      influence district?

10          A.     I -- I had no reason to encourage

11     creating a second minority district that would

12     have, in my view, been detrimental to my

13     district and to the service that my staff and

14     I were rendering.

15                 We had an outstanding reputation

16     for serving people without regard to their

17     political views, their -- I mean, we did not

18     have a litmus test.  If you called my office

19     and you needed help, you got help.

20                 And the proof of that is, is that

21     I won -- I -- I won five of the six counties

22     in my first race, and I won all six counties

Page 95

1    in every subsequent race and with a couple

2    times running unopposed.  If I were not doing

3    a good job, I would have drawn an opponent.

4          Q.    Uh-huh.  Did you ever speak with

5    any constituents or anyone in your district

6    about the potential to have a second

7    majority-minority district or --

8          A.    No one ever contacted me that I

9    can recall saying that they felt that they

10   needed a second minority district to be better

11   represented.  I'm not saying that there were

12   not people who might have thought that.

13              But when I went to town hall

14   meetings in Prichard or in Trinity Gardens or

15   in other communities throughout the district,

16   I -- I can't recall -- and again, I said I had

17   450, so I'm not saying they were all

18   lovefests, but I can't recall anyone ever

19   coming and saying that they wished that they

20   were in a different district and had a

21   different congressman.

22         Q.    In your view, why -- why was a

Case 2:21-cv-01536-AMM   Document 76-11   Filed 12/23/21   Page 7 of 84

1    second majority-minority or influence district

2    not created in the last plan in 2011?

3           A.    Well, I can't really speak for the

4    mindset of 140 legislators.

5           Q.    Of course.  In -- in your -- in

6    your view.

7           A.    I -- I -- I really don't know that

8    I'm qualified to answer that.

9           Q.    That -- that's perfectly fine.

10          And can you -- can you recall any

11   communications that you had with anybody,

12   conversations or written or in some of the,

13   you know, your delegation meetings --

14          A.    Well --

15          Q.    -- any conversations about

16   creating that or why it shouldn't be created

17   or should be?

18          A.    I -- I really and truly can't

19   recall that the delegation -- when we met to

20   talk about the redistricting process, I really

21   can't recall that we spent a lot of time

22   talking about all the different scenarios that

Page 97

1    were out there.

2            Our goal was to work cohesively to

3    represent the state, to keep as much

4    disruption to a minimum as possible, and to

5    show, as we tried to show with our daily

6    service, that regardless of -- of which party

7    we represented, that we represent the same

8    state.  And that we work together for the good

9    of the people of Alabama.

10           Q.    So it sounds like you don't recall

11   any conversations then within the delegation

12   about the potential for creating a second

13   majority-minority or influence district?

14           A.    I -- I -- I can't say

15   categorically there were none -- there were

16   not any.  I don't recall any at this moment,

17   no.

18           Q.    What about conversations or

19   communications outside of the delegation?  Do

20   you recall any of those?

21           A.    No, because we didn't come to

22   Montgomery to work with the state legislature

Page 98

1    with the goal of looking at options and

2    creating a different map.  We all believed

3    that we were serving -- I said with confidence

4    that I felt like I was serving the people of

5    my district.

6                    I -- I think that every member of

7    the delegation would have said the same thing.

8    Without being cocky, just with -- just

9    confidence that we were doing the best we

10   could to represent the people of our

11   districts.

12        Q.     Understood.

13               Did -- in terms of the delegation,

14   did you -- was it your position then that you

15   should keep the districts the way that they

16   were, or did you have a plan that you

17   proposed --

18        A.     We --

19        Q.     -- a physical plan that you

20   proposed?

21        A.     We knew we would have to make

22   adjustments based on population.

Page 99

1          Q.      Uh-huh.

2          A.      And -- and we agreed that we would

3    make adjustments based on that.  And quite

4    frankly, some members ended up getting -- in

5    the final plan, some members ended up getting

6    counties that they had not sought.  But that

7    was what, in the wisdom of the legislature,

8    needed to be done to accomplish the goal of

9    the map.

10         Q.      So did the delegation present a

11   map that they wanted, or was there a

12   physical -- you know, like a proposed map from

13   the delegation?

14         A.      I -- I believe we had an agreed

15   upon.  I can't tell you that we produced a map

16   or that a map was submitted.  It could have

17   been.  I really don't recall.  We -- we ended

18   up agreeing that we would take what the

19   legislature did and not challenge that.

20                 But, for instance, the northern

21   part of Tuscaloosa County in the previous

22   redistricting was represented by Congressman

Page 100

1    Bachus.  And it was adjusted to where it would

2    be Congressman Aderholt.  And -- but -- but

3    for the greater good of serving the state,

4    there was -- it -- it -- it was not that big

5    of an adjustment to where it created any

6    tension within the delegation.

7         Q.    So to the -- the best of your

8    recollection, were there any, I guess,

9    disagreements between what the legislature had

10   proposed and what the Alabama delegation had

11   wanted?

12        A.    Once the legislature made its map

13   final, we all got on board trying to support

14   getting it cleared by the Justice Department

15   and put into place so that we could know what

16   districts we would be running in and begin

17   that process.

18             Ten years earlier, it was a much

19   more challenging effort.  The governor

20   actually called, I think, two or three special

21   sessions to deal with redistricting.  A

22   federal court had gotten involved.

Page 101

1            And I was working as a staffer at

2    the time, but there was a concern that we may

3    not even have maps in place for the members to

4    run in.  So contrast that experience with this

5    where we were working with the legislature

6    that was trying to keep the districts as close

7    as to what they had been historically in

8    recent history, we -- we -- we chose not to

9    disagree over little things.

10        Q.    Understood.

11            Ms. MADDURI:  I think -- do you --

12    would you want to take a break?  We've been

13    going for a little while.  I have some -- I do

14    have some questions about the previous

15    redistricting too.

16            MR. DAVIS:  Sure.  This is a fine

17    time.

18            MS. MADDURI:  This might be a good

19    time to --

20            THE WITNESS:  Sure.

21            THE VIDEOGRAPHER:  This ends MPEG

22    two in the continued deposition of Josiah

Page 102

1    Bonner.  We are off the record at 11:08.

2                  (A recess was taken.)

3                  THE VIDEOGRAPHER:  This begins

4    MPEG three in the continued deposition of

5    Josiah Bonner.  We are on the record at 11:22.

6        Q.    (By Ms. Madduri)  So before the

7    break, I think we were going to start talking

8    about the previous cycle of redistricting.

9    What was your -- what was your role in that?

10       A.    I was Chief of Staff for

11   Congressman Callahan.  And just as when I was

12   in Congress and sent my staff down, I went

13   down on behalf of Congressman Callahan, and I

14   was there with the other Chiefs of Staff from

15   the other members of Congress.

16                  And it was basically the same

17   thing, to work with the legislature to try to

18   get a plan that was as close to what we had

19   knowing that there would have to be some

20   adjustments made for population shift.

21       Q.    Do you remember, just roughly, how

22   many times did you meet or have conversations

Page 103

1    about this with the other Chiefs of Staff and

2    the delegation?

3         A.     Frequently.  And by that, I would

4    say that leading up to the redistricting year,

5    you know, we would meet probably -- it's been

6    20 years.  It's been longer than that, but

7    we -- we would've met between five and ten

8    times.

9         Q.     And that's the delegation?

10        A.     Uh-huh.  Yes, ma'am.

11        Q.     Okay.  And what about

12   representatives of the legislature?

13        A.     So Congressman Callahan had served

14   in the legislature, and Congressman Bevill was

15   the senior member of Congress at the time.

16   No.  That would have been in the '90.

17             So in the 2000, Sonny may have

18   been the only -- and -- and Spencer Bachus, I

19   think were the only two members that had

20   previously served in legislature.

21             So the advantage of working for a

22   member who's been in the legislature or the

Page 104

1    advantage of being a member who came from the

2    legislature like Congressman Rogers did is, is

3    that you have those preexisting friendships.

4    You have those preexisting relationships.  But

5    -- but -- but we worked closely.

