





FILED
2021 Dec-23 PM 06:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

BONNER
EXHIBIT 1
Josiah Bonner
7/30/2019

Chestnut Defense 1292











Alabama -- U.S. House

Revised Plan 3

BONNER EXHIBIT 6 — Josiah Bonner — 7/30/2019



## VI. Hypothetical 2020 Plan

### (a) Geographic Area

41. The map in **Figure 2** (on the next page) depicts a 6-district hypothetical 2020 plan ("Hypothetical Plan"), with a realistic possibility that two of the six districts will be majority-Black CVAP by 2020.

**Figure 2**



Alabama U.S. House –Hypothetical 2020 6-District Plan

42. The Hypothetical Plan is drawn using 2010 VTDs (and 2010 population), with a projected 2020 statewide population of 4.9 million (slightly

15


BONNER
EXHIBIT 8
Josiah Bonner
7/30/2019
Reported by
Bethany Whalen, CCR

2001 WLNR 11237208, 2001 WLNR 11237208

**News**Room

Birmingham News (AL)
Copyright © 2001 2002 Birmingham News

June 14, 2001

Volume 114
Section: News
Section: 80

### REDISTRICTING PLAN DESIGNED WITH GOP FUNDS, REFERENCES TO RACE

MARY ORNDORFF News Washington correspondent

WASHINGTON - The bipartisan redistricting plan endorsed by Alabama's congressional delegation was paid for by money raised and managed by Republicans who warned that contributions were needed to fend off racial gerrymandering.

Alabama's only black congressman, U.S. Rep. Earl Hilliard, D-Birmingham, said a fundraising letter that mentioned rumors of creating a second majority black district played on racial fears.

"That letter is set in a racial tone to bring out the fears of Alabamians who would be opposed to this in order to raise funds," Hilliard said Tuesday.

Republicans said the letter, sent out last fall, mentioned gerrymandering and Alabama Democratic Conference Chairman Joe Reed only because of what happened 10 years ago, the last time the boundary lines for Alabama's seven congressional districts had to be redrawn.

Reed at that time sought to alter the districts to increase the chances of electing a second black to Congress. That plan was not approved after a court challenge.

"That sticks out in our mind as some of the mischief that can take place if someone so desires," said Jo Bonner, chief of staff for U.S. Rep. Sonny Callahan, R-Mobile. The fund-raising letter was signed by Callahan, who wrote that he had to spend $250,000 from his campaign fund 10 years ago to challenge Reed's plan.

"What will happen next year?" the letter asks. The letter asks for donations from political action committees and corporate and individual donors to the Alabama Fair Reapportionment Fund. It refers to "Joe Reed's gerrymandered plan" being "forced upon our state."

Hilliard said that while he eventually signed off on the plan the letter helped pay to design, it is not the only redistricting idea he supports. He said he has seen two others that expand his district in directions that he favors. Based on the 2000 Census, the 7th District needs another 91,000 residents and the other six districts need to lose population in order to be equal.

Hilliard said he knows of no plans to try to create a second majority-black district because the changes that would require likely wouldn't be approved by the courts.

WESTLAW



BONNER
EXHIBIT 9
Josiah Bonner
7/30/2019

2001 WLNR 11237208, 2001 WLNR 11237208

Gov. Don Siegelman is expected to call the Legislature into special session the week of June 25 to redraw lines for congressional, legislative and state school board districts.

Although Callahan's letter does not refer to political parties, the reapportionment fund was created by and is managed by the Alabama Republican Party. The phone number at the bottom of the letter is the former number of the state party's headquarters.

Republicans familiar with the letter say money was needed to help pay for a redistricting plan that would preserve the current boundaries. The plan, recently endorsed by all seven congressmen, will be one of several debated by the Legislature.

GOP Chairman Marty Connors said the plan Callahan helped negotiate for the delegation is meant to benefit incumbents, regardless of party.

"All of this started because of the extremely partisan plan Joe Reed had written. The letter goes out of its way not to have a partisan spin," Connors said. "The plan drawn by the consultants for the Alabama Fair Reapportionment Fund are not driven by partisan politics but specifically to make certain there is an alternative plan that meets Justice Department scrutiny" by creating equal-size districts without diluting minority voting strength.

Bonner said rules of the U.S. House of Representatives do not consider redistricting as official functions of congressional offices, so any work on a map or analyzing census information has to be done outside.

The Alabama Democratic Party also raised money specifically to pay for redistricting work, said Phillip Kinney, executive director of the state Democratic Party.

"The Democratic Party has provided some tools and technical support for the use of the House and Senate Democratic Caucus to aid them in their efforts in redistricting," Kinney said.

---- Index References ----

News Subject: (Legislation (1LE97); Government (1GO80); Political Parties (1PO73); Public Affairs (1PU31))

Region: (USA (1US73); Americas (1AM92); Alabama (1AL90); North America (1NO39))

Language: EN

Other Indexing: (ALABAMA DEMOCRATIC CONFERENCE; ALABAMA DEMOCRATIC PARTY; ALABAMA FAIR REAPPORTIONMENT; ALABAMA FAIR REAPPORTIONMENT FUND; ALABAMA REPUBLICAN PARTY; CENSUS; CONGRESS; DEMOCRATIC PARTY; GOP; HOUSE; JUSTICE DEPARTMENT; REPUBLICANS; SENATE DEMOCRATIC CAUCUS; SIEGELMAN; US HOUSE OF REPRESENTATIVES) (Alabama; Bonner; Callahan; Connors; Earl Hilliard; Gov; Hilliard; Jo Bonner; Joe Reed; Kinney; Marty Connors; Phillip Kinney; REDISTRICTING; Reed; Sonny Callahan)

Keywords: CONGRESSIONAL REDISTRICTING

Word Count: 785

End of Document © 2019 Thomson Reuters. No claim to original U.S. Government Works.

WESTLAW

2001 WLNR 11237208, 2001 WLNR 11237208

**News**Room

WESTLAW