FILED
2021 Dec-23  PM 06:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

PUBLIC HEARING

JOINT LEGISLATIVE COMMITTEE

on

REAPPORTIONMENT

Joint Briefing Room
Alabama State House
Montgomery, Alabama

October 2, 1991

9:00 a.m.

**SHORES REPORTING SERVICES, INC.**
413 NORTH 21ST STREET
BIRMINGHAM, ALABAMA 35203
(205) 251-2427

---

COMMITTEE MEMBERS

SENATOR RYAN DEGRAFFENRIED, 21st Senate District,
Tuscaloosa, Alabama.

REPRESENTATIVE JAMES M. CAMPBELL, 36th House
District, Anniston, Alabama.

REPRESENTATIVE W. C. BOWLING, 2nd House District,
Cullman, Alabama.

REPRESENTATIVE MICHAEL E. BOX, 96th House
District, Satsuma, Alabama.

REPRESENTATIVE JOHN BUSKEY, 77th House District,
Montgomery, Alabama.

SENATOR DANNY CORBETT, 28th Senate District,
Phenix City, Alabama.

REPRESENTATIVE JOHNNY CURRY, 50th House District,
Bessemer, Alabama.

SENATOR LARRY DIXON, 25th Senate District,
Montgomery, Alabama.

REPRESENTATIVE STEVE FLOWERS, 89th House District,
Troy, Alabama.

REPRESENTATIVE JOE FORD, 28th House District,
Gadsden, Alabama.

REPRESENTATIVE ALBERT HALL, 22nd House District,
Gurley, Alabama.

SENATOR FRED HORN, 18th Senate District,
Birmingham, Alabama.

SENATOR CHARLES LANGFORD, 26th Senate District,
Montgomery, Alabama.

SENATOR TED LITTLE, 27th Senate District, Opelika,
Alabama.

REPRESENTATIVE FRANK ROGERS, 51st House District,
Birmingham, Alabama.

SENATOR JIM SMITH, 2nd Senate District, Madison,
Alabama.

SHORES REPORTING SERVICES, INC.

---

3

REPRESENTATIVE JAMES L. THOMAS, 69th House
District, Selma, Alabama.

SENATOR STEVE WINDOM, 35th Senate District,
Theodore, Alabama.

SHORES REPORTING SERVICES, INC.

---

4

PROCEEDINGS

October 2, 1991                    9:00 a.m.

REPRESENTATIVE CAMPBELL:  We have a

quorum.  I assume the Republicans caucus will come

in out of the hall at the appropriate time.

Fellow committee members before we

commence reviewing the plans, we cut things down,

one of the matters that is floating around is a

plan that has been proposed, it has not been

submitted to us, that creates two districts that

have a majority Black population in them.

This plan, I believe, is something that

the National NAACP has submitted to us in a format

that was incompatible with our computer.  They

sent us a list of what counties would comprise or

what parts, the counties and parts of counties

that would comprise the two Black districts and

said y'all figure out what the other five

districts look like.  But based on Alabama's

population, theoretically it's possible to have

two districts that have a Black population and a

majority.

And one of the things that we have done

is I wanted to ask for some testimony on the

feasibility of such a plan because somebody's

SHORES REPORTING SERVICES, INC.

6

```
1   going to draw one and somebody is going to submit
2   it and this is as a good a time as any to request
3   some feelings, particularly from those that are
4   effected.
5           At this time I'm going to call on
6   Mr. Joe Reed.  Mr. Reed would you tell us.
7           It's nice of all you folks in the
8   Republican caucus to join us.
9           SENATOR CORBETT:  Now, wait a minute.
10  I'm not in the Republican caucus, I was just out
11  there lobbying.
12          REPRESENTATIVE CAMPBELL:  Mr. Reed.
13          DOCTOR REED:  Mr. Chairman and members
14  of the Committee I have two or three things I
15  would like to say in opening.
16          First, I would like to thank you for
17  inviting me to participate and allowing me to
18  participate before this very important committee.
19          I would also say while we're standing I
20  do strongly encourage, and I would commend you for
21  the way you're going about your job and the
22  seriousness of it, I do commend you for that.
23          And I would say to you that as Judge,
24  the late Judge Richard Reeves said, I think if you
25  go back and look at the court opinion in the case
```

SHORES REPORTING SERVICES, INC.

```
1   of Buskey, not Buskey, but Burden versus Hobby,
2   that was the most recent legislative
3   reapportionment case where you are now under where
4   Judge Johnson was citing Judge Reeves' statement
5   that said he had longed for the day when the
6   Alabama Legislature would do its constitutional
7   duty.  And went on to commend the Alabama
8   Legislature for passing a reapportionment plan
9   that they said met the constitution.
10          Of course, Judge Reeves has passed
11  away, but he was an Alabamian whose soul and
12  everything rested in this state and so was Judge
13  Johnson.  They were simply saying that they were
14  just, in effect, glad to see the Alabama
15  Legislature do its duty on this last
16  reapportionment plan.  That was 19 -- the plan
17  which you're now serving under.
18          And I say that only to say again to you
19  here today that I would strongly encourage you and
20  call upon you and I know you will, do your duty in
21  this reapportionment plan.  That is to say, that
22  while there are some plans before you, and all of
23  us who drafted plans would encourage that plan be
24  adopted.
25          I'm kind of reminded of the statement
```

SHORES REPORTING SERVICES, INC.

7

```
1   Abraham Lincoln made in his second inaugural
2   address that he said both the North and the South
3   both prayed to God for victory.  Let each side be
4   victorious over the other.  But he says very
5   obvious God wasn't going to answer both prayers.
6           And I know it's kind of like these
7   reapportionment plans.  Everybody has a plan out
8   and they want the Legislature to take their plan,
9   they think it's somehow endowed with some
10  ingenuity that no other plan has in it.
11          So I would say that it is very obvious
12  the Legislature can't adopt all plans, but I would
13  ask you to do one thing is, not withstanding all
14  other, adopt a plan that meets the law.
15          You have taken an oath to uphold the
16  Constitution of Alabama and the Constitution of
17  the United States and I would urge you to adopt a
18  plan that meets the law first, it has to meet the
19  law first.
20          I would not be intimated by the
21  executive branch of the government saying it's not
22  going to call a special session, so what.  And I
23  don't think you've got to worry about that.  I'd
24  wait until to the regular session, in fact, maybe
25  save some money.  If they want to call one, fine,
```

SHORES REPORTING SERVICES, INC.

8

```
1   but if it does not want to call one, don't worry
2   about that, pass it in the regular session and
3   you've got time to pass it.
4           The last time around it took us three
5   days to get the last plan precleared.  John
6   Teague, you remember so well, that we carried the
7   plan up on Thursday, I received a call from Brad
8   Reynolds, I believe that Saturday, says stay here
9   until Monday so we can have a joint press
10  conference so we can hail the Alabama plan as a
11  model for the nation.
12          And I'll have you to believe now if you
13  go to the Department of Justice, Civil Rights
14  Division, you will find a picture of Alabamians
15  hanging in that Frederick Douglas Room
16  representing Alabama.  Roy Johnson was there and
17  some others were there, but I just happen to see
18  two persons who participated in that various ways.
19          But the point I'm trying to make is, it
20  took us three days to get a plan precleared.  I'm
21  not suggesting to you that it would take only
22  three days for this.  I'm suggesting to you that
23  you do have time.  If no special session is
24  called, you do have time to pass a plan.  And I
25  wouldn't fret and be intimated.  And I don't think
```

SHORES REPORTING SERVICES, INC.

10

1   that the Legislature of Alabama ought to have to
2   commit to anybody in advance of what it's going to
3   do on a legislative reapportionment plan in order
4   to get a special session of the Legislature.
5           I think you've got an obligation to
6   meet the law. And the most you ought to commit to
7   is we will pass a plan that satisfies the United
8   States Constitution; that satisfies the 1965
9   Voting Rights Act; and one to the extent that
10  you're required to do so to satisfy the Alabama
11  Constitution and that's your obligation. And I
12  will call on you to do that.
13          I know that oftentimes there's somebody
14  been involved in some judicial mischief, judge
15  shopping and that's okay, except that, you know,
16  and I commend you for saying to your lawyer that
17  do whatever is necessary. And I think one of you
18  said yesterday, I believe it may be
19  Mr. Campbell, I think the paper quoted him as
20  saying, that they thought the case may have been
21  premature and that's okay.
22          But that's not the big thing. The most
23  important thing for you to do is, if you pass a
24  plan that meets the Constitution, you don't have
25  to worry anybody else because the judiciary has a

                SHORES REPORTING SERVICES, INC.

SOS007208

11

1   which the Alabama Legislature has operated. Was a
2   plan that I was the chief architect for that
3   particular plan. That was the first plan that
4   passed this Legislature, passed the Justice
5   Department, and was blessed by the United States
6   Middle District Court, Judge Frank N. Johnson
7   presiding. That plan you and I operated under.
8           I've also drafted a plan for the State
9   Board of Education, in which the State Board of
10  Education is now operating under. That's a case
11  called Watkins versus Hobby, I believe it is. And
12  that case involved the reapportionment of the
13  Alabama State Board of Education. That plan
14  resulted in two Blacks being elected to the State
15  Board of Education out of eight, a membership of
16  eight.
17          The first Blacks were elected to the
18  State Board since -- that was the first Black who
19  were elected to the State Board since 1874.
20  Peyton Finley was the last Black to serve on the
21  State Board of Education in Alabama. Well, that
22  plan now has two Blacks, that plan resulted in two
23  Blacks being elected. One, of course, being
24  Reverend Willie Paul and Doctor Ethel Hall.
25          I have also drafted, chief drafter for

                SHORES REPORTING SERVICES, INC.

