FILED
2021 Dec-23  PM 06:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

# OFFICE OF THE ATTORNEY GENERAL



**JIMMY EVANS**
ATTORNEY GENERAL
STATE OF ALABAMA

ALABAMA STATE HOUSE
11 SOUTH UNION STREET
MONTGOMERY, ALABAMA 36130
AREA (205) 242-7300

March 10, 1992

Chief, Voting Section
  Civil Rights Division
United States Department of Justice
HOLC Building, Room 617
320 First Street, N.W.
Washington, DC  20001

RE:  Request for **Expedited Consideration**
     of Section 5 Submission by State of Alabama
     Congressional Redistricting Plan

Dear Sir:

I am enclosing along with this letter a copy of the final judgment of the three-judge Court in <u>Wesch v. Hunt</u>, Civil Action No. 91-0787.  In paragraph 2b of the final judgment, the three-judge Court has given the State of Alabama until 12:00 noon, Central Time, March 27, 1992, to have the State of Alabama's congressional redistricting plan precleared.

In light of the Court's order, the State of Alabama respectfully requests that the Attorney General give **Expedited Consideration** to this submission.

Sincerely,

JAMES H. EVANS
ATTORNEY GENERAL

JHE/MG/sdc
0006E
Enclosure

SOS007070