# 2001 Alabama State Board of Education Districts



Produced by the Department of Geography
College of Arts and Sciences
The University of Alabama