NOV/21/2011/MON 11:25 AM   DOJ/CRT/VOTING        FAX No. 2023073961        P. 002
Case 2:10-cv-00593-MM-AB Document 215 Filed 12/23/21 Page 1 of 1

FILED
2021 Dec-23 PM 06:21
U.S. DISTRICT COURT
N.D. OF ALABAMA



## U.S. Department of Justice

Civil Rights Division

---

*Office of the Assistant Attorney General*          *Washington, D.C. 20530*

NOV 2 1 2011

Mr. John J. Park, Jr., Esq.
Strickland Brockington Lewis
1170 Peachtree Street, NE, Suite 2200
Atlanta, Georgia 30309-7200

Dear Mr. Park:

The refers to Act No. 2011-518 (S.B. 484) (2011), which provides the 2011 redistricting plan for Alabama's congressional districts; and Act No. 2011-677 (H.B. 621) (2011), which provides the 2011 redistricting plan for the Alabama State Board of Education, submitted to the Attorney General pursuant to Section 5 of the Voting Rights Act of 1965, 42 U.S.C. 1973c. We received your submission on September 21, 2011; additional information was received through October 25, 2011.

The Attorney General does not interpose any objection to the specified changes. However, we note that Section 5 expressly provides that the failure of the Attorney General to object does not bar subsequent litigation to enjoin the enforcement of the changes. Procedures for the Administration of Section 5 of the Voting Rights Act of 1965, 28 C.F.R. 51.41.

Sincerely,

Thomas E. Perez
Assistant Attorney General