Case 2:21-cv-01536-AMM Document 76-30 Filed 12/23/21 Page 1 of 3
Case 1:11-cv-01628-TFH-KLH-ABJ Document 6 Filed 10/03/11 Page 1 of 3

FILED
2021 Dec-23 PM 06:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATE OF ALABAMA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 11-1628 (TFH) |
| | ) |
| ERIC H. HOLDER, JR., in his official | ) |
| capacity as the Attorney General of | ) |
| the United States, | ) |
| | ) |
| Defendant. | ) |

### ERRATA TO COMPLAINT

Plaintiff State of Alabama files this errata to its Complaint (Doc. 1, filed Sept. 9, 2011) to correct two errors in paragraphs 7 and 8 of the Complaint neither of which is material:

- In paragraph 7, the words "Bob Riley" are stricken and corrected to read "Don Siegelman."

- In paragraph 8, the word "Riley" is stricken and corrected to read "Siegelman."

Respectfully submitted,

Date   October 3, 2011

LUTHER STRANGE
Attorney General of Alabama
By:

 /s/ John J. Park, Jr.
John J. Park, Jr.
*Deputy Attorney General*
Alabama State Bar ID ASB-8382-P62J
E-mail: jjp@sbllaw.net

SOS000172

Strickland Brockington Lewis LLP
Midtown Proscenium Suite 2200
1170 Peachtree Street NE
Atlanta, GA 30309
Telephone:   678.347.2200
Facsimile:   678.347.2210


 /s/ James W. Davis
*Assistant Attorney General*
Alabama State Bar ID ASB-4063-I58J
E-mail: jimdavis@ago.state.al.us

 /s/ Misty Fairbanks
*Assistant Attorney General*
Alabama State Bar ID ASB-1813-T71F
E-mail: mfairbanks@ago.state.al.us

Office of the Attorney General
State of Alabama
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama  36130-0152
Telephone:   334-242-7300
Facsimile:   334-353-8440

SOS000173

**Certificate of Service**

I certify that the forgoing Errata to Complaint has been served by depositing a copy in the United States mail, properly addressed and postage prepaid to the following, on this 3rd day of October, 2011:

    Eric H. Holder, Jr., in his official capacity as the
    Attorney General of the United States
    Office of the Attorney General
    U.S. Department of Justice
    950 Pennsylvania Ave NW
    Washington, DC 20530-0001

    The United States of America
    c/o Ronald C. Machen, Jr., Esq.
    United States Attorney for the District of Columbia
    501 Third Street NW, Fourth Floor
    Washington, DC 20001

        /s/ John J. Park, Jr.
        Of Counsel

SOS000174