

EXISTING CONGRESSIONAL--2000

User: bpshan3501
Plan: Existing Congressional with 2010 Geography using Census

Date: Tue Jun 28 14:12:33 GMT-0500 2011

# Population Summary Report

| District No. | Total Population | Deviation | Deviation (%) | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 687,841 | 5,022 | 0.74 | 19,178 | 461,846 | 190,641 | 7,919 | 9,129 | 326 | 8,016 | 9,964 |
| 2 | 673,877 | -8,942 | -1.31 | 22,651 | 434,236 | 208,369 | 3,300 | 5,907 | 496 | 10,783 | 10,786 |
| 3 | 681,298 | -1,521 | -0.22 | 19,203 | 433,743 | 216,886 | 2,315 | 9,047 | 457 | 9,126 | 9,724 |
| 4 | 660,162 | -22,657 | -3.32 | 41,969 | 583,895 | 33,172 | 4,208 | 2,459 | 582 | 26,039 | 9,807 |
| 5 | 718,724 | 35,905 | 5.26 | 32,748 | 539,582 | 127,550 | 6,893 | 10,837 | 610 | 17,079 | 16,173 |
| 6 | 754,482 | 71,663 | 10.50 | 32,031 | 619,105 | 95,610 | 2,249 | 12,064 | 348 | 15,872 | 9,234 |
| 7 | 603,352 | -79,467 | -11.64 | 17,822 | 202,987 | 379,083 | 1,334 | 4,152 | 238 | 9,995 | 5,563 |

Total Population: 4,779,736
Ideal Population: 682,819
Mean Deviation: 32,168
Mean Percent Deviation: 4.71
Largest Positive Deviation: 71,663
Largest Negative Deviation: -79,467
Overall Range in Deviation: 151,130
Overall Range in Deviation Percentage: 22.13

User: bpshan3501
Plan: Existing Congressional with 2010 Geography using Census

Date: Tue Jun 28 14:13:08 GMT-0500 2011

## District Statistics Report

| District No. | Total Population | Deviation | Deviation (%) | Total Hispanic (%) | White (%) | Black (%) | American Indian/Alaskan Native (%) | Asian (%) | Hawaiian or Other Pacific Islander (%) | Other (%) | Two or more races (%) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 687,841 | 5,022 | 0.74 | 19,178 (2.79%) | 461,846 (67.14%) | 190,641 (27.72%) | 7,919 (1.15%) | 9,129 (1.33%) | 326 (0.05%) | 8,016 (1.17%) | 9,964 (1.45%) |
| 2 | 673,877 | -8,942 | -1.31 | 22,651 (3.36%) | 434,236 (64.44%) | 208,369 (30.92%) | 3,300 (0.49%) | 5,907 (0.88%) | 496 (0.07%) | 10,783 (1.60%) | 10,786 (1.60%) |
| 3 | 681,298 | -1,521 | -0.22 | 19,203 (2.82%) | 433,743 (63.66%) | 216,886 (31.83%) | 2,315 (0.34%) | 9,047 (1.33%) | 457 (0.07%) | 9,126 (1.34%) | 9,724 (1.43%) |
| 4 | 660,162 | -22,657 | -3.32 | 41,969 (6.36%) | 583,895 (88.45%) | 33,172 (5.02%) | 4,208 (0.64%) | 2,459 (0.37%) | 582 (0.09%) | 26,039 (3.94%) | 9,807 (1.49%) |
| 5 | 718,724 | 35,905 | 5.26 | 32,748 (4.56%) | 539,582 (75.07%) | 127,550 (17.75%) | 6,893 (0.96%) | 10,837 (1.51%) | 610 (0.08%) | 17,079 (2.38%) | 16,173 (2.25%) |
| 6 | 754,482 | 71,663 | 10.50 | 32,031 (4.25%) | 619,105 (82.06%) | 95,610 (12.67%) | 2,249 (0.30%) | 12,064 (1.60%) | 348 (0.05%) | 15,872 (2.10%) | 9,234 (1.22%) |
| 7 | 603,352 | -79,467 | -11.64 | 17,822 (2.95%) | 202,987 (33.64%) | 379,083 (62.83%) | 1,334 (0.22%) | 4,152 (0.69%) | 238 (0.04%) | 9,995 (1.66%) | 5,563 (0.92%) |

