FILED
2021 Dec-23  PM 06:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

**2010 McClendon**
**Congressional Districts**



Legend
District 1
District 2
District 3
District 4
District 5
District 6
District 7

SOS001431