User:
Plan Name: **Enacted Congress B-V-C**
Plan Type: **Congress**

## Population Summary

Monday, November 29, 2021                                                                                                      9:08 PM

| District | Population | Deviation | % Devn. | White   | [% White] | Black   | [% Black] | [18+_Pop] |
|----------|-----------|-----------|---------|---------|-----------|---------|-----------|-----------|
| 1        | 682,820   | 1         | 0.00%   | 458,705 | 67.18%    | 188,859 | 27.66%    | 516,246   |
| 2        | 682,820   | 1         | 0.00%   | 446,880 | 65.45%    | 201,339 | 29.49%    | 520,453   |
| 3        | 682,819   | 0         | 0.00%   | 482,435 | 70.65%    | 171,780 | 25.16%    | 524,977   |
| 4        | 682,819   | 0         | 0.00%   | 591,403 | 86.61%    | 46,636  | 6.83%     | 522,101   |
| 5        | 682,819   | 0         | 0.00%   | 518,464 | 75.93%    | 116,026 | 16.99%    | 522,912   |
| 6        | 682,819   | 0         | 0.00%   | 551,887 | 80.82%    | 92,576  | 13.56%    | 518,014   |
| 7        | 682,820   | 1         | 0.00%   | 225,620 | 33.04%    | 434,095 | 63.57%    | 522,574   |

Total Population:             4,779,736
Ideal District Population:    682,819

**Summary Statistics:**

| | |
|---|---|
| Population Range: | 682,819 to 682,820 |
| Ratio Range: | 0.00 |
| Absolute Range: | 0 to 1 |
| Absolute Overall Range: | 1 |
| Relative Range: | 0.00% to 0.00% |
| Relative Overall Range: | 0.00% |
| Absolute Mean Deviation: | 0.43 |
| Relative Mean Deviation: | 0.00% |
| Standard Deviation: | 0.49 |

RC 000013