User:
Plan Name: **Enacted Congress B-V-C**
Plan Type: **Congress**

# Population Summary

Monday, November 29, 2021                                                                                          9:06 PM

| District | Population | Deviation | % Devn. | AP_Wht | [% AP_Wht] | AP_Blk | [% AP_Blk] | [18+_AP_Wht] | [% 18+_AP_Blk] |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 682,820 | 1 | 0.00% | 467,084 | 68.41% | 193,045 | 28.27% | 363,917 | 26.11% |
| 2 | 682,820 | 1 | 0.00% | 456,277 | 66.82% | 206,496 | 30.24% | 357,531 | 28.26% |
| 3 | 682,819 | 0 | 0.00% | 491,117 | 71.92% | 176,382 | 25.83% | 384,512 | 24.34% |
| 4 | 682,819 | 0 | 0.00% | 601,683 | 88.12% | 49,772 | 7.29% | 466,144 | 6.72% |
| 5 | 682,819 | 0 | 0.00% | 531,499 | 77.84% | 121,856 | 17.85% | 412,805 | 16.81% |
| 6 | 682,819 | 0 | 0.00% | 559,255 | 81.9% | 95,663 | 14.01% | 431,438 | 12.85% |
| 7 | 682,820 | 1 | 0.00% | 230,162 | 33.71% | 437,904 | 64.13% | 192,592 | 60.91% |

Total Population:             4,779,736
Ideal District Population:    682,819

**Summary Statistics:**

| | |
|---|---|
| Population Range: | 682,819 to 682,820 |
| Ratio Range: | 0.00 |
| Absolute Range: | 0 to 1 |
| Absolute Overall Range: | 1 |
| Relative Range: | 0.00% to 0.00% |
| Relative Overall Range: | 0.00% |
| Absolute Mean Deviation: | 0.43 |
| Relative Mean Deviation: | 0.00% |
| Standard Deviation: | 0.49 |

RC 000012