

User: bpshan3501
Plan: McClammy Congress PPB

Date: Thu Jun 23 14:01:57 GMT-0500 2011

# Population Summary Report

| District No. | Total Population | Deviation | Deviation (%) | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 682,820 | 1 | 0.00 | 19,122 | 457,689 | 189,846 | 7,879 | 9,102 | 327 | 8,029 | 9,948 |
| 2 | 682,820 | 1 | 0.00 | 24,129 | 382,757 | 265,223 | 3,207 | 8,441 | 582 | 11,833 | 10,777 |
| 3 | 682,820 | 1 | 0.00 | 19,149 | 502,930 | 151,510 | 2,469 | 6,574 | 415 | 8,986 | 9,936 |
| 4 | 682,819 | 0 | 0.00 | 44,177 | 601,876 | 35,340 | 4,484 | 2,655 | 614 | 27,536 | 10,314 |
| 5 | 682,819 | 0 | 0.00 | 30,262 | 510,685 | 123,451 | 6,581 | 10,595 | 576 | 15,472 | 15,459 |
| 6 | 682,819 | 0 | 0.00 | 29,391 | 572,402 | 73,533 | 1,969 | 11,861 | 261 | 14,348 | 8,445 |
| 7 | 682,819 | 0 | 0.00 | 19,372 | 247,055 | 412,408 | 1,629 | 4,367 | 282 | 10,706 | 6,372 |

Total Population: 4,779,736
Ideal Population: 682,819
Mean Deviation: 0
Mean Percent Deviation: 0.01
Largest Positive Deviation: 1
Largest Negative Deviation: 0
Overall Range in Deviation: 1
Overall Range in Deviation Percentage: 0.00

SOS001510

User: bpshan3501
Plan: McClammy Congress PPB

Date: Thu Jun 23 14:02:35 GMT-0500 2011

# District Statistics Report

| District No. | Total Population | Deviation | Deviation (%) | Total Hispanic (%) | White (%) | Black (%) | American Indian/Alaskan Native (%) | Asian (%) | Hawaiian or Other Pacific Islander (%) | Other (%) | Two or more races (%) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 682,820 | 1 | 0.00 | 19,122 (2.80%) | 457,689 (67.03%) | 189,846 (27.80%) | 7,879 (1.15%) | 9,102 (1.33%) | 327 (0.05%) | 8,029 (1.18%) | 9,948 (1.46%) |
| 2 | 682,820 | 1 | 0.00 | 24,129 (3.53%) | 382,757 (56.06%) | 265,223 (38.84%) | 3,207 (0.47%) | 8,441 (1.24%) | 582 (0.09%) | 11,833 (1.73%) | 10,777 (1.58%) |
| 3 | 682,820 | 1 | 0.00 | 19,149 (2.80%) | 502,930 (73.65%) | 151,510 (22.19%) | 2,469 (0.36%) | 6,574 (0.96%) | 415 (0.06%) | 8,986 (1.32%) | 9,936 (1.46%) |
| 4 | 682,819 | 0 | 0.00 | 44,177 (6.47%) | 601,876 (88.15%) | 35,340 (5.18%) | 4,484 (0.66%) | 2,655 (0.39%) | 614 (0.09%) | 27,536 (4.03%) | 10,314 (1.51%) |
| 5 | 682,819 | 0 | 0.00 | 30,262 (4.43%) | 510,685 (74.79%) | 123,451 (18.08%) | 6,581 (0.96%) | 10,595 (1.55%) | 576 (0.08%) | 15,472 (2.27%) | 15,459 (2.26%) |
| 6 | 682,819 | 0 | 0.00 | 29,391 (4.30%) | 572,402 (83.83%) | 73,533 (10.77%) | 1,969 (0.29%) | 11,861 (1.74%) | 261 (0.04%) | 14,348 (2.10%) | 8,445 (1.24%) |
| 7 | 682,819 | 0 | 0.00 | 19,372 (2.84%) | 247,055 (36.18%) | 412,408 (60.40%) | 1,629 (0.24%) | 4,367 (0.64%) | 282 (0.04%) | 10,706 (1.57%) | 6,372 (0.93%) |

