Case 2:21-cv-01536-AMM   Document 77-10   Filed 12/23/21   Page 1 of 1

FILED
2021 Dec-23 PM 06:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

2020 DEMOCRATIC PRIMARY RUNOFF ELECTION STATEWIDE RESULTS

|  | Averhart | Gardner |  | Bell | Chestnut |
|---|---|---|---|---|---|
| Autauga |  |  |  | 318 | 423 |
| Baldwin | 1053 | 3245 |  |  |  |
| Bullock |  |  |  | 297 | 216 |
| Choctaw |  |  |  | 147 | 473 |
| Clarke | 150 | 190 |  | 299 | 948 |
| Dallas |  |  |  | 1253 | 4937 |
| Elmore |  |  |  | 2 | 12 |
| Escambia | 473 | 464 |  |  |  |
| Lowndes |  |  |  | 1106 | 306 |
| Macon |  |  |  | 646 | 1026 |
| Marengo |  |  |  | 212 | 644 |
| Mobile | 12,311 | 7,709 |  | 4374 | 6122 |
| Monroe | 1,412 | 154 |  | 391 | 1145 |
| Montgomery |  |  |  | 2924 | 2521 |
| Perry |  |  |  | 218 | 519 |
| Pike |  |  |  | 271 | 277 |
| Sumter |  |  |  | 215 | 274 |
| Washington | 441 | 340 |  | 415 | 339 |
| Wilcox |  |  |  | 329 | 1120 |
|  | 15840 | 12102 |  | 13417 | 21302 |