

# Alabama Democratic Party

Post Office Box 950 • Montgomery, Alabama 36101-0950 • Phone - 334.262.2221 • Fax - 334.262.6474
www.aldemocrats.org • aldemocrats@gmail.com

The Honorable John H. Merrill
Secretary of State
State Capitol Building
600 Dexter Avenue - Suite S-105
Montgomery, AL 36130

RECEIVED
MAR 1 1 2020
ALABAMA
SECRETARY OF STATE

## CERTIFICATION

Pursuant to Section 17-13-17, Code of Alabama, 1975, I hereby publicly proclaim the 2020 Democratic Primary results. Subject to the provisions therein, I declare the attached candidates the nominee having received a majority of votes. Further, those candidates recorded as "runoff" shall have their names printed on the March 31, 2020 ballot.

This certificate is subject to such disqualifications or corrective action as hereafter may be made.

Given under my hand, this eleventh day of March, 2020.

_____
Christopher John England
Alabama Democratic Party Chair

## March 3, 2020 Democratic Primary Certification

| office | name as it appears on ballot | status |
|---|---|---|
| President of the United States | Joseph R. Biden | Preference |
| United States Senator | Doug Jones | Nominee |
| United States Representative, District 1 | James Averhart | Runoff |
| United States Representative, District 1 | Kiani A. Gardner | Runoff |
| United States Representative, District 2 | Phyllis Harvey-Hall | Nominee |
| United States Representative, District 3 | Adia Winfrey | Nominee |
| United States Representative, District 4 | Rick Neighbors | Nominee |
| United States Representative, District 7 | Terri A. Sewell | Nominee |
| President of the Public Service Commission | Laura Casey | Nominee |
| State Board of Education 1 | Tom Holmes | Nominee |
| State Board of Education 3 | Jarralynne Agee | Nominee |
| State Board of Education 5 | Fred Bell | Runoff |
| State Board of Education 5 | Tonya Smith Chestnut | Runoff |
| Circuit Judge, 10th Circuit, Place 02, Jefferson County | Shanta Owens | Nominee |
| Circuit Judge, 10th Circuit, Place 03, Jefferson County | Kechia Davis | Nominee |
| Circuit Judge, 10th Circuit, Place 10, Jefferson County | Patrick James Ballard | Nominee |
| Circuit Judge, 15th Circuit, Place 02, Montgomery County | Brooke E. Reid | Nominee |
| Circuit Judge, 15th Circuit, Place 04, Montgomery County | J. R. Gaines | Nominee |
| Circuit Judge, 15th Circuit, Place 07, Montgomery County | LLoria Munnerlyn James | Nominee |
| Circuit Judge, 15th Circuit, Place 09, Montgomery County | Johnny Hardwick | Nominee |
| Circuit Judge, 26th Circuit, Place 02, Russell County | David Johnson | Nominee |
| District Judge, 02nd Circuit, Butler County | Brandon Eugene Collins | Nominee |
| District Judge, 05th Circuit, Macon County | Deborah Hill Biggers | Nominee |
| District Judge, 08th Circuit, Place 03, Morgan County | Paul R. Holland | Nominee |
| District Judge, 10th Circuit, Place 01, Jefferson County | Martha R. Cook | Nominee |
| District Judge, 10th Circuit, Place 02, Jefferson County | Maria Fortune | Nominee |
| District Judge, 10th Circuit, Place 07, Jefferson County | Ruby Yvette Davis | Nominee |
| District Judge, 13th Circuit, Place 03, Mobile County | Alan "Big Al" Colvin | Nominee |
| District Judge, 14th Circuit, Walker County | Seth L. Diamond | Nominee |

## March 3, 2020 Democratic Primary Certification

| office | name as it appears on ballot | status |
|---|---|---|
| District Judge, 15th Circuit, Place 01, Montgomery County | Monet McCorvey Gaines | Nominee |
| District Judge, 17th Circuit, Greene County | Lillie Jones-Osborne | Nominee |
| District Judge, 17th Circuit, Sumter County | Tammy Jackson Montgomery | Nominee |

Joseph R. Biden awarded two men and two women in Congressional District 1.

| office | name as it appears on ballot | status |
|---|---|---|
| Joseph R. Biden Delegate, Congressional District 1 | Napoleon Bracy, Jr. | Elected |
| Joseph R. Biden Delegate, Congressional District 1 | Adline C. Clarke, Jr. | Elected |
| Joseph R. Biden Delegate, Congressional District 1 | Barbara Drummond | Elected |
| Joseph R. Biden Delegate, Congressional District 1 | Ben H. Harris, III | Elected |

