FILED

2021 Dec-23  PM 06:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

User:

Plan Name: **2021 Alabama Congressional Plan**

Plan Type:

# Population Summary

Wednesday, November 3, 2021                                                                                                    3:54 PM

| District | Population | Deviation | % Devn. | White | [% White] | Black | [% Black] | [18+_Pop] |
|---|---|---|---|---|---|---|---|---|
| 1 | 717,754 | 0 | 0.00% | 461,324 | 64.27% | 186,921 | 26.04% | 557,535 |
| 2 | 717,755 | 1 | 0.00% | 433,244 | 60.36% | 217,392 | 30.29% | 557,677 |
| 3 | 717,754 | 0 | 0.00% | 479,432 | 66.8% | 176,953 | 24.65% | 564,281 |
| 4 | 717,754 | 0 | 0.00% | 582,698 | 81.18% | 51,929 | 7.23% | 556,133 |
| 5 | 717,754 | 0 | 0.00% | 499,707 | 69.62% | 124,642 | 17.37% | 561,187 |
| 6 | 717,754 | 0 | 0.00% | 498,843 | 69.5% | 138,019 | 19.23% | 552,286 |
| 7 | 717,754 | 0 | 0.00% | 265,204 | 36.95% | 400,306 | 55.77% | 568,067 |

Total Population:              5,024,279

Ideal District Population:     717,754

## Summary Statistics:

Population Range:          717,754 to 717,755

Ratio Range:               0.00

Absolute Range:            0 to 1

Absolute Overall Range:    1

Relative Range:            0.00% to 0.00%

Relative Overall Range:    0.00%

Absolute Mean Deviation:   0.14

Relative Mean Deviation:   0.00%

Standard Deviation:        0.35