User:
Plan Name: **2021 Alabama Congressional Plan**
Plan Type:

# Communities of Interest (Landscape, 11x8.5)

Monday, November 15, 2021					10:43 AM

| Census Place | District | Population | % |
|---|---|---|---|
| Adamsville AL | 6 | 4,364 | 100.0 |
| Adamsville AL | 7 | 2 | 0.1 |
| Altoona AL | 4 | 906 | 95.6 |
| Altoona AL | 6 | 42 | 4.4 |
| Argo AL | 3 | 4,307 | 98.6 |
| Argo AL | 6 | 61 | 1.4 |
| Bessemer AL | 6 | 8 | 0.0 |
| Bessemer AL | 7 | 26,011 | 100.0 |
| Birmingham AL | 6 | 60,631 | 30.2 |
| Birmingham AL | 7 | 140,102 | 69.8 |
| Brookside AL | 6 | 1,253 | 100.0 |
| Brookside AL | 7 | 0 | 0.0 |
| Clanton AL | 3 | 5,544 | 63.2 |
| Clanton AL | 6 | 3,224 | 36.8 |
| Coker AL | 4 | 218 | 24.1 |
| Coker AL | 7 | 686 | 75.9 |
| Collinsville AL | 3 | 13 | 0.6 |
| Collinsville AL | 4 | 2,046 | 99.4 |
| Cullomburg AL | 1 | 21 | 16.7 |
| Cullomburg AL | 7 | 105 | 83.3 |
| Florence AL | 4 | 26,511 | 66.0 |

## Communities of Interest (Landscape, 11x8.5)

2021 Alabama Congressional

| Census Place | District | Population | % |
|---|---|---|---|
| Florence AL | 5 | 13,673 | 34.0 |
| Forestdale AL | 6 | 2,816 | 27.1 |
| Forestdale AL | 7 | 7,593 | 73.0 |
| Fultondale AL | 6 | 9,866 | 99.9 |
| Fultondale AL | 7 | 10 | 0.1 |
| Garden City AL | 4 | 528 | 100.0 |
| Garden City AL | 6 | 0 | 0.0 |
| Glencoe AL | 3 | 18 | 0.3 |
| Glencoe AL | 4 | 5,354 | 99.7 |
| Helena AL | 6 | 18,421 | 88.1 |
| Helena AL | 7 | 2,493 | 11.9 |
| Homewood AL | 6 | 3,587 | 13.6 |
| Homewood AL | 7 | 22,827 | 86.4 |
| Hoover AL | 6 | 82,978 | 89.6 |
| Hoover AL | 7 | 9,628 | 10.4 |
| Irondale AL | 6 | 13,497 | 100.0 |
| Irondale AL | 7 | 0 | 0.0 |
| Killen AL | 4 | 438 | 42.4 |
| Killen AL | 5 | 596 | 57.6 |
| Leeds AL | 3 | 2,060 | 16.7 |
| Leeds AL | 6 | 10,264 | 83.3 |
| Maytown AL | 6 | 316 | 100.0 |
| Maytown AL | 7 | 0 | 0.0 |
| Minor AL | 6 | 947 | 87.0 |
| Minor AL | 7 | 141 | 13.0 |

**Communities of Interest (Landscape, 11x8.5)**  2021 Alabama Congressional

| Census Place | District | Population | % |
|---|---|---|---|
| Montgomery AL | 2 | 140,767 | 70.2 |
| Montgomery AL | 7 | 59,836 | 29.8 |
| Northport AL | 4 | 13,575 | 43.6 |
| Northport AL | 7 | 17,550 | 56.4 |
| Sand Rock AL | 3 | 565 | 95.6 |
| Sand Rock AL | 4 | 26 | 4.4 |
| Southside AL | 3 | 183 | 1.9 |
| Southside AL | 4 | 9,243 | 98.1 |
| St. Florian AL | 4 | 6 | 1.0 |
| St. Florian AL | 5 | 578 | 99.0 |
| Sumiton AL | 4 | 2,422 | 99.1 |
| Sumiton AL | 6 | 22 | 0.9 |
| Sylvan Springs AL | 6 | 18 | 1.1 |
| Sylvan Springs AL | 7 | 1,635 | 98.9 |
| Tallassee AL | 2 | 3,118 | 65.5 |
| Tallassee AL | 3 | 1,645 | 34.5 |
| Tarrant AL | 6 | 6,124 | 100.0 |
| Tarrant AL | 7 | 0 | 0.0 |
| Trinity AL | 4 | 2 | 0.1 |
| Trinity AL | 5 | 2,524 | 99.9 |
| Trussville AL | 3 | 1,602 | 6.1 |
| Trussville AL | 6 | 24,521 | 93.9 |
| Tuscaloosa AL | 4 | 7,843 | 7.9 |
| Tuscaloosa AL | 7 | 91,757 | 92.1 |
| Vance AL | 6 | 73 | 3.5 |

# Communities of Interest (Landscape, 11x8.5)

2021 Alabama Congressional

| Census Place | District | Population | % |
|---|---|---|---|
| Vance AL | 7 | 2,019 | 96.5 |
| Vestavia Hills AL | 6 | 39,040 | 99.8 |
| Vestavia Hills AL | 7 | 62 | 0.2 |
| Vincent AL | 3 | 0 | 0.0 |
| Vincent AL | 6 | 1,982 | 100.0 |
| Woodstock AL | 6 | 1,343 | 91.2 |
| Woodstock AL | 7 | 129 | 8.8 |

