User:
Plan Name: **2021 Alabama Congressional Plan**
Plan Type:

## Measures of Compactness Report

Monday, November 15, 2021                                                                                                                                      11:52 AM

|          | **Schwartzberg** |
|----------|------------------|
| Sum      | N/A              |
| Min      | 1.68             |
| Max      | 2.28             |
| Mean     | 1.95             |
| Std. Dev.| 0.21             |

| **District** | **Schwartzberg** |
|--------------|------------------|
| 1            | 1.98             |
| 2            | 1.78             |
| 3            | 1.79             |
| 4            | 2.09             |
| 5            | 1.68             |
| 6            | 2.28             |
| 7            | 2.04             |

# Measures of Compactness Report

2021 Alabama Congressional

## Measures of Compactness Summary

**Schwartzberg**     The measure is usually greater than or equal to 1, with 1 being the most compact.