FILED
2021 Dec-23 PM 06:36
U.S. DISTRICT COURT
N.D. OF ALABAMA



Deposition of:

## September 7, 2021 9:00 Public Hearing

*September 7, 2021*

In the Matter of:

## Permanent Legislative Committee On Reapportionment Public Hearings

Veritext Legal Solutions

877.373.3660 | calendar-al@veritext.com | 800.808.4958

ALABAMA PERMANENT COMMITTEE ON REAPPORTIONMENT

AND REDISTRICTING PUBLIC HEARING


HELD ON

TUESDAY, SEPTEMBER 7TH, 2021

BEGINNING AT 9:00 A.M.


LOCATION:

SHELTON STATE COMMUNITY COLLEGE - MARTIN CAMPUS

9500 OLD GREENSBORO ROAD

TUSCALOOSA, ALABAMA 35405

AND

ONLINE VIA MICROSOFT TEAMS MEETING



TRANSCRIBED REMOTELY BY:

KATHLEEN F. CAVAZOS, RPR,

COURT REPORTER

1                     I N D E X

2    OPENING REMARKS:                                      PAGE

3       BY SENATOR JIM MCCLENDON. . . . . . . . . . . . . .  3

4       BY REPRESENTATIVE CHRIS PRINGLE . . . . . . . . . .  5

5       BY MR. DORMAN WALKER. . . . . . . . . . . . . . . .  6

6

7    TESTIMONY:

8       BY MS. CAROL PRICKETT . . . . . . . . . . . . . . . 10

9       BY MS. KATHERYN MEADOWS . . . . . . . . . . . . . . 15

10       BY MR. MIKE ALTMAN. . . . . . . . . . . . . . . . . 16

11       BY MS. KATHY JONES. . . . . . . . . . . . . . . . . 20

12       BY MS. JUDY TAYLOR. . . . . . . . . . . . . . . . . 21

13       BY MR. ALBERT TURNER. . . . . . . . . . . . . . . . 23

14       BY MS. LISA WARD. . . . . . . . . . . . . . . . . . 31

15

16                   EXHIBIT INDEX

17

     EXHIBIT:

18

        Exhibit 1 ONLINE ATTENDEE LIST. . . . . . . . . . . .33

19

        Exhibit 2 WRITTEN TESTIMONY OF MIKE ALTMAN WITH . . .33

20           ATTACHMENTS

21       Exhibit 3 WRITTEN TESTIMONY OF CAROL PRICKETT . . . .33

22       Exhibit 4 ONLINE CHAT LOG . . . . . . . . . . . . . .33

23       Exhibit 5 WRITTEN TESTIMONY OF LISA WARD. . . . . . .33

24

25

Page 3

1

2          SENATOR MCCLENDON:  Good morning, everybody.

3    Thank you for being with us.  We appreciate you joining

4    us, and we look forward to your comments.

5          My name is Jim McClendon.  I'm a state senator

6    from St. Clair County where I live, and I am Senate Chair

7    of the Redistricting Committee.

8          On my right is Chris Pringle.  Chris is a state

9    representative, and Chris is the House of Representatives

10   Chair.  And on my left is Dorman Walker.  He is an

11   attorney, and Dorman works for the Reapportionment

12   Committee.

13         Every 10 years, a census is mandated, and the

14   census is not merely to count people but to locate

15   people, and there's been a trend going on for decades of

16   a migratory pattern away from rural areas and toward

17   urban areas.  And as a result of this, in order to try to

18   honor the concept of one person, one vote, we have to

19   change the shape of the districts.  We have to catch the

20   people as they move around.

21         We are working on and will be talking about

22   today -- or you will be talking about today, if you wish,

23   the seven Congressional districts, the eight state board

24   of education districts, the 35 Senate districts and the

25   105 Alabama House of Representative districts.  Some of

1    these districts will go up in population, and those

2    districts will have to be made more compact in order to

3    get back to the ideal number.  Some of them will go down

4    in population, and those districts will have to be made

5    larger in order to capture the number of people to reach

6    the target number which I've got here.  Where is the

7    target number?  There we go.

8            An ideal Senate district, for example, is

9    143,551, and an ideal House district is one-third of

10   that, 47,850.  Now, we have a plus or minus five percent

11   deviation that we can do.  They don't have to have

12   exactly the same number.  However -- and that's true of

13   the state board of education districts, too, but the

14   Congressional districts have to be down to one person.

15   They don't have a deviation.

16           I'll give you some examples.  We'll start with

17   Senate districts in your area that could impact you.

18   Senate district five, for example, has lost about 4,500

19   people.  Senate district 21 has gained roughly 12,600

20   people, and Senate district 24 has lost about 8,000

21   people.  Obviously, those district lines are going to

22   have to be adjusted to get back to the ideal number.

23   House districts in your area:  House district 16 went

24   down.  It had a decrease in population of 2600.  House

25   district 61 went up in population by about 3,300.  House

Page 5

1    district 62 went up by about 7,600, and Senate district

2    63, which is vacant right now, it went up by about 7,900.

3    House district 70 went up by about 1,400, and 71 went

4    down 3,300.

5           So that gives you an idea of our task.  I would

6    like to introduce now Representative Chris Pringle, and

7    he is going to give you some guidelines for how we carry

8    out these hearings.

9           MR. PRINGLE:  Thank you so much, Senator.

10   Again, I'm Representative Chris Pringle from House

11   district 101, and I do believe my friend and colleague,

12   Mr. England, is in the room with you from Tuscaloosa

13   County.  Welcome, Chris, glad to have you.

14          Today, you will be asked to speak in the order

15   in which you signed up.  Please limit your remarks to

16   three minutes.  At the end of the meeting, if we have

17   time, we will come back around to you.  When you're

18   called, please come to the microphone, state your name,

19   the community you represent and the district or districts

20   you want to speak about.  If you decide to speak but did

21   not sign up, we'll ask at the end if anyone who hasn't

22   spoken wants to speak.

23          If you're participating remotely, send your

24   question, and we'll read it into the record and answer

25   it.

1          This hearing is being transcribed by a court

2     reporter working remotely.  If you have something you

3     would like to introduce into the record as an exhibit,

4     bring it to the microphone when you speak and let the

5     hearing officer know, and we'll get it put into the

6     permanent record.

7          This hearing deals solely with redistricting, no

8     other legislative issue.  We're not here to talk about

9     any other legislative issue, so please keep your comments

10    germane to the redistricting issue.

11         Thank you so much.  Now it's Mr. Walker's turn.

12         MR. WALKER:  I'm Dorman Walker, and good

13    morning.  I'll go over the rules the legislature has for

14    itself for drawing districts.  They can't draw them just

15    any way they want.  The first rule, of course, is they

16    have to comply with the Federal Constitution and

17    principally the one person, one vote and

18    nondiscrimination requirements of the Constitution.

19         With regard to one person, one vote, that's a

20    requirement that all districts that have to be

21    redistricted be roughly equal in population, if they're

22    board of education or legislative districts, and be

23    almost precisely equal in population if they are a

24    Congressional district.  The amount of deviation allowed

25    for the state districts, which I mean to exclude the

Page 7

1  Congressional districts, is five percent above or below

2  the ideal population, and Senator McClendon gave you the

3  ideal populations.

4        No plan adopted by the legislature can have

5  either the purpose or the effect of diluting minority

6  voting streams, and all plans must comply with section

7  two of the Voting Rights Act.

8        No district can be drawn in a manner that

9  subordinates race-neutral districting criteria to

10 considerations of race, color or membership in a language

11 minority group -- that term, race, color or membership in

12 a language minority group, is taken from section two of

13 the Voting Rights Act -- except when race, color or

14 membership in a language minority group may predominate

15 over race-neutral districting criteria is necessary to

16 comply with section two of the Voting Rights Act,

17 provided there is a strong basis in evidence in support

18 of such a race-based choice.  A strong basis of evidence

19 exists when there is good reason to believe that race

20 must be used in order to comply with the Voting Rights

21 Act.

22        Districts should be reasonably compact, and all

23 districts should reflect the democratic will of the

24 people concerning how their government should be

25 restructured, and that's one of the purposes of the

Page 8

1  hearing today, to hear what people have to say about how

2  the districts should be redrawn.

3          Districts are drawn on the basis of total

4  population.  The census bureau gives us population in a

5  number of different forms.  Total population is everyone

6  who was in the district on census day, which was April 1,

7  2020, and recorded as of that date.  That includes a lot

8  of people who can't vote, such as children or certain

9  people who are incarcerated or people who are not

10  residents of the state or people who are not citizens.

11          But, nevertheless, we base redistricting and

12  have always based redistricting on total population,

13  although at times we may look at voting age population or

14  BVAP, black voting age population, in particular in order

15  to ensure that we're complying with section two of the

16  Voting Rights Act.

17          The number of Alabama Senate districts is set by

18  statute at 35.  And the number of House districts is set

19  by statute at 105.  The Constitution would allow us to

20  have an additional district, 107 -- 106, excuse me.  All

21  districts are single-member districts, which means that

22  only one person is elected from each district.  Contests

23  between incumbents will be avoided whenever possible with

24  drawing districts.

25          Districts must be contiguous; that is, they must

Page 9

1    contact all other districts -- At every point, they must
2    be in contact with another district or with one of the
3    boundaries of the state.  Contiguity across water is
4    allowed such as across rivers or lakes or Mobile Bay.

5           Districts shall respect communities of interest,
6    neighborhoods and political subdivisions to the extent
7    practicable.  A community of interest is identified as an
8    area with recognized similarities of interest, including,
9    but not limited to, ethnic, racial, economic, tribal,
10   social, geographic and historic identities.  The term
11   "community of interest" may in certain circumstances
12   include political subdivisions such as counties, voting
13   precincts, municipalities, tribal land and reservations,
14   and school districts.

