FILED

2021 Dec-23  PM 06:36
U.S. DISTRICT COURT
N.D. OF ALABAMA



SOS001080

User: bpshan3501
Plan: US Congress Final

Date: Mon May 16 10:18:23 GMT-0500 2011

# District Statistics Report

| District No. | Total Population | Deviation | Deviation (%) | Total Hispanic (%) | White (%) | Black (%) | American Indian/Alaskan Native (%) | Asian (%) | Hawaiian or Other Pacific Islander (%) | Other (%) | Two or more races (%) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 682,820 | 1 | 0.00 | 19,087 (2.80%) | 458,705 (67.18%) | 188,859 (27.66%) | 7,889 (1.16%) | 9,106 (1.33%) | 326 (0.05%) | 7,999 (1.17%) | 9,838 (1.46%) |
| 2 | 682,820 | 1 | 0.00 | 24,612 (3.60%) | 446,880 (65.45%) | 201,339 (29.49%) | 3,398 (0.50%) | 7,531 (1.10%) | 516 (0.08%) | 12,103 (1.77%) | 11,053 (1.62%) |
| 3 | 682,819 | 0 | 0.00 | 17,885 (2.62%) | 482,509 (70.66%) | 171,775 (25.16%) | 2,354 (0.34%) | 7,837 (1.15%) | 410 (0.06%) | 7,977 (1.17%) | 9,957 (1.46%) |
| 4 | 682,819 | 0 | 0.00 | 48,391 (7.09%) | 584,856 (85.65%) | 46,708 (6.84%) | 6,013 (0.88%) | 2,719 (0.40%) | 667 (0.10%) | 30,412 (4.45%) | 11,444 (1.68%) |
| 5 | 682,819 | 0 | 0.00 | 26,053 (3.82%) | 527,664 (77.28%) | 112,088 (16.42%) | 5,056 (0.74%) | 10,532 (1.54%) | 522 (0.08%) | 12,602 (1.85%) | 14,355 (2.10%) |
| 6 | 682,819 | 0 | 0.00 | 30,485 (4.46%) | 549,160 (80.43%) | 96,447 (14.12%) | 1,987 (0.29%) | 11,423 (1.67%) | 285 (0.04%) | 15,249 (2.23%) | 8,268 (1.21%) |
| 7 | 682,820 | 1 | 0.00 | 19,089 (2.80%) | 225,620 (33.04%) | 434,095 (63.57%) | 1,521 (0.22%) | 4,447 (0.65%) | 331 (0.05%) | 10,568 (1.55%) | 6,238 (0.91%) |

SOS001081