FILED
2021 Dec-23  PM 06:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

User:
Plan Name: **Hatcher Congressional Plan 1**
Plan Type: **Congressional**

## District Statistics

Tuesday, November 16, 2021                                                                                                   2:04 PM

**District 1**

**Population Statistics**

| | | | | |
|---|---|---|---|---|
| Ideal Population: | 717,754 | | Absolute Deviation: | -- |
| Actual Population: | 717,754 | | Relative Deviation: | 0.00% |

**Total Population**

| | Deviation | White | Black | % Deviation | % White | % Black |
|---|---|---|---|---|---|---|
| | | 532,712 | 110,991 | 0.00% | 74.22% | 15.46% |

**Voting Age Population**

| | Deviation | White | Black | % Deviation | % White | % Black |
|---|---|---|---|---|---|---|
| | | 425,119 | 81,856 | | 76.42% | 14.71% |

**District 1 Counties (* indicates the county is not entirely within the district)**

Dale AL, Houston AL, Henry AL, Mobile AL*, Baldwin AL*, Escambia AL, Covington AL, Coffee AL, Geneva AL

RC 018065

**District Statistics**  Hatcher Congressional Plan 1

### District 2

**Population Statistics**

| | | | |
|---|---|---|---|
| Ideal Population: | 717,754 | Absolute Deviation: | 1 |
| Actual Population: | 717,755 | Relative Deviation: | 0.00% |

**Total Population**

| Deviation | White | Black | % Deviation | % White | % Black |
|---|---|---|---|---|---|
| 1 | 287,581 | 371,889 | 0.00% | 40.07% | 51.81% |

**Voting Age Population**

| Deviation | White | Black | % Deviation | % White | % Black |
|---|---|---|---|---|---|
| | 239,685 | 280,213 | | 42.81% | 50.05% |

**District 2 Counties (* indicates the county is not entirely within the district)**

Pike AL, Bullock AL, Macon AL*, Barbour AL, Russell AL*, Mobile AL*, Washington AL*, Baldwin AL*, Conecuh AL, Clarke AL, Marengo AL*, Monroe AL, Wilcox AL, Butler AL, Lowndes AL, Crenshaw AL, Montgomery AL

RC 018066

## District Statistics

Hatcher Congressional Plan 1

### District 3

**Population Statistics**

| | | | | |
|---|---|---|---|---|
| Ideal Population: | 717,754 | Absolute Deviation: | -1 | |
| Actual Population: | 717,753 | Relative Deviation: | 0.00% | |

**Total Population**

| | Deviation | White | Black | % Deviation | % White | % Black |
|---|---|---|---|---|---|---|
| | -1 | 495,903 | 154,149 | 0.00% | 69.09% | 21.48% |

**Voting Age Population**

| | Deviation | White | Black | % Deviation | % White | % Black |
|---|---|---|---|---|---|---|
| | | 399,342 | 118,142 | | 70.90% | 20.98% |

**District 3 Counties (* indicates the county is not entirely within the district)**

Macon AL*, Russell AL*, Tallapoosa AL, Clay AL, Randolph AL, Lee AL, Chambers AL, Calhoun AL, Cleburne AL, DeKalb AL*, Cherokee AL, Autauga AL*, Elmore AL, Talladega AL*

RC 018067

## District Statistics

Hatcher Congressional Plan 1

### District 4

**Population Statistics**

| | | | | |
|---|---|---|---|---|
| Ideal Population: | 717,754 | Absolute Deviation: | -1 | |
| Actual Population: | 717,753 | Relative Deviation: | 0.00% | |

**Total Population**

| | Deviation | White | Black | % Deviation | % White | % Black |
|---|---|---|---|---|---|---|
| | -1 | 587,941 | 51,453 | 0.00% | 81.91% | 7.17% |

**Voting Age Population**

| | Deviation | White | Black | % Deviation | % White | % Black |
|---|---|---|---|---|---|---|
| | | 466,236 | 39,156 | | 83.96% | 7.05% |

**District 4 Counties (* indicates the county is not entirely within the district)**

Lamar AL, Fayette AL, Marion AL, Franklin AL, Walker AL, Winston AL, Lawrence AL, Colbert AL, Cullman AL, Morgan AL*, Etowah AL, Marshall AL, DeKalb AL*, Pickens AL*, Tuscaloosa AL*

RC 018068

## District Statistics

Hatcher Congressional Plan 1

### District 5

**Population Statistics**

| | | | |
|---|---|---|---|
| Ideal Population: | 717,754 | Absolute Deviation: | 1 |
| Actual Population: | 717,755 | Relative Deviation: | 0.00% |

**Total Population**

| Deviation | White | Black | % Deviation | % White | % Black |
|---|---|---|---|---|---|
| 1 | 493,215 | 130,660 | 0.00% | 68.72% | 18.20% |

**Voting Age Population**

| Deviation | White | Black | % Deviation | % White | % Black |
|---|---|---|---|---|---|
| | 399,585 | 100,311 | | 71.04% | 17.83% |

**District 5 Counties (* indicates the county is not entirely within the district)**

Lauderdale AL, Morgan AL*, Limestone AL, Madison AL, Jackson AL

**District Statistics**  Hatcher Congressional Plan 1

**District 6**

**Population Statistics**

| | | | | |
|---|---|---|---|---|
| Ideal Population: | 717,754 | Absolute Deviation: | -- | |
| Actual Population: | 717,754 | Relative Deviation: | 0.00% | |

**Total Population**

| | Deviation | White | Black | % Deviation | % White | % Black |
|---|---|---|---|---|---|---|
| | | 554,318 | 85,877 | 0.00% | 77.23% | 11.96% |

**Voting Age Population**

| | Deviation | White | Black | % Deviation | % White | % Black |
|---|---|---|---|---|---|---|
| | | 437,384 | 64,483 | | 78.99% | 11.65% |

**District 6 Counties (* indicates the county is not entirely within the district)**

Blount AL, St. Clair AL, Chilton AL, Jefferson AL*, Shelby AL, Coosa AL, Talladega AL*

RC 018070

**District Statistics**     Hatcher Congressional Plan 1

### District 7

**Population Statistics**

| | | | |
|---|---|---|---|
| Ideal Population: | 717,754 | Absolute Deviation: | 1 |
| Actual Population: | 717,755 | Relative Deviation: | 0.00% |

**Total Population**

| Deviation | White | Black | % Deviation | % White | % Black |
|---|---|---|---|---|---|
| 1 | 268,782 | 391,143 | 0.00% | 37.45% | 54.50% |

**Voting Age Population**

| Deviation | White | Black | % Deviation | % White | % Black |
|---|---|---|---|---|---|
| | 227,695 | 297,562 | | 40.21% | 52.55% |

**District 7 Counties (* indicates the county is not entirely within the district)**

Washington AL*, Choctaw AL, Sumter AL, Pickens AL*, Marengo AL*, Dallas AL, Greene AL, Hale AL, Perry AL, Bibb AL, Tuscaloosa AL*, Autauga AL*, Jefferson AL*

RC 018071