FILED

2021 Dec-23  PM 06:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

User:
Plan Name: **Hatcher Congressional Plan 1**
Plan Type: **Congressional**

## Population Summary

| Tuesday, November 2, 2021 | 5:30 PM |
|---|---|

| District | Population | Deviation | % Devn. | White | [% White] | Black | [% Black] | [18+_Pop] |
|---|---|---|---|---|---|---|---|---|
| 1 | 717,754 | 0 | 0.00% | 532,712 | 74.22% | 110,991 | 15.46% | 556,317 |
| 2 | 717,755 | 1 | 0.00% | 287,581 | 40.07% | 371,889 | 51.81% | 559,876 |
| 3 | 717,753 | -1 | 0.00% | 495,903 | 69.09% | 154,149 | 21.48% | 563,228 |
| 4 | 717,753 | -1 | 0.00% | 587,941 | 81.91% | 51,453 | 7.17% | 555,304 |
| 5 | 717,755 | 1 | 0.00% | 493,215 | 68.72% | 130,660 | 18.2% | 562,504 |
| 6 | 717,754 | 0 | 0.00% | 554,318 | 77.23% | 85,877 | 11.96% | 553,734 |
| 7 | 717,755 | 1 | 0.00% | 268,782 | 37.45% | 391,143 | 54.5% | 566,203 |

| Total Population: | 5,024,279 |
|---|---|
| Ideal District Population: | 717,754 |

### Summary Statistics:

| Population Range: | 717,753 to 717,755 |
|---|---|
| Ratio Range: | 0.00 |
| Absolute Range: | -1 to 1 |
| Absolute Overall Range: | 2 |
| Relative Range: | 0.00% to 0.00% |
| Relative Overall Range: | 0.00% |
| Absolute Mean Deviation: | 0.71 |
| Relative Mean Deviation: | 0.00% |
| Standard Deviation: | 0.83 |

RC 018211