User:
Plan Name: **Hatcher Congressional Plan 1**
Plan Type: **Congressional**

# Population Summary

Tuesday, November 2, 2021  5:31 PM

| District | Population | Deviation | % Devn. | [18+_Pop] | [% 18+_Pop] | [18+_Wht] | [% 18+_Wht] | [18+_Blk] | [% 18+_Blk] |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 717,754 | 0 | 0.00% | 556,317 | 77.51% | 425,119 | 76.42% | 81,856 | 14.71% |
| 2 | 717,755 | 1 | 0.00% | 559,876 | 78% | 239,685 | 42.81% | 280,213 | 50.05% |
| 3 | 717,753 | -1 | 0.00% | 563,228 | 78.47% | 399,342 | 70.9% | 118,142 | 20.98% |
| 4 | 717,753 | -1 | 0.00% | 555,304 | 77.37% | 466,236 | 83.96% | 39,156 | 7.05% |
| 5 | 717,755 | 1 | 0.00% | 562,504 | 78.37% | 399,585 | 71.04% | 100,311 | 17.83% |
| 6 | 717,754 | 0 | 0.00% | 553,734 | 77.15% | 437,384 | 78.99% | 64,483 | 11.65% |
| 7 | 717,755 | 1 | 0.00% | 566,203 | 78.89% | 227,695 | 40.21% | 297,562 | 52.55% |

| | |
|---|---|
| Total Population: | 5,024,279 |
| Ideal District Population: | 717,754 |

**Summary Statistics:**

| | |
|---|---|
| Population Range: | 717,753 to 717,755 |
| Ratio Range: | 0.00 |
| Absolute Range: | -1 to 1 |
| Absolute Overall Range: | 2 |
| Relative Range: | 0.00% to 0.00% |
| Relative Overall Range: | 0.00% |
| Absolute Mean Deviation: | 0.71 |
| Relative Mean Deviation: | 0.00% |
| Standard Deviation: | 0.83 |