User:
Plan Name: **Hatcher Congressional Plan 1**
Plan Type: **Congressional**

## Population Summary

Tuesday, November 16, 2021 2:33 PM

| District | Population | Deviation | % Devn. | [18+_AP_Wht] | [% 18+_AP_Wht] | [18+_AP_Blk] | [% 18+_AP_Blk] | [18+_Pop] | [% 18+_Pop] |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 717,754 | 0 | 0.00% | 450,234 | 80.93% | 86,113 | 15.48% | 556,317 | 77.51% |
| 2 | 717,755 | 1 | 0.00% | 254,846 | 45.52% | 286,698 | 51.21% | 559,876 | 78% |
| 3 | 717,753 | -1 | 0.00% | 419,791 | 74.53% | 122,319 | 21.72% | 563,228 | 78.47% |
| 4 | 717,753 | -1 | 0.00% | 489,767 | 88.2% | 41,937 | 7.55% | 555,304 | 77.37% |
| 5 | 717,755 | 1 | 0.00% | 428,956 | 76.26% | 106,140 | 18.87% | 562,504 | 78.37% |
| 6 | 717,754 | 0 | 0.00% | 460,961 | 83.25% | 67,699 | 12.23% | 553,734 | 77.15% |
| 7 | 717,755 | 1 | 0.00% | 244,043 | 43.1% | 303,466 | 53.6% | 566,203 | 78.89% |

Total Population: 5,024,279
Ideal District Population: 717,754

**Summary Statistics:**

| | |
|---|---|
| Population Range: | 717,753 to 717,755 |
| Ratio Range: | 0.00 |
| Absolute Range: | -1 to 1 |
| Absolute Overall Range: | 2 |
| Relative Range: | 0.00% to 0.00% |
| Relative Overall Range: | 0.00% |
| Absolute Mean Deviation: | 0.71 |
| Relative Mean Deviation: | 0.00% |
| Standard Deviation: | 0.83 |

RC 018212