User:
Plan Name: **Hatcher Congressional Plan 1**
Plan Type: **Congressional**

## Political Subdivison Splits Between Districts

Tuesday, November 2, 2021                                                                                                           5:33 PM

Number of subdivisions not split:
County                                               54
Voting District                                 1,821

Number of subdivisions split into more than one district:
County                                               13
Voting District                                    16

Number of splits involving no population:
County                                                 0
Voting District                                      1

**Split Counts**

*County*
  Cases where an area is split among 2 Districts: 13
*Voting District*
  Cases where an area is split among 2 Districts: 16

| County | Voting District | District | Population |
|---|---|---|---|
| *Split Counties:* | | | |
| Autauga AL | | 3 | 54,977 |
| Autauga AL | | 7 | 3,828 |
| Baldwin AL | | 1 | 230,601 |
| Baldwin AL | | 2 | 1,166 |
| DeKalb AL | | 3 | 40,049 |
| DeKalb AL | | 4 | 31,559 |
| Jefferson AL | | 6 | 272,316 |
| Jefferson AL | | 7 | 402,405 |
| Macon AL | | 2 | 16,233 |
| Macon AL | | 3 | 3,299 |
| Marengo AL | | 2 | 2,428 |
| Marengo AL | | 7 | 16,895 |
| Mobile AL | | 1 | 159,028 |
| Mobile AL | | 2 | 255,781 |
| Morgan AL | | 4 | 43,532 |
| Morgan AL | | 5 | 79,889 |
| Pickens AL | | 4 | 9,266 |
| Pickens AL | | 7 | 9,857 |
| Russell AL | | 2 | 36,100 |
| Russell AL | | 3 | 23,083 |
| Talladega AL | | 3 | 65,373 |
| Talladega AL | | 6 | 16,776 |
| Tuscaloosa AL | | 4 | 73,553 |
| Tuscaloosa AL | | 7 | 153,483 |

## Political Subdivison Splits Between Districts

Hatcher Congressional Plan 1

| County | Voting District | District | Population |
|---|---|---|---|
| Washington AL | | 2 | 892 |
| Washington AL | | 7 | 14,496 |
| *Split VTDs:* | | | |
| DeKalb AL | District Four | 3 | 4,279 |
| DeKalb AL | District Four | 4 | 12,903 |
| Jefferson AL | Bluff Pk UM Church | 6 | 5,835 |
| Jefferson AL | Bluff Pk UM Church | 7 | 11 |
| Jefferson AL | Mountain View Bapt | 6 | 91 |
| Jefferson AL | Mountain View Bapt | 7 | 5,231 |
| Macon AL | District 4 Comm Ctr | 2 | 92 |
| Macon AL | District 4 Comm Ctr | 3 | 919 |
| Macon AL | National Guard Armory | 2 | 2,278 |
| Macon AL | National Guard Armory | 3 | 85 |
| Macon AL | Notasulga Town Hall | 2 | 124 |
| Macon AL | Notasulga Town Hall | 3 | 1,653 |
| Marengo AL | Dixon Mill VFD | 2 | 1,431 |
| Marengo AL | Dixon Mill VFD | 7 | 28 |
| Mobile AL | Fellowship Bapt Church | 1 | 1,976 |
| Mobile AL | Fellowship Bapt Church | 2 | 210 |
| Mobile AL | Georgetown Bapt Church | 1 | 3,170 |
| Mobile AL | Georgetown Bapt Church | 2 | 160 |
| Morgan AL | Cotaco Fire Station | 4 | 565 |
| Morgan AL | Cotaco Fire Station | 5 | 1,618 |
| Morgan AL | Union Hill Sr Ctr | 4 | 1,875 |
| Morgan AL | Union Hill Sr Ctr | 5 | 1,926 |
| Talladega AL | Bethel Bapt Church | 3 | 1,181 |
| Talladega AL | Bethel Bapt Church | 6 | 617 |
| Washington AL | Leroy Fire Hse | 2 | 0 |
| Washington AL | Leroy Fire Hse | 7 | 1,133 |
| Washington AL | Malcolm Ctr | 2 | 353 |
| Washington AL | Malcolm Ctr | 7 | 51 |
| Washington AL | McIntosh Comm Ctr | 2 | 421 |
| Washington AL | McIntosh Comm Ctr | 7 | 1,636 |
| Washington AL | MOWA Choctaw Comm Ctr | 2 | 118 |
| Washington AL | MOWA Choctaw Comm Ctr | 7 | 342 |