User:
Plan Name: **Hatcher Congressional Plan 1**
Plan Type: **Congressional**

## Measures of Compactness Report

Tuesday, November 16, 2021　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　2:24 PM

|            | Schwartzberg |
|------------|--------------|
| Sum        | N/A          |
| Min        | 1.85         |
| Max        | 2.40         |
| Mean       | 2.18         |
| Std. Dev.  | 0.20         |

| District | Schwartzberg |
|----------|--------------|
| 1        | 2.40         |
| 2        | 2.19         |
| 3        | 2.16         |
| 4        | 2.02         |
| 5        | 1.85         |
| 6        | 2.35         |
| 7        | 2.32         |

**Maptitude** For Redistricting

RC 018091

# Measures of Compactness Report

Hatcher Congressional Plan 1

## Measures of Compactness Summary

**Schwartzberg**  The measure is usually greater than or equal to 1, with 1 being the most compact.