Case 2:21-cv-01536-AMM Document 78-7 Filed 12/23/21 Page 1 of 2

FILED
2021 Dec-23 PM 07:30
U.S. DISTRICT COURT
N.D. OF ALABAMA



Menu

[Search box] Search

Sign Up    Login

[Bama Politics](#) / [Alabama News](#) / [Alabama Election News](#) / Kiani Gardner Endorsed By Political and Community Leaders

# Kiani Gardner Endorsed By Political And Community Leaders

Written by **Brent Wilson** on February 26, 2020



Kiani Gardner

Several major political, economic and community leaders in Alabama have come together to support and endorse Dr. Kiani Gardner's campaign to represent the 1st Congressional District, citing her understanding of the issues that matter to working Alabamians and her commitment to making the people of Alabama her only priority once elected.

## Endorsements

- Alabama Democratic Conference

- [Sue Bell Cobb](), former Chief Justice of the Alabama Supreme Court and Democratic candidate for Governor
- Kenyen Brown, Alabama's first African-American U.S. Attorney and a former U.S. House and Senate Ethics Committee Director
- [Parker Griffith](), former Alabama State Senator and U.S. Congressman (AL-5)
- [Elaine Beech](), former Alabama State Representative (65th District)
- The Southwest Alabama Labor Council
- The Mobile-Pensacola Building Trades Council
- The Communication Workers of America, Local 3907
- The International Association of Heat and Frost Insulators and Allied Workers, Local 55
- The International Brotherhood of Electrical Workers, Local 505
- The International Union of Painters and Allied Trades, Local 779
- The Leadership of Sheet Metal Workers, Local 441
- The International Brotherhood of Teamsters, Local 991

Gardner noted that she was honored by the support and trust each and every one of these organizations and individuals placed in her campaign.

"The people of South Alabama are clearly fed up with professional politicians who are interested only in serving their own futures and the needs of their political party instead of the real issues we face here, like failing infrastructure, an education system that leaves our children unprepared for the future, and a lack of access to affordable healthcare. As an Alabamian who drives these roads every day and is raising a family here, I recognize that their issues are my issues and I will fight to advance OUR real needs in Washington, D.C."



### Brent Wilson

Brent Wilson was born and raised in [Huntsville, Alabama]() and is the Owner and Chief Editor of BamaPolitics.com.



Topic tags:

| 2020 Alabama 1st Congressional District Election | 2020 Alabama Elections | Elaine Beech | Kiani Gardner | Parker Griffith |

| Sue Bell Cobb |

## More Articles

| View The Bills Alabama House Democrats Are Prioritizing In 2021 |
| Who is Rick Neighbors? |
| Alabama GOP Congressional Candidate Barry Moore Shares Photo Defending Kyle Rittenhouse |
| America's Largest Anti-Abortion Group Endorses Tommy Tuberville |
| Tommy Tuberville Defeats Jeff Sessions To Face Off Against Doug Jones |
| Kiani Gardner: Stop Electing Career Politicians Who Care More About Their Political Careers Than Alabama Lives |
| AL Dems: Trump Using Naval Contract to Boost Re-Election Odds at Alabama's Expense |
| AL-01: Kiani Gardner Endorsed By Elizabeth Warren |
| Kiani Gardner: Supreme Court DACA Decision A Win, Path To Citizenship Still Needed |
| AL-01: Kiani Gardner Endorsed by National Women's Political Caucus |

Back To Top

© 2021 Copyright: Bama Politics
Privacy Policy
Legislation updates powered by LegiScan