FILED
2021 Dec-23  PM 07:30
U.S. DISTRICT COURT
N.D. OF ALABAMA

1    relief was for possession of marijuana.

2    Possession cases -- possession -- drug possession

3    cases are no longer crimes of moral turpitude.

4    However, it was expanded to include all forms of

5    burglary, which is a significant population in

6    Alabama.

7          MS. SHEARER:  Okay.  Also, the three years

8    for pardons.  Because the -- I checked with them

9    for a case that was -- someone submitted an

10   application in 2015, and they were just on -- no,

11   they -- yeah, in 2015.  But they were just

12   starting on the 2012, and that was in 2017 when I

13   inquired.  So in 2017, they were just starting on

14   2012 applications.

15         MS. MORRISON:  It's three years minimum.

16   Three years -- three years is -- is the minimum

17   amount of time.  And, you know, our experience

18   with the Board of Pardons and Paroles and

19   processing the pardon applications has been very

20   spotty.  We've had applications that were closed

21   without any communication with us, as the attorney

22   representing the applicant, or the pardon

23   applicant.  And we've had to -- and so I can't

1    imagine what a person would go through without

2    having legal assistance going through this

3    process.  I was able to reach the director, reopen

4    the case.  But because your application is

5    controlled by your PO -- it's your parole officer.

6    Depending on what kind of parole officer you have,

7    they may or may not be interested in facilitating

8    you getting your voting rights back.

9              MS. SHEARER:  I guess my other question is

10   that -- I'm not sure if you said it or someone

11   else said it, and maybe it was Mr. Blocker, that a

12   lot of individuals, especially when we're talking

13   about blacks and browns or Latinos or whatever, is

14   that they don't have the incentive to even apply

15   for it.

16             And so in applying for it -- I'm trying to

17   see what I'm thinking.  Anyway, I was just

18   thinking.  But for 2017, for them to just be

19   getting to 2012 and I know that the application is

20   not closed, I'm just wondering where you're

21   getting your information that says that there's a

22   three-year minimum.

23             MS. MORRISON:  That's what we have been

1    told by the parole board is that you -- you

2    have -- and it's on the website that you have to

3    wait three years before you even obtain the

4    application, and then it takes three years to even

5    process it.

6            MS. SHEARER:  Okay.

7            MS. MORRISON:  A minimum of three -- of

8    three years is what they will tell you when you

9    call.  And the idea that there's a lack of

10   incentive to get voting rights restored, I think,

11   I -- is completely opposite of our experience and

12   I think is -- it's a myth that is perpetuated to

13   -- perpetuate that to kind of -- discrimination

14   that we see in voting -- voting rights.  And we

15   don't see -- and it -- it's -- I think that's a

16   really dangerous myth to -- that we've -- we've

17   heard some people talk about, but I'm really

18   concerned whenever I hear that.

19           MS. CARROLL:  I believe -- Peter Jones.

20           MR. JONES:  Yeah.  Very quickly,

21   Ms. Morrison, the average fine of someone wanting

22   to submit CERV, what is that typically?

23           MS. MORRISON:  The what?

1          MR. JONES:  The average fine someone has

2    before they can -- that they have to pay off to be

3    able to apply for CERV.

4          MS. MORRISON:  It's at least $3,000 --

5          MR. JONES:  Okay.

6          MS. MORRISON:  -- is the average fine.

7          MR. JONES:  Does that differ by -- I mean,

8    I assume that differs by the type of crime

9    committed?

10         MS. MORRISON:  Differs by the -- yes, it

11   differs by the type of crime, the counties.

12         MR JONES:  Okay.

13         MS. MORRISON:  But yes.

14         MR. JONES:  And county too, so it's a

15   geographic difference?

16         MS. MORRISON:  I think that it does differ

17   by county.

18         MR. JONES:  Okay.

19         MS. MORRISON:  I know it differs by crime.

20         MR. JONES:  If you have data, that would

21   be great to submit, just to give us a sense of how

22   that varies.

23         And then, Mr. Douglas, something that has

1    come up is that there's variability across how

2    poll -- kind of the interaction of voters and poll

3    workers and how counties run these things.  On

4    your end, do you do any outreach to inform people,

5    educate people to say, here's what your rights are

6    in the process, here's -- here's things to -- if a

7    poll worker asks for this, here's how to respond?

8    Or what do you all do from -- from your end to

9    kind of prevent confusion?

10          MR. DOUGLAS:  When the photo ID law first

11   came into effect, not only were voters confused,

12   the implementers of our law was confused.  There

13   were differences in understanding between the

14   State and the probate judges and the election

15   officials because the rollout was very, say,

16   shaky, uneven.

17          In terms of the voters themselves, we get

18   legal advice from expert lawyers like the LDF and

19   others -- The Southern Poverty Law Center -- so we

20   can break it down into legally correct but

21   community-understandable language about what you

22   need to get -- one, to get a photo ID in the first

23   place or how to get a free photo ID.  And when it

1    comes to voting, how to find where your -- where

2    your polling place is currently for this election.

3            And number two, a hotline to call if you

4    have any problems voting whatsoever.  We encourage

5    people, if they get suggested to go to do a

6    provisional ballot, use the hotline, you know,

7    while you're there.  You know, step outside and

8    use the hotline.  So we try to get some help to

9    you.  But that's pretty much it.

10           MR. JONES:  Thank you.

11           MR. DOUGLAS:  Yeah.

12           MS. CARROLL:  So Mr. Shevin.

13           MR. SHEVIN:  A question for you,

14   Ms. Morrison.  If Alabama law did not continue

15   disenfranchisement for the failure to pay fines,

16   would that make a material difference in the

17   number of -- of people who could -- who could

18   successfully file that application -- CERV

19   application?

20           MS. MORRISON:  Yes.  Well, not the -- yes.

21   It would increase CERV.  CERV is very limited.  A

22   very limited number of people who are eligible for

23   CERV.  The bigger -- the broader process is the

1   pardon process.  And so it would have to be

2   eliminated there.  And, yes, then I think you

3   would -- that would be huge.

4           MS. CARROL:  Ms. Williams.

5           MS. WILLIAMS:  Yes.  This is for

6   Ms. Morrison.  You stated that Alabama was unique

7   in that it could permanently disenfranchise

8   individuals based on fines and fees.  Is Alabama

9   also unique in requiring a multistep process for

10  those who are formerly incarcerated to get their

11  rights back?

12          MS. MORRISON:  I don't know the -- the

13  answer to that, but Alabama does almost very, very

14  little for people leaving prison.  And I do think

15  this is one area where the voting rights could be

16  impacted by requiring the Department of

17  Corrections actually issue the necessary

18  paperwork.

19          And it's one of the first things that --

20  challenges that we have in our program is people

21  are coming out without an ID.  And the ID that

22  they're provided, the DOC ID, is not something

23  that you can use for almost anything.  You can't

1    use it to vote.  You can't use it to apply for

2    SSI.  You can't use it to get your birth

3    certificate.

4            And other states ensure that when people

5    leave, they have all the paperwork that is

6    necessary.  They have their birth certificate.

7    They have their -- their Social Security card.

8    And so I think if Alabama DOC was mandated to

9    provide the required documentation that is

10   necessary for voter restoration, that would also

11   be a really significant thing.

12           MS. WILLIAMS:  I have one follow-up.  So

13   even though the Department of Corrections ID would

14   be considered a state-issued ID, it wouldn't

15   qualify under the voter ID requirement?

16           MS. MORRISON:  No, it doesn't.  It

17   qualifies for very little.  What they're trying to

18   ensure is that you -- if you need to take a bus

19   across the state line or airplane, you can get on

20   that.  But it's -- it's not -- it's not something

21   that you can use for virtually anything else.

22           MS. CARROLL:  All right.  So we're right

23   up against our time limit.  I've got two more

1    members that would like to ask questions, but I
2    just ask for brief indulgence.  So Dr. Lewis and
3    then Marc Ayers.
4              DR. LEWIS:  I'm sorry.
5              MR. AYERS:   No.  No.  No.  You go first.
6              MS. CARROLL:  Yeah.  I'm just going down
7    the row.
8              DR. LEWIS:  Oh, okay.  Hi.  Thank you for
9    coming.  I have a question for both Ms. Morrison
10   and the representative from the Southern Poverty
11   Law Center.  You talked about the crimes of moral
12   turpitude, and we have like the -- the recent list
13   from 2017.  So how does that apply, the new
14   definition, to people who may have been impacted
15   from the old definition?  Are they then
16   grandfathered in under this new definition so if
17   they committed a crime that was defined as moral
18   turpitude before 2017, are they still
19   disenfranchised now or does the new law only --
20   does that make sense what I'm saying?
21              If they committed a crime in 2010 but the
22   definition was under the old law, what happens to
23   them under this new definition?  Does that make

1    sense what I'm asking.

2            MS. MORRISON:  My understanding is that

3    they would be barred from voting then.

4            DR. LEWIS:  Even though the definition is

5    different today?

6            MS. MORRISON:  Yes.

7            MR. BARRY-BLOCKER:  So I disagree.  Well,

8    what I observed, no.  It's the -- the new current

9    list of laws, of violations, that's what applies.

10   So if a conviction from 1972 is on that list as of

11   today, then, yes, you're going to face a bar.  If

12   it's not -- if your old conviction from 1985 is

13   not on the list -- let's say it's a distribution

14   of drugs, that's no longer going to be a bar.

15   That particular offense is no longer a bar.

16           So what you should -- what you're going to

17   have to be concerned with with anybody is the

18   totality of their convictions.  And the scary part

19   is if you do Alacourt searches, sometimes the

20   older the conviction, it's not popping up.  So

21   people are unaware.  But if they apply or try to

22   proceed as if they've done everything, then BPP

23   runs their search and says, no, this 1976

1    conviction for whatever is an issue and you

2    haven't paid your money.  That's where the

3    confusion and sometimes the mistrust will arise

4    again.

5              MS. MORRISON:  I don't think we're saying

6    anything different though.  If you have a burglary

7    second and Macon County allows you to vote because

8    burglary was not a crime of moral turpitude under

9    case law in 2005, I don't think they would allow

10   your vote then.  Burglary is on the list.

11             MR. BARRY-BLOCKER:  Burglary is on the

12   list now, yes.  But I --

13             MS. MORRISON:  I think that was the

14   question.

15             MR. BARRY-BLOCKER:  I interpreted it you

16   said differently.

17             DR. LEWIS:  Well, but I think at the end

18   of the day, there's still confusion about what is

19   what, right?  I think we have a consensus there

20   was some --

21             MR. BARRY-BLOCKER:  There can be.  There

22   can be.

23             DR. LEWIS:  Okay.

1            MS. CARROLL:  And so I'm going to go to

2    Marc.  Do you think you can speak loudly?

3            MR. AYERS:  Oh, yes.  Very quickly.  Just

4    one -- Mr. Douglas -- make sure I get your name

5    right -- you had mentioned in your telling -- I

6    forget the individual's name but that they --

7    there was a burden on getting the free ID because

8    you still had -- did you have things like birth

9    certificate and so forth and that may be a cost

10   there.

11           Just to clarify, I mean, I think the law

12   just says you have to have really any document

13   with your full name and -- and birthday on it, not

14   just a birth certificate, which by the way is what

15   I was -- I misspoke earlier when I was talking

16   about bills and that type of thing.  I was

17   thinking of a list to get a free ID.

18           So just to -- just to clear -- I guess

19   that's just a point of clarification, I suppose,

20   not -- not anything else.  But I mean, that's -- I

21   don't know if you want to speak to that as whether

22   that's still a burden because it sounds like most

23   everybody is going to have some kind of document

1    with their legal name and -- and birth date on it.

2          MR. DOUGLAS:  Just briefly, yes and no.

3    Accessing certain documents are more difficult to

4    some people.  The elderly people born in the Black

5    Belt, getting their birth certificate is very

6    hard.  People who remarry -- remarry later with

7    different names -- got different names, that

8    requires cost of a certain kinds of documentation.

9    So I think that some things are free, but it's

10   difficult.  And then for all people without

11   transportation still got to go get it, going to

12   find a way to get it.

13         MR. AYERS:  Right.  Right.  And I guess

14   this question is pretty much for everybody because

15   everyone has kind of touched on this moral

16   turpitude issue.  Just as a -- it's kind of a law

17   school question.  Why don't we -- imagine this, we

18   just said, all right, all felonies -- all felonies

19   qualify.  That way you don't have this, well, some

20   are on and some are off and so forth.  Would that

21   -- would that answer the question?

22         MS. MORRISON:  No.  No.  I mean, the

23   criminal justice system -- the whole system, that

1    is, has a racially disparate impact.  It impacts

2    most seriously communities of color, so we would

3    still have that same problem.

4         MR. DOUGLAS:  And I would agree by saying

5    that even the definition of felonies and

6    misdemeanors follow racial lines, I believe, and

7    income lines.

8         MS. CARROLL:  I mean, I would just add, as

9    a criminal law person, that there's also the

10   difficulty that felonies and misdemeanors often

11   move and different states define things as

12   felonies, whereas other states define them as

13   misdemeanors.  So you would still have the same

14   problem of confusion that's being described here

15   as well in addition to what they're saying.  And

16   that would -- just in Alabama, we're seeing some

17   movement in terms of what former felony becomes

18   misdemeanor and vice versa.

