FILED
2021 Dec-23  PM 07:30
U.S. DISTRICT COURT
N.D. OF ALABAMA

JOHN H. MERRILL
SECRETARY OF STATE

ALABAMA STATE CAPITOL
MONTGOMERY, AL 36130

# STATE OF ALABAMA

**I, John H. Merrill, Secretary of State of the State of Alabama, having custody of the Great and Principal Seal of said State, do hereby certify that**

in accordance with the Code of Alabama, 1975, as amended, the Alabama Democratic Party initially filed a certification of its candidates for the Primary Election to be held on Tuesday, March 3, 2020 with the Office of the Secretary of State on December 11, 2019. The Alabama Democratic Party filed an amended certification of its candidates on December 18, 2019.  Attached to this certification are both the amended and original certifications certified by the Alabama Democratic Party for the 2020 Primary Election. Please use the **amended** certification, certified to our office on December 18, 2019.



**In Testimony Whereof, I have hereunto set my hand and affixed the Great Seal of the State, at the Capitol, in the City of Montgomery, on this day.**

December 20, 2019
**Date**

*J. H. Merrill*

John H. Merrill                    **Secretary of State**



# Alabama Democratic Party

Post Office Box 950 ● Montgomery, Alabama 36101-0950 ● Phone - 334.262.2221 ● Fax - 334.262.6474
*www.aldemocrats.org* ● *aldemocrats@gmail.com*



The Honorable John H. Merrill
Secretary of State
State Capitol Building
600 Dexter Avenue - Suite S-105
Montgomery, AL 36130

## CERTIFICATION

Pursuant to Section 17-13-5, Code of Alabama, 1975, I hereby certify that the persons whose names appear on the following schedules have filed qualifications for the March 3, 2020 Democratic primary election as candidates for the office indicated.

Subject to the provisions therein, I declare that unopposed candidates are nominated.

This certificate is subject to such disqualifications or corrective action as hereafter may be made.

Given under my hand, this eighteen day of December, 2019.

Christopher John England
Alabama Democratic Party Chair

*March 3, 2020 Alabama Democratic primary election*

| | name as it appears on ballot | status |
|---|---|---|
| President of the United States | Michael Bennet | Primary |
| President of the United States | Joseph R. Biden | Primary |
| President of the United States | Michael R. Bloomberg | Primary |
| President of the United States | Cory Booker | Primary |
| President of the United States | Pete Buttigieg | Primary |
| President of the United States | Julián Castro | Primary |
| President of the United States | John K. Delaney | Primary |
| President of the United States | Tulsi Gabbard | Primary |
| President of the United States | Amy Klobuchar | Primary |
| President of the United States | Bernie Sanders | Primary |
| President of the United States | Tom Steyer | Primary |
| President of the United States | Elizabeth Warren | Primary |
| President of the United States | Marianne Williamson | Primary |
| President of the United States | Andrew Yang | Primary |
| President of the United States | Uncommitted | Primary |
| | | |
| United States Senator | Doug Jones | Nominee |
| | | |
| United States Representative, District 1 | James Averhart | Primary |
| United States Representative, District 1 | Rick Collins | Primary |
| United States Representative, District 1 | Kiani A. Gardner | Primary |
| United States Representative, District 2 | Phyllis Harvey-Hall | Primary |
| United States Representative, District 2 | Nathan Mathis | Primary |
| United States Representative, District 3 | Adia Winfrey | Nominee |
| United States Representative, District 4 | Rick Neighbors | Nominee |
| United States Representative, District 7 | Terri A. Sewell | Nominee |
| | | |
| President of the Public Service Commission | Laura Casey | Primary |
| President of the Public Service Commission | Robert L. Mardis, III | Primary |
| | | |
| State Board of Education 1 | Tom Holmes | Nominee |
| State Board of Education 3 | Jarralynne Agee | Nominee |
| State Board of Education 5 | Fred Bell | Primary |
| State Board of Education 5 | Tonya Smith Chestnut | Primary |
| State Board of Education 5 | Ron Davis | Primary |
| State Board of Education 5 | Pamela J. Laffitte | Primary |

*March 3, 2020 Alabama Democratic primary election*

| | name as it appears on ballot | status |
|---|---|---|
| State Board of Education 5 | Patrice "Penni" McClammy | Primary |
| State Board of Education 5 | Woodie E. Pugh Jr. | Primary |
| State Board of Education 5 | Joanne Shum | Primary |
| State Board of Education 5 | Billie Jean Young | Primary |
| | | |
| Circuit Judge, 10th Circuit, Place 02, Jefferson County | Shanta Owens | Nominee |
| Circuit Judge, 10th Circuit, Place 03, Jefferson County | Kechia Davis | Primary |
| Circuit Judge, 10th Circuit, Place 03, Jefferson County | Sandy E. Lee | Primary |
| Circuit Judge, 10th Circuit, Place 03, Jefferson County | Everett W. Wess | Primary |
| Circuit Judge, 10th Circuit, Place 10, Jefferson County | Patrick James Ballard | Nominee |
| Circuit Judge, 10th Circuit, Place 16, Jefferson County | Linda Hall | Nominee |
| Circuit Judge, 15th Circuit, Place 02, Montgomery County | Madeline Hinson Lewis | Primary |
| Circuit Judge, 15th Circuit, Place 02, Montgomery County | Brooke E. Reid | Primary |
| Circuit Judge, 15th Circuit, Place 04, Montgomery County | J. R. Gaines | Nominee |
| Circuit Judge, 15th Circuit, Place 07, Montgomery County | LLoria Munnerlyn James | Primary |
| Circuit Judge, 15th Circuit, Place 07, Montgomery County | Vicky U. Toles | Primary |
| Circuit Judge, 15th Circuit, Place 09, Montgomery County | Johnny Hardwick | Nominee |
| Circuit Judge, 26th Circuit, Place 02, Russell County | David Johnson | Nominee |
| | | |
| District Judge, 02nd Circuit, Butler County | Brandon Eugene Collins | Nominee |
| District Judge, 05th Circuit, Macon County | Deborah Hill Biggers | Nominee |
| District Judge, 08th Circuit, Place 03, Morgan County | Paul R. Holland | Nominee |
| District Judge, 10th Circuit, Place 01, Jefferson County | Martha R. Cook | Primary |
| District Judge, 10th Circuit, Place 01, Jefferson County | Gerri Robinson | Primary |
| District Judge, 10th Circuit, Place 02, Jefferson County | Maria Fortune | Nominee |
| District Judge, 10th Circuit, Place 07, Jefferson County | Ruby Yvette Davis | Primary |
| District Judge, 10th Circuit, Place 07, Jefferson County | Terrika Shaw | Primary |
| District Judge, 10th Circuit, Place 07, Jefferson County | Angeline J. Sperling | Primary |
| District Judge, 13th Circuit, Place 03, Mobile County | Alan Colvin | Nominee |
| District Judge, 14th Circuit, Walker County | Seth L. Diamond | Nominee |
| District Judge, 15th Circuit, Place 01, Montgomery County | Monet McCorvey Gaines | Primary |
| District Judge, 15th Circuit, Place 01, Montgomery County | Angela Starr | Primary |
| District Judge, 17th Circuit, Greene County | Lillie Jones-Osborne | Nominee |
| District Judge, 17th Circuit, Sumter County | Steve Boyd | Primary |
| District Judge, 17th Circuit, Sumter County | Tammy Jackson Montgomery | Primary |

