

User: bpshan3501
Plan: Poole-Hubbard.cong

Date: Wed Jun 1 13:52:38 GMT-0500 2011

## Population Summary Report

| District No. | Total Population | Deviation | Deviation (%) | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 682,819 | 0 | 0.00 | 19,144 | 455,988 | 191,498 | 7,886 | 9,100 | 327 | 8,061 | 9,959 |
| 2 | 682,820 | 1 | 0.00 | 23,087 | 449,931 | 198,335 | 3,329 | 8,955 | 507 | 10,803 | 10,960 |
| 3 | 682,819 | 0 | 0.00 | 19,228 | 481,431 | 172,696 | 2,500 | 6,354 | 542 | 9,166 | 10,130 |
| 4 | 682,819 | 0 | 0.00 | 41,208 | 570,609 | 65,274 | 6,074 | 3,822 | 530 | 25,253 | 11,257 |
| 5 | 682,820 | 1 | 0.00 | 31,537 | 515,617 | 121,128 | 4,789 | 9,944 | 586 | 16,626 | 14,130 |
| 6 | 682,820 | 1 | 0.00 | 32,575 | 572,461 | 71,754 | 2,068 | 11,362 | 294 | 16,320 | 8,561 |
| 7 | 682,819 | 0 | 0.00 | 18,823 | 229,357 | 430,626 | 1,572 | 4,058 | 271 | 10,681 | 6,254 |

Total Population: 4,779,736
Ideal Population: 682,819
Mean Deviation: 0
Mean Percent Deviation: 0.01
Largest Positive Deviation: 1
Largest Negative Deviation: 0
Overall Range in Deviation: 1
Overall Range in Deviation Percentage: 0.00

SOS001524

User: bpshan3501
Plan: Poole-Hubbard.cong

# District Statistics Report

Date: Wed Jun 1 13:53:24 GMT-0500 2011

| District No. | Total Population | Deviation | Deviation (%) | Total Hispanic (%) | White (%) | Black (%) | American Indian/Alaskan Native (%) | Asian (%) | Hawaiian or Other Pacific Islander (%) | Other (%) | Two or more races (%) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 682,819 | 0 | 0.00 | 19,144 (2.80%) | 455,988 (66.78%) | 191,498 (28.05%) | 7,886 (1.15%) | 9,100 (1.33%) | 327 (0.05%) | 8,061 (1.18%) | 9,959 (1.46%) |
| 2 | 682,820 | 1 | 0.00 | 23,087 (3.38%) | 449,931 (65.89%) | 198,335 (29.05%) | 3,329 (0.49%) | 8,955 (1.31%) | 507 (0.07%) | 10,803 (1.58%) | 10,960 (1.61%) |
| 3 | 682,819 | 0 | 0.00 | 19,228 (2.82%) | 481,431 (70.51%) | 172,696 (25.29%) | 2,500 (0.37%) | 6,354 (0.93%) | 542 (0.08%) | 9,166 (1.34%) | 10,130 (1.48%) |
| 4 | 682,819 | 0 | 0.00 | 41,208 (6.03%) | 570,609 (83.57%) | 65,274 (9.56%) | 6,074 (0.89%) | 3,822 (0.56%) | 530 (0.08%) | 25,253 (3.70%) | 11,257 (1.65%) |
| 5 | 682,820 | 1 | 0.00 | 31,537 (4.62%) | 515,617 (75.51%) | 121,128 (17.74%) | 4,789 (0.70%) | 9,944 (1.46%) | 586 (0.09%) | 16,626 (2.43%) | 14,130 (2.07%) |
| 6 | 682,820 | 1 | 0.00 | 32,575 (4.77%) | 572,461 (83.84%) | 71,754 (10.51%) | 2,068 (0.30%) | 11,362 (1.66%) | 294 (0.04%) | 16,320 (2.39%) | 8,561 (1.25%) |
| 7 | 682,819 | 0 | 0.00 | 18,823 (2.76%) | 229,357 (33.59%) | 430,626 (63.07%) | 1,572 (0.23%) | 4,058 (0.59%) | 271 (0.04%) | 10,681 (1.56%) | 6,254 (0.92%) |

