

User: clee6

Plan: greer congressional 2

Date: Mon Jun 20 14:16:43 GMT-0500 2011

# Population Summary Report

| District No. | Total Population | Deviation | Deviation (%) | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 682,819 | 0 | 0.00 | 19,144 | 455,988 | 191,498 | 7,886 | 9,100 | 327 | 8,061 | 9,959 |
| 2 | 682,819 | 0 | 0.00 | 22,974 | 450,946 | 197,636 | 3,361 | 8,566 | 606 | 10,508 | 11,196 |
| 3 | 682,820 | 1 | 0.00 | 26,658 | 499,424 | 147,591 | 3,188 | 6,299 | 561 | 15,341 | 10,416 |
| 4 | 682,819 | 0 | 0.00 | 33,101 | 556,587 | 87,418 | 5,165 | 4,010 | 408 | 19,091 | 10,140 |
| 5 | 682,819 | 0 | 0.00 | 33,807 | 522,612 | 111,898 | 4,925 | 10,640 | 577 | 17,770 | 14,397 |
| 6 | 682,820 | 1 | 0.00 | 30,554 | 569,762 | 75,559 | 2,047 | 11,339 | 304 | 15,243 | 8,566 |
| 7 | 682,820 | 1 | 0.00 | 19,364 | 220,075 | 439,711 | 1,646 | 3,641 | 274 | 10,896 | 6,577 |

Total Population: 4,779,736
Ideal Population: 682,819
Mean Deviation: 0
Mean Percent Deviation: 0.01
Largest Positive Deviation: 1
Largest Negative Deviation: 0
Overall Range in Deviation: 1
Overall Range in Deviation Percentage: 0.00

SOS001650

User: clee6
Plan: greer congressional 2

Date: Mon Jun 20 14:17:44 GMT-0500 2011

## District Statistics Report

| District No. | Total Population | Deviation | Deviation (%) | Total Hispanic (%) | White (%) | Black (%) | American Indian/Alaskan Native (%) | Asian (%) | Hawaiian or Other Pacific Islander (%) | Other (%) | Two or more races (%) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 682,819 | 0 | 0.00 | 19,144 (2.80%) | 455,988 (66.78%) | 191,498 (28.05%) | 7,886 (1.15%) | 9,100 (1.33%) | 327 (0.05%) | 8,061 (1.18%) | 9,959 (1.46%) |
| 2 | 682,819 | 0 | 0.00 | 22,974 (3.36%) | 450,946 (66.04%) | 197,636 (28.94%) | 3,361 (0.49%) | 8,566 (1.25%) | 606 (0.09%) | 10,508 (1.54%) | 11,196 (1.64%) |
| 3 | 682,820 | 1 | 0.00 | 26,658 (3.90%) | 499,424 (73.14%) | 147,591 (21.61%) | 3,188 (0.47%) | 6,299 (0.92%) | 561 (0.08%) | 15,341 (2.25%) | 10,416 (1.53%) |
| 4 | 682,819 | 0 | 0.00 | 33,101 (4.85%) | 556,587 (81.51%) | 87,418 (12.80%) | 5,165 (0.76%) | 4,010 (0.59%) | 408 (0.06%) | 19,091 (2.80%) | 10,140 (1.49%) |
| 5 | 682,819 | 0 | 0.00 | 33,807 (4.95%) | 522,612 (76.54%) | 111,898 (16.39%) | 4,925 (0.72%) | 10,640 (1.56%) | 577 (0.08%) | 17,770 (2.60%) | 14,397 (2.11%) |
| 6 | 682,820 | 1 | 0.00 | 30,554 (4.47%) | 569,762 (83.44%) | 75,559 (11.07%) | 2,047 (0.30%) | 11,339 (1.66%) | 304 (0.04%) | 15,243 (2.23%) | 8,566 (1.25%) |
| 7 | 682,820 | 1 | 0.00 | 19,364 (2.84%) | 220,075 (32.23%) | 439,711 (64.40%) | 1,646 (0.24%) | 3,641 (0.53%) | 274 (0.04%) | 10,896 (1.60%) | 6,577 (0.96%) |

