FILED
2021 Dec-23  PM 07:39
U.S. DISTRICT COURT
N.D. OF ALABAMA

| College/Other Location: | Campus Location | Address | Date/Time | Link to Meeting |
|---|---|---|---|---|
| Drake State | Lecture Hall and Cafetorium | 3421 Meridian St North Huntsville, AL 35811 | Wednesday, September 1st - 9 AM | Drake State Meeting |
| Northwest-Shoals | Hospitality House Shoals campus | 800 George Wallace Blvd Muscle Shoals, AL 35662 | Wednesday, September 1st - 11 AM | Northwest-Shoals Meeting |
| Calhoun | Health Sciences Building - Room 109 Main Campus | 6250 Highway 31 North Tanner, AL 35671 | Wednesday, September 1st - 2 PM | Calhoun Main Campus Meeting |
| Northeast Alabama | Theater Auditorium | 138 Alabama Highway 35 Rainsville, AL 35986 | Wednesday, September 1st - 4 PM | Northeast Alabama Meeting |
| Snead State | Fielder Auditorium - Administration Building | 102 Elder Street Boaz, AL 35957 | Thursday, September 2nd - 9 AM | Snead State Meeting |
| Wallace-Dothan | Cherry Hall Bencze Theater - Main campus | 1141 Wallace Dr Dothan, AL 36303 | Thursday, September 2nd - 11 AM | Wallace-Dothan Meeting |
| Bevill State | Earl McDonald Auditorium, Bevill Center Fayette campus | 2631 Temple Ave N Fayette, AL 35555 | Thursday, September 2nd - 2 PM | Bevill State Meeting |
| Lawson State | Alabama Center for Advanced Technology and Training - Birmingham campus | 3060 Wilson Road SW Birmingham, AL 35221 | Thursday, September 2nd - 4 PM | Lawson State Meeting |
| Shelton State | Bean-Brown Theater Martin campus | 9500 Old Greensboro Rd Tuscaloosa, AL 35405 | Tuesday, September 7th - 9 AM | Shelton State Meeting |
| Jefferson State | Performing Arts Center Auditorium Chilton Campus | 1850 Lay Dam Road Clanton, AL 35045 | Tuesday, September 7th - 11 AM | Jefferson State Meeting |

| | | | | |
|---|---|---|---|---|
| **Jefferson State** | Judy Merritt Health Sciences Building, Room 129 A-D (Multipurpose Room) - Shelby-Hoover Campus | 4600 Valleydale Road Hoover, AL 35242 | Tuesday, September 7th - 2 PM | Jefferson State Meeting |
| **Wallace State-Selma** | Hank Sanders Conference Room | 3000 Earl Goodwin Pkwy Selma, AL 36702 | Tuesday, September 7th - 4 PM | Wallace State-Selma Meeting |
| **Bishop State** | Delchamps Auditorium - Main Campus | 351 North Broad St Mobile, AL 36603 | Wednesday, September 8th - 9 AM | BIshop State Meeting |
| **Coastal Alabama** | Nettles Auditorium - Monroeville campus | 2800 South Alabama Ave Monroeville, AL 36460 | Wednesday, September 8th - 11 AM | Coastal Alabama Meeting |
| **Demopolis Civic Center** | Civic Center | 501 N Commissioners Ave Demopolis, AL 36732 | Wednesday, September 8th - 1 PM | Demopolis Civic Center Meeting |
| **Troy University** | Trojan Center Ballroom | 321 Veterans Memorial Dr Troy, AL | Wednesday, September 8th - 3 PM | Troy University Meeting |
| **Alabama State House** | Alabama Statehouse Room 200 | 11 S Union Street Montgomery, AL | Wednesday, September 8th - 6 PM | Alabama State House Meeting |
| **Gadsden State** | Cheaha Lecture Hall Room 111 Ayers Campus | 1801 Coleman Road Anniston, AL 36202 | Thursday, September 9th - 9 AM | Gadsden State Ayers Meeting |
| **Lurleen B. Wallace** | Wendell Mitchell Conference Center - Greenville Campus | 750 Greenville Bypass Greenville, AL 36037 | Thursday, September 9th - 11 AM | Lurleen B Wallace Meeting |
| **Coastal Alabama** | Woodfin Patterson Auditorium Brewton campus | 220 Alco Dr Brewton, AL 36426 | Thursday, September 9th - 2 PM | Coastal Alabama Meeting |
| **Southern Union** | Southern Room Opelika campus | 301 Lake Condy Road Opelika, AL 36801 | Thursday, September 9th - 4 PM | Southern Union Meeting |
| **Coastal Alabama** | AL Tombigbee Room Thomasville campus | 30755 US Highway 43 Thomasville, AL 36784 | Wednesday, September 15th - 9 AM | Coastal Alabama Meeting |

| | | | | |
|---|---|---|---|---|
| **Wallace-Hanceville** | Auditorium, main campus | 801 Main Street NW Hanceville, AL 35077 | Wednesday, September 15th - 11 AM | [Wallace-Hanceville Meeting](#) |
| **Gadsden State** | New Science Building Auditorium, Main campus | 101 George Wallace Dr Gadsden, AL 35902 | Wednesday, September 15th - 2 PM | [Gadsden State Meeting](#) |
| **National Guard Armory** | Richard Stone Building | 21578 US Hwy 82 Union Springs, AL 36089 | Wednesday, September 15th - 4 PM | [National Guard Meeting](#) |
| **University of West Alabama** | Webb Hall Room 239 President's Conference Rm | 25 Webb Circle Livingston, AL 36376 | Thursday, September 16th - 11am | [Univ of West Alabama Meeting](#) |
| **Coastal Alabama** | Centennial Hall Fairhope campus | 440 Fairhope Ave Fairhope, AL 36532 | Thursday, September 16th - 2 PM | [Coastal Alabama Meeting](#) |
| **Southern Union** | Lake Room Wadley campus | 750 Roberts Street Wadley, AL 36276 | Thursday, September 16th - 4 PM | [Southern Union Meeting](#) |