**Singleton Congressional Plan 1**



©2021 CALIPER