User:
Plan Name: **Singleton Congressional Plan 2**
Plan Type: **Congressional**

## Political Subdivison Splits Between Districts

Tuesday, November 30, 2021　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　10:21 AM

Number of subdivisions not split:
County　　　　　　　　　　　　　　　　　64
Voting District　　　　　　　　　　　　　1,837

Number of subdivisions split into more than one district:
County　　　　　　　　　　　　　　　　　3
Voting District　　　　　　　　　　　　　0

Number of splits involving no population:
County　　　　　　　　　　　　　　　　　0
Voting District　　　　　　　　　　　　　0

**Split Counts**

*County*
　Cases where an area is split among 2 Districts: 3

| County | Voting District | District | Population |
|---|---|---|---|
| *Split  Counties:* | | | |
| Covington AL | | 1 | 33,565 |
| Covington AL | | 2 | 4,005 |
| Crenshaw AL | | 2 | 1,858 |
| Crenshaw AL | | 7 | 11,336 |
| Franklin AL | | 4 | 7,984 |
| Franklin AL | | 5 | 24,129 |

RC 030981