FILED
2021 Dec-23  PM 07:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

User:
Plan Name: **Singleton Congressional Plan 2**
Plan Type: **Congressional**

# Measures of Compactness Report

Tuesday, November 30, 2021                                         10:18 AM

|           | **Reock** |
|-----------|-----------|
| Sum       | N/A       |
| Min       | 0.24      |
| Max       | 0.45      |
| Mean      | 0.33      |
| Std. Dev. | 0.07      |

| **District** | **Reock** |
|--------------|-----------|
| 1            | 0.29      |
| 2            | 0.40      |
| 3            | 0.31      |
| 4            | 0.33      |
| 5            | 0.24      |
| 6            | 0.30      |
| 7            | 0.45      |

**Maptitude** For Redistricting

# Measures of Compactness Report

Singleton Congressional Plan

Measures of Compactness Summary

**Reock**  The measure is always between 0 and 1, with 1 being the most compact.

RC 030941