

Singleton Congressional Plan 3
**zero deviation

©2021 CALIPER; ©2020 HERE

RC 039144