User:
Plan Name: **Singleton Congressional Plan 3**
Plan Type: **Congressional**

## Measures of Compactness Report

Tuesday, November 30, 2021                                                                                                                                                                        11:05 AM

|            | Schwartzberg |
|------------|--------------|
| Sum        | N/A          |
| Min        | 1.89         |
| Max        | 2.12         |
| Mean       | 2.00         |
| Std. Dev.  | 0.08         |

| District | Schwartzberg |
|----------|--------------|
| 1        | 1.89         |
| 2        | 2.12         |
| 3        | 2.01         |
| 4        | 2.03         |
| 5        | 1.90         |
| 6        | 2.02         |
| 7        | 2.06         |

# Measures of Compactness Report

Singleton Congressional Plan

## Measures of Compactness Summary

**Schwartzberg**  The measure is usually greater than or equal to 1, with 1 being the most compact.

RC 039155