FILED
2021 Dec-23 PM 07:52
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| MARCUS CASTER, *et al.*,  ) | |
| ) | |
| *Plaintiffs*,  ) | |
| ) | |
| v.  ) | Case No. 2:21-cv-01536-AMM |
| ) | |
| JOHN MERRILL, in his official  ) | |
| capacity as Alabama Secretary of State,  ) | |
| *et al.*,  ) | |
| ) | |
| *Defendants*.  ) | |

### SECRETARY OF STATE'S NOTICE OF FILING
### DEFENDANT AND DEFENDANT-INTERVENOR'S STIPULATED EXHIBITS

Defendants give notice of filing the exhibits Defendants and Defendant-Intervenors intend to offer at the upcoming preliminary injunction. As noted in the parties' joint pretrial report, the *Caster* Plaintiffs have not asserted objections to these exhibits.

| TRIAL EX. NO. | DESCRIPTION |
|---|---|
| 1. | Thomas M. Bryan – Singleton Report |
| 2. | Thomas M. Bryan – Milligan Report |
| 3. | Thomas M. Bryan CV |
| 4. | Thomas M. Bryan Supplemental Report – Final |
| 5. | M.V. Hood III Expert Report |
| 6. | M.V. Hood III Supplemental Report – Final |
| 7. | Clay Helms Declaration |
| 8. | Mary McIntyre Declaration (12.20.21) |
| 9. | Declaration of Josiah Bonner, Jr. |
| 10. | Bonner Declaration Bonner Deposition Testimony with exhibits - Part 1 |
| 11. | Bonner Declaration Bonner Deposition Testimony with exhibits - Part 2 |
| 12. | Bonner Declaration Bonner Deposition Testimony with exhibits - Part 3 |
| 13. | Byrne Testimony and Exhibits Part 1 |
| 14. | Byrne Testimony and Exhibits Part 2 |
| 15. | 1991-06-14 Public Hearing Transcript - Joint Legislative Committee on Reapportionment (Mobile , AL) SOS008654 |
| 16. | 1991.08.21 Public Hearing Transcript - Joint Legislative Committee on Reapportionment (Montgomery AL) SOS 007291 |
| 17. | 1991.10.02 Public Hearing Transcript - Joint Legislative Committee on Reapportionment (Montgomery AL) SOS007200 |
| 18. | 1992.03.29 DOJ Objection letter |
| 19. | Evans Letter to DOJ 4.15.1992 SOS007081 |
| 20. | Evans letter to DOJ 3.10.1992 SOS007085 |
| 21. | Evans Letter to Justice Dept. 3.10.1992, Section 5 Submission by State of Alabama SOS007070 |
| 22. | Evans Letter to Justice Dept. 3.10.1992, Section 5 Submission by State of Alabama SOS007070 Part 2 |
| 23. | DOJ Letter to Jimmy Evans 3.27.1992 SOS007071 |
| 24. | Kathleen L. Wilde fax to John Tanner of the DOJ  3.25.1992 SOS007079 |
| 25. | Letter to DOJ re Preclearance Submission of Al. Act. No. 2011-518 SOS002646 |
| 26. | 2001 Alabama State Board of Education Districts |
| 27. | 2011 Plan - *Alabama v. Holder* (DDC) Complaint |
| 28. | 2011 Plan – *Alabama v. Holder* (DDC) Dismissal |
| 29. | 2011 Plan - *Alabama v. Holder* (DDC) DOJ Preclearance |
| 30. | *State of Alabama v. Holder* Errata to Complaint SOS000172 |
| 31. | 2010 Allen Congressional Plan 4 SOS001466 |
| 32. | 2011 Preclearance Allen Plan 6 SOS001551 |

