FILED

2021 Dec-23  PM 07:52
U.S. DISTRICT COURT
N.D. OF ALABAMA

🇺🇸 An official website of the United States government  Here's how you know

# Alabama

State in United States



Alabama has a land area of 50,633.2 square miles and a water area of 1,773.0 square miles. It is the 28th largest state by area. Alabama is bordered by Mississippi, Florida, Georgia, and Tennessee.



**Total Population**
5,024,279

**Median Household Income**
$51,734

**Bachelor's Degree or Higher**
26.3%

**Employment Rate**
54.7%

**Total Housing Units**
2,288,330

**Without Health Care Coverage**
9.7%

**Total Employer Establishments**
100,731

**Total Households**
1,897,576

**Hispanic or Latino (of any race)**
264,047

## Populations and People

### Age and Sex

**39.4** +/- 0.3

Median Age in Alabama

**38.5** +/- 0.1

Median Age in United States

Table:
S0101

Table Survey/Program:
2019 American Community Survey 1-Year Estimates

### Population by Age Range in Alabama

VIEW OPTIONS

Under 5 years - 5.8%

Under 18 years - 22.1%

18 years and over - 77.9%

65 years and over - 17.4%

0%  10%  20%  30%  40%  50%  60%  70%  80%

Chart Survey/Program: 2019 ACS 1-Year Estimates Data Profiles

### Ancestry

**1.6%** +/- 0.1%

Italian Ancestry in Alabama

**4.9%** +/- 0.1%

Italian Ancestry in United States

Table:
DP02

Table Survey/Program:
2019 American Community Survey 1-Year Estimates

### Ancestry in Alabama

VIEW OPTIONS

English - 7.2%

French (except Basque) - 1.2%

German - 5.3%

Irish - 7.1%

Italian - 1.6%

Norwegian - 0.3%

Polish - 0.6%

Scottish - 1.9%

Subsaharan African - 0.9%

0%  1%  2%  3%  4%  5%  6%  7%  8%

Chart Survey/Program: 2019 ACS 1-Year Estimates Data Profiles

## Computer and Internet Use

**18.1%** +/- 0.5%

Without an Internet Subscription in Alabama

**13.4%** +/- 0.1%

Without an Internet Subscription in United States

Table:
S2801

Table Survey/Program:
2019 American Community Survey 1-Year Estimates

### Population With and Without an Internet Subscription in Alabama      VIEW OPTIONS



With an Internet subscription - 81.9%

Without an Internet subscription - 18.1%

Chart Survey/Program: 2019 ACS 1-Year Estimates Subject Tables

## Language Spoken at Home

**5.5%** +/- 0.2%

Language Other Than English Spoken at Home in Alabama

**22.0%** +/- 0.1%

Language Other Than English Spoken at Home in United States

Table:
S1601

Table Survey/Program:
2019 American Community Survey 1-Year Estimates

### Types of Language Spoken at Home in Alabama      VIEW OPTIONS



English only - 94.5%

Spanish - 3.6%

Other Indo-European languages - 0.8%

Asian and Pacific Islander languages - 0.9%

Other languages - 0.2%

Chart Survey/Program: 2019 ACS 1-Year Estimates Data Profiles

## Native and Foreign Born

**3.6** +/- 0.2

Foreign Born population in Alabama

**13.7** +/- 0.1

Foreign Born population in United States

Table:
DP02

Table Survey/Program:
2019 American Community Survey 1-Year Estimates

## Foreign Born Population in Alabama

VIEW OPTIONS



Chart Survey/Program: 2019 ACS 1-Year Estimates Data Profiles

## Older Population

**17.4%** +/- 0.1%

65 Years and Older in Alabama

**16.5%** +/- 0.1%

65 Years and Older in United States

Table:
DP05

Table Survey/Program:
2019 American Community Survey 1-Year Estimates

## Older Population by Age in Alabama

VIEW OPTIONS

Chart Survey/Program: 2019 ACS 1-Year Estimates Data Profiles

