An official website of the United States government
Here's how you know



# VOTING DETERMINATION LETTERS FOR ALABAMA

The Civil Rights Division has prepared this site to make Civil Rights Division documents more available to the public.

To the extent that any documents do not currently comply with Section 508 of the Rehabilitation Act because of the poor quality of the original documents used to prepare this site, the Division is applying its available resources in an effort to create alternative records that are readable.

Determination Letters for Alabama, by date.

| Jurisdiction and date | Description and submission numbers | Notes |
|---|---|---|
| State of Alabama 08/01/1969 (pdf) | Act No. 243 (1969), Garrett Act--Independent Candidate qualification deadline (T6864) | |
| Morgan County 11/13/1969 (pdf) | Act No. 221 (1965)–poll list signature requirement (T6813) | |
| Escambia County 11/13/1969 (pdf) | Act No. 479 (1967)–poll list signature requirement (T6819) | |
| Mobile County 11/13/1969 (pdf) | Act No. 812 (1965)–poll list signature requirement (T6814) | |
| Baldwin County 11/13/1969 (pdf) | Act No. 60 (1966)--poll list signature requirement (T6815) | Withdrawal 10-21-75 (V8804-8808) |
| Russell County 11/13/1969 (pdf) | Act No. 119 (1967)–poll list signature requirement (T6817) | |
| Montgomery County 11/13/1969 (pdf) | Act No. 112 (1966)–poll list signature requirement (T6816) | |
| Dale County 11/13/1969 (pdf) | Act No. 126 (1967)–poll list signature requirement (T6818) | |

| | |
|---|---|
| Lee County 11/13/1969 (pdf) | Act No. 552 (1965)--poll list signature requirement (T6820) |
| Mobile County 12/16/1969 (pdf) | Act No. 1052 (1969)--poll list signature requirement (T6833) |
| State of Alabama 03/13/1970 (pdf) | Act No. 604 (1970)--absentee registration literacy requirement (T6812) |
| Birmingham (Jefferson Cty.) 07/09/1971 (pdf) | Act No. 507 (1969)--numbered posts (T7933) |
| Talladega (Talladega Cty.) 07/23/1971 (pdf) | Act No. 91 (1971)--anti-single shot (V3059) |
| Autauga County School District 03/20/1972 (pdf) | Act No. 2268 (1971)--at-large elections; residency requirement (V3928) |
| Autauga County 03/20/1972 (pdf) | Act No. 1451 (1971) at-large elections; majority vote requirement; residency requirement (V4078-79) |
| State of Alabama 04/04/1972 (pdf) | Act Nos. 2229 and 2230 (1972)--assistance to illiterates restricted (V3871-72) |
| State of Alabama 08/14/1972 (pdf) | Act No. 2324 (1971)--two independent candidate petition signature requirements (V4074) |
| State of Alabama 12/26/1972 (pdf) | Act No. 2445 (1971)--elected to appointed justices (V4105) |
| Mobile (Mobile Cty.) 08/03/1973 (pdf) | Act No. 1483 (1971)--candidate qualification procedures (V5607) |

| | | |
|---|---|---|
| Pike County 08/12/1974 (pdf) | Reapportionment of Democratic Party Executive Committee (V6511) | |
| Sumter Cty. Democratic Executive Committee 10/29/1974 (pdf) | Anti-single shot (V6901) | |
| Talladega (Talladega Cty.) 03/14/1975 (pdf) | Ordinance No. 997–numbered posts (V7125) | |
| Fairfield (Jefferson Cty.) 04/10/1975 (pdf) | Annexation (V6603) | Withdrawn 10-8-76 |
| Alabaster (Shelby Cty.) 07/07/1975 (pdf) | Six annexations (V8168-69) | Withdrawn 5-3-83 upon change in method of election |
| Bessemer (Jefferson Cty.) 09/12/1975 (pdf) | Seven Annexations (V7007; X0910-16) | Withdrawn 7-7-86 upon change in method of election |
| Phenix City (Russell Cty.) 12/12/1975 (pdf) | Act No. 698 (1975)–staggered terms (V9991) | |
| State of Alabama 01/16/1976 (pdf) | Act No. 1196, Sections 5, 43, 44-primary date (X0521) | |
| Pickens County 02/18/1976 (pdf) | Reapportionment of Democratic Party Executive Committee (V6511) | |
| State of Alabama 02/20/1976 (pdf) | Act No. 1205 (1975)--combines Bibb and Hale Counties for judicial district (X1121) | |
| Mobile (Mobile Cty.) 03/02/1976 (pdf) | Act No. 823 (1965), Sections 2 and 12--form of city government and specified duties for commissioners (V9335) | |

