FILED
2021 Dec-23  PM 07:52
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | UNITED STATES REPRESENTATIVE, 1ST CONGRESSIONAL DISTRICT (DEM) | | |
|---|---:|---:|---:|
| | James Averhart | Kiani A. Gardner | Rick Collins |
| Autauga | | | |
| Baldwin | 2040 | 6158 | 2126 |
| Barbour | | | |
| Bullock | | | |
| Butler | | | |
| Clarke | 312 | 329 | 63 |
| Coffee | | | |
| Conecuh | | | |
| Covington | | | |
| Crenshaw | | | |
| Dale | | | |
| Elmore | | | |
| Escambia | 737 | 782 | 243 |
| Geneva | | | |
| Henry | | | |
| Houston | | | |
| Mobile | 15498 | 14802 | 5205 |
| Monroe | 1661 | 321 | 226 |
| Montgomery | | | |
| Pike | | | |
| Washington | 774 | 570 | 256 |
| **Grand Total** | **21022** | **22962** | **8119** |

|  | UNITED STATES REPRESENTATIVE, 2ND CONGRESSIONAL DISTRICT (DEM) | |
|---|---:|---:|
|  | Nathan Mathis | Phyllis Harvey-Hall |
| Autauga | 1315 | 1722 |
| Baldwin |  |  |
| Barbour | 764 | 1163 |
| Bullock | 1318 | 478 |
| Butler | 1230 | 667 |
| Clarke |  |  |
| Coffee | 945 | 1181 |
| Conecuh | 404 | 1361 |
| Covington | 495 | 572 |
| Crenshaw | 481 | 238 |
| Dale | 941 | 1125 |
| Elmore | 1586 | 2383 |
| Escambia |  |  |
| Geneva | 516 | 231 |
| Henry | 502 | 563 |
| Houston | 2315 | 2627 |
| Mobile |  |  |
| Monroe |  |  |
| Montgomery | 5323 | 11786 |
| Pike | 763 | 1302 |
| Washington |  |  |
| **Grand Total** | **18898** | **27399** |