FILED

2021 Dec-23  PM 07:52
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| EVAN MILLIGAN, *et al.*, | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| v. | ) | Case No. 2:21-cv-1530-AMM |
| | ) | |
| JOHN H. MERRILL, in his official | ) | THREE-JUDGE COURT |
| capacity as Alabama Secretary of State, | ) | |
| *et al.*, | ) | |
| | ) | |
| *Defendants*. | ) | |

### DECLARATION OF BRADLEY BYRNE

My name is Bradley Byrne. I represented Alabama's Congressional District 1 in the United States House of Representatives from 2014 through 2021. I am over the age of nineteen, and the facts I have set out below are based upon my personal knowledge.

1.      I testified in *Chestnut v. Merrill*, Case No. 2:18-CV-00907-KOB. My deposition and trial testimony from that case is attached. I have reviewed it, and my testimony was truthful and accurate. I have attached to this declaration the transcripts of this testimony along with the referenced exhibits.

2.      I understand that new litigation has been filed where plaintiffs propose a congressional map with similar structure to the maps proposed by the plaintiffs in *Chestnut*: a map that splits Mobile County, connecting the areas with more black

1

voters with Montgomery County and the Eastern Black Belt while connecting the parts of Mobile County with more white voters with counties in southeastern Alabama. The proposed maps in *Chestnut* divided important and longstanding communities of interest in the Gulf Coast counties to connect far-apart voters who do not share a community of interest.

3.    My testimony in *Chestnut* about the plaintiffs' proposed maps in that case and the problems the maps present equally applies to any new map with a similar structure.


Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.


Executed on December 22, 2021.

s/ Bradley Byrne
Bradley Byrne
