FILED
 2021 Dec-27  PM 04:07
U.S. DISTRICT COURT
    N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| BOBBY SINGLETON, et al., | ) |
| *Plaintiffs*, | ) |
| v. | ) Case No.: 2:21-cv-1291-AMM |
| JOHN H. MERRILL, Secretary of State, et al., | ) **THREE-JUDGE COURT** |
| *Defendants*. | ) |

___

| | |
|---|---|
| EVAN MILLIGAN, et al., | ) |
| *Plaintiffs*, | ) |
| v. | ) Case No.: 2:21-cv-01530-AMM |
| JOHN H. MERRILL, State of Alabama, et al., | ) **THREE-JUDGE COURT** |
| *Defendants*. | ) |

___

| | |
|---|---|
| MARCUS CASTER, et al., | ) |
| *Plaintiffs*, | ) |
| v. | ) Case No.: 2:21-cv-01536-AMM |
| JOHN H. MERRILL, State of Alabama, *et al.*, | ) |
| *Defendants*. | ) |

1

**DEFENDANTS' NOTICE OF PERSONS PARTICIPATING IN HEARING**

Defendants and Intervenor-Defendants provide notice, pursuant to this Court's orders (*Singleton* DE59, *Milligan* DE72, *Caster* DE57), that the following persons are participating in the preliminary injunction hearing beginning January 4, 2022:

    Edmund G. LaCour, Jr.
    Thomas A. Wilson
    A. Barrett Bowdre
    James W. Davis
    A. Reid Harris
    Brenton M. Smith
    Dorman Walker

The following persons are not expected to participate in argument or examination of witnesses, but may observe the proceedings through the zoom link provided by the Court:

    Misty S. Fairbanks Messick
    Winfield J. Sinclair
    Benjamin M. Seiss
    Richard Mink

    *Respectfully Submitted,*

    Steve Marshall
      *Attorney General*

    Edmund G. LaCour Jr. (ASB-9182-U81L)
      *Solicitor General*
    Thomas A. Wilson (ASB-1494-D25C)
      *Deputy Solicitor General*

/s/ James W. Davis
James W. Davis (ASB-4063-I58J)
  *Deputy Attorney General*

Misty S. Fairbanks Messick (ASB-1813-T71F)
A. Reid Harris (ASB-1624-D29X)
Brenton M. Smith (ASB-1656-X27Q)
Benjamin M. Seiss (ASB-2110-O00W)
  *Assistant Attorneys General*

OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8400
Edmund.LaCour@AlabamaAG.gov
Thomas.Wilson@AlabamaAG.gov
Jim.Davis@AlabamaAG.gov
Ben.Seiss@AlabamaAG.gov
Reid.Harris@AlabamaAG.gov
Brenton.Smith@AlabamaAG.gov

*Counsel for Secretary Merrill*


s/ *Dorman Walker* (with permission)

Dorman Walker (ASB-9154-R81J)
BALCH & BINGHAM LLP
Post Office Box 78 (36101)
105 Tallapoosa Street, Suite 200
Montgomery, AL 36104
Telephone: (334) 269-3138
Email: dwalker@balch.com

***Counsel for Sen. McClendon and Rep. Pringle***

3

**CERTIFICATE OF SERVICE**

I certify that on December 27, 2021, I electronically filed the foregoing notice with the Clerk of the Court using the CM/ECF system, which will send notice to all counsel of record.

/s/ James W Davis
*Counsel for Secretary Merrill*