FILED
2021 Dec-27  PM 09:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| MARCUS CASTER, LAKEISHA CHESTNUT, BOBBY LEE DUBOSE, BENJAMIN JONES, RODNEY ALLEN LOVE, MANASSEH POWELL, RONALD SMITH, and WENDELL THOMAS,<br><br>        Plaintiffs,<br><br>v.<br><br>JOHN H. MERRILL, in his official capacity as Alabama Secretary of State,<br><br>        Defendant,<br><br>and<br><br>CHRIS PRINGLE and JIM McCLENDON,<br><br>        Intervenor-Defendants. | Case No. 2:21-CV-1536-AMM |

**PLAINTIFFS' NOTICE OF PERSONS PARTICIPATING IN HEARING**

Pursuant to this court's December 16, 2021, order, ECF No. 57, Plaintiffs provide notice that the following persons will be participating in the preliminary injunction hearing beginning on January 4, 2022:

    Richard P. Rouco
    Abha Khanna
    Lalitha D. Madduri
    Daniel C. Osher

The following persons are not expected to participate in argument or the in the examination of witnesses, but may observe the proceedings through the court-provided zoom link:

    Joseph N. Posimato
    Olivia N. Sedwick

Dated: December 27, 2021

Respectfully submitted,

By /s/ *Abha Khanna*

Richard P. Rouco
(AL Bar. No. 6182-R76R)
**Quinn, Connor, Weaver, Davies & Rouco LLP**
Two North Twentieth
2-20th Street North, Suite 930
Birmingham, AL 35203
Phone: (205) 870-9989
Fax: (205) 803-4143
Email: rrouco@qcwdr.com

Abha Khanna*
**Elias Law Group LLP**
1700 Seventh Ave, Suite 2100
Seattle, WA 98101
Phone: (206) 656-0177
Email: AKhanna@elias.law

Lalitha D. Madduri*
Daniel C. Osher*
Joseph N. Posimato*
Olivia N. Sedwick*
**Elias Law Group LLP**
10 G St. NE, Suite 600
Washington, D.C. 20002
Phone: (202) 968-4518
Email: LMadduri@elias.law
Email: DOsher@elias.law
Email: JPosimato@elias.law
Email: OSedwick@elias.law

*Attorneys for Plaintiffs*
*\*Admitted Pro Hac Vice*

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2021, a copy of the foregoing was filed with the Clerk of Court using the CM/ECF system, which will provide electronic notice of filing to all counsel of record.

>/s/ Abha Khanna
>Abha Khanna
>Counsel for Plaintiffs