FILED
2021 Dec-27 PM 09:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

Exhibit 1

# State of Alabama Voter Registration Form

NVRA-2
2021.03.08

**FOR USE BY U.S. CITIZENS ONLY ◆ FILL IN ALL BOXES ON THIS FORM ◆ PLEASE USE INK ◆ PRINT LEGIBLY**

**You can use this form to:**
- ▶ Register to vote in Alabama.
- ▶ Update your voter registration record, if you have changed your name or address.

**Deadline for submitting application:**
Voter registration and updating of voter records is closed during the 14 days prior to each election in Alabama.

**To register to vote in the State of Alabama, you must:**
- ▶ Be a citizen of the United States.
- ▶ Live in Alabama.
- ▶ Be at least 18 years of age on or before election day.
- ▶ Not have been convicted of a disqualifying felony, or if you have been convicted, you must have had your civil rights restored.
- ▶ Not have been declared "mentally incompetent" by a court.

**ID requested:** You may send with this application a copy of valid photo identification. You will be required to present valid photo identification when you vote at your polling place or by absentee ballot, unless exempted by law. For more information, go to www.alabamavotes.gov or call the Elections Division: 800-274-8683.

① Are you a citizen of the United States of America? ☐ Yes ☐ No
② Will you be 18 years of age on or before election day? ☐ Yes ☐ No

**ATTENTION!** If you answer "No" to either of these questions, do not complete this application.

③ Print Your Name: First / Middle / Last / Suffix

Alabama Driver's License or Non-Driver ID Number: STATE / NUMBER

④ Print Maiden Name / Former Name (if reporting a change of name): First / Middle / Last / Suffix

**IF YOU HAVE NO ALABAMA DRIVER'S LICENSE OR ALABAMA NON-DRIVER ID NUMBER**

Last four digits of Social Security number:

☐ I do not have an Alabama driver's license or Alabama non-driver ID or a Social Security number.

⑤ Date of Birth (mm/dd/yyyy) ⑥ Primary Telephone ( ) ⑦ Email Address

⑧ **Addresses**

**Current**
- Address where you live: (Do not use post office box) — Home Address (include apartment or other unit number if applicable) / City / State / ZIP
- Address where you receive your mail: — Mailing Address, if different from Home Address / City / State / ZIP

**Old**
- Address where you were last registered to vote: (Do not use post office box) — Former Address / City / County / State / ZIP

⑨ **Sex** (check one) ☐ Female ☐ Male

⑩ **Race** (check one)
☐ White  ☐ Black
☐ Asian  ☐ American Indian
☐ Hispanic  ☐ Other

⑪ **Place of Birth** — City / County / State / Country

⑫ **Map / Diagram**
If your home has no street number or name, please draw a map of where your house is located. Please include roads and landmarks.

⑬ **Did you receive assistance?**
If you are unable to sign your name, who helped you fill out this application? Give name, address, and phone number (phone number is optional).

**REGISTRARS USE ONLY**

DATE ☐ APPROVED ☐ DENIED

_____ (mm/dd/yyyy)

County Pct _____
City Pct _____

Board member _____
Board member _____
Board member _____

**Voter Declaration - Read and Sign Under Penalty of Perjury**

- ▶ I am a U.S. citizen
- ▶ I live in the State of Alabama
- ▶ I will be at least 18 years of age on or before election day
- ▶ I am not barred from voting by reason of a disqualifying felony conviction (The list of disqualifying felonies is available on the Secretary of State's website at: sos.alabama.gov/mtfelonies)
- ▶ I have not been judged "mentally incompetent" in a court of law

I solemnly swear or affirm to support and defend the constitution of the United States and the State of Alabama and further disavow any belief or affiliation with any group which advocates the overthrow of the governments of the United States or the State of Alabama by unlawful means and that the information contained herein is true, so help me God.

☐ **OPTIONAL:** Because of a sincerely held belief, I decline to include the final four words of the oath above.

YOUR SIGNATURE _____ DATE (mm/dd/yyyy) _____

If you falsely sign this statement, you can be convicted and imprisoned for up to five years.

The decision to register to vote is yours. If you decide to register to vote, the office at which you are submitting this application will remain confidential and will be used only for voter registration purposes. If you decline to register to vote, your decision will remain confidential and will be used only for voter registration purposes.



