FILED
2021 Dec-27  PM 09:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| MARCUS CASTER, LAKEISHA CHESTNUT, BOBBY LEE DUBOSE, BENJAMIN JONES, RODNEY ALLEN LOVE, MANASSEH POWELL, RONALD SMITH, and WENDELL THOMAS,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>JOHN H. MERRILL, in his official capacity as Alabama Secretary of State,<br><br>　　　　　Defendant,<br><br>　and<br><br>CHRIS PRINGLE and JIM McCLENDON,<br><br>　　　　　Intervenor-Defendants. | Case No. 2:21-CV-1536-AMM |

## DECLARATION OF LALITHA MADDURI IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

I, Lalitha Madduri, hereby declare as follows:

　　1.　I am over 18 years of age and am competent to make this declaration. I am a counsel with the law firm of Elias Law Group LLP and one of the attorneys for Plaintiffs in the above-captioned matter.

2. Attached to Plaintiffs' Reply in Support of Motion for Preliminary Injunction are the following exhibits:

| Exhibit | Document |
|---|---|
| 1 | Alabama Voter Registration Form, available at https://www.sos.alabama.gov/sites/default/files/voter-pdfs/nvra-2.pdf |
| 2 | Supplementary Declaration of Joseph Bagley, *Milligan v. Merrill*, No. 2:21-cv-1530 (N.D. Ala.), ECF No. 76-2 |
| 3 | Deposition of Senator Jim McClendon |
| 4 | Deposition of Representative Chris Pringle |

3. The exhibits listed above are true and correct copies of what they purport to be.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on December 27, 2021        */s/ Lalitha Madduri*
                                     Lalitha Madduri

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2021, a copy of the foregoing was filed with the Clerk of Court using the CM/ECF system, which will provide electronic notice of filing to all counsel of record.

/s/ Lalitha Madduri
Lalitha Madduri
Counsel for Plaintiffs