# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| MARCUS CASTER, LAKEISHA CHESTNUT, BOBBY LEE DUBOSE, BENJAMIN JONES, RODNEY ALLEN LOVE, MANASSEH POWELL, RONALD SMITH, and WENDELL THOMAS,<br><br>          Plaintiffs,<br><br>   v.<br><br>JOHN H. MERRILL, in his official capacity as Alabama Secretary of State,<br><br>          Defendant,<br><br>   and<br><br>CHRIS PRINGLE and JIM McCLENDON,<br><br>          Intervenor-Defendants. | Case No. 2:21-CV-1536-AMM |

## PLAINTIFFS' UNOPPOSED MOTION TO AMEND WITNESS LIST

Plaintiffs respectfully submit this unopposed motion to amend their preliminary injunction hearing witness list. *See* ECF No. 73 at 2.

Due to a recent illness, one of Plaintiffs' potential fact witnesses will likely be unable to testify during the upcoming hearing. With the consent of counsel for Defendants, Plaintiffs request that the Court grant them leave to add Benjamin Jones

to their hearing witness list. If the Court were to grant this motion, Plaintiffs' witness list would consist of the following individuals:

**Plaintiffs' Testifying Witnesses**

| Witness Number | Witness |
|---|---|
| *Witnesses Plaintiffs Expect to Call:* | |
| 1 | William Cooper |
| 2 | Bridgett King |
| 3 | Maxwell Palmer |
| *Witnesses Plaintiffs May Call:* | |
| 4 | Marcus Caster |
| 5 | Ronald Smith |
| 6 | LaKeisha Chestnut |
| 7 | Benjamin Jones |

Dated: December 30, 2021

Richard P. Rouco
(AL Bar. No. 6182-R76R)
**Quinn, Connor, Weaver, Davies & Rouco LLP**
Two North Twentieth
2-20th Street North, Suite 930
Birmingham, AL 35203
Phone: (205) 870-9989
Fax: (205) 803-4143
Email: rrouco@qcwdr.com

Respectfully submitted,

By /s/ *Abha Khanna*

Abha Khanna*
**Elias Law Group LLP**
1700 Seventh Ave, Suite 2100
Seattle, WA 98101
Phone: (206) 656-0177
Email: AKhanna@elias.law

Lalitha D. Madduri*
Daniel C. Osher*
Joseph N. Posimato*
Olivia N. Sedwick*
**Elias Law Group LLP**
10 G St. NE, Suite 600
Washington, D.C. 20002
Phone: (202) 968-4518
Email: LMadduri@elias.law
Email: DOsher@elias.law
Email: JPosimato@elias.law
Email: OSedwick@elias.law

*Attorneys for Plaintiffs*
**Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed a copy of the foregoing with the Clerk of Court using the CM/ECF system which provides electronic notice of filing to all counsel of record.

*/s/ Abha Khanna*
Abha Khanna
Counsel for Plaintiffs