6                    Walter Braswell was Congressman

7    Harris' Chief of Staff.  Tom Bevill was

8    represented by Don Smith.  You have to

9    understand a small delegation like ours has a

10   very special relationship.  The chiefs of

11   staffs meet every month and have lunch as do

12   the members.

13                   I can tell you of very few

14   congressional delegations that meet monthly,

15   Democrat and Republican, House and Senate, and

16   talk about what we can do to -- to serve

17   Alabama as well as the Alabama delegation

18   does.  And that has historically been the

19   case, and it continues to be the case.  And

20   it's one of the hallmarks of what makes this

21   delegation so effective.

22                   You look at Alabama's nine person

Page 105

1    delegation compared to Texas or California or

2    New York or Florida, and they can't sometimes

3    agree on what the state colors are much less

4    on how they can work together for the good of

5    the state.

6          Q.    So you all met maybe five to ten

7    times, you said, prior to that redistricting.

8    What about with the legislature or legislature

9    representatives?

10         A.    We -- we -- we would come -- of

11   those -- and five or ten is certainly a guess,

12   but of the times that we met, most of those

13   meetings were in Washington.  And then once

14   the legislature started coming into session

15   and they started to focus on that, we worked

16   closely with the governor who is a Democrat.

17               We worked closely with the Speaker

18   of the House who was a Democrat.  We worked

19   closely with the Lieutenant Governor and the

20   Senate and the House leadership.  And back in

21   the 2000 census as opposed to the 2000 -- or

22   the redistricting as opposed to the 2010, it

Page 106

1    was a Democrat majority in the legislature.

2         Q.    Within the congressional

3    delegation, were there -- did you all have

4    sort of a unified view on what should be done

5    with the redistricting?  Were there any

6    conflicting views or disagreements within the

7    delegation?

8         A.    We were consistent as we were ten

9    years later.  We -- we tried to work

10   cohesively to help the legislature draw a map

11   that would not disrupt the service to the

12   state but would, in fact, allow its continuity

13   to continue.

14        Q.    And were there any conflicts or

15   disagreement between what the legislature

16   wanted to do with the map versus what the

17   congressional delegation wanted to do?

18        A.    I believe that it was about that

19   time that some in the legislature wanted to

20   create a minority-majority district, and that

21   was creating some tension within the Democrat

22   members of the delegation, but it was not

Page 107

1    something that we felt -- that Congressman

2    Callahan felt that he needed to get involved

3    in because he was going to work with the

4    delegation regardless.

5            Q.    And was that the creation -- what

6    ultimately was the creation of congressional

7    district 7?

8            A.    Yes, ma'am.

9            Q.    Okay.  Did you or you on behalf of

10   congressional -- Congressman Callahan have any

11   views about whether that district should or

12   shouldn't be created?

13           A.    Not that I recall.

14           Q.    Do you remember any conversations

15   about --

16           A.    (Witness shakes head.)

17           Q.    -- the creation of that --

18           A.    No, ma'am, I really don't.

19           Q.    Do you recall if you were

20   supportive of creating that district?

21           A.    Well, my role was really to focus

22   on the 1st congressional district, and it

Case 2:21-cv-01536-AMM Document 76-11 Filed 12/23/21 Page 19 of 84

Page 108

1    didn't really have as much of an impact

2    because this is where you get parochial.

3              You -- you focus on your district,

4    and then it's like putting a puzzle together.

5    You see how your district's going to fit with

6    this district and that district.  So our focus

7    was on trying to preserve the integrity of the

8    1st congressional district, which is what we

9    did.

10        Q.    Were any changes made to the 1st

11   congressional district in order to create that

12   majority-minority district?

13        A.    Well, in the 1990 census, we lost

14   Wilcox County, and then in the 2000 census, we

15   lost a part of Clarke County.

16        Q.    Was that something that you -- I

17   guess, first with Wilcox County, the loss of

18   Wilcox County, was that something that you

19   opposed or supported or how -- how was that?

20        A.    Well, I was a relatively young

21   staffer, and so I didn't really have a -- a

22   vote, if you will.  They needed to make the

Page 109

1    adjustments.  As I recall, the -- the map that

2    was drawn that resulted in the loss from

3    Wilcox County I think was actually drawn by a

4    three-judge panel, I believe.

5              So we -- we were not -- my ties to

6    Wilcox County were personal.  They were not

7    the congressman's ties.  He was from Mobile,

8    and he wanted to make certain that the

9    district remained as intact from Mobile and

10   Baldwin Counties as possible, and therefore

11   that was my objective too.

12        Q.    Do you recall any conversations or

13   communications about the drawing of the map by

14   that three-judge panel in relation to the 1990

15   redistricting?

16        A.    I remember that the legislature

17   was not able to draw a map, and we needed a

18   map.  And it went to a three-judge panel, and

19   the map they produced was one that the members

20   of Congress all -- I mean, if a three-judge

21   panel makes the decision, it -- it's hard to

22   go back in and ask them if they'll make some

Page 110

1    changes to it to make you a little bit

2    happier.  So we -- we took it, and we were --

3    we did the best we could to serve it.

4         Q.     But do you remember having any

5    conversations or communications about just the

6    views on what they had done?

7         A.     So now we're going back to --

8         Q.     We're going back to 1990.

9         A.     -- '90.  I -- I don't recall any

10   conversations.

11        Q.     And when that map was redrawn,

12   the -- the majority-minority district was not

13   created, correct?

14        A.     I -- I believe that's correct.

15   I'd have to look at the map to see, but I

16   believe that that's correct.

17        Q.     Okay.  I think you mentioned that

18   the redistricting process in relation to the

19   2000 census was contentious.  Can you talk a

20   little bit about what you mean -- meant by

21   that?

22        A.     Well, Congressman Harris believed

Page 111

1    that he served the people of the 7th district

2    well.  And he -- I think most of the members

3    of -- of the delegation believed that he did

4    and most of the people in his district did

5    because he was re-elected several times.

6                But when the decision was made to

7    create the district, President Clinton was in

8    office, and I guess to soften the blow, if you

9    will, Congressman Harris was made U.S.

10   Attorney.

11               So he was no longer going to be

12   afforded the opportunity to be -- I mean, I'm

13   not saying he couldn't have gotten elected.

14   He was very popular.  But the district was

15   created to create a majority-minority

16   district.

17               And I don't -- I don't know that

18   many people could have gotten elected in that

19   district other than a minority member who was

20   Congressman Earl Hilliard -- then State

21   Senator Earl Hilliard.

22               I mean, he had a primary, but the

Page 112

1   primary for all practical purposes served as

2   tantamount to the general election because if

3   you got the Democrat nomination, as was true

4   in Alabama for many years, you basically had

5   been elected.  The general election was just a

6   formality.

7        Q.     So I think I might have asked you

8   this, but I'm misremembering, so I want to

9   make sure I understood what you said.

10             Do you -- were you supportive of

11  creating that majority-minority district?

12       A.     As a young Hill staffer, no one

13  really asked me whether I supported it or not.

14  The -- the members of the delegation, though,

15  agreed to work with -- through the differences

16  of opinion.

17             Congressman Harris is deceased.

18  He died of cancer, so he would not be here to

19  speak for himself.  And I'm certainly not

20  qualified to speak for him, but my

21  recollection -- his Chief of Staff and I were

22  good friends.  It was Walter Braswell.  He has

Page 113

1    passed away as well.  So there's no one who

2    can dispute what I'm about to say.

3                    But I think that they personally

4    believed -- they were Democrats, conservative

5    Democrats, but they served that district with

6    integrity and with professionalism and to the

7    best of their ability.  And I think in their

8    view, they -- they believed they could have

9    continued to serve the district.

10                   But the political decision of

11   creating the majority-minority district was

12   made, and the reality was that that district

13   was not drawn with the intent to keep a white

14   Democrat in that seat.  That's not unusual

15   with other districts around the country where

16   those decisions are made by their legislators

17   as well.

18        Q.    Right.  So when you say the

19   decision was made, you're referring to the

20   Alabama legislature's decision?

21        A.    (Witness nods head.)

22        Q.    And --

Page 114

1          A.      Yes, ma'am.

2          Q.      Oh, thank you.

3                  And I -- I realize -- I realize

4     that -- I believe you were Chief of Staff at

5     that point, correct?