SOS007210

10

1   responsibility to uphold the Constitution. But
2   you do -- if you -- the only way this state will
3   fall short is for you not to do your duty. And I
4   will call upon you to do it. I know you know how
5   to do it, you're capable of doing it and I know
6   you've got the courage to do what you're suppose
7   to do.
8           Now, turning to some of these other
9   plans. I do understand, and I've been dealing
10  reapportionment, for the person for the record, I
11  know you're trying to get in the record, so I'll
12  help you out a little bit. I'm not being
13  facetious, I just want to lay it out.
14          I'm Joe Reed, I'm Chairman of the
15  Alabama Democratic Conference. I'm 53 years old;
16  I'm a native Alabamian; I've studied Alabama
17  politics carefully since 1960.
18          I've been involved in numerous
19  political battles, won some and lost some.
20          I've been involved in many
21  reapportionment plans, won most, because basically
22  we fundamentally believe that you must follow the
23  law.
24          And we have been involved in
25  legislative reapportionment plan, the Kirvin Plan,

                SHORES REPORTING SERVICES, INC.

SOS007209

12

1   the city council plan that we currently are under.
2   Montgomery has four Blacks out of nine on the
3   Montgomery City Council.
4           The current plan for the Montgomery
5   School Board, Montgomery School Board has four
6   Blacks out of seven on the Montgomery School
7   Board. Those are district plans.
8           Also there are numerous other plans
9   across the State of Alabama we've helped to draft,
10  helped to participate. And we're very pleased
11  about our record of success.
12          In drawing a reapportionment plan one
13  doesn't have to be a genius, just have to have the
14  know how and be willing to meet the law. In every
15  plan we've drafted we've simply turned to the
16  lawyers and said what's the law, and the lawyers
17  said this is the law. They said this is the law.
18  We simply follow the law and that's why we have
19  been successful.
20          One doesn't have to be a genius, just
21  have enough courage to follow the law. So I want
22  to get that in the record.
23          Now, there's a plan, one of the plans
24  before you now is commonly referred to as the
25  Reed-Buskey Plan. That plan satisfies, has one

                SHORES REPORTING SERVICES, INC.

SOS007211

14

Black district, several influence districts.  The
counties, seven counties are divided in that
particular plan.  And someone alluded yesterday, I
saw in the press where they said that the current
congressional district plan is only two counties
divided.

But I'll have you to know now your
current congressional districts are
malapportioned.  If you don't know that they are
malapportioned.  They were malapportioned when
they were passed ten years ago, we just didn't
bother it, didn't have the time, we were so busy
trying to do the legislature reapportioned.  But
the congressional district plan which you operate
under the last ten years is malapportioned.  It
did not follow the one-person, one-vote.  They
just got by for ten years but that's over now
because it's a different day.

But -- so the fact that only two
counties were divided was not something that was
so good and great about it, it's just that nobody
challenged the makeup.

If you draw, or if anyone draws, I
don't think anyone has drawn a plan yet that has
no deviations and left -- has less than two

SHORES REPORTING SERVICES, INC.

---

counties divided.

Now, I have not counted all of the
counties to determine all of the plans to
determine how many counties are divided in each
plan.  But I would say to you that the plan we
have does divide seven counties and it has one
district.

Now, I understand there's another plan
that the NAACP has floated about and I tip my hat
to the NAACP for what it has done over the years.
I have not yet been able to put that plan together
because it is not a plan in its totality.  So in
order to judge a plan, one must see it in its
totality.  You really can't take a plan and loop
some counties together or loop some census tracts
together or loop some districts together and say
this is a plan.  You don't know where you're going
to go land when you finish.

So -- but I have not seen a plan yet
and I do not take the position under no
circumstances can a Black win a district that's
less than 65% Black.  I don't take that position.

However, I do take the position -- I
have not seen a plan presented around here that
I'm willing for a Black to run in for a

SHORES REPORTING SERVICES, INC.

---

15

congressional seat because there are several
factors, and I think you have to get this down,
this is very important, aside from population,
that satisfies the one-person, one-vote theory,
but there are some other practical effect that one
must look at.

Also you get to the question of your
VAP, your voting age population.  Your voting age
population varies from as much 3, I guess, to 5%
from your total population.  Which means if your
total population, let's say is, I'll just pull out
a figure, 60%, then you're voting age population,
let's pull out a figure, is 56%, maybe 4% less.
Then once you get to your voting age population,
then you've got to get your voter registration
figures, which are usually among Blacks less than
Whites.  That may be as much, as high as a 3%
variation.

Then you get, not only your voter
registration population, then you've got to get
your voter turnout.  Then even aside from your
voter turnout, when you take in the fact that many
Blacks have not yet, even this day and time, never
still because of education and what have you,
don't have all of the political skills that Whites

SHORES REPORTING SERVICES, INC.

---

Attorney Work Product

have had who have been operating government for
hundred and hundred of years, then that's another
factor.

Then you get into your factor, your
economic factor in a campaign, that's your raising
money.  Most Black candidates can't raise money
among poor Black folks, they don't have any.
We're unemployed and you also get your
quasi-captive vote.  What's the captive vote,
that's the quasi-captive, that's the vote that
White folks still control among Black folks,
that's the best way to put it.

We used to call it captive vote where
they use to load them up on the truck and take
them down and vote them.  That had happened,
though, during a period of reconstruction.  But
I'm talking about now where you've got a
quasi-captive vote where many Blacks are still
subjected to the influence of their employers and
so forth where they simply don't know.

So all these factors, we put all these
elements together, I have not seen a plan that put
these elements together that will give us hope of
electing two Black congressmen.  I wish that I had
a plan that could do that.

SHORES REPORTING SERVICES, INC.

18

1    So, in a nutshell, based on what I
2  have, what I have seen and what I understand all
3  these plans to be, I have not seen one that would
4  give us that result.
5    Thank you, Mr. Chairman.  I appreciate
6  y'all listening to me.
7    REPRESENTATIVE CAMPBELL:  Thank you,
8  Mr. Reed.  Does anybody have any questions of
9  Mr. Reed about his testimony?
10    SENATOR DIXON:  Only a comment, Mr.
11  Chairman, is his definition of quasi-captive vote.
12  I think a proper definition, that's the vote that
13  Joe Reed doesn't control.
14    DOCTOR REED:  Thank you, Larry.
15    SENATOR CORBETT:  Have you two ever
16  agreed on anything?
17    REPRESENTATIVE CAMPBELL:  I'd like to
18  hear now from Jerome Gray, also from the Alabama
19  Democratic Conference.
20    MR. GRAY:  Good morning.  Thank you,
21  Mr. Chairman.  I'm Jerome Gray, State Field
22  Director for the Alabama Democratic Conference.  I
23  too have reviewed all the plans that have been --
24  that have come before this committee and I've seen
25  a number of plans that I do feel would enable a

SHORES REPORTING SERVICES, INC.

SOS007216

---

20

1  Black candidate to be elected in a majority Black
2  district.
3    There has been some discussion
4  regarding whether two majority Black districts can
5  be created in the State of Alabama.  And I have
6  seen the proposed NAACP proposal and have talked
7  with some of their attorneys about the plan that
8  they have floated around in this state.  I've
9  looked at the plan and I have serious reservations
10  regarding whether Blacks can get elected in either
11  one of the districts under their proposed plan.
12    The plan proposes, it's a partial plan,
13  you don't see the whole plan, so that certainly
14  concerns me that you're looking at just a piece of
15  the puzzle.  And they based the plan on precinct
16  data and you really don't have the whole plan in
17  front of you to analyze.  And they do cut up a lot
18  of counties in drawing the two proposed majority
19  Black districts.
20    The one thing -- the one concern that I
21  have is Joe outlined the things we look at in
22  terms of whether we think a district will be able
23  to elect a Black candidate.  And looking at those
24  two districts they're right on the borderline,
25  about 61%.  Looking at the voting age population

SHORES REPORTING SERVICES, INC.

SOS007217

---

19

1  in both those districts, the voting age population
2  falls under 55% in terms of Black voting age
3  population in those two districts.
4    And if you look at the counties that
5  make up the two districts, even though they rely
6  upon urban centers for picking up their
7  population, but they also combine a lot of rural
8  counties in their plan, their proposed plan.
9    And one thing I know that is, in trying
10  to turn out the Black vote in rural areas it's
11  more difficult because you have, you know, more
12  miles to cover, more folk, you know, longer
13  distance to go pick up folk and it's just more
14  difficult to turn out folks when you have more
15  counties involved and more rural areas making up
16  that proposed district.
17    The NAACP has used the argument that
18  there are districts around the nation where Blacks
19  have won in less than, say, 65%, that is true.
20  But if you look at the black congressmen who have
21  won in districts that are less than 65% Black
22  they're virtually all in urban centers.
23    The only district, congressional
24  district that I know of, a nationwide Black
25  district where you have a Black congressman, is in

SHORES REPORTING SERVICES, INC.

SOS007218

---

Attorney Work Product

20

1  Mississippi where you have a district that's less
2  than 65% that's not in an urban area.  You have --
3  Mike Espsy does have Jackson, and it goes out in
4  the Mississippi Delta, but that's the only other
5  place.  Every other Black congressional district
6  is located almost totally within an urban center
7  where it's easier to turn out the vote and
8  mobilize your voting population.
9    But under these two districts that's
10  proposed by the NAACP, they rely upon a lot of
11  rural counties to make up that population base to
12  create those two districts.  And I have serious
13  concerns about whether either one of those
14  districts could elect a Black.
15    The other thing that I don't know from
16  looking at their plan is whether any of the
17  incumbents, present incumbent congressmen are in
18  those two districts.
19    As Joe talked about the captive vote,
20  one thing that we know is that you do have Blacks,
21  who will for whatever reasons, support White
22  candidates in races.  And particularly if you've
23  got a White incumbent in either one of those two
24  proposed districts, then you can see the problem
25  that might create where you have a White incumbent

SHORES REPORTING SERVICES, INC.