User: bpshan3501
Plan: Existing Congressional with 2010 Geography using Census

Date: Tue Jun 28 14:13:51 GMT-0500 2011

## All Districts Population Report

| District No. | | 1 | | | | | |
|---|---|---|---|---|---|---|---|
| Total Population | | 687,841 | | | | | |
| Total Population 18+ | | 0 | | | | | |
| Deviation | | 5,022 | | | | | |
| Dev. % | | 0.74 | | | | | |

| | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
|---|---|---|---|---|---|---|---|---|
| Total | 19,178 | 461,846 | 190,641 | 7,919 | 9,129 | 326 | 8,016 | 9,964 |
| Total% | 2.79 | 67.14 | 27.72 | 1.15 | 1.33 | 0.05 | 1.17 | 1.45 |
| Total18+ | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total18+% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| District No. | | 2 | | | | | |
|---|---|---|---|---|---|---|---|
| Total Population | | 673,877 | | | | | |
| Total Population 18+ | | 0 | | | | | |
| Deviation | | -8,942 | | | | | |
| Dev. % | | -1.31 | | | | | |

| | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
|---|---|---|---|---|---|---|---|---|
| Total | 22,651 | 434,236 | 208,369 | 3,300 | 5,907 | 496 | 10,783 | 10,766 |
| Total% | 3.36 | 64.44 | 30.92 | 0.49 | 0.88 | 0.07 | 1.60 | 1.60 |
| Total18+ | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total18+% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| District No. | | | 3 | | | | |
|---|---|---|---|---|---|---|---|
| Total Population | | | 681,298 | | | | |
| Total Population 18+ | | | 0 | | | | |
| Deviation | | | -1,521 | | | | |
| Dev. % | | | -0.22 | | | | |
| | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
| Total | 19,203 | 433,743 | 216,886 | 2,315 | 9,047 | 457 | 9,126 | 9,724 |
| Total% | 2.82 | 63.66 | 31.83 | 0.34 | 1.33 | 0.07 | 1.34 | 1.43 |
| Total18+ | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total18+% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| District No. | | | 4 | | | | |
|---|---|---|---|---|---|---|---|
| Total Population | | | 660,162 | | | | |
| Total Population 18+ | | | 0 | | | | |
| Deviation | | | -22,657 | | | | |
| Dev. % | | | -3.32 | | | | |
| | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
| Total | 41,969 | 583,895 | 33,172 | 4,208 | 2,459 | 582 | 26,039 | 9,807 |
| Total% | 6.36 | 88.45 | 5.02 | 0.64 | 0.37 | 0.09 | 3.94 | 1.49 |
| Total18+ | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total18+% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| District No. | | | 5 | | | | |
|---|---|---|---|---|---|---|---|
| Total Population | | | 718,724 | | | | |
| Total Population 18+ | | | 0 | | | | |
| Deviation | | | 35,905 | | | | |
| Dev. % | | | 5.26 | | | | |
| | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
| Total | 32,748 | 539,582 | 127,550 | 6,893 | 10,837 | 610 | 17,079 | 16,173 |
| Total% | 4.56 | 75.07 | 17.75 | 0.96 | 1.51 | 0.08 | 2.38 | 2.25 |
| Total18+ | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total18+% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

District No.: 6
Total Population: 754,482
Total Population 18+: 0
Deviation: 71,663
Dev. %: 10.50

| | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
|---|---|---|---|---|---|---|---|---|
| Total | 32,031 | 619,105 | 95,610 | 2,249 | 12,064 | 348 | 15,872 | 9,234 |
| Total% | 4.25 | 82.06 | 12.67 | 0.30 | 1.60 | 0.05 | 2.10 | 1.22 |
| Total18+ | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total18+% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

District No.: 7
Total Population: 603,352
Total Population 18+: 0
Deviation: -79,467
Dev. %: -11.64

| | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
|---|---|---|---|---|---|---|---|---|
| Total | 17,822 | 202,987 | 379,083 | 1,334 | 4,152 | 238 | 9,995 | 5,563 |
| Total% | 2.95 | 33.64 | 62.83 | 0.22 | 0.69 | 0.04 | 1.66 | 0.92 |
| Total18+ | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total18+% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