SOS001511

User: bpshan3501
Plan: McClammy Congress PPB

Date: Thu Jun 23 14:03:25 GMT-0500 2011

# All Districts Population Report

| | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
|---|---|---|---|---|---|---|---|---|
| **District No.** | 1 | | | | | | | |
| Total Population | 682,820 | | | | | | | |
| Total Population 18+ | 0 | | | | | | | |
| Deviation | 1 | | | | | | | |
| Dev. % | 0.00 | | | | | | | |
| Total | 19,122 | 457,689 | 189,846 | 7,879 | 9,102 | 327 | 8,029 | 9,948 |
| Total% | 2.80 | 67.03 | 27.80 | 1.15 | 1.33 | 0.05 | 1.18 | 1.46 |
| Total18+ | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total18+% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **District No.** | 2 | | | | | | | |
| Total Population | 682,820 | | | | | | | |
| Total Population 18+ | 0 | | | | | | | |
| Deviation | 1 | | | | | | | |
| Dev. % | 0.00 | | | | | | | |
| Total | 24,129 | 382,757 | 265,223 | 3,207 | 8,441 | 582 | 11,833 | 10,777 |
| Total% | 3.53 | 56.06 | 38.84 | 0.47 | 1.24 | 0.09 | 1.73 | 1.58 |
| Total18+ | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total18+% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| District No. | | 3 | | | | | |
|---|---|---|---|---|---|---|---|
| Total Population | | 682,820 | | | | | |
| Total Population 18+ | | 0 | | | | | |
| Deviation | | 1 | | | | | |
| Dev. % | | 0.00 | | | | | |
| | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
| Total | 19,149 | 502,930 | 151,510 | 2,469 | 6,574 | 415 | 8,986 | 9,936 |
| Total% | 2.80 | 73.65 | 22.19 | 0.36 | 0.96 | 0.06 | 1.32 | 1.46 |
| Total18+ | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total18+% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| District No. | | 4 | | | | | |
|---|---|---|---|---|---|---|---|
| Total Population | | 682,819 | | | | | |
| Total Population 18+ | | 0 | | | | | |
| Deviation | | 0 | | | | | |
| Dev. % | | 0.00 | | | | | |
| | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
| Total | 44,177 | 601,876 | 35,340 | 4,484 | 2,655 | 614 | 27,536 | 10,314 |
| Total% | 6.47 | 88.15 | 5.18 | 0.66 | 0.39 | 0.09 | 4.03 | 1.51 |
| Total18+ | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total18+% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| District No. | | 5 | | | | | |
|---|---|---|---|---|---|---|---|
| Total Population | | 682,819 | | | | | |
| Total Population 18+ | | 0 | | | | | |
| Deviation | | 0 | | | | | |
| Dev. % | | 0.00 | | | | | |
| | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
| Total | 30,262 | 510,685 | 123,451 | 6,581 | 10,595 | 576 | 15,472 | 15,459 |
| Total% | 4.43 | 74.79 | 18.08 | 0.96 | 1.55 | 0.08 | 2.27 | 2.26 |
| Total18+ | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total18+% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| District No. | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Total Population | 6 | | | | | | | | |
| Total Population 18+ | 682,819 | | | | | | | | |
| Deviation | 0 | | | | | | | | |
| Dev. % | 0 | | | | | | | | |
| | 0.00 | | | | | | | | |
| | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races | |
| Total | 29,391 | 572,402 | 73,533 | 1,969 | 11,861 | 261 | 14,348 | 8,445 | |
| Total% | 4.30 | 83.83 | 10.77 | 0.29 | 1.74 | 0.04 | 2.10 | 1.24 | |
| Total18+ | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Total18+% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |

| District No. | 7 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Total Population | 682,819 | | | | | | | | |
| Total Population 18+ | 0 | | | | | | | | |
| Deviation | 0 | | | | | | | | |
| Dev. % | 0 | | | | | | | | |
| | 0.00 | | | | | | | | |
| | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races | |
| Total | 19,372 | 247,055 | 412,408 | 1,629 | 4,367 | 282 | 10,706 | 6,372 | |
| Total% | 2.84 | 36.18 | 60.40 | 0.24 | 0.64 | 0.04 | 1.57 | 0.93 | |
| Total18+ | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Total18+% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |

User: bpshan3501
Plan: McClammy Congress PPB

Date: Thu Jun 23 14:04:36 GMT-0500 2011

## Assigned District Splits

| | Total Population | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
|---|---|---|---|---|---|---|---|---|---|
| **District 1** | | | | | | | | | |
| Baldwin County | 182,265 | 7,992 | 156,153 | 17,105 | 1,216 | 1,348 | 89 | 3,631 | 2,723 |
| * Conecuh County | 8,595 | 105 | 4,879 | 3,535 | 23 | 14 | 1 | 61 | 82 |
| * Escambia County | 38,319 | 718 | 23,784 | 12,220 | 1,288 | 92 | 12 | 343 | 580 |
| Mobile County | 412,992 | 9,936 | 248,647 | 142,992 | 3,681 | 7,561 | 204 | 3,885 | 6,022 |
| Monroe County | 23,068 | 220 | 12,718 | 9,614 | 260 | 67 | 9 | 66 | 334 |
| Washington County | 17,581 | 151 | 11,508 | 4,380 | 1,411 | 20 | 12 | 43 | 207 |
| District 1 Total | 682,820 | 19,122 | 457,689 | 189,846 | 7,879 | 9,102 | 327 | 8,029 | 9,948 |
| | 100% | 2.8% | 67.03% | 27.8% | 1.15% | 1.33% | 0.05% | 1.18% | 1.46% |
| **District 2** | | | | | | | | | |
| Barbour County | 27,457 | 1,387 | 13,180 | 12,875 | 114 | 107 | 29 | 894 | 258 |
| Bullock County | 10,914 | 777 | 2,507 | 7,666 | 23 | 20 | 43 | 569 | 86 |
| Butler County | 20,947 | 191 | 11,399 | 9,095 | 60 | 177 | 7 | 48 | 161 |
| Coffee County | 49,948 | 3,180 | 37,330 | 8,359 | 645 | 644 | 100 | 1,623 | 1,247 |
| * Conecuh County | 4,633 | 56 | 1,909 | 2,614 | 21 | 3 | 0 | 36 | 50 |
| Covington County | 37,765 | 483 | 32,022 | 4,716 | 214 | 155 | 1 | 135 | 522 |
| Crenshaw County | 13,906 | 204 | 10,097 | 3,254 | 57 | 189 | 8 | 99 | 202 |
| Dale County | 50,251 | 2,821 | 37,236 | 9,679 | 371 | 534 | 44 | 882 | 1,505 |

* indicates split

SOS001515

| | Total Population | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
|---|---|---|---|---|---|---|---|---|---|
| * Escambia County | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Geneva County | 26,790 | 920 | 23,127 | 2,539 | 224 | 67 | 8 | 409 | 416 |
| Henry County | 17,302 | 389 | 11,865 | 4,942 | 57 | 54 | 2 | 206 | 176 |
| Houston County | 101,547 | 2,995 | 71,053 | 26,176 | 446 | 820 | 49 | 1,244 | 1,759 |
| Macon County | 21,452 | 232 | 3,319 | 17,729 | 29 | 76 | 2 | 69 | 228 |
| Montgomery County | 229,363 | 8,314 | 90,656 | 125,477 | 589 | 4,821 | 171 | 4,743 | 2,906 |
| * Russell County | 37,646 | 1,450 | 17,913 | 18,048 | 165 | 120 | 94 | 535 | 771 |
| Pike County | 32,899 | 730 | 19,144 | 12,054 | 192 | 654 | 24 | 341 | 490 |
| District 2 Total | 682,820 | 24,129 | 382,757 | 265,223 | 3,207 | 8,441 | 582 | 11,833 | 10,777 |
| | 100% | 3.53% | 56.06% | 38.84% | 0.47% | 1.24% | 0.09% | 1.73% | 1.58% |