Joseph R. Biden awarded two men and three women in Congressional District 2.

| office | name as it appears on ballot | status |
|---|---|---|
| Joseph R. Biden Delegate, Congressional District 2 | Harriet Jay Hubbard | Elected |
| Joseph R. Biden Delegate, Congressional District 2 | Julian McPhillips | Elected |
| Joseph R. Biden Delegate, Congressional District 2 | Joe M. Reed | Elected |
| Joseph R. Biden Delegate, Congressional District 2 | female | vacant |
| Joseph R. Biden Delegate, Congressional District 2 | female | vacant |

Joseph R. Biden awarded two men and one women in Congressional District 3.

| office | name as it appears on ballot | status |
|---|---|---|
| Joseph R. Biden Delegate, Congressional District 3 | Lindsey Bickerstaff | Elected |
| Joseph R. Biden Delegate, Congressional District 3 | Dolores (Dee) Crumly | Elected |
| Joseph R. Biden Delegate, Congressional District 3 | Johnny Ford | Elected |

Joseph R. Biden awarded one man and one women in Congressional District 4.

| office | name as it appears on ballot | status |
|---|---|---|
| Joseph R. Biden Delegate, Congressional District 4 | Maudie Bedford | Elected |
| Joseph R. Biden Delegate, Congressional District 4 | Roger Bedford | Elected |

Joseph R. Biden awarded two men and two women in Congressional District 5.

| office | name as it appears on ballot | status |
|---|---|---|
| Joseph R. Biden Delegate, Congressional District 5 | Susan C. Brown | Elected |
| Joseph R. Biden Delegate, Congressional District 5 | Parker Griffith | Elected |
| Joseph R. Biden Delegate, Congressional District 5 | Laura Hall | Elected |
| Joseph R. Biden Delegate, Congressional District 5 | Michael L. Smith | Elected |

Joseph R. Biden awarded one man and two women in Congressional District 6.

| office | name as it appears on ballot | status |
|---|---|---|
| Joseph R. Biden Delegate, Congressional District 6 | Brooke Battle | Elected |
| Joseph R. Biden Delegate, Congressional District 6 | Earl F. Hilliard, Sr. | Elected |

## March 3, 2020 Democratic Primary Certification

| office | name as it appears on ballot | status |
| --- | --- | --- |
| Joseph R. Biden Delegate, Congressional District 6 | Lashunda Scales | Elected |

Joseph R. Biden awarded four men and four women in Congressional District 7.

| office | name as it appears on ballot | status |
| --- | --- | --- |
| Joseph R. Biden Delegate, Congressional District 7 | Linda Coleman-Madison | Elected |
| Joseph R. Biden Delegate, Congressional District 7 | Christopher Davis | Elected |
| Joseph R. Biden Delegate, Congressional District 7 | Juandalynn Givan | Elected |
| Joseph R. Biden Delegate, Congressional District 7 | Earl Hilliard, Jr. | Elected |
| Joseph R. Biden Delegate, Congressional District 7 | John Hilliard | Elected |
| Joseph R. Biden Delegate, Congressional District 7 | Michael Miller | Elected |
| Joseph R. Biden Delegate, Congressional District 7 | Shelia Smoot | Elected |
| Joseph R. Biden Delegate, Congressional District 7 | Sheila D. Tyson | Elected |

Bernie Sanders awarded one man in Congressional District 1.

| office | name as it appears on ballot | status |
| --- | --- | --- |
| Bernie Sanders Delegate, Congressional District 1 | Kris Adkison | Elected |

Bernie Sanders awarded one woman in Congressional District 3.

| office | name as it appears on ballot | status |
| --- | --- | --- |
| Bernie Sanders Delegate, Congressional District 3 | Carla Smith | Elected |

Bernie Sanders awarded one man in Congressional District 4.

| office | name as it appears on ballot | status |
| --- | --- | --- |
| Bernie Sanders Delegate, Congressional District 4 | Jared D. Vaughn | Elected |

Bernie Sanders awarded one woman in Congressional District 5.

| office | name as it appears on ballot | status |
| --- | --- | --- |
| Bernie Sanders Delegate, Congressional District 5 | Tara Bailey | Elected |

Bernie Sanders awarded one man in Congressional District 6.

| office | name as it appears on ballot | status |
| --- | --- | --- |
| Bernie Sanders Delegate, Congressional District 6 | Caleb Burnett | Elected |