**Communities of Interest (Landscape, 11x8.5)**　　　　　　　　　　　　　　　　　　　　2021 Alabama Congressional

| Census Place | -- Listed by District | |
|---|---:|---:|
| | Population | % |
| Cullomburg AL (part) | 21 | 16.7 |
| **District 1 Totals** | **447,916** | |
| Montgomery AL (part) | 140,767 | 70.2 |
| Tallassee AL (part) | 3,118 | 65.5 |
| **District 2 Totals** | **495,209** | |
| Argo AL (part) | 4,307 | 98.6 |
| Clanton AL (part) | 5,544 | 63.2 |
| Collinsville AL (part) | 13 | 0.6 |
| Glencoe AL (part) | 18 | 0.3 |
| Leeds AL (part) | 2,060 | 16.7 |
| Sand Rock AL (part) | 565 | 95.6 |
| Southside AL (part) | 183 | 1.9 |
| Tallassee AL (part) | 1,645 | 34.5 |
| Trussville AL (part) | 1,602 | 6.1 |
| Vincent AL (part) | 0 | 0.0 |
| **District 3 Totals** | **441,389** | |

**Communities of Interest (Landscape, 11x8.5)** <span style="float:right">2021 Alabama Congressional</span>

|  | Population | % |
|---|---:|---:|
| Altoona AL (part) | 906 | 95.6 |
| Coker AL (part) | 218 | 24.1 |
| Collinsville AL (part) | 2,046 | 99.4 |
| Florence AL (part) | 26,511 | 66.0 |
| Killen AL (part) | 438 | 42.4 |
| Northport AL (part) | 13,575 | 43.6 |
| Sand Rock AL (part) | 26 | 4.4 |
| Southside AL (part) | 9,243 | 98.1 |
| St. Florian AL (part) | 6 | 1.0 |
| Sumiton AL (part) | 2,422 | 99.1 |
| Trinity AL (part) | 2 | 0.1 |
| Tuscaloosa AL (part) | 7,843 | 7.9 |
| **District 4 Totals** | **372,693** | |
| Florence AL (part) | 13,673 | 34.0 |
| Killen AL (part) | 596 | 57.6 |
| St. Florian AL (part) | 578 | 99.0 |
| **District 5 Totals** | **463,288** | |

## Communities of Interest (Landscape, 11x8.5)

2021 Alabama Congressional

|  | Population | % |
|---|---:|---:|
| Altoona AL (part) | 42 | 4.4 |
| Argo AL (part) | 61 | 1.4 |
| Bessemer AL (part) | 8 | 0.0 |
| Birmingham AL (part) | 60,631 | 30.2 |
| Clanton AL (part) | 3,224 | 36.8 |
| Forestdale AL (part) | 2,816 | 27.1 |
| Garden City AL (part) | 0 | 0.0 |
| Helena AL (part) | 18,421 | 88.1 |
| Homewood AL (part) | 3,587 | 13.6 |
| Hoover AL (part) | 82,978 | 89.6 |
| Leeds AL (part) | 10,264 | 83.3 |
| Minor AL (part) | 947 | 87.0 |
| Sumiton AL (part) | 22 | 0.9 |
| Sylvan Springs AL (part) | 18 | 1.1 |
| Trussville AL (part) | 24,521 | 93.9 |
| Vance AL (part) | 73 | 3.5 |
| Woodstock AL (part) | 1,343 | 91.2 |
| **District 6 Totals** | **555,785** |  |

## Communities of Interest (Landscape, 11x8.5)

2021 Alabama Congressional

|  | Population | % |
|---|---:|---:|
| Adamsville AL (part) | 2 | 0.1 |
| Birmingham AL (part) | 140,102 | 69.8 |
| Brookside AL (part) | 0 | 0.0 |
| Coker AL (part) | 686 | 75.9 |
| Cullomburg AL (part) | 105 | 83.3 |
| Forestdale AL (part) | 7,593 | 73.0 |
| Fultondale AL (part) | 10 | 0.1 |
| Helena AL (part) | 2,493 | 11.9 |
| Homewood AL (part) | 22,827 | 86.4 |
| Hoover AL (part) | 9,628 | 10.4 |
| Irondale AL (part) | 0 | 0.0 |
| Maytown AL (part) | 0 | 0.0 |
| Minor AL (part) | 141 | 13.0 |
| Montgomery AL (part) | 59,836 | 29.8 |
| Northport AL (part) | 17,550 | 56.4 |
| Sylvan Springs AL (part) | 1,635 | 98.9 |
| Tarrant AL (part) | 0 | 0.0 |
| Tuscaloosa AL (part) | 91,757 | 92.1 |
| Vance AL (part) | 2,019 | 96.5 |
| Vestavia Hills AL (part) | 62 | 0.2 |
| Woodstock AL (part) | 129 | 8.8 |
| **District 7 Totals** | **547,175** | |

# Communities of Interest (Landscape, 11x8.5)

2021 Alabama Congressional

## Summary Statistics

| | |
|---|---|
| Number of Census Place not split | 552 |
| Number of Census Place split | 40 |
| Number of Census Place split in 2 | 40 |
| Total number of splits | 80 |