15          The discernment, weighing and balancing of the
16   very interests or factors that contribute to communities
17   of interest is an intensely political process best
18   carried out by the elected representatives of the people.

19          Districts are required to be reasonably compact,
20   and the legislature shall try to minimize the number of
21   counties in each district.

22          In establishing legislative districts and,
23   really, all of the districts, the reapportionment
24   committee will give due consideration to all the criteria
25   herein.  However, priority is to be given to the

1    compelling state interest requiring equality of

2    population among districts and compliance with the Voting

3    Rights Act of 1965 as amended should the requirements

4    conflict with any other criteria.

5             So those are the rules, and, particularly, we'd

6    like to hear -- The legislature would like to hear about

7    communities of interest that need to be respected.  We

8    have 29 people signed up today, but we have only one

9    person who has signed up to speak.  I'll call on that

10   person, and then I'll see if there's anybody else who

11   wants to speak, and then I'll see if we have any

12   questions submitted by the people who are participating

13   remotely.  And then, after that, I'll see once again if

14   anyone wants to speak, and if no one does, I'll close the

15   hearing.

16            So Carol Prickett has signed up to speak from

17   Tuscaloosa.  Ms. Prickett, please come forward.

18            MS. PRICKETT:  Hello.  My name is Carol

19   Prickett.  I've lived in Tuscaloosa County for 38 years,

20   and my Alabama family roots go back five generations.

21   I'm here today as the spokesperson for the League of

22   Women Voters of Greater Tuscaloosa, and I'm speaking to

23   the issue of Congressional redistricting.

24            As I'm sure you know, the League of Women Voters

25   is a nonpartisan organization.  We do not endorse

Page 11

1   specific candidates or parties, but we stand solidly
2   behind issues that affect all citizens, such as voting
3   and, here and now, creating fair Congressional districts.
4          Our issues:  Substantially equal in population,
5   geographically connected, equally representing racial and
6   language minorities, and respecting communities of
7   interest and the integrity of municipalities and
8   counties, as has been referenced in the underscoring
9   things that the entire legislature will be considering.
10   These are also our league's concerns as Alabama faces the
11   issue of redistricting.
12          The current district divisions meet many of
13   these goals but not all and, most importantly, not the
14   last one, respecting communities of interest,
15   municipalities and counties.  Tuscaloosa County
16   represents a large, diverse hub of energy for West
17   Alabama, which is a community of interest.  But the
18   current Congressional districts do not allow us to speak
19   with a unified voice, do not receive the Congressional
20   attention our unique needs require from one
21   representative held accountable at our ballot boxes and
22   buries our concerns by homogenizing them with those of
23   very different areas of Alabama life.  The northern part
24   of our county is not like Albertville or Fort Payne, and
25   the southern part of our county is not urban Birmingham.

Page 12

```
 1        It is our league's understanding that
 2   legislation will be proposed that maintains counties'
 3   integrity in drawing up Congressional districts and
 4   maintains all other requirements for redistricting, and
 5   I'm here to speak in favor of this whole-county
 6   philosophy.  A plan for this has already been put on
 7   record at more than one of these hearings that began last
 8   week.  We of the League of Women Voters of Greater
 9   Tuscaloosa stand behind and support this whole-county
10   plan that preserves all our redistricting goals,
11   including maintaining counties' integrity in
12   Congressional districts.
13        Our state Constitution and long traditions
14   support bolstering counties as the embodiment of
15   communities of interest.  As the leading force behind
16   West Alabama's present and future, Tuscaloosa County
17   needs to speak with one elected voice in Congress, and a
18   whole-county philosophy needs to be part of this
19   redistricting creed.  It has been in the past, and if our
20   future is to be all it can be, it should be again as
21   difficult redistricting decisions are being made.
22        Thank you.
23        MR. WALKER:  Ms. Prickett, did you bring with
24   you, by any chance, any of these maps to hand out to the
25   people at the hearing?
```

1          MS. PRICKETT:  I do not have those maps with me.

2     They've been submitted at other hearing, and we

3     understand they're part of the record so far.

4          MR. WALKER:  No, they are.  I was just curious

5     because Jim Blacksher asked me to reference a place where

6     they can be found, but I think it's going to be hard --

7     If anybody is interested in looking at the map that the

8     League of Women Voters has proposed, and it has some

9     interesting features, let me give you this website.  Get

10    your pens ready because it's a little bit complicated,

11    HTPPS://drive.google.com/file/d/1asnciqaLQKVmKv7LjHX_7082

12    zve-wVaQX/view.  And, Jim, we've got to have a better way

13    to get that information out than to read that.

14         MS. PRICKETT:  I believe there was a link that

15    was put into chat while you were speaking that's a little

16    bit more concise.

17         MR. WALKER:  Okay.  Good.

18         MS. PRICKETT:  And I will also mention, if

19    anyone wants to email the League of Women Voters of

20    Greater Tuscaloosa, we will make sure that you get that

21    link in that.

22         We understand there are negotiations that will

23    happen, but this is the proposal that Mr. Singleton is

24    going to be backing, as we understand, and several other

25    people in the legislature.  Thank you for mentioning

Page 14

1    that, and the link will be in the chat, and you can get

2    that link from the League of Women Voters of Greater

3    Tuscaloosa.

4            MR. WALKER:  And I will point out there are two

5    interesting characteristics of this plan, and I state I

6    have no opinion on them one way or the other at this

7    hearing.  One is that it does not have a minimal

8    deviation.  It has a deviation of, I think, 2.46 total

9    deviation from ideal population.  And another thing is

10   that it does not have a majority black district.  It has

11   two districts that are opportunity districts, district

12   seven, which is Representative Sewell's district, has a

13   BVAP, which means the population of black voters, in that

14   district is 45.82 percent of the district, and then it

15   also has a second district, which is district six, which

16   is the counties of Jefferson, Bibb, Hale and Perry, which

17   is 40.55 percent black.  So those are two interesting

18   features in that plan.

19           Is there anyone else at Shelton State in the

20   auditorium who wishes to speak?  And I can only see the

21   podium.  I can't see the crowd.  So if there's anyone who

22   wants to speak, please come up and just start speaking or

23   somehow let us know.

24           Do we have any questions submitted remotely?

25   Yes.  Are these people participating remotely?

Page 15

1         Catherine Meadows.  Catherine, you need to
2    unmute yourself.
3              MS. MEADOWS:  Yes.  Can you hear me?
4              MR. WALKER:  We can hear you now.  Thank you.
5              MS. MEADOWS:  It is actually me and my husband
6    both attending remotely.
7              I wanted to know, is the committee going to use
8    an algorithm to help determine how to properly balance
9    the districts and prevent gerrymandering?  Alabama has
10   recently been in several articles where even a middle
11   school student was featured in Forbes, and Alabama was
12   pointed out as one of the worst gerrymandered states in
13   the country, and our lines are not drawn to balance.  You
14   keep talking about balancing the racial and other
15   interests of everyone, and I think the most logical and
16   the best way to do that would be to use an algorithm
17   rather than, you know, an opinion of people.
18             And I've looked at the total -- the whole-county
19   plan, and I agree that doesn't look like it balances the
20   districts when I compare to information put out in
21   articles that have called us out.  Alabama is being
22   repeatedly called out in the media for our issues, and we
23   need to address those issues, and this is one of them and
24   one of the ways to address those issues.
25             MR. WALKER:  I'm not aware of a plan to use an

Page 16

1  algorithm.  If you're aware of an algorithm that you want
2  to suggest to the legislature -- and I realize you're
3  probably not an expert in redistricting -- that would be
4  fine, but I'm not aware of a plan to use an algorithm.  I
5  know some states use algorithms.  Those tend to be states
6  that have redistricting commissions that are outside of
7  the legislature in some way or another.  Each state is
8  set up in a different way, but there's not, so far as I
9  know as the lawyer for the Redistricting Committee , a
10  plan to use an algorithm.
11      MS. MEADOWS:  Okay.  Well, I am a computer
12  programer, so that technology is something of interest to
13  me, so I will send in suggestions for possible sources of
14  algorithms.
15      MR. WALKER:  Thank you for doing that.
16      Mike Altman.  That's you right there.  Okay.
17  Mr. Altman, unmute yourself and speak, please.
18      MR. ALTMAN:  Thank you.  I'm from Tuscaloosa.  I
19  wanted to take a second to talk about the city itself in
20  terms of how it's carved up in terms of districts right
21  now.  One of the things you mentioned is municipalites
22  are considered communities of interest for redistricting
23  purposes, but Tuscaloosa is cracked by a number of
24  districts.
25      I have a friend, we used to be neighbors.  Our

Page 17

```
 1    kids go to the same school.  We go to the same church.
 2    We take our kids to the same parks.  We go to lunch
 3    regularly.  But we do not share a single state
 4    representative, and we have a different congressperson.
 5    We're part of the same community, except for our
 6    (inaudible) two U.S. senators.  It makes absolutely no
 7    sense.
 8            Instead of being part of the same district, our
 9    community is divided at both the state House and state
10    Senate levels.  Communities in the City of Tuscaloosa are
11    districted with rural areas that are not the same kinds
12    of communities.  This means that our represenatives are
13    often distant from us in rural communities and do not
14    share the concerns as a mid-sized city like Tuscaloosa.
15            If you look at the numbers you just put forth, a
16    state Senate number was 143,000 and change.  That's more
17    than the population of the city of Tuscaloosa.  You said
18    the House number is like 47,850, around there.  That's
19    about half.  So we should theoretically have maybe one
20    state senator and two House members.  And I'm looking at
21    a map right now, and we've got four, depending on where
22    you live in the city, state senators -- three state
23    senators and four state House districts within the city
24    limits.
25            My district is 71, a lovely district, happy to
```

1   live there.  It trenches all the way to Livingston.  I

2   couldn't drive to the farthest southwest corner of my

3   district and back and be here in time for lunch.  I can

4   have lunch with my buddy and get back to work, but we're

5   not in the same district.  If I was going to go to lunch

6   with somebody in my district, I couldn't get back to work

7   on time.