19        MR. BARRY-BLOCKER:  Yes.  And then also in

20   Alabama, the particular possession for marijuana

21   is very fluid, and it leads it up to the

22   investigator, the cop, initially to determine

23   whether or not they want to try a bag of marijuana

1    as a felony or as a misdemeanor because it depends

2    on whether or not the officer sees it as for

3    personal use or not for personal use.  So saying

4    all felonies -- well, if I just want to go on

5    there to certain community members for felonies,

6    then I'm still disparately impacting one group

7    over another.

8          MR. AYERS:  Although, I guess, that -- I

9    mean, if we're saying that wouldn't solve it

10   because certain officers or prosecutors may just

11   target certain people, I mean, that -- that

12   problem is always going to be there, even with the

13   -- with any list, right?

14         MS. BARRY-BLOCKER:  Which is why I would

15   not be about just blocking people just on all

16   felonies because -- I think your question was

17   premised on let's just open it to all felonies can

18   block somebody, and I'm saying, no, because I

19   already believe it's going to be

20   disproportionately levied against certain segments

21   of the community.

22         MR. AYERS:  It's kind of secondary?

23         MS. MORRISON:  Well, we know that the --

1    we know that the criminal justice system has a

2    racial disparate impact.  That evidence was

3    presented to the U.S. Supreme Court in McCleskey

4    vs. Kemp where the Court said there is no remedy

5    for that.  That is the criminal justice system.

6    We should not replicate that in our voting system.

7              So hinging our vote -- right to vote on a

8    criminal justice system where we've said, can't do

9    anything about the racially disparate impact, I

10   think, you know, then we're kind of -- we're not

11   protecting the right to vote, you know.

12             MS. CARROLL:  We are over our time, so I

13   want to thank the panel.  Y'all have provided a

14   lot of information for us.  We'll reconvene as

15   close as we can to the schedule for the fifth

16   panel, which will be 2:30.  I realize the break is

17   short, but there are cupcakes in the back,

18   homemade.  Enjoy.

19

20             (A brief recess was taken.)

21

22             MS. CARROLL:  So at this point, we're

23   going to call panel five.  We have Benard Simelton

1   from -- he's the president of the Alabama NAACP.

2   We also have Ms. Callie Greer.  Ms. Callie Greer,

3   you will do our citizen impact statement, I

4   believe.

5         MS. GREER:  Yes.

6         MS. CARROLL:  And do we have Kenneth

7   Glasglow or Jaffe Pickett present?  Okay.  If they

8   come in, then we'll go from there.  So welcome.

9   Same information I provided to the last speakers,

10  you'll have 15 minutes to present your statement

11  -- up to 15 minutes to present your statement.

12  And then once we've heard the statements from the

13  entire panel, then we'll go ahead and take

14  questions from members of the committee.  So

15  welcome, and I'm going to start with you,

16  Ms. Greer.

17        MS. GREER:  Oh, okay.  Good evening.  My

18  name is Callie Greer.  I live in Selma, Alabama.

19  I was originally born here in Montgomery, Alabama.

20  I work with the Selma Center for Nonviolence,

21  Truth, & Reconciliation at the Healing Waters

22  Retreat Center in Selma.  I also previously worked

23  for Greater Birmingham, Scott Douglas for about a

1   decade on the constitutional reform campaign, and

2   I've also worked with Mr. Simelton at NAACP.  So,

3   yeah, I'm in good company.

4            That's my present life, how I'm living

5   now.  My former life, I was incarcerated at the

6   Julia Tutwiler prison for distribution of a

7   controlled substance, and I served -- I was

8   sentenced three split five, and I served a partial

9   part of the third three years.  And Judge Randall

10  Thomas called -- started a drug program in Julia

11  Tutwiler, and I was one of the first people that

12  went in because he was -- he sentenced me and

13  graduated that program and was immediately called

14  back in front of him.  And he asked me a question,

15  which was, if we let you go, what are you going to

16  do?  And my answer was I don't know because I

17  didn't know.

18            The system wasn't set up for us.  This was

19  back in the late '80s.  But anyway, I got out and,

20  of course, because there was no -- nothing there,

21  I just kept going back to drugs, going back to

22  drugs, going back to drugs.  So I was impacted by

23  drugs over 20 years of my life in and out of jail,

1   in and out of everything.  And so after the

2   incident with my son, who his name was Mercury,

3   was shot -- he died on Father's Day in '99 -- and

4   looking at my life and wanting to actually have

5   one, I went and started the process of trying to

6   become a legal citizen.

7           So the process was not one that I would

8   say -- you know, I've been listening to everybody

9   in here talking.  Because I've had a different

10  life now for almost 20 years, I'm kind of

11  comfortable with it, and I know the language.  So

12  I'm not, you know, intimidated and so on and so

13  forth.  But if you had of said that then, I would

14  just listen to you all.  I wouldn't even attempt

15  to do it.  But I'm grateful that I have.

16          But to -- to put -- to put all of these

17  things on people that have not even -- that have

18  so many -- so many years of their life been called

19  abnormal, to say this, is the normal thing to do,

20  or why would you do this is an abnormal question

21  to us because we don't know what you think normal

22  is because this is the norm for us.

23          And so it was -- it was scary.  It was

1   intimidating, and it was kind of a -- it was a

2   lengthy process, even back then before all these

3   new computers or laptops and all this stuff was in

4   place.  So I couldn't speak for the black men that

5   have gone through.  I can only speak from this.

6          When I answered the e-mail, I said on the

7   e-mail, I don't want you to think you're going to

8   get something that you ain't going to get when you

9   get me up here.  You know, I ain't got no

10  statistics for you.  I ain't got none of that for

11  you.  I do have for you is my life statement about

12  the limits and the hindrance that this puts on

13  you.

14         Once you've been incarcerated -- and I was

15  -- and I was a user.  And because I would not give

16  them information that they wanted, they charged me

17  with distribution, which is -- can be selling,

18  using, whatever.  And I had -- this was my first

19  time in front of a judge, and he give me a 15-year

20  sentence, three split five.  And so that came with

21  drug -- the court costs, the probation fees.

22         You got -- you ain't got no money.  I

23  mean, that very month, they want a payment, and

1    you don't even have a job -- you ain't even got a

2    place to stay.  So automatically when you come

3    out, I start saying, you know, they made me a

4    criminal.  They made me a criminal.  I didn't have

5    anywhere to go stay.  The clothes I had wore in

6    there were the clothes I got back, which were not

7    fitting.

8          You know, I mean, it's just all areas were

9    an issue already.  You're not thinking about

10   voting or becoming a legal citizen or any of that

11   stuff when you're straight out of prison.  You

12   know, you're thinking about where I'm going to

13   sleep, where I'm going to eat, how the hell I'm

14   going to get rid of these ugly clothes.  You know,

15   so that's -- that's a whole other panel.  That's a

16   whole other conversation, I think, that needs to

17   be had.

18          It's why when you release these people, is

19   there something in place to keep them from having

20   to come back or to say that you tried to help them

21   not come back.  But it was just -- it was just a

22   revolving door for me for a lot of years because

23   there was never a chance -- you know, how them

1   doors revolve and you're trying to step out but

2   it's closing you in?  You try to step out but it

3   closes?  That's how it was for me because I never

4   had opportunity to get ahold of any these to

5   solidify me, so I was always in and out of the

6   system.

7            So once I did apply for a pardon after so

8   many -- talking so much and people pushing me

9   because I was doing positive things and this was a

10  mark on -- you know, I had to get letters of --

11  references letters.  And I'm grateful to say that

12  there were people in my life then that they meant

13  something, like Judge Kennedy.  He wrote me a

14  pardon -- he wrote me a letter.  Scott Douglas

15  wrote me a letter.  Kendall Forrester wrote me a

16  letter.  So I had people of substance that wrote

17  me a letter.

18           But how many people have that?  You know,

19  and then I had them back at me saying have you

20  heard, have you heard, have you heard?  And then

21  well, you need to call, you need to call, you need

22  to call.  How many people have that kind of

23  support?  Not many.

242 of 106

1          So as a black woman that's been

2     incarcerated that has been given -- I won't say a

3     second chance.  I've been given many chances, so

4     I'll say another chance.  I'm not -- excuse me --

5     I'm not the worst they ever did.  You can see that

6     now.  I am a community -- I'm a people-of-color

7     community organizer in low-wealth communities.

8          I have a ministry.  Of course, we lost two

9     children, Venus and Mercury.  Venus is the most

10    recent to breast cancer.  We -- I created this

11    women's gathering, MAVIS, Mothers Against Violence

12    in Selma where we -- we mentor to each other

13    because the -- the loss of children -- young folks

14    in Selma is so great for the small population.

15         And so I said I would -- my husband walked

16    off, but he also has a pardon too.  Yeah, I

17    married my ex-felon.  Anyway, we've been together

18    almost 20 years.  That's our anniversary.  He is

19    not the worst thing he's ever done.

20         Just giving some support, encouragement,

21    and allowed to support ourself -- opportunity to

22    support ourself.  Even now, he's been between jobs

23    again.  And every time he applies for a job, even

1    though he has a pardon, this pops up when they

2    look at his -- it's not just having the right to

3    vote.  Yeah, give me the right to vote but also

4    give me the right to work.  Let me work too.

5    Don't let this also be hindering me.

6            So what good is it if I could only have --

7    the pardon only allows me to vote and doesn't help

8    me to work?  Then I won't even waste the time to

9    go and apply for a pardon when I can be looking

10   for a job because I've got to eat.

11           So it's just barrier after barrier after

12   door after door.  And neither one of us has gone

13   back to prison or jail since that first time and

14   because of the support that we did have around us.

15   And I think for a lot of people with those

16   nonviolent crimes and some -- I can't speak for --

17   for the ones that have violent crimes -- that if

18   something was in place when they came out -- and I

19   know this not why y'all asked me to come here, but

20   this is my impact statement -- that if we put the

21   cart before the horse, we're going to always be

22   trying to drag the cart along because the horse is

23   going to be going the other way.

1           And, you know, that when we -- I've asked

2     you to be mindful when we do this piece that we

3     also try to do a piece that would put some kind of

4     reentry program in place for people that will

5     qualify for certain jobs and so on and so forth,

6     that they would be able to build themselves up and

7     do something for themselves and want to be normal.

8     Most of the time when we are abnormal is because

9     trying to get away from the norm and the madness

10    that it can bring.

11          So I just want to make -- to say that.  I

12    don't know if I covered what you wanted, but I

13    just want you to know that this is one door that

14    needs to be opened or took off the hinges so

15    they'll never close again.  But there's always

16    some other doors that are -- that are hindering

17    people that -- citizens that are trying to become

18    normal in this society.

19          MS. CARROLL:  So Ms. Greer, before we go

20    to you just for a second, we've got five minutes

21    left on your time, and we are limited in the scope

22    of what we're covering today.  We're really

23    focused just on voter impact.

1           MS. GREER:  Okay.

2           MS. CARROLL:  So I hear what you're

3    saying, but, you know, we're focused on voter

4    impact.  And I'm wondering if what you could do

5    for us is describe in a -- in a bit more detail

6    the process you went through for the pardon and

7    the time period you waited to get the pardon and

8    then what was your experience after getting that

9    pardon in terms of your --

10          MS. GREER:  Voting rights?

11          MS. CARROLL:  -- ability to vote.  Yes,

12   ma'am.

13          MS. GREER:  Well, the process -- well,

14   mentally, it took me years to even think about I

15   could even do that.  But once I did apply for --

16   well, I went to my probation officer and asked for

17   -- I requested a form of pardon from him.  And so

18   he told he -- because we were pretty good -- you

19   know, we've known each other for a while, he told

20   me the process and said, well, you're going to

21   have to -- when you fill this out before you bring

22   it back to me, you need these letters of

23   reference, and you need at least five.  And when

1   you get to have those letters, then you bring this

2   form and those letters back to me, and that'll

3   start the process.  So I did that, and I had the

4   letters in about two weeks.  And I took it down to

5   him, and he started the process.

6          Well, I mean, once I gave him the letters

7   and stuff, I just -- you know, it was done.  And

8   people would ask me and I would call or whatever,

9   and he said, well, it's in the process, in the

10  process.  So about two years later, I got -- they

11  mailed it to me.  Because I had just like stopped.

12  I had just given up calling, you know, given up --

13  and I was living a decent, straight law-abiding

14  life.

15         And, you know, but all of my work -- all

16  the work that I was doing was nonprofit.  People

17  that were trying to life folk up.  And then I

18  would go in and tell them just what I told you all

19  about myself and so and so forth.  And so it

20  wasn't any closets with skeletons that were going

21  to jump out or anything like that.  They already

22  knew.  And they thought that was part of my

23  strength to work there, not a part -- so it took

1    about two years or more because, like I said, they

2    mailed it to me.

3          And then once I got -- got that -- well,

4    let me just be honest.  Can I be totally honest

5    with y'all?  I was voting anyway without it.  I

6    registered to vote.  Nothing never flagged, and I

7    was voting without it.  I was going, and I was

8    legally voting, had been called to be a juror.