# 1st Congressional District

DELEGATE TO THE 2020 DEMOCRATIC NATIONAL CONVENTION

After selecting your Presidential candidate, vote for not more than five (5) delegate candidates pledged to that candidate. If you selected uncommitted, vote for not more than five (5) uncommitted delegate candidates.

Votes for delegate candidates pledged to someone other than your Presidential selection ARE NOT ALLOWED UNDER DEMOCRATIC PARTY RULES.

FOR JOSEPH R. BIDEN DELEGATES, FIRST DISTRICT
(VOTE FOR NO MORE THAN FIVE)



| |
|---|
| Colin Sanders Al-Greene |
| Napoleon Bracy, Jr. |
| John F. Butler |
| Adline C. Clarke, Jr. |
| William M. Cunningham Jr. |
| Barbara Drummond |
| Patricia G. Edington |
| Virginia Edington |
| Jason Fisher |
| Ben H. Harris, III |
| Willie A. James, III |
| Nicholas Martin |
| Mary Morris |
| Barbara Turner |
| Ann White-Spunner |

FOR CORY BOOKER DELEGATES, FIRST DISTRICT
(VOTE FOR NO MORE THAN FIVE)

| |
|---|
| Alison Gay Wood |

**FOR PETE BUTTIGIEG DELEGATES, FIRST DISTRICT**
(VOTE FOR NO MORE THAN FIVE)

| |
|---|
| Mary Ann Chapman |
| Mary H. Johnson |
| Theodore F. Kearley |
| Skylar L. Rutledge |
| Stephanie "Michele" Walker-Harmon |

**FOR BERNIE SANDERS DELEGATES, FIRST DISTRICT**
(VOTE FOR NO MORE THAN FIVE)

| |
|---|
| Kris Adkison |
| Jason "JJ" James |
| Jennifer James |
| Sandi Johnston |
| Henry Juzan Perkins |
| Marian Hope Ponder |

**FOR ELIZABETH WARREN DELEGATES, FIRST DISTRICT**
(VOTE FOR NO MORE THAN FIVE)

| |
|---|
| Wesley J. Funes |
| Jesse McDaniel |
| Simone Normand |
| Nathaniel Robertson |
| Claire W. Taylor-Davis |
| Slade Watson |
| Elizabeth Williams |

**FOR ANDREW YANG DELEGATES, FIRST DISTRICT**
(VOTE FOR NO MORE THAN FIVE)

| |
|---|
| Stacey Yim |

RECEIVED
DEC 2 2019
Secretary
of State

FOR UNCOMMITTED DELEGATES, FIRST DISTRICT
(VOTE FOR NO MORE THAN FIVE)

| |
| --- |
| Robert (Bob) Adams |
| Ron Davis |
| Patricia A. Lewis |
| Phylis A. Logsdon |



# 2nd Congressional District

DELEGATE TO THE 2020 DEMOCRATIC NATIONAL CONVENTION

After selecting your Presidential candidate, vote for not more than five (5) delegate candidates pledged to that candidate. If you selected uncommitted, vote for not more than five (5) uncommitted delegate candidates.

Votes for delegate candidates pledged to someone other than your Presidential selection ARE NOT ALLOWED UNDER DEMOCRATIC PARTY RULES.

**FOR JOSEPH R. BIDEN DELEGATES, SECOND DISTRICT**
(VOTE FOR NO MORE THAN FIVE)

| |
|---|
| John Anzalone |
| William Wilson Blount |
| Lycurgus Hatcher |
| Harriet Jay Hubbard |
| Nolan Ivy Jackson |
| Julian McPhillips |
| Joe Reed |
| Joel Lee Williams |



**FOR PETE BUTTIGIEG DELEGATES, SECOND DISTRICT**
(VOTE FOR NO MORE THAN FIVE)

| |
|---|
| William Alverson |
| Ronnie Garrett Exum |
| Madison Faile |
| Elaine Stopp Mullins |

## FOR BERNIE SANDERS DELEGATES, SECOND DISTRICT
(VOTE FOR NO MORE THAN FIVE)

| |
| --- |
| Jesse Brown |
| Norma Cleghorn |
| J. Mark Coleman |
| Jason Fifield |
| Amanda Morgan-Deel |
| Brandon Lee Richards |
| Tara Sexton |
| Amy Tyler |

## FOR ELIZABETH WARREN DELEGATES, SECOND DISTRICT
(VOTE FOR NO MORE THAN FIVE)

| |
| --- |
| Iesha Brooks |
| Robert Jackson |
| S. Kathleen Kirkpatrick |
| Dillon Nettles |
| Zaakira L. Sadrud-Din |
| Richard Whetstone |
| Pamela Wiggins |



## FOR UNCOMMITTED DELEGATES, SECOND DISTRICT
(VOTE FOR NO MORE THAN FIVE)

| |
| --- |
| Christina Butler |
| Tyna D. Davis |
| Warren L. Davis |
| Tabitha Isner |
| Lee Lindsay |
| Ansley K. Markwell |

# 3rd **Congressional District**

DELEGATE TO THE 2020 DEMOCRATIC NATIONAL CONVENTION

After selecting your Presidential candidate, vote for not more than four (4) delegate candidates pledged to that candidate. If you selected uncommitted, vote for not more than four (4) uncommitted delegate candidates.