SOS001525

User: bpshan3501
Plan: Poole-Hubbard.cong

Date: Wed Jun 1 13:57:25 GMT-0500 2011

# All Districts Population Report

**District No.** 1
Total Population: 682,819
Total Population 18+: 0
Deviation: 0
Dev. %: 0.00

| | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
|---|---|---|---|---|---|---|---|---|
| Total | 19,144 | 455,988 | 191,498 | 7,866 | 9,100 | 327 | 8,061 | 9,959 |
| Total% | 2.80 | 66.78 | 28.05 | 1.15 | 1.33 | 0.05 | 1.18 | 1.46 |
| Total18+ | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total18+% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**District No.** 2
Total Population: 682,820
Total Population 18+: 0
Deviation: 1
Dev. %: 0.00

| | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
|---|---|---|---|---|---|---|---|---|
| Total | 23,087 | 449,931 | 198,335 | 3,329 | 8,955 | 507 | 10,803 | 10,960 |
| Total% | 3.38 | 65.89 | 29.05 | 0.49 | 1.31 | 0.07 | 1.58 | 1.61 |
| Total18+ | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total18+% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

SOS001526

| District No. | | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
|---|---|---|---|---|---|---|---|---|---|
| 3 | | | | | | | | | |
| Total Population | 682,819 | | | | | | | | |
| Total Population 18+ | 0 | | | | | | | | |
| Deviation | 0 | | | | | | | | |
| Dev. % | 0.00 | | | | | | | | |
| | Total | | 19,228 | 481,431 | 172,696 | 2,500 | 6,354 | 542 | 9,166 | 10,130 |
| | Total% | | 2.82 | 70.51 | 25.29 | 0.37 | 0.93 | 0.08 | 1.34 | 1.48 |
| | Total18+ | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Total18+% | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 4 | | | | | | | | | |
| Total Population | 682,819 | | | | | | | | |
| Total Population 18+ | 0 | | | | | | | | |
| Deviation | 0 | | | | | | | | |
| Dev. % | 0.00 | | | | | | | | |
| | Total | | 41,208 | 570,609 | 65,274 | 6,074 | 3,822 | 530 | 25,253 | 11,257 |
| | Total% | | 6.03 | 83.57 | 9.56 | 0.89 | 0.56 | 0.08 | 3.70 | 1.65 |
| | Total18+ | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Total18+% | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5 | | | | | | | | | |
| Total Population | 682,820 | | | | | | | | |
| Total Population 18+ | 0 | | | | | | | | |
| Deviation | 1 | | | | | | | | |
| Dev. % | 0.00 | | | | | | | | |
| | Total | | 31,537 | 515,617 | 121,128 | 4,789 | 9,944 | 586 | 16,826 | 14,130 |
| | Total% | | 4.62 | 75.51 | 17.74 | 0.70 | 1.46 | 0.09 | 2.43 | 2.07 |
| | Total18+ | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Total18+% | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

District No. 6

| | Total Population | Total Population 18+ | Deviation | Dev. % |
|---|---|---|---|---|
| | 682,820 | 0 | 1 | 0.00 |

| | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
|---|---|---|---|---|---|---|---|---|
| Total | 32,575 | 572,461 | 71,754 | 2,068 | 11,362 | 294 | 16,320 | 8,561 |
| Total% | 4.77 | 83.84 | 10.51 | 0.30 | 1.66 | 0.04 | 2.39 | 1.25 |
| Total18+ | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total18+% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

District No. 7

| | Total Population | Total Population 18+ | Deviation | Dev. % |
|---|---|---|---|---|
| | 682,819 | 0 | 0 | 0.00 |

| | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
|---|---|---|---|---|---|---|---|---|
| Total | 18,823 | 229,357 | 430,626 | 1,572 | 4,058 | 271 | 10,661 | 6,254 |
| Total% | 2.76 | 33.59 | 63.07 | 0.23 | 0.59 | 0.04 | 1.56 | 0.92 |
| Total18+ | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total18+% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