SOS001651

User: clee6
Plan: greer congressional 2

Date: Mon Jun 20 14:17:12 GMT-0500 2011

# All Districts Population Report

District No. 1

| | |
|---|---|
| Total Population | 682,819 |
| Total Population 18+ | 0 |
| Deviation | 0 |
| Dev. % | 0.00 |

| | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
|---|---|---|---|---|---|---|---|---|
| Total | 19,144 | 455,983 | 191,498 | 7,886 | 9,100 | 327 | 8,061 | 9,959 |
| Total% | 2.80 | 66.78 | 28.05 | 1.15 | 1.33 | 0.05 | 1.18 | 1.46 |
| Total18+ | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total18+% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

District No. 2

| | |
|---|---|
| Total Population | 682,819 |
| Total Population 18+ | 0 |
| Deviation | 0 |
| Dev. % | 0.00 |

| | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
|---|---|---|---|---|---|---|---|---|
| Total | 22,974 | 450,946 | 197,636 | 3,361 | 8,566 | 606 | 10,508 | 11,196 |
| Total% | 3.36 | 66.04 | 28.94 | 0.49 | 1.25 | 0.09 | 1.54 | 1.64 |
| Total18+ | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total18+% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

District No. 3

Total Population: 682,820
Total Population 18+: 0
Deviation: 1
Dev. %: 0.00

| | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
|---|---|---|---|---|---|---|---|---|
| Total | 26,658 | 499,424 | 147,591 | 3,188 | 6,299 | 561 | 15,341 | 10,416 |
| Total% | 3.90 | 73.14 | 21.61 | 0.47 | 0.92 | 0.08 | 2.25 | 1.53 |
| Total18+ | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total18+% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

District No. 4

Total Population: 682,819
Total Population 18+: 0
Deviation: 0
Dev. %: 0.00

| | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
|---|---|---|---|---|---|---|---|---|
| Total | 33,101 | 556,587 | 87,418 | 5,165 | 4,010 | 408 | 19,091 | 10,140 |
| Total% | 4.85 | 81.51 | 12.80 | 0.76 | 0.59 | 0.06 | 2.80 | 1.49 |
| Total18+ | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total18+% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

District No. 5

Total Population: 682,819
Total Population 18+: 0
Deviation: 0
Dev. %: 0.00

| | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
|---|---|---|---|---|---|---|---|---|
| Total | 33,807 | 522,612 | 111,898 | 4,925 | 10,640 | 577 | 17,770 | 14,397 |
| Total% | 4.95 | 76.54 | 16.39 | 0.72 | 1.56 | 0.08 | 2.60 | 2.11 |
| Total18+ | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total18+% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

District No. 6

Total Population 682,820
Total Population 18+ 0
Deviation 1
Dev. % 0.00

| | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
|---|---|---|---|---|---|---|---|---|
| Total | 30,554 | 569,762 | 75,559 | 2,047 | 11,339 | 304 | 15,243 | 8,566 |
| Total% | 4.47 | 83.44 | 11.07 | 0.30 | 1.66 | 0.04 | 2.23 | 1.25 |
| Total18+ | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total18+% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

District No. 7

Total Population 682,820
Total Population 18+ 0
Deviation 1
Dev. % 0.00

| | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
|---|---|---|---|---|---|---|---|---|
| Total | 19,364 | 220,075 | 439,711 | 1,646 | 3,641 | 274 | 10,896 | 6,577 |
| Total% | 2.84 | 32.23 | 64.40 | 0.24 | 0.53 | 0.04 | 1.60 | 0.96 |
| Total18+ | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total18+% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