| | |
|---|---|
| 33. | 2011 Preclearance Beason Plan SOS001565 |
| 34. | 2011 Preclearance bpshan SOS001448 |
| 35. | 2011 Preclearance Buskey Congressional Plan SOS001621 |
| 36. | 2011 Preclearance Hammon All District Status SOS001579 |
| 37. | 2011 Preclearance Map McClendon Congressional Plan 1 - Map-0SOS001431 |
| 38. | 2011 Preclearance McClendon Congressional Plan 1 SOS001593 |
| 39. | 2011 Preclearance Poole Congressional Plan 4 SOS001607 |
| 40. | 2011 Preclearance Population Summary Report State 1 SOS001537 |
| 41. | 2011 Plan - 2 - Population and VAP Summary - Single Race |
| 42. | 2011 Plan - 3 - Population and VAP Summary - Any Part Race |
| 43. | 2011 Plan - 4 - Plan Components' Population and VAP - Any Part Race |
| 44. | 2011 Plan - 5 - Plan Components' Population and VAP - Single Race |
| 45. | 2011 Plan - 6 - County and Voting Districts Splits |
| 46. | 2011 Preclearance Population Summary Report Allen SOS001635 |
| 47. | 2011 Preclearance Population Summary Report McClammy SOS001509 |
| 48. | 2011 Preclearance Population Summary Report SOS001649 |
| 49. | 2020 Annual Report - State Personnel Board |
| 50. | 2020 Democratic Runoff |
| 51. | 2020-03 Certification AL Democratic Party Primary Runoff Candidates 2020-03-11 |
| 52. | 2021-10-25 2021 2nd Special Session Proclamation |
| 53. | 2021 Alabama Congressional Plan Bill History with Recorded Votes |
| 54. | 2021 Redistricting Plans Comparative by District Analysis Congressional |
| 55. | 2021 Plan - 1 - Map |
| 56. | 2021 Plan - 2 - District Statistics |
| 57. | 2021 Plan - 3 - Population Summary - Single Race |
| 58. | 2021 Plan - 4 - VAP Summary - Single Race |
| 59. | 2021 Plan - 5 - Population Summary - Any Part Race |
| 60. | 2021 Plan - 6 - VAP Summary - Any Part Race |
| 61. | 2021 Plan - 7 - Plan Components' Population and VAP |
| 62. | 2021 Plan - 8 - County and Voting District Splits |
| 63. | 2021 Plan - 9 - City Splits |
| 64. | 2021 Plan - 10 - Reock Compactness Measure |
| 65. | 2021 Plan - 11 - Schwartzberg Compactness Measure |
| 66. | 2021.09.07 Public Hearing Transcript - Permanent Legislative Committee On Reapportionment (Shelton State - Tuscaloosa AL) |
| 67. | AL DEM Cert. Amend 12182019 |
| 68. | Application of Appellant Billy Joe Camp, Secretary of State of Alabama, for Stay of Judgment Pending Appeal |
| 69. | Certification of Results June 4, 1996, Constitutional Amendments |

| | |
|---|---|
| 70. | Democratic Party-Official 2020 Primary Election Results (1) |
| 71. | District Statistics Report Congressional Final, May 16 |
| 72. | 2021 Reapportionment Committee's Guidelines |
| 73. | Exhibits to Congressional Submission SOS002005 |
| 74. | Final Exhibits - District Statistics Report Congressional Final, May 16 |
| 75. | Hatcher Plan - 1 - Map |
| 76. | Hatcher Plan - 2 - District Statistics |
| 77. | Hatcher Plan - 3- Population Summary - Single Race |
| 78. | Hatcher Plan - 4 - VAP Summary - Single Race |
| 79. | Hatcher Plan - 5- VAP Summary - Any Part Race |
| 80. | Hatcher Plan - 6 - Population Summary - Any Part Race |
| 81. | Hatcher Plan - 7 - Plan Components' Population and VAP |
| 82. | Hatcher Plan - 8 - County and Voting District Splits |
| 83. | Hatcher Plan - 9 - City Splits |
| 84. | Hatcher Plan - 10 - Reock Compactness Measure |
| 85. | Hatcher Plan - 11 - Schwartzberg Compactness Measure |
| 86. | *Jones v. Jefferson County* – Motion for Consent Order (agreed before litigation) |
| 87. | Kiani Gardner – CD-1 candidate endorsed by ADC |
| 88. | Alabama Advisory Committee to U.S. Commission on Civil Rights Report (July 2020) |
| 89. | Letter to John Park Jr. 11.21.2011 SOS000514 |
| 90. | Letter to John Tanner dated 4.15.1992 |
| 91. | Liu – Alabama Democrats Candidate list 2020 Primaries |
| 92. | SCOTUS No. 91-1553 - Appellee Paul Charles Wesch's Motion to Dismiss or Affirm |
| 93. | SCOTUS No. 91-1553 - Jurisdictional Statement |
| 94. | SCOTUS No. 91-1553 - Appendix to the Jurisdictional Statement Part 1 |
| 95. | SCOTUS No. 91-1553 - Appendix to the Jurisdictional Statement Part 2 |
| 96. | SCOTUS No. 91-1553 - Appendix to the Jurisdictional Statement Part 3 |
| 97. | SCOTUS No. 91-1553 - Appendix to the Jurisdictional Statement Part 4 |
| 98. | Pierce Map 9.91991 SOS007159 |
| 99. | Pleasant Grove Settlement Agreement |
| 100. | Preclearance submission Exhibit C-10 alternative plan McClammy |
| 101. | Preclearance submission Exhibit C-11 alternative plan McClammy 2M |
| 102. | Preclearance submission Exhibit C-12 alternative plan McClammy PPB |
| 103. | Preclearance submission Exhibit C-13 alternative plan Poole-Hubbard |
| 104. | Preclearance submission Exhibit C-14 alternative plan alternative plan State 1 |
| 105. | Preclearance submission Exhibit C-8 alternative plan Allen |