## Residential Mobility

**2.2%** +/- 0.2%

Moved From a Different State in the Last Year in Alabama

**2.3%** +/- 0.1%

Moved From a Different State in the Last Year in United States

Table:
S0701

Table Survey/Program:
2019 American Community Survey 1-Year Estimates

### Residential Mobility in the Last Year in Alabama

VIEW OPTIONS

Moved within the Same County - 8.0%

Moved from a Different County, Same State - 3.0%

Moved from a Different State - 2.2%

Moved from Abroad - 0.3%

0%   1%   2%   3%   4%   5%   6%   7%   8%

Chart Survey/Program: 2019 ACS 1-Year Estimates Subject Tables

## Veterans

**8.4%** +/- 0.2%

Veterans in Alabama

**6.9%** +/- 0.1%

Veterans in United States

Table:
S2101

Table Survey/Program:
2019 American Community Survey 1-Year Estimates

### Veterans by Sex in Alabama

VIEW OPTIONS

Male - 88.6%

Female - 11.4%

0%  10%  20%  30%  40%  50%  60%  70%  80%  90%

Chart Survey/Program: 2019 ACS 1-Year Estimates Subject Tables

## Income and Poverty

### Income and Earnings

**$51,734** +/- $600

Median Household Income in Alabama

**$65,712** +/- $118

Median Household Income in United States

Table:
S1901

Table Survey/Program:
2019 American Community Survey 1-Year Estimates

### Median Income by Types of Families in Alabama

[ VIEW OPTIONS ]



Families - $66,171

Married-couple families - $81,393

Nonfamily households - $29,458

$0    $10,000    $20,000    $30,000    $40,000    $50,000    $60,000    $70,000    $80,000    $90,000

Chart Survey/Program: 2019 ACS 1-Year Estimates Subject Tables

### Poverty

**15.5%** +/- 0.5%

Poverty, All people in Alabama

**12.3%** +/- 0.1%

Poverty, All people in United States

Table:
S1701

Table Survey/Program:
2019 American Community Survey 1-Year Estimates

### Poverty by Age in Alabama

[ VIEW OPTIONS ]



Under 18 years - 21.4%

18 to 64 years - 14.7%

65 years and over - 10.5%

0%    5%    10%    15%    20%    25%

Chart Survey/Program: 2019 ACS 1-Year Estimates Data Profiles

## Education

### Educational Attainment

**26.3%** +/- 0.5%

Bachelor's Degree or Higher in Alabama

**33.1%** +/- 0.1%

Bachelor's Degree or Higher in United States

Table:
S1501

Table Survey/Program:
2019 American Community Survey 1-Year Estimates

### Education Attainment (Population 25 Years and Older) in Alabama

[ VIEW OPTIONS ]



Chart Survey/Program: 2019 ACS 1-Year Estimates Data Profiles

### School Enrollment

**68.5%** +/- 0.7%

School Enrolled Population Enrolled in Kindergarten to 12th Grade in Alabama

**66.6%** +/- 0.1%

School Enrolled Population Enrolled in Kindergarten to 12th Grade in United States

Table:
S1401

Table Survey/Program:
2019 American Community Survey 1-Year Estimates

### School Enrollment (Population 3 Years and Over Enrolled in School) in Alabama

[ VIEW OPTIONS ]



Chart Survey/Program: 2019 ACS 1-Year Estimates Subject Tables

## Employment

### Class of Worker

**16.2%** +/- 0.5%

Local, State, & Federal Government Workers in Alabama

**14.0%** +/- 0.1%

Local, State, & Federal Government Workers in United States

Table:
S2406

Table Survey/Program:
2019 American Community Survey 1-Year Estimates

### Class of Worker in Alabama    [ VIEW OPTIONS ]



Employee of private company workers - 68.9%

Self-employed in own incorporated business workers - 3.1%

Private not-for-profit wage and salary workers - 6.5%

Local, state, and federal government workers - 16.2%

Self-employed in own not incorporated business workers and unpaid family workers - 5.3%