| | | |
|---|---|---|
| Pickens County School District 03/05/1976 (pdf) | Act No. 72 (1975)--redistricting (X2669) | |
| Chambers County 03/08/1976 (pdf) | Act No. 475 (1973)--at-large nomination of county commissioners; Act No. 2001 (1971) (V9127; X1782B) | |
| Chambers County School District 03/10/1976 (pdf) | Act No. 843 (1975)--at-large elections; numbered posts; majority vote requirement (X1840) | |
| Hale County 04/23/1976 (pdf) | Act No. 1092 (1969)--at-large elections (V6804) | |
| Sheffield (Colbert Cty.) 07/06/1976 (pdf) | At-large method of election (V8341) | |
| Hale County 12/29/1976 (pdf) | Act Nos. 320 (1965), 2022 (1971) and 620 (1973)--at-large elections (X8956) | Declaratory judgment denied in Hale County v. United States, 496 F. Supp. 1206 (D.D.C. 1980) |
| Alabaster (Shelby Cty.) 12/27/1977 (pdf) | Two annexations (A3009; A2991) | Withdrawn 5-3-83 upon change in method of election |
| Barbour County 07/28/1978 (pdf) | Act Nos. 10 (1965) and 171 (1967)--method of election--at-large elections; residency requirements; reduction in number of commissioners from seven to five; numbered posts for dual-member residency district (A3381) | |
| Hayneville (Lowndes Cty.) 12/29/1978 (pdf) | Incorporation (A6405) | |
| Clarke County 02/26/1979 (pdf) | Act No. 2446 (1971)--at-large election of county commission (C0017) | |

| | | |
|---|---|---|
| Pleasant Grove (Jefferson Cty.) 02/01/1980 (pdf) | Act No. 79-419 (1979)--annexation (80-1197) | Declaratory judgment denied in City of Pleasant Grove v. United States, 623 F. Supp. 782 (D.D.C. 1985), aff'd, 479 U.S. 462 (1987) |
| Selma (Dallas Cty.) 04/28/1980 (pdf) | Redistricting (80-1168) | |
| Sumter County 10/17/1980 (pdf) | Act No. 79-729 (1979)--voting machines; number of beats; polling places (7X-0062) | |
| Barbour County 07/21/1981 (pdf) | Redistricting (81-1085) | |
| Conecuh County 09/14/1981 (pdf) | Act No. 2284 (1971)--method of election (two multi-member districts) (80-1151) | |
| Perry County 09/25/1981 (pdf) | Act No. 81-226--purge and reidentification of voters (81-1191) | |
| Sumter County 10/02/1981 (pdf) | Act No. 81-224--reidentification of voters (81-1211) | |
| Wilcox County 10/26/1981 (pdf) | Act No. 81-383--purge and reidentification of voters (81-1224) | |
| Perry County 10/26/1981 (pdf) | Act No. 81-635--voting machines (81-1192) | Withdrawn 4-19-82 |
| Barbour County 11/16/1981 (pdf) | Redistricting (81-1089) | |
| Montgomery (Montgomery Cty.) 01/05/1982 (pdf) | Redistricting (81-1180) | Withdrawn 2-23-82 |

| | | |
|---|---|---|
| Conecuh Cty. Democratic Executive Committee 04/23/1982 (pdf) | Method of election (two multi-member districts); size of committee (82-1336) | |
| State of Alabama 05/06/1982 (pdf) | Act No. 81-1049--House and Senate reapportionment (82-1363) | |
| State of Alabama 07/19/1982 (pdf) | Act Nos. 572 (H.B. No. 278) and 611 (H.B. No. 10) (1982)--candidate qualifying and nominating procedures for minor parties (82-1365) | |
| Butler County 07/19/1982 (pdf) | Act No. 136 (1969)—method of electing county commissioners (7X-0049) | |
| Conecuh County 07/26/1982 (pdf) | Redistricting (82-1339) | |
| State of Alabama 08/02/1982 (pdf) | Act No. 82-629 (H.B. No. 19)--House and Senate reapportionment (82-1366) | |
| Mobile County 10/19/1982 (pdf) | Act No. 81-740 and No. 82-377—voter registration procedures (81-1171; 82-1447) | |
| Tallapoosa County 05/10/1983 (pdf) | Method of electing county commissioners from single-member districts to at-large (83-1374) | |
| Monroe County 02/17/1984 (pdf) | Method of electing county commissioners from single-member districts to at-large election (7X-0058) | |
| Adamsville (Jefferson Cty.) 03/26/1984 (pdf) | 1981 and 1982 annexations (totaling 34) (84-1517) | Withdrawn 7-27-84 upon change in method of election |
| Selma (Dallas Cty.) 04/20/1984 (pdf) | Ordinance No. 83-05—redistricting (Councilmanic wards) (83-1242) | |