John H. Merrill - Secretary of State

**Questions? Call the Elections Division at 1-800-274-8683 or 334-242-7210**

To mail, put the address of your county Board of Registrars on the lines below.

**AUTAUGA COUNTY**
PO Box 680036
Prattville 36068-0036
(334) 358-6740

**BALDWIN COUNTY**
PO Box 1507
Bay Minette 36507-1507
(251) 937-0305

**BARBOUR COUNTY**
303 E Broad St Rm 108
Eufaula 36027
(334) 687-1585

**BIBB COUNTY**
8 Court Square W
Centreville 35042
(205) 926-3102

**BLOUNT COUNTY**
220 Second Ave E Rm B-5
Oneonta 35121
(205) 625-4182

**BULLOCK COUNTY**
217 Prairie St N Rm 101
Union Springs 36089-1659
(334) 738-5372

**BUTLER COUNTY**
700 Court Sq Rm 8
Greenville 36037-2308
(334) 382-5685
(334) 382-6829

**CALHOUN COUNTY**
1702 Noble St Ste 113
Anniston 36201-3889
(256) 241-2930

**CHAMBERS COUNTY**
18 Alabama Ave E Rm 101
Lafayette 36862
(334) 864-4313

**CHEROKEE COUNTY**
260 Cedar Bluff Rd Ste 106
Centre 35960-1403
(256) 927-5336

**CHILTON COUNTY**
PO Box 640
Clanton 35046-0640
(205) 755-3820

**CHOCTAW COUNTY**
117 S Mulberry Ave Ste 1
Butler 36904-0132
(205) 459-2531

**CLARKE COUNTY**
PO Box 10
Grove Hill 36451-0010
(251) 275-3062

**CLAY COUNTY**
PO Box 446
Ashland 36251-0446
(256) 354-7815

**CLEBURNE COUNTY**
120 Vickery St Rm 103
Heflin 36264-1166
(256) 463-5299

**COFFEE COUNTY**
6 County Complex
New Brockton 36351-9791
(334) 894-5347

**COLBERT COUNTY**
201 N Main St
Tuscumbia 35674-2095
(256) 386-8535

**CONECUH COUNTY**
111 Court St Rm 102
Evergreen 36401
(251) 578-7024

**COOSA COUNTY**
PO Box 218
Rockford 35136-0218
(256) 377-2418

**COVINGTON COUNTY**
228 Hillcrest Dr
Andalusia 36420-2570
(334) 428-2685

**CRENSHAW COUNTY**
PO Box 328
Luverne 36049-0328
(334) 335-6568 x251
(334) 335-6568 x252
(334) 335-6568 x253

**CULLMAN COUNTY**
500 2nd Ave SW Rm 112
Cullman 35055-4135
(256) 775-4750
(256) 755-4697

**DALE COUNTY**
PO Box 1101
Ozark 36361-1101
(334) 774-9038

**DALLAS COUNTY**
PO Box 987
Selma 36702-0987
(334) 874-2534

**DEKALB COUNTY**
111 Grand Ave SW Ste 105
Fort Payne 35967
(256) 845-8598

**ELMORE COUNTY**
100 E Commerce St Rm 205
Wetumpka 36092-2746
(334) 567-1150
(334) 567-1197

**ESCAMBIA COUNTY**
PO Box 557
Brewton 36427-0557
(251) 867-0243
(251) 867-0312

**ETOWAH COUNTY**
800 Forrest Ave Ste 206
Gadsden 35901-3651
(256) 549-5384

**FAYETTE COUNTY**
103 First Ave NW Ste 4
Fayette 35555-2627
(205) 932-5432

**FRANKLIN COUNTY**
PO Box 70
Russellville 35653-0070
(256) 332-8849

**GENEVA COUNTY**
PO Box 430
Geneva 36340-0430
(334) 684-5655

**GREENE COUNTY**
PO Box 224
Eutaw 35462-0224
(205) 372-9669

**HALE COUNTY**
905-D Centerville St
Greensboro 36744-1536
(334) 624-4672

**HENRY COUNTY**
101 Court Square Ste K
Abbeville 36310-2135
(334) 585-6080