6          A.      In 1990, I was, yes.

7          Q.      Right.  Okay.  Or sorry -- in

8     2000.

9          A.      2000.

10         Q.      In the -- in the -- in the cycle

11    where the majority-minority was -- district

12    was created which is in 2000, correct?

13         A.      Well, I was Chief of Staff in 1990

14    and Chief of Staff in 2000.  If you've got the

15    maps, we can look at and I can show you.

16         Q.      I actually don't think I have that

17    map, but I just want to clarify.

18         A.      I -- I was Chief of Staff in 1990,

19    and I was Chief of Staff in 2000.

20         Q.      Correct.  And I might be

21    misunderstanding, but I thought the -- I

22    thought you said that the majority-minority

Page 115

1    district, CD 7, was created in the 2000 --

2    following the 2000 census?

3         A.    No.  It would have been created in

4    1990 --

5         Q.    Okay.

6         A.    -- following that because

7    President Clinton was in office during the

8    time that Congressman Harris became U.S.

9    Attorney.  And he was in office -- he was

10   elected in the '92 election and served until

11   2000.

12              So it would have been in the 1990

13   census that resulted in the redraw of the maps

14   that created the minority -- majority-minority

15   district.

16        Q.    Understood.  Understood.

17        A.    I was a young Chief of Staff.  12.

18        Q.    Understood.

19              And just to make sure I have this

20   straight, so then was that the cycle where you

21   said there were five to ten meetings of the

22   Alabama Congressional Delegation and

Page 116

1    subsequent meetings with the legislature?

2         A.    Yes.   And when I answered the

3    question about five to ten meetings, I could

4    not swear under oath that there were five or

5    ten.

6         Q.    Absolutely.

7         A.    All I know is, is that we

8    worked -- as I said, we -- we had monthly

9    meetings as the Chiefs of Staff.   The

10   delegation had monthly meetings.   And so I

11   don't know how many meetings we had, but how

12   ever many meetings we had that were focused on

13   redistricting, the goal was to try to work

14   together for the good of the state.

15        Q.    Understood.

16              To the best of your recollection,

17   was there any -- anyone that you were aware of

18   related to the Alabama Congressional

19   Delegation that was opposed to creating that

20   majority-minority district?

21        A.    I don't believe there was anyone

22   who was opposed to that I can recall.

Page 117

1     Congressman Harris didn't see the need for it.

2     But -- but that was -- but that was his view,

3     and it was not shared by the people who made

4     that decision.

5          Q.     Did you have any concerns with the

6     creation of that district --

7          A.     I --

8          Q.     -- the majority-minority district?

9          A.     I -- I really did not have any

10    concerns because my focus was on the 1st

11    congressional district.

12         Q.     Do you recall if Representative

13    Callahan had any --

14         A.     No.

15         Q.     -- concerns with creating that

16    district?

17         A.     None that I can recall.

18         Q.     Do you recall any communications

19    with anyone that you had where they were

20    concerned or opposed to creating that

21    majority-minority district?

22         A.     I -- I really don't remember that

Page 118

1    it was a -- a -- an issue for the delegation

2    other than Congressman Harris.  And I don't

3    recall that it was even that controversial in

4    the legislature.  But again, that's been

5    37 years ago, 39 years ago.  It's been a few

6    years.

7          Q.    Understood.

8                And just so I'm clear though.

9    There was a -- some kind of litigation that

10   followed that map being created with the

11   three-judge panel that you mentioned?

12         A.    In the 1990?

13         Q.    Right.  So I believe that map was

14   adopted in around 1992 because --

15         A.    I --

16         Q.    -- Clinton was in office?

17         A.    That -- that would sound about

18   right.

19         Q.    Okay.  So was there litigation

20   that you're aware of relating to that map

21   after that, so sometime in the early or

22   mid-1990s?

Page 119

1          A.      I really don't recall whether

2     there was litigation.  As a result of the map,

3     I remember that the legislature failed to do

4     its job, and the federal courts made the

5     decision to draw the map.

6          Q.      When you say failed to do their

7     job, what do you mean?

8          A.      The legislature in Alabama, as I

9     think in most states, is charged the

10    responsibility of redrawing every ten years

11    based on a new census.

12                 And as I recall, the legislature

13    was unable to agree on a plan, and if they

14    couldn't do it, the federal courts made the

15    decision that they could.  Someone had to.

16         Q.      Okay.  So the legislature was

17    unable to create a map at all?

18         A.      That -- that's my recollection.

19         Q.      Okay.  Do you recall what were the

20    main --

21         A.      I don't.

22         Q.      -- disagreements or what issues

Page 120

1    led to that?

2         A.    I'm sorry.  I don't.

3         Q.    No, that's fine.  What is the --

4    the Alabama Fair Reapportionment Fund?

5         A.    Can you tell me a little bit more

6    about it?

7         Q.    Well, I actually don't know that

8    much about it.

9         A.    Okay.

10        Q.    So I was hoping that you would

11   tell me about it.

12              MR. DAVIS:  Did you say Alabama

13   Fair Reapportionment Fund?

14              MS. MADDURI:  Correct.

15        A.    I'm -- I'm sorry.  I -- I don't

16   recognize that name.

17        Q.    (By Ms. Madduri)  Let me see.  I

18   do have an article that mentions it, so I can

19   give you that in case it helps trigger.

20              MS. MADDURI:  We can mark it.  I

21   think we'll be at Exhibit 9.

22              (Bonner Exhibit 9 was

Page 121

1               marked for identification.)

2              MR. WALKER: Are we going to mark

3     this?

4              MS. MADDURI: Yes. It's going to

5     be Exhibit 9.

6       Q. (By Ms. Madduri) And feel free to

7     review the article. I believe you're quoted

8     on the first page of that document.

9       A. I am. I have not seen this in a

10    long time so...

11       Q. And I know it's been a long time,

12    so I apologize for asking you to think back so

13    far.

14       A. Okay. So this fund, based on this

15    newspaper article, and now jogging my memory,

16    was established by the seven members of the

17    congressional delegation. And it appears that

18    all seven of them supported it.

19            I cannot answer whether all seven

20    of them financially contributed to it, but it

21    addresses something we talked about earlier.

22    So this was dealing with the 2001

Page 122

1    redistricting effort, but ten years earlier

2    when the federal courts drew this, the -- each

3    congressional office has what is called a

4    members representational account, an MRA.

5              That's the money -- it's like your

6    budget -- that you have to hire your staff, to

7    set up a district office, to pay for telephone

8    services, newspaper subscription services, and

9    things like that.  The law is clear that you

10   cannot use your congressional budget for

11   reapportionment purposes.

12             So as is noted in this article,

13   which has been entered as an exhibit, this

14   article states -- and I would have no reason

15   to dispute -- that Congressman Callahan

16   actually had to spend $250,000 from his

17   campaign fund ten years earlier to -- in

18   federal court in legal fees to support getting

19   a plan, a map, a redistricting plan that would

20   in fact allow him to continue to work, run in

21   a district that is close to what it looks like

22   today.

Page 123

1               So the members, proactively trying

2    to avoid a repeat of what happened ten years

3    ago, agreed to support a plan that we went to

4    the legislature and encouraged them to

5    consider.  And it was a plan that called for

6    keeping the districts as opposed to the plan

7    that at that time Dr. Joe Reed, who is

8    chairman of the Alabama Democratic Conference,

9    was pushing, which was to create a second

10   minority district.

11               But in this article, it says, it

12   quotes Congressman Hilliard who was the first

13   African-American member of the delegation

14   since reconstruction to say that -- Hilliard

15   says he knows of no plans to try to create the

16   second majority black district because the

17   changes that would require like -- because the

18   changes that would require likely wouldn't be

19   approved by the courts.

20               So you have to keep in mind it was

21   a different Justice Department.  It was a

22   different time, and at that time, while it

Page 124

1    appears Dr. Reed wanted two minority

2    districts, Congressman Hilliard as the

3    Democrat -- he was not the only Democrat -- he

4    was not the only Democrat in delegation, but

5    he was the only minority Democrat in the

6    delegation -- was not supportive of that

7    effort to create two minority districts

8    because he didn't think the courts would

9    actually support that.