SOS007219

22

1   in one of those two, or in either one of those two
2   proposed districts.  And we don't know whether
3   there is an incumbent congressman in one of those
4   districts.

5        I think in all the other plans that
6   have created a majority Black district, there is
7   not a White incumbent in the majority Black
8   district, maybe with the exception of, maybe, one
9   or two plans that I saw.  But I think usually the
10  plans, most of the plans that came before this
11  committee tried to avoid putting an incumbent in
12  the majority Black district.  But I can't say
13  whether that NAACP plan dodges putting a White
14  incumbent in those two districts.  Thank you.

15        REPRESENTATIVE CAMPBELL:  Anybody got
16  any questions of Mr. Gray.  We also have with us
17  this morning, we have Ms. Lillian Jackson, who is,
18  I understand, is the chairman of the state NAACP;
19  is that correct?

20        Ms. Jackson, we'd like to hear from
21  you.  We're glad to have you with us today.

22        MS. JACKSON:  Good morning.  I do
23  represent the Alabama State Conference of Branches
24  of the National Association for the Advancement of
25  Colored People.  And I think first off I need to,

SHORES REPORTING SERVICES, INC.

23

1   regardless if it's one or two, it would have to
2   encompass a large number of rural areas.  And
3   history has proven that we have more difficulty in
4   getting people registered to vote in rural areas;
5   more difficulty in getting them to the polls to
6   vote and, therefore, we would have very serious
7   problems with a plan that would only have about a
8   60% Black population.

9        Realistically it would lessen the
10  chances of getting a minority or a Black elected
11  to Congress.  It would weaken our ability to raise
12  funds or the candidate's ability because the
13  resources would be greatly split.

14        So, at this point, we have looked at a
15  number of plans that have been submitted to this
16  committee.  And the NAACP here in Alabama set up a
17  committee, we studied the ones that have been
18  submitted to you, and we have decided and taken a
19  vote that the plan that we see at this particular
20  point that we would most support would be the plan
21  that was drawn by Representative Buskey and some
22  others.

23        So I do want to clear the record.  We
24  do not support a two district plan.  Currently we
25  support the plan that Mr. Buskey worked on and I

SHORES REPORTING SERVICES, INC.

1   perhaps, clarify something that has transpired
2   that may have caused some confusion.  The NAACP
3   has not submitted a plan with two districts.  I
4   think a suggestion came down from our national
5   office and inadvertently, perhaps, a copy was
6   submitted to this committee as well.  And I think
7   there are some other persons, perhaps, who are
8   supporting that plan.  But that is not the plan
9   that the NAACP in Alabama is supporting.

10        We have some very serious problems with
11  a two district plan.  We believe that a plan that
12  only has 60% Black population is not what we would
13  consider a safe district.  And it would have only
14  approximately a 56% voting age population.  We
15  think that a plan would need to have, at least,
16  65% Blacks in a district with at least 61% voting
17  age population.

18        We see a number of other problems with
19  a two district plan as well.  We do have a large
20  number of rural counties.  And I don't want to go
21  into a lot of things, repeat what has already been
22  said, but it is a very strong concern of the
23  NAACP, and we are a nonpartisan organization, but
24  we are very concerned in political matters.

25        And in Alabama, in a Black district,

SHORES REPORTING SERVICES, INC.

24

1   believe that is one that people are referring to
2   as the ADC Plan.  Thank you.

3        REPRESENTATIVE CAMPBELL:  Thank you,
4   Ms. Jackson.  Anybody got any questions of
5   Ms. Jackson?  We appreciate your coming today and
6   Jerome and Joe Reed we appreciate y'all being with
7   us today.

8        We went a long way yesterday under the
9   able guidance of Senator deGraffenried.  I told
10  him I thought he ought to preside again and he
11  said no.

12        SENATOR WINDOM:  Lightning doesn't
13  strike twice.

14        REPRESENTATIVE CAMPBELL:  So the baton
15  has passed.  And I guess now we'll open the floor
16  to committee members and see if we want to try to
17  go further than we went yesterday or what
18  procedure we want to take.

19        I recognize Representative Box.

20        REPRESENTATIVE BOX:  Thank you, Mr.
21  Chairman.  In looking at the five plans that are
22  remaining, there are three that are very similar,
23  so similar, in fact, that I think with
24  modifications within a matter of minutes they can
25  be converted from one to the other.  That's the

SHORES REPORTING SERVICES, INC.

26

```
 1   plan that I have remaining, the plan offered by
 2   Senator Dixon, and the plan drafted by Senator
 3   Mitchell.
 4             My suggestion at this time is going to
 5   be to eliminate two of those so that we will then
 6   have three totally different approaches left on
 7   the table.  So with that thought in mind, I'm
 8   going to move at this time to indefinitely
 9   postpone my plan and to indefinitely postpone
10   Senator Mitchell's plan.
11             SENATOR CORBETT:  Second that motion,
12   Mr. Chairman.
13             REPRESENTATIVE CAMPBELL:  And that
14   would leave us with the ADC Plan, Dixon Plan and
15   the least acceptable of the remaining three.
16             SENATOR CORBETT:  Mr. Chairman, if
17   you'd like to entertain a substitute motion, I
18   think probably you and I have some of the same
19   reasons there.
20             REPRESENTATIVE BOX:  Let's take this
21   one at a time.
22             SENATOR CORBETT:  Well, wait a minute.
23             SENATOR DEGRAFFENRIED:  Let's don't get
24   carried away.  I would like the Chair to entertain
25   a substitute motion to IPP the Box, Mitchell, and
```

SHORES REPORTING SERVICES, INC.

27

```
 1   of energy and I commend him on the motion he just
 2   made.  And I think it was done in an effort to
 3   move this committee forward and to be able to
 4   accomplish our responsibility as legislators and I
 5   commend him for the work he has done and the
 6   motion he has made.
 7             REPRESENTATIVE CAMPBELL:  We will issue
 8   a certificate of commendation at the appropriate
 9   time.  And considering some of the plans that he
10   made, perhaps, y'all might want to make him an
11   honorary Republican.
12             Representative Ford.  Then I'll get to
13   Senator Corbett.
14             REPRESENTATIVE FORD:  We are down to
15   three plans and that's the only three we've got
16   before the Committee as I understand it.
17             REPRESENTATIVE CAMPBELL:  That's
18   correct.
19             REPRESENTATIVE FORD:  Would it be
20   proper to entertain a motion now to let this
21   committee take these three plans to the
22   Legislature now?
23             REPRESENTATIVE CAMPBELL:  That's -- any
24   kind of motion like that would be in order.  And
25   we, of course, we can do whatever we want to.  I
```

SHORES REPORTING SERVICES, INC.

26

```
 1   deGraffenried, ditto, Plan 25.
 2             SENATOR DEGRAFFENRIED:  I've got a
 3   substitution motion to that.  We report 25 out and
 4   the Dixon Plan and the Reed Plan.
 5             REPRESENTATIVE CAMPBELL:  Do y'all want
 6   to go through all these procedures.  Let's go with
 7   what Mike Box has proposed, which is to
 8   indefinitely postpone his own plan and the --
 9             SENATOR CORBETT:  I second the motion.
10             REPRESENTATIVE CAMPBELL:  -- Mitchell
11   Plan; is that right?
12             And there's a second by Senator
13   Corbett.  Is there any discussion about this?  All
14   right.  All in favor of Representative Box's
15   motion say aye.  Opposed no.  Anybody want to be
16   on record as voting no?
17             Then the Box Plan E, Mitchell Plan 3
18   are now indefinitely postponed and what we have
19   remaining are three plans.
20             SENATOR DIXON:  Mr. Chairman.
21             REPRESENTATIVE CAMPBELL:  Senator
22   Dixon.
23             SENATOR DIXON:  Representative Box has
24   done a tremendous amount of work on this and
25   obviously he has a tremendous interest and a lot
```

SHORES REPORTING SERVICES, INC.

28

```
 1   want to make sure that everybody understands that
 2   once we get to the legislative process that all 25
 3   plans, plus a few others, will probably be back on
 4   the table.
 5             SENATOR DEGRAFFENRIED:  Mr. Chairman,
 6   members of the Committee, with respect to the plan
 7   that I offered yesterday, I've got a substitute
 8   plan.
 9             What it does, and I'd like to get,
10   John, if you would, whoever has got copies of
11   this, to please pass them out.  It makes two
12   changes.
13             It accommodates Congressman Callahan as
14   far as Crenshaw and Monroe counties are concerned.
15   That's the only change that is made.  And if we're
16   going to report three plans out, I would like for
17   this plan to be.
18             SENATOR DIXON:  Move to adopt the
19   substitute.
20             REPRESENTATIVE CAMPBELL:  So we now
21   have Plan 25-A.
22             Representative Buskey.
23             REPRESENTATIVE BUSKEY:  I understand
24   what the Co-chairman is trying to do --
25             REPRESENTATIVE CAMPBELL:  Y'all hold it
```

SHORES REPORTING SERVICES, INC.