User: bpshan3501
Plan: Existing Congressional with 2010 Geography using Census

## Assigned District Splits

Date: Tue Jun 28 14:17:33 GMT-0500 2011

| | Total Population | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
|---|---|---|---|---|---|---|---|---|---|
| **District 1** | | | | | | | | | |
| Baldwin County | 182,265 | 7,992 | 156,153 | 17,105 | 1,216 | 1,348 | 89 | 3,631 | 2,723 |
| * Clarke County | 13,616 | 161 | 9,036 | 4,330 | 63 | 41 | 0 | 48 | 98 |
| Escambia County | 38,319 | 718 | 23,784 | 12,220 | 1,288 | 92 | 12 | 343 | 580 |
| Mobile County | 412,992 | 9,936 | 248,647 | 142,992 | 3,681 | 7,561 | 204 | 3,885 | 6,022 |
| Monroe County | 23,068 | 220 | 12,718 | 9,614 | 260 | 67 | 9 | 66 | 334 |
| Washington County | 17,581 | 151 | 11,508 | 4,380 | 1,411 | 20 | 12 | 43 | 207 |
| District 1 Total | 687,841 | 19,178 | 461,846 | 190,641 | 7,919 | 9,129 | 326 | 8,016 | 9,964 |
| | 100% | 2.79% | 67.14% | 27.72% | 1.15% | 1.33% | 0.05% | 1.17% | 1.45% |
| **District 2** | | | | | | | | | |
| Autauga County | 54,571 | 1,310 | 42,855 | 9,643 | 232 | 474 | 32 | 466 | 869 |
| Barbour County | 27,457 | 1,387 | 13,180 | 12,875 | 114 | 107 | 29 | 894 | 258 |
| Bullock County | 10,914 | 777 | 2,507 | 7,666 | 23 | 20 | 43 | 569 | 86 |
| Butler County | 20,947 | 191 | 11,399 | 9,095 | 60 | 177 | 7 | 48 | 161 |
| Coffee County | 49,948 | 3,180 | 37,330 | 8,359 | 645 | 644 | 100 | 1,623 | 1,247 |
| Conecuh County | 13,228 | 161 | 6,788 | 6,149 | 44 | 17 | 1 | 97 | 132 |
| Covington County | 37,765 | 483 | 32,022 | 4,716 | 214 | 155 | 1 | 135 | 522 |
| Crenshaw County | 13,906 | 204 | 10,097 | 3,254 | 57 | 189 | 8 | 99 | 202 |
| Dale County | 50,251 | 2,821 | 37,236 | 9,679 | 371 | 534 | 44 | 882 | 1,505 |

* indicates split

| | Total Population | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other Two or more races |
|---|---|---|---|---|---|---|---|---|
| Elmore County | 79,303 | 2,129 | 60,455 | 15,900 | 285 | 518 | 63 | 938 | 1,144 |
| Geneva County | 26,790 | 920 | 23,127 | 2,539 | 224 | 67 | 8 | 409 | 416 |
| Henry County | 17,302 | 389 | 11,865 | 4,942 | 57 | 54 | 2 | 206 | 176 |
| Houston County | 101,547 | 2,995 | 71,053 | 26,176 | 446 | 820 | 49 | 1,244 | 1,759 |
| Lowndes County | 11,299 | 87 | 2,859 | 8,310 | 25 | 14 | 0 | 31 | 60 |
| * Montgomery County | 125,750 | 4,887 | 52,319 | 67,012 | 311 | 1,463 | 85 | 2,801 | 1,759 |
| Pike County | 32,899 | 730 | 19,144 | 12,054 | 192 | 654 | 24 | 341 | 490 |
| District 2 Total | 673,877 100% | 22,651 3.36% | 434,236 64.44% | 208,369 30.92% | 3,300 0.49% | 5,907 0.88% | 496 0.07% | 10,783 1.6% | 10,786 1.6% |
| **District 3** | | | | | | | | | |
| Calhoun County | 118,572 | 3,893 | 88,840 | 24,382 | 540 | 845 | 96 | 1,894 | 1,975 |
| Chambers County | 34,215 | 536 | 20,112 | 13,257 | 69 | 168 | 10 | 214 | 385 |
| Cherokee County | 25,989 | 320 | 24,081 | 1,208 | 135 | 54 | 1 | 123 | 387 |
| Clay County | 13,932 | 399 | 11,380 | 2,066 | 55 | 24 | 0 | 172 | 235 |
| Cleburne County | 14,972 | 307 | 14,079 | 498 | 51 | 23 | 10 | 151 | 160 |
| * Coosa County | 8,539 | 210 | 4,782 | 3,500 | 25 | 14 | 15 | 128 | 75 |
| Lee County | 140,247 | 4,571 | 100,006 | 31,901 | 445 | 3,658 | 105 | 1,873 | 2,259 |
| Macon County | 21,452 | 232 | 3,319 | 17,729 | 29 | 76 | 2 | 69 | 228 |
| * Montgomery County | 103,613 | 3,427 | 38,337 | 58,465 | 278 | 3,358 | 86 | 1,942 | 1,147 |
| Randolph County | 22,913 | 649 | 17,532 | 4,607 | 84 | 55 | 5 | 369 | 261 |
| Russell County | 52,947 | 1,946 | 28,449 | 22,135 | 219 | 236 | 113 | 691 | 1,104 |
| Talladega County | 82,291 | 1,671 | 53,739 | 26,055 | 264 | 339 | 6 | 787 | 1,101 |