## District 3

| | Total Population | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
|---|---|---|---|---|---|---|---|---|---|
| Autauga County | 54,571 | 1,310 | 42,855 | 9,643 | 232 | 474 | 32 | 466 | 869 |
| Calhoun County | 118,572 | 3,893 | 88,840 | 24,382 | 540 | 845 | 96 | 1,894 | 1,975 |
| Chambers County | 34,215 | 536 | 20,112 | 13,257 | 69 | 168 | 10 | 214 | 385 |
| Cherokee County | 25,989 | 320 | 24,081 | 1,208 | 135 | 54 | 1 | 123 | 387 |
| * Chilton County | 27,359 | 1,596 | 22,580 | 3,241 | 94 | 87 | 45 | 995 | 317 |
| Clay County | 13,932 | 399 | 11,380 | 2,066 | 55 | 24 | 0 | 172 | 235 |
| Cleburne County | 14,972 | 307 | 14,079 | 498 | 51 | 23 | 10 | 151 | 160 |
| Coosa County | 11,539 | 230 | 7,648 | 3,582 | 40 | 16 | 15 | 135 | 103 |
| Elmore County | 79,303 | 2,129 | 60,455 | 15,900 | 285 | 518 | 63 | 938 | 1,144 |
| Lee County | 140,247 | 4,571 | 100,006 | 31,901 | 445 | 3,658 | 105 | 1,873 | 2,259 |
| Randolph County | 22,913 | 649 | 17,532 | 4,607 | 84 | 55 | 5 | 369 | 261 |
| * Russell County | 15,301 | 496 | 10,536 | 4,087 | 54 | 116 | 19 | 156 | 333 |

| | Total Population | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
|---|---|---|---|---|---|---|---|---|---|
| Talladega County | 82,291 | 1,671 | 53,739 | 26,055 | 264 | 339 | 6 | 787 | 1,101 |
| Tallapoosa County | 41,616 | 1,042 | 29,087 | 11,083 | 121 | 197 | 8 | 713 | 407 |
| District 3 Total | 682,820 | 19,149 | 502,930 | 151,510 | 2,469 | 6,574 | 415 | 8,986 | 9,936 |
| | 100% | 2.8% | 73.65% | 22.19% | 0.36% | 0.96% | 0.06% | 1.32% | 1.46% |
| **District 4** | | | | | | | | | |
| Blount County | 57,322 | 4,626 | 53,068 | 761 | 307 | 117 | 38 | 2,347 | 684 |
| Cullman County | 80,406 | 3,454 | 76,133 | 856 | 408 | 343 | 18 | 1,759 | 889 |
| De Kalb County | 71,109 | 9,690 | 60,087 | 1,078 | 969 | 203 | 147 | 7,051 | 1,574 |
| Etowah County | 104,430 | 3,447 | 83,823 | 15,796 | 448 | 672 | 171 | 1,975 | 1,545 |
| Fayette County | 17,241 | 204 | 14,910 | 1,969 | 52 | 37 | 0 | 102 | 171 |
| Franklin County | 31,704 | 4,710 | 26,320 | 1,228 | 215 | 63 | 10 | 3,338 | 530 |
| Lamar County | 14,564 | 180 | 12,626 | 1,643 | 24 | 4 | 2 | 82 | 183 |
| Marion County | 30,776 | 632 | 28,791 | 1,184 | 101 | 54 | 14 | 291 | 341 |
| Marshall County | 93,019 | 11,238 | 81,464 | 1,494 | 706 | 478 | 103 | 7,210 | 1,564 |
| * Morgan County | 88,967 | 3,977 | 78,401 | 5,283 | 836 | 426 | 46 | 2,340 | 1,635 |
| * St Clair County | 1,774 | 73 | 1,698 | 5 | 4 | 3 | 1 | 46 | 17 |
| Walker County | 67,023 | 1,307 | 61,146 | 3,928 | 251 | 195 | 36 | 639 | 828 |
| Winston County | 24,484 | 639 | 23,409 | 115 | 163 | 60 | 28 | 356 | 353 |
| District 4 Total | 682,819 | 44,177 | 601,876 | 35,340 | 4,484 | 2,655 | 614 | 27,536 | 10,314 |
| | 100% | 6.47% | 88.15% | 5.18% | 0.66% | 0.39% | 0.09% | 4.03% | 1.51% |
| **District 5** | | | | | | | | | |
| Colbert County | 54,428 | 1,093 | 43,789 | 8,768 | 267 | 229 | 20 | 510 | 845 |
| Jackson County | 53,227 | 1,339 | 48,348 | 1,781 | 719 | 185 | 48 | 768 | 1,378 |