8           So I'd like to know what the committee can do as

9   we draw these lines because the communities of a mid-size

10  city share very little in common with the committees of

11  the rural areas southwest of here or far north

12  (inaudible).

13          MR. WALKER:  As the hearing officer, I try to

14  tread a line between commenting on comments or expressing

15  an opinion, which I don't want to do, and providing

16  information that might be helpful to people at the

17  hearing in responding to questions.  So don't interpret

18  my comments as a statement of opinion one way or the

19  other on what you said.

20          What happens, particularly with Tuscaloosa, and

21  also the same thing happens with Lee County, if that

22  makes you feel better, it's not just Alabama, it's

23  Auburn, too, is they're densely populated counties in the

24  middle of areas that are more sparsely populated and,

25  worse than that, losing population.

Page 19

1      So remember that the first overarching

2  requirement that the legislature has to meet in order to

3  comply with the Constitution is equality of population of

4  districts.  The only way to repopulate and get equal

5  population for those sparsely populated counties around

6  Tuscaloosa is to come in to Tuscaloosa and,

7  unfortunately, parcel out some of its population to those

8  counties.  Otherwise, those districts would be huge.  So

9  that's probably why the legislature has done what it has

10  done.

11      And I hear what you're saying about respecting

12  communities of interest, but the priority has to be

13  equality of population.

14      MR. ALTMAN:  I appreciate that, but I guess I

15  also noted -- I'm looking at a redistricting map right

16  now, and when you click the minority age voting

17  population filter, you quickly see that the minority

18  voting age population numbers match pretty much exactly

19  with the district line in ways that crack and then

20  connect basically black voters on the west side of

21  Tuscaloosa limits with voters down in Livingston, which

22  creates one district; whereas, if you had the city in the

23  middle, say, and you had those rural areas you're talking

24  about moving out from those population centers or if you

25  had (inaudible) talking about the House district, cut it

Page 20

1    in half and go out that way, you would have competitive

2    districts in terms of partisan lines and then have 55

3    percent African-American (inaudible) minority district as

4    opposed to 65 for district 71 right now.  So there's some

5    packing happening (inaudible) with that population

6    requirement used as an excuse, it sounds like.

7              MR. WALKER:  All right.  Anyone else who wants

8    to speak?  Thank you for those comments, Mr. Altman.

9              Kathy Jones.

10             MS. JONES:  Hi.  This is Kathy Jones.  I spoke

11   to you last Wednesday at Drake State and really

12   appreciate the hearings that you've been holding, and I'm

13   just really in awe of all the people participating.

14             The one thing I did want to ask you, and I put

15   it into the chat, was some references.  We're not really

16   sure why you keep saying that the Congressional districts

17   have to balance by no more than one person because there

18   is -- you know, there is a lot of precident that says

19   that's not a requirement, and it seems to be misleading,

20   and I'm just trying to get you to -- I don't know if I

21   leave this in the chat, if it's going to become part of

22   the record or what else do I need to do to make sure that

23   the concerns about the statements you're making about the

24   one person difference in the Congressional district seems

25   to be -- from what I'm getting advised, is not completely

Page 21

1    accurate.

2         MR. WALKER:  Thank you, Ms. Jones.  I understand

3    that Mr. Blacksher has an argument that the whole-county

4    plan that the League of Women Voters has proposed with

5    2.46 deviation meets the constitutional requirements.  I

6    don't fully know what that argument is.  I know there are

7    circumstances in which deviation has been allowed in

8    Congressional plans, but I'm not sure that those

9    circumstances apply in Alabama.  The statements that you

10   have submitted by chat are part of the record.

11        There's someone at the podium now.  Would you

12   identify yourself, please, and tell us what you have to

13   say.

14        MS. TAYLOR:  My name is Judy Taylor.  I'm part

15   of the County of Tuscaloosa, and I want to take the

16   discussion a little different slope, and that is the

17   standing committee that oversees the redistricting.  Can

18   you tell me when that committee was seated and how long

19   those members have served on that committee?

20        MR. WALKER:  Gosh.  The committee was created by

21   the legislature in the '70s, I think.  '89, sorry.  And

22   during non-redistricting sessions, it is a small

23   committee.  During redistricting sessions, it is a large

24   committee of, I believe, 22 people.  It has membership

25   from the House and from the Senate and, as you know from

Page 22

1    sitting through our introduction, it has a Senate chair

2    and a House co-chair.

3            I don't know that I have any information about

4    the tenure of the people who have served on the

5    committee.  I know that Senator McClendon was the House

6    co-chair last time, so he has good experience on the

7    committee, which, trust me, it's a very -- it's not an

8    easy task.

9            MS. TAYLOR:  I was going to say a thankless job.

10           MR. WALKER:  I'm sure they would agree with you

11   that it is a thankless job.

12           I don't know -- I know there are members of the

13   committee that have served for a long time, but I

14   couldn't tell you exactly who they are and how long

15   they've served.  I'm sorry.

16           (Inaudible) This is a redistricting time.  So

17   there's 11 in the House and 11 in the Senate that are

18   appointed.  During years that redistricting is not going

19   on, there's three members in the House and three members

20   in the Senate that serve.

21           MS. TAYLOR:  I was just curious about the

22   appointment and the continuing service in those

23   committees.

24           Thank you very much.

25           MR. WALKER:  Thank you, ma'am.

Page 23

```
 1          Is there anyone else at Shelton State in the
 2   auditorium who wishes to speak?  If you do, please come
 3   to the podium.
 4          Ms. Jones, you still have your hand up.  Do you
 5   have anything else you want to say?
 6          MS. JONES:  No.  I guess I did not see it up.
 7   Thank you.
 8          MR. WALKER:  Okay.  Thank you.
 9          Yes, sir.
10          MR. TURNER:  I'm Albert Turner from Perry
11   County.  I'm very interested in the Congressional makeup
12   of the Alabama delegation.  Currently, we only have one
13   democrat in that delegation, and I am curious to know
14   what is the objective of the committee, as well as what
15   is the proposed deviation that you all are going to put
16   forth to the full legislature.
17          As you know, a question earlier was presented
18   that -- Someone made the statement that one person is the
19   only deviation.  We know that the Constitution allows up
20   to a five percent deviation, and it ensures that
21   African-Americans are represented in Congress.  And from
22   the State of Alabama, are you all making sure that
23   African-Americans have representation in our
24   Congressional delegations?
25          We know that, currently, with seven districts,
```

Page 24

1   six are held by Republicans and one by a Democrat, and in
2   central Alabama, there is a cluster of the population
3   that are what we call the Black Belt population of which
4   I'm from, Perry County.  The population is leaving.  So,
5   therefore, Congressional district number seven is going
6   to be expanded to make sure that we get the number of
7   people that's required to have an equalization of
8   districts.
9          So what is your deviation?  We know one or zero
10  is not going to work to make sure that African-Americans
11  are adequately represented in the Congressional makeup.
12  So what is the deviation or what is the target that you
13  all are going for?
14          MR. DORMAN:  My understanding of the law is that
15  with Congressional districts, we're pretty much bound to
16  minimal deviation.  The Supreme Court cases discussing
17  deviation for non-Congressional districts and from which
18  the safe harbor, if you will, of plus or minus five
19  percent comes from (inaudible), and the Supreme Court has
20  therefore additionally allowed more latitude for those
21  districts in terms of deviation while being more strict,
22  typically, in the deviation from ideal population for
23  Congressional districts.  I understand that, again, the
24  counsel for the League of Women Voters has a different
25  argument on that.  I think that it's likely that after

Page 25

1    the legislature has drawn districts -- and, again, the

2    legislature will do its best to make sure the districts

3    it draws comply with the Federal Constitution, the equal

4    protection clause and with the Voting Rights Act -- I

5    think it's likely that we will have two competing

6    lawsuits, based on what I've been told, (inaudible)

7    whatever is drawn.

8            You may know, Mr. Turner, that in November of

9    20 -- well, actually, in 2018, the Democratic Party filed

10   a lawsuit alleging that the state should have drawn two

11   majority black districts, and that was tried in federal

12   court, and in order to draw two majority black districts

13   instead of just the one district we have now, which is

14   Terri Sewell's district -- I can't recall exactly what

15   her BVAP is, but in order to draw two majority black

16   districts, the BVAP of her district and a new majority

17   black district two were taken down to from about 50 --

18   between 50 and 52 percent BVAP, so just barely over the

19   line.

20           Whether or not that's sufficient or not, I'm

21   sure, is something that will be litigated again if that

22   lawsuit is refiled, and my understanding is that the

23   people who want to file that lawsuit has said they're

24   going to file it again if the state doesn't draw two

25   majority black Congressional districts.

1        On the other hand, there's the plan proposed by

2   the League of Women Voters which doesn't have any

3   majority black Congressional districts but has two what

4   are called opportunity districts with, I think, 45 and 40

5   percent BVAP that would cover districts -- The district

6   seven under that plan is basically all of the Black Belt

7   except for Barbour County and with some Black Belt

8   adjacent counties like Washington, Clarke, Monroe and

9   Conecuh.  But then district six would be a second

10  majority black district consisting of Jefferson, Bibb,

11  Perry and Hale, and those last three, of course, are

12  Black Belt -- or at least Perry and Hale are Black Belt

13  counties.

14        MR. TURNER:  I just wanted to make sure you know

15  that I'm going to be objecting to Perry being taken out

16  of the seventh district, and I want to make sure that the

17  record shows that I object to any plan that does not have

18  a majority black voting age population.  We're not

19  talking about population itself because in some of those

20  counties, we have prisons.  Prisoners are included in the

21  data.  So those numbers would not be adequately

22  representing the African-America community.