9          Now, so the pardon, you know, once I --

10   and I just went and registered to vote one day,

11   and I got -- you know, because my crime obviously

12   wasn't what is this moral turpitude thing.  So I

13   just registered to vote, had been voting.  And I

14   tell people, just go register.  If they don't flag

15   you, you vote.  That's how crazy the system is.

16         So my pardon, I got about two years after

17   I -- two years or better after I applied for my

18   pardon.  They mailed it to me, but I had been

19   voting long before then.  I registered to vote.

20   And -- but to have the pardon made me think that

21   somehow the -- my past record wouldn't show up or

22   whatever.  It don't do none of that.  Just -- you

23   are still a felon -- ex-felon on your -- you know,

1    when you pull stuff up.  So it's great to be able

2    to vote and get your right to vote.  But if you

3    still -- if you pay your -- if you pay your fine

4    and you do your time, you still have this mark

5    saying you're an ex-felon, and they ask that

6    question on everything.

7              MS. CARROLL:  All right.  Thank you.

8    Mr. Simelton, I'm going to go to you.

9              MR. SIMELTON:  Okay.  Good afternoon,

10   committee members.  My name is Benard Simelton.

11   I'm president of the Alabama State Conference of

12   The National Association For the Advancement of

13   Colored People, better known as NAACP.  I want to

14   thank you all for taking time to listen to our

15   presentations concerning voting in the State of

16   Alabama and across the country.

17             The mission of the NAACP is to ensure the

18   political, educational, social, and economic equal

19   rights of all persons and to eliminate racial

20   hatred and discrimination, and this is the mission

21   since 1909 and has continued to be our mission as

22   of today.

23             While registration is good and is a thing

1    that must occur, recently the NAACP has learned

2    that it's also equally important to ensure that

3    people get out to cast their vote.  Voting is one

4    of the most fundamental rights of the citizens of

5    this country.  It's a right that, you know, this

6    country was founded on, essentially, because in

7    anything that we do, we take some kind of vote in.

8           In your household, you know, you and your

9    wife, spouse, you know -- and I noticed the wife

10   has the most overriding vote most of the time.

11   But the -- we -- we come to some kind of

12   agreement, some kind of vote and -- in doing

13   things.  And so we should not let anyone take that

14   right away from us.

15          In 1965 when the Voting Rights Act was

16   signed, we believed that all barriers to the

17   ballot had been removed.  However, we see that

18   there were still -- we still see the barriers --

19   still barriers today.  And rather than making it

20   easier to vote in 2018, Alabama, like other

21   states, is making it more difficult to vote.  We

22   saw that taxpayer dollars were used to create a

23   committee or a commission to investigate voter

1    fraud last year by President Trump.  And after

2    several states' Secretary of States refused to

3    turn over the data that this commission or

4    committee or whatever it was called was asking

5    for, I think it has been dissolved.  I'm not for

6    sure if it has or not, but I think that's the

7    report that they are reporting.

8          So I was in Washington, D.C. in 2006 for

9    the national convention.  And we, several hundred

10   of us, marched from our convention center --

11   convention site to Capitol Hill to convince our

12   senators and state -- and legislators to pass or

13   extend the Voting Rights Act of 1965 for

14   another -- a reauthorization for another 25 years.

15   Prior to that, there was hee-hawing around that,

16   you know, we are not going to support it.  I don't

17   want to support it.

18         But after we left Capitol Hill, I think it

19   was the very next day or a couple of days after we

20   left -- and, of course, we don't take full credit

21   for that, but we do take some credit in convincing

22   the senators and representatives to go on and vote

23   to pass this reauthorization act.  And they passed

1    it.  And the Senate voted 98 -- 98 to 3, I think

2    it was -- 98 to 0 in favor, and the House voted

3    390 to 33 in favor of the reauthorization of this

4    act.

5              Five years later after this, Alabama

6    passed a photo ID law.  It's HB19 or it was

7    finally called the Act 2011-673.  But the

8    implementation of this did not occur until

9    three -- two years later after the Supreme Court

10   made its ruling in the Shelby versus Holder case,

11   which essentially, in my opinion, gutted the

12   Voting Rights Act of 1965.

13             The photo ID has a disproportionately

14   [sic] impact on African-American voters because

15   African-American voters are less likely to have

16   the credentials required to obtain the photo ID,

17   such thing as the birth certificates.

18             Alabama said it wanted to provide IDs for

19   everyone and implemented a mobile system of which

20   you could get your photo ID, and this would

21   provide an opportunity for those who did not have

22   transportation to be able to get or obtain the

23   photo ID.  The problem is where they located these

1    mobile systems most of the time were near or at

2    the same place you could go to register in the --

3    kind of center of town off of -- I mean, of the

4    county.  Say for instance, the county seat of

5    Montgomery County is Montgomery, and they were

6    located somewhere near Montgomery.  Where I live

7    in Limestone County, it came to Athens.

8            Now, that did not help the people in rural

9    areas to get closer to getting the -- getting to

10   the location where they could obtain or get the

11   photo ID.  So I think that was -- it was good to

12   say that in -- in theory, but it didn't work that

13   well in practice.

14           And according to some of our information

15   that we have -- and the Secretary of State can

16   provide more of a definitive answer to this -- but

17   there's been only about five home visits where

18   they actually visit someone's home to get the

19   photo ID.

20           HB19 or the -- the 2011-673 has a racially

21   disparate impact.  Expert evidence shows that

22   between 50,000 and 118,000 Alabama registered

23   voters either lack any form of the photo ID

1    required by HB19 or likely usable IDs.  And if you
2    use the higher figure, that works -- comes out to
3    about 3.3 percent of white voters and 5.49 percent
4    of black voters and 6.98 percent of Latino voters
5    who likely use the ID.
6         The Alabama NAACP has received several
7    complaints from individuals who did not have the
8    photo ID and, therefore, were not able to vote.
9    One individual who went to the polls where he had
10   voted prior to the photo ID being required was
11   turned away, even though poll workers recognized
12   him.  Another elderly gentleman was not able to
13   vote because he had not obtained the photo ID.
14   And another gentleman was not able to use his
15   military ID in order to vote.
16        And in 2014, the election that took place
17   there, there was a gentleman from Russell County
18   who was not able to vote because, for some reason,
19   his name was flagged with a felony conviction.
20   And after he went back and forth with the
21   registrar and finally got over to the probate
22   judge's office -- and needless to say, by the time
23   he got to work, they cleared up the matter, though

1   the voting places had closed and he was not
2   allowed to cast a vote.  He was not offered a
3   provisional ballot, and we asked him did he really
4   press the issue and he said no.  But you should
5   not have to press.  That should be an automatic
6   thing that they offer you, is a provisional
7   ballot.
8           During the 2017 election, we received
9   several complaints by individuals whose names were
10  removed from the rolls but had voted previously in
11  the primary election in 2017.  All of a sudden,
12  their names were removed from the rolls.
13          In Shelby County, we were informed of a
14  polling location that had closed, and some citizen
15  would have to drive 40 miles in order to get to
16  a -- get to the place where they were -- where
17  they were going to vote.  And after several
18  complaints and inquiries from organizations like
19  the NAACP and others, the polls -- the previous
20  polling location was reinstated -- was opened
21  again.
22          We also saw Alabama close several DMV
23  offices where you would be allowed to get the --

255

1    the required photo ID law -- or ID.  And these
2    were overwhelming in the African-American or the
3    Black Belt area where most African-Americans live
4    or a higher concentration of African-Americans
5    lives.  Of course, the DMVs were eventually
6    reopened after several complaints from civil
7    rights organizations and residents and U.S. DOT.
8          The Alabama NAACP believes that if Alabama
9    wants to really increase voter turnout and become
10   a provoter state, then it needs to do same-day
11   registration, early-voter registration, and
12   automatic restoration of previously incarcerated
13   citizen voting rights and automatic registration
14   when you turn 18.
15         Alabama should follow the footsteps of
16   other provoter states, such as Virginia, that
17   makes it easier to get your voting rights restored
18   after incarceration.  We should also follow in the
19   footsteps of Oregon, that makes it easier to
20   register by enacting the universal motor-voter
21   legislation where the DMV, Department of Motor
22   Vehicles, automatically registered people as they
23   apply or renew their driver's license.

1          Since the Shelby decision of 2013,

2    Congress has failed to act to ensure that the most

3    vulnerable citizens' voting rights are protected

4    under the Constitution of the United States.

5    Representative Terri Sewell, who has introduced

6    The Voting Rights Advancement Act, but those in

7    power in Congress has not brought the bill up to

8    be voted on.  It should be given an up or down

9    vote.  We must hold our elected officials

10   accountable and demand that they act to ensure

11   that those who marched from Selma to Montgomery

12   and were beaten and died for the right to vote, we

13   must ensure that their death, that their beatings

14   were not in vain.

15          So I want to thank the United States

16   Commission on Civil Rights for what you are doing,

17   and I thank you all for listening to the NAACP and

18   other organizations that have come before you.

19   And it is our hope and our prayer that, through

20   these meetings like this across the country, that

21   we can begin to restore the dignity of those who

22   have been affected by these things called photo ID

23   laws and other things that are preventing or

1    hindering people from exercising their right to

2    vote.

3            So thank you very much.  And I'll yield

4    the remainder of my two -- of my 15 minutes back

5    to you.  Thank you very much.

6            MS. CARROLL:  All right.  Thank you.  So

7    at this point, we'll open it up to questions for

8    the panel.  Do we have all the panels present?

9    Aha.  So this also will be a limited questioning

10   time, as apparently we do have another panelist

11   present.  So my first question -- I will start us

12   again.  And I'm sorry.  Can you tell me how to

13   pronounce your last name?

14           MR. SIMELTON:  Simelton.

15           MS. CARROLL:  Simelton.

16           MR. SIMELTON:  Some say Simelton, so

17   you --

18           MS. CARROLL:  Well, you get to choose how

19   it's pronounced, so I will honor that.

20           MR. SIMELTON:  Some of my relatives say

21   Simelton.

22           MS. CARROLL:  So welcome.  And I'm sorry I

23   mispronounced your name.  So I mean, my real

```
 1    request would be that, you know, in terms of the

 2    data and information that -- that you spoke of, I

 3    mean, if you can provide us any of the

 4    documentation of that --

 5             MR. SIMELTON:  Yes.  Yes.

 6             MS. CARROLL:  -- that would be

 7    tremendously helpful, and we would appreciate it.

 8             MR. SIMELTON:  Okay.

 9             MS. CARROLL:  I wanted to -- to ask you --

10    you had made mention of or made reference to the

11    home visits for identification, which the

12    Secretary of State spoke about when we began this

13    hearing this morning.  And you indicated that you

14    knew of five home visits.

15             MR. SIMELTON:  Okay.

16             MS. CARROLL:  So talk to me a little about

17    where does that number come from.

18             MR. SIMELTON:  I mean, I don't know

19    personally.  I know those are the numbers that

20    were provided to us by our -- some attorneys that

21    we are working with.

22             MS. CARROLL:  Okay.

23             MR. SIMELTON:  So -- and they -- it's my
```

1  understanding that they received those numbers

2  from the Secretary of State's office.

3          MS. CARROLL:  Okay.

4          MR. SIMELTON:  And this was probably about

5  six months ago, so if he made visits since then,

6  they probably don't have that.

7          MS. CARROLL:  Okay.  And if you can either

8  get that information from those attorneys or

9  provide us a contact information for those

10  attorneys, we're happy to try to run it down just

11  because we're trying to get a sense of, you know,

12  what's working and what is not working as well as

13  we would hope --

14          MR. SIMELTON:  Okay.

15          MS. CARROLL:  -- within the state.  Are

16  there are other folks that have questions?  Okay.

17  I'm going to go to this way and go around.  So

18  I'll start with Dr. Lewis.

19          DR. LEWIS:  Thank you for coming and

20  providing the information.  I have a question for

21  Ms. Greer.  Did you ever receive information

22  directly from any state entity, official that your

23  voting rights had been taken away as a result of

1    your sentence?

2          MS. GREER:  I never received anything

3    official like that.  Just that under the moral

4    turpitude law -- I mean, it was just -- and all

5    you had to do was look at the moral turpitude law.

6    And it just grew -- it just -- I mean, if you look

7    up under -- if you look up under moral -- then if

8    you look up under moral turpitude law, the drugs,

9    all that -- I mean, say, nonviolent stuff was

10   under that.  So just -- just knowing that if you

11   sold drugs, you know, you lost your --

12         DR. LEWIS:  So when you say moral

13   turpitude law, I mean, where did you get that

14   information?

15         MS. GREER:  Oh.

16         DR. LEWIS:  Did anybody, during your

17   entire prior process, that was a state official

18   say --

19         MS. GREER:  No.  No.

20         DR. LEWIS:  -- because of what happened to

21   you, you know, your term in prison and what you

22   were convicted of, did they ever say that you had

23   lost your right to vote?