Votes for delegate candidates pledged to someone other than your Presidential selection ARE NOT ALLOWED UNDER DEMOCRATIC PARTY RULES.

FOR JOSEPH R. BIDEN DELEGATES, THIRD DISTRICT
(VOTE FOR NO MORE THAN FOUR)

| |
|---|
| Lindsey Bickerstaff |
| Zack Buckner |
| Dolores (Dee) Crumly |
| Lamar Crumly |
| Kay King Davis |
| Johnny Ford |
| Sheila Degan Gilbert |
| Harry Gilliam |
| Jeremy Gray |
| R. Jaime Lowe |
| Rebecca Marion |



FOR CORY BOOKER DELEGATES, THIRD DISTRICT
(VOTE FOR NO MORE THAN FOUR)

| |
|---|
| Al Allenback |

**FOR PETE BUTTIGIEG DELEGATES, THIRD DISTRICT**
(VOTE FOR NO MORE THAN FOUR)

| |
|---|
| Glenn L. Allen |
| Michelle Cely |
| Aaron Fox |
| Grant Garber |
| Mary Lynn Higgins |
| Grace O'Connor |
| Eli O'Connor |
| Michael Shelton |
| Donna Young |

**FOR AMY KLOBUCHAR DELEGATES, THIRD DISTRICT**
(VOTE FOR NO MORE THAN FOUR)

| |
|---|
| Adam Jortner |

**FOR BERNIE SANDERS DELEGATES, THIRD DISTRICT**
(VOTE FOR NO MORE THAN FOUR)

| |
|---|
| Jesse T. Smith |
| Carla Smith |
| Daniel Storey |

**FOR TOM STEYER DELEGATES, THIRD DISTRICT**
(VOTE FOR NO MORE THAN FOUR)

| |
|---|
| Robert E. Hergenroeder |

RECEIVED
DEC 2019
Secretary
of State

FOR ELIZABETH WARREN DELEGATES, THIRD DISTRICT
(VOTE FOR NO MORE THAN FOUR)

| |
| --- |
| Terri Chapman |
| Kristina Michel |
| Samantha Smoot |

FOR UNCOMMITTED DELEGATES, THIRD DISTRICT
(VOTE FOR NO MORE THAN FOUR)

| |
| --- |
| Terry D. Adamson Jr |
| Joanne Shum |
| Ronald Marvin Shum |
| Mary E. Williams |
| Donald J. Williams |



# 4th Congressional District

DELEGATE TO THE 2020 DEMOCRATIC NATIONAL CONVENTION

After selecting your Presidential candidate, vote for not more than three (3) delegate candidates pledged to that candidate. If you selected uncommitted, vote for not more than three (3) uncommitted delegate candidates.

Votes for delegate candidates pledged to someone other than your Presidential selection ARE NOT ALLOWED UNDER DEMOCRATIC PARTY RULES.

**FOR JOSEPH R. BIDEN DELEGATES, FOURTH DISTRICT**
(VOTE FOR NO MORE THAN THREE)

Robert Avery

Maudie Bedford

Roger Bedford

Charles E. Ohare Jr

Nicholas J. Shabel

Jim Spearman

Robert T. (Bob) Wilson, Jr.



**FOR PETE BUTTIGIEG DELEGATES, FOURTH DISTRICT**
(VOTE FOR NO MORE THAN THREE)

Phillip Chandler

Laura K. Gregory

William Smith

**FOR BERNIE SANDERS DELEGATES, FOURTH DISTRICT**
(VOTE FOR NO MORE THAN THREE)

Stan Glasscox

Jared D. Vaughn

Tabatha Vaughn

C "CiCe" Whiteside-Curry

FOR ELIZABETH WARREN DELEGATES, FOURTH DISTRICT
(VOTE FOR NO MORE THAN THREE)

Peggy Baker

John C. Brown

Kyah Harris

Tom Johnson

Dakota Nichols

FOR ANDREW YANG DELEGATES, FOURTH DISTRICT
(VOTE FOR NO MORE THAN THREE)

Dax Atkins

FOR UNCOMMITTED DELEGATES, FOURTH DISTRICT
(VOTE FOR NO MORE THAN THREE)

Yvonne Gist Foster

James Parker



# 5th Congressional District

DELEGATE TO THE 2020 DEMOCRATIC NATIONAL CONVENTION

After selecting your Presidential candidate, vote for not more than five (5) delegate candidates pledged to that candidate. If you selected uncommitted, vote for not more than five (5) uncommitted delegate candidates.

Votes for delegate candidates pledged to someone other than your Presidential selection ARE NOT ALLOWED UNDER DEMOCRATIC PARTY RULES.

**FOR JOSEPH R. BIDEN DELEGATES, FIFTH DISTRICT**
(VOTE FOR NO MORE THAN FIVE)

Susan C. Brown

Amy King Burks

John Cady

Rex Cheatham

Parker Griffith

Laura Hall

Bonnie F. Harrison

William L. Krause

Pam Miles

John Lawson Robinson

Michael L. Smith



**FOR CORY BOOKER DELEGATES, FIFTH DISTRICT**
(VOTE FOR NO MORE THAN FIVE)

Amanda Schenker

**FOR PETE BUTTIGIEG DELEGATES, FIFTH DISTRICT**
(VOTE FOR NO MORE THAN FIVE)

| |
|---|
| Rachael Damiani |
| Nora F. Hickman |
| Vinaya Kulkarni |
| Ruth Marie Oliver |
| Jacob Oswalt |
| Edie Ryan |
| Wade Shaw |
| Robert F. Smith |

**FOR BERNIE SANDERS DELEGATES, FIFTH DISTRICT**
(VOTE FOR NO MORE THAN FIVE)

| |
|---|
| Tara Bailey |
| Ava Caldwell |
| Andrew Cryer |
| Patrick Doyle |
| Jessie Doyle |
| Heather Mailman |



**FOR ELIZABETH WARREN DELEGATES, FIFTH DISTRICT**
(VOTE FOR NO MORE THAN FIVE)

| |
|---|
| Nicholas Anderson |
| Elaine Atha |
| Shelby Agnew Britt |
| Allison Lee Brock |
| Barbara Bryant Cady |
| Sarah Campbell |
| Jordan Cozby |
| Michael F. Nunes |
| Wesley Torain |