User: bpshan3501
Plan: Poole-Hubbard.cong

## Assigned District Splits

Date: Thu Jun 23 14:38:32 GMT-0500 2011

| | Total Population | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
|---|---|---|---|---|---|---|---|---|---|
| **District 1** | | | | | | | | | |
| Baldwin County | 182,265 | 7,992 | 156,153 | 17,105 | 1,216 | 1,348 | 89 | 3,631 | 2,723 |
| Conecuh County | 13,228 | 161 | 6,788 | 6,149 | 44 | 17 | 1 | 97 | 132 |
| Escambia County | 38,319 | 718 | 23,784 | 12,220 | 1,288 | 92 | 12 | 343 | 580 |
| Mobile County | 412,992 | 9,936 | 248,647 | 142,992 | 3,681 | 7,561 | 204 | 3,885 | 6,022 |
| Monroe County | 23,068 | 220 | 12,718 | 9,614 | 260 | 67 | 9 | 66 | 334 |
| *Washington County | 12,947 | 117 | 7,898 | 3,418 | 1,397 | 15 | 12 | 39 | 168 |
| District 1 Total | 682,819 | 19,144 | 455,988 | 191,498 | 7,886 | 9,100 | 327 | 8,061 | 9,959 |
| | 100% | 2.8% | 66.78% | 28.05% | 1.15% | 1.33% | 0.05% | 1.18% | 1.46% |
| **District 2** | | | | | | | | | |
| Autauga County | 54,571 | 1,310 | 42,855 | 9,643 | 232 | 474 | 32 | 466 | 869 |
| Barbour County | 27,457 | 1,387 | 13,180 | 12,875 | 114 | 107 | 29 | 894 | 258 |
| Bullock County | 10,914 | 777 | 2,507 | 7,666 | 23 | 20 | 43 | 569 | 86 |
| Butler County | 20,947 | 191 | 11,399 | 9,095 | 60 | 177 | 7 | 48 | 161 |
| Coffee County | 49,948 | 3,180 | 37,330 | 8,359 | 645 | 644 | 100 | 1,623 | 1,247 |
| Covington County | 37,765 | 483 | 32,022 | 4,716 | 214 | 155 | 1 | 135 | 522 |
| Crenshaw County | 13,906 | 204 | 10,097 | 3,254 | 57 | 189 | 8 | 99 | 202 |
| Dale County | 50,251 | 2,821 | 37,236 | 9,679 | 371 | 534 | 44 | 882 | 1,505 |
| Elmore County | 79,303 | 2,129 | 60,455 | 15,900 | 285 | 518 | 63 | 938 | 1,144 |

* indicates split

SOS001529

| | Total Population | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
|---|---|---|---|---|---|---|---|---|---|
| Geneva County | 26,790 | 920 | 23,127 | 2,539 | 224 | 67 | 8 | 409 | 416 |
| Henry County | 17,302 | 389 | 11,865 | 4,942 | 57 | 54 | 2 | 206 | 176 |
| Houston County | 101,547 | 2,995 | 71,053 | 26,176 | 446 | 820 | 49 | 1,244 | 1,759 |
| * Macon County | 2,296 | 15 | 664 | 1,603 | 0 | 9 | 0 | 0 | 20 |
| * Montgomery County | 156,924 | 5,556 | 76,997 | 69,834 | 409 | 4,533 | 97 | 2,949 | 2,105 |
| Pike County | 32,899 | 730 | 19,144 | 12,054 | 192 | 654 | 24 | 341 | 490 |
| District 2 Total | 682,820 | 23,087 | 449,931 | 198,335 | 3,329 | 8,955 | 507 | 10,803 | 10,960 |
| | 100% | 3.38% | 65.89% | 29.05% | 0.49% | 1.31% | 0.07% | 1.58% | 1.61% |
| **District 3** | | | | | | | | | |
| Calhoun County | 118,572 | 3,893 | 88,840 | 24,382 | 540 | 845 | 96 | 1,894 | 1,975 |
| Chambers County | 34,215 | 536 | 20,112 | 13,257 | 69 | 168 | 10 | 214 | 385 |
| Cherokee County | 25,989 | 320 | 24,081 | 1,208 | 135 | 54 | 1 | 123 | 387 |
| Clay County | 13,932 | 399 | 11,380 | 2,066 | 55 | 24 | 0 | 172 | 235 |
| Cleburne County | 14,972 | 307 | 14,079 | 498 | 51 | 23 | 10 | 151 | 160 |
| Coosa County | 11,539 | 230 | 7,648 | 3,582 | 40 | 16 | 15 | 135 | 103 |
| Etowah County | 104,430 | 3,447 | 83,823 | 15,796 | 448 | 672 | 171 | 1,975 | 1,545 |
| Lee County | 140,247 | 4,571 | 100,006 | 31,901 | 445 | 3,658 | 105 | 1,873 | 2,259 |
| * Macon County | 19,156 | 217 | 2,655 | 16,126 | 29 | 67 | 2 | 69 | 208 |
| Randolph County | 22,913 | 649 | 17,532 | 4,607 | 84 | 55 | 5 | 369 | 261 |
| Russell County | 52,947 | 1,946 | 28,449 | 22,135 | 219 | 236 | 113 | 691 | 1,104 |
| Talladega County | 82,291 | 1,671 | 53,739 | 26,055 | 264 | 339 | 6 | 787 | 1,101 |
| Tallapoosa County | 41,616 | 1,042 | 29,087 | 11,083 | 121 | 197 | 8 | 713 | 407 |