User: clee6
Plan: greer congressional 2

Date: Mon Jun 20 14:20:33 GMT-0500 2011

## Assigned District Splits

| | Total Population | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
|---|---|---|---|---|---|---|---|---|---|
| **District 1** | | | | | | | | | |
| Baldwin County | 182,265 | 7,992 | 156,153 | 17,105 | 1,216 | 1,348 | 89 | 3,631 | 2,723 |
| Conecuh County | 13,228 | 161 | 6,788 | 6,149 | 44 | 17 | 1 | 97 | 132 |
| Escambia County | 38,319 | 718 | 23,784 | 12,220 | 1,288 | 92 | 12 | 343 | 580 |
| Mobile County | 412,992 | 9,936 | 248,647 | 142,992 | 3,681 | 7,561 | 204 | 3,885 | 6,022 |
| Monroe County | 23,068 | 220 | 12,718 | 9,614 | 260 | 67 | 9 | 66 | 334 |
| * Washington County | 12,947 | 117 | 7,898 | 3,418 | 1,397 | 15 | 12 | 39 | 168 |
| District 1 Total | 682,819 | 19,144 | 455,988 | 191,498 | 7,886 | 9,100 | 327 | 8,061 | 9,959 |
| | 100% | 2.8% | 66.78% | 28.05% | 1.15% | 1.33% | 0.05% | 1.18% | 1.46% |
| **District 2** | | | | | | | | | |
| * Autauga County | 45,614 | 1,057 | 37,053 | 6,829 | 175 | 452 | 32 | 335 | 738 |
| Barbour County | 27,457 | 1,387 | 13,180 | 12,875 | 114 | 107 | 29 | 894 | 258 |
| Bullock County | 10,914 | 777 | 2,507 | 7,666 | 23 | 20 | 43 | 569 | 86 |
| Butler County | 20,947 | 191 | 11,399 | 9,095 | 60 | 177 | 7 | 48 | 161 |
| Coffee County | 49,948 | 3,180 | 37,330 | 8,359 | 645 | 644 | 100 | 1,623 | 1,247 |
| Covington County | 37,765 | 483 | 32,022 | 4,716 | 214 | 155 | 1 | 135 | 522 |
| Crenshaw County | 13,906 | 204 | 10,097 | 3,254 | 57 | 189 | 8 | 99 | 202 |
| Dale County | 50,251 | 2,821 | 37,236 | 9,679 | 371 | 534 | 44 | 882 | 1,505 |

* indicates split

SOS001655

| | Total Population | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
|---|---|---|---|---|---|---|---|---|---|
| Elmore County | 79,303 | 2,129 | 60,455 | 15,900 | 285 | 518 | 63 | 938 | 1,144 |
| Geneva County | 26,790 | 920 | 23,127 | 2,539 | 224 | 67 | 8 | 409 | 416 |
| Henry County | 17,302 | 389 | 11,865 | 4,942 | 57 | 54 | 2 | 206 | 176 |
| Houston County | 101,547 | 2,995 | 71,053 | 26,176 | 446 | 820 | 49 | 1,244 | 1,759 |
| * Macon County | 1,866 | 14 | 454 | 1,388 | 0 | 7 | 0 | 0 | 17 |
| * Montgomery County | 113,363 | 3,751 | 55,575 | 50,029 | 279 | 3,932 | 83 | 2,094 | 1,371 |
| Pike County | 32,899 | 730 | 19,144 | 12,054 | 192 | 654 | 24 | 341 | 490 |
| Russell County | 52,947 | 1,946 | 28,449 | 22,135 | 219 | 236 | 113 | 691 | 1,104 |
| District 2 Total | 682,819 | 22,974 | 450,946 | 197,636 | 3,361 | 8,566 | 606 | 10,508 | 11,196 |
| | 100% | 3.36% | 66.04% | 28.94% | 0.49% | 1.25% | 0.09% | 1.54% | 1.64% |
| **District 3** | | | | | | | | | |
| Calhoun County | 118,572 | 3,893 | 88,840 | 24,382 | 540 | 845 | 96 | 1,894 | 1,975 |
| Chambers County | 34,215 | 536 | 20,112 | 13,257 | 69 | 168 | 10 | 214 | 385 |
| Cherokee County | 25,989 | 320 | 24,081 | 1,208 | 135 | 54 | 1 | 123 | 387 |
| Clay County | 13,932 | 399 | 11,380 | 2,066 | 55 | 24 | 0 | 172 | 235 |
| Cleburne County | 14,972 | 307 | 14,079 | 498 | 51 | 23 | 10 | 151 | 160 |
| De Kalb County | 71,109 | 9,690 | 60,087 | 1,078 | 969 | 203 | 147 | 7,051 | 1,574 |
| Etowah County | 104,430 | 3,447 | 83,823 | 15,796 | 448 | 672 | 171 | 1,975 | 1,545 |
| Lee County | 140,247 | 4,571 | 100,006 | 31,901 | 445 | 3,658 | 105 | 1,873 | 2,259 |
| * Macon County | 19,586 | 218 | 2,865 | 16,341 | 29 | 69 | 2 | 69 | 211 |
| Randolph County | 22,913 | 649 | 17,532 | 4,607 | 84 | 55 | 5 | 369 | 261 |
| * Talladega County | 75,239 | 1,586 | 47,532 | 25,374 | 242 | 331 | 6 | 737 | 1,017 |