| | |
|---|---|
| 106. | Preclearance submission Exhibit C-9 alternative plan Greer 2 |
| 107. | Reapportionment Committee Guidelines for Legislative, State Board of Education, and Congressional Redistricting State of Alabama May 2011 |
| 108. | Legislative Reapportionment Public Hearings_Aug 5 |
| 109. | Singleton 1 Plan - 1 - Map |
| 110. | Singleton 1 Plan - 3 - District Statistics |
| 111. | Singleton 1 Plan - 4 - Population Summary - Single Race |
| 112. | Singleton 1 Plan - 5 - VAP Summary - Single Race |
| 113. | Singleton 1 Plan - 6 - Population Summary - Any Part Race |
| 114. | Singleton 1 Plan - 7 - VAP Summary - Any Part Race |
| 115. | Singleton 1 Plan - 8 - Plan Components' Population and VAP |
| 116. | Singleton 1 Plan - 9 - County and Voting District Splits |
| 117. | Singleton 1 Plan - 10 - City Splits |
| 118. | Singleton 1 Plan - 11 - Reock Compactness Measure |
| 119. | Singleton 1 Plan - 12 - Schwartzberg Compactness Measure |
| 120. | Singleton 2 Plan - 3 - District Statistics |
| 121. | Singleton 2 Plan - 4 - Population Summary - Any Part Race |
| 122. | Singleton 2 Plan - 5 - VAP Summary - Any Part Race |
| 123. | Singleton 2 Plan - 6 - Plan Components' Population and VAP |
| 124. | Singleton 2 Plan - 7 - County and Voting District Splits |
| 125. | Singleton 2 Plan - 8 - City Splits |
| 126. | Singleton 2 Plan - 9 - Reock Compactness Measure |
| 127. | Singleton 2 Plan - 10 - Schwartzberg Compactness Measure |
| 128. | Singleton 3 Plan - 1 - Map |
| 129. | Singleton 3 Plan - 3 - District Statistics |
| 130. | Singleton 3 Plan - 4 - VAP Summary - Single Race |
| 131. | Singleton 3 Plan - 5 - Population Summary - Single Race |
| 132. | Singleton 3 Plan - 6 - Population and VAP Summary - Any Part Race |
| 133. | Singleton 3 Plan - 7 - Plan Components' Population and VAP |
| 134. | Singleton 3 Plan - 8 - County and Voting District Splits |
| 135. | Singleton 3 Plan - 9 - City Splits |
| 136. | Singleton 3 Plan - 10 - Reock Compactness Measure |
| 137. | Singleton 3 Plan - 11 - Schwartzberg Compactness Measure |
| 138. | SOS002410 Reapportionment Committee Guidelines May 2011 |
| 139. | *Thompson v. Merrill* Alabama Board of Pardons and Paroles Chair Leigh Gwathney's Objections and Answers to Plaintiffs' First Set of Interrogatories to Her |
| 140. | *Thompson v. Merrill* SOS Merrill's Objections and Answers to Plaintiff's First Set of Interrogatories to Him |
| 141. | US election 2020 Why Trump gained support among minorities |
| 142. | DOJ Letter withdrawing objection |