0%   10%   20%   30%   40%   50%   60%   70%

Chart Survey/Program: 2019 ACS 1-Year Estimates Subject Tables

### Commuting

**25.4** +/- 0.3

Average travel time to work (in minutes) in Alabama

**27.6** +/- 0.1

Average travel time to work (in minutes) in United States

Table:
S0801

Table Survey/Program:
2019 American Community Survey 1-Year Estimates

### Means of Transportation to Work (Workers 16 Years and Over) in Alabama    [ VIEW OPTIONS ]



Drove alone - 85.2%

Carpool - 8.7%

Public transportation - 0.4%

Walked - 1.2%

Other means - 1.1%

Worked from home - 3.4%

0%  10%  20%  30%  40%  50%  60%  70%  80%  90%

Chart Survey/Program: 2019 ACS 1-Year Estimates Data Profiles

## Employment and Labor Force Status

**54.7%** +/- 0.4%

Employment Rate in Alabama

___

**60.2%** +/- 0.1%

Employment Rate in United States

___

Table:
DP03

Table Survey/Program:
2019 American Community Survey 1-Year Estimates

## Employment Rate in Alabama

VIEW OPTIONS



Chart Survey/Program: 2019 ACS 1-Year Estimates Data Profiles

## Industry

**16.2%** +/- 5.2%

Females in Agriculture, Forestry, Fishing and Hunting in Alabama

**18.7%** +/- 0.5%

Females in Agriculture, Forestry, Fishing and Hunting in United States

Table:
S2404

Table Survey/Program:
2019 American Community Survey 1-Year Estimates

### Industry for the Civilian Employed Population 16 Years and Over in Alabama

**VIEW OPTIONS**



Agriculture, forestry, fishing and hunting, and mining - 1.2%

Construction - 6.9%

Manufacturing - 14.5%

Wholesale trade - 2.6%

Retail trade - 11.1%

Transportation and warehousing, and utilities - 5.4%

Information - 1.3%

Finance and insurance, and real estate and rental and leasing - 5.6%

Professional, scientific, and management, and administrative and waste management services -

Educational services, and health care and social assistance - 22.5%

Arts, entertainment, and recreation, and accommodation and food services - 8.9%

Other services, except public administration - 4.8%

Public administration - 5.4%

Chart Survey/Program: 2019 ACS 1-Year Estimates Data Profiles

Census Geography Profile

## Occupation

**23.3%** +/- 2.0%

Females in Computer, Engineering and Science Occupations in Alabama

**26.9%** +/- 0.2%

Females in Computer, Engineering and Science Occupations in United States

Table:
S2401

Table Survey/Program:
2019 American Community Survey 1-Year Estimates

### Occupation for the Civilian Employed Population 16 Years and Over in Alabama

[ VIEW OPTIONS ]

Management, business, science, and arts occupations - 773,259

Service occupations - 354,923

Sales and office occupations - 438,173

Natural resources, construction, and maintenance occupations - 202,486

Production, transportation, and material moving occupations - 384,626

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 0 | 100,000 | 200,000 | 300,000 | 400,000 | 500,000 | 600,000 | 700,000 | 800,000 |

Chart Survey/Program: 2019 ACS 1-Year Estimates Subject Tables

---

## Work Experience

**39.2** +/- 0.1

Mean Usual Hours Worked for Workers in Alabama

**38.8** +/- 0.1

Mean Usual Hours Worked for Workers in United States

Table:
S2303

Table Survey/Program:
2019 American Community Survey 1-Year Estimates

### Mean Usual Hours Worked for Workers by Sex in Alabama

[ VIEW OPTIONS ]

Male - 41.6%

Female - 36.5%

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 0% | 5% | 10% | 15% | 20% | 25% | 30% | 35% | 40% | 45% |