| Jurisdiction / Date | Change | Notes |
|---|---|---|
| Greene County 06/18/1984 (pdf) | Act No. 507, H.B. No. 830 (1983)--changes the method of appointing the members of the county racing commission (84-1505) | Withdrawn 10-31-84—determined not to be a change affecting voting; subsequently enjoined under Section 5 from being implemented in Hardy v.Wallace, 603 F. Supp. 174 (N.D. Ala. 1 |
| Eutaw (Greene Cty.) 08/21/1984 (pdf) | Districting plan (84-1502) | |
| Baldwin County 12/11/1984 (pdf) | Act No. 84-734--purge and reidentification of voters (84-1416) | |
| Houston County 10/15/1985 (pdf) | At-large elections with numbered posts and Act No. 84-571--at-large elections with four candidate residency districts; numbered positions (80-1180; 84-1513) | |
| Greensboro (Hale Cty.) 10/21/1985 (pdf) | Deannexation (85-1532) | |
| Marengo County 02/10/1986 (pdf) | Increase in number of members from five to six; method of election—from at-large to mixed; districting plan (county commission districts and board of education) (86-2012; 86-2013) | |
| Dallas County 06/02/1986 (pdf) | Method of election--from at-large to single-member districts; districting plan (commissioners) (86-1882) | |
| Bay Minette (Baldwin Cty.) 10/06/1986 (pdf) | Three annexations (85-1442; 85-1443; 85-1445) | Withdrawn 6-22-87, upon change in method of election |
| Alexander City (Tallapoosa Cty.) 12/01/1986 (pdf) | 1986 annexation (86-2116) | Withdrawn 12-7-87 |
| Prichard (Mobile Cty.) 02/03/1987 (pdf) | Act No. 58 (1971) and the 1971 deannexation (86-2037) | |

| | | |
|---|---|---|
| Leeds (Jefferson, St. Clair, and Shelby Ctys.) 05/04/1987 (pdf) | Twenty-nine annexations (85-1578; 85-1579; 86-1960; 87-1615) | Withdrawn 5-23-88, upon change in method of election |
| Marion (Perry Cty.) 05/05/1987 (pdf) | Implementation of the January 7, 1965, resolution creating the separate city school district (87-1706) | |
| Dallas County School District 06/01/1987 (pdf) | Districting plan (87-1555) | |
| Roanoke (Randolph Cty.) 03/15/1988 (pdf) | Multimember district method of election; districting plan; two annexations; two referenda (87-1722) | Objection to annexations and referendaWithdrawn upon change in method of election |
| Tallassee (Elmore and Tallapoosa Ctys.) 12/19/1988 (pdf) | Ordinance No. 86-213--revised annexation requirements (88-1891) | |
| State (89-1469) and Dothan (Dale, Henry, & HoustonCtys.) 06/12/1989 (pdf) | Act No. 88-445, as amended by Act No. 88-331--insofar as it provides that a Class 5 municipality (such as Dothan) that adopts the mayor-commissioner-city manager form of government is required to utilize a four single-member district method of election and the districting plans (adopted by Dothan) which sought to implement that requirement (89-1285; 89-4040) | |
| Foley (Baldwin Cty.) 11/06/1989 (pdf) | Three annexations (86-1811) | Withdrawn 7-1-96 |
| State Democratic Party 12/01/1989 (pdf) | Amendment of the rules of the Alabama Democratic Party, which changes the method of selecting members of the State Democratic Executive Committee (SDEC); alters the method of selecting the Vice Chairman for Minority Affairs; and changes the method of selecting minority members of the Executive Board of the SDEC (89-1264) | |
| Dallas County 06/22/1990 (pdf) | Additional procedures for the 1990 implementation of the voter reidentification and purge program under Act No. 84-389, including the schedule and voter update program (90-1693) | |