**HOUSTON COUNTY**
PO Box 6406
Dothan 36302-6406
(334) 677-4776

**JACKSON COUNTY**
102 E Laurel St
Scottsboro 35768
(256) 574-9339
(256) 574-9335

**JEFFERSON COUNTY**
716 R Arrington Jr Blvd N
Ste A-410
Birmingham 35203-0115
(205) 325-5550

**LAMAR COUNTY**
PO Box 338
Vernon 35592-0338
(205) 695-6348
(205) 695-9197

**LAUDERDALE COUNTY**
PO Box 1059
Florence 35631-1059
(256) 760-5840
(256) 760-5841

**LAWRENCE COUNTY**
14451 Market Street Ste 340
Moulton 35650
(256) 974-2460
(256) 974-2461

**LEE COUNTY**
PO Box 1530
Opelika 36803-1530
(334) 737-3635

**LIMESTONE COUNTY**
100 Clinton St S Ste E
Athens 35611-2665
(256) 233-6405

**LOWNDES COUNTY**
PO Box 311
Hayneville 36040-0311
(334) 548-2389
(334) 548-2080

**MACON COUNTY**
101 E Rosa Parks Ave Ste 100
Tuskegee 36083-1735
(334) 724-2617

**MADISON COUNTY**
819 Cook Avenue NW Ste 150
Huntsville 35801-5983
(256) 532-3510

**MARENGO COUNTY**
PO Box 480715
Linden 36748-0715
(334) 295-2249
(334) 295-2086

**MARION COUNTY**
PO Box 964
Hamilton 35570-0964
(205) 921-3625

**MARSHALL COUNTY**
424 Blount Ave Ste 106A
Guntersville 35976-1122
(256) 571-7740

**MOBILE COUNTY**
151 Government St Ste 165
Mobile 36602
(251) 574-8586
(251) 574-8587

**MONROE COUNTY**
PO Box 972
Monroeville 36461-0972
(251) 743-4107 x141

**MONTGOMERY COUNTY**
PO Box 1667
Montgomery 36102-1667
(334) 832-1215

**MORGAN COUNTY**
PO Box 668
Decatur 35602-0668
(256) 351-4660
(256) 351-4663

**PERRY COUNTY**
PO Box 555
Marion 36756-0555
(334) 683-2218 x5

**PICKENS COUNTY**
PO Box 173
Carrollton 35447-0173
(205) 367-2074

**PIKE COUNTY**
120 W Church St Rm B2
Troy 36081-1913
(334) 566-1757
(334) 566-6449

**RANDOLPH COUNTY**
PO Box 215
Wedowee 36278-0215
(256) 357-2138

**RUSSELL COUNTY**
PO Box 700
Phenix City 36868-0700
(334) 298-1443
(334) 448-1508

**SHELBY COUNTY**
PO Box 1642
Columbiana 35051-1642
(205) 669-3913

**ST. CLAIR COUNTY**
1815 Cogswell Ave Ste B-25
Pell City 35125
(205) 338-3954

**SUMTER COUNTY**
PO Box 783
Livingston 35470-0783
(205) 652-7902

**TALLADEGA COUNTY**
PO Box 6170
Talladega 35161-6170
(256) 761-2131
(256) 761-2132

**TALLAPOOSA COUNTY**
125 N Broadnax St Rm 20
Dadeville 36853-1371
(256) 825-1081

**TUSCALOOSA COUNTY**
2501 7th St Ste 200
Tuscaloosa 35401-1801
(205) 349-3870 x415

**WALKER COUNTY**
PO Box 1472
Jasper 35502-1472
(205) 384-7279

**WASHINGTON COUNTY**
PO Box 1224
Chatom 36518-1224
(251) 847-3255

**WILCOX COUNTY**
PO Box 661
Camden 36726-0661
(334) 682-9753

**WINSTON COUNTY**
PO Box 459
Double Springs 35553-0459
(205) 489-3966

**SECRETARY OF STATE ELECTIONS DIVISION**
PO Box 5616
Montgomery 36103
(334) 242-7210
(800) 274-8683

---

YOUR ADDRESS:
_____
_____
_____

PUT
FIRST
CLASS
STAMP
HERE

MAIL TO:

# BOARD OF REGISTRARS

_____
_____
_____
_____