10             That's what I -- that's my

11   interpretation of this.  And I'm sorry that

12   when you asked about the account, it -- it was

13   not a name I was familiar with.  But I do

14   recall it now.

15        Q.    Okay.  So you mentioned, as this

16   article says, that Representative Callahan had

17   to spend $250,000 from his campaign fund ten

18   years ago to challenge Reed's plan?

19        A.    Right.

20        Q.    Okay.  So in Reed's plan that this

21   is referring to, it's your understanding that

22   that had two majority-minority districts?

Page 125

1          A.     I didn't really recall that he was

2    pushing that in 1990, but I don't dispute if

3    that's the case.  We would certainly be able

4    to -- to factually determine that.  I do

5    recall that there has been discussion for some

6    time about creating two minority -- two

7    majority-minority districts, but the challenge

8    was always going to be whether it would

9    actually pass muster with the Civil Rights

10   Division and the Department of Justice.

11          Q.     Do you recall what Representative

12   Callahan was unsupportive of in Reed's plan?

13          A.     Well, it would have created --

14   it -- it would have divided Mobile and Baldwin

15   Counties, and it would have destroyed the 1st

16   congressional district as it had existed and

17   as he served.

18               I don't recall the specifics from

19   that.  I would have to go back, but the court

20   records would show the different maps that

21   were introduced at that time as evidence.

22          Q.     Do you recall this letter that

Page 126

1    this article was referencing which was

2    signed -- the article says was signed by

3    Representative Callahan?

4         A.    I -- I recall it now.

5         Q.    Well, no.  That's fine.  I mean,

6    it was a long time ago.  I'm --

7         A.    I don't recall the verbiage of the

8    letter.  I don't recall the ask, but I'm sure

9    it was raising money.  I mean, it says it was

10   a fund raising fund to try to raise money in a

11   legal way to try to get the legislature to

12   deal with the redistricting effort that the

13   legislature ten years earlier had failed to be

14   able to do.

15        Q.    So in connection with the 2000

16   census in that redistricting, is it correct

17   that Congressman Callahan did not support a

18   second majority-minority district being drawn

19   at that time?

20        A.    I -- I would respectfully dispute

21   that description.  I don't recall Congressman

22   Callahan ever sharing with me his opinion

Page 127

1    about the pros or cons of creating a second

2    majority-minority district.

3              His focus was self-serving.  It

4    was to keep the congressional district that he

5    had.  And quite frankly, so was the view of

6    the other six members of Congress.  If you've

7    got something that works, why would you lead

8    the effort to change it?

9         Q.    Do you recall who was involved

10   with managing that fund, the Alabama Fair

11   Reapportionment Fund?

12        A.    Well, this article says -- and so

13   therefore I will have to take it on face

14   value; I guess this is before fake news was

15   created -- that it was -- that the money was

16   raised and the address was the Alabama

17   Republican Party.

18              But keep in mind, we did not have

19   the ability to use congressional money for

20   this.  We had already -- ten years earlier,

21   we -- the Callahan campaign had spent

22   $250,000, which was a lot more money then.

Page 128

1    It's a lot of money today.

2              But today, that would -- back

3    then, that was a significant amount of money

4    that was used from the campaign, which was a

5    legal use of the money, but I think

6    Congressman Callahan was not alone in

7    believing that -- other members of Congress

8    were spending money as well in that court

9    defending their districts.

10             So he believed it was better to

11   raise the money through this account than to

12   have to take money out of your campaign

13   account.

14        Q.    Have you ever been involved in

15   raising money for that fund to the best of

16   your recollection?

17        A.    As a congressional staffer, I

18   would have been restricted in raising money

19   for any type of political activity.  Each

20   House member has the opportunity to name one

21   staff member as their political liaison, if

22   you will, who can be a spokesman or who can

Page 129

1    coordinate with the campaign activities.

2              I had that role when I was his

3    Chief of Staff.  So I had that in 1990 and I

4    had it in 2000.  I did not have it when he was

5    first elected in 1984.

6         Q.    So in that role or otherwise, had

7    you ever been involved in fundraising for that

8    fund?

9         A.    Not that I recall.

10        Q.    Do you recall who the primary

11   sources of funding for that -- for the fund

12   were?

13        A.    Probably the same companies and

14   individuals.  I don't know whether they could

15   take company -- the corporate money or not.

16   I -- so I shouldn't say companies.  But we --

17   look, in Alabama and probably in most states,

18   it's the same people that get asked to write

19   the campaign contributions to both parties, to

20   both candidates.

21              So my guess is, is that if you

22   look at an FEC report today and you look at

Page 130

1    one in -- in 2000 when this fund was created,

2    you would see the same type of groups and

3    entities and people who were involved in the

4    political process.

5                    It may be a different person, but

6    it would be who -- the person who was in

7    charge of -- the president of the Farmers

8    Federation, the president of the power

9    company, or the president of the -- this group

10   or that group, the business community.

11                   They all have been -- they've --

12   they've grown exponentially over the years,

13   but they are the ones who traditionally

14   support both Democrats and Republicans.

15        Q.    And what was your understanding of

16   the purpose or the goal of that fund?

17        A.    To try to get the legislature to

18   approve a map that would avoid us going to

19   another lengthy and expensive federal court

20   proceeding and to try to keep the district

21   maps as closely aligned as they had been

22   during the previous decade for the upcoming

Page 131

1   decade.

2        Q.      And did you work with this same

3   fund when you became the congressman?

4        A.      I don't think we called it that.

5   I don't even know that we -- I don't know what

6   the name of that fund was, but we all chipped

7   in and raised -- we -- we all -- when I --

8   Congressman Bonner followed the leadership of

9   Congressman Callahan.

10             And when it was time for us to

11   work with the legislature in 2010, we all, all

12   seven members, Democrat and Republican,

13   donated money to try to help the legislature

14   draw a map that was as close to the one as the

15   one we had.  We did not to my -- I don't

16   recall whether we actually introduced a map,

17   but Congresswoman Sewell, Congressman Bachus,

18   Congressman Rogers, Congresswoman -- now I'm

19   talking about the 2010.

20             We -- we all agreed to try to work

21   together as we had previously for the last --

22   as long as I've been around.  The map you

Page 132

1    showed in 1950, I was born in 1959.  So that

2    predates my knowledge.

3         Q.     To the best of your recollection,

4    were funds -- was that fund ever used to --

5    whether it's lobby against or argue against --

6         A.     No.

7         Q.     -- the creation of a second

8    majority-minority district?

9         A.     That was never the goal.  The goal

10   was to keep the districts as close to what

11   they were.  And it really was not -- I mean,

12   look, we -- we had -- in the 2010

13   redistricting effort, we had the first

14   African-American president.

15              We had, I believe, the first

16   African-American Attorney General, and I had a

17   very good working relationship with General

18   Holder.  And to the extent any congressman has

19   a good working relationship with the White

20   House, I had a good working relationship with

21   White House.

22              On my last day in office, General

Page 133

1    Holder called to tell me what -- he was very

2    complimentary and said that it would -- he was

3    sad to see me leave, but he was wishing me

4    best wishes.

5                    But it was his Justice Department

6    that stamped approved when this map came down.

7    And when we were working in the 2010

8    redistricting effort to get the map we

9    currently have as we had previously, we were

10   working in the same spirit that it existed for

11   the last 40 years.

12                   And it -- it -- it's hard to

13   describe that in a transcript, but it was a

14   spirit of collegiality.  It was a spirit of

15   common service to the state.  It was a spirit

16   of -- of making sure that the 4.8 million

17   people that lived in our state, regardless of

18   the skin tone that they had or the accent that

19   they had or the conditions that they grew up

20   in, that -- that they were well served and

21   served well and with integrity.

22        Q.    Is it your general understanding

Page 134

1  that to -- if a second majority-minority

2  district was to be created, that would

3  necessarily require changing sort of these

4  historical districts that you've been

5  describing all morning?