1  down and let Representative Buskey have the floor.
2        REPRESENTATIVE BUSKEY:  I understand
3  what Senator deGraffenried is trying to do with
4  his plan.  In looking at it in all fairness I
5  think this is the most unrealistic plan I have
6  seen.  And there is no way that I can see that
7  this plan would ever have much of a chance passing
8  the Legislature.
9        The configuration of a Black district
10  takes it from East Alabama, Macon, Bullock
11  counties, Pike County to Mobile to Jefferson to
12  Tuscaloosa and Greene.  And I just don't see -- I
13  think it's just too unrealistic.  Like I say, I
14  think I know what he is trying to do and it just
15  does not cut it in trying to even provide any kind
16  of compactness.  And I -- well, I'll just wait to
17  make any kind of motion.
18        REPRESENTATIVE CAMPBELL:  We're going
19  to give everybody the opportunity to speak.
20        Senator Corbett now.
21        SENATOR CORBETT:  Mr. Chairman, I guess
22  I basically concur with what Mr. Buskey has just
23  said, probably in different reasons.  We're down,
24  you know, we've done a monumental job coming from
25  25 down to 3 plans.  And I, for one, had always

1  longed for this committee to report out one plan.
2  And I have come to the conclusion that that's
3  probably not possible simply because the remaining
4  two plans that I think are acceptable are
5  variations of so much else that we have had put
6  before us.  And as you so aptly stated earlier,
7  when we go in session some version of these 25
8  plans is going to surface anyway as modifications,
9  amendments, substitutes or whatever.
10        The plan that Senator deGraffenried has
11  in front of us, while it may accommodate Senator
12  -- Congressman Callahan or others, it obviously
13  skews some congressional districts around all over
14  the state, acknowledging what Mr. Buskey has said
15  about the obvious makeup of the purported
16  Congressional District Two.
17        Congressional District Three skews all
18  over the place and runs in what I consider an
19  unacceptable fashion as being from that part of
20  the state.  I'm sure there are others in this
21  room, that, for whatever reason, may find it that
22  one of these other districts that I'm not so
23  familiar with skews all over the place.
24        I think that we find ourselves in a
25  posture of being in a situation where we can put

31

1  out a purported quote, unquote, "Black Plan," one
2  that appears to be fairly acceptable to this
3  committee.
4        And I think through Senator Dixon's
5  efforts, that we find ourselves in the posture in
6  having a plan that we would call, quote, unquote,
7  a "Republican Plan," that this committee could
8  find some merits in.
9        And at the proper time I'm going to
10  move or will vote with someone else, or if someone
11  else makes a motion before I do, to indefinitely
12  postpone Plan 25.  And that's in all due deference
13  to the pro tem, but simply I don't think we ought
14  to put three plans out of this committee that are
15  so radically different that it does not signal
16  anything to anyone as far as some coming together
17  of this committee.
18        As we presently sit, if we put out
19  these three plans, they are so radically different
20  that we are simply saying that this committee is
21  so indecisive that it can't even come to some sort
22  of conclusion and report something out.
23        I ask you to, at least, think about
24  that when the proper time comes as far as getting
25  to a vote.

32

1        SENATOR DEGRAFFENRIED:  I would like to
2  respond to that.  And I'm going to let John Teague
3  to speak also.  But members of the Committee we're
4  down to trying to come up with something to
5  recommend to the Legislature.  And one of the
6  things that I think that we have always tried to
7  keep in mind is that we would love to preserve the
8  integrity of all the congressional districts, but
9  it's just not humanly possible when we know that
10  we've got the responsibility to create one Black
11  district.
12        There have been some discussions
13  between our current congressional delegation, and
14  I'm going to let Mr. Teague address those, and,
15  obviously, we can't satisfy everybody, and I
16  understand.  I talked with Congressman Browder
17  this morning.
18        SENATOR CORBETT:  I don't need to talk
19  to him, I can just look at the map.
20        SENATOR DEGRAFFENRIED:  I understand
21  that.  But that's where the -- and, again, it
22  still preserves him as far as an incumbent and
23  electability, it just may be inconvenient.  But we
24  may have to inconvenience somebody, but we can
25  still pretty much design a district where they can

34

1  be successful.

2          John, do you want to speak to that?

3          MR. TEAGUE:  Thank you, Mr. Chairman,

4  Committee members.  If I could just briefly

5  address this plan, and I will be brief, and also

6  give you some background on this, the reasonings

7  that went in behind this plan.

8          Originally I was contacted by

9  Congressman Erdreich's office and Congressman

10 Harris' office about representing them in the

11 redistricting proposal.  And at that time I

12 thought that I would be representing the entire

13 congressional delegation.  But what has transpired

14 is basically I'm representing Congressman Erdreich

15 because after a visit to Washington it became

16 apparent that everyone was interested, or most

17 everyone was interested in preserving their own

18 area and cared little about anything else.

19          In this plan I think that, other than

20 the numbers, that you also need to look at the

21 political considerations of members of this

22 Legislature.  In this plan there is a 65% Black

23 district.  It also has a 61.2% voting age Black

24 proportion in this Black district.

25          I think that an effort was made in the

SHORES REPORTING SERVICES, INC.

35

1          It's my understanding that with the

2  effort that was made by Congressman Callahan last

3  week, the last week of the session, and the

4  support that he had to preserve his district as

5  intact as possible, this was done within this

6  plan.

7          Congressman Harris is in support of

8  this plan.

9          Congressman Erdreich is in support of

10 this plan.

11          And I want to be extremely careful

12 about what I say about Congressman Bevill, but

13 Congressman Bevill said he can live with the Reed

14 Plan or this plan.  He does support or endorse

15 either one.

16          Congressman Cramer says that since he

17 isn't effected, that he has no problems and he --

18 and I don't want to say support this plan, but

19 certainly does not oppose it.

20          The opposition, the basic opposition

21 comes from Congressman Browder, who is my

22 congressman and also a personal friend.  And it

23 takes Talladega County out of his district and

24 goes down into Barbour, Henry and takes some

25 12,000 votes out of Houston County, which they are

SHORES REPORTING SERVICES, INC.

36

1  Black, predominately Black votes.

2          I am convinced, myself, after looking,

3  because my interest is to try to preserve the

4  Democratic congressional districts.  And to keep

5  those incumbents who have built years of seniority

6  in Washington because, unlike the state

7  legislature where a freshman can come in and

8  display talents, in Washington it is 99%

9  seniority, and the longer you're there, the more

10 powerful you become.  So this was a real concern

11 of -- that went behind this plan.

12          Excluding Lee and Russell counties,

13 Congressman Browder still has approximately

14 300,000 population in counties north of Russell

15 and Lee County which he would consider his base.

16          The counties that are included are

17 Democratic counties with Henry and Barbour County

18 and the portion of Houston County is also

19 Democratic.

20          The congressman has received tremendous

21 support out of Lee and Russell counties the times

22 that he has run, even though he had a person who

23 resided in those counties that ran against him.

24          So I'm firmly convinced that

25 Congressman Browder's position is not jeopardized.

SHORES REPORTING SERVICES, INC.

1  ADC Plan to take in a large segment of the Black

2  population out of Jefferson County and they

3  accomplished this.  In meeting with the different,

4  various peoples that I met with we also wanted to

5  maintain a large segment of the Black population

6  in Jefferson County.  And those people who have

7  expressed an interest in running for Congress in

8  the Black district are covered within this area.

9  There is some 117,000 voters I believe out of

10 Jefferson County.

11          You also have a consideration where you

12 have with the other group, organized group in the

13 state, the New South Coalition who were unhappy

14 with the Reed Plan and had expressed so to me.

15          At the same time Senator Figures, who

16 is a very influential and powerful senator,

17 Senator Sanders who is also influential and

18 powerful, do not support the other plans, but they

19 do support this plan.  They said that this

20 encompasses what they desired, which is a portion

21 of Mobile, predominately a Black population out of

22 Mobile.  And it also includes Perry, Hale and

23 Greene counties, which they wanted included within

24 this plan as well as taking in the Jefferson

25 County portion.

SHORES REPORTING SERVICES, INC.

1  I think it is a district that will remain
2  Democratic and I think that he will remain as a
3  congressman.  If I were not convinced of that,
4  then I could not lend support, support simply this
5  for personal reasons.
6       And I would like to ask you, taking all
7  of these factors into consideration, and I can
8  assure you that if some of things that I've
9  addressed are not considered, if you just report
10  the two plans out, if they're not considered, then
11  there is going to be opposition and the threat of
12  the courts and the threat of a lot of other things
13  will probably come true.
14       And I think that if we had -- if you
15  had three workable plans that have logical reasons
16  too, and has support from various people within
17  the legislative process, then you'll come close to
18  having a consensus than if you were to just report
19  the two out because the entire Legislature then
20  could act on those.
21       I'll be happy to respond to any
22  questions.
23       REPRESENTATIVE CAMPBELL:  First of all,
24  we're going to have Representative Thomas.
25       REPRESENTATIVE THOMAS:  Mr. Chairman,

SHORES REPORTING SERVICES, INC.

SOS007236

---

1  Co-Chair, I really have a great deal of problem
2  respectfully for this plan.
3       First of all, it encompasses some 20
4  counties, that's the first thing, and it extends
5  east to west to extreme south into Mobile.
6       I talked with the chairperson, or the
7  president of Alabama New South last evening.
8  Alabama New South really does not have a problem
9  with a district that does not encompass Mobile.
10  That was the position that was stated to me on
11  last evening.  As a matter of fact, the president
12  indicated that she would be here today to speak to
13  that if necessary.
14       I think their concerns, more so than
15  anything, is that they want to keep the Black Belt
16  as contiguous as possible in that Choctaw, Sumter,
17  Greene and would Hale be a part of the Black Belt.
18  I think that can be accomplished with the Dixon
19  Plan and merging it with somehow the Reed Plan.  I
20  think those two plans are the best plans, working
21  instrument going to the Legislature with.
22       And because of that, my idea is to
23  report these two plans out and let's see can we
24  come to some common ground in as much as they're
25  both somewhat similar.  And this plan here is

SHORES REPORTING SERVICES, INC.