| | Total Population | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other Two or more races |
|---|---|---|---|---|---|---|---|---|
| Tallapoosa County | 41,616 | 1,042 | 29,087 | 11,083 | 121 | 197 | 8 | 713 |
| District 3 Total | 681,298 | 19,203 | 433,743 | 216,886 | 2,315 | 9,047 | 457 | 9,724 |
| | 100% | 2.82% | 63.66% | 31.83% | 0.34% | 1.33% | 0.07% | 1.43% |
| **District 4** | | | | | | | | |
| Blount County | 57,322 | 4,626 | 53,068 | 761 | 307 | 117 | 38 | 2,347 |
| Cullman County | 80,406 | 3,454 | 76,133 | 856 | 408 | 343 | 18 | 1,759 |
| De Kalb County | 71,109 | 9,690 | 60,087 | 1,078 | 969 | 203 | 147 | 7,051 |
| Etowah County | 104,430 | 3,447 | 83,823 | 15,796 | 448 | 672 | 171 | 1,975 |
| Fayette County | 17,241 | 204 | 14,910 | 1,969 | 52 | 37 | 0 | 102 |
| Franklin County | 31,704 | 4,710 | 26,320 | 1,228 | 215 | 63 | 10 | 3,338 |
| Lamar County | 14,564 | 180 | 12,626 | 1,643 | 24 | 4 | 2 | 82 |
| Marion County | 30,776 | 632 | 28,791 | 1,184 | 101 | 54 | 14 | 291 |
| Marshall County | 93,019 | 11,238 | 81,464 | 1,494 | 706 | 478 | 103 | 7,210 |
| * Morgan County | 53,062 | 1,491 | 49,504 | 1,184 | 524 | 184 | 12 | 733 |
| * Pickens County | 9,594 | 136 | 7,557 | 1,818 | 21 | 27 | 1 | 44 |
| * St Clair County | 5,428 | 215 | 5,057 | 118 | 19 | 22 | 2 | 112 |
| Walker County | 67,023 | 1,307 | 61,146 | 3,928 | 251 | 195 | 36 | 639 |
| Winston County | 24,484 | 639 | 23,409 | 115 | 163 | 60 | 28 | 356 |
| District 4 Total | 660,162 | 41,969 | 583,895 | 33,172 | 4,208 | 2,459 | 582 | 26,039 |
| | 100% | 6.36% | 88.45% | 5.02% | 0.64% | 0.37% | 0.09% | 3.94% |
| **District 5** | | | | | | | | |
| Colbert County | 54,428 | 1,093 | 43,789 | 8,768 | 267 | 229 | 20 | 510 |
| Jackson County | 53,227 | 1,339 | 48,348 | 1,781 | 719 | 185 | 48 | 768 |
| Lauderdale County | 92,709 | 2,082 | 80,112 | 9,257 | 338 | 685 | 34 | 977 |

Blount County: 684 / Cullman: 889 / De Kalb: 1,574 / Etowah: 1,545 / Fayette: 171 / Franklin: 530 / Lamar: 183 / Marion: 341 / Marshall: 1,564 / Morgan: 921 / Pickens: 126 / St Clair: 98 / Walker: 828 / Winston: 353 / District 4 Total last col: 9,807 / 1.49% / Colbert: 845 / Jackson: 1,378 / Lauderdale: 1,306