| | Total Population | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
|---|---|---|---|---|---|---|---|---|---|
| Lauderdale County | 92,709 | 2,082 | 80,112 | 9,257 | 338 | 685 | 34 | 977 | 1,306 |
| Lawrence County | 34,339 | 574 | 26,647 | 3,938 | 1,953 | 42 | 6 | 275 | 1,478 |
| Limestone County | 82,782 | 4,591 | 66,506 | 10,429 | 547 | 924 | 42 | 2,866 | 1,468 |
| Madison County | 334,811 | 15,404 | 228,280 | 80,376 | 2,551 | 8,265 | 365 | 6,719 | 8,255 |
| * Morgan County | 30,523 | 5,179 | 17,003 | 8,902 | 206 | 265 | 61 | 3,357 | 729 |
| District 5 Total | 682,819 | 30,262 | 510,685 | 123,451 | 6,581 | 10,595 | 576 | 15,472 | 15,459 |
| | 100% | 4.43% | 74.79% | 18.08% | 0.96% | 1.55% | 0.08% | 2.27% | 2.26% |
| **District 6** | | | | | | | | | |
| Bibb County | 22,915 | 406 | 17,381 | 5,047 | 64 | 22 | 13 | 185 | 203 |
| * Chilton County | 16,284 | 1,824 | 14,133 | 989 | 61 | 43 | 10 | 859 | 189 |
| * Jefferson County | 320,393 | 12,797 | 265,215 | 36,747 | 892 | 6,920 | 103 | 6,693 | 3,823 |
| * St Clair County | 81,819 | 1,643 | 72,043 | 7,145 | 277 | 515 | 45 | 688 | 1,106 |
| Shelby County | 195,085 | 11,567 | 161,943 | 20,732 | 553 | 3,726 | 74 | 5,373 | 2,684 |
| * Tuscaloosa County | 46,323 | 1,154 | 41,687 | 2,873 | 122 | 635 | 16 | 550 | 440 |
| District 6 Total | 682,819 | 29,391 | 572,402 | 73,533 | 1,969 | 11,861 | 261 | 14,348 | 8,445 |
| | 100% | 4.3% | 83.83% | 10.77% | 0.29% | 1.74% | 0.04% | 2.1% | 1.24% |
| **District 7** | | | | | | | | | |
| Choctaw County | 13,859 | 73 | 7,731 | 6,012 | 18 | 12 | 0 | 28 | 58 |
| Clarke County | 25,833 | 271 | 14,070 | 11,336 | 103 | 77 | 4 | 67 | 176 |
| Dallas County | 43,820 | 309 | 12,769 | 30,423 | 85 | 149 | 11 | 84 | 299 |
| Greene County | 9,045 | 69 | 1,575 | 7,370 | 17 | 15 | 0 | 25 | 43 |
| Hale County | 15,760 | 140 | 6,266 | 9,301 | 25 | 35 | 1 | 44 | 88 |