23        So I want the record to show that I'm opposed to

24  any plan that takes Perry County out of the seventh

25  district, and I'm opposed to any plan that does not have

Page 27

1    a voting age population of African-Americans above 55

2    percent.  History has shown that that is the only way

3    that we can guarantee that we have an opportunity to have

4    representation in Washington.  Just to say that we've got

5    black population does not guarantee black representation.

6    So I want to make sure that the committee understands

7    that the voting age population needs to be in excess of

8    55 percent in any district that is created.

9            Thank you very much.

10           MR. WALKER:  Mr. Turner, please don't leave.

11   Just to make sure that I was clear, I don't want to

12   missrepresent the League of Women Voter's plan.  The

13   percentages that I was talking about, 40.55 and 42.8

14   percent for their district plan, six and seven, those are

15   BVAPs, not total black population.  So if I misspoke on

16   that, I apologize.  I didn't mean to do that.

17           I'd like to ask you to expound, though, if you

18   can, because it's helpful to the committee on the

19   statement that at least 55 percent BVAP is required for a

20   successful Congressional district.  Anything else you can

21   tell the committee about why you believe it should be 55

22   would be very helpful.

23           MR. TURNER:  Well, 55 percent ensures that the

24   population base would be above 55 percent.  So the

25   population that would be represented would be an African-

Page 28

1    American district with the general population being above

2    55 and the voting age being above 55, that would ensure

3    us that you have a nine-and-a-half out of 10 chance of

4    having an African-American to represent that particular

5    district.  And that should be the objective, to make

6    sure --

7            We want to skirt around the issue, but race and

8    politics go hand in hand.  Very few minority districts

9    are represented by majority people, and that goes

10   black/white, white/black.  So in dealing with

11   redistricting in the past and with my father, 55 percent

12   voting age population has always been guaranteed to make

13   sure that we have someone of African-American descent

14   representing that district.

15           And I heard her say something about Senator

16   Singleton is going to be supporting a plan.  Senator

17   Singleton is not going to be representing any plan that's

18   got 40-something percent voting age black population and

19   think that's going to pass.  That's not going to pass,

20   and blacks sure aren't supporting that.  I'll make sure

21   that blacks understand that 55 percent or somewhere in

22   that neighborhood is what's needed to ensure African-

23   Americans being represented in Congress.  If you take a

24   40 percent black voting age population in a district and

25   put in Congress, that district will be represented by a

Page 29

```
 1   white and most likely represented by a Republican, and
 2   there's no way that anyone can understand or should
 3   understand that our politics in Alabama is not issue
 4   based, per se.
 5              So we want to make sure that the committee
 6   understands that we have to make sure that we have
 7   African-American representation in Congress.  We only
 8   have one.  We only have one Democrat, and it's because of
 9   the way the district lines were drawn before.  To say
10   you've got two districts with overall population being 50
11   or 51 percent African-American, the voting age
12   population -- which we are younger in our population.  We
13   have more people under the age of 18 than any other.  So
14   although you have a population of people amount, voting
15   age population, which (inaudible) determines who can cast
16   that vote should be the determination of 55 plus to
17   ensure -- and if someone gets to a 55 plus population,
18   you know, they deserve to win.  We need to make sure that
19   the cards are not stacked against, one, African-Americans
20   and, two, Democrats in this upcoming redistricting
21   process.
22              I'm satisfied we don't have enough black people
23   in Alabama to create two 55 percent districts, but I'm
24   satisfied to make sure we have one African-American in
25   Congress that can speak on our behalf because we do have
```

Page 30

1    different issues that need to be addressed by our own
2    people.
3             Thank you.
4             MR. WALKER:  Thank you, Mr. Turner.  Is there --
5             MS. OVERTON:  There's a question from -- I'm not
6    sure of the name.  It says, "I'm not familiar with racial
7    makeup of the counties of Alabama, so does the LWV map
8    not address racial packing?"
9             MR. WALKER:  The question is does the League of
10   Women Voters' map address racial packing, and packing is
11   a term that's used, for those of you who are not
12   familiar -- You may have heard two terms being used by
13   speakers, "cracking" and "packing."  Packing is when --
14   and let's speak in terms of black populations, since
15   that's principally what we're dealing with in Alabama.
16            When more black voters are put into a district
17   than are necessary to elect a -- or to give blacks in
18   that district the opportunity to elect the candidate of
19   their choice and the, if you will, the excess black
20   voters could be combined with black voters in other
21   places to create another majority minority district, then
22   that's what's called packing because those are wasted
23   votes.
24            Cracking is where -- the opposite of packing, is
25   where the minority community is spread among a variety of

Page 31

```
 1   districts so that it never has the chance to have the
 2   opportunity to elect the candidate of choice in the
 3   presence of racially polarized voting.
 4           And I can't speak for the League of Women
 5   Voters' plan, but given that it's the League of Women
 6   Voters, I'm sure that they have thought about cracking
 7   and packing and have done their best to avoid that, but I
 8   think you would have to ask them about that.
 9           Anybody else?
10           Mr. Altman, you have your hand up again?
11           MR. ALTMAN:  Yes, just real fast.  I heard what
12   the gentleman said a second ago, and I just want to say
13   it's not just the 55 percent minimum.  That's like a
14   perfect line, but you don't want to get above 60 percent
15   because that's when you start getting into the packing
16   you were just describing.  The target would be between 55
17   and 60 percent for a successful district.  It doesn't
18   have to be African-American, but someone they chose in
19   that community is chosen.  Even in our county, currently
20   district 71 is over 50 percent African-American, hence my
21   statement about packing earlier.
22           MR. WALKER:  Thank you, Mr. Altman.
23           There's someone at the podium, if you want to
24   introduce yourself and speak.
25           MS. WARD:  My name is Lisa Ward.  I am with
```

1   Tuscaloosa County, and my comment is just basically for

2   the powers that be who are out there making these

3   decisions to consider something, the representation, when

4   you are redrawing these lines, the distance of where

5   these representatives have to go to get to these people

6   to have town halls or to be able to speak to them, in my

7   case, touched on how far it is for him to go.  I can only

8   talk from experience, being somebody who is out in the

9   field all of the time.  For example, and I'm just going

10  to give this one example right now because it's our most

11  recent, but if everybody would look at district four in

12  the U.S. Congressional district, it took us from sunup to

13  sundown just to get from one location to another.

14  There's no broadband.  There's no cell services.  There

15  is no GPSs in most of these areas.  So you spend a lot of

16  time getting lost when you're up here trying to serve

17  your community and do the things that you need to do.

18          And when you literally create these district

19  lines from Mississippi to Georgia, there's a problem

20  because there's only 24 hours in a day.  So, please, when

21  you're doing this, consider the representation, whoever

22  they are, how far they have to go and what they have to

23  do to get to their communities and their people that

24  they're supposed to be representing.  It was impossible

25  for us, literally.  I mean, there was some places it took

Page 33

1    me 17 minutes to get from one house to the next.  Can you
2    imagine being a representative and trying to get to
3    these?  So just be consciencous of the borders of our
4    state when you're doing this as well.
5              Packing and cracking and all of that is
6    relevant.  Population is relevant, but so is the funding.
7    When you're splitting these counties up, there's also
8    funding that goes up that way and how the representatives
9    are supposed to be delegating these discretionary funds
10   to their counties.  So consider that, too, if you would.
11             Thank you.
12             MR. WALKER:  Thank you.
13             Is there anyone else in the auditorium who
14   wishes to speak?  We don't have anybody who wants to
15   speak remotely.
16             Thank you for attending this hearing.  This
17   hearing is closed.
18             (Exhibits 1 through 5 were marked.)
19
20
21                         *****
22
23
24
25

Page 34

1

2                    C E R T I F I C A T E

3

4   STATE OF ALABAMA      )

5   COUNTY OF MOBILE      )

6

7          I hereby certify that the above and foregoing

8   was taken down remotely by me in stenotype and

9   transcribed by means of computer-aided transcription, and

10  that the foregoing is a true and correct transcript to

11  the best of my ability.

12          I further certify that I am neither of counsel

13  nor of kin to any of the parties, nor am I in anywise

14  interested in the result of said cause.

15          I further certify that I am duly licensed by the

16  Alabama Board of Court Reporting as a Certified Court

17  Reporter as evidenced by the ACCR number following my

18  name found below.