1        MS. GREER:  No.  I got -- how I got the

2   information was like who I was connected to --

3   Greater Birmingham Ministries, Alabama Rise,

4   different places like that -- and seeking out

5   information about getting -- about getting a

6   pardon so I would get my voting rights back.

7   Because, of course, they're wanting me to have

8   that working in that capacity at the organization.

9   You would want -- you know, and that was -- and I

10  wanted it.  So -- but, no, I never got that

11  information from a state entity or a person.

12       DR. LEWIS:  So when you say from the time

13  that you -- you were voting before you filled out

14  the paperwork for the pardon for all -- for all

15  intents and purposes, you had never been notified

16  from --

17       MS. GREER:  No.

18       DR. LEWIS:  -- the State of Alabama that

19  you couldn't vote?

20       MS. GREER:  No.

21       DR. LEWIS:  Okay.  Thank you.

22       MS. CARROLL:  Ms. Williams.

23       MS. WILLIAMS:  Yes.  I have a question for

```
1    Ms. Greer and Mr. Simelton.  For Ms. Greer, when
2    you mentioned that you work in low-wealth
3    communities, do you work with individuals on
4    getting their voting rights back?
5              MS. GREER:  Yes.
6              MS. WILLIAMS:  And can you tell us about
7    any issues or concerns you've worked with
8    individuals in the community on?
9              MS. GREER:  That's a part of our -- my
10   work.  Working with the vote-or-die campaign on --
11   you know, not -- because we're nonpartisan.  But
12   also doing voter registration drives and -- and in
13   doing the voter registration drive, I am mindful
14   to say -- when people say, oh, I don't vote.  I'm
15   not registered to vote.  I would say, well, why
16   are you not registered to vote?  Well, you know, I
17   got that -- I got the time.  I'm like, well, have
18   you ever -- do you know if you're not able to
19   vote?  They say no.
20             I said, well -- and then what I do is I
21   have a stack of pardon request papers that I have
22   them fill out, and I will mail it in for them
23   because it's just mailed to the Board of Pardon
```

1    and Paroles.  And I said, if you haven't heard
2    anything from them in like a couple of months,
3    maybe you want to call and check to see what's
4    going on.
5           Most people -- and actually, when I was
6    doing some work with the NAACP down in -- on the
7    other side of Chambers County -- it was very
8    low-wealth area -- and it was like four guys,
9    young men, that -- that had these kind of cases
10   and wasn't registered to vote.  And they filled
11   out those request forms, and then got their right
12   to vote.  Four guys down there through that work
13   -- through that work with the NAACP and
14   registering people to vote and so and so forth.
15          So no, I don't -- I didn't get any
16   information from the State, but I do tell people
17   and they've -- and they'll -- they'll say some
18   stuff.  I said, well, I got my pardon and my
19   husband got his pardon too and you can get your
20   pardon.  You know, and with this 60-day limit that
21   they've put on there -- which is true, it is a
22   60-day limit -- and you call and you have to get
23   on it and give you some kind of information --

1    some kind of contact with you like within a week

2    or less.

3         So with that in place, that's very --

4    that's an incentive because people feel like you

5    -- oh, but they hear me.  Somebody is paying

6    attention.  So -- and this is really going to

7    happen.  So I do do that.  I do because I use

8    myself as an example that it happens.  It can

9    happen.  But it didn't happen like that for me

10   though, but it's happening now.

11        MS. WILLIAMS:  Okay.  Thank you.  This

12   question if for Mr. Simelton.  I just want to make

13   sure that I was understanding you correctly.  When

14   you mentioned that the mobile voter ID vans would

15   come to rural counties and basically park in the

16   town square -- which I'm guessing would just be

17   walking distance from a courthouse -- so having

18   them come wasn't quite serving the purpose that it

19   was meant to serve?

20        MR. SIMELTON:  Absolutely.

21        MS. WILLIAMS:  Okay.

22        MR. SIMELTON:  That's correct.

23        MS. CARROLL:  Mr. Ayers.

1    MR. AYERS:  This is for Mr. Simelton.  Has

2    the Alabama NAACP proposed, or really any chapter,

3    -- excuse me -- proposed a -- any kind of

4    different forms of a voter ID, you know, some kind

5    of alternative proposal or is it just the position

6    that, by nature, such legislation is going to be

7    inherently -- going to have -- going to inherently

8    have a racially disparate impact or -- or

9    disadvantagement or is -- excuse me.

10    MR. SIMELTON:  Yes.  And that question has

11    come up before, and our position is, you know,

12    what were you using before?  What was Alabama

13    using before?  They were using light bills, any

14    kind of utility bill.  Anything like that that,

15    you know, could be used as a form of ID.

16    Now, it would be our position, you know,

17    if we were king for a day that, you know, you're a

18    citizen of these United States.  You go to the

19    poll.  Your name is on the -- on the roll, you

20    should be allowed to vote because once you voted,

21    no one else can vote in that spot because they

22    checked the name off and you can't -- no one else

23    can vote.

```
1              But that's what we have proposed is that
2      -- go back to what -- when that question was
3      asked, is go back to what, you know, you used
4      before.  And -- and there was no voter -- I mean,
5      if there was voter fraud, it was very, very
6      miniscule, if any.
7              MS. CARROLL:  Mr. Jones.
8              MR. JONES:  I don't know --
9              MS. CARROLL:  You can just talk as loud as
10     you want.
11             MR. JONES:  Anyway, for Mr. Simelton --
12             MR. SIMELTON:  Yes, sir.
13             MR. JONES:  -- can you talk a little bit
14     more about the mobile ID systems?  How often did
15     they -- did they come to these areas?  And I know
16     we'll probably have to confirm with the Secretary
17     of State, but just -- if you could tell me what
18     that experience was like.
19             MR. SIMELTON:  We only knew when the --
20     when the Secretary of State would publish that
21     they were going to be in certain areas.  And I
22     think it was, you know, probably once or twice a
23     year, they may be in the same area.  But they were
```

1    going to different counties and -- you know, from

2    year to year.

3            And so I don't have an exact figure, but,

4    you know, you would see it either pop up in the

5    paper or you call the Secretary of State's office

6    and get a reading as to when they were going to be

7    and where.  But it seemed like it was maybe, you

8    know, once or twice a year at the most, you know,

9    in the same location.

10           MS. CARROLL:  All right.  So I see no more

11   questions for this panel.  Thank you all for

12   coming.  And if you can just wait while the other

13   person speaks in case someone else has questions

14   for you.  That would be great too.

15           And we'll now be joined by Ms. Jaffe

16   Pickett, who is deputy director of Alabama Legal

17   Services.  And just to confirm, is Kenneth

18   Glasglow here?  Kenneth Glasglow?  All right.  So

19   it appears that Reverend Glasglow is not in

20   attendance.

21           Welcome, Ms. Pickett.  We're glad you're

22   here.  I don't know if you have heard what I said

23   to the other speakers, so I will tell you.  You

1    have 15 minutes to present your comments.  We have

2    a timer running here.

3           When you get down to three minutes, it'll

4    become yellow.  That will indicate to you that you

5    should start winding the comments down.  When it

6    goes to red, you have one minute left.  If you

7    exceed that period, I unfortunately have to ask

8    you to stop talking, which would be a shame

9    because I haven't had to do that at all.  So don't

10   be the first.  After your comments, we will open

11   it up to questions from the Committee.  So

12   welcome, and we look forward to hearing from you.

13          MS. PICKETT:  Well, first of all, thank

14   you.  My name is Jaffe Pickett.  I am deputy

15   director of Legal Services Alabama.  We are a

16   nonprofit statewide law firm providing free legal

17   services to poor, elderly, vulnerable throughout

18   the state.  We have seven offices and one

19   statewide call center.  And we serve the more than

20   900 people living below the poverty level.  That

21   does not include the working poor or persons who

22   are at the poverty level.

23          When I was asked to speak, one thing I

1    thought about, we -- we help with things like

2    housing, we do consumer protection, we provide

3    public benefits to families in need, domestic

4    violence, and other family-related matters.  We

5    also help elderly individuals at no charge and

6    veterans.

7         So we started initiatives last year to

8    kind of expand our services because we understand

9    that people in poverty face other life obstacles.

10   One of those obstacles are maneuvering through the

11   criminal justice system.

12        And I am speaking on a panel tonight, and

13   one of the questions involve the difference in

14   race and a person's economic status.  And in

15   Alabama, there is statistical data that shows race

16   as one of the top contributing factors to people

17   being in poverty.  And so when we look at things

18   like voter's restoration, voter's rights, voter's

19   registration, it does negatively impact people of

20   color.  So when we started our voter restoration

21   project, it was really to let felons know that

22   they can restore their rights to vote -- right to

23   vote.

1           In 1901 -- I heard a panelist talk about
2      the crimes of moral turpitude.  The Alabama
3      Constitution in 1901 did pass, saying that persons
4      who were convicted of crimes of moral turpitude
5      could not vote.  And that list was -- at most, it
6      basically gave judges the right to discriminate.
7      The delegation in 1901, which is an all-white
8      delegation, had racial purposes and intent.  And,
9      in fact, the president of the delegation said that
10     the point of coming together was to establish
11     white supremacy.  So there were several other laws
12     from 1901, not just the moral turpitude law.  But
13     that particular law was a part of that delegation.
14     And that's something that came out of it.

15           Last May, Alabama passed a law that laid
16     out the crimes of moral turpitude.  And what that
17     did was it allowed prior felons to look at this
18     list and say, if I'm in X category, I can restore
19     my rights.  And if I'm in this category -- and
20     it's a small category where you will not be able
21     to restore your rights, and -- even with a pardon
22     for two crimes.  And then there's a category where
23     you never lost your rights.

1          And most of what we're doing across the
2    state, in educating, we found that people who have
3    never lost their rights didn't know.  So they -- I
4    mean, they're -- they get out, they go through the
5    entry programs, they pay their fines, their court
6    costs if they're able.  They don't vote because
7    they don't know they have the right.  So it really
8    is about educating citizens.
9          What I see in impoverished communities --
10   we serve all 67 counties throughout Alabama --
11   people enter the criminal justice system through
12   the school-to-prison pipeline, and that happens so
13   early.  We have a lot of our clients who never
14   vote, never feel like full citizens because they
15   never had that right.  When you're looking at 70
16   percent of public schools and persons who are sent
17   to prison out of public schools are
18   African-Americans or either law enforcement is
19   called or they are somehow sent to juvenile
20   detention, they become a part of the system.
21          And once you're a part of the system --
22   and we know that although there are reentry
23   programs, and my organization does have reentry --

1    it is very difficult to then unwind yourself and

2    get out of the system.  So we find that young

3    African-American males, in particular, never have

4    the right to vote, and that's a -- that's a real

5    concern.

6              Obviously, this -- we're looking at

7    persons in poverty and the focus is on people of

8    color because those are the people who are most

9    negatively impacted by what is happening.  One of

10   the other things that I was working on earlier

11   this year is there is a law in Alabama -- it's

12   HB282 -- no, HB282 -- I'm sorry -- restored the

13   right to vote.  This is -- let me find the

14   particular law.  This is a law in Alabama before

15   -- I don't have to give you the -- I will give you

16   the particular name of it.  But this is a law in

17   Alabama that automatically suspends a person's

18   driver's license.  So -- and this is pre

19   Sentencing Reform Act.  But before the Sentencing

20   Reform Act, there were nondriving-related

21   offenses.  Right?  So this is a nondriving related

22   offense, and you automatically lose your driver's

23   license.  So the link is very clear.

1              So we're talking about photo ID, as you

2     heard our former panelists discuss, and then you

3     have a law in Alabama that automatically suspends

4     a driver's license for a nonvehicular offense.

5     Right?  So these are drug offenses.  They're all

6     drug offenses.  And when I began to speak -- do

7     community presentations, no one knew this law

8     existed.  And we did have a senator who was

9     willing to at least propose the bill.  It didn't

10    get anywhere this legislative session, but we have

11    been aided by the Sentencing Reform Act.

12             And now, the automatic suspension refers

13    to trafficking and attempts and conspiracies and

14    solicitations of trafficking drugs and unlawful

15    possession with intent to distribute controlled

16    substances.  So this was the Sentencing Reform

17    Act, section 13A-12-291, governing automatic

18    suspensions.  So because of sentencing reform that

19    started in 2012 and then 2015, we have seen a

20    reduction not only in laws that unfairly impact

21    African-Americans.

22             This law across the board is -- and it's

23    only in 12 states.  Alabama is one of 12 states

1    that has this law.  It makes more difficult when

2    you're looking at how -- when people say, well,

3    gosh, you have a photo ID.  Get a photo ID.

4    You're looking at laws in place to prevent that.

5              So you start back from the 1901

6    constitution and you see the purpose and intent of

7    this moral turpitude.  You know now that the law

8    has changed, and people still don't know that they

9    have a right to get their voting -- that they have

10   a right to restore their rights to vote and then

11   there's still some persons who do not.

12             So basically, you -- as you heard the

13   former panelists talk about, you never really feel

14   like a full citizen.  So when you're released, the

15   reentry programs may help you to get housing, may

16   help you to restore your credit, may help with

17   custody so that you can visit your children, and

18   these types of things, but one of the core beliefs

19   in America to becoming a full citizen is having

20   the right to vote, having the right to decide who

21   makes decisions that impact you and your family.