FOR ANDREW YANG DELEGATES, FIFTH DISTRICT,
(VOTE FOR NO MORE THAN FIVE)

Shalin H. Mody

FOR UNCOMMITTED DELEGATES, FIFTH DISTRICT
(VOTE FOR NO MORE THAN FIVE)

Sara M. Bradley

Cindi Cassis Branham

Gregory S. Burns

Mark F. Cagle

Marsha Gillis

Lauren Martinson

Tom Ryan

Eddie C. Sherrod

Michelle L. Watkins

Nancy Worley



# 6th Congressional District

DELEGATE TO THE 2020 DEMOCRATIC NATIONAL CONVENTION

After selecting your Presidential candidate, vote for not more than four (4) delegate candidates pledged to that candidate. If you selected uncommitted, vote for not more than four (4) uncommitted delegate candidates.

Votes for delegate candidates pledged to someone other than your Presidential selection ARE NOT ALLOWED UNDER DEMOCRATIC PARTY RULES.

FOR JOSEPH R. BIDEN DELEGATES, SIXTH DISTRICT
(VOTE FOR NO MORE THAN FOUR)



Richard L. Anderson

Brooke Battle

Carrie J. Buntain

Steven Andrew Burns

Charlene Cannon

Rhonda Chambers

Major R. Click

Carolyn (CiCi) Culpepper

Earl F. Hilliard Sr.

Dontrel Mosely

Felix Parker

Lashunda Scales

Teresa Smiley

George A. (Tony) Thompson

Doug Turner

FOR MICHAEL BLOOMBERG DELEGATES, SIXTH DISTRICT
(VOTE FOR NO MORE THAN FOUR)

Ken King

FOR PETE BUTTIGIEG DELEGATES, SIXTH DISTRICT
(VOTE FOR NO MORE THAN FOUR)

| |
|---|
| Matthew Alan Buchanan |
| Charles R. Evans Jr. |
| Sherri Friday |
| Tyler R. Hinton |
| Samantha Humphries |
| Wilfred Hunt |
| Kathleen Lowe |
| Mayen Ma |
| Louise McPhillips |
| Frank McPhillips |
| Kristy Mosolino |
| Sam J. Mosolino |
| John W. Odum |
| Aahil M. Rajpari |
| Gloria E. Tyson |
| Catherine Vinson |
| Misha Mullins Whitman |
| Ralph Yeilding |
| Ralph Young |



FOR AMY KLOBUCHAR DELEGATES, SIXTH DISTRICT
(VOTE FOR NO MORE THAN FOUR)

| |
|---|
| Linda Verin |

**FOR BERNIE SANDERS DELEGATES, SIXTH DISTRICT**
(VOTE FOR NO MORE THAN FOUR)

| |
|---|
| Virginia Teague Applebaum |
| Caleb Burnett |
| Julia Juarez |
| Haley Mack |
| Robert L. Mardis, III |

**FOR TOM STEYER DELEGATES, SIXTH DISTRICT**
(VOTE FOR NO MORE THAN FOUR)

| |
|---|
| Patricia Bennett |

**FOR ELIZABETH WARREN DELEGATES, SIXTH DISTRICT**
(VOTE FOR NO MORE THAN FOUR)

| |
|---|
| Fontaine Carpenter |
| Merika Coleman |
| Alan Friday |
| Barbara McElroy |
| Christopher Mosley |
| Taylor Iman Packer |
| Karen Templeton |
| Will Wilder |
| Charmella Williams |

**FOR ANDREW YANG DELEGATES, SIXTH DISTRICT**
(VOTE FOR NO MORE THAN FOUR)

| |
|---|
| Ian Prado |
| Jessica Pruitt |

FOR UNCOMMITTED DELEGATES, SIXTH DISTRICT
(VOTE FOR NO MORE THAN FOUR)

| |
| --- |
| Josh Carpenter |
| Andrew Gelderman |
| Toni Kornegay Vaughn |



# 7th Congressional District

DELEGATE TO THE 2020 DEMOCRATIC NATIONAL CONVENTION

After selecting your Presidential candidate, vote for not more than eight (8) delegate candidates pledged to that candidate. If you selected uncommitted, vote for not more than eight (8) uncommitted delegate candidates.

Votes for delegate candidates pledged to someone other than your Presidential selection ARE NOT ALLOWED UNDER DEMOCRATIC PARTY RULES.

FOR JOSEPH R. BIDEN DELEGATES, SEVENTH DISTRICT
(VOTE FOR NO MORE THAN EIGHT)

| |
|---|
| Linda Coleman-Madison |
| Christopher Davis |
| Myisha Davis |
| Pat Davis |
| Richard E. Franklin Jr. |
| Juandalynn Givan |
| Alexandria Hilliard |
| John Hilliard |
| Earl Hilliard, Jr. |
| Devore Jones |
| Sherry McClain |
| Gregg McCormick |
| Terri Michal |
| Michael Miller |
| William "Bill" Minor |
| TaShina Morris |
| Nancy Gardner Sewell |
| Shelia Smoot |
| Erica Turner |
| Sheila D. Tyson |



## FOR PETE BUTTIGIEG DELEGATES, SEVENTH DISTRICT
(VOTE FOR NO MORE THAN EIGHT)

| |
|---|
| T. Jason Colburn |
| Rose Crocker |
| Stephen Curry |
| Michael Fierman |
| Russell C. Howard |
| Tyler Mercer |
| Wayne Rogers |
| Lauri Rogers |
| Cassandra Leigh Williamson |

## FOR BERNIE SANDERS DELEGATES, SEVENTH DISTRICT
(VOTE FOR NO MORE THAN EIGHT)



| |
|---|
| Samuel Badger |
| Madelaine Bowie |
| Starr Culpepper |
| Quang Do |
| Jennifer Freehling |
| Bert McLelland |
| Jilisa Milton |
| D. Anthony "Tony" Parker |
| Qunelius "Cory" Pettway |
| Richard Allan Rice |
| Joi L. Travis |
| Sharron A. Williams |
| Keith O. Williams |

**FOR ELIZABETH WARREN DELEGATES, SEVENTH DISTRICT**
(VOTE FOR NO MORE THAN EIGHT)

William M. Benton

Josh Coleman

Tasha Coryell

Whitman Miller

Nayirah A. Muhammad

**FOR ANDREW YANG DELEGATES, SEVENTH DISTRICT**
(VOTE FOR NO MORE THAN EIGHT)

Andrew K. Hyder

Anna Richardson

**FOR UNCOMMITTED DELEGATES, SEVENTH DISTRICT**
(VOTE FOR NO MORE THAN EIGHT)

Monica L. Arrington

Fred Bell

Caleb Florence

Greg Griffin Jr.