| | Total Population | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
|---|---|---|---|---|---|---|---|---|---|
| District 3 Total | 682,819 | 19,228 | 481,431 | 172,696 | 2,500 | 6,354 | 542 | 9,166 | 10,130 |
| | 100% | 2.82% | 70.51% | 25.29% | 0.37% | 0.93% | 0.08% | 1.34% | 1.48% |
| **District 4** | | | | | | | | | |
| * Blount County | 21,388 | 2,020 | 19,756 | 96 | 144 | 42 | 30 | 1,017 | 303 |
| Cullman County | 80,406 | 3,454 | 76,133 | 856 | 408 | 343 | 18 | 1,759 | 889 |
| De Kalb County | 71,109 | 9,690 | 60,087 | 1,078 | 969 | 203 | 147 | 7,051 | 1,574 |
| Fayette County | 17,241 | 204 | 14,910 | 1,969 | 52 | 37 | 0 | 102 | 171 |
| Franklin County | 31,704 | 4,710 | 26,320 | 1,228 | 215 | 63 | 10 | 3,338 | 530 |
| * Jackson County | 18,282 | 289 | 17,200 | 69 | 307 | 32 | 1 | 145 | 528 |
| Lamar County | 14,564 | 180 | 12,626 | 1,643 | 24 | 4 | 2 | 82 | 183 |
| Lawrence County | 34,339 | 574 | 26,647 | 3,938 | 1,953 | 42 | 6 | 275 | 1,478 |
| * Madison County | 40,043 | 1,912 | 33,172 | 3,606 | 398 | 1,014 | 29 | 788 | 1,036 |
| * Marshall County | 89,321 | 11,165 | 77,914 | 1,487 | 676 | 467 | 103 | 7,188 | 1,486 |
| Marion County | 30,776 | 632 | 28,791 | 1,184 | 101 | 54 | 14 | 291 | 341 |
| Pickens County | 19,746 | 313 | 11,110 | 8,211 | 28 | 36 | 1 | 128 | 232 |
| * Tuscaloosa County | 122,393 | 4,119 | 81,388 | 35,866 | 385 | 1,230 | 105 | 2,094 | 1,325 |
| Walker County | 67,023 | 1,307 | 61,146 | 3,928 | 251 | 195 | 36 | 639 | 828 |
| Winston County | 24,484 | 639 | 23,409 | 115 | 163 | 60 | 28 | 356 | 353 |
| District 4 Total | 682,819 | 41,208 | 570,609 | 65,274 | 6,074 | 3,822 | 530 | 25,253 | 11,257 |
| | 100% | 6.03% | 83.57% | 9.56% | 0.89% | 0.56% | 0.08% | 3.7% | 1.65% |
| **District 5** | | | | | | | | | |
| Colbert County | 54,428 | 1,093 | 43,789 | 8,768 | 267 | 229 | 20 | 510 | 845 |