* indicates split

SOS001656

| | Total Population | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
|---|---|---|---|---|---|---|---|---|---|
| Tallapoosa County | 41,616 | 1,042 | 29,087 | 11,083 | 121 | 197 | 8 | 713 | 407 |
| District 3 Total | 682,820 | 26,658 | 499,424 | 147,591 | 3,188 | 6,299 | 561 | 15,341 | 10,416 |
| | 100% | 3.9% | 73.14% | 21.61% | 0.47% | 0.92% | 0.08% | 2.25% | 1.53% |
| **District 4** | | | | | | | | | |
| * Blount County | 39,979 | 4,356 | 36,310 | 554 | 227 | 89 | 35 | 2,279 | 485 |
| Cullman County | 80,406 | 3,454 | 76,133 | 856 | 408 | 343 | 18 | 1,759 | 889 |
| Fayette County | 17,241 | 204 | 14,910 | 1,969 | 52 | 37 | 0 | 102 | 171 |
| Franklin County | 31,704 | 4,710 | 26,320 | 1,228 | 215 | 63 | 10 | 3,338 | 530 |
| Lamar County | 14,564 | 180 | 12,626 | 1,643 | 24 | 4 | 2 | 82 | 183 |
| Lawrence County | 34,339 | 574 | 26,647 | 3,938 | 1,953 | 42 | 6 | 275 | 1,478 |
| Marion County | 30,776 | 632 | 28,791 | 1,184 | 101 | 54 | 14 | 291 | 341 |
| * Marshall County | 28,157 | 1,940 | 25,887 | 207 | 203 | 126 | 35 | 1,280 | 419 |
| Morgan County | 119,490 | 9,156 | 95,404 | 14,185 | 1,042 | 691 | 107 | 5,697 | 2,364 |
| Tuscaloosa County | 194,656 | 5,949 | 129,004 | 57,611 | 526 | 2,306 | 117 | 2,993 | 2,099 |
| Walker County | 67,023 | 1,307 | 61,146 | 3,928 | 251 | 195 | 36 | 639 | 828 |
| Winston County | 24,484 | 639 | 23,409 | 115 | 163 | 60 | 28 | 356 | 353 |
| District 4 Total | 682,819 | 33,101 | 556,587 | 87,418 | 5,165 | 4,010 | 408 | 19,091 | 10,140 |
| | 100% | 4.85% | 81.51% | 12.8% | 0.76% | 0.59% | 0.06% | 2.8% | 1.49% |
| **District 5** | | | | | | | | | |
| Colbert County | 54,428 | 1,093 | 43,789 | 8,768 | 267 | 229 | 20 | 510 | 845 |
| Jackson County | 53,227 | 1,339 | 48,348 | 1,781 | 719 | 185 | 48 | 768 | 1,378 |
| Lauderdale County | 92,709 | 2,082 | 80,112 | 9,257 | 338 | 685 | 34 | 977 | 1,306 |