Case 2:21-cv-01536-AMM   Document 81   Filed 12/23/21   Page 6 of 8

| | |
|---|---|
| 143. | *Wesch* -Supplemental Stipulation |
| 144. | *Milligan v. Merrill* Deposition Transcript of Randy Hinaman 2021.12.09 Part 1 |
| 145. | *Milligan v. Merrill* Deposition Transcript of Randy Hinaman 2021.12.09 Part 2 |
| 146. | 2000 Population State Board of Education |
| 147. | Letter to DOJ Feb. 7, 2002, re: Submission under Section 5 of the VRA of 65, Ala. Act No. 2002-73 |
| 148. | Letter to Civil Rights Division re Preclearance Submission of Ala. Act. No. 2011-677 – 1212857 Sept. 21, 2011 |
| 149. | US Congress Final District Statistics Report SOS001080 |
| 150. | CDC MMWR – Study Showing vaccination by SVI index |
| 151. | 2021 Census – Alabama Profile |
| 152. | Hispanic Voters Now Evenly Split Between Parties, WSJ Poll Finds |
| 153. | Sentencing Project, The Color of Justice Racial and Ethnic Disparity in Prison |
| 154. | Redistricting Alabama: How South Alabama could be split due to Baldwin County's growth |
| 155. | Voting Determination Letters for Alabama |
| 156. | Felon Voting Rights Final Version |
| 157. | 2017.08.09 Alabama Senate Profile – Robert Kennedy Jr. says he's more than a name |
| 158. | Economic Policy Institute, State unemployment by race and ethnicity (2021Q3) |
| 159. | Democratic_Party-Official 2020 Primary Election Results (only CD1 and CD2 results others hidden) |
| 160. | Census 2018 Voting and Reg by Race |
| 161. | Census 2016 Voting and Reg by Race |
| 162. | Becoming Less Separate |
| 163. | Defendant's First Evidentiary Submission |
| 164. | Randy Hinaman Amended Notice of Deposition 120921 |
| 165. | Letter to Justice Dept. 3.10.1992 Section 5 Submission by State of Alabama Part 1 |
| 166. | Letter to Justice Dept. 3.10.1992 Section 5 Submission by State of Alabama Part 2 |
| 167. | Legislative Reapportionment Public Hearings_Aug 5 |
| 168. | ACS 2019 Data Connecticut |
| 169. | ACS 2019 Data United States |
| 170. | Bradley Byrne Declaration |

6

*Respectfully submitted*,

Steve Marshall
  *Attorney General*

s/ James W. Davis
Edmund G. LaCour Jr. (ASB-9182-U81L)
  *Solicitor General*

A. Barrett Bowdre (ASB-2087-K29V)
Thomas A. Wilson (ASB-1494-D25C)
  *Deputy Solicitors General*

James W. Davis (ASB-4063-I58J)
Misty S. Fairbanks Messick (ASB-1813-T71F)
Brenton M. Smith (ASB-1656-X27Q)
A. Reid Harris (ASB-1624-D29X)
Benjamin M. Seiss (ASB-2110-O00W)
  *Assistant Attorneys General*

OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Edmund.LaCour@AlabamaAG.gov
Barrett.Bowdre@AlabamaAG.gov
Thomas.Wilson@AlabamaAG.gov
Jim.Davis@AlabamaAG.gov
Misty.Messick@AlabamaAG.gov
Brenton.Smith@AlabamaAG.gov
Reid.Harris@AlabamaAG.gov
Ben.Seiss@AlabamaAG.gov

***Counsel for Secretary Merrill***

## CERTIFICATE OF SERVICE

I certify that on December 23, 2021, I electronically filed the foregoing notice with the Clerk of the Court using the CM/ECF system, which will send notice to all counsel of record.

s/ James W. Davis
Counsel for Secretary Merrill