Chart Survey/Program: 2019 ACS 1-Year Estimates Subject Tables

# Housing

## Financial Characteristics

**$807** +/- $9

Median Gross Rent in Alabama

**$1,097** +/- $2

Median Gross Rent in United States

Table:
DP04

Table Survey/Program:
2019 American Community Survey 1-Year Estimates

## Occupied Units Paying Rent in Alabama

VIEW OPTIONS

Less than $500 - 16.7%

$500 to $999 - 55.8%

$1,000 to $1,499 - 22.4%

$1,500 to $1,999 - 3.8%

$2,000 to $2,499 - 0.8%

$2,500 to $2,999 - 0.3%

$3,000 or more - 0.3%

Chart Survey/Program: 2019 ACS 1-Year Estimates Data Profiles

## Housing Units

**2,288,330**

Total Housing Units in Alabama

**140,498,736**

Total Housing Units in United States

Table:
H1

Table Survey/Program:
2020 Decennial Census

## Housing Occupancy in Alabama

VIEW OPTIONS

Occupied housing units - 2,011,947

Vacant housing units - 276,383

Chart Survey/Program: 2020 DEC Redistricting Data (PL 94-171)

## Occupancy Characteristics

**2,011,947**

Occupied Housing Units in Alabama

**126,817,580**

Occupied Housing Units in United States

Table:
H1

Table Survey/Program:
2020 Decennial Census

## Occupied Housing Units by Types of Households in Alabama

[ VIEW OPTIONS ]

Married-couple family - 755,018

Male householder, no spouse present - 47,274

Female householder, no spouse present - 137,370

| 0 | 100,000 | 200,000 | 300,000 | 400,000 | 500,000 | 600,000 | 700,000 | 800,000 |

Chart Survey/Program: 2019 ACS 1-Year Estimates Subject Tables

## Owner/Renter (Householder) Characteristics

**26.3%** +/- 0.5%

Moved 2017 or Later Into Occupied Housing Unit in Alabama

**28.0%** +/- 0.1%

Moved 2017 or Later Into Occupied Housing Unit in United States

Table:
S2502

Table Survey/Program:
2019 American Community Survey 1-Year Estimates

## Moved 2017 or Later Into Occupied Housing Unit by Type of Units in Alabama

[ VIEW OPTIONS ]