| | | |
|---|---|---|
| Valley (Chambers Cty.) 10/12/1990 (pdf) | Creation of the Valley School System (89-1242) | Withdrawn 7-27-92 |
| Democratic Party (Perry Cty.) 12/03/1990 (pdf) | 1989 Bylaws concerning the fair representation principle and the rule for equal division by gender (Article II, Section 2, fourth through seventh sentences) to elect executive committee members (90-1837) | |
| Valley (Chambers Cty.) 12/31/1990 (pdf) | Annexation (90-1663) | Withdrawn 12-9-91 upon change in method of election |
| Democratic Party (Lamar Cty.) 01/25/1991 (pdf) | Increase in number of members from 23 to 49; change in the method of election from single-member districts to a mix of single-member districts and multimember districts with designated posts; a March 8, 1990, organizational plan, which provides, inter alia, for a decrease in the number of popularly elected members from 49 to 40, a change in the method of election from electing members from mixed single- and multi-member districts to four 10-member districts with plurality vote, a rule for equal division by gender by district, a districting plan, a change from an elective to an elective-appointive system with the priciple of fair representation, and the procedures for the appointment of additional members (90-1769) | |
| Democratic Party (Limestone Cty.) 01/28/1991 (pdf) | Increase in number of members from 25 to 32; the 1970 increase in number of members from 32 to 45, a change in method of election from single-member districts to 43 single-member districts and 1 two-member district, a redistricting plan, and adoption of numbered posts in the multi-member district; the 1982, 1983, and 1985 redistrictings; the 1985 increase in number of members from 45 to 48, the change in method of election to 9 single-member districts, 11 two-member districts, 3 three-member districts, and 2 four-member districts; and the September 7, 1989, Rules, as amended on March 1, 1990, which provide for a decrease in number of members from 48 to 40, a change in method of election to 4 ten-member districts by plurality vote, a redistricting, and a change from an elective to an elective-appointive system with the principle of fair representation and the procedures therefor to appoint additional members (90-1789) | |
| State of Alabama 11/08/1991 (pdf) | Act No. 90-539, which creates a fourth circuit judgeship in the 20th Judicial Circuit and the implementation schedule for that change (91-0518) | Withdrawn 3-18-96 |
| State of Alabama 12/23/1991 (pdf) | Act No. 91-640, which creates a 25th circuit judgeship in the Tenth Circuit for the Bessemer Division, and eighth circuit judgeship in the 15th Circuit, and the implementation schedule for those changes (91-4215) | |

| | | |
|---|---|---|
| State of Alabama 03/27/1992 (pdf) | Act No. 92-63, which provides the redistricting plan for congressional districts (92-1176) | |
| Dallas County 05/01/1992 (pdf) | Redistricting plan for the board of education (92-1001) | |
| Dallas County 07/21/1992 (pdf) | Redistricting plan for the board of education (92-2503) | |
| Selma (Dallas Cty.) 11/12/1992 (pdf) | Redistricting plan for the city council (92-4187) | |
| Greensboro (Hale Cty.) 12/04/1992 (pdf) | Districting plan for the city council (92-3376) | |
| Dallas County 12/24/1992 (pdf) | Redistricting plan for the board of education (92-4848) | |
| Selma (Dallas Cty.) 03/15/1993 (pdf) | Redistricting plan for the city council (93-0110) | |
| Foley (Baldwin Cty.) 08/30/1993 (pdf) | Ordinance No. 472-93-residential annexation (93-1106) | Withdrawn 7-1-96 |
| State of Alabama 11/16/1993 (pdf) | Act No. 93-882: Establishment of sixth position for the sixth Judicial Circuit (93-3476) | Withdrawn 3-18-96 |
| Greensboro (Hale Cty.) 01/03/1994 (pdf) | Districting plan for the city council (93-4223) | |
| State of Alabama 01/31/1994 (pdf) | Amendment 425 to the Alabama Constitution, insofar as it provides that a referendum on a local constitutional amendment may not be held unless it is first approved by the Local Constitutional Amendment Commission (89-1439) | |
| State of Alabama 04/14/1994 (pdf) | The changes for the courts of criminal and civil appeals and the supreme court occasioned by Act Nos. 602 and 987 (1969), 75 (1971), and 346 (1993) in the context of the at-large method of electing these courts (93-2322; 93-3195-96) | Withdrawn 3-18-96 |
| Tallapoosa County 02/06/1998 (html | pdf) | Redistricting plan (97-1021) | |

| | | |
|---|---|---|
| Alabaster (Shelby Cty.) 08/16/2000 (html \| pdf) | Annexations (Ordinance Nos. 94-338 and 96-410) (2000-2230) | |
| Mobile County 01/08/2007 (html \| pdf) | Change in method of election for filling vacancies occurring on the Mobile County Commission from special election to gubernatorial appointment (2006-6792) | 01/08/2007 |
| City of Calera (Shelby Cty.) 8/25/2008 (html \| pdf) | One hundred and seventy seven annexations and a redistricting plan (2008-1621) | |

*Updated May 18, 2020*

---

Was this page helpful?
Yes     No