6       A.     Well, I've never seen a map that I

7  can recall that could create a second

8  majority-minority map that would not

9  substantially alter the integrity of the 1st

10  congressional district. None of the maps that

11  you introduced as exhibits today do that.

12           And as I said, I remember seeing

13  maps that legislators were talking about in

14  previous efforts that would take part of

15  Mobile and run it up to -- there -- there is

16  no four-lane highway from Mobile to -- to

17  Sumter County or to Greene County or to

18  Pickens County. You're going to be going on

19  two-lane farm-to-market roads in a lot of

20  that.

21           Or that would take it under the

22  bay. And one of the maps in this 2000

Page 135

1    redistrict that Dr. Reed pushed actually

2    circled Congressman Callahan's home on Dog

3    River.  It circled it.  The house across the

4    street wasn't -- it was going to be in the

5    Mobile district.

6              Congressman Callahan's house was

7    drawn to Dog River underneath Mobile Bay all

8    the way over to Dothan, and I think it -- it

9    may not have gone to Auburn in Lee County.  It

10   went up to Russell County.

11             And so that offended the census

12   that -- you talk about gerrymandering.  That

13   was the ultimate where someone was going to

14   take him -- he would have not even been able

15   to drive out of his driveway, he would have

16   been in another congressional district.

17             So you can't expect that he was

18   excited about that.  But we have never

19   supported doing anything that would destroy

20   the integrity of -- of not only our district,

21   but really of the -- of the districts that

22   have well served this state.

Page 136

1          Q.     Do you think there are any people

2     in Alabama, your constituents, whether in the

3     overall state or in congressional district 1

4     who would have benefited from having a second

5     majority-minority district in Alabama?

6          A.     I -- I don't know how they could

7     have.   When I received the NAACP award as the

8     champion in 2009, they didn't put an asterisk

9     on it.   When I got the very first earmark,

10    back when we could do earmarks, was for

11    Pritchard, Alabama because the mayor and the

12    council had had such a long-running dispute

13    that they wouldn't even agree to pay the

14    firefighters.

15               And they didn't even have enough

16    money to put gas in the fire trucks.  And so I

17    got a grant -- a -- an earmark for Pritchard

18    to get an expanded water service so that the

19    fire hydrants could actually work, and we

20    could put money in the fire trucks so that if

21    someone's house caught on fire that it would

22    be put out.

Page 137

1                       I didn't carry Prichard in the

2       ballot boxes.  I don't know that I ever

3       carried Prichard in the ballot boxes.  I got

4       more and more votes each time.  Prichard was a

5       majority-minority city, but I served the

6       people of Prichard with all my heart.

7                       And that's why I can't imagine why

8       anybody would have ever wanted -- someone

9       might have wanted a Democrat because there

10      were Democrats that didn't vote for me.  But I

11      never gave anyone reason to believe that they

12      were not being well served because I was

13      Caucasian and they were not.

14          Q.    Were there any issues or needs

15      that you saw or were told about from your

16      African-American constituents that were

17      different than other white constituents in

18      your district?

19          A.    Well, sure.  The African-American

20      constituents asked for me to help them get

21      recognition for Africatown, which I did.  That

22      was probably not something that other -- I

Page 138

1     mean, that wasn't even something that

2     residents in any other counties were

3     interested in.  Africatown was the site of the

4     last slave ship to actually land, the

5     Clotilda.  They just recently found it.

6                   But -- but -- but that's somewhat

7     of a -- I mean, I think you can go to any

8     demographic group.  You can go to a -- a group

9     of soccer players and their focus is on soccer

10    fields.  You can go to a group that focuses on

11    ballet or on some other activity, and they're

12    interested in that.

13                   And so -- but -- but when the

14    African-American constituents that I worked

15    for and represented asked for my help, to the

16    best of my ability, we helped them.

17         Q.     Do you recall any examples of what

18    African-American constituents asked you for

19    that you were able to help them on aside from

20    the --

21         A.     No.

22         Q.     -- Africatown?

Page 139

```
 1         A.       They needed help with the water
 2    pressure and the firehoses in Prichard, and --
 3    and we helped.  There would have been times
 4    where there -- there were applications for
 5    public transportation grants.  We -- we
 6    provided those letters of support.
 7                   There are other examples of where
 8    the particular neighborhood -- or a -- a good
 9    friend of mine who I served with in the
10    leadership Mobile class was from the Trinity
11    Gardens area.  Trinity Gardens is a majority
12    African-American section of Mobile.
13                   She -- there had been some
14    shootings.  Her son had been murdered, and she
15    asked if I would come have a town hall meeting
16    to meet with the young people to try to
17    encourage them to put the guns down and to
18    start loving and -- and -- and not hating.
19    And I went.
20                   I went to 26 funerals of soldiers
21    that died in Afghanistan and Iraq.  Probably
22    18 were African-American.  I preached at one
```

Page 140

1    of the services.  When I was standing in

2    Howard Johnson, Jr.'s bedroom with his three

3    sisters and his mother and father -- he was

4    the first soldier killed from Alabama -- I

5    wasn't standing in a black man's bedroom.

6              I was standing in an American

7    hero's bedroom.  And when the father asked me

8    to preach -- he's a minister -- asked me to

9    moderate, to MC the funeral that was on

10   national TV, it was after I had said, Reverend

11   Johnson, whatever you need me to do, I will

12   do.

13             And until the day he died several

14   years later, we remained extremely close.  And

15   I would be heartsick to think that anyone in

16   his family believed that I wasn't doing

17   everything in my power as a human being to

18   serve them well in their time of grief.

19        Q.    That's really sad, but it sounds

20   like you did a --

21        A.    Well, it's just -- it's just the

22   way we did things.

Page 141

1       Q.      Uh-huh.

2       A.      And we did it with the -- with the

3   25 other families as well.  Thank goodness

4   they didn't all ask me to lead a funeral

5   service, but -- but, you know, when you're

6   standing there and you're looking at the

7   trophies and the blue ribbons -- I mean, he

8   was an all-star athlete, and he answered his

9   country's service.  And he was killed in the

10  early days of the war in Iraq.

11              And my wife baked a pound cake,

12  and I went into to see the family whom I had

13  never met before.  But that's the kind of

14  bonding experience that I tried to have with

15  all of my constituents.

16              Whether it was the bad times -- I

17  mean, same thing with the oil spill.  We're

18  talking about minorities as though we're just

19  talking about African-Americans, but you go to

20  Bayou La Batre, the little fishing village,

21  and when the oil spill -- when the explosion

22  occurred at Deepwater Horizon, you have to

Page 142

1    understand that initially -- people forget --

2    initially, we were told that -- that there was

3    no leakage.  And then they said, Well, there's

4    been a breach.  There is some leakage.

5                    We knew that the explosion

6    occurred.  We knew people had been killed, but

7    then, once we started seeing that plume of oil

8    coming up, and it was such a helpless feeling.

9    And my staff and I went door-to-door to

10   businesses whose owners couldn't even speak

11   English to let them know that we were going to

12   stand by them in Mobile and Baldwin Counties.

13                    I didn't go to Washington to work

14   to take some of those meetings.  And when

15   you're hugging someone whose livelihood -- and

16   if you fish for a living, if you shrimp for a

17   living, and you can't get your boat out in the

18   water because it's filled with oil, you can

19   have -- don't have any money to buy bread and

20   milk for your kids.

21                    And so we pressed the people at

22   BP, and we pressed the organization what was

Page 143

1    set up to provide help to those families as

2    hard as anyone could have pressed.  And I did

3    that because that was my job.

4         Q.    I'm sure it meant a lot to your

5    constituents to see you come door-to-door.

6         A.    It meant a lot to me --

7         Q.    Yeah.

8         A.    -- to be able to help them.

9         Q.    Yeah.  In terms of civil rights

10   issues, were there any specific issues that

11   came up a lot in your district or that you

12   thought -- you understood that your

13   African-American constituents cared

14   specifically about?

15        A.    Not off the top of my head.  If

16   you can give me some examples, I can -- I'd be

17   happy to -- it's kind of like this article, it

18   may jog my memory.  But Mobile, as I mentioned

19   earlier, had a very progressive Mayor Joe

20   Langan --

21        Q.    Uh-huh.

22        A.    -- who worked with the

Page 144

1    African-American community back in the '50s

2    and '60s during the Civil Rights Movement.