SOS007237

---

39

1  totally different from those two plans.  I think
2  we can use those two plans, merge them and have a
3  workable situation, where this tends to cloud
4  everything as far as the members of the
5  Legislature is concerned.
6       With that, Mr. Chair, I respectfully
7  and I reiterate, that I respectfully would request
8  that we would lay this plan on the table.
9       REPRESENTATIVE CAMPBELL:  We're going
10  to get around to everybody.  We'll go with Senator
11  Corbett and then Senator Dixon wants to be heard
12  and Representative Rogers and we're going to hear
13  everybody.
14       SENATOR CORBETT:  I want to ask a
15  question of Mr. Teague.  You indicated, if I heard
16  you right, that -- let me preface my question by
17  saying that as a member of the Committee I'm not
18  committed to try and save any congressman's seat,
19  I'm simply committed to trying to get a plan that
20  works and that the Feds will approve and that this
21  Legislature will approve.
22       But you made the remarks to a fact that
23  Henry and Houston counties, the portion of it that
24  you depicted in this map in your defense of
25  protecting Congressman Browder, along with the

SHORES REPORTING SERVICES, INC.

SOS007238

---

40

1  couple of congressmen, I assume, who are paying
2  for your services, that Henry and Houston counties
3  were Democrat.
4       Now, in the maps that I have looked at,
5  in both the '90 governor's race and the past
6  presidential race, those two counties were
7  decidedly Republican counties.
8       Are you telling me that those maps are
9  inaccurate?  I realize that there are Democratic
10  legislators in terms of state legislators, but in
11  terms of congressional, presidential and
12  gubernatorial, those counties, which you have told
13  this committee are Democrat, are decidedly
14  Republican.
15       MR. TEAGUE:  With all due respect,
16  Senator Corbett, the portion of Houston County
17  that is taken out and put in Congressman Browder's
18  district is 55% Black.  It is not the Dothan area,
19  which is the bulk of the population which carries
20  Houston County Republican.
21       And I don't mean to --
22       SENATOR CORBETT:  What about Henry?
23       MR. TEAGUE:  In Henry County in the
24  congressional races have supported the democratic
25  nominees.

SHORES REPORTING SERVICES, INC.

SOS007239

42

```
 1          SENATOR CORBETT:  What about the
 2   gubernatorial race and the presidential race?
 3          MR. TEAGUE:  Senator Corbett, I think
 4   that you and I both know in the gubernatorial
 5   race, and in the senatorial race, that they
 6   probably, I don't know, but I'll take your word,
 7   they went Republican.  In the congressional race
 8   it went Democrat.
 9          SENATOR CORBETT:  I'm operating off of
10   memory, but I've got a map in my office that
11   depicts some of this and I think I'm correct in
12   saying that Henry County has consistently gone
13   Republican.
14          MR. TEAGUE:  Not in congressional races
15   and not in legislative races, state legislative
16   races.
17          And in the senatorial race, Henry
18   County went 73% for the democratic nominee.
19          SENATOR CORBETT:  Well, let me finally
20   say that I'm going to echo what some other folks
21   have said and I'm going to hush.
22          The two plans that we have, other than
23   this one, have some workability, this plan for
24   those of us in the Third District, I think you
25   will see when the time comes to vote is
```

SHORES REPORTING SERVICES, INC.

```
 1   unacceptable.  Apparently, a goodly number of
 2   Blacks on the Committee find it unacceptable
 3   because of the gerrymandering effect that it does
 4   all over the state to get the purported Second
 5   District.
 6          And I'm either going to make a motion
 7   or concur with the motion at the proper time, that
 8   we indefinitely postpone this plan and produce two
 9   plans coming out of this committee that have, not
10   only a Black interest, but also have a nonpartisan
11   or Republican interest as the case may be, Senator
12   Dixon.  And that, at least, we've got two workable
13   plans that are somewhat compatible, instead of
14   just saying that this committee is so indecisive
15   that we're going to throw three plans out there,
16   recommending absolutely nothing would be the
17   effect of.  Thank you, Mr. Chairman.
18          REPRESENTATIVE CAMPBELL:  Senator
19   Dixon.
20          SENATOR DIXON:  Senator Teague, what is
21   the number of counties that are divided in this
22   plan?
23          MR. TEAGUE:  Senator, I don't have that
24   number.
25          SENATOR DIXON:  It looks to me like
```

SHORES REPORTING SERVICES, INC.

43

```
 1   it's a higher number than some of the other plans.
 2   Obviously, you know, this is adverse to
 3   Congressman Dickinson.
 4          MR. TEAGUE:  Yes, sir.
 5          SENATOR DIXON:  And I must say, I
 6   readily and wholeheartedly concur with your
 7   explanation of how valuable many of the democratic
 8   congressmen are in this state and how their
 9   seniority has been instrumental in achieving great
10   gains for Alabama.
11          I would like to echo those comments to
12   include Congressman Dickinson who has been there
13   since 1964 and has been more than instrumental in
14   securing all of kinds government projects and
15   defense department projects for the entire State
16   of Alabama.  And then because it does treat him so
17   adversely, I cannot support it either.
18          REPRESENTATIVE CAMPBELL:  Let me ask a
19   question about this.  I note that it, and, I guess
20   what's now the Third Congressional District, that
21   there is some 82,000 people in Montgomery County
22   that are put in this district.  Does that also
23   include Congressman Dickinson's hometown or not,
24   address?
25          SENATOR DIXON:  I can't tell.
```

SHORES REPORTING SERVICES, INC.

44

```
 1          REPRESENTATIVE CAMPBELL:  Or is
 2   Congressman Dickinson and Congressman Browder
 3   thrown against one another in this as they were in
 4   another plan?
 5          MR. TEAGUE:  Yes, sir, they are.
 6          REPRESENTATIVE CAMPBELL:
 7   Representative Rogers.
 8          REPRESENTATIVE ROGERS:  Mr. Chairman, I
 9   think this plan is viable, I think it's
10   reasonable, I think it's rationale and I also
11   think it's legal.
12          Now, every plan I have seen looks like
13   some Chinese puzzle, and true, this one is.  And
14   I've heard a number of people mention, make a
15   projection of what they think the courts will do.
16   And it's an opinion from everybody I've heard that
17   that's where, whatever plan we pass, will wind up
18   in the court for the court to determine what is
19   proper.  But it is my judgment and belief that
20   this one will stand because we're in a unique
21   situation due to the fact that we have got to, to
22   put it simple I would say, gerrymander to get a
23   Black district.  That's what this whole thing is
24   all about really.
25          And to do that, we're going to have to
```

SHORES REPORTING SERVICES, INC.

46

1  run from one side of the state to the other. And
2  I think that the deGraffenried Plan meets all of
3  the requirements that have been stipulated to us
4  regarding preservation of districts, one-man,
5  one-vote and so on down the line. And I would
6  encourage you to let's put this plan out on the
7  floor also.
8       Thank you, Mr. Chairman.
9       REPRESENTATIVE CAMPBELL:
10 Representative Buskey.
11      REPRESENTATIVE BUSKEY: Mr. Chairman,
12 thank you. An additional comment I wanted to make
13 about this particular plan, and, of course, some
14 of the comments, you know, if our only objective
15 was to draw a Black district, then that may be one
16 thing, but there are some other considerations as
17 well you know about an overall plan.
18      Now, my biggest concern, of course, is
19 for the make-up of a Black district. And I think
20 there is some economic factors to be considered.
21 When you talk about the person or persons running
22 from the district, with this kind of
23 configuration, and the media outlets that he has
24 to serve these areas that he's going to have to
25 advertise on this kind of campaign in this

SHORES REPORTING SERVICES, INC.

SOS007244

47

1  I'll get Senator deGraffenried.
2       REPRESENTATIVE FLOWERS: Mr. Chairman,
3  I concur with my colleague, Mr. Buskey, that this
4  plan is one I think that it would be laughable if
5  it weren't for the deference of our committee
6  Co-chairman who's a good friend of my mine. I
7  think he's -- because of this deference we're
8  looking at it. This is the least homogeneous plan
9  I've ever seen presented to the Legislature. It
10 stretches the Black district like a snake all over
11 the state, it's kind of hard to imagine.
12      Furthermore, the one prevailing view
13 that we had in our public hearings in the
14 Southeast Alabama area of the state commonly known
15 as the Wiregrass, is the one thing we were united
16 on, all the members of the Legislature from that
17 area is that we keep our area known as the
18 Wiregrass intact. It splits it in half and uses
19 us kind of as a dumping ground for the rest of the
20 state, even to the point of coming in and getting
21 part of Houston County, you know, which I could
22 hardly imagine anybody in that area would be for
23 that.
24      There are certain programs that effect
25 the Wiregrass, especially the peanut program, that

SHORES REPORTING SERVICES, INC.

SOS007246

1  district is one factor.
2       I think there's no way that this
3  district can be called compact. And I think you
4  would be stretching it to say that it's
5  contiguous, even though the lines connect. I
6  think it's stretching it to say that it's
7  contiguous in that sense because stretching all
8  the way down really, with regard to what I'm
9  looking at here, all the way down into Mobile,
10 which is extreme south. And I guess the only
11 reason for going up to the center of the state is
12 to go up into Birmingham, around Shelby and up
13 into Birmingham in order to pick up any Blacks up
14 there. This would be an expensive campaign for
15 anybody, an expensive district for anybody to run
16 in.
17      And for those reasons and many others,
18 I guess, we haven't had a chance to break this
19 plan down, but I don't think it's a workable plan.
20 And it would be unfair to Blacks to even to be
21 forced to run in this district.
22      SENATOR DEGRAFFENRIED: Can I respond
23 to that?
24      REPRESENTATIVE CAMPBELL: Let me get --
25 I'm going to get Representative Flowers, and then

SHORES REPORTING SERVICES, INC.