| | Total Population | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other Two or more races |
|---|---|---|---|---|---|---|---|---|
| Lawrence County | 34,339 | 574 | 26,647 | 3,938 | 1,953 | 42 | 6 | 275 |
| Limestone County | 82,782 | 4,591 | 66,506 | 10,429 | 547 | 924 | 42 | 2,866 |
| Madison County | 334,811 | 15,404 | 228,280 | 80,376 | 2,551 | 8,265 | 365 | 6,719 |
| * Morgan County | 66,428 | 7,665 | 45,900 | 13,001 | 518 | 507 | 95 | 4,964 |
| District 5 Total | 718,724 | 32,748 | 539,582 | 127,550 | 6,893 | 10,837 | 610 | 17,079 |
| | 100% | 4.56% | 75.07% | 17.75% | 0.96% | 1.51% | 0.08% | 2.38% |
| **District 6** | | | | | | | | |
| Bibb County | 22,915 | 406 | 17,381 | 5,047 | 64 | 22 | 13 | 185 |
| Chilton County | 43,643 | 3,420 | 36,713 | 4,230 | 155 | 130 | 55 | 1,854 |
| * Coosa County | 3,000 | 20 | 2,866 | 82 | 15 | 2 | 0 | 7 |
| * Jefferson County | 360,034 | 13,764 | 285,917 | 54,453 | 1,059 | 7,012 | 147 | 7,165 |
| * St Clair County | 78,165 | 1,501 | 68,684 | 7,032 | 262 | 496 | 44 | 622 |
| Shelby County | 195,085 | 11,567 | 161,943 | 20,732 | 553 | 3,726 | 74 | 5,373 |
| * Tuscaloosa County | 51,640 | 1,353 | 45,601 | 4,034 | 141 | 676 | 15 | 666 |
| District 6 Total | 754,482 | 32,031 | 619,105 | 95,610 | 2,249 | 12,064 | 348 | 15,872 |
| | 100% | 4.25% | 82.06% | 12.67% | 0.3% | 1.6% | 0.05% | 2.1% |
| **District 7** | | | | | | | | |
| Choctaw County | 13,859 | 73 | 7,731 | 6,012 | 18 | 12 | 0 | 28 |
| * Clarke County | 12,217 | 110 | 5,034 | 7,006 | 40 | 36 | 4 | 19 |
| Dallas County | 43,820 | 309 | 12,769 | 30,423 | 85 | 149 | 11 | 84 |
| Greene County | 9,045 | 69 | 1,575 | 7,370 | 17 | 15 | 0 | 25 |
| Hale County | 15,760 | 140 | 6,266 | 9,301 | 25 | 35 | 1 | 44 |

| | Total Population | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
|---|---|---|---|---|---|---|---|---|---|
| * Jefferson County | 298,432 | 11,724 | 63,249 | 222,072 | 681 | 2,146 | 97 | 7,193 | 2,994 |
| Marengo County | 21,027 | 352 | 9,751 | 10,872 | 34 | 53 | 13 | 140 | 164 |
| Perry County | 10,591 | 114 | 3,204 | 7,276 | 17 | 30 | 5 | 16 | 43 |
| * Pickens County | 10,152 | 177 | 3,553 | 6,393 | 7 | 9 | 0 | 84 | 106 |
| Sumter County | 13,763 | 86 | 3,326 | 10,316 | 11 | 33 | 4 | 26 | 47 |
| * Tuscaloosa County | 143,016 | 4,596 | 83,403 | 53,577 | 385 | 1,630 | 102 | 2,327 | 1,592 |
| Wilcox County | 11,670 | 72 | 3,126 | 8,465 | 14 | 4 | 1 | 9 | 51 |
| District 7 Total | 603,352 | 17,822 | 202,987 | 379,083 | 1,334 | 4,152 | 238 | 9,995 | 5,563 |
| | 100% | 2.95% | 33.64% | 62.83% | 0.22% | 0.69% | 0.04% | 1.66% | 0.92% |