* indicates split

| | Total Population | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other Two or more races |
|---|---|---|---|---|---|---|---|---|
| *Jefferson County | 338,073 | 12,691 | 83,951 | 239,778 | 848 | 2,238 | 141 | 7,665 3,452 |
| Lowndes County | 11,299 | 87 | 2,859 | 8,310 | 25 | 14 | 0 | 31 60 |
| Marengo County | 21,027 | 352 | 9,751 | 10,872 | 34 | 53 | 13 | 140 164 |
| Perry County | 10,591 | 114 | 3,204 | 7,276 | 17 | 30 | 5 | 16 43 |
| Pickens County | 19,746 | 313 | 11,110 | 8,211 | 28 | 36 | 1 | 128 232 |
| Sumter County | 13,763 | 86 | 3,326 | 10,316 | 11 | 33 | 4 | 26 47 |
| *Tuscaloosa County | 148,333 | 4,795 | 87,317 | 54,738 | 404 | 1,671 | 101 | 2,443 1,659 |
| Wilcox County | 11,670 | 72 | 3,126 | 8,465 | 14 | 4 | 1 | 9 51 |
| District 7 Total | 682,819 | 19,372 | 247,055 | 412,408 | 1,629 | 4,367 | 282 | 10,706 6,372 |
| | 100% | 2.84% | 36.18% | 60.4% | 0.24% | 0.64% | 0.04% | 1.57% 0.93% |

*indicates split

User: bpshan3501
Plan: McClammy Congress PPB

Date: Thu Jun 23 14:10:36 GMT-0500 2011

## VAP Summary Report

| District No. | Total | Total Hispanic18 | White18 | Black18 | American Indian18/Alaskan Native18 | Asian18 | Hawaiian or Other Pacific Islander18 | Other18 | All individuals over 18 who chose two or more races |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 682,820 | 0 | 358,989 | 133,961 | 5,700 | 6,783 | 243 | 5,405 | 5,360 |
| 2 | 682,820 | 0 | 304,810 | 192,621 | 2,434 | 6,379 | 432 | 7,697 | 5,496 |
| 3 | 682,820 | 0 | 395,299 | 110,229 | 1,950 | 5,092 | 309 | 5,963 | 5,155 |
| 4 | 682,819 | 0 | 467,707 | 25,777 | 3,332 | 1,999 | 361 | 16,232 | 5,740 |
| 5 | 682,819 | 0 | 400,683 | 91,833 | 4,820 | 8,041 | 394 | 9,758 | 8,333 |
| 6 | 682,819 | 0 | 442,643 | 52,580 | 1,496 | 8,654 | 185 | 9,249 | 4,465 |
| 7 | 682,819 | 0 | 206,782 | 299,777 | 1,304 | 3,733 | 201 | 7,167 | 3,724 |
| TOTALS | 4,779,736 | 0 | 2,576,913 | 906,778 | 21,036 | 40,681 | 2,125 | 61,471 | 38,273 |

User: bpshan3501
Plan: McClammy Congress PPB

Date: Thu Jun 23 14:05:11 GMT-0500 2011

## District Compactness Report

| District | Polygon Area (sq. mi) | Perimeter (mi) | Reock | Area/Convex Hull | Grofman | Schwartzberg | Polsby Popper | Holes |
|---|---|---|---|---|---|---|---|---|
| 1 | 9951.48 | 1172584.02 | 0.42 | 0.75 | 7.3 | 2.06 | 0.24 | 0 |
| 2 | 13824.1 | 1069084.19 | 0.52 | 0.85 | 5.65 | 1.59 | 0.39 | 0 |
| 3 | 11680.27 | 1210831.15 | 0.32 | 0.78 | 6.96 | 1.96 | 0.26 | 0 |
| 4 | 11726.05 | 1241485.27 | 0.31 | 0.73 | 7.12 | 2.01 | 0.25 | 0 |
| 5 | 6898.8 | 858499.68 | 0.24 | 0.81 | 6.42 | 1.81 | 0.3 | 0 |
| 6 | 5526.81 | 1316180.47 | 0.34 | 0.71 | 11 | 3.1 | 0.1 | 0 |
| 7 | 14767.37 | 1712847.07 | 0.36 | 0.65 | 8.76 | 2.47 | 0.16 | 0 |

SOS001521

User: bpshan3501
Plan: McClammy Congress PPB

Date: Thu Jun 23 14:05:48 GMT-0500 2011

## Unassigned Geographies Report

| FIPS | Total Population | Total Hispanic (%) | White (%) | Black (%) | American Indian/Alaskan Native (%) | Asian (%) | Hawaiian or Other Pacific Islander (%) | Other (%) | Two or more races (%) |
|---|---|---|---|---|---|---|---|---|---|