19

20

21          *Kathleen F. Cavazos*

22          KATHLEEN F. CAVAZOS, RPR, ACCR302

23          NOTARY PUBLIC

24          MY COMMISSION EXPIRES:  12/16/23

25

**1**

**1** 2:18 8:6 33:18
**1,400** 5:3
**10** 2:8 3:13 28:3
**101** 5:11
**105** 3:25 8:19
**106** 8:20
**107** 8:20
**11** 22:17,17
**12,600** 4:19
**12/16/23** 34:24
**143,000** 17:16
**143,551** 4:9
**15** 2:9
**16** 2:10 4:23
**17** 33:1
**18** 29:13
**18281** 34:21
**1965** 10:3
**1asnciqalqkvmk...**
  13:11

**2**

**2** 2:19
**2.46** 14:8 21:5
**20** 2:11 25:9
**2018** 25:9
**2020** 8:7
**2021** 1:9
**21** 2:12 4:19
**22** 21:24
**23** 2:13
**24** 4:20 32:20
**2600** 4:24
**29** 10:8

**3**

**3** 2:3,21
**3,300** 4:25 5:4
**31** 2:14
**33** 2:18,19,21,22,23

**35** 3:24 8:18
**35405** 1:15
**38** 10:19

**4**

**4** 2:22
**4,500** 4:18
**40** 26:4 28:18,24
**40.55** 14:17 27:13
**42.8** 27:13
**45** 26:4
**45.82** 14:14
**47,850** 4:10 17:18

**5**

**5** 2:4,23 33:18
**50** 25:17,18 29:10
  31:20
**51** 29:11
**52** 25:18
**55** 20:2 27:1,8,19
  27:21,23,24 28:2,2
  28:11,21 29:16,17
  29:23 31:13,16

**6**

**6** 2:5
**60** 31:14,17
**61** 4:25
**62** 5:1
**63** 5:2
**65** 20:4

**7**

**7,600** 5:1
**7,900** 5:2
**70** 5:3
**7082** 13:11
**70s** 21:21
**71** 5:3 17:25 20:4
  31:20
**7th** 1:9

**8**

**8,000** 4:20
**89** 21:21

**9**

**9500** 1:14
**9:00** 1:10

**a**

**a.m.** 1:10
**ability** 34:11
**able** 32:6
**absolutely** 17:6
**accountable** 11:21
**accr** 34:17
**accr302** 34:22
**accurate** 21:1
**act** 7:7,13,16,21
  8:16 10:3 25:4
**additional** 8:20
**additionally** 24:20
**address** 15:23,24
  30:8,10
**addressed** 30:1
**adequately** 24:11
  26:21
**adjacent** 26:8
**adjusted** 4:22
**adopted** 7:4
**advised** 20:25
**affect** 11:2
**african** 20:3 23:21
  23:23 24:10 26:22
  27:1,25 28:4,13,22
  29:7,11,19,24
  31:18,20
**age** 8:13,14 19:16
  19:18 26:18 27:1,7
  28:2,12,18,24
  29:11,13,15
**ago** 31:12

**agree** 15:19 22:10
**aided** 34:9
**alabama** 1:5,15
  3:25 8:17 10:20
  11:10,17,23 15:9
  15:11,21 18:22
  21:9 23:12,22 24:2
  29:3,23 30:7,15
  34:4,16
**alabama's** 12:16
**albert** 2:13 23:10
**albertville** 11:24
**algorithm** 15:8,16
  16:1,1,4,10
**algorithms** 16:5,14
**alleging** 25:10
**allow** 8:19 11:18
**allowed** 6:24 9:4
  21:7 24:20
**allows** 23:19
**altman** 2:10,19
  16:16,17,18 19:14
  20:8 31:10,11,22
**amended** 10:3
**america** 26:22
**american** 20:3 28:1
  28:4,13 29:7,11,24
  31:18,20
**americans** 23:21,23
  24:10 27:1 28:23
  29:19
**amount** 6:24 29:14
**answer** 5:24
**anybody** 10:10
  13:7 31:9 33:14
**anywise** 34:13
**apologize** 27:16
**apply** 21:9
**appointed** 22:18
**appointment** 22:22

**appreciate** 3:3
  19:14 20:12
**april** 8:6
**area** 4:17,23 9:8
**areas** 3:16,17 11:23
  17:11 18:11,24
  19:23 32:15
**argument** 21:3,6
  24:25
**articles** 15:10,21
**asked** 5:14 13:5
**attachments** 2:20
**attendee** 2:18
**attending** 15:6
  33:16
**attention** 11:20
**attorney** 3:11
**auburn** 18:23
**auditorium** 14:20
  23:2 33:13
**avoid** 31:7
**avoided** 8:23
**aware** 15:25 16:1,4
**awe** 20:13

**b**

**back** 4:3,22 5:17
  10:20 18:3,4,6
**backing** 13:24
**balance** 15:8,13
  20:17
**balances** 15:19
**balancing** 9:15
  15:14
**ballot** 11:21
**barbour** 26:7
**barely** 25:18
**base** 8:11 27:24
**based** 7:18 8:12
  25:6 29:4
**basically** 19:20
  26:6 32:1

**basis** 7:17,18 8:3
**bay** 9:4
**began** 12:7
**beginning** 1:10
**behalf** 29:25
**believe** 5:11 7:19
  13:14 21:24 27:21
**belt** 24:3 26:6,7,12
  26:12
**best** 9:17 15:16
  25:2 31:7 34:11
**better** 13:12 18:22
**bibb** 14:16 26:10
**birmingham** 11:25
**bit** 13:10,16
**black** 8:14 14:10,13
  14:17 19:20 24:3
  25:11,12,15,17,25
  26:3,6,7,10,12,12
  26:18 27:5,5,15
  28:10,10,18,24
  29:22 30:14,16,19
  30:20
**blacks** 28:20,21
  30:17
**blacksher** 13:5
  21:3
**board** 3:23 4:13
  6:22 34:16
**bolstering** 12:14
**borders** 33:3
**bound** 24:15
**boundaries** 9:3
**boxes** 11:21
**bring** 6:4 12:23
**broadband** 32:14
**buddy** 18:4
**bureau** 8:4
**buries** 11:22
**bvap** 8:14 14:13
  25:15,16,18 26:5

27:19
**bvaps** 27:15

**c**

**c** 34:2,2
**call** 10:9 24:3
**called** 5:18 15:21
  15:22 26:4 30:22
**campus** 1:13
**candidate** 30:18
  31:2
**candidates** 11:1
**capture** 4:5
**cards** 29:19
**carol** 2:8,21 10:16
  10:18
**carried** 9:18
**carry** 5:7
**carved** 16:20
**case** 32:7
**cases** 24:16
**cast** 29:15
**catch** 3:19
**catherine** 15:1,1
**cause** 34:14
**cavazos** 1:21 34:22
**cell** 32:14
**census** 3:13,14 8:4
  8:6
**centers** 19:24
**central** 24:2
**certain** 8:8 9:11
**certified** 34:16
**certify** 34:7,12,15
**chair** 3:6,10 22:1,2
  22:6
**chance** 12:24 28:3
  31:1
**change** 3:19 17:16
**characteristics**
  14:5

**chat** 2:22 13:15
  14:1 20:15,21
  21:10
**children** 8:8
**choice** 7:18 30:19
  31:2
**chose** 31:18
**chosen** 31:19
**chris** 2:4 3:8,8,9
  5:6,10,13
**church** 17:1
**circumstances** 9:11
  21:7,9
**citizens** 8:10 11:2
**city** 16:19 17:10,14
  17:17,22,23 18:10
  19:22
**clair** 3:6
**clarke** 26:8
**clause** 25:4
**clear** 27:11
**click** 19:16
**close** 10:14
**closed** 33:17
**cluster** 24:2
**colleague** 5:11
**college** 1:13
**color** 7:10,11,13
**combined** 30:20
**come** 5:17,18 10:17
  14:22 19:6 23:2
**comes** 24:19
**comment** 32:1
**commenting** 18:14
**comments** 3:4 6:9
  18:14,18 20:8
**commission** 34:24
**commissions** 16:6
**committee** 1:5 3:7
  3:12 9:24 15:7 16:9
  18:8 21:17,18,19

21:20,23,24 22:5,7
22:13 23:14 27:6
27:18,21 29:5
**committees** 18:10
22:23
**common** 18:10
**communities** 9:5
9:16 10:7 11:6,14
12:15 16:22 17:10
17:12,13 18:9
19:12 32:23
**community** 1:13
5:19 9:7,11 11:17
17:5,9 26:22 30:25
31:19 32:17
**compact** 4:2 7:22
9:19
**compare** 15:20
**compelling** 10:1
**competing** 25:5
**competitive** 20:1
**completely** 20:25
**compliance** 10:2
**complicated** 13:10
**comply** 6:16 7:6,16
7:20 19:3 25:3
**complying** 8:15
**computer** 16:11
34:9
**concept** 3:18
**concerning** 7:24
**concerns** 11:10,22
17:14 20:23
**concise** 13:16
**conecuh** 26:9
**conflict** 10:4
**congress** 12:17
23:21 28:23,25
29:7,25
**congressional** 3:23
4:14 6:24 7:1 10:23

11:3,18,19 12:3,12
20:16,24 21:8
23:11,24 24:5,11
24:15,17,23 25:25
26:3 27:20 32:12
**congressperson**
17:4
**connect** 19:20
**connected** 11:5
**consciencous** 33:3
**consider** 32:3,21
33:10
**consideration** 9:24
**considerations**
7:10
**considered** 16:22
**considering** 11:9
**consisting** 26:10
**constitution** 6:16
6:18 8:19 12:13
19:3 23:19 25:3
**constitutional** 21:5
**contact** 9:1,2
**contests** 8:22
**contiguity** 9:3
**contiguous** 8:25
**continuing** 22:22
**contribute** 9:16
**corner** 18:2
**correct** 34:10
**counsel** 24:24
34:12
**count** 3:14
**counties** 9:12,21
11:8,15 12:2,11,14
14:16 18:23 19:5,8
26:8,13,20 30:7
33:7,10
**country** 15:13
**county** 3:6 5:13
10:19 11:15,24,25

12:5,9,16,18 15:18
18:21 21:3,15
23:11 24:4 26:7,24
31:19 32:1 34:5
**course** 6:15 26:11
**court** 1:22 6:1
24:16,19 25:12
34:16,16
**cover** 26:5
**crack** 19:19
**cracked** 16:23
**cracking** 30:13,24
31:6 33:5
**create** 29:23 30:21
32:18
**created** 21:20 27:8
**creates** 19:22
**creating** 11:3
**creed** 12:19
**criteria** 7:9,15 9:24
10:4
**crowd** 14:21
**curious** 13:4 22:21
23:13
**current** 11:12,18
**currently** 23:12,25
31:19
**cut** 19:25

## d

**d** 2:1 13:11
**data** 26:21
**date** 8:7
**day** 8:6 32:20
**dealing** 28:10
30:15
**deals** 6:7
**decades** 3:15
**decide** 5:20
**decisions** 12:21
32:3