22             And so that is why we've expanded into

23   assisting persons who are negatively impacted.

1    And we know that laws like this automatic

2    suspension impact persons who -- who want to vote,

3    are maybe back into the system, and -- or not.

4    And if they're stopped or if there is a

5    drug-related offense, that automatic suspension

6    not only means that you lose your driver's

7    license, but oftentimes you lose your job.

8            Public transportation in Alabama is not

9    like most states.  If you're in rural areas, then

10   you will not have a way to -- transportation to

11   work.  And so there are so many consequences when

12   we talk about collateral consequences of not

13   having a driver's license.  So we do help

14   reinstate driver's licenses for persons as well,

15   but it is an ongoing obstacle.

16           We have 45 attorneys who serve almost a

17   million poor people.  Alabama is the only legal

18   aid state with a legal aid that does not receive

19   state allocations.  Our sister states, Georgia,

20   Florida, Mississippi even receive state

21   allocations, and we do not have any allocations

22   for a legal aid.

23           So as much as we want to do, as many

```
1    programs as we have to help poor people, we
2    understand that without funding, we will all only
3    be able to touch just a small percentage of people
4    who need the help.  So the education, the voter's
5    restoration, the driver's license reinstatement,
6    all the things we do, we are very limited in
7    Alabama, and I do think a lot of that is by
8    design.
9            We have -- we are nonpolitical, but our
10   legislature -- obviously, when we're helping
11   people who have been illegally evicted and you
12   have a lot of business owners and businessmen who
13   are making laws, they are not going to be
14   favorable to persons who are at the bottom of the
15   economic ladder.  And this is just an
16   unfortunate -- I mean, we fight, and we continue
17   to fight.  And we have people who believe in
18   helping poor persons, but it is an uphill battle.
19           So we appreciate just the opportunity to
20   be able to talk about some of the stories that we
21   hear from clients who literally feel that their
22   lives are over.  They usually come to Legal
23   Services when they have hit a wall.  We're usually
```

1   the last stop.  And we kind of talk about in our

2   marketing that people come to us when they have

3   nowhere else to turn.  These are not -- we were

4   not competing against the private bar.  These are

5   people who cannot afford a lawyer and literally

6   they're -- they're about to be homeless.

7           Domestic violence victims who have

8   children and don't even know that there are

9   services or shelters.  When you're in rural areas,

10  it is -- there are so many obstacles to serve as

11  -- there are so many obstacles to even get to

12  reentry when we're talking about people having

13  rights restored, just knowing about reentry

14  services.  And most of those are in Birmingham,

15  Huntsville.  And in rural areas, there are no

16  reentry services.  The only clinics -- Alabama

17  partnered with ACLU, and we're doing clinics

18  across the state.  But even in rural areas,

19  because of staffing, we still don't have the

20  capacity to go into every area.

21          So a lot of it is knowledge, access, and

22  we are limited.  So when you're hearing from

23  people who have been in the system, we know the

1    rate of the people who reenter the system.  Race

2    plays a large role in that.  And just throughout

3    the south in general, we -- you find that the

4    southern states have the highest number of persons

5    in poverty -- African-Americans in poverty,

6    education -- low education rates, and lower

7    success rates in education.  And I think there is

8    a correlation when you look at the poverty

9    minorities and then you look at incarceration.

10           And obviously in Alabama, we are before

11   sentencing reform in a dire state.  We still are.

12   I think the Sentencing Reform Act passed because

13   of the fear of federal government coming in to

14   have to make some changes.  So the hope is that

15   the laws change to allow -- laws that are on the

16   books like these that automatically suspend

17   driver's licenses that negatively impact people

18   can change because it is not easy for people to

19   get their driver's license, even with the

20   restoration process, when you're paying fees,

21   court costs, and then you have to pay for

22   reinstatement of your driver's license for a

23   person who -- even working poor -- we're not

1    talking about the almost 1 million people below

2    the poverty line.  But even working poor people,

3    that is money out of -- when the average household

4    -- when you look at the average household income,

5    it is very difficult.

6           So you say, what do I do?  I take my

7    chances and drive, and if you're stopped, you're

8    going to reenter the system again.  So it is a

9    cycle.  It is a very ugly cycle.  And what we've

10   seen in Alabama -- I've been with Legal Services

11   for 14 years.  Most times, people would just

12   prefer to look the other way.  So voting rights,

13   those people that have the right to vote.  And

14   that's where we are.

15          MS. CARROLL:  All right.  Well, thank you.

16   So at this point, we'll open it up to questions

17   from the Committee.  So I have a question to start

18   with.  You were speaking about the financial

19   burden of getting a pardon or getting the

20   necessary paperwork in order to ensure

21   reenfranchisement.

22          Can -- I mean, can you give us a sense of

23   one -- you know, in terms of quantifying that?  So

1    what sort of things would a person face?  You

2    know, you spoke about stories that you had seen

3    that had gone through your system.  And beyond

4    that, what are other ways to ameliorate that

5    burden that the State is already engaging in?  For

6    example, free bus passes or -- the Secretary of

7    State mentioned that bringing the mobile voter ID

8    center, for example, to your house to acquisition

9    a free ID.

10          Obviously, that wouldn't apply to getting

11    yourself reinstated.  But are there equivalents to

12    that that are available to low-income people or

13    people who will fall below the poverty line to

14    ensure that they actually have access to vote.

15          MS. PICKETT:  There are services.  I will

16    say that those services aren't readily available.

17    There have been a shortage of housing vouchers,

18    for example, for low-income families.  So when

19    you're choosing between a basic necessity -- food,

20    a house, I mean, clothing, water -- you're

21    probably not going to choose to go and pay to have

22    your driver's license reinstated.

23          So we don't have -- for example, the

1    advertising a few days ago was for the Section 8

2    housing vouchers in Montgomery.  You don't have

3    the same housing vouchers.  Benefits have -- are

4    very temporary, meaning that even families who

5    need benefits sometimes but there are high

6    unemployment rates -- and this is, again, a trend

7    throughout the southern states when I talked about

8    poverty incarceration.  Unemployment is another

9    one.  It's very difficult for people to work

10   through this system.

11           The benefits that used to be there are not

12   there.  TANF is temporary, food stamps are

13   temporary.  When people talk about taxpayer

14   dollars, it is -- there are no permanent benefits

15   -- public benefits anymore.  So it is really a

16   myth of people living on the system because that

17   doesn't happen.  All benefits are temporary.  And

18   then you reapply.  You may be able to get those.

19   And with a conviction -- a felony conviction as

20   well, you automatically lose the right to food

21   stamps.  So you're talking about children who have

22   to suffer because of the mistakes of their parent.

23           So even when you're going back through the

1   process of getting your rights restored, again,

2   you're choosing between basic necessities -- food,

3   housing, when you're talking about rent.  And then

4   you get into creditors.  So if I choose to,

5   instead of paying this bill, have my driver's

6   license reinstated because the right to vote is so

7   strong to me, then we have now where you can go to

8   jail for not paying some of your debts, for some

9   of your court costs, for some of your fines.  So

10  then you're going to go back into the system.

11          So the choices are basically to be with my

12  children and just be a disenfranchised citizen or

13  -- those are the other options or to reenter the

14  system from debtor support.

15          MS. CARROLL:  All right.  Thank you.  Are

16  there other people who have questions?  Okay.  I'm

17  going to start with Peter on this side.  So Peter

18  Jones.  Did you have a question, Martha?  All

19  right.  And then we'll go down the line.

20          MR. JONES:  Just a very quick clarifying

21  question.  You talked about driver's licenses

22  being suspended automatically.

23          MS. PICKETT:  Automatically.

1        MR. JONES:  So can you talk a little bit

2    about how that would impact a person's ability to

3    vote?  And I think I'm trying to seek

4    clarification of if I try to present a suspended

5    driver's license at a poll place, that might not

6    be apparent to the poll worker I may be able to go

7    work -- or go vote versus, well, I've got a

8    suspended driver's license, that's not going to

9    work.

10       MS. PICKETT:  And you're not registered.

11       MR. JONES:  Yeah.

12       MS. PICKETT:  Right.  Because you have to

13   register.  Even -- even persons when we're talking

14   about being pardoned and when we do the

15   restoration clinics, people who are not in the

16   category of moral turpitude, you still have to

17   register.  You cannot do that without a valid ID.

18   So when an 18 year old is stopped and they have

19   any quantity of drugs, then they're -- with that

20   automatic suspension, that is -- you have to have

21   a -- a valid photo ID.  And it's valid.  So

22   that's --

23       MR. JONES:  Right.  But if I'm already

```
1    registered, could I use a suspended driver's
2    license at the poll?
3           MS. PICKETT:  I'm not a poll worker.  You
4    -- I would -- I would assume that most citizens
5    would think once their driver's license is
6    suspended, there's no one that thinks they can
7    take a suspended driver's license to the polls.
8    Because, again, when you're looking at recidivism,
9    most people even getting services or restoration,
10   we have to be careful who we partner with.  They
11   are even afraid of going back to prison to the
12   point where reentry services that are available,
13   they don't necessarily get those because of the
14   fear of going back to prison.  So I think, even
15   that brave soul who really wants to vote, is
16   probably not going to go with the suspended
17   license.
18          MS. CARROLL:  Well, and just to -- to be
19   clear and I know -- the statute actually requires
20   a valid ID.
21          MS. PICKETT:  Yeah.  It says valid.
22          MS. CARROLL:  So I think a suspended ID
23   would probably not qualify under the statute.
```

```
1            MS. PICKETT:  I think this -- I think
2     their question is, could you then just override
3     that and go to the polls.  But --
4            MR. JONES:  Or take the risk, as you said.
5     I think you said that.
6            MS. PICKETT:  I doubt it.
7            MR. JONES:  But that's better than ideal.
8            MS. CARROLL:  So now Dr. Lewis has a
9     question.
10           DR. LEWIS:  Thank you for coming to share
11    the information with us.  I have a few questions.
12    The first one is, you talked about some of the
13    people that you work with.  They didn't know that
14    they didn't lose the right to vote.
15           MS. PICKETT:  Right.
16           DR. LEWIS:  And then you have some people
17    that said, you know, they were not going to even
18    try.
19           MS. PICKETT:  Right.
20           DR. LEWIS:  If you could with submission
21    of your -- your statement provide us with any
22    numbers that your organization work with about
23    vote -- like a number of people who didn't know
```

1   that they didn't lose their right to vote or a
2   number of people that your organization has worked
3   with to get their rights restored.  That would be
4   helpful to us.
5           The second one, you mentioned juvenile
6   detention and somehow related to people losing
7   their right to vote.  If you can elaborate on
8   that.
9           MS. PICKETT:  Okay.
10          DR. LEWIS:  And one last one.  You talked
11  about the three categories after the passage of
12  the 2017 moral turpitude law and about people who
13  didn't actually lose the right to vote and people
14  who always lost the right to vote.  So I'm just
15  trying to get some clarification on those three
16  categories.
17          MS. PICKETT:  Right.
18          DR. LEWIS:  Thanks.
19          MS. PICKETT:  So I will start with the
20  clinics that we've been doing, and I think the
21  large majority of persons attending had not lost
22  their right to vote and didn't know and simply
23  just feel like once you're in the system -- as a

1    panelist talked about, it's not like Alabama sends

2    you a letter and they say, well, you know what?

3    You never lost your right to vote.  Or you are not

4    one of the persons who -- you may have food needs,

5    but you qualify.  This felony did not prevent you

6    from meeting your food needs.  That doesn't

7    happen.

8            So literally when you go into the prison

9    system, even for five years, and you come out, the

10   world changes.  You're confused, if you --

11   especially about housing.  And then depending on

12   your crime, there are limitations on so many

13   things.  Most people, that's the last thing they

14   think about.  So by the time their lives are in --

15   stabilized and they find employment, which is a

16   whole other -- I mean, if they find employment and

17   they seek the right to vote, they absolutely don't

18   have an idea.

19           That's not something that, you know, when

20   you are trying to reenter society, that's on the

21   top of your list.  You want to eat.  You want to

22   find employment.  You want to take care of your

23   family.  And there's child support that continues

1    to roll when you're in prison, so men coming out
2    -- again, when we talked about reentry and trying
3    to keep this circular recidivism from happening,
4    there are so many obstacles to that, and it's very
5    difficult once you enter the system.
6         So that goes to your last question of when
7    I mentioned juveniles.  The connection is when you
8    hear about school-to-prison pipeline, the
9    statistics are glaring once you enter the system,
10   how difficult it is to be a person who is not a
11   reoffender.  Why?  Because you have fees that you
12   cannot afford to pay.  You have court costs that
13   you cannot afford to pay.  You are very unlikely
14   to get employment if you have a felony record.
15   And we hear about check the box and these types of
16   things, but if you are a private employer, that
17   right is yours.  And if I am interviewing a person
18   with a felony and without a felony and then you
19   add on the extra layer of persons of color and
20   other discrimination that we know exists
21   throughout the south, and certainly in Alabama, it
22   becomes more and more difficult to get out of the
23   system.