LaTanya Millhouse

Brenda J. Smothers





# Alabama Democratic Party

Post Office Box 950 ● Montgomery, Alabama 36101-0950 ● Phone - 334.262.2221 ● Fax - 334.262.6474
*www.aldemocrats.org ● aldemocrats@gmail.com*

RECEIVED
ELECTIONS DIVISION

DEC 1 1 2019

*CbC*

ALABAMA
SECRETARY OF STATE

The Honorable John H. Merrill
Secretary of State
State Capitol Building
600 Dexter Avenue - Suite S-105
Montgomery, AL 36130

## CERTIFICATION

Pursuant to Section 17-13-5, Code of Alabama, 1975, I hereby certify that the persons whose names appear on the following schedules have filed qualifications for the March 3, 2020 Democratic primary election as candidates for the office indicated.

Subject to the provisions therein, I declare that unopposed candidates are nominated.

This certificate is subject to such disqualifications or corrective action as hereafter may be made.

Given under my hand, this sixth day of December, 2019.

Christopher John England
Alabama Democratic Party Chair

*March 3, 2020 Alabama Democratic primary election*

| office | name as it appears on ballot | status |
|---|---|---|
| President of the United States | Michael Bennet | Primary |
| President of the United States | Joseph R. Biden | Primary |
| President of the United States | Michael R. Bloomberg | Primary |
| President of the United States | Cory Booker | Primary |
| President of the United States | Pete Buttigieg | Primary |
| President of the United States | Julián Castro | Primary |
| President of the United States | John K. Delaney | Primary |
| President of the United States | Tulsi Gabbard | Primary |
| President of the United States | Amy Klobuchar | Primary |
| President of the United States | Bernie Sanders | Primary |
| President of the United States | Tom Steyer | Primary |
| President of the United States | Elizabeth Warren | Primary |
| President of the United States | Marianne Williamson | Primary |
| President of the United States | Andrew Yang | Primary |
| President of the United States | Uncommitted | Primary |
| | | |
| United States Senator | Doug Jones | Nominee |
| | | |
| United States Representative, District 1 | James Averhart | Primary |
| United States Representative, District 1 | Rick Collins | Primary |
| United States Representative, District 1 | Kiani A. Gardner | Primary |
| United States Representative, District 2 | Phyllis Harvey-Hall | Primary |
| United States Representative, District 2 | Nathan Mathis | Primary |
| United States Representative, District 3 | Adia Winfrey | Nominee |
| United States Representative, District 4 | Rick Neighbors | Nominee |
| United States Representative, District 7 | Terri A. Sewell | Nominee |
| | | |
| President of the Public Service Commission | Laura Casey | Primary |
| President of the Public Service Commission | Robert L. Mardis, III | Primary |
| | | |
| State Board of Education 1 | Tom Holmes | Nominee |
| State Board of Education 3 | Jarralynne Agee | Nominee |
| State Board of Education 5 | Fred Bell | Primary |
| State Board of Education 5 | Tonya Smith Chestnut | Primary |
| State Board of Education 5 | Ron Davis | Primary |
| State Board of Education 5 | Pamela J. Laffitte | Primary |

*March 3, 2020 Alabama Democratic primary election*

| office | name as it appears on ballot | status |
|--------|------------------------------|--------|
| State Board of Education 5 | Patrice "Penni" McClammy | Primary |
| State Board of Education 5 | Woodie E. Pugh Jr. | Primary |
| State Board of Education 5 | Joanne Shum | Primary |
| State Board of Education 5 | Robert White II | Primary |
| State Board of Education 5 | Billie Jean Young | Primary |
| | | |
| Circuit Judge, 10th Circuit, Place 02, Jefferson County | Shanta Owens | Nominee |
| Circuit Judge, 10th Circuit, Place 03, Jefferson County | Kechia Davis | Primary |
| Circuit Judge, 10th Circuit, Place 03, Jefferson County | Sandy E. Lee | Primary |
| Circuit Judge, 10th Circuit, Place 03, Jefferson County | Everett W. Wess | Primary |
| Circuit Judge, 10th Circuit, Place 10, Jefferson County | Patrick James Ballard | Nominee |
| Circuit Judge, 10th Circuit, Place 16, Jefferson County | Linda Hall | Nominee |
| Circuit Judge, 15th Circuit, Place 02, Montgomery County | Madeline Hinson Lewis | Primary |
| Circuit Judge, 15th Circuit, Place 02, Montgomery County | Brooke E. Reid | Primary |
| Circuit Judge, 15th Circuit, Place 04, Montgomery County | J. R. Gaines | Nominee |
| Circuit Judge, 15th Circuit, Place 07, Montgomery County | LLoria Munnerlyn James | Primary |
| Circuit Judge, 15th Circuit, Place 07, Montgomery County | Vicky U. Toles | Primary |
| Circuit Judge, 15th Circuit, Place 09, Montgomery County | Johnny Hardwick | Nominee |
| Circuit Judge, 26th Circuit, Place 02, Russell County | David Johnson | Nominee |
| | | |
| District Judge, 02nd Circuit, Butler County | Brandon Eugene Collins | Nominee |
| District Judge, 05th Circuit, Macon County | Deborah Hill Biggers | Nominee |
| District Judge, 08th Circuit, Place 03, Morgan County | Paul R. Holland | Nominee |
| District Judge, 10th Circuit, Place 01, Jefferson County | Martha R. Cook | Primary |
| District Judge, 10th Circuit, Place 01, Jefferson County | Gerri Robinson | Primary |
| District Judge, 10th Circuit, Place 02, Jefferson County | Maria Fortune | Nominee |
| District Judge, 10th Circuit, Place 07, Jefferson County | Ruby Yvette Davis | Primary |
| District Judge, 10th Circuit, Place 07, Jefferson County | Terrika Shaw | Primary |
| District Judge, 10th Circuit, Place 07, Jefferson County | Angeline J. Sperling | Primary |
| District Judge, 13th Circuit, Place 03, Mobile County | Alan Colvin | Nominee |
| District Judge, 14th Circuit, Walker County | Seth L. Diamond | Nominee |
| District Judge, 15th Circuit, Place 01, Montgomery County | Monet McCorvey Gaines | Primary |
| District Judge, 15th Circuit, Place 01, Montgomery County | Angela Starr | Primary |
| District Judge, 17th Circuit, Greene County | Lillie Jones-Osborne | Nominee |
| District Judge, 17th Circuit, Sumter County | Steve Boyd | Primary |
| District Judge, 17th Circuit, Sumter County | Tammy Jackson Montgomery | Primary |