* indicates split

SOS001531

| | Total Population | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
|---|---|---|---|---|---|---|---|---|---|
| * Jackson County | 34,945 | 1,050 | 31,148 | 1,712 | 412 | 153 | 47 | 623 | 850 |
| Lauderdale County | 92,709 | 2,082 | 80,112 | 9,257 | 338 | 685 | 34 | 977 | 1,306 |
| Limestone County | 82,782 | 4,591 | 66,506 | 10,429 | 547 | 924 | 42 | 2,866 | 1,468 |
| * Madison County | 294,768 | 13,492 | 195,108 | 76,770 | 2,153 | 7,251 | 336 | 5,931 | 7,219 |
| * Marshall County | 3,698 | 73 | 3,550 | 7 | 30 | 11 | 0 | 22 | 78 |
| Morgan County | 119,490 | 9,156 | 95,404 | 14,185 | 1,042 | 691 | 107 | 5,697 | 2,364 |
| District 5 Total | 682,820 | 31,537 | 515,617 | 121,128 | 4,789 | 9,944 | 586 | 16,626 | 14,130 |
| | 100% | 4.62% | 75.51% | 17.74% | 0.7% | 1.46% | 0.09% | 2.43% | 2.07% |
| **District 6** | | | | | | | | | |
| * Blount County | 35,934 | 2,606 | 33,312 | 665 | 163 | 75 | 8 | 1,330 | 381 |
| Chilton County | 43,643 | 3,420 | 36,713 | 4,230 | 155 | 130 | 55 | 1,854 | 506 |
| * Jefferson County | 324,565 | 13,266 | 266,752 | 38,977 | 916 | 6,913 | 111 | 7,029 | 3,867 |
| St Clair County | 83,593 | 1,716 | 73,741 | 7,150 | 281 | 518 | 46 | 734 | 1,123 |
| Shelby County | 195,085 | 11,567 | 161,943 | 20,732 | 553 | 3,726 | 74 | 5,373 | 2,684 |
| District 6 Total | 682,820 | 32,575 | 572,461 | 71,754 | 2,068 | 11,362 | 294 | 16,320 | 8,561 |
| | 100% | 4.77% | 83.84% | 10.51% | 0.3% | 1.66% | 0.04% | 2.39% | 1.25% |
| **District 7** | | | | | | | | | |
| Bibb County | 22,915 | 406 | 17,381 | 5,047 | 64 | 22 | 13 | 185 | 203 |
| Choctaw County | 13,859 | 73 | 7,731 | 6,012 | 18 | 12 | 0 | 28 | 58 |
| Clarke County | 25,833 | 271 | 14,070 | 11,336 | 103 | 77 | 4 | 67 | 176 |
| Dallas County | 43,820 | 309 | 12,769 | 30,423 | 85 | 149 | 11 | 84 | 299 |

| | Total Population | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
|---|---|---|---|---|---|---|---|---|---|
| Greene County | 9,045 | 69 | 1,575 | 7,370 | 17 | 15 | 0 | 25 | 43 |
| Hale County | 15,760 | 140 | 6,266 | 9,301 | 25 | 35 | 1 | 44 | 88 |
| * Jefferson County | 333,901 | 12,222 | 82,414 | 237,548 | 824 | 2,245 | 133 | 7,329 | 3,408 |
| Lowndes County | 11,299 | 87 | 2,859 | 8,310 | 25 | 14 | 0 | 31 | 60 |
| Marengo County | 21,027 | 352 | 9,751 | 10,872 | 34 | 53 | 13 | 140 | 164 |
| * Montgomery County | 72,439 | 2,758 | 13,659 | 55,643 | 180 | 288 | 74 | 1,794 | 801 |
| Perry County | 10,591 | 114 | 3,204 | 7,276 | 17 | 30 | 5 | 16 | 43 |
| Sumter County | 13,763 | 86 | 3,326 | 10,316 | 11 | 33 | 4 | 26 | 47 |
| * Tuscaloosa County | 72,263 | 1,830 | 47,616 | 21,745 | 141 | 1,076 | 12 | 899 | 774 |
| * Washington County | 4,634 | 34 | 3,610 | 962 | 14 | 5 | 0 | 4 | 39 |
| Wilcox County | 11,670 | 72 | 3,126 | 8,465 | 14 | 4 | 1 | 9 | 51 |
| District 7 Total | 682,819 | 18,823 | 229,357 | 430,626 | 1,572 | 4,058 | 271 | 10,681 | 6,254 |
| | 100% | 2.76% | 33.59% | 63.07% | 0.23% | 0.59% | 0.04% | 1.56% | 0.92% |