| | Total Population | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
|---|---|---|---|---|---|---|---|---|---|
| Limestone County | 82,782 | 4,591 | 66,506 | 10,429 | 547 | 924 | 42 | 2,866 | 1,468 |
| Madison County | 334,811 | 15,404 | 228,280 | 80,376 | 2,551 | 8,265 | 365 | 6,719 | 8,255 |
| * Marshall County | 64,862 | 9,298 | 55,577 | 1,287 | 503 | 352 | 68 | 5,930 | 1,145 |
| District 5 Total | 682,819 | 33,807 | 522,612 | 111,898 | 4,925 | 10,640 | 577 | 17,770 | 14,397 |
| | 100% | 4.95% | 76.54% | 16.39% | 0.72% | 1.56% | 0.08% | 2.6% | 2.11% |
| **District 6** | | | | | | | | | |
| * Autauga County | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| * Blount County | 17,343 | 270 | 16,758 | 207 | 80 | 28 | 3 | 68 | 199 |
| Chilton County | 43,643 | 3,420 | 36,713 | 4,230 | 155 | 130 | 55 | 1,854 | 506 |
| Coosa County | 11,539 | 230 | 7,648 | 3,582 | 40 | 16 | 15 | 135 | 103 |
| * Jefferson County | 324,565 | 13,266 | 266,752 | 38,977 | 916 | 6,913 | 111 | 7,029 | 3,867 |
| St Clair County | 83,593 | 1,716 | 73,741 | 7,150 | 281 | 518 | 46 | 734 | 1,123 |
| Shelby County | 195,085 | 11,567 | 161,943 | 20,732 | 553 | 3,726 | 74 | 5,373 | 2,684 |
| * Talladega County | 7,052 | 85 | 6,207 | 681 | 22 | 8 | 0 | 50 | 84 |
| District 6 Total | 682,820 | 30,554 | 569,762 | 75,559 | 2,047 | 11,339 | 304 | 15,243 | 8,566 |
| | 100% | 4.47% | 83.44% | 11.07% | 0.3% | 1.66% | 0.04% | 2.23% | 1.25% |
| **District 7** | | | | | | | | | |
| * Autauga County | 8,957 | 253 | 5,802 | 2,814 | 57 | 22 | 0 | 131 | 131 |
| Bibb County | 22,915 | 406 | 17,381 | 5,047 | 64 | 22 | 13 | 185 | 203 |
| Choctaw County | 13,859 | 73 | 7,731 | 6,012 | 18 | 12 | 0 | 28 | 58 |
| Clarke County | 25,833 | 271 | 14,070 | 11,336 | 103 | 77 | 4 | 67 | 176 |

\* indicates split

| | Total Population | Total Hispanic | White | Black | American Indian/Alaskan Native | Asian | Hawaiian or Other Pacific Islander | Other | Two or more races |
|---|---|---|---|---|---|---|---|---|---|
| Dallas County | 43,820 | 309 | 12,769 | 30,423 | 85 | 149 | 11 | 84 | 299 |
| Greene County | 9,045 | 69 | 1,575 | 7,370 | 17 | 15 | 0 | 25 | 43 |
| Hale County | 15,760 | 140 | 6,266 | 9,301 | 25 | 35 | 1 | 44 | 88 |
| * Jefferson County | 333,901 | 12,222 | 82,414 | 237,548 | 824 | 2,245 | 133 | 7,329 | 3,408 |
| Lowndes County | 11,299 | 87 | 2,859 | 8,310 | 25 | 14 | 0 | 31 | 60 |
| Marengo County | 21,027 | 352 | 9,751 | 10,872 | 34 | 53 | 13 | 140 | 164 |
| * Montgomery County | 116,000 | 4,563 | 35,081 | 75,448 | 310 | 889 | 88 | 2,649 | 1,535 |
| Perry County | 10,591 | 114 | 3,204 | 7,276 | 17 | 30 | 5 | 16 | 43 |
| Pickens County | 19,746 | 313 | 11,110 | 8,211 | 28 | 36 | 1 | 128 | 232 |
| Sumter County | 13,763 | 86 | 3,326 | 10,316 | 11 | 33 | 4 | 26 | 47 |
| * Washington County | 4,634 | 34 | 3,610 | 962 | 14 | 5 | 0 | 4 | 39 |
| Wilcox County | 11,670 | 72 | 3,126 | 8,465 | 14 | 4 | 1 | 9 | 51 |
| District 7 Total | 682,820 | 19,364 | 220,075 | 439,711 | 1,646 | 3,641 | 274 | 10,896 | 6,577 |
| | 100% | 2.84% | 32.23% | 64.4% | 0.24% | 0.53% | 0.04% | 1.6% | 0.96% |