Owner-occupied housing units - 14.8%

Renter-occupied housing units - 51.6%

| 0% | 10% | 20% | 30% | 40% | 50% | 60% |

Chart Survey/Program: 2019 ACS 1-Year Estimates Subject Tables

Census - Geography Profile

## Physical Characteristics

**22.5%** +/- 0.5%

Occupied Housing Units with Four or More Bedrooms in Alabama

**22.8%** +/- 0.1%

Occupied Housing Units with Four or More Bedrooms in United States

Table:
S2504

Table Survey/Program:
2019 American Community Survey 1-Year Estimates

## Bedrooms in Occupied Housing Units in Alabama

 VIEW OPTIONS



No Bedroom - 1.1%

1 Bedroom - 6.1%

2 or 3 Bedrooms - 70.3%

4 or More Bedrooms - 22.5%

Chart Survey/Program: 2019 ACS 1-Year Estimates Subject Tables

## Vacancy

**276,383**

Vacant Housing Units in Alabama

**13,681,156**

Vacant Housing Units in United States

Table:
H1

Table Survey/Program:
2020 Decennial Census

## Vacancy Rate in Alabama

VIEW OPTIONS



16.6%    16.8%    16.9%    18.5%    18.4%    17.0%

2014   2015   2016   2017   2018   2019

Chart Survey/Program: 2019 ACS 1-Year Estimates Data Profiles

## Health

### Disability

**15.9%** +/- 0.3%

Disabled Population in
Alabama

**12.7%** +/- 0.1%

Disabled Population in
United States

Table:
S1810

Table Survey/Program:
2019 American Community
Survey 1-Year Estimates

### Types of Disabilities in Alabama | VIEW OPTIONS

Hearing difficulty - 4.4%

Vision difficulty - 3.1%

Cognitive difficulty - 6.3%

Ambulatory difficulty - 9.3%

Self-care difficulty - 3.3%

Independent living difficulty - 7.4%

0%   1%   2%   3%   4%   5%   6%   7%   8%   9%   10%

Chart Survey/Program: 2019 ACS 1-Year Estimates Subject Tables

### Fertility

**1,142,520** +/- 5,485

Women 15 to 50 years old
in Alabama

**76,879,571** +/-
47,490

Women 15 to 50 years old
in United States

Table:
S1301

Table Survey/Program:
2019 American Community
Survey 1-Year Estimates

### Women with Births in the Past 12 Months in Alabama | VIEW OPTIONS

15 to 19 years - 2,369

20 to 34 years - 47,019

35 to 50 years - 9,154

0   5,000   10,000   15,000   20,000   25,000   30,000   35,000   40,000   45,000   50,000

Chart Survey/Program: 2019 ACS 1-Year Estimates Subject Tables

## Health Insurance

**9.7%** +/- 0.3%

Without Health Care
Coverage in Alabama

**9.2%** +/- 0.1%

Without Health Care
Coverage in United States

Table:
S2701

Table Survey/Program:
2019 American Community
Survey 1-Year Estimates

### Population Without Health Insurance Coverage in Alabama

VIEW OPTIONS



Chart Survey/Program: 2019 ACS 1-Year Estimates Data Profiles

## Business and Economy

### Expenses and Expenditures

$353,795

Total Annual Payroll (in thousands) in Alabama for Table default NAICS

$47,500,246

Total Annual Payroll (in thousands) in United States for Table default NAICS

Table:
EC1700BASIC

Table Survey/Program:
2017 Economic Census Core Statistics

### Annual Payroll for All Counties within Alabama

VIEW OPTIONS



**Map not loaded due to browser constraints**

Refresh to try again or use the Share link to print the map

---

### Sales, Shipments, and Production

$2,725,164

Total Retail Sales (in thousands) in Alabama for Table default NAICS

$400,465,610

Total Retail Sales (in thousands) in United States for Table default NAICS

Table:
EC1700BASIC

Table Survey/Program:
2017 Economic Census Core Statistics

### Selected Sales and Revenue Totals in Alabama

VIEW OPTIONS



Total accommodation and food services sales - $7,576,462

Total health care and social assistance receipts/revenue - $26,039,632

Total merchant wholesaler sales - $75,844,516

Total retail sales - $58,564,965

$0  $10,000,000  $20,000,000  $30,000,000  $40,000,000  $50,000,000  $60,000,000  $70,000,000  $80,000,000

Chart Survey/Program: 2012 ECN Core Statistics Summary Statistics for the U.S., States, and Selected Geographies: 2017

## Families and Living Arrangements

### Children

**22.1%** +/- 0.1%

Under 18 years old in Alabama

**22.2%** +/- 0.1%

Under 18 years old in United States

Table:
DP05

Table Survey/Program:
2019 American Community Survey 1-Year Estimates

### Children Under 18 by Age Range in Alabama

[VIEW OPTIONS]

Under 5 years - 5.8%

5 to 14 years - 12.5%

15 to 17 years - 3.8%

0%   2%   4%   6%   8%   10%   12%   14%

Chart Survey/Program: 2019 ACS 1-Year Estimates Subject Tables

### Families and Household Characteristics

**3.15** +/- 0.03

Average Family Size in Alabama

**3.23** +/- 0.01

Average Family Size in United States

Table:
S1101

Table Survey/Program:
2019 American Community Survey 1-Year Estimates

### Total Households by Type of Households in Alabama

[VIEW OPTIONS]