3                 And Mobile was fortunate to avoid

4    not all, but most of the battle scars, if you

5    will, that some Alabama cities have.  And --

6    and so we -- we did not have some of the

7    issues that other places had to deal with.

8         Q.    Uh-huh.  What about things like,

9    for example, educational outcomes?  There are

10   generally pretty large disparities between

11   educational outcomes for African-Americans and

12   white people within Alabama, within lots of

13   different parts of the country.  Was that ever

14   an issue that came up for you?

15        A.    Not in a -- not in a negative way.

16   As I said when I went to Trinity Gardens

17   with -- with my friend after her son had been

18   murdered, I mean, I -- I visited -- my goal

19   was to visit every high school in my district.

20   I did not complete that goal, but I visited

21   most of them.

22                 And I -- I -- I went to the

1    schools that were majority-minority schools, I

2    went to the private schools.  I went to the

3    Catholic schools.  I went to the schools that

4    had a more even balance.  I mean, I -- I went

5    wherever.  I sponsored an art contest every

6    year for the kids of the 1st congressional

7    district.

8                    I nominated probably 145, maybe

9    200 young men and women to go to the military

10   academies.  We did not have a quota.  We

11   nominated the best students that could be

12   competitive.  We nominated a lot of students

13   from different racial and ethnic backgrounds.

14                   And so I don't recall that it

15   was -- there was a real time during my

16   ten-and-a-half years where there was an issue

17   that -- that arose specifically with regard to

18   it being a Civil Rights issue.

19                   For instance, Senator Figures and

20   I -- as she was on the redistricting committee

21   in the 2010 redistricting and maybe even on in

22   2000, I'm not sure when she -- I think she was

Page 146

1    in -- on the city council at that time.

2              But anyway, you know, we used

3    to -- we -- we used to laugh at how -- we were

4    ringing a bell for the Salvation Army one time

5    at Christmastime and got very competitive

6    that -- who got the most money in their

7    kettle, but we used to laugh at how some --

8    how hard it was for some people to imagine

9    that a -- a black Democrat and a white

10   Republican could be such close friends.

11             And she had a son that got in

12   trouble and I did everything I could to help

13   him, not because she was a state senator or

14   because she was black or because she was a

15   female, but it was the right thing to do.

16             So I don't recall that there was

17   a -- a real time or issue where the -- the

18   people in my district, regardless of their

19   political views or their racial makeup, would

20   have -- would have had -- that I would have

21   given them reason to believe that I was

22   insensitive to their views even when there

Page 147

1    were times when we disagreed.

2              And that was every time I went and

3    had dinner with my mother-in-law, I would have

4    disagreements, but -- but they were usually

5    friendly.

6         Q.    Yeah.  That's just part of the --

7    that's just part of the job.

8         A.    Yeah.

9         Q.    It sounds like you really made it

10   around your district --

11        A.    I did.

12        Q.    -- a lot.

13             Did you observe anything that, you

14   know, you recall where there were more

15   differences maybe socioeconomically -- just

16   socioeconomically between more minority

17   communities and more white communities?

18        A.    Well, I observed that there were

19   differences between -- within the minority

20   communities.  In Washington County, there's

21   a -- a -- the -- the Mobile Washington Band of

22   Choctaw Indians that was recognized by the

Page 148

1   state under Governor James' administration but

2   was never recognized by the Federal Bureau of

3   Indian Affairs.

4                    Two counties over, the Poarch Band

5   of Creek Indians got a state recognition, and

6   they also got a federal recognition.  The

7   Poarch Band of Creek Indians built a casino.

8   They're -- by all accounts, are making a lot

9   of money.

10                   You've got four major Indian

11  tribes in Alabama:  Creek, Choctaw, Cherokee,

12  and Chickasaw.  And two within 60 miles of

13  each are as opposite as night is from day.

14                   Both really good groups of people

15  that work really hard, but one with that

16  federal recognition got a certain benefit that

17  the others who sought that recognition, they

18  never got.  I actually sponsored the

19  legislation for the MOWAS to get federal

20  recognition, but I was not able to get it

21  through the House and the Senate.

22        Q.    Uh-huh.

1      A.     So I think that in this country

2   and quite frankly in the world, you're going

3   to always see examples of where some people

4   are -- have a -- have more advantage because

5   of education or more advantage because of

6   genetics. You know, some people are just born

7   healthier than other people.

8          But -- but I really don't -- I

9   can't give you a specific example of where --

10   I mean, look, I'm -- in my spare time, I'm

11   head of the -- I'm -- I'm a volunteer chairman

12   of the board for the Alabama School of Math

13   and Science.

14          It's the only -- there's 17 STEM

15   schools in the nation. Alabama has one of

16   them. I don't know what the racial makeup is

17   of our student body. They take students from

18   all 67 counties. It's a free public

19   education. But I would say probably 40

20   percent, maybe 45 percent are

21   African-American.

22          And you're taking young people who

Page 150

1    are gifted in the math and science area that

2    might live in a rural area like Wilcox County

3    and it's giving them a chance to go to a world

4    class education -- get a great education and

5    go on and get a great scholarship to go off to

6    college.  So I've -- I've always prided myself

7    in looking for opportunities to help all

8    people.

9         Q.    Uh-huh.  Did -- do you believe

10    that African-Americans in your district

11    supported Obamacare or the Affordable Care

12    Act?

13         A.    I think that they probably did.

14         Q.    Did you support the Affordable

15    Care Act?

16         A.    I did not.

17         Q.    Do you think African-Americans in

18    your district supported the repeal of

19    Obamacare?

20         A.    It's a broad generalization but

21    probably not.

22         Q.    Did you support repealing?

Page 151

1          A.      I did.

2          Q.      Do you believe that

3     African-Americans in your district supported

4     the reauthorization of the Voting Rights

5     Act --

6          A.      I -- I did not --

7          Q.      -- from 2006?

8          A.      I did not hear from that many

9     African-Americans about that, but I took that

10    vote very seriously.  In the -- in the 2000

11    presidential election, Bush v. Gore, we saw a

12    moment in time where the disputed ballots in

13    that presidential election were not in the

14    voting right states.

15                 South Florida was not covered

16    under that.  The disputed ballots in Ohio and

17    in Michigan and other states, and so I

18    consulted with Congressman Edwards who had

19    actually been in Congress when the first

20    Voting Rights Act passed and with subsequent

21    reauthorizations as well as Congressman

22    Callahan who had been in.

Page 152

1              And it was not an easy vote for me

2    to cast.  There were only about 35 or 36 who

3    voted against it.  So I knew that I wasn't

4    voting to get something passed, but I believed

5    with all of my heart that we had seen with the

6    presidential election of 2000 and with other

7    examples as well -- that if -- it -- and it

8    worked and we needed it in the '60s for sure.

9    But -- but why didn't we apply it to the whole

10   country?

11             That was my logic behind that, but

12   I really did not have that much mail or phone

13   calls from -- I'm not saying I didn't have

14   any, but it was not a -- it was not a -- a

15   red-button issue that we heard a lot about.

16             The health care bill was.  And I

17   will tell you why I voted against it.  I can't

18   tell you why -- the entire Alabama delegation

19   voted against it, including Congressman Davis,

20   who was in office at the time.

21             But I kept a copy of that bill on

22   my desk.  And people would come to see me, and

Page 153

1    they didn't want a picture with me.  They

2    wanted a picture of that bill because it was

3    this tall (indicating).  But I believed with

4    all of my heart that social security was

5    created with bipartisan support.

6              Medicare was created with

7    bipartisan support.  Medicaid was created with

8    bipartisan support, and I did vote to expand

9    Medicaid to include prescription drugs -- I'm

10   sorry -- Medicare.

11             We're early in my time in Congress

12   which was not popular with some of my

13   Republican constituents, but I thought it was

14   the right thing to do.  But for the life of

15   me, I actually -- at a Republican retreat

16   where the president came, begged the president

17   to not force -- he had the votes to do it, and

18   he did it.  But I didn't believe that it was

19   right for the country on something that

20   touched everyone because health care's

21   universal.