SOS007245

48

1  a congressman could not represent this area and
2  work diligently on that program.
3       So I would say this, if it were not for
4  Senator deGraffenried, who is a good friend of
5  mine and member of this committee, this plan is
6  pretty laughable. So I urge us to indefinitely
7  postpone it.
8       REPRESENTATIVE CAMPBELL: I'm going to
9  let Senator deGraffenried respond to that and then
10 we'll get to Senator Horn.
11      Senator deGraffenried.
12      SENATOR DEGRAFFENRIED: I appreciate
13 all the political rhetoric, it's great play in
14 your hometown newspapers.
15      Representative Buskey, there is no
16 cheap congressional race in the State of Alabama.
17      REPRESENTATIVE BUSKEY: I agree.
18      SENATOR DEGRAFFENRIED: So you know
19 whoever is going to run it's going to be
20 expensive, whether they're Black or White.
21      Now, as far as this plan is concerned,
22 Representative Flowers, obviously, everybody is
23 not going to be happy. I'm not happy with the
24 Reed Plan, quite frankly. I don't like it any
25 more than you like mine, Representative Thomas.

SHORES REPORTING SERVICES, INC.

SOS007247

50

1    REPRESENTATIVE THOMAS:  I can
2    appreciate that.
3         SENATOR DEGRAFFENRIED:  But this is a
4    viable plan and I'm going to ask members of the
5    Committee to report this plan out at the proper
6    time.
7         REPRESENTATIVE CAMPBELL:  Senator Horn.
8         SENATOR HORN:  Yes, sir.  In due time
9    and in deference to my chairman, I'm going to have
10   to ask him to go back and get him another plan for
11   a lot of reasons and some of them may I state.
12        And being one of the first ones on this
13   committee that traveled throughout these United
14   States at reapportionment hearings we heard and
15   digested a lot.  And some of that we heard dealt
16   with that we must bring back a plan that met
17   certain criteria.  And out of those, one-man,
18   one-vote; they must be contiguous counties,
19   districts; the preservation of county lines;
20   protecting the incumbents.  Furthermore, thinking
21   in terms of more ways, institutionalized ways of
22   thought patterns of people that think alike.
23   This plan here violates all of that.
24        First off, we have too many counties
25   involved, the splitting of too many counties.

SHORES REPORTING SERVICES, INC.

SOS007248

1         Long story short.  Justice told us
2    whatever you do, do not bring back a plan that
3    looks like a salamander, do not bring back a plan
4    that looks like a salamander.  Those were the
5    verbatim words.  And here we have a plan, not only
6    looks like a salamander, but looks like a sick
7    amoeba.
8         Ryan, get you another one.
9         SENATOR DIXON:  Mr. Chairman, I think
10   the Chair --
11        REPRESENTATIVE CAMPBELL:  Senator
12   Smith.  The long, silent Tennessee Valley will now
13   be heard.
14        SENATOR SMITH:  Mr. Chairman, members
15   of the Committee, I am not really ecstatic about
16   Ryan's plan, but I wanted to say this for the
17   record.
18        This is obviously done to assist
19   Representative Harris.  Representative Harris cast
20   one of the crucial votes in Congress to preserve
21   the space station which is really critical to my
22   district.  And he did that at some personal
23   sacrifice potentially to his district visa-vis
24   that that money was going to be used for some
25   housing program.  I talked to him and he delivered

SHORES REPORTING SERVICES, INC.

SOS007249

51

1    one of the critical votes and it was something
2    that took a lot of courage and I think it was
3    something that was essential for, not only for my
4    district, but for the security of the nation.
5         And for that reason, you know, I'm
6    committed to assist him in helping him in any way
7    that I can.
8         REPRESENTATIVE CAMPBELL:
9    Representative Box.
10        REPRESENTATIVE BOX:  Thank you,
11   Mr. Chairman.  In all fairness, I don't know how
12   many of the members of the Committee have looked
13   at congressional plans of other states, but if you
14   do, I think you'll see that the plan offered by
15   Senator deGraffenried is actually fairly compact
16   compared with what some other states have done.
17        In all fairness, we've got three very
18   different approaches and I don't particularly like
19   the plan offered by Senator deGraffenried, but
20   then I'm not overly fond of the plan offered by
21   Representative Buskey either.  But if we're going
22   to submit more than one plan anyway, I see no
23   rationale for eliminating deGraffenried's plan and
24   not Reed's.
25        REPRESENTATIVE CAMPBELL:

SHORES REPORTING SERVICES, INC.

SOS007250

52

1    Representative Box.
2         REPRESENTATIVE THOMAS:  Could I make
3    one comment as it relates to Congressman Harris?
4         REPRESENTATIVE CAMPBELL:  Quick.
5         REPRESENTATIVE THOMAS:  It will be
6    quick.  I wish to state for the record that it is
7    certainly my hope and my desire that we can
8    accommodate the good congressman from West
9    Alabama.  And I think that it can be done with the
10   Reed and the Dixon plan.  It's my intent, my whole
11   intent to support that effort as it relates to
12   some of the other guys.
13        So I think that we can still accomplish
14   what I believe that you wish to accomplish with
15   the two plans.  But the plan that you've submitted
16   here causes me all kind of grief and for that,
17   again, respectfully, I would like to lay it on the
18   table this plan at this point.
19        SENATOR CORBETT:  Are you making a
20   motion?
21        REPRESENTATIVE THOMAS:  Indefinitely
22   postpone.
23        SENATOR CORBETT:  I'm going to second
24   Mr. Thomas' motion.
25        REPRESENTATIVE CAMPBELL:  We're not

SHORES REPORTING SERVICES, INC.

SOS007251

54

1  going to cut off anybody.
2       REPRESENTATIVE THOMAS:  I withdraw it.
3       REPRESENTATIVE CAMPBELL:  No.  You go
4  and make a motion and second the motion.
5       SENATOR DEGRAFFENRIED:  Let me do this.
6  Rather than having to go through two votes, John,
7  what I want to do is get this substitute adopted.
8  And then if you want, instead of having --
9       SENATOR DIXON:  There's a motion on the
10  table, I made a motion and you seconded it.
11       REPRESENTATIVE CAMPBELL:  That's true.
12  We've got a motion to substitute his Plan 25-A for
13  Plan 25, which I think just swapped two counties
14  around.
15       SENATOR CORBETT:  I think the proper
16  motion would be, rather than split all the votes
17  up, just substitute motion to indefinitely
18  postpone the Plan 25 and appending substitute.
19       REPRESENTATIVE CAMPBELL:  You can do it
20  that way if you want to.
21       SENATOR DIXON:  I'd speak to that
22  motion.
23       REPRESENTATIVE CAMPBELL:  Now, is that
24  what you want to do?
25       Representative Thomas has moved that

SHORES REPORTING SERVICES, INC.

SOS007252

55

1  the difference is between the plan, as it's now
2  before the Committee, and the one that you're
3  proposing.
4       SENATOR DEGRAFFENRIED:  The only
5  difference is that it swaps, Crenshaw, is it,
6  John?
7       MR. TEAGUE:  Monroe and Crenshaw and
8  Dale.
9       SENATOR CORBETT:  That's all the
10  questions.
11       REPRESENTATIVE CAMPBELL:  The question
12  then is to adopt the substitute.  Is there anyone
13  that wants a roll call vote on this?  All in favor
14  of adopting the substitute say aye.  Opposed no.
15  And we now have Plan 25-A.
16       Now, Representative Thomas.
17       REPRESENTATIVE THOMAS:  I renew my
18  motion now to move to indefinitely postpone.
19       SENATOR CORBETT:  I second the motion.
20       SENATOR DEGRAFFENRIED:  I'll ask for a
21  voice vote.
22       REPRESENTATIVE CAMPBELL:  There is a
23  motion by Representative Thomas and seconded by
24  Senator Corbett to indefinitely postpone Senator
25  deGraffenried's plan.  And the Senator has asked

SHORES REPORTING SERVICES, INC.

SOS007254

53

1  Senator deGraffenried's, all of his proposals,
2  both the one that's already before the Committee
3  and the one he has proposed to substitute be
4  indefinitely postponed and Senator Corbett has
5  seconded that.  I'll recognize Senator Dixon.
6       SENATOR DIXON:  It's been the tradition
7  in the Legislature, the years that I have been
8  here, when a sponsor of a resolution or a plan or
9  a bill asks to substitute and have the substitute
10  be considered as the new proposal, that it is a
11  traditional responsibility that I feel to allow
12  him that courtesy.  And, therefore, I would urge
13  you to table the substitute motion that would
14  supersede my motion to adopt the substitute on the
15  floor as a courtesy to Senator deGraffenried.
16       REPRESENTATIVE THOMAS:  Let me simply
17  withdraw my motion out of courtesy.
18       REPRESENTATIVE CAMPBELL:  Without
19  objection, we'll do that.  Is there any further
20  discussion about the substitution?
21       SENATOR CORBETT:  This is a vote on
22  adopting the substitution?
23       REPRESENTATIVE CAMPBELL:  This is a
24  vote on substituting the plan.  And, Senator, you
25  might want to one more time tell everybody what

SHORES REPORTING SERVICES, INC.

SOS007253

56

1  that the ayes and no's be called for.  And the
2  Secretary will call the roll.
3       SENATOR DEGRAFFENRIED:  I urge you to
4  vote no.
5       THE SECRETARY:  Senator Barron.
6  Representative Bowling.
7       REPRESENTATIVE BOWLING:  Aye.
8       THE SECRETARY:  Representative Box.
9       REPRESENTATIVE BOX:  No.
10       THE SECRETARY:  Representative Buskey.
11       REPRESENTATIVE BUSKEY:  Aye.
12       THE SECRETARY:  Representative
13  Campbell.
14       REPRESENTATIVE CAMPBELL:  Aye.
15       THE SECRETARY:  Senator Campbell.
16  Senator Corbett.
17       SENATOR CORBETT:  Aye.
18       THE SECRETARY:  Representative Curry.
19       REPRESENTATIVE CURRY:  Aye.
20       THE SECRETARY:  Senator deDraffenried.
21       SENATOR DEGRAFFENRIED:  No.
22       THE SECRETARY:  Senator Dixon.
23       SENATOR DIXON:  Aye.
24       THE SECRETARY:  Representative Flowers.
25       REPRESENTATIVE FLOWERS:  Aye.