* indicates split

SOS001458

User: bpshan3501
Plan: Existing Congressional with 2010 Geography using Census

Date: Tue Jun 28 14:17:33 GMT-0500 2011

## Assigned District Splits

| | Total Population | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
|---|---|---|---|---|---|---|---|---|---|
| **District 1** | | | | | | | | | |
| Baldwin County | 182,265 | 7,992 | 156,153 | 17,105 | 1,216 | 1,348 | 89 | 3,631 | 2,723 |
| * Clarke County | 13,616 | 161 | 9,036 | 4,330 | 63 | 41 | 0 | 48 | 98 |
| Escambia County | 38,319 | 718 | 23,784 | 12,220 | 1,288 | 92 | 12 | 343 | 580 |
| Mobile County | 412,992 | 9,936 | 248,647 | 142,992 | 3,681 | 7,561 | 204 | 3,885 | 6,022 |
| Monroe County | 23,068 | 220 | 12,718 | 9,614 | 260 | 67 | 9 | 66 | 334 |
| Washington County | 17,581 | 151 | 11,508 | 4,380 | 1,411 | 20 | 12 | 43 | 207 |
| District 1 Total | 687,841 | 19,178 | 461,846 | 190,641 | 7,919 | 9,129 | 326 | 8,016 | 9,964 |
| | 100% | 2.79% | 67.14% | 27.72% | 1.15% | 1.33% | 0.05% | 1.17% | 1.45% |
| **District 2** | | | | | | | | | |
| Autauga County | 54,571 | 1,310 | 42,855 | 9,643 | 232 | 474 | 32 | 466 | 869 |
| Barbour County | 27,457 | 1,387 | 13,180 | 12,875 | 114 | 107 | 29 | 894 | 258 |
| Bullock County | 10,914 | 777 | 2,507 | 7,666 | 23 | 20 | 43 | 569 | 86 |
| Butler County | 20,947 | 191 | 11,399 | 9,095 | 60 | 177 | 7 | 48 | 161 |
| Coffee County | 49,948 | 3,180 | 37,330 | 8,359 | 645 | 644 | 100 | 1,623 | 1,247 |
| Conecuh County | 13,228 | 161 | 6,788 | 6,149 | 44 | 17 | 1 | 97 | 132 |
| Covington County | 37,765 | 483 | 32,022 | 4,716 | 214 | 155 | 1 | 135 | 522 |
| Crenshaw County | 13,906 | 204 | 10,097 | 3,254 | 57 | 189 | 8 | 99 | 202 |
| Dale County | 50,251 | 2,821 | 37,236 | 9,679 | 371 | 534 | 44 | 882 | 1,505 |

* indicates split

| | Total Population | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other Two or more races |
|---|---|---|---|---|---|---|---|---|
| Elmore County | 79,303 | 2,129 | 60,455 | 15,900 | 285 | 518 | 63 | 938 | 1,144 |
| Geneva County | 26,790 | 920 | 23,127 | 2,539 | 224 | 67 | 8 | 409 | 416 |
| Henry County | 17,302 | 389 | 11,865 | 4,942 | 57 | 54 | 2 | 206 | 176 |
| Houston County | 101,547 | 2,995 | 71,053 | 26,176 | 446 | 820 | 49 | 1,244 | 1,759 |
| Lowndes County | 11,299 | 87 | 2,859 | 8,310 | 25 | 14 | 0 | 31 | 60 |
| * Montgomery County | 125,750 | 4,887 | 52,319 | 67,012 | 311 | 1,463 | 85 | 2,801 | 1,759 |
| Pike County | 32,899 | 730 | 19,144 | 12,054 | 192 | 654 | 24 | 341 | 490 |
| District 2 Total | 673,877 | 22,651 | 434,236 | 208,369 | 3,300 | 5,907 | 496 | 10,783 | 10,786 |
| | 100% | 3.36% | 64.44% | 30.92% | 0.49% | 0.88% | 0.07% | 1.6% | 1.6% |

## District 3

| | Total Population | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other Two or more races |
|---|---|---|---|---|---|---|---|---|
| Calhoun County | 118,572 | 3,893 | 88,840 | 24,382 | 540 | 845 | 96 | 1,894 | 1,975 |
| Chambers County | 34,215 | 536 | 20,112 | 13,257 | 69 | 168 | 10 | 214 | 385 |
| Cherokee County | 25,989 | 320 | 24,081 | 1,208 | 135 | 54 | 1 | 123 | 387 |
| Clay County | 13,932 | 399 | 11,380 | 2,066 | 55 | 24 | 0 | 172 | 235 |
| Cleburne County | 14,972 | 307 | 14,079 | 498 | 51 | 23 | 10 | 151 | 160 |
| * Coosa County | 8,539 | 210 | 4,782 | 3,500 | 25 | 14 | 15 | 128 | 75 |
| Lee County | 140,247 | 4,571 | 100,006 | 31,901 | 445 | 3,658 | 105 | 1,873 | 2,259 |
| Macon County | 21,452 | 232 | 3,319 | 17,729 | 29 | 76 | 2 | 69 | 228 |
| * Montgomery County | 103,613 | 3,427 | 38,337 | 58,465 | 278 | 3,358 | 86 | 1,942 | 1,147 |
| Randolph County | 22,913 | 649 | 17,532 | 4,607 | 84 | 55 | 5 | 369 | 261 |
| Russell County | 52,947 | 1,946 | 28,449 | 22,135 | 219 | 236 | 113 | 691 | 1,104 |
| Talladega County | 82,291 | 1,671 | 53,739 | 26,055 | 264 | 339 | 6 | 787 | 1,101 |