**decrease** 4:24
**delegating** 33:9
**delegation** 23:12
23:13
**delegations** 23:24
**democrat** 23:13
24:1 29:8
**democratic** 7:23
25:9
**democrats** 29:20
**densely** 18:23
**depending** 17:21
**descent** 28:13
**describing** 31:16
**deserve** 29:18
**determination**
29:16
**determine** 15:8
**determines** 29:15
**deviation** 4:11,15
6:24 14:8,8,9 21:5
21:7 23:15,19,20
24:9,12,16,17,21
24:22
**difference** 20:24
**different** 8:5 11:23
16:8 17:4 21:16
24:24 30:1
**difficult** 12:21
**diluting** 7:5
**discernment** 9:15
**discretionary** 33:9
**discussing** 24:16
**discussion** 21:16
**distance** 32:4
**distant** 17:13
**district** 4:8,9,18,19
4:20,21,23,25 5:1,1
5:3,11,19 6:24 7:8
8:6,20,22 9:2,21
11:12 14:10,11,12

14:14,14,15,15
17:8,25,25 18:3,5,6
19:19,22,25 20:3,4
20:24 24:5 25:13
25:14,16,17 26:5,9
26:10,16,25 27:8
27:14,20 28:1,5,14
28:24,25 29:9
30:16,18,21 31:17
31:20 32:11,12,18
**districted**   17:11
**districting**   7:9,15
**districts**   3:19,23,24
3:24,25 4:1,2,4,13
4:14,17,23 5:19
6:14,20,22,25 7:1
7:22,23 8:2,3,17,18
8:21,21,24,25 9:1,5
9:14,19,22,23 10:2
11:3,18 12:3,12
14:11,11 15:9,20
16:20,24 17:23
19:4,8 20:2,16
23:25 24:8,15,17
24:21,23 25:1,2,11
25:12,16,25 26:3,4
26:5 28:8 29:10,23
31:1
**diverse**   11:16
**divided**   17:9
**divisions**   11:12
**doing**   16:15 32:21
33:4
**dorman**   2:5 3:10
3:11 6:12 24:14
**drake**   20:11
**draw**   6:14 18:9
25:12,15,24
**drawing**   6:14 8:24
12:3

**drawn**   7:8 8:3
15:13 25:1,7,10
29:9
**draws**   25:3
**drive**   18:2
**drive.google.com**
13:11
**due**   9:24
**duly**   34:15

**e**

**e**   2:1 34:2,2
**earlier**   23:17 31:21
**easy**   22:8
**economic**   9:9
**education**   3:24
4:13 6:22
**effect**   7:5
**eight**   3:23
**either**   7:5
**elect**   30:17,18 31:2
**elected**   8:22 9:18
12:17
**email**   13:19
**embodiment**   12:14
**endorse**   10:25
**energy**   11:16
**england**   5:12
**ensure**   8:15 28:2,22
29:17
**ensures**   23:20
27:23
**entire**   11:9
**equal**   6:21,23 11:4
19:4 25:3
**equality**   10:1 19:3
19:13
**equalization**   24:7
**equally**   11:5
**establishing**   9:22
**ethnic**   9:9

**everybody**   3:2
32:11
**evidence**   7:17,18
**evidenced**   34:17
**exactly**   4:12 19:18
22:14 25:14
**example**   4:8,18
32:9,10
**examples**   4:16
**excess**   27:7 30:19
**exclude**   6:25
**excuse**   8:20 20:6
**exhibit**   2:16,17,18
2:19,21,22,23 6:3
**exhibits**   33:18
**exists**   7:19
**expanded**   24:6
**experience**   22:6
32:8
**expert**   16:3
**expires**   34:24
**expound**   27:17
**expressing**   18:14
**extent**   9:6

**f**

**f**   1:21 34:2,22
**faces**   11:10
**factors**   9:16
**fair**   11:3
**familiar**   30:6,12
**family**   10:20
**far**   13:3 16:8 18:11
32:7,22
**farthest**   18:2
**fast**   31:11
**father**   28:11
**favor**   12:5
**featured**   15:11
**features**   13:9 14:18
**federal**   6:16 25:3
25:11

**feel**   18:22
**field**   32:9
**file**   13:11 25:23,24
**filed**   25:9
**filter**   19:17
**fine**   16:4
**first**   6:15 19:1
**five**   4:10,18 7:1
10:20 23:20 24:18
**following**   34:17
**forbes**   15:11
**force**   12:15
**foregoing**   34:7,10
**forms**   8:5
**fort**   11:24
**forth**   17:15 23:16
**forward**   3:4 10:17
**found**   13:6 34:18
**four**   17:21,23 32:11
**friend**   5:11 16:25
**full**   23:16
**fully**   21:6
**funding**   33:6,8
**funds**   33:9
**further**   34:12,15
**future**   12:16,20

**g**

**gained**   4:19
**general**   28:1
**generations**   10:20
**gentleman**   31:12
**geographic**   9:10
**geographically**
11:5
**georgia**   32:19
**germane**   6:10
**gerrymandered**
15:12
**gerrymandering**
15:9

**getting** 20:25 31:15 32:16
**give** 4:16 5:7 9:24 13:9 30:17 32:10
**given** 9:25 31:5
**gives** 5:5 8:4
**glad** 5:13
**go** 4:1,3,7 6:13 10:20 17:1,1,2 18:5 20:1 28:8 32:5,7,22
**goals** 11:13 12:10
**goes** 28:9 33:8
**going** 3:15 4:21 5:7 13:6,24 15:7 18:5 20:21 22:9,18 23:15 24:5,10,13 25:24 26:15 28:16 28:17,19,19 32:9
**good** 3:2 6:12 7:19 13:17 22:6
**gosh** 21:20
**government** 7:24
**gpss** 32:15
**greater** 10:22 12:8 13:20 14:2
**greensboro** 1:14
**group** 7:11,12,14
**guarantee** 27:3,5
**guaranteed** 28:12
**guess** 19:14 23:6
**guidelines** 5:7

**h**

**hale** 14:16 26:11,12
**half** 17:19 20:1 28:3
**halls** 32:6
**hand** 12:24 23:4 26:1 28:8,8 31:10
**happen** 13:23
**happening** 20:5

**happens** 18:20,21
**happy** 17:25
**harbor** 24:18
**hard** 13:6
**hear** 8:1 10:6,6 15:3,4 19:11
**heard** 28:15 30:12 31:11
**hearing** 1:6 6:1,5,7 8:1 10:15 12:25 13:2 14:7 18:13,17 33:16,17
**hearings** 5:8 12:7 20:12
**held** 1:8 11:21 24:1
**hello** 10:18
**help** 15:8
**helpful** 18:16 27:18 27:22
**hi** 20:10
**historic** 9:10
**history** 27:2
**holding** 20:12
**homogenizing** 11:22
**honor** 3:18
**hours** 32:20
**house** 3:9,25 4:9,23 4:23,24,25 5:3,10 8:18 17:9,18,20,23 19:25 21:25 22:2,5 22:17,19 33:1
**htpps** 13:11
**hub** 11:16
**huge** 19:8
**husband** 15:5

**i**

**idea** 5:5
**ideal** 4:3,8,9,22 7:2 7:3 14:9 24:22

**identified** 9:7
**identify** 21:12
**identities** 9:10
**imagine** 33:2
**impact** 4:17
**importantly** 11:13
**impossible** 32:24
**inaudible** 17:6 18:12 19:25 20:3,5 22:16 24:19 25:6 29:15
**incarcerated** 8:9
**include** 9:12
**included** 26:20
**includes** 8:7
**including** 9:8 12:11
**incumbents** 8:23
**index** 2:16
**information** 13:13 15:20 18:16 22:3
**integrity** 11:7 12:3 12:11
**intensely** 9:17
**interest** 9:5,7,8,11 9:17 10:1,7 11:7,14 11:17 12:15 16:12 16:22 19:12
**interested** 13:7 23:11 34:14
**interesting** 13:9 14:5,17
**interests** 9:16 15:15
**interpret** 18:17
**introduce** 5:6 6:3 31:24
**introduction** 22:1
**issue** 6:8,9,10 10:23 11:11 28:7 29:3
**issues** 11:2,4 15:22 15:23,24 30:1

**j**

**jefferson** 14:16 26:10
**jim** 2:3 3:5 13:5,12
**job** 22:9,11
**joining** 3:3
**jones** 2:11 20:9,10 20:10 21:2 23:4,6
**judy** 2:12 21:14

**k**

**katheryn** 2:9
**kathleen** 1:21 34:22
**kathy** 2:11 20:9,10
**keep** 6:9 15:14 20:16
**kids** 17:1,2
**kin** 34:13
**kinds** 17:11
**know** 6:5 10:24 14:23 15:7,17 16:5 16:9 18:8 20:18,20 21:6,6,25 22:3,5,12 22:12 23:13,17,19 23:25 24:9 25:8 26:14 29:18

**l**

**lakes** 9:4
**land** 9:13
**language** 7:10,12 7:14 11:6
**large** 11:16 21:23
**larger** 4:5
**latitude** 24:20
**law** 24:14
**lawsuit** 25:10,22,23
**lawsuits** 25:6
**lawyer** 16:9
**leading** 12:15