1          If I can't get a job and if I can't feed

2     my family or even if I'm raising my brother and

3     sister, what is likely to happen?  I am going to

4     find a way, and that way may not be legal.  And so

5     it is -- the people who are making laws sometimes

6     do not understand the economic deprivation, the

7     obstacles, and the problems that people face.  So

8     that is the school-to-prison pipeline is breaking

9     that cycle.  Right.

10          And then with the restoration, the

11    categories, you have 50 listed crimes of moral

12    turpitude.  I talked about in 1901 where it was

13    vague, and basically because the purpose -- and

14    this is a stated purpose, as I said, in 1901 was

15    to establish white supremacy that was left much

16    like the sentencing before sentencing reform.

17    That was up to a judge.  And what you found was

18    very, very distinct differences in sentencing.

19          And so now we have a guideline where a

20    judge just can't say, you're in pink, you don't

21    look like me, 50 years.  You in the gray suit,

22    five years.  The guideline, you have to follow.

23    It's not presumptive, and initially it was and now

1    you have to follow -- the judges have to follow

2    these guidelines.  And that has tremendously

3    helped the prison population in Alabama.  That is

4    a positive.

5         But -- so you have the 50 crimes listed.

6    And if you have -- if you are convicted of those

7    50 crimes, then you can restore your right.  If

8    you have -- are in this other category and there

9    are things like treason and impeachment that can't

10   be pardoned, but if you're in another category,

11   then your rights can't be restored.  But upon a

12   pardon, you can get the rights restored.  Right?

13   So that's another -- that's your red.  And then

14   your yellow is I can get it restored with these 50

15   crimes of moral turpitude.  And then the green is

16   I never lost them.  Right?  So there are those

17   three categories.

18        And actually on the ACLU website, as well

19   as Legal Services, there is a quick cheat sheet,

20   and it's red, green, yellow.  This one wasn't

21   printed on my color printer.  And it tells you

22   those crimes.  So it's laid out.  And this -- from

23   1901, if you think about the impact, in 2017, it

1    was up to judges knowing the intent.  Right?  And

2    so in May when Governor Ivey signed that bill, it

3    was mentioned that in 1901, the intent was clear.

4    And so now we -- we have that -- we have the new

5    law.  Was that all?

6          MS. CARROLL:  And if you can just provide

7    us with a link to that website when you do your

8    written comment, that would be fabulous.  Now I

9    would like to recognize Ms. Williams.

10          MS. WILLIAMS:  Yes.  Ms. Pickett, you've

11   mentioned the 1901 Constitution and other speakers

12   have mentioned 1901 Constitution and that the root

13   of the moral turpitude language is racist in

14   its --

15          MS. PICKETT:  Right.

16          MS. WILLIAMS:  -- intent.  Do you have any

17   notion or idea how crimes are determined to be

18   moral turpitude, like what -- is there some type

19   of -- I don't know -- yeah, criteria, like what

20   determines whether a crime -- other than we have a

21   list of 50?  Like how did they pick that list of

22   50?  And I guess, you know, I'm trying to

23   establish in my mind that, you know, this list of

1    50 has something very in common.

2         MS. PICKETT:  Yeah.  So the law

3    established the 50 crimes and the point of it is

4    just what you said.  Because in 1901, there was no

5    listing, so moral turpitude for one person could

6    be a misdemeanor.  And moral turpitude for you

7    could be -- although you've murdered someone, that

8    was self-defense.  Right?  And so because there

9    was no -- because it wasn't written, it was -- it

10   was left up to a judge to make that determination.

11        And now Pardons and Paroles, they

12   obviously work with organizations who are helping

13   with the voter's restoration, and those

14   applications are going in.  I think one of the

15   complaints says, you know, there is a time.  You

16   know, they're -- obviously, there are a lot of

17   people who now want to get their rights restored

18   and so there's a waiting time.  Backlog with --

19   just like with everything, veterans health and all

20   the things that impact poor people.  And

21   unfortunately, you know that exists.

22        But -- they are listed.  And it's -- and

23   when I send it, I mean, they're in color, so you

1    see the crimes.  And I think that helps a person,

2    even if you don't know -- when you're trying to

3    get information, if you Google it -- I Googled it

4    to see where the hit landed, and this is like the

5    second Google.  You're going to be able to find

6    this chart.

7              And you can go through and say, gosh, I'm

8    right here with an assault, and I can actually

9    have my rights restored.  So when it's in writing,

10   A, it helps people who have no idea, and then it

11   also gives guidance to people who are decision

12   makers and certainly not following that negative

13   intent from the 1901 Constitution.

14             MS. CARROLL:  I would recognize Ms.

15   Steele.

16             MS. STEELE:  Thank you.  Ms. Pickett,

17   based on previous testimony, it appears that

18   entities like Alabama Legal Service do more with

19   respect to educating individuals on their voting

20   rights than state entities actually do.

21             MS. PICKETT:  Definitely.

22             MS. STEELE:  Can you -- two questions.

23   The first one is, can you describe some of these

1    education initiatives that you have and also what

2    you have found works as well as what you have

3    found not to be as effective with respect to

4    education?

5            MS. PICKETT:  Right.

6            MS. STEELE:  And the second question deals

7    with domestic violence.  You mentioned domestic

8    violence, and you may be the first person to have

9    brought that up today.  Can you also address how

10   current voter registration and voting laws

11   generally affect or can possibly affect

12   individuals who have been victims of domestic

13   violence?

14           MS. PICKETT:  Okay.  Well, first, as far

15   as community education, we are tasked with not

16   only providing critical legal services,

17   high-quality legal services to persons below the

18   poverty level.  That's 125 percent of the poverty

19   level.  We're talking about people who, like a

20   family of four, can't afford to eat.

21           And those are the people who are taken

22   advantage of.  Usually, you have low literacy, low

23   understanding of the law.  And if I have -- if I

1    am, for example, upgrading my apartment complex
2    and you've been there 19 years and I want you
3    gone, it is very low understanding of why I have
4    to move.  And then some neighbor or someone says
5    go to Legal Services and we look at this and say
6    there is absolutely no reason in the middle of
7    your lease that you and your children should be
8    kicked out.  Without legal aid, that person does
9    not know.
10          When we find that indigent persons who
11   represent themselves in court are 98 percent of
12   the time going to lose their case.
13          In consumer cases, it's even higher
14   because you have no understanding of consumer law
15   and we provide consumer protection.  So on top of
16   the legal services we provide, our mission is also
17   to provide preventative -- we call it preventative
18   community education.
19          So when we go into communities, we are
20   actually giving information to prevent the
21   collateral consequences that I spoke about.  A lot
22   of those consequences are intertwined with the
23   criminal justice system.  So if you are a consumer

1    and you have court fees -- right now, we are
2    working under a grant with Appleseed, court costs
3    related to any type of -- I mean, debt related to
4    any type of court costs, child support, fines,
5    fees, retribution.
6           Then we are looking at those individuals
7    because Alabama is supposed to be one of states --
8    first of all, debtor support is illegal across the
9    country but we 26 states that have debtor support.
10   If you cannot pay your bill, a judge can, working
11   it through probation and patrols and law
12   enforcement, put you in jail for being poor.  So
13   we're criminalizing poor people.
14          So our education is really aimed at
15   preventing the -- those collateral consequences,
16   so that you're not going to be a check-to-cash
17   place every two weeks so that you have someone for
18   the first time teaches you how to manage your
19   credit for the first time, tells you that if
20   you're living in a home with mold with your
21   babies, you do not have to stay in that lease,
22   that slumlords are real.  And for most of us,
23   these are things that we encounter.

1                And when we're doing home visits and

2      seeing our clients and their children who are

3      physically sick and cannot go to school, we are

4      providing that critical education to say you don't

5      have to stay under this lease.  You can give a

6      14-day notice and demand to leave.  And without

7      legal aid, that is not possible.

8                So we're doing preventative education in

9      communities, and we do that in all 67 counties as

10     well.  We focus on the Black Belt, where we have

11     poverty levels that are the highest in the

12     country.  Winston County, for example, does

13     have -- we're talking about 30 and 40 percent

14     poverty levels in these -- in these counties.  So

15     our preventative education is very, very

16     important.  I'm over our communications as well.

17     And that is something that I really, really focus

18     on is providing that education in communities.

19               What works, even with the restoration

20     clinics, we found that partnering with other

21     agencies.  So although we don't register

22     individuals to vote, when you have a full service

23     clinic, is what we call it, you may have someone

1    there who can talk about public benefits.  You may

2    have someone there who can talk about

3    registration.  We can't.  You have people who help

4    with job training.

5           Women who are getting out of prisons,

6    there are initiatives to just say, here is a suit.

7    You know, we do all the training and all the other

8    things and people present and say, I'm ready.  And

9    I absolutely -- after, you know, taking care of my

10   basic necessities, I'm not fit to interview.

11          And these are stories that we hear.  So

12   what doesn't work a lot of times is when we're

13   partnering with faith-based organizations.

14          In certain communities, people feel

15   shamed.  We had HIV/AIDS grant, for example, and

16   we were just helping individuals under HIPAA when

17   children were not allowed to come back to school.

18   In rural areas, that is still happening in

19   Alabama.  I can't touch you.  I don't want to be

20   infected.

21          And when we're helping with those and

22   people are in church, they necessarily don't want

23   to present in faith-based buildings, in general.

1    But outside of that, our community outreach and

2    services are critical.  And people really

3    appreciate it.  We do evaluations to make sure

4    that we're giving what people need.

5         MS. CARROLL:  And I believe Mr. Shevin has

6    a question.

7         MR. SHEVIN:  Ms. Pickett, am I correct

8    that the original red, green -- red, yellow, green

9    list of -- of crimes was put out by the Alabama

10   Secretary of State's office?

11        MS. PICKETT:  That's not my understanding.

12        MR. SHEVIN:  Thank you.

13        MS. PICKETT:  That's not my understanding.

14        MS. CARROLL:  All right.  If there's no

15   further questions, thank you so much for your

16   testimony.

17        MS. PICKETT:  Yes, you're very welcome.

18   Thank you all.

19        MS. CARROLL:  We appreciate it.  So we do

20   have the public comment section, which will begin

21   at 4:00, so 12 minutes from now.  If you would

22   like to make a public comment, we welcome all

23   public comments.  We hope to receive public

1   comments from folks.  I would ask just that you
2   register at the registration desk when you walk
3   in; is that correct, David?
4           MR. BARRERAS:  That's correct.
5           MS. CARROLL:  When you walk in and then we
6   will know who would like to make public comment
7   and who would not.  And again, we appreciate
8   comments.  So if you would like to, we encourage
9   you to do so.  So we'll have a now ten-minute
10  break and then we will at 4:00 and begin the
11  public comment portion.
12
13          (A brief recess was taken.)
14
15          MS. CARROLL:  This would ordinarily be the
16  open forum component for public comment to the
17  Committee.  My understanding is that there is no
18  one who wishes to make public comment.  If that
19  changes or if you would prefer to comment in
20  another way, we welcome written comments.  There
21  is address information as well as e-mail
22  information available.  The comment period extends
23  for 30 days.

1          In terms of the Committee itself for
2     follow-up questions to panelists that we have been
3     discussing all day, the way we're going to handle
4     that will be we will have a meeting in
5     approximately two weeks, more or less, as we have
6     in the past had meetings.
7          And you all should e-mail me your
8     questions so that we can categorize and
9     consolidate the question based on speaker and
10    category so that those can then be submitted to
11    our speakers and they can have an opportunity to
12    either respond to the questions specifically or
13    incorporate those responses into the comments that
14    they're writing for us.
15         So if there's any questions about that,
16    I'm happy to answer it.  We'll send that out -- I
17    will send that out as well in e-mail form once I
18    get home just so that everybody has a record,
19    including those who are not here now.  All right.
20    All right.
21         If there are no other questions or open
22    issues at this point, I would conclude the hearing
23    by saying I appreciate everyone's hard work.  I

1    appreciate the info that was provided to us by the

2    panelists.  I look forward to the further insights

3    in receiving any comments that we might receive

4    from the public.  And, again, thank you for your

5    hard work.  I think we can now begin the task of

6    writing the report and discussing what we see as

7    the situation here in our state.  So at this

8    point, I would adjourn the meeting.

9

10                  (Meeting was adjourned at approximately

11                  4:02 p.m.)

12

13

14

15

16

17

18

19

20

21

22

23

1                C E R T I F I C A T E

2

3    STATE OF ALABAMA

4    AT LARGE

5

6         I hereby certify that the above and
     foregoing board meeting was taken down by me in
     stenotype and transcribed by means of
7    computer-aided transcription; transcribed by me or
     overseen by me, and that the foregoing represents
8    a true and correct transcript of the board
     meeting.

9

10        I further certify that I am neither of
     counsel, nor of kin to the parties to the
11   action, nor am I in anywise interested in the
     result of said cause.

12

13        I further certify that I am duly licensed
     by the Alabama Board of Court Reporting as a
14   Certified Court Reporter as evidenced by the ACCR
     number following my name found below.