# 1st Congressional District

DELEGATE TO THE 2020 DEMOCRATIC NATIONAL CONVENTION

After selecting your Presidential candidate, vote for not more than five (5) delegate candidates pledged to that candidate. If you selected uncommitted, vote for not more than five (5) uncommitted delegate candidates.

Votes for delegate candidates pledged to someone other than your Presidential selection ARE NOT ALLOWED UNDER DEMOCRATIC PARTY RULES.

FOR JOSEPH R. BIDEN DELEGATES, FIRST DISTRICT
(VOTE FOR NO MORE THAN FIVE)

| |
|---|
| Colin Sanders Al-Greene |
| Napoleon Bracy, Jr. |
| John F. Butler |
| Adline C. Clarke, Jr. |
| William M. Cunningham |
| Barbara Drummond |
| Patricia G. Edington |
| Virginia Edington |
| Jason Fisher |
| Ben H. Harris, III |
| Willie A. James, III |
| Nicholas Martin |
| Mary Morris |
| Barbara Turner |
| Ann White-Spunner |

FOR CORY BOOKER DELEGATES, FIRST DISTRICT
(VOTE FOR NO MORE THAN FIVE)

| |
|---|
| Alison Gay Wood |

FOR PETE BUTTIGIEG DELEGATES, FIRST DISTRICT
(VOTE FOR NO MORE THAN FIVE)

| |
|---|
| Mary Ann Chapman |
| Mary H. Johnson |
| Theodore F. Kearley |
| Skylar L. Rutledge |
| Stephanie "Michele" Walker-Harmon |

FOR BERNIE SANDERS DELEGATES, FIRST DISTRICT
(VOTE FOR NO MORE THAN FIVE)

| |
|---|
| Kris Adkison |
| Jason "JJ" James |
| Jennifer James |
| Sandi Johnston |
| Henry Juzan Perkins |
| Marian Hope Ponder |

FOR ELIZABETH WARREN DELEGATES, FIRST DISTRICT
(VOTE FOR NO MORE THAN FIVE)

| |
|---|
| Wesley J. Funes |
| Jesse McDaniel |
| Simone Normand |
| Nathaniel Robertson |
| Claire W. Taylor-Davis |
| Slade Watson |
| Elizabeth Williams |

FOR ANDREW YANG DELEGATES, FIRST DISTRICT
(VOTE FOR NO MORE THAN FIVE)

| |
|---|
| Stacey Yim |

FOR UNCOMMITTED DELEGATES, FIRST DISTRICT
(VOTE FOR NO MORE THAN FIVE)

Robert (Bob) Adams

Ron Davis

Patricia A. Lewis

Phylis A. Logsdon

# 2nd Congressional District

DELEGATE TO THE 2020 DEMOCRATIC NATIONAL CONVENTION

After selecting your Presidential candidate, vote for not more than five (5) delegate candidates pledged to that candidate. If you selected uncommitted, vote for not more than five (5) uncommitted delegate candidates.

Votes for delegate candidates pledged to someone other than your Presidential selection ARE NOT ALLOWED UNDER DEMOCRATIC PARTY RULES.

FOR JOSEPH R. BIDEN DELEGATES, SECOND DISTRICT
(VOTE FOR NO MORE THAN FIVE)

| |
|---|
| John Anzalone |
| William Wilson Blount |
| Lycurgus Hatcher |
| Harriet Jay Hubbard |
| Nolan Ivy Jackson |
| Julian McPhillips |
| Joe Reed |
| Joel Lee Williams |

FOR PETE BUTTIGIEG DELEGATES, SECOND DISTRICT
(VOTE FOR NO MORE THAN FIVE)

| |
|---|
| William Alverson |
| Ronnie Garrett Exum |
| Madison Faile |
| Elaine Stopp Mullins |

FOR BERNIE SANDERS DELEGATES, SECOND DISTRICT
(VOTE FOR NO MORE THAN FIVE)

Jesse Brown

Norma Cleghorn

J. Mark Coleman

Jason Fifield

Amanda Morgan-Deel

Brandon Lee Richards

Tara Sexton

Amy Tyler


FOR ELIZABETH WARREN DELEGATES, SECOND DISTRICT
(VOTE FOR NO MORE THAN FIVE)

Iesha Brooks

Robert Jackson

S. Kathleen Kirkpatrick

Dillon Nettles

Zaakira L. Sadrud-Din

Richard Whetstone

Pamela Wiggins


FOR UNCOMMITTED DELEGATES, SECOND DISTRICT
(VOTE FOR NO MORE THAN FIVE)

Christina Butler

Tyna D. Davis

Warren L. Davis

Tabitha Isner

Lee Lindsay

Ansley K. Markwell

# 3rd Congressional District

DELEGATE TO THE 2020 DEMOCRATIC NATIONAL CONVENTION

After selecting your Presidential candidate, vote for not more than four (4) delegate candidates pledged to that candidate. If you selected uncommitted, vote for not more than four (4) uncommitted delegate candidates.

Votes for delegate candidates pledged to someone other than your Presidential selection ARE NOT ALLOWED UNDER DEMOCRATIC PARTY RULES.