* indicates split

SOS001533

User: bpshan3501
Plan: Poole-Hubbard.Cong

Date: Thu Jun 23 14:50:37 GMT-0500 2011

## VAP Summary Report

| District No. | Total | Total Hispanic18 | White18 | Black18 | American Indian18/Alaskan Native18 | Asian18 | Hawaiian or Other Pacific Islander18 | Other18 | All individuals over 18 who chose two or more races |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 682,819 | 0 | 357,792 | 135,074 | 5,705 | 6,784 | 243 | 5,427 | 5,359 |
| 2 | 682,820 | 0 | 354,485 | 144,176 | 2,542 | 6,733 | 374 | 7,036 | 5,591 |
| 3 | 682,819 | 0 | 381,329 | 126,594 | 1,970 | 4,931 | 370 | 5,970 | 5,266 |
| 4 | 682,819 | 0 | 445,534 | 47,565 | 4,425 | 2,930 | 327 | 15,063 | 6,457 |
| 5 | 682,820 | 0 | 404,523 | 89,898 | 3,582 | 7,545 | 391 | 10,405 | 7,424 |
| 6 | 682,820 | 0 | 442,809 | 51,137 | 1,565 | 8,272 | 213 | 10,465 | 4,537 |
| 7 | 682,819 | 0 | 190,441 | 312,334 | 1,247 | 3,486 | 207 | 7,105 | 3,639 |
| TOTALS | 4,779,736 | 0 | 2,576,913 | 906,778 | 21,036 | 40,681 | 2,125 | 61,471 | 38,273 |

SOS001534

User: bpshan3501
Plan: Poole-Hubbard.cong

Date: Wed Jun 1 14:08:07 GMT-0500 2011

# District Compactness Report

| District | Polygon Area (sq. mi) | Perimeter (mi) | Reock | Area/Convex Hull | Grofman | Schwartzberg | Polsby Popper | Holes |
|---|---|---|---|---|---|---|---|---|
| 1 | 9971.46 | 1108003.01 | 0.41 | 0.77 | 6.89 | 1.94 | 0.26 | 0 |
| 2 | 13451.41 | 1222714.38 | 0.45 | 0.81 | 6.55 | 1.85 | 0.29 | 0 |
| 3 | 11567.04 | 1143983.6 | 0.3 | 0.79 | 6.61 | 1.86 | 0.29 | 0 |
| 4 | 14094.93 | 1576896.61 | 0.27 | 0.7 | 8.25 | 2.33 | 0.18 | 0 |
| 5 | 5891.48 | 935438.27 | 0.22 | 0.76 | 7.57 | 2.14 | 0.22 | 0 |
| 6 | 4739.35 | 1108745.78 | 0.37 | 0.66 | 10.01 | 2.82 | 0.13 | 1 |
| 7 | 14659.2 | 1686728.28 | 0.37 | 0.67 | 8.66 | 2.44 | 0.17 | 0 |

SOS001535

User: bpshan3501
Plan: Poole-Hubbard.cong

Date: Wed Jun 1 13:56:44 GMT-0500 2011

## Unassigned Geographies Report

| FIPS | Total Population | Total Hispanic (%) | White (%) | Black (%) | American Indian/Alaskan Native (%) | Asian (%) | Hawaiian or Other Pacific Islander (%) | Other (%) | Two or more races (%) |
|---|---|---|---|---|---|---|---|---|---|