* indicates split

User: bpshan3501
Plan: Greer Congressional 2

Date: Mon Jun 20 14:26:50 GMT-0500 2011

## VAP Summary Report

| District No. | Total | Total Hispanic18 | White18 | Black18 | American Indian18/Alaskan Native18 | Asian18 | Hawaiian or Other Pacific Islander18 | Other18 | All individuals over 18 who chose two or more races |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 682,819 | 0 | 357,792 | 135,074 | 5,705 | 6,784 | 243 | 5,427 | 5,359 |
| 2 | 682,819 | 0 | 354,369 | 142,370 | 2,557 | 6,449 | 440 | 6,810 | 5,650 |
| 3 | 682,820 | 0 | 394,344 | 108,618 | 2,419 | 4,849 | 367 | 9,313 | 5,599 |
| 4 | 682,819 | 0 | 438,761 | 63,420 | 3,785 | 3,194 | 255 | 11,797 | 5,686 |
| 5 | 682,819 | 0 | 409,008 | 83,276 | 3,717 | 8,088 | 393 | 11,114 | 7,674 |
| 6 | 682,820 | 0 | 440,927 | 54,049 | 1,558 | 8,262 | 219 | 9,811 | 4,558 |
| 7 | 682,820 | 0 | 181,712 | 319,971 | 1,295 | 3,055 | 208 | 7,199 | 3,747 |
| TOTALS | 4,779,736 | 0 | 2,576,913 | 906,778 | 21,036 | 40,681 | 2,125 | 61,471 | 38,273 |

User: clee6
Plan: greer congressional 2

Date: Mon Jun 20 14:18:51 GMT-0500 2011

# District Compactness Report

| District | Polygon Area (sq. mi) | Perimeter (mi) | Reock | Area/Convex Hull | Grofman | Schwartzberg | Polsby Popper | Holes |
|---|---|---|---|---|---|---|---|---|
| 1 | 9971.46 | 1108003.01 | 0.41 | 0.77 | 6.89 | 1.94 | 0.26 | 0 |
| 2 | 13639.52 | 1280474.21 | 0.48 | 0.76 | 6.81 | 1.92 | 0.27 | 0 |
| 3 | 10719.01 | 1083806.54 | 0.28 | 0.8 | 6.5 | 1.83 | 0.3 | 0 |
| 4 | 11928.5 | 1111214.4 | 0.52 | 0.79 | 6.32 | 1.78 | 0.31 | 0 |
| 5 | 6440.43 | 887579.83 | 0.22 | 0.73 | 6.87 | 1.94 | 0.27 | 0 |
| 6 | 5573.16 | 1149241.27 | 0.41 | 0.68 | 9.57 | 2.7 | 0.14 | 1 |
| 7 | 16102.8 | 1727304.22 | 0.41 | 0.66 | 8.46 | 2.39 | 0.18 | 0 |

User: clee6  
Plan: greer congressional 2

Date: Mon Jun 20 14:18:23 GMT-0500 2011

# Unassigned Geographies Report

| FIPS | Total Population | Total Hispanic (%) | White (%) | Black (%) | American Indian/Alaskan Native (%) | Asian (%) | Hawaiian or Other Pacific Islander (%) | Other (%) | Two or more races (%) |
|---|---|---|---|---|---|---|---|---|---|

SOS001662