Married-couple family household - 47.0%

Male householder, no spouse present, family household - 18.0%

Female householder, no spouse present, family household - 30.3%

0%   5%   10%   15%   20%   25%   30%   35%   40%   45%   50%

Chart Survey/Program: 2019 ACS 1-Year Estimates Data Profiles

## Marital Status and Marital History

**31.1%** +/- 0.4%

Never Married in Alabama

**33.9%** +/- 0.1%

Never Married in United States

Table:
S1201

Table Survey/Program:
2019 American Community Survey 1-Year Estimates

## Marital Status in Alabama

VIEW OPTIONS



Chart Survey/Program: 2019 ACS 1-Year Estimates Subject Tables

## Race and Ethnicity

### American Indian and Alaska Native

**American Indian and Alaska Native alone for All Counties within Alabama**

VIEW OPTIONS

## 33,625

American Indian and Alaska Native alone in Alabama

## 3,727,135

American Indian and Alaska Native alone in United States

Table:
P1

Table Survey/Program:
2020 Decennial Census



**Map not loaded due to browser constraints**

Refresh to try again or use the Share link to print the map

### Asian

**Asian alone for All Counties within Alabama**

VIEW OPTIONS

## 76,660

Asian alone in Alabama

## 19,886,049

Asian alone in United States

Table:
P1

Table Survey/Program:
2020 Decennial Census



**Map not loaded due to browser constraints**

Refresh to try again or use the Share link to print the map

## Black or African American

1,296,162

Black or African American alone in Alabama

41,104,200

Black or African American alone in United States

Table:
P1

Table Survey/Program:
2020 Decennial Census

### Black or African American alone for All Counties within Alabama

VIEW OPTIONS



| 141 | 6,246 | 18,217 | 39,570 | 92,066 | 281,326 |

## Hispanic or Latino

264,047

Hispanic or Latino (of any race) in Alabama

62,080,044

Hispanic or Latino (of any race) in United States

Table:
P2

Table Survey/Program:
2020 Decennial Census

### Hispanic or Latino (of any race) for All Counties within Alabama

VIEW OPTIONS



**Map not loaded due to browser constraints**

Refresh to try again or use the Share link to print the map

Census - Geography Profile

## Native Hawaiian and Pacific Islander

### Native Hawaiian and Other Pacific Islander alone for All Counties within Alabama

VIEW OPTIONS

**2,984**

Native Hawaiian and Other Pacific Islander alone in Alabama

**689,966**

Native Hawaiian and Other Pacific Islander alone in United States

Table:
P1

Table Survey/Program:
2020 Decennial Census



**Map not loaded due to browser constraints**

Refresh to try again or use the Share link to print the map

## Not Hispanic or Latino

### White alone, not Hispanic or Latino for All Counties within Alabama

VIEW OPTIONS

**3,171,351**

White alone, not Hispanic or Latino in Alabama

**191,697,647**

White alone, not Hispanic or Latino in United States

Table:
P2

Table Survey/Program:
2020 Decennial Census



**Map not loaded due to browser constraints**

Refresh to try again or use the Share link to print the map

## Some Other Race

### 137,443

Some Other Race alone in
Alabama

### 27,915,715

Some Other Race alone in
United States

Table:
P1

Table Survey/Program:
2020 Decennial Census

**Some Other Race alone for All
Counties within Alabama**

VIEW OPTIONS



**Map not loaded due to browser constraints**
Refresh to try again or use the Share link to print the map

---

## Two or More Races

### 256,953

Two or More Races in
Alabama

### 33,848,943

Two or More Races in
United States

Table:
P1

Table Survey/Program:
2020 Decennial Census

**Two or More Races for All
Counties within Alabama**

VIEW OPTIONS



**Map not loaded due to browser constraints**
Refresh to try again or use the Share link to print the map

---

## White

### 3,220,452

White alone in Alabama

___

### 204,277,273

White alone in United States

___

Table:
P1

Table Survey/Program:
2020 Decennial Census

**White alone for All Counties within Alabama**

VIEW OPTIONS



**Map not loaded due to browser constraints**

Refresh to try again or use the Share link to print the map

## Nearby States

Mississippi                Florida                Georgia                Tennessee

Accessibility | Information Quality | FOIA | Data Protection and Privacy Policy | U.S. Department of Commerce | Release Notes

Measuring America's People, Places and Economy