22             I just didn't think it was right

Page 154

1    for us to have a partisan vote on something

2    that was bipartisan, as bipartisan as health

3    care.  So I did vote against it.  I think it

4    is safe to your premise that the majority of

5    the African-American constituents that

6    contacted me were supportive of it.

7                    But some could argue that they

8    were supportive of it because the first

9    African-American president was proposing it.

10   President Clinton tried it with his wife

11   leading the effort, and Congress couldn't get

12   it passed.

13                   And there are some who would say

14   today that people are opposed to it because it

15   was President Obama's bill.  Just as there are

16   some people would believe today that if

17   President Trump had proposed it, there are

18   some who would support it even if it were the

19   same bill.

20                   I just thought it was a bad piece

21   of legislation, that we needed to do

22   something, but I thought to do it on a

Page 155

1    partisan vote would divide the country.

2          Q.     With regards to the Voting Rights

3    Act, did you hold any town halls --

4          A.     I did.

5          Q.     -- on that issue?

6          A.     Well, I didn't hold any town halls

7    on that issue.  I --

8          Q.     Or did it came up at town halls?

9          A.     It came up at some.  I defended my

10   vote.  And even with people that disagreed

11   with me -- and there were some, but I think

12   they respected the fact that the -- the -- the

13   logic that I used.  But yes, I mean, there

14   were people -- my executive assistant is --

15   was African-American.

16         Q.     Uh-huh.

17         A.     She was conservative.  She was a

18   Republican.  And she said, Jo, this is hard

19   for me to explain when I go home at

20   Thanksgiving.

21                And when I told her my reasoning,

22   she went home at Thanksgiving.  And she came

Page 156

1   back and she said, To my surprise, my family

2   understood why you did it.

3               That was personally rewarding to

4   me because my goal was never to be divisive in

5   that.  I just felt that if we were going to do

6   it in 20 -- when was it?  2007?

7        Q.    2006.

8        A.    2006?

9        Q.    Yeah.

10       A.    -- then it should apply to

11   everyone.

12       Q.    Did you meet with or consult with

13   any African-American leaders --

14       A.    I did.

15       Q.    -- on this issue?

16       A.    I -- I talked with -- before big

17   boats, TARP, the voting rights extension, the

18   Affordable Care Act, there were -- I would

19   oftentimes seek advice even though, as a

20   congressman, you don't need to seek it because

21   you're going to get it anyway.  But -- but I

22   oftentimes would seek the advice of -- of

Page 157

1    friends in a very unofficial way.

2                And yes, I -- I talked with a

3    number of my African-American friends about

4    it, about my logic behind it.  One is a very

5    good friend of mine.  He was a colonel in the

6    Air Force, and he said actually -- and he

7    lived in south Florida at the time.  He said,

8    I think you make a pretty good point.

9         Q.    So would you be --

10               MR. DAVIS:  How -- how we doing?

11   Governor's going to need our Chief of Staff

12   back before too terribly long.

13               MS. MADDURI:  Understood.  I don't

14   have too much more.  Just a page.

15        Q.    (By Ms. Madduri)  So would you be

16   supportive -- I'm -- I'm sure you know that

17   now the Supreme Court has overturned the part

18   of the Voting Rights Act that I believe were

19   discussed in Section 4 and Section 5, the

20   preclearance requirement, that only applied

21   to, you know, specific states as you

22   mentioned.

Page 158

1               Would you be supportive of

2       reinstating those sections if it applied to

3       all states, all jurisdictions equally?

4           A.      Well, I -- I don't have a vote

5       anymore.

6           Q.      Understood.  But your view on

7       that?

8           A.      But look, I -- my view -- I would

9       be consistent with my view.  I thought it

10      should apply to all states.

11          Q.      Do you think there's any kind of

12      partisanship divide between African-American

13      and white voters in your district or Alabama

14      as a whole?

15          A.      Define "partisanship divide."

16          Q.      Do you think one race, whether

17      white or black, votes more for Democrats or

18      Republicans?

19          A.      Sadly, I think that the evidence

20      would suggest that more African-Americans vote

21      Democrat than Republican, and that's

22      frustrating to Republicans like me who want to

Page 159

1    make -- in -- in the words of a former party

2    chairman, who want to build a big tent.

3              And we want to give people who

4    have the same values and the same goals and

5    the same aspirations a room in our party.

6         Q.    In your view, why -- why do you

7    think African-Americans tend to vote for

8    Democrats more?

9         A.    That's like asking me to read the

10   minds of the legislature.  I -- I don't know.

11   I was very proud of my many, many

12   African-American friends and supporters from

13   all walks of life.  And I was equally proud to

14   represent those that did not support me, but I

15   did everything I knew to do to serve all

16   people well and with integrity.

17             And I can't really look back on --

18   on that chapter and think well, if I had done

19   things differently, I might have gotten a few

20   more votes here or a few more votes there.

21        Q.    Just in -- and just in your

22   opinion, do you think -- what reasons do you

Page 160

1    think, if any, exist that African-Americans

2    don't tend to support Republicans?

3         A.    I -- I really don't have an

4    informed opinion about that.

5              MR. TAYLOR:   Make sure I

6    understand the extent of the question.   His

7    personal opinion about why African-Americans

8    support Republicans or Democrats?

9              MS. MADDURI:   Okay.

10        Q.    (By Ms. Madduri)   Do you think the

11   same is true on the other side?   Do you think

12   white voters tend to support Republicans more

13   often?

14        A.    Well -- well, are you talking

15   about Alabama or you --

16        Q.    Yeah --

17        A.    -- talking about nationally?

18        Q.    -- Alabama.   Alabama.   Your

19   district, your -- within your experience

20   personally.

21        A.    In -- in the last 35 years, but it

22   wasn't that long ago when Alabama was a

Page 161

1    one-party state.

2          Q.    Uh-huh.  Do you have --

3          A.    It was a Democrat state.

4          Q.    And you've -- you've been -- I

5    mean, you've watched that transformation, I'm

6    sure.  Do you have any views on why that

7    transformation happened?

8          A.    I -- I think many former Democrats

9    who became Republicans would tell you that the

10   party that they knew and grew up in changed

11   and no longer reflected their views and

12   values.

13                And, I mean, President Reagan

14   switched parties and --

15         Q.    Uh-huh.

16         A.    So there are a lot of examples of

17   people.  George Wallace, Jr --

18         Q.    Uh-huh.

19         A.    -- the son of former Democrat

20   Governor George Wallace, switched parties.

21                A lot of people switched parties,

22   but I think that the national party, as

Page 162

1    evidenced by what's going on today, that the

2    Democrats continue to move further and further

3    to the left.  And I think that for a lot of

4    people who grew up in Alabama being a

5    Democrat, they just don't recognize that party

6    anymore.

7          Q.     Are there any specific issues that

8    jump out to you in terms of this leftward

9    movement --

10         A.     Well --

11         Q.     -- that you think they --

12         A.     I --

13         Q.     -- disagree with?

14         A.     I think everything from today's

15   run up to the presidential campaign is about,

16   you know, universal free health care.  Well,

17   we passed the Affordable Care Act.  It's not

18   free.  And there's no way it will ever be

19   free.  You got to pay for it if you're going

20   to have a quality health care service.

21                So I -- I just think that even my

22   Democrat friends in Alabama today, and I've

Page 163

1    got many of them, have a hard time defending

2    some of the socialistic policies and -- and

3    views of the -- of the national Democrat

4    party.

5          Q.    And I'm -- just to make sure

6    you're not too worried, I'm at pretty much the

7    end of everything.  Just a couple more

8    questions for you.

9          A.    I feel like I've been a political

10   commentator.

11         Q.    Well, I mean, your perspective is

12   interesting.

13         A.    Sure.

14         Q.    You've been involved in space.

15         A.    Not complaining.

16         Q.    Yeah.

17         A.    Not complaining.

18         Q.    You can -- you can become a pundit

19   after this.

20               I'm curious if you think there are

21   any unique needs in the -- in the City of

22   Mobile as opposed to the rest of the

Page 164

1    congressional district.