SHORES REPORTING SERVICES, INC.

SOS007255

58

1   THE SECRETARY:  Representative Ford.

2   REPRESENTATIVE FORD:  Aye.

3   THE SECRETARY:  Senator Hale.

4   Representative Hall.

5   REPRESENTATIVE HALL:  Aye.

6   THE SECRETARY:  Senator Horn.

7   SENATOR HORN:  Aye.

8   THE SECRETARY:  Senator Langford.

9   SENATOR LANGFORD:  Aye.

10   THE SECRETARY:  Senator Little.

11   SENATOR LITTLE:  Aye.

12   THE SECRETARY:  Representative Rogers.

13   REPRESENTATIVE ROGERS:  No.

14   THE SECRETARY:  Senator Smith.

15   SENATOR SMITH:  No.

16   THE SECRETARY:  Representative Thomas.

17   REPRESENTATIVE THOMAS:  Aye.

18   THE SECRETARY:  Senator Windom.

19   SENATOR WINDOM:  No.

20   THE SECRETARY:  13 yeahs and five

21   nayes.

22   REPRESENTATIVE CAMPBELL:  The motion to

23   indefinitely postpone prevails.

24   SENATOR CORBETT:  Mr. Chairman.

25   REPRESENTATIVE CAMPBELL:  I was

SHORES REPORTING SERVICES, INC.

SOS007256

---

1   reminded of something in the first roll call, and

2   I forgot it in the second roll call.

3   All of the members of the Committee

4   need to know that Representative Bobbie McDowell

5   is having open-heart surgery today at UAB and

6   that's the reason for her absence.

7   SENATOR WINDOM:  What is she having?

8   REPRESENTATIVE CAMPBELL:  She's going

9   to have by-pass surgery.

10   SENATOR DIXON:  That's rather sudden;

11   isn't it?

12   REPRESENTATIVE CAMPBELL:  Apparently

13   she went to the doctor for a routine checkup last

14   week and thought it was indigestion and turned out

15   that she had about 80% blockage.

16   SENATOR CORBETT:  Mr. Chairman, I'm

17   going to move at this time, I think the plans have

18   been discussed and hashed and discussed and

19   recussed and I'm going to move that this committee

20   recommend the Reed and Dixon plans as the

21   Committee's recommendations to be forwarded to the

22   Legislature as our plans.

23   REPRESENTATIVE BUSKEY:  Seconded it.

24   REPRESENTATIVE CAMPBELL:  Senator

25   Corbett has moved and Representative Buskey has

SHORES REPORTING SERVICES, INC.

SOS007257

---

59

1   seconded that the two plans, the Reed Plan and the

2   Dixon Plan, be recommended to the Legislature by

3   the Reapportionment Committee.

4   SENATOR LITTLE:  Mr. Chairman, can we

5   have a division of the voting?

6   REPRESENTATIVE CAMPBELL:  Yes, sir.  Is

7   there any further discussion on this?  The

8   Secretary will call the roll.

9   SENATOR CORBETT:  Are you going to

10   divide the question?  I have no objection to that.

11   REPRESENTATIVE CAMPBELL:  We're going

12   to go on and call, we're going to go on and have a

13   roll call vote.

14   SENATOR WINDOM:  He meant on each plan.

15   SENATOR CORBETT:  Are you going to

16   divide the question?  He wants to be able to vote

17   separately on the plans, I have no objection.

18   REPRESENTATIVE CAMPBELL:  Oh, two

19   things.  Fine.  We'll first vote on the ADC-Reed

20   Plan.  Those in favor of recommending that as one

21   of the two plans will vote aye and opposed no and

22   the Secretary will call the roll.

23   THE SECRETARY:  Senator Barron.

24   Representative Bowling.

25   REPRESENTATIVE BOWLING.  Aye.

SHORES REPORTING SERVICES, INC.

SOS007258

---

60

1   THE SECRETARY:  Representative Box.

2   REPRESENTATIVE BOX:  Aye.

3   THE SECRETARY:  Representative Buskey.

4   REPRESENTATIVE BUSKEY:  Aye.

5   THE SECRETARY:  Representative

6   Campbell.

7   REPRESENTATIVE CAMPBELL:  Aye.

8   THE SECRETARY:  Senator Campbell.

9   Senator Corbett.

10   SENATOR CORBETT:  Aye.

11   THE SECRETARY:  Representative Curry.

12   REPRESENTATIVE CURRY:  Abstain.

13   THE SECRETARY:  Senator deGraffenried.

14   SENATOR DEGRAFFENRIED:  No.

15   THE SECRETARY:  Senator Dixon.

16   SENATOR DIXON:  Abstain.

17   THE SECRETARY:  Representative Flowers.

18   REPRESENTATIVE FLOWERS:  Aye.

19   THE SECRETARY:  Representative Ford.

20   REPRESENTATIVE FORD:  Aye.

21   THE SECRETARY:  Senator Hale.

22   Representative Hall.

23   REPRESENTATIVE HALL:  Aye.

24   THE SECRETARY:  Senator Horn.

25   SENATOR HORN:  Aye.

SHORES REPORTING SERVICES, INC.

SOS007259

62

1    THE SECRETARY:  Senator Langford.
2    SENATOR LANGFORD:  Aye.
3    THE SECRETARY:  Senator Little.
4    SENATOR LITTLE:  No.
5    THE SECRETARY:  Representative Rogers.
6    REPRESENTATIVE ROGERS:  No.
7    THE SECRETARY:  Senator Smith.
8    SENATOR SMITH:  Aye.
9    THE SECRETARY:  Representative Thomas.
10   REPRESENTATIVE THOMAS:  Aye.
11   THE SECRETARY:  Senator Windom.
12   SENATOR WINDOM:  No.
13   THE SECRETARY:  I have 12 yeahs and 4
14   nays.
15   REPRESENTATIVE CAMPBELL:  12 ayes and 4
16   nays.
17   THE SECRETARY:  And two abstentions.
18   REPRESENTATIVE CAMPBELL:  Two
19   abstentions.  The Reed Plan is recommended as one
20   of the plans.
21   Now, the question will be and we'll --
22   Senator Corbett would move and Representative
23   Buskey would second that we also report the Dixon
24   Plans as the other plan to the Legislature.
25   SENATOR HORN:  Mr. Chairman, I might be

SHORES REPORTING SERVICES, INC.

SOS007260

1    out of order if I would ask my colleagues not to
2    abstain and not vote no on this motion.
3    REPRESENTATIVE CAMPBELL:  Do what, I'm
4    sorry?
5    SENATOR HORN:  Would I be out of order
6    if I were to ask my colleagues not to abstain or
7    vote no on this motion?
8    SENATOR CORBETT:  I think if we
9    followed Senator Dixon's lead on this one, he
10   might not get his plan out, but I think we're
11   bigger than that.  So let's vote.
12   REPRESENTATIVE CAMPBELL:  Secretary
13   call the roll.
14   THE SECRETARY:  Representative Bowling.
15   REPRESENTATIVE BOWLING:  Aye.
16   THE SECRETARY:  Representative Box.
17   REPRESENTATIVE BOX:  Aye.
18   THE SECRETARY:  Representative Buskey
19   REPRESENTATIVE BUSKEY:  Abstain.
20   THE SECRETARY:  Representative
21   Campbell.
22   REPRESENTATIVE CAMPBELL:  Aye.
23   THE SECRETARY:  Senator Campbell.
24   Senator Corbett.
25   SENATOR CORBETT:  Aye.

SHORES REPORTING SERVICES, INC.

SOS007261

63

1    THE SECRETARY:  Representative Curry.
2    REPRESENTATIVE CURRY:  Aye.
3    THE SECRETARY:  Senator deGraffenried.
4    SENATOR DEGRAFFENRIED:  Aye.
5    THE SECRETARY:  Senator Dixon.
6    SENATOR DIXON:  Aye.
7    THE SECRETARY:  Representative Flowers.
8    REPRESENTATIVE FLOWERS:  Aye.
9    THE SECRETARY:  Representative Ford.
10   REPRESENTATIVE FORD:  Aye.
11   THE SECRETARY:  Senator Hale.
12   Representative Hall.
13   REPRESENTATIVE HALL:  Aye.
14   THE SECRETARY:  Senator Horn.
15   SENATOR HORN:  I was out of order so I
16   won't vote.
17   THE SECRETARY:  Senator Langford.
18   SENATOR LANGFORD:  Abstain.
19   THE SECRETARY:  Senator Little.
20   SENATOR LITTLE:  Aye.
21   THE SECRETARY:  Representative Rogers.
22   REPRESENTATIVE ROGERS:  No.
23   THE SECRETARY:  Senator Smith.
24   SENATOR SMITH:  Aye.
25   THE SECRETARY:  Representative Thomas.

SHORES REPORTING SERVICES, INC.