| | Total Population | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other Two or more races |
|---|---|---|---|---|---|---|---|---|
| Tallapoosa County | 41,616 | 1,042 | 29,087 | 11,083 | 121 | 197 | 8 | 713 |
| District 3 Total | 681,298 | 19,203 | 433,743 | 216,886 | 2,315 | 9,047 | 457 | 9,126 |
| | 100% | 2.82% | 63.66% | 31.83% | 0.34% | 1.33% | 0.07% | 1.34% |
| **District 4** | | | | | | | | |
| Blount County | 57,322 | 4,626 | 53,068 | 761 | 307 | 117 | 38 | 2,347 |
| Cullman County | 80,406 | 3,454 | 76,133 | 856 | 408 | 343 | 18 | 1,759 |
| De Kalb County | 71,109 | 9,690 | 60,087 | 1,078 | 969 | 203 | 147 | 7,051 |
| Etowah County | 104,430 | 3,447 | 83,823 | 15,796 | 448 | 672 | 171 | 1,975 |
| Fayette County | 17,241 | 204 | 14,910 | 1,969 | 52 | 37 | 0 | 102 |
| Franklin County | 31,704 | 4,710 | 26,320 | 1,228 | 215 | 63 | 10 | 3,338 |
| Lamar County | 14,564 | 180 | 12,626 | 1,643 | 24 | 4 | 2 | 82 |
| Marion County | 30,776 | 632 | 28,791 | 1,184 | 101 | 54 | 14 | 291 |
| Marshall County | 93,019 | 11,238 | 81,464 | 1,494 | 706 | 478 | 103 | 7,210 |
| * Morgan County | 53,062 | 1,491 | 49,504 | 1,184 | 524 | 184 | 12 | 733 |
| * Pickens County | 9,594 | 136 | 7,557 | 1,818 | 21 | 27 | 1 | 44 |
| * St Clair County | 5,428 | 215 | 5,057 | 118 | 19 | 22 | 2 | 112 |
| Walker County | 67,023 | 1,307 | 61,146 | 3,928 | 251 | 195 | 36 | 639 |
| Winston County | 24,484 | 639 | 23,409 | 115 | 163 | 60 | 28 | 356 |
| District 4 Total | 660,162 | 41,969 | 583,895 | 33,172 | 4,208 | 2,459 | 582 | 26,039 |
| | 100% | 6.36% | 88.45% | 5.02% | 0.64% | 0.37% | 0.09% | 3.94% |
| **District 5** | | | | | | | | |
| Colbert County | 54,428 | 1,093 | 43,789 | 8,768 | 267 | 229 | 20 | 510 |
| Jackson County | 53,227 | 1,339 | 48,348 | 1,781 | 719 | 185 | 48 | 768 |
| Lauderdale County | 92,709 | 2,082 | 80,112 | 9,257 | 338 | 685 | 34 | 977 |

* indicates split

| | Total Population | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other Two or more races |
|---|---|---|---|---|---|---|---|---|
| Lawrence County | 34,339 | 574 | 26,647 | 3,938 | 1,953 | 42 | 6 | 275 1,478 |
| Limestone County | 82,782 | 4,591 | 66,506 | 10,429 | 547 | 924 | 42 | 2,866 1,468 |
| Madison County | 334,811 | 15,404 | 228,280 | 80,376 | 2,551 | 8,265 | 365 | 6,719 8,255 |
| * Morgan County | 66,428 | 7,665 | 45,900 | 13,001 | 518 | 507 | 95 | 4,964 1,443 |
| District 5 Total | 718,724 | 32,748 | 539,582 | 127,550 | 6,893 | 10,837 | 610 | 17,079 16,173 |
| | 100% | 4.56% | 75.07% | 17.75% | 0.96% | 1.51% | 0.08% | 2.38% 2.25% |

## District 6

| | Total Population | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other Two or more races |
|---|---|---|---|---|---|---|---|---|
| Bibb County | 22,915 | 406 | 17,381 | 5,047 | 64 | 22 | 13 | 185 203 |
| Chilton County | 43,643 | 3,420 | 36,713 | 4,230 | 155 | 130 | 55 | 1,854 506 |
| * Coosa County | 3,000 | 20 | 2,866 | 82 | 15 | 2 | 0 | 7 28 |
| * Jefferson County | 360,034 | 13,764 | 285,917 | 54,453 | 1,059 | 7,012 | 147 | 7,165 4,281 |
| * St Clair County | 78,165 | 1,501 | 68,684 | 7,032 | 262 | 496 | 44 | 622 1,025 |
| Shelby County | 195,085 | 11,567 | 161,943 | 20,732 | 553 | 3,726 | 74 | 5,373 2,684 |
| * Tuscaloosa County | 51,640 | 1,353 | 45,601 | 4,034 | 141 | 676 | 15 | 666 507 |
| District 6 Total | 754,482 | 32,031 | 619,105 | 95,610 | 2,249 | 12,064 | 348 | 15,872 9,234 |
| | 100% | 4.25% | 82.06% | 12.67% | 0.3% | 1.6% | 0.05% | 2.1% 1.22% |