**league**  10:21,24
12:8 13:8,19 14:2
21:4 24:24 26:2
27:12 30:9 31:4,5
**league's**  11:10 12:1
**leave**  20:21 27:10
**leaving**  24:4
**lee**  18:21
**left**  3:10
**legislation**  12:2
**legislative**  6:8,9,22
9:22
**legislature**  6:13 7:4
9:20 10:6 11:9
13:25 16:2,7 19:2,9
21:21 23:16 25:1,2
**levels**  17:10
**licensed**  34:15
**life**  11:23
**limit**  5:15
**limited**  9:9
**limits**  17:24 19:21
**line**  18:14 19:19
25:19 31:14
**lines**  4:21 15:13
18:9 20:2 29:9 32:4
32:19
**link**  13:14,21 14:1
14:2
**lisa**  2:14,23 31:25
**list**  2:18
**literally**  32:18,25
**litigated**  25:21
**little**  13:10,15
18:10 21:16
**live**  3:6 17:22 18:1
**lived**  10:19
**livingston**  18:1
19:21
**locate**  3:14

**location**  1:12 32:13
**log**  2:22
**logical**  15:15
**long**  12:13 21:18
22:13,14
**look**  3:4 8:13 15:19
17:15 32:11
**looked**  15:18
**looking**  13:7 17:20
19:15
**losing**  18:25
**lost**  4:18,20 32:16
**lot**  8:7 20:18 32:15
**lovely**  17:2
**lunch**  14:2 18:3,4,5
**lwv**  30:7

**m**

**ma'am**  22:25
**maintaining**  12:11
**maintains**  12:2,4
**majority**  14:10
25:11,12,15,16,25
26:3,10,18 28:9
30:21
**makeup**  23:11
24:11 30:7
**making**  20:23
23:22 32:2
**mandated**  3:13
**manner**  7:8
**map**  13:7 17:21
19:15 30:7,10
**maps**  12:24 13:1
**marked**  33:18
**martin**  1:13
**match**  19:18
**mcclendon**  2:3 3:2
3:5 7:2 22:5
**meadows**  2:9 15:1
15:3,5 16:11

**mean**  6:25 27:16
32:25
**means**  8:21 14:13
17:12 34:9
**media**  15:22
**meet**  11:12 19:2
**meeting**  17 5:16
**meets**  21:5
**member**  8:21
**members**  17:20
21:19 22:12,19,19
**membership**  7:10
7:11,14 21:24
**mention**  13:18
**mentioned**  16:21
**mentioning**  13:25
**merely**  3:14
**microphone**  5:18
6:4
**microsoft**  1:17
**mid**  17:14 18:9
**middle**  15:10 18:24
19:23
**migratory**  3:16
**mike**  2:10,19 16:16
**minimal**  14:7 24:16
**minimize**  9:20
**minimum**  31:13
**minorities**  11:6
**minority**  7:5,11,12
7:14 19:16,17 20:3
28:8 30:21,25
**minus**  4:10 24:18
**minutes**  5:16 33:1
**misleading**  20:19
**mississippi**  32:19
**misspoke**  27:15
**missrepresent**
27:12
**mobile**  9:4 34:5

**monroe**  26:8
**morning**  3:2 6:13
**move**  3:20
**moving**  19:24
**municipalites**
16:21
**municipalities**  9:13
11:7,15

**n**

**n**  2:1
**name**  3:5 5:18
10:18 21:14 30:6
31:25 34:18
**necessary**  7:15
30:17
**need**  10:7 15:1,23
20:22 29:18 30:1
32:17
**needed**  28:22
**needs**  11:20 12:17
12:18 27:7
**negotiations**  13:22
**neighborhood**
28:22
**neighborhoods**  9:6
**neighbors**  16:25
**neither**  34:12
**neutral**  7:9,15
**never**  31:1
**nevertheless**  8:11
**new**  25:16
**nine**  28:3
**non**  21:22 24:17
**nondiscrimination**
6:18
**nonpartisan**  10:25
**north**  18:11
**northern**  11:23
**notary**  34:23
**noted**  19:15

november  25:8
number  4:3,5,6,7
  4:12,22 8:5,17,18
  9:20 16:23 17:16
  17:18 24:5,6 34:17
numbers  17:15
  19:18 26:21

**o**

object  26:17
objecting  26:15
objective  23:14
  28:5
obviously  4:21
officer  6:5 18:13
okay  13:17 16:11
  16:16 23:8
old  1:14
once  10:13
online  1:17 2:18,22
opening  2:2
opinion  14:6 15:17
  18:15,18
opportunity  14:11
  26:4 27:3 30:18
  31:2
opposed  20:4 26:23
  26:25
opposite  30:24
order  3:17 4:2,5
  5:14 7:20 8:14 19:2
  25:12,15
organization  10:25
outside  16:6
overall  29:10
overarching  19:1
oversees  21:17
overton  30:5

**p**

packing  20:5 30:8
  30:10,10,13,13,22

30:24 31:7,15,21
  33:5
page  2:2
parcel  19:7
parks  17:2
part  11:23,25 12:18
  13:3 17:5,8 20:21
  21:10,14
participating  5:23
  10:12 14:25 20:13
particular  8:14
  28:4
particularly  10:5
  18:20
parties  11:1 34:13
partisan  20:2
party  25:9
pass  28:19,19
pattern  3:16
payne  11:24
pens  13:10
people  3:14,15,20
  4:5,19,20,21 7:24
  8:1,8,9,9,10 9:18
  10:8,12 12:25
  13:25 14:25 15:17
  18:16 20:13 21:24
  22:4 24:7 25:23
  28:9 29:13,14,22
  30:2 32:5,23
percent  4:10 7:1
  14:14,17 20:3
  23:20 24:19 25:18
  26:5 27:2,8,14,19
  27:23,24 28:11,18
  28:21,24 29:11,23
  31:13,14,17,20
percentages  27:13
perfect  31:14
permanent  1:5 6:6

perry  14:16 23:10
  24:4 26:11,12,15
  26:24
person  3:18 4:14
  6:17,19 8:22 10:9
  10:10 20:17,24
  23:18
philosophy  12:6,18
place  13:5
places  30:21 32:25
plan  7:4 12:6,10
  14:5,18 15:19,25
  16:4,10 21:4 26:1,6
  26:17,24,25 27:12
  27:14 28:16,17
  31:5
plans  7:6 21:8
please  5:15,18 6:9
  10:17 14:22 16:17
  21:12 23:2 27:10
  32:20
plus  4:10 24:18
  29:16,17
podium  14:21
  21:11 23:3 31:23
point  9:1 14:4
pointed  15:12
polarized  31:3
political  9:6,12,17
politics  28:8 29:3
populated  18:23,24
  19:5
population  4:1,4,24
  4:25 6:21,23 7:2
  8:4,4,5,12,13,14
  10:2 11:4 14:9,13
  17:17 18:25 19:3,5
  19:7,13,17,18,24
  20:5 24:2,3,4,22
  26:18,19 27:1,5,7
  27:15,24,25 28:1

28:12,18,24 29:10
  29:12,12,14,15,17
  33:6
populations  7:3
  30:14
possible  8:23 16:13
powers  32:2
practicable  9:7
precident  20:18
precincts  9:13
precisely  6:23
predominate  7:14
presence  31:3
present  12:16
presented  23:17
preserves  12:10
pretty  19:18 24:15
prevent  15:9
prickett  2:8,21
  10:16,17,18,19
  12:23 13:1,14,18
principally  6:17
  30:15
pringle  2:4 3:8 5:6
  5:9,10
priority  9:25 19:12
prisoners  26:20
prisons  26:20
probably  16:3 19:9
problem  32:19
process  9:17 29:21
programer  16:12
properly  15:8
proposal  13:23
proposed  12:2 13:8
  21:4 23:15 26:1
protection  25:4
provided  7:17
providing  18:15
public  1:6 34:23

| | | | |
|---|---|---|---|
| **purpose** 7:5 | **redistricting** 1:6 | **representing** 11:5 | **s** |
| **purposes** 7:25 | 3:7 6:7,10 8:11,12 | 26:22 28:14,17 | **safe** 24:18 |
| 16:23 | 10:23 11:11 12:4 | 32:24 | **satisfied** 29:22,24 |
| **put** 6:5 12:6 13:15 | 12:10,19,21 16:3,6 | **represents** 11:16 | **saying** 19:11 20:16 |
| 15:20 17:15 20:14 | 16:9,22 19:15 | **republican** 29:1 | **says** 20:18 30:6 |
| 23:15 28:25 30:16 | 21:17,22,23 22:16 | **republicans** 24:1 | **school** 9:14 15:11 |
| **q** | 22:18 28:11 29:20 | **require** 11:20 | 17:1 |
| **question** 5:24 | **redrawing** 32:4 | **required** 9:19 24:7 | **se** 29:4 |
| 23:17 30:5,9 | **redrawn** 8:2 | 27:19 | **seated** 21:18 |
| **questions** 10:12 | **reference** 13:5 | **requirement** 6:20 | **second** 14:15 16:19 |
| 14:24 18:17 | **referenced** 11:8 | 19:2 20:6,19 | 26:9 31:12 |
| **quickly** 19:17 | **references** 20:15 | **requirements** 6:18 | **section** 7:6,12,16 |
| **r** | **refiled** 25:22 | 10:3 12:4 21:5 | 8:15 |
| **r** 34:2 | **reflect** 7:23 | **requiring** 10:1 | **see** 10:10,11,13 |
| **race** 7:9,10,11,13 | **regard** 6:19 | **reservations** 9:13 | 14:20,21 19:17 |
| 7:15,18,19 28:7 | **regularly** 17:3 | **residents** 8:10 | 23:6 |
| **racial** 9:9 11:5 | **relevant** 33:6,6 | **respect** 9:5 | **senate** 3:6,24 4:8 |
| 15:14 30:6,8,10 | **remarks** 2:2 5:15 | **respected** 10:7 | 4:17,18,19,20 5:1 |
| **racially** 31:3 | **remember** 19:1 | **respecting** 11:6,14 | 8:17 17:10,16 |
| **reach** 4:5 | **remotely** 1:20 5:23 | 19:11 | 21:25 22:1,17,20 |
| **read** 5:24 13:13 | 6:2 10:13 14:24,25 | **responding** 18:17 | **senator** 2:3 3:2,5 |
| **ready** 13:10 | 15:6 33:15 34:8 | **restructured** 7:25 | 5:9 7:2 17:20 22:5 |
| **real** 31:11 | **repeatedly** 15:22 | **result** 3:17 34:14 | 28:15,16 |
| **realize** 16:2 | **repopulate** 19:4 | **right** 3:8 5:2 16:16 | **senators** 17:6,22,23 |
| **really** 9:23 20:11 | **reporter** 1:22 6:2 | 16:20 17:21 19:15 | **send** 5:23 16:13 |
| 20:13,15 | 34:17 | 20:4,7 32:10 | **sense** 17:7 |
| **reapportionment** | **reporting** 34:16 | **rights** 7:7,13,16,20 | **september** 1:9 |
| 1:5 3:11 9:23 | **represenatives** | 8:16 10:3 25:4 | **serve** 22:20 32:16 |
| **reason** 7:19 | 17:12 | **rivers** 9:4 | **served** 21:19 22:4 |
| **reasonably** 7:22 | **represent** 5:19 28:4 | **road** 1:14 | 22:13,15 |
| 9:19 | **representation** | **room** 5:12 | **service** 22:22 |
| **recall** 25:14 | 23:23 27:4,5 29:7 | **roots** 10:20 | **services** 32:14 |
| **receive** 11:19 | 32:3,21 | **roughly** 4:19 6:21 | **sessions** 21:22,23 |
| **recognized** 9:8 | **representative** 2:4 | **rpr** 1:21 34:22 | **set** 8:17,18 16:8 |
| **record** 5:24 6:3,6 | 3:9,25 5:6,10 11:21 | **rule** 6:15 | **seven** 3:23 14:12 |
| 12:7 13:3 20:22 | 14:12 17:4 33:2 | **rules** 6:13 10:5 | 23:25 24:5 26:6 |
| 21:10 26:17,23 | **representatives** 3:9 | **rural** 3:16 17:11,13 | 27:14 |
| **recorded** 8:7 | 9:18 32:5 33:8 | 18:11 19:23 | **seventh** 26:16,24 |
| **redistricted** 6:21 | **represented** 23:21 | | **sewell's** 14:12 |
| | 24:11 27:25 28:9 | | 25:14 |
| | 28:23,25 29:1 | | |