15

16        So certified on this date, February 22,
     2018.

17

18

19

20                    /s/ Kaitlin Lloyd, CCR
                      Kaitlin Lloyd, CCR
21                    ACCR #636, Expires 9/30/2018
                      Commissioner for the State
22                    Of Alabama at Large
                      My Commission Expires 06/08/2019

23

# Appendix 3

# Alabama Photo Voter ID Guide

# Alabama Photo Voter ID Guide

## 2nd Edition





**Elections Division**
**Office of the Secretary of State**
**John H. Merrill, Secretary of State**
**State of Alabama**





**STATE OF ALABAMA**

OFFICE OF THE SECRETARY OF STATE

JOHN H. MERRILL
SECRETARY OF STATE

POST OFFICE BOX 5616
MONTGOMERY, ALABAMA 36103

Dear Voters of Alabama:

As citizens of Alabama, voting is one of our most fundamental rights.  By exercising your right to vote, you have the amazing opportunity to voice your personal opinion and participate in the selection of our newest elected officials.

Beginning with the 2014 Primary Election, the State Legislature mandated that a voter present photo ID prior to voting.  If a voter does not have a valid photo ID, such as a driver's license, nondriver ID card, or any other valid photo ID as listed on page 7 of this guide, the voter may receive one free of charge from his or her county Board of Registrars office or at the Secretary of State's office.

During the months of May to October of 2015, mobile units visited each of the 67 counties at least once to provide eligible voters convenient locations to apply for and obtain a free Alabama photo voter ID card.  The Office of the Secretary of State will again visit each of the 67 counties during the period of May to October of 2016.  To view a list of all mobile unit scheduled events, please visit www.alabamavoterid.com.

A voter who is required to present valid photo ID but who does not do so will be allowed to vote a provisional ballot as provided for by law (see page 7 for details).

In addition, a voter who does not have a valid photo ID in his or her possession at the polls will be permitted to vote a regular ballot if the individual is positively identified by two election officials as an eligible voter in their precinct.

This booklet is an educational tool to inform voters about the voter identification requirements and seeks to prevent any confusion that may be experienced on election day. Please review the standards and, if you have any questions, you may call our Elections Division at 1-800-274-8683 or 334-242-7210 or visit www.alabamavoterid.com.

May God bless you and the great State of Alabama!

Sincerely,

John H. Merrill
Secretary of State

[THIS PAGE INTENTIONALLY LEFT BLANK.]

2

# ALABAMA
# PHOTO VOTER ID GUIDE
# 2ND EDITION

Prepared by the
Office of the Secretary of State
State of Alabama

April 2016

## EDITORS

John H. Merrill, Secretary of State
Ed Packard, Director of Elections
Clay Helms, Supervisor of Voter Registration/Asst. Director of Elections
Daniel Dean, Elections Analyst
Joel Laird, General Counsel
Jean Brown, Elections Counsel
Brent Beal, Legislative Counsel
Tracy Croom
Janice McDonald

## HAVE QUESTIONS?

Contact the Elections Division in the office of the Secretary of State:

    Physical Address:

        600 Dexter Avenue, Room E-208
        Montgomery, Alabama 36130

    Mailing Address:

        P.O. Box 5616
        Montgomery, Alabama 36103-5616

    Telephone:        334-242-7210 or 1-800-274-8683

    World Wide Web:  www.alabamavoterid.com
                       www.alabamavotes.gov

    E-mail:          alavoter@vote.alabama.gov

## LEGAL DISCLAIMER

This document is not a substitute for the ***Code of Alabama, 1975***. It is provided as a guide and is not intended to be an authoritative statement of law. For further legal information, please consult the Code of Alabama, or other appropriate legal resources or your attorney.

4

# CONTENTS

CHANGE IN LAW ............................................................. 6

IMPLEMENTATION PROCESS ........................................... 6

WHAT ID WILL BE VALID AT THE POLLS BEGINNING JUNE 3, 2014 ........................................................................ 7

What if I do not have any of these forms of ID? ................................ 8

FREE NONDRIVER ID ..................................................... 8

WHERE CAN I GET MY FREE ALABAMA PHOTO VOTER ID CARD? ..................................................................... 8

WHAT IS NEEDED TO OBTAIN MY FREE ALABAMA PHOTO VOTER ID CARD? ..................................................... 9

What if I am not registered to vote? .................................................. 9

Examples of photo ID documents that can be used to obtain a free Alabama Photo Voter ID Card but CANNOT be used at the polls..... 10

Examples of non-photo ID documents that can be used to obtain a free Alabama Photo Voter ID card .................................................. 10

WHAT HAPPENS AFTER I APPLY? ...................................11

IS MY FREE ALABAMA PHOTO VOTER ID CARD SECURE?.....11

WHAT ABOUT VOTERS WHOSE POLLING PLACE IS INACCESSIBLE DUE TO AGE OR DISABILITY?.................11

Definition of "accessible" as it relates to voters who are elderly or who have a disability ...................................................................... 12

WHAT ABOUT VOTERS WHO ARE MEMBERS OF THE MILITARY OR WHO RESIDE OVERSEAS? .....................................12

LISTING OF BOARDS OF REGISTRARS (ISSUING OFFICES FOR FREE ALABAMA PHOTO VOTER ID CARDS) ...................13



## CHANGE IN LAW

During the 2011 Regular Legislative Session the Legislature approved House Bill 19. Governor Robert Bentley signed the bill, and it was subsequently assigned Act Number 2011-673.

**Beginning with the June 3, 2014 primary election, Act 2011-673 requires an Alabama voter to have a specific type of photo identification at the polls in order to vote.** If a voter does not have one of the approved forms of photo ID as stated in the law, then he or she may receive a free Alabama photo voter ID card from various locations.

This guide will explain that process and let voters know how to be prepared for the June 3, 2014 primary election. For more information, you may contact the Elections Division of the Office of the Secretary of State at 800-274-8683 or 334-242-7210.

## IMPLEMENTATION PROCESS

The Secretary of State's office was tasked with writing administrative rules to direct the process of receiving free photo ID's. Those administrative rules can be viewed on the Secretary of State's website at www.sos.alabama.gov or www.alabamavotes.gov. The Secretary of State was also tasked with selecting a vendor for processing the cards. Police and Sheriff's Press, Inc. was chosen as the vendor. The Secretary of State's office set up training and provided equipment for the process to begin in all 67 counties in the State of Alabama.

6

## WHAT FORMS OF ID ARE VALID AT THE POLLS?

A voter can use any of the following forms of photo ID at the polls starting June 3, 2014:

- ▶ Valid Alabama Driver's License
- ▶ Valid Alabama Nondriver ID
- ▶ Valid Alabama Photo Voter ID Card
- ▶ Valid State Issued ID (Alabama or any other state)
- ▶ Valid Federal issued ID
- ▶ Valid US passport
- ▶ Valid Employee ID from Federal Government, State of Alabama, County, Municipality, Board or other entity of this state
- ▶ Valid student or employee ID from a public or private college or university in the State of Alabama (including postgraduate technical or professional schools)
- ▶ Valid student or employee ID issued by a state institution of higher learning in any other state
- ▶ Valid Military ID
- ▶ Valid Tribal ID

 If a voter possesses any of these forms of ID, he/she is not eligible to receive a free Alabama photo voter ID card. The voter must bring one of these photo IDs to the polls on Election Day or place a copy of the ID in absentee ballot materials.

A voter who is required to present valid photo identification but who does not do so will be allowed to vote a provisional ballot as provided by law.  The voter casting a provisional ballot will have until 5:00PM on the Friday after the election to submit valid photo identification, otherwise the ballot will not be counted.

In addition, a voter who does not have a valid photo ID in his or her possession at the polls shall be permitted to vote a regular ballot if the individual is positively identified by two election officials as a voter on the poll list who is eligible to vote and the election officials

7

sign a sworn affidavit so stating.

**What if I do not have any of these forms of ID?**

If a voter does not have one of the valid forms of photo ID, then that voter may obtain a free Alabama photo voter ID card or a free nondriver ID for purposes of voting.

## FREE NONDRIVER ID

As another option, a voter who does not have any of the acceptable forms of photo ID may obtain a free nondriver ID for purposes of voting.

 Voters will have to fill out a form with the Alabama Law Enforcement Agency and sign a form attesting that they do not have one of the valid forms of photo ID.

A voter must comply with all rules set forth by the Alabama Law Enforcement Agency and adhere to those requirements in order to receive the free nondriver ID.

## WHERE CAN I GET MY FREE ALABAMA PHOTO VOTER ID CARD?

A voter may obtain a free Alabama photo voter ID card at the following locations:



- ▶ **Secretary of State's office**
  600 Dexter Avenue
  Montgomery, Alabama 36130

- ▶ **Boards of Registrars offices**
  Located in each county.  Please see the appendix in this guide for addresses and phone numbers of the various county locations.

- ▶ **At a mobile location to be determined by the Secretary of State's office**
  The mobile locations will be announced by various forms of advertising.

Please note that applicants are instructed not to complete the application for a free Alabama photo voter ID card if they already

8

possess one of the valid forms of photo identification. Any falsification or fraud in completing the application shall constitute a Class C felony.

## WHAT IS NEEDED TO OBTAIN MY FREE ALABAMA PHOTO VOTER ID CARD?

To receive a free Alabama photo voter ID card a voter must show:

▶ A photo ID document, except a non-photo identity document can be used if it contains your full legal name and date of birth;

▶ Documentation showing the voter's date of birth (can be verified by information in the statewide voter file);

▶ Documentation showing the person is a registered voter (can be verified by voter registration information);*

▶ Documentation showing the voter's name and address as reflected in the voter registration record (can be verified by voter registration information).*



*THE PROCESSING AGENTS WILL VERIFY THIS ITEM NEEDED TO RECEIVE THE FREE ALABAMA PHOTO VOTER ID CARD BY CHECKING THE VOTER'S RECORD IN THE STATEWIDE VOTER REGISTRATION SYSTEM.

## What if I'm not registered to vote?

You must be a registered voter in order to obtain a free Alabama photo voter ID card or free nondriver ID.

▶ The Registrar or the mobile unit worker will check the voter registration status when the voter submits the application.

▶ If you are in the Board of Registrars office, you may simultaneously register to vote and apply for a free Alabama photo voter ID card if there is no issue with your registration.

▶ If a voter is applying for a free nondriver ID card, the voter will sign the application stating he or she is an Alabama elector.

9

**Examples of photo ID documents that can be used to obtain a free ALABAMA PHOTO VOTER ID CARD but <u>CANNOT</u> be used at the polls**

► A student ID issued by a public or private high school.

► A student or employee ID card issued by a private university or postgraduate technical or professional school located **OUTSIDE** the state of Alabama.

► An employee ID card **NOT** issued by a branch, department, agency, or entity of the US government, the State of Alabama, or any county, municipality, board, authority, or entity of the State of Alabama.

► Hospital/nursing home ID card.

► Wholesale club or other membership card.

**Examples of Non-Photo ID Documents that can be used to obtain a free ALABAMA PHOTO VOTER ID CARD**

**ALL MUST CONTAIN FULL LEGAL NAME AND DATE OF BIRTH**

► Birth Certificate[‡]

► Hospital or nursing home record

► Marriage Record[‡]

► State or Federal Census Record

► Military Record

► Medicare or Medicaid document

► Social Security Administration document

► Certificate of Citizenship

► Official school record or transcript

[‡]The Secretary of State's office has entered an agreement with the Alabama Department of Public Health whereby a free birth or marriage certificate will be provided to the processing or issuing agent when a voter needs one of these documents in order to obtain a free Alabama photo voter ID card. This certificate is for voting purposes only, is provided electronically, and cannot be

10

used for any other purpose. For more information, please call the Secretary of State's office at 1-800-274-8683.

## AFTER COMPLETING THE APPLICATION AND SHOWING DOCUMENTATION, WHAT HAPPENS NEXT?

▶ The voter's information will be entered into the Alabama photo voter ID card issuance system and his or her photo taken.

▶ The person processing the application for the free Alabama photo voter ID card will give the voter a receipt, much like a temporary driver's license, which can be used to vote for 45 days after receipt.

▶ Voters should receive their free Alabama photo voter ID card within 14 days of processing.

## IS MY FREE ALABAMA PHOTO VOTER ID CARD SECURE?

The vendor selected to produce the IDs has set many security measures within both the ID card itself and the receipt. It will be extremely difficult for someone to fake an Alabama photo voter ID card.

County-level poll workers will be trained in these security measures and will know what to look for on Election Day.

## WHAT ABOUT VOTERS WHOSE POLLING PLACE IS INACCESSIBLE DUE TO AGE OR DISABILITY?

The Secretary of State's office has addressed voters who are elderly or who have a disability with an exception to the absentee ballot ID requirement when the voter's polling place is not accessible. ✦

A voter who is entitled to vote by absentee ballot pursuant to the Voting Accessibility for the Elderly and Handicapped Act or any other federal law **shall not be required to produce identification when**

11

**voting by absentee ballot.**

Voters who fall within this category will be able to check a box on their absentee ballot application which states that their polling place is not accessible and that they fall under the definition of elderly (age 65 or older) or handicapped. The Absentee Election Manager will not require an ID in order for these ballots to be counted.