FOR JOSEPH R. BIDEN DELEGATES, THIRD DISTRICT
(VOTE FOR NO MORE THAN FOUR)

| |
|---|
| Lindsey Bickerstaff |
| Zack Buckner |
| Dolores (Dee) Crumly |
| Lamar Crumly |
| Kay King Davis |
| Johnny Ford |
| Sheila Degan Gilbert |
| Harry Gilliam |
| Jeremy Gray |
| R. Jaime Lowe |
| Rebecca Marion |

FOR CORY BOOKER DELEGATES, THIRD DISTRICT
(VOTE FOR NO MORE THAN FOUR)

| |
|---|
| Al Allenback |

FOR PETE BUTTIGIEG DELEGATES, THIRD DISTRICT
(VOTE FOR NO MORE THAN FOUR)

Glenn L. Allen

Michelle Cely

Aaron Fox

Grant Garber

Mary Lynn Higgins

Grace O'Connor

Eli O'Connor

Michael Shelton

Donna Young

FOR AMY KLOBUCHAR DELEGATES, THIRD DISTRICT
(VOTE FOR NO MORE THAN FOUR)

Adam Jortner

FOR BERNIE SANDERS DELEGATES, THIRD DISTRICT
(VOTE FOR NO MORE THAN FOUR)

Jesse T. Smith

Carla Smith

Daniel Storey

FOR TOM STEYER DELEGATES, THIRD DISTRICT
(VOTE FOR NO MORE THAN FOUR)

Robert E. Hergenroeder

FOR ELIZABETH WARREN DELEGATES, THIRD DISTRICT
(VOTE FOR NO MORE THAN FOUR)

| |
| --- |
| Terri Chapman |
| Kristina Michel |
| Samantha Smoot |


FOR UNCOMMITTED DELEGATES, THIRD DISTRICT
(VOTE FOR NO MORE THAN FOUR)

| |
| --- |
| Terry D. Adamson Jr |
| Joanne Shum |
| Ronald Marvin Shum |
| Mary E. Williams |
| Donald J. Williams |

# 4th Congressional District

DELEGATE TO THE 2020 DEMOCRATIC NATIONAL CONVENTION

After selecting your Presidential candidate, vote for not more than three (3) delegate candidates pledged to that candidate. If you selected uncommitted, vote for not more than three (3) uncommitted delegate candidates.

Votes for delegate candidates pledged to someone other than your Presidential selection ARE NOT ALLOWED UNDER DEMOCRATIC PARTY RULES.

FOR JOSEPH R. BIDEN DELEGATES, FOURTH DISTRICT
(VOTE FOR NO MORE THAN THREE)

Robert Avery

Maudie Bedford

Roger Bedford

Charles E. Ohare Jr

Nicholas J. Shabel

Jim Spearman

Robert T. (Bob) Wilson, Jr.

FOR PETE BUTTIGIEG DELEGATES, FOURTH DISTRICT
(VOTE FOR NO MORE THAN THREE)

Phillip Chandler

Laura K. Gregory

William Smith

FOR BERNIE SANDERS DELEGATES, FOURTH DISTRICT
(VOTE FOR NO MORE THAN THREE)

Stan Glasscox

Jared D. Vaughn

Tabatha Vaughn

C "CiCe" Whiteside-Curry

FOR ELIZABETH WARREN DELEGATES, FOURTH DISTRICT
(VOTE FOR NO MORE THAN THREE)

| |
|---|
| Peggy Baker |
| John C. Brown |
| Kyah Harris |
| Tom Johnson |
| Dakota Nichols |

FOR ANDREW YANG DELEGATES, FOURTH DISTRICT
(VOTE FOR NO MORE THAN THREE)

| |
|---|
| Dax Atkins |

FOR UNCOMMITTED DELEGATES, FOURTH DISTRICT
(VOTE FOR NO MORE THAN THREE)

| |
|---|
| Yvonne Gist Foster |
| James Parker |

# 5th Congressional District

DELEGATE TO THE 2020 DEMOCRATIC NATIONAL CONVENTION

After selecting your Presidential candidate, vote for not more than five (5) delegate candidates pledged to that candidate. If you selected uncommitted, vote for not more than five (5) uncommitted delegate candidates.

Votes for delegate candidates pledged to someone other than your Presidential selection ARE NOT ALLOWED UNDER DEMOCRATIC PARTY RULES.

FOR JOSEPH R. BIDEN DELEGATES, FIFTH DISTRICT
(VOTE FOR NO MORE THAN FIVE)

| |
|---|
| Susan C. Brown |
| Amy King Burks |
| John Cady |
| Rex Cheatham |
| Parker Griffith |
| Laura Hall |
| Bonnie F. Harrison |
| William L. Krause |
| Pam Miles |
| John Lawson Robinson |
| Michael L. Smith |

FOR CORY BOOKER DELEGATES, FIFTH DISTRICT
(VOTE FOR NO MORE THAN FIVE)

| |
|---|
| Amanda Schenker |

FOR PETE BUTTIGIEG DELEGATES, FIFTH DISTRICT
(VOTE FOR NO MORE THAN FIVE)

| |
|---|
| Rachael Damiani |
| Nora F. Hickman |
| Vinaya Kulkarni |
| Ruth Marie Oliver |
| Jacob Oswalt |
| Edie Ryan |
| Wade Shaw |
| Robert F. Smith |

FOR BERNIE SANDERS DELEGATES, FIFTH DISTRICT
(VOTE FOR NO MORE THAN FIVE)

| |
|---|
| Tara Bailey |
| Ava Caldwell |
| Andrew Cryer |
| Patrick Doyle |
| Jessie Doyle |
| Heather Mailman |

FOR ELIZABETH WARREN DELEGATES, FIFTH DISTRICT
(VOTE FOR NO MORE THAN FIVE)

| |
|---|
| Nicholas Anderson |
| Elaine Atha |
| Shelby Agnew Britt |
| Allison Lee Brock |
| Barbara Bryant Cady |
| Sarah Campbell |
| Jordan Cozby |
| Michael F. Nunes |
| Wesley Torain |

FOR ANDREW YANG DELEGATES, FIFTH DISTRICT
(VOTE FOR NO MORE THAN FIVE)

Shalin H. Mody


FOR UNCOMMITTED DELEGATES, FIFTH DISTRICT
(VOTE FOR NO MORE THAN FIVE)

Sara M. Bradley

Cindi Cassis Branham

Gregory S. Burns

Mark F. Cagle

Marsha Gillis

Lauren Martinson

Tom Ryan

Eddie C. Sherrod

Michelle L. Watkins

Nancy Worley

# 6th Congressional District

DELEGATE TO THE 2020 DEMOCRATIC NATIONAL CONVENTION

After selecting your Presidential candidate, vote for not more than four (4) delegate candidates pledged to that candidate. If you selected uncommitted, vote for not more than four (4) uncommitted delegate candidates.