2        A.    Well, clearly the -- the continued

3    development of the port of Alabama is unique

4    to Mobile.  It is a port that serves the whole

5    state, but we are -- as I say, I think we're

6    the 13th largest port.

7            We're -- we're in a position with

8    what the state is doing with the new

9    infrastructure bill.  We're in a position to

10   invest a sizable amount of resources to make

11   Mobile one of the top five port cities in the

12   nation.  That's going to great a whole new

13   economy of jobs and opportunities.

14           You won't need a four-year degree

15   or even a two-year degree, but you'll be able

16   to make 85 or 90 or $100,000 a year, which is

17   more than double the average family of four

18   income.  That's big time.  That's a big-time

19   opportunity.

20           The continued growth of the

21   aerospace industry in Mobile with Airbus and

22   the continued growth of the shipbuilding

Page 165

1    industry, I mentioned the shipbuilder Austal,

2    they're the ones building the Navy ships.  But

3    they are competing now with a -- for a

4    contract to get a frigate that would add

5    another 2500 people.

6              So you take 4500 people that work

7    there now and you add another 2500 people,

8    that's a game changer to your economy.  So the

9    Mobile economy is also -- I mean, it -- it

10   takes a special skill set to be a pipe fitter

11   on a ship or to -- to be a welder on an

12   airplane.  You don't want someone who's not

13   trained to do that.

14             So one of our challenges is to

15   continue to grow our economy, to continue to

16   grow our workforce so that young people who

17   are born in that wonderful town today have a

18   chance to get a good education, get a job, and

19   raise their family in a place that they love

20   and call home.

21        Q.    Uh-huh.  Do most people that work

22   in Mobile, do they all live in that same

Page 166

1    space, or are they also coming from other

2    counties?

3          A.      They live in other counties, but a

4    large percentage of them live in the Mobile,

5    Baldwin County area.  Goes back to that

6    continuity and community of -- of interest.

7          Q.      Do you see any benefits to

8    African-Americans in Mobile if they were

9    included in a district that also included

10   counties from the Black Belt area?

11         A.      They are.

12         Q.      I guess more counties from the

13   Black Belt area as opposed to where they are

14   now?

15         A.      Well, the -- the district that --

16   if -- if the legislature had the ability to

17   create a new district that would be ideal in

18   every setting, in my view, it would be as

19   close to what we've got now as we have,

20   because of the historical similarities,

21   because of the recent convergence.

22               It's like we were talking about

Page 167

1    earlier with Baldwin County, the Baldwin

2    County in 1950 and the Baldwin County of today

3    are two different places.

4              I -- I can't personally see that

5    there's going to be any real benefit to

6    splitting Mobile up or to even splitting

7    Mobile and Baldwin Counties apart just for

8    the -- the political benefit of the

9    plaintiffs.  I -- I think that you've got to

10   think about the 780,000 people who live there

11   and who currently are interconnected in so

12   many different ways as we've discussed.

13        Q.    What do you mean when you say "the

14   political benefits of the plaintiffs"?

15        A.    Well, the -- the plaintiffs are

16   the ones who are advocating for the second

17   district, I believe.

18        Q.    (Attorney nods head.)

19        A.    And I believe I'm right that one

20   of the -- correct me if I'm wrong, that one of

21   the people at the national level that is

22   advocating for this is the former Attorney

Page 168

1    General.

2         Q.    I actually don't know exactly, so

3    I can't -- I can't comment on --

4         A.    I believe --

5         Q.    -- that one way or the other.

6         A.    I believe that's true.

7         Q.    Okay.

8         A.    And I do find it interesting

9    personally that his Justice Department

10   approved this map.  And that it was good when

11   he was Attorney General, and that now there's

12   a desire to change it, I -- I don't understand

13   the logic behind that.

14        Q.    Okay.

15             MS. MADDURI:  Well, I think -- I

16   think that's all my questions.

17             THE WITNESS:  Okay.

18             MR. DAVIS:  Before we go off the

19   record, do we need to talk?  Let's step out in

20   the hall.

21             THE VIDEOGRAPHER:  We are off the

22   record at 12:44.

Page 169

1                        (A recess was taken.)

2                        THE VIDEOGRAPHER:   We are on the

3       record at 12:46.

4                        MR. DAVIS:   Defendant has no

5       questions.   Thank you, Mr. Bonner.

6                        MS. MADDURI:   Thank you, sir.

7                        THE VIDEOGRAPHER:   This ends MPEG

8       three and concludes the deposition of Josiah

9       Bonner.   We are off the record July 30th,

10      2019, and the time is 12:46 p.m.

11

12         (The deposition of JOSIAH BONNER

13             was concluded at 12:46 p.m.)

14

15

16

17

18

19

20

21

22

Page 170

1    *    *    *    *    *    *    *    *    *    *    *    *

2              REPORTER'S CERTIFICATE

3    *    *    *    *    *    *    *    *    *    *    *    *

     STATE OF ALABAMA)

4    COUNTY OF ST. CLAIR)

5              I, Bethany Whaley, Certified Court

6    Reporter and Notary Public in and for the

     State of Alabama at Large, do hereby certify

7    that on July 30, 2019, I reported the

8    aforementioned proceedings, and that the pages

9    herein contain a true and accurate

10   transcription of the said proceedings.

11              I further certify that I am

12   neither of kin nor of counsel to the parties

13   to said cause, nor in any manner interested in

     the results thereof.

14

15

16              This the 12th day of August, 2019.

17              Bethany Whaley
                s/s Bethany Whaley

18              Bethany Whaley, ACCR 661
                Certified Court Reporter and

19              Notary Public for the
                State of Alabama

20              My commission expires 3/27/22.

21

22

Page 171

1      Josiah Bonner, c/o

       Office of the Attorney General

2      501 Washington Avenue

       Montgomery, Alabama 36130-0152

3

4      Case: Lakeisha Chestnut, et al., v. John H. Merrill

4      Date of deposition: July 30, 2019

5      Deponent: Josiah Bonner

6

7      Please be advised that the transcript in the above

8      referenced matter is now complete and ready for signature.

9      The deponent may come to this office to sign the transcript,

10     a copy may be purchased for the witness to review and sign,

11     or the deponent and/or counsel may waive the option of

12     signing. Please advise us of the option selected.

13     Please forward the errata sheet and the original signed

14     signature page to counsel noticing the deposition, noting the

15     applicable time period allowed for such by the governing

16     Rules of Procedure. If you have any questions, please do

17     not hesitate to call our office at (202)-232-0646.

18

19

20     Sincerely,

       Digital Evidence Group

21     Copyright 2019 Digital Evidence Group

       Copying is forbidden, including electronically, absent

22     express written consent.

Page 172

1       Digital Evidence Group, L.L.C.
        1730 M Street, NW, Suite 812
2       Washington, D.C. 20036
        (202) 232-0646
3
4       SIGNATURE PAGE
        Case: Lakeisha Chestnut, et al., v. John H. Merrill
5       Witness Name: Josiah Bonner
        Deposition Date: July 30, 2019
6
7       I do hereby acknowledge that I have read
        and examined the foregoing pages
8       of the transcript of my deposition and that:
9
10      (Check appropriate box):
        (   ) The same is a true, correct and
11      complete transcription of the answers given by
        me to the questions therein recorded.
12      (   ) Except for the changes noted in the
        attached Errata Sheet, the same is a true,
13      correct and complete transcription of the
        answers given by me to the questions therein
14      recorded.
15
16      _____          _____
17      DATE                     WITNESS SIGNATURE
18
19
20
21      _____          _____
22      DATE                     NOTARY

Page 173

1       Digital Evidence Group, LLC

2       1730 M Street, NW, Suite 812

3       Washington, D.C.   20036

4       (202)232-0646

5

6                           ERRATA SHEET

7

8       Case: Lakeisha Chestnut, et al., v. John H. Merrill

9       Witness Name: Josiah Bonner

10      Deposition Date: July 30, 2019

11      Page No.    Line No.    Change

12

13

14

15

16

17

18

19

20

21      _____          _____

22          Signature                          Date