SOS007262

64

1    REPRESENTATIVE THOMAS:  Abstain.
2    THE SECRETARY:  Senator Windom.
3    SENATOR WINDOM:  Aye.
4    THE SECRETARY:  I have 13 yeas, 3
5    abstentions and 1 nay.
6    REPRESENTATIVE CAMPBELL:  13 yeas, 3
7    abstentions and 1 nay and Senator Dixon's plan is
8    also reported as a plan that's recommended by the
9    Committee.
10   Now, let's turn our thoughts to -- I
11   personally think, and Senator deGraffenried thinks
12   that what we ought to do is to send a letter to
13   the Governor saying that we have gotten down two
14   plans and ask him if we would now consider calling
15   a special session on congressional
16   reapportionment.  And I'd like to have some
17   discussion.
18   SENATOR CORBETT:  Before you make that
19   motion, let's try one other thing.
20   REPRESENTATIVE CAMPBELL:  And I think
21   that's something that we need to do.
22   SENATOR CORBETT:  In deference to
23   Senator Dixon and to Buskey and others, you know,
24   we've hashed this out and we've come down to two
25   plans that are going to come out of this

SHORES REPORTING SERVICES, INC.

SOS007263

65

REPRESENTATIVE THOMAS:  Abstain.

THE SECRETARY:  Senator Windom.

SENATOR WINDOM:  Aye.

THE SECRETARY:  I have 13 yeas, 3
...ions and 1 nay.

REPRESENTATIVE CAMPBELL:  13 yeas, 3
...ions and 1 nay and Senator Dixon's plan is

8  also reported as a plan that's recommended by the
9  Committee.
10      Now, let's turn our thoughts to -- I
11  personally think, and Senator deGraffenried thinks
12  that what we ought to do is to send a letter to
13  the Governor saying that we have gotten down two
14  plans and ask him if we would now consider calling
15  a special session on congressional
16  reapportionment.  And I'd like to have some
17  discussion.
18      SENATOR CORBETT:  Before you make that
19  motion, let's try one other thing.
20      REPRESENTATIVE CAMPBELL:  And I think
21  that's something that we need to do.
22      SENATOR CORBETT:  In deference to
23  Senator Dixon and to Buskey and others, you know,
24  we've hashed this out and we've come down to two
25  plans that are going to come out of this

SHORES REPORTING SERVICES, INC.

SOS007264

---

1  committee.  And y'all may shoot me down at this
2  point, and I realize that everybody doesn't take
3  the posture that it takes, but I'm going to make
4  one motion that these two plans are the
5  recommendation of this committee by acclamation
6  and let's put it out of here that way.  I think
7  that's important.
8      REPRESENTATIVE FORD:  I agree with
9  that.  We've already had a vote, you know, I think
10  it would be to the benefit of trying to pass a
11  plan in the Legislature, that's a good move.  We
12  should do this.
13      REPRESENTATIVE CAMPBELL:  We've got a
14  motion and a second.
15      Representative Buskey.
16      REPRESENTATIVE BUSKEY:  Mr. Chairman,
17  I'm against that motion, and I'll tell you why.
18      REPRESENTATIVE CAMPBELL:  Well, so much
19  for that.  Do you want to withdraw it now, Senator
20  Corbett?
21      SENATOR CORBETT:  No.  I'd like to hear
22  why.
23      REPRESENTATIVE BUSKEY:  Any plan that's
24  passed by the Reapportionment Committee or passed
25  by this Legislature will go to Justice and I don't

SHORES REPORTING SERVICES, INC.

SOS007265

---

66

1  want to be in a position of having voting for a
2  plan that I am opposed to.  But I would rather,
3  for the record, reflect that I'm against it.  But
4  I have no problem, you know, with the Committee
5  passing it out, but I do want the record to
6  reflect that I'm against it.  I would like my vote
7  to stand.
8      SENATOR DIXON:  Had we not divided the
9  question, I would have voted aye on the original
10  motion.  I feel like and I know Mr. Curry does
11  too, because we discussed this repeatedly, I feel
12  like for the record it was important for us to be
13  opposed to a plan we might have to testify against
14  later.
15      In the spirit of what Mr. Corbett is
16  proposing, I would not be adversed, and I don't
17  think Mr. Buskey would either knowing him as I do,
18  if we just had a nonrecorded voice vote by
19  acclamation majority we're sending these out as a
20  package.  I could certainly support that.
21  Otherwise, I couldn't go back on --
22      SENATOR CORBETT:  Why don't I modify my
23  motion, Mr. Chairman, make it a voice vote only
24  for the purposes of, I guess, committee
25  togetherness at this point.

SHORES REPORTING SERVICES, INC.

SOS007266

---

67

1      In respect to both of your positions
2  that you may feel that at some point you may need
3  to go to court, I then modify my motion that we
4  have a voice vote of committee acclamation on
5  these two plans.
6      REPRESENTATIVE CAMPBELL:  Senator
7  Little.
8      SENATOR LITTLE:  Mr. Chairman, I, in
9  all due respect to what apparently we're trying to
10  do, I know of no committee in the Alabama
11  Legislature that operates with such nonsense.
12  We've never gone down to the extreme of trying to
13  decide how we're going to bring a bill out with a
14  total consensus and I'm totally opposed to it.
15      REPRESENTATIVE HALL:  Both bills are
16  out.
17      SENATOR LITTLE:  I know that, but not
18  by unanimous.
19      SENATOR DEGRAFFENRIED:  You know, all
20  this -- with all due respect, Senator Corbett, it
21  sounds nice, but when the record is sitting over
22  there reflecting Representative Buskey and others
23  are opposed to it, a voice vote ain't going to
24  show any kind of unanimity.
25      REPRESENTATIVE CAMPBELL:  Do you

SHORES REPORTING SERVICES, INC.

SOS007267

68

Attorney Work Product

1   gentlemen want to withdraw the m[redacted]
2   let's get on with other matters.
3              Representative Box.
4         REPRESENTATIVE BOX:
5   want to move that the co-chairs,
6   delegation, I would suggest the
7   that met with the Governor -- I
8   Chair inform the Governor and th
9   officers of the two Houses of the decision made by
10  the Reapportionment Committee to encourage the
11  Governor to call a special session for the purpose
12  of passing an act.
13        SENATOR WINDOM:  Second.
14        REPRESENTATIVE CAMPBELL:  It's moved by
15  Representative Box and seconded by Senator Windom
16  that the Co-chairman inform the Governor's office
17  and the presiding officer of the two Houses in
18  writing of the Committee's decision that we urge
19  the Governor to call a special session to address
20  congressional reapportionment.
21        REPRESENTATIVE FORD:  You know, I'm a
22  little bit concerned about this last vote and
23  here's why.  I voted out of the spirit of
24  cooperation of this committee to report two plans
25  out.

              SHORES REPORTING SERVICES, INC.

SOS007268

1   gentlemen want to withdraw the motion now and
2   let's get on with other matters.
3              Representative Box.
4         REPRESENTATIVE BOX:  Mr. Chairman, I
5   want to move that the co-chairs, along with a
6   delegation, I would suggest the same as the one
7   that met with the Governor -- I move that the
8   Chair inform the Governor and the presiding
9   officers of the two Houses of the decision made by
10  the Reapportionment Committee to encourage the
11  Governor to call a special session for the purpose
12  of passing an act.
13        SENATOR WINDOM:  Second.
14        REPRESENTATIVE CAMPBELL:  It's moved by
15  Representative Box and seconded by Senator Windom
16  that the Co-chairman inform the Governor's office
17  and the presiding officer of the two Houses in
18  writing of the Committee's decision that we urge
19  the Governor to call a special session to address
20  congressional reapportionment.
21        REPRESENTATIVE FORD:  You know, I'm a
22  little bit concerned about this last vote and
23  here's why.  I voted out of the spirit of
24  cooperation of this committee to report two plans
25  out.

              SHORES REPORTING SERVICES, INC.

SOS007269

69

1         Now, Larry made a statement in case he
2   has to go to court to go against one of these
3   plans.  Well, you know, this committee voted, just
4   a technicality, this committee voted more for the
5   Republican plan than they did the Democratic plan.
6         So I think Danny made a real good move
7   to kind of clear everybody, you know, make it, you
8   know, sound even.  But if we're going to get down
9   to technicalities of going to court --
10        REPRESENTATIVE HALL:  I don't think
11  that will make no difference, Joe.
12        REPRESENTATIVE FORD:  I think it may
13  make a difference and I don't want to be the one
14  to hang out, you know.  I'm not sure we shouldn't
15  have a re-vote on these things.
16        REPRESENTATIVE CAMPBELL:  We've got
17  another motion before us and then we'll go back to
18  addressing that just as soon as we get through
19  with that.
20        Is there any discussion on the method
21  by which we inform the Governor and the presiding
22  officers of both Houses?
23        All in favor of Representative Box's
24  motion say aye.  Opposed no.  And that motion is
25  adopted by acclamation.

              SHORES REPORTING SERVICES, INC.

SOS007270

70

1         Now, does anybody want to readdress the
2   matter that Representative Ford brought up?
3              Representative Hall.
4         REPRESENTATIVE HALL:  We've done got
5   our plans out, I just move we adjourn.
6         REPRESENTATIVE BOX:  I second.
7         REPRESENTATIVE CAMPBELL:  All in favor
8   of adjournment say aye.  Opposed no.
9              We're adjourned.



13             END OF HEARING




              SHORES REPORTING SERVICES, INC.

SOS007271

C E R T I F I C A T E

STATE OF ALABAMA )

JEFFERSON COUNTY )

       I, ROBERT KEITH KENNEDY, Notary Public
for the State of Alabama at Large, hereby certify
that I am the Court Reporter who made machine
shorthand notes of the foregoing proceedings at
the time and place stated in the Caption thereof;
that I later reduced my shorthand notes into
typewriting; that the foregoing pages numbered
four through seventy, both inclusive, contain a
full, true, and correct transcript of proceedings
had on said occasion.

       I further certify that I am in no way
related to nor employed by any of the parties, the
witness or counsel, and that I have no interest in
the outcome of this matter.

       Given under my hand and seal this the
11th day of November, 1991.

               Robert Keith Kennedy
               Notary Public

My Commission Expires
September 5, 1994

SHORES REPORTING SERVICES, INC.

SOS007272