## District 7

| | Total Population | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other Two or more races |
|---|---|---|---|---|---|---|---|---|
| Choctaw County | 13,859 | 73 | 7,731 | 6,012 | 18 | 12 | 0 | 28 58 |
| * Clarke County | 12,217 | 110 | 5,034 | 7,006 | 40 | 36 | 4 | 19 78 |
| Dallas County | 43,820 | 309 | 12,769 | 30,423 | 85 | 149 | 11 | 84 299 |
| Greene County | 9,045 | 69 | 1,575 | 7,370 | 17 | 15 | 0 | 25 43 |
| Hale County | 15,760 | 140 | 6,266 | 9,301 | 25 | 35 | 1 | 44 88 |

SOS001462

| | Total Population | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other Two or more races |
|---|---|---|---|---|---|---|---|---|
| *Jefferson County | 298,432 | 11,724 | 63,249 | 222,072 | 681 | 2,146 | 97 | 7,193 2,994 |
| Marengo County | 21,027 | 352 | 9,751 | 10,872 | 34 | 53 | 13 | 140 164 |
| Perry County | 10,591 | 114 | 3,204 | 7,276 | 17 | 30 | 5 | 16 43 |
| *Pickens County | 10,152 | 177 | 3,553 | 6,393 | 7 | 9 | 0 | 84 106 |
| Sumter County | 13,763 | 86 | 3,326 | 10,316 | 11 | 33 | 4 | 26 47 |
| *Tuscaloosa County | 143,016 | 4,596 | 83,403 | 53,577 | 385 | 1,630 | 102 | 2,327 1,592 |
| Wilcox County | 11,670 | 72 | 3,126 | 8,465 | 14 | 4 | 1 | 9 51 |
| District 7 Total | 603,352 | 17,822 | 202,987 | 379,083 | 1,334 | 4,152 | 238 | 9,995 5,563 |
| | 100% | 2.95% | 33.64% | 62.83% | 0.22% | 0.69% | 0.04% | 1.66% 0.92% |

* indicates split

SOS001463

User: bpshan3501
Plan: Existing Congressional with 2010 Geography using Census

Date: Tue Jun 28 14:14:29 GMT-0500 2011

# District Compactness Report

| District | Polygon Area (sq. mi) | Perimeter (mi) | Reock | Area/Convex Hull | Grofman | Schwartzberg | Polsby Popper | Holes |
|---|---|---|---|---|---|---|---|---|
| 1 | 9816.53 | 1547235.99 | 0.37 | 0.69 | 9.7 | 2.74 | 0.13 | 0 |
| 2 | 14707.29 | 1361873.19 | 0.38 | 0.77 | 6.98 | 1.97 | 0.26 | 0 |
| 3 | 11402.4 | 1380097.78 | 0.28 | 0.74 | 8.03 | 2.27 | 0.19 | 0 |
| 4 | 12454.6 | 1564308.91 | 0.28 | 0.67 | 8.71 | 2.46 | 0.17 | 0 |
| 5 | 6960.93 | 975401.31 | 0.24 | 0.82 | 7.26 | 2.05 | 0.24 | 0 |
| 6 | 6670.12 | 1412311.57 | 0.36 | 0.7 | 10.75 | 3.03 | 0.11 | 0 |
| 7 | 12363 | 1986431.36 | 0.28 | 0.65 | 11.1 | 3.13 | 0.1 | 0 |

SOS001464

User: bpshan3501
Plan: Existing Congressional with 2010 Geography using Census

Date: Tue Jun 28 14:15:24 GMT-0500 2011

## Unassigned Geographies Report

| FIPS | Total Population | Total Hispanic (%) | White (%) | Black (%) | American Indian/Alaskan Native (%) | Asian (%) | Hawaiian or Other Pacific Islander (%) | Other (%) | Two or more races (%) |
|---|---|---|---|---|---|---|---|---|---|