shape  3:19
share  17:3,14 18:10
shelton  1:13 14:19
   23:1
show  26:23
shown  27:2
shows  26:17
side  19:20
sign  5:21
signature  34:21
signed  5:15 10:8,9
   10:16
similarities  9:8
single  8:21 17:3
singleton  13:23
   28:16,17
sir  23:9
sitting  22:1
six  14:15 24:1 26:9
   27:14
size  18:9
sized  17:14
skirt  28:7
slope  21:16
small  21:22
social  9:10
solely  6:7
solidly  11:1
somebody  18:6
   32:8
sorry  21:21 22:15
sounds  20:6
sources  16:13
southern  11:25
southwest  18:2,11
sparsely  18:24 19:5
speak  5:14,20,20
   5:22 6:4 10:9,11,14
   10:16 11:18 12:5
   12:17 14:20,22
   16:17 20:8 23:2

29:25 30:14 31:4
   31:24 32:6 33:14
   33:15
speakers  30:13
speaking  10:22
   13:15 14:22
specific  11:1
spend  32:15
splitting  33:7
spoke  20:10
spoken  5:22
spokesperson
   10:21
spread  30:25
st  3:6
stacked  29:19
stand  11:1 12:9
standing  21:17
start  4:16 14:22
   31:15
state  1:13 3:5,8,23
   4:13 5:18 6:25 8:10
   9:3 10:1 12:13 14:5
   14:19 16:7 17:3,9,9
   17:16,20,22,22,23
   20:11 23:1,22
   25:10,24 33:4 34:4
statement  18:18
   23:18 27:19 31:21
statements  20:23
   21:9
states  15:12 16:5,5
statute  8:18,19
stenotype  34:8
streams  7:6
strict  24:21
strong  7:17,18
student  15:11
subdivisions  9:6,12
submitted  10:12
   13:2 14:24 21:10

subordinates  7:9
substantially  11:4
successful  27:20
   31:17
sufficient  25:20
suggest  16:2
suggestions  16:13
sundown  32:13
sunup  32:12
support  7:17 12:9
   12:14
supporting  28:16
   28:20
supposed  32:24
   33:9
supreme  24:16,19
sure  10:24 13:20
   20:16,22 21:8
   22:10 23:22 24:6
   24:10 25:2,21
   26:14,16 27:6,11
   28:6,13,20,20 29:5
   29:6,18,24 30:6
   31:6

                t

t  34:2,2
take  16:19 17:2
   21:15 28:23
taken  7:12 25:17
   26:15 34:8
takes  26:24
talk  6:8 16:19 32:8
talking  3:21,22
   15:14 19:23,25
   26:19 27:13
target  4:6,7 24:12
   31:16
task  5:5 22:8
taylor  2:12 21:14
   21:14 22:9,21

teams  1:17
technology  16:12
tell  21:12,18 22:14
   27:21
tend  16:5
tenure  22:4
term  7:11 9:10
   30:11
terms  16:20,20
   20:2 24:21 30:12
   30:14
terri  25:14
testimony  2:7,19
   2:21,23
thank  3:3 5:9 6:11
   12:22 13:25 15:4
   16:15,18 20:8 21:2
   22:24,25 23:7,8
   27:9 30:3,4 31:22
   33:11,12,16
thankless  22:9,11
theoretically  17:19
thing  14:9 18:21
   20:14
things  11:9 16:21
   32:17
think  13:6 14:8
   15:15 21:21 24:25
   25:5 26:4 28:19
   31:8
third  4:9
thought  31:6
three  5:16 17:22
   22:19,19 26:11
time  5:17 18:3,7
   22:6,13,16 32:9,16
times  8:13
today  3:22,22 5:14
   8:1 10:8,21
told  25:6

**total** 8:3,5,12 14:8
  15:18 27:15
**touched** 32:7
**town** 32:6
**traditions** 12:13
**transcribed** 1:20
  6:1 34:9
**transcript** 34:10
**transcription** 34:9
**tread** 18:14
**trenches** 18:1
**trend** 3:15
**tribal** 9:9,13
**tried** 25:11
**true** 4:12 34:10
**trust** 22:7
**try** 3:17 9:20 18:13
**trying** 20:20 32:16
  33:2
**tuesday** 1:9
**turn** 6:11
**turner** 2:13 23:10
  23:10 25:8 26:14
  27:10,23 30:4
**tuscaloosa** 1:15
  5:12 10:17,19,22
  11:15 12:9,16
  13:20 14:3 16:18
  16:23 17:10,14,17
  18:20 19:6,6,21
  21:15 32:1
**two** 7:7,12,16 8:15
  14:4,11,17 17:6,20
  25:5,10,12,15,17
  25:24 26:3 29:10
  29:20,23 30:12
**typically** 24:22

**u**

**u.s.** 17:6 32:12
**underscoring** 11:8

**understand** 13:3
  13:22,24 21:2
  24:23 28:21 29:2,3
**understanding**
  12:1 24:14 25:22
**understands** 27:6
  29:6
**unfortunately** 19:7
**unified** 11:19
**unique** 11:20
**unmute** 15:2 16:17
**upcoming** 29:20
**urban** 3:17 11:25
**use** 15:7,16,25 16:4
  16:5,10

**v**

**vacant** 5:2
**variety** 30:25
**view** 13:12
**voice** 11:19 12:17
**vote** 3:18 6:17,19
  8:8 29:16
**voter's** 27:12
**voters** 10:22,24
  12:8 13:8,19 14:2
  14:13 19:20,21
  21:4 24:24 26:2
  30:10,16,20,20
  31:5,6
**votes** 30:23
**voting** 7:6,7,13,16
  7:20 8:13,14,16
  9:12 10:2 11:2
  19:16,18 25:4
  26:18 27:1,7 28:2
  28:12,18,24 29:11
  29:14 31:3

**w**

**walker** 2:5 3:10
  6:12,12 12:23 13:4

13:17 14:4 15:4,25
  16:15 18:13 20:7
  21:2,20 22:10,25
  23:8 27:10 30:4,9
  31:22 33:12
**walker's** 6:11
**want** 5:20 6:15
  16:1 18:15 20:14
  21:15 23:5 25:23
  26:16,23 27:6,11
  28:7 29:5 31:12,14
  31:23
**wanted** 15:7 16:19
  26:14
**wants** 5:22 10:11
  10:14 13:19 14:22
  20:7 33:14
**ward** 2:14,23 31:25
  31:25
**washington** 26:8
  27:4
**wasted** 30:22
**water** 9:3
**way** 6:15 13:12
  14:6 15:16 16:7,8
  18:1,18 19:4 20:1
  27:2 29:2,9 33:8
**ways** 15:24 19:19
**we've** 13:12 17:21
  27:4
**website** 13:9
**wednesday** 20:11
**week** 12:8
**weighing** 9:15
**welcome** 5:13
**went** 4:23,25 5:1,2
  5:3,3
**west** 11:16 12:16
  19:20
**white** 28:10,10 29:1

**win** 29:18
**wish** 3:22
**wishes** 14:20 23:2
  33:14
**women** 10:22,24
  12:8 13:8,19 14:2
  21:4 24:24 26:2
  27:12 30:10 31:4,5
**work** 18:4,6 24:10
**working** 3:21 6:2
**works** 3:11
**worse** 18:25
**worst** 15:12
**written** 2:19,21,23
**wvaqx** 13:12

**x**

**x** 2:1

**y**

**years** 3:13 10:19
  22:18
**younger** 29:12

**z**

**zero** 24:9
**zve** 13:12