### ✦ Definition of "accessible" as it relates to voters who are elderly or who have a disability

Pursuant to Section 8 of the Voting Accessibility for the Elderly and Handicapped Act (subchapter 1-F of Chapter 20 of Title 42 U.S.C) the Secretary of State has determined that the term "accessible" as applied to handicapped and elderly voters shall mean that the location of the polling place is physically accessible to handicapped and elderly voters.

If a handicapped or elderly voter is unable to access his or her assigned polling place due to a neurological, musculoskeletal, respiratory, cardiovascular, or other life-altering disorder that affects the ability to perform manual tasks, stand for any length of time, walk unassisted, see, hear, or speak, that voter's polling place is not "accessible" to him or her.

### WHAT ABOUT VOTERS WHO ARE MEMBERS OF THE MILITARY OR WHO RESIDE OVERSEAS?

An individual eligible to vote by absentee ballot pursuant to the Uniformed and Overseas Citizens Absentee Voting Act (UOCAVA) is not required to provide ID prior to voting.

The term "UOCAVA voter" includes anyone who is a member of the Uniformed Services (including his or her spouse and dependents), Merchant Marines, commissioned corps of the Public Health Service, and the National Oceanic and Atmospheric Administration.  It also includes anyone who is a U.S. citizen residing overseas whose last place of residency prior to moving overseas was in Alabama.

12

## ALABAMA BOARDS OF REGISTRARS
### FREE ALABAMA PHOTO VOTER ID CARD ISSUING OFFICES

**Autauga County**
218 N. Court St.
Prattville 36067
(334) 358-6740

**Baldwin County**
119 West 2nd St
Bay Minette 36507
(251) 937-0305

1100 Fairhope Ave
Fairhope 36532
(251) 928-3002 ext 2617

201 Section Street
Foley 36535
(251) 943-5061 ext 2859

**Barbour County**
113 Court Street
Clayton 36016
(334) 775-8579

303 E Broad St Rm 108
Eufaula 36027
(334) 687-1585

**Bibb County**
8 Court Square W
Centreville 35042
(205) 926-3102

**Blount County**
220 Second Ave E Rm B-5
Oneonta 35121
(205) 625-4182

**Bullock County**
217  Prairie St N Rm 101
Union Springs 36089-1659
(334) 738-5372

**Butler County**
700 Court Sq Rm 8
Greenville 36037-2308
(334) 382-5685
(334) 382-6829

**Calhoun County**
1702 Noble St Ste 113
Anniston 36201-3889
(256) 241-2930

**Chambers County**
18 Alabama Ave E Rm 101
LaFayette 36862
(334) 864-4313

610 S Gilmer Ave
Lanett 36863
(334) 644-7781

**Cherokee County**
260 Cedar Bluff Rd Ste 106
Centre 35960-1403
(256) 927-5336

**Chilton County**
500 2nd Ave N Rm 119
Clanton 35045
(205) 755-3820

**Choctaw County**
117 S Mulberry Ave Ste 1
Butler 36904-0132
(205) 459-2531

**Clarke County**
114 Court St
Grove Hill 36451
(251) 275-3062

**Clay County**
25 Courthouse Square, 1st
Floor
Ashland 36251
(256) 354-7815

**Cleburne County**
120 Vickery St Rm 103
Heflin 36264-1166
(256) 463-5299

**Coffee County**
6 County Complex
New Brockton 36351-9791
(334) 894-5347

**Colbert County**
201 N Main St
Tuscumbia 35674-2095
(256) 386-8535

**Conecuh County**
200 Court St Rm 224
Evergreen 36401
(251) 578-7024

**Coosa County**
9709 US Hwy 231
Rockford 35136
(256) 377-2418

**Covington County**
228 Hillcrest Dr
Andalusia 36420-2570
(334) 428-2685

**Crenshaw County**
29 S Glenwood Ave
Luverne 36049
(334) 335-6568 x251
(334) 335-6568 x253

**Cullman County**
500 2nd Ave SW Ste 112
Cullman 35055-4135
(256) 775-4697
(256) 775-4750

**Dale County**
100 Court Square
Ozark 36360
(334) 774-9038

**Dallas County**
105 Lauderdale St Rm 122
Selma 36701
(334) 874-2534

13

## ALABAMA BOARDS OF REGISTRARS
### FREE ALABAMA PHOTO VOTER ID CARD ISSUING OFFICES

**DeKalb County**
111 Grand Ave SW Ste 105
Fort Payne 35967
(256) 845-8598

**Elmore County**
100 E Commerce St Rm 205
Wetumpka 36092-2746
(334) 567-1150
(334) 567-1197

**Escambia County**
301 Belleville Ave Rm 204
Brewton 36426
(251) 867-0243
(251) 867-0312

**Etowah County**
800 Forrest Ave Ste 206
Gadsden 35901-3651
(256) 549-5384

**Fayette County**
103 First Ave NW Ste 4
Fayette 35555-2627
(205) 932-5432

**Franklin County**
410 Jackson Ave
Russellville 35653
(256) 332-8849

**Geneva County**
200 N Commerce St
Geneva 36340
(334) 684-5655

**Greene County**
110 Main Street
Eutaw 35443
(205) 372-9669

**Hale County**
905D Centerville St
Greensboro 36744-1536
(334) 624-4672

**Henry County**
101 Court Square Ste K
Abbeville 36310-2135
(334) 585-6080

**Houston County**
462 N Oates
Dothan 36303
(334) 677-4776

**Jackson County**
102 E Laurel St
Scottsboro 35768
(256) 574-9339
(256) 574-9335

**Jefferson County**
716 R Arrington Jr Blvd N
Ste A-410
Birmingham 35203-0115
(205) 325-5550

**Lamar County**
44690 Hwy 17
Vernon 35592
(205) 695-6348
(205) 695-9197

**Lauderdale County**
200 South Court Street
Florence 35630
(256) 760-5840
(256) 760-5841

**Lawrence County**
14451 Market Street Ste 340
Moulton 35650
(256) 974-2460
(256) 974-2461

**Lee County**
215 S 9th St
Opelika 36801
(334) 737-3635

**Limestone County**
100 Clinton St S Ste E
Athens 35611-2665
(256) 233-6405

**Lowndes County**
205 Tuskeena St E Rm 101
Hayneville 36040
(334) 548-2389
(334) 548-2080

**Macon County**
101 Rosa Parks Ave Ste 100
Tuskegee 36083-1735
(334) 724-2617

**Madison County**
819 Cook Ave NW, Ste 150
Huntsville 35801-5983
(256) 532-3510
(256) 532-3519

**Marengo County**
101 E Coats Ave
Linden 36748
(334) 295-2249
(334) 295-2086

**Marion County**
132 Military Street South
Hamilton 35570
(205) 921-3625

**Marshall County**
424 Blount Ave Ste 106A
Guntersville 35976-1122
(256) 571-7740

**Mobile County**
151 Government St Ste 165
Mobile 36602
(251) 574-8586
(251) 574-8587

14

## ALABAMA BOARDS OF REGISTRARS
### FREE ALABAMA PHOTO VOTER ID CARD ISSUING OFFICES

**Monroe County**
65 N. Alabama Ave.
Monroeville 36460
(251) 743-4107 x141

**Montgomery County**
100 S Lawrence St
Montgomery 36104
(334) 832-1215

**Morgan County**
302 Lee St NE
Decatur 35601
(256) 351-4660
(256) 351-4663

**Perry County**
300 Washington St Ste 102
Marion 36756
(334) 683-2218 x5

**Pickens County**
155 Reform Street, Suite 303
Carrollton 35447
(205) 367-2074

**Pike County**
120 W Church St Rm B2
Troy 36081-1913
(334) 566-1757
(334) 566-6449

**Randolph County**
14 Broad Street SE, Suite 3
Wedowee 36278
(256) 357-2138

**Russell County**
1000 Broad St
Phenix City 36867
(334) 298-1443
(334) 448-1508

**Shelby County**
108 W College Street
    Ste 100
Columbiana 35051
(205) 669-3913

**St. Clair County**
1815 Cogswell Ave Ste B-10
Pell City 35125
(205) 338-3954

**Sumter County**
311 S Washington St
Livingston 35470
(205) 652-7902

**Talladega County**
400 N Norton Ave
Sylacauga 35150-2010
(256) 249-1007
(256) 249-1014

1 Courthouse Square
Talladega 35160
(256) 761-2131
(256) 761-2132

**Tallapoosa County**
125 N Broadnax St Rm 20
Dadeville 36853-1371
(256) 825-1081

**Tuscaloosa County**
2501 7th St Ste 200
Tuscaloosa 35401-1801
(205) 349-3870 x415

**Walker County**
1803 3rd Ave Ste 109A
Jasper 35501
(205) 384-7279

**Washington County**
45 Court St
Chatom 36558
(251) 847-3255

**Wilcox County**
219 Claiborne Street
Camden 36726
(334) 682-9753

**Winston County**
11 Blake Dr Rm 3
Double Springs 35553
(205) 489-3966

15

[THIS PAGE INTENTIONALLY LEFT BLANK.]

16

# Appendix 4

# Alabama Application for Free Voter ID



### OFFICE OF THE SECRETARY OF STATE
## APPLICATION FOR
## FREE ALABAMA PHOTO VOTER IDENTIFICATION CARD

▶ **CARDS WILL BE ISSUED TO ALABAMA REGISTERED VOTERS ONLY**

▶ **ANY FALSIFICATION OR FRAUD IN THE MAKING OF THIS APPLICATION SHALL CONSTITUTE A CLASS C FELONY**

**This application must be presented in person at one of the following locations:**

1) Your local Board of Registrars;

2) The Alabama Secretary of State's Office
State Capitol Building - Suite S-105
600 Dexter Avenue
Montgomery, Alabama 36103-5616; or

3) Mobile Locations to be provided.

**Full Legal Name** (print) _____

**Address as reflected in voter registration record:** (street address) _____

City, State and ZIP Code _____

**Date of Birth** (00/00/0000) _____

**Eye Color**_____ **Gender**_____ **Height**_____ **Weight**_____ **Application Date**_____

**In order to process your application you must provide the following information:**
(All of the following information can be contained in one document.)

1) a photo identification document or a non-photo identification document is acceptable if it contains your full legal name and date of birth;

2) documentation showing your date of birth;

3) documentation showing that you are an Alabama registered voter (can be electronically verified by the processing office);

4) documentation showing your name and address as reflected in your voter registration record (can be electronically verified by the processing office).

I, _____, a registered voter (or voter registration applicant if form is filed with Board of Registrars at same time voter registration application is filed) in the State of Alabama, do hereby swear or affirm that the information contained above is true and correct.

**Signature of Alabama registered voter** (full legal name) _____

**FOR OFFICE USE ONLY**

DOCUMENTATION SHOWING FULL LEGAL NAME AND DATE OF BIRTH PRESENTED WITH APPLICATION:

_____

IF APPLICATION WAS DENIED STATE REASON:

_____

_____

**FORM PVI-02**



# INSTRUCTIONS FOR
# FREE ALABAMA PHOTO VOTER IDENTIFICATION CARD

If you are a registered voter and you are eligible for a free Alabama photo voter identification card, you can apply for the identification card at your local Board of Registrars office, a mobile services location in your county, or at the office of the Secretary of State.

If you are not already a registered voter and you are eligible for a free Alabama photo voter identification card, you can apply for the card at the same time you turn in your voter registration form. Your voter registration form and this application must be submitted in person to the Board of Registrars. If the Board of Registrars determines that you are qualified to vote in Alabama, that office can then process the card application, so long as all other requirements are met.

You can only receive a free Alabama photo voter identification card if you are registered to vote in Alabama and do not have any of the following:

(a)   a valid Alabama driver's license which was properly issued by the appropriate state or county department or agency;

(b)   a valid Alabama nondriver identification card which was properly issued by the appropriate state or county department or agency;

(c)   a valid Alabama photo voter identification card;

(d)   a valid identification card issued by a branch, department, agency, or entity of the State of Alabama, any other state, or the United States authorized by law to issue personal identification, provided that such identification card contains a photograph of the elector;

(e)   a valid U.S. passport;

(f)   a valid employee identification card containing the photograph of the elector and issued by any branch, department, agency, or entity of the U.S. government, the State of Alabama, or any county, municipality, board, authority, or other entity of this state;

(g)   a valid student or employee identification card issued by a public or private college, university, or postgraduate technical or professional school located within the State of Alabama, provided that such identification card contains a photograph of the elector;

(h)   a valid U.S. military identification card, provided that such identification card contains a photograph of the elector; or

(i)   a valid tribal identification card containing a photograph of the elector.

If you already possess one of these documents, do not complete this application.

In order to receive this card you must provide a document that contains your full legal name and date of birth. All of the information may be contained in the same document. Verification of voter registration can be electronically verified by issuing office.

Your application must be signed and sworn to under penalty of perjury pursuant to the laws of the State of Alabama. Any falsification or fraud in the making of this application shall constitute a Class C felony.

Please mail or hand-deliver your completed voter registration
application to your county Board of Registrars office.

The mailing address and phone number for each county
Board of Registrars office is provided on page 3 of this document.