Votes for delegate candidates pledged to someone other than your Presidential selection ARE NOT ALLOWED UNDER DEMOCRATIC PARTY RULES.


FOR JOSEPH R. BIDEN DELEGATES, SIXTH DISTRICT
(VOTE FOR NO MORE THAN FOUR)

Richard L. Anderson

Brooke Battle

Carrie J. Buntain

Steven Andrew Burns

Charlene Cannon

Rhonda Chambers

Major R. Click

Carolyn (CiCi) Culpepper

Earl F. Hilliard Sr.

Dontrel Mosely

Felix Parker

Lashunda Scales

Teresa Smiley

George A. (Tony) Thompson

Doug Turner


FOR MICHAEL BLOOMBERG DELEGATES, SIXTH DISTRICT
(VOTE FOR NO MORE THAN FOUR)

Ken King

FOR PETE BUTTIGIEG DELEGATES, SIXTH DISTRICT
(VOTE FOR NO MORE THAN FOUR)

| |
|---|
| Matthew Alan Buchanan |
| Charles R. Evans Jr. |
| Sherri Friday |
| Tyler R. Hinton |
| Samantha Humphries |
| Wilfred Hunt |
| Kathleen Lowe |
| Mayen Ma |
| Louise McPhillips |
| Frank McPhillips |
| Kristy Mosolino |
| Sam J. Mosolino |
| John W. Odum |
| Aahil M. Rajpari |
| Gloria E. Tyson |
| Catherine Vinson |
| Misha Mullins Whitman |
| Ralph Yeilding |
| Ralph Young |

FOR MICHAEL BLOOMBERG DELEGATES, SIXTH DISTRICT
(VOTE FOR NO MORE THAN FOUR)

| |
|---|
| Linda Verin |

FOR BERNIE SANDERS DELEGATES, SIXTH DISTRICT
(VOTE FOR NO MORE THAN FOUR)

Virginia Teague Applebaum

Caleb Burnett

Julia Juarez

Haley Mack

Robert L. Mardis, III


FOR TOM STEYER DELEGATES, SIXTH DISTRICT
(VOTE FOR NO MORE THAN FOUR)

Patricia Bennett


FOR ELIZABETH WARREN DELEGATES, SIXTH DISTRICT
(VOTE FOR NO MORE THAN FOUR)

Fontaine Carpenter

Merika Coleman

Alan Friday

Barbara McElroy

Christopher Mosley

Taylor Iman Packer

Karen Templeton

Will Wilder

Charmella Williams


FOR ANDREW YANG DELEGATES, SIXTH DISTRICT
(VOTE FOR NO MORE THAN FOUR)

Ian Prado

Jessica Pruitt

FOR UNCOMMITTED DELEGATES, SIXTH DISTRICT
(VOTE FOR NO MORE THAN FOUR)

Josh Carpenter

Andrew Gelderman

Toni Kornegay Vaughn

# 7th Congressional District

DELEGATE TO THE 2020 DEMOCRATIC NATIONAL CONVENTION

After selecting your Presidential candidate, vote for not more than eight (8) delegate candidates pledged to that candidate. If you selected uncommitted, vote for not more than eight (8) uncommitted delegate candidates.

Votes for delegate candidates pledged to someone other than your Presidential selection ARE NOT ALLOWED UNDER DEMOCRATIC PARTY RULES.

FOR JOSEPH R. BIDEN DELEGATES, SEVENTH DISTRICT
(VOTE FOR NO MORE THAN EIGHT)

| |
|---|
| Linda Coleman-Madison |
| Christopher Davis |
| Myisha Davis |
| Pat Davis |
| Richard E. Franklin |
| Juandalynn Givan |
| Alexandria Hilliard |
| John Hilliard |
| Earl Hilliard, Jr. |
| Devore Jones |
| Sherry McClain |
| Gregg McCormick |
| Terri Michal |
| Michael Miller |
| William "Bill" Minor |
| TaShina Morris |
| Nancy Gardner Sewell |
| Shelia Smoot |
| Erica Turner |
| Sheila D. Tyson |

FOR PETE BUTTIGIEG DELEGATES, SEVENTH DISTRICT
(VOTE FOR NO MORE THAN EIGHT)

| |
| --- |
| T. Jason Colburn |
| Rose Crocker |
| Stephen Curry |
| Michael Fierman |
| Russell C. Howard |
| Tyler Mercer |
| Wayne Rogers |
| Lauri Rogers |
| Cassandra Leigh Williamson |

FOR BERNIE SANDERS DELEGATES, SEVENTH DISTRICT
(VOTE FOR NO MORE THAN EIGHT)

| |
| --- |
| Samuel Badger |
| Madelaine Bowie |
| Starr Culpepper |
| Quang Do |
| Jennifer Freehling |
| Bert McLelland |
| Jilisa Milton |
| D. Anthony "Tony" Parker |
| Qunelius "Cory" Pettway |
| Richard Allan Rice |
| Joi L. Travis |
| Sharron A. Williams |
| Keith O. Williams |

FOR TOM STEYER DELEGATES, SEVENTH DISTRICT
(VOTE FOR NO MORE THAN EIGHT)

| |
| --- |
| Patricia Bennett |

FOR ELIZABETH WARREN DELEGATES, SEVENTH DISTRICT
(VOTE FOR NO MORE THAN EIGHT)

| |
| --- |
| William M. Benton |
| Josh Coleman |
| Tasha Coryell |
| Whitman Miller |
| Nayirah A. Muhammad |

FOR ANDREW YANG DELEGATES, SEVENTH DISTRICT
(VOTE FOR NO MORE THAN EIGHT)

| |
| --- |
| Andrew K. Hyder |
| Anna Richardson |

FOR UNCOMMITTED DELEGATES, SEVENTH DISTRICT
(VOTE FOR NO MORE THAN EIGHT)

| |
| --- |
| Monica L. Arrington |
| Fred Bell |
| Caleb Florence |
| Greg Griffin Jr. |
| LaTanya Millhouse |
| Brenda J. Smothers |