IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARCUS CASTER, LAKEISHA CHESTNUT, BOBBY LEE DUBOSE, BENJAMIN JONES, RODNEY ALLEN LOVE, MANASSEH POWELL, RONALD SMITH, and WENDELL THOMAS,<br><br>            Plaintiffs,<br><br>  v.<br><br>JOHN H. MERRILL, in his official capacity as Alabama Secretary of State,<br><br>            Defendant. | Case No. 2:21-CV-1536-AMM |

**PLAINTIFFS' UNOPPOSED MOTION TO AMEND EXHIBIT LIST**

Plaintiffs respectfully submit this unopposed motion to amend their preliminary injunction exhibit list, ECF No. 73, to add Alabama's Voter Registration Form. Plaintiffs attached Alabama's Voter Registration Form as an exhibit to their reply brief in support of their motion for preliminary injunction. ECF No. 84-1. Because, however, their exhibit list was due to the Court before their reply brief was filed, Plaintiffs did not have the opportunity to add the Voter Registration Form to their initial exhibit list. Plaintiffs now seek to amend their exhibit list to add the attached Voter Registration Form. Defendants do not oppose this motion.

1

If the Court were to grant this motion, Plaintiffs' exhibit list would consist of the following exhibits:

| Exhibit Number | Description |
|---|---|
| 1 | Declaration of William S. Cooper ("Cooper Report"), dated December 10, 2021 |
| 2 | Exhibit A to Cooper Report (Summary of Redistricting Work) |
| 3 | Exhibit B to Cooper Report (Methodology and Sources) |
| 4 | Exhibit C to Cooper Report (2020 Alabama Population by County) |
| 5 | Exhibit D-1 to Cooper Report (2021 Enacted Congressional Plan – Population Summary Report) |
| 6 | Exhibit D-2 to Cooper Report (2021 Enacted Congressional Plan Map) |
| 7 | Exhibit D-3 (District 1) to Cooper Report (2021 Enacted Congressional Plan – Map of District 1) |
| 8 | Exhibit D-3 (District 2) to Cooper Report (2021 Enacted Congressional Plan – Map of District 2) |
| 9 | Exhibit D-3 (District 7) to Cooper Report (2021 Enacted Congressional Plan – Map of District 7) |
| 10 | Exhibit D-4 to Cooper Report (2021 Enacted Congressional Plan – Political Subdivision Splits) |
| 11 | Exhibit E-1 to Cooper Report (2011 Congressional Plan – Population Summary) |
| 12 | Exhibit E-2 to Cooper Report (2011 Congressional Plan Map) |
| 13 | Exhibit E-3 to Cooper Report (2021 Congressional Plan Map) |

| Exhibit Number | Description |
|---|---|
| 14 | Exhibit E-4 to Cooper Report (2011 Congressional Plan – Political Subdivision Splits) |
| 15 | Exhibit F-1 to Cooper Report (2021 Board of Education Map) |
| 16 | Exhibit F-2 to Cooper Report (2021 Board of Education – Population Summary) |
| 17 | Exhibit G-1 to Cooper Report (Illustrative Plan 1 – Population Summary) |
| 18 | Exhibit G-2 to Cooper Report (Illustrative Plan 1 – Map) |
| 19 | Exhibit G-3 (District 2) to Cooper Report (Illustrative Plan 1 – District 2) |
| 20 | Exhibit G-3 (District 7) to Cooper Report (Illustrative Plan 1 – District 7) |
| 21 | Exhibit G-4 to Cooper Report (Illustrative Plan 1 – Political Subdivision Splits) |
| 22 | Exhibit H-1 to Cooper Report (Illustrative Plan 2 – Population Summary) |
| 23 | Exhibit H-2 to Cooper Report (Illustrative Plan 2 – Map) |
| 24 | Exhibit H-3 (District 2) to Cooper Report (Illustrative Plan 2 – District 2) |
| 25 | Exhibit H-3 (District 7) to Cooper Report (Illustrative Plan 2 – District 7) |
| 26 | Exhibit H-4 to Cooper Report (Illustrative Plan 2 – Political Subdivision Splits) |
| 27 | Exhibit I-1 to Cooper Report (Illustrative Plan 3 – Population Summary) |

| Exhibit Number | Description |
|---|---|
| 28 | Exhibit I-2 to Cooper Report (Illustrative Plan 3 – Map) |
| 29 | Exhibit I-3 (District 2) to Cooper Report (Illustrative Plan 3 – District 2) |
| 30 | Exhibit I-3 (District 7) to Cooper Report (Illustrative Plan 3 – District 7) |
| 31 | Exhibit I-4 to Cooper Report (Illustrative Plan 3 – Political Subdivision Splits) |
| 32 | Exhibit J-1 to Cooper Report (Illustrative Plan 4 – Population Summary) |
| 33 | Exhibit J-2 to Cooper Report (Illustrative Plan 4 – Map) |
| 34 | Exhibit J-3 (District 2) to Cooper Report (Illustrative Plan 4 – District 2) |
| 35 | Exhibit J-3 (District 7) to Cooper Report (Illustrative Plan 4 – District 7) |
| 36 | Exhibit J-4 to Cooper Report (Illustrative Plan 4 – Political Subdivision Split) |
| 37 | Exhibit K-1 to Cooper Report (Illustrative Plan 5 – Population Summary) |
| 38 | Exhibit K-2 to Cooper Report (Illustrative Plan 5 – Map) |
| 39 | Exhibit K-3 (District 2) to Cooper Report (Illustrative Plan 5 – District 2) |
| 40 | Exhibit K-3 (District 7) to Cooper Report (Illustrative Plan 5 – District 7) |
| 41 | Exhibit K-4 to Cooper Report (Illustrative Plan 5 – Political Subdivision Splits) |

| Exhibit Number | Description |
|---|---|
| 42 | Exhibit L-1 to Cooper Report (Illustrative Plan 6 – Population Summary) |
| 43 | Exhibit L-2 to Cooper Report (Illustrative Plan 6 – Map) |
| 44 | Exhibit L-3 (District 2) to Cooper Report (Illustrative Plan 6 – District 2) |
| 45 | Exhibit L-3 (District 7) to Cooper Report (Illustrative Plan 6 – District 7) |
| 46 | Exhibit L-4 to Cooper Report (Illustrative Plan 6 – Political Subdivision Splits) |
| 47 | Exhibit M-1 to Cooper Report (Charts - 2019 American Community Survey 1-Year Estimates of Socio-Economic Data for Any Part African Americans and Non-Hispanic Whites in Alabama) |
| 48 | Exhibit M-2 to Cooper Report (Tables - 2019 American Community Survey 1-Year Estimates of Socio-Economic Data for Any Part African Americans and Non-Hispanic Whites in Alabama) |
| 49 | Exhibit N-1 to Cooper Report (Charts - 2019 American Community Survey 1-Year Estimates of Socio-Economic Data for Any Part African Americans and Non-Hispanic Whites in CD 1) |
| 50 | Exhibit N-2 to Cooper Report (Tables - 2019 American Community Survey 1-Year Estimates of Socio-Economic Data for Any Part African Americans and Non-Hispanic Whites in CD 1) |
| 51 | Exhibit O-1 to Cooper Report (Charts - 2019 American Community Survey 1-Year Estimates of Socio-Economic Data for Any Part African Americans and Non-Hispanic Whites in CD 2) |
| 52 | Exhibit O-2 to Cooper Report (Tables - 2019 American Community Survey 1-Year Estimates of Socio-Economic Data for Any Part African Americans and Non-Hispanic Whites in CD 2) |

| Exhibit Number | Description |
|---|---|
| 53 | Exhibit P-1 to Cooper Report (Charts - 2019 American Community Survey 1-Year Estimates of Socio-Economic Data for Any Part African Americans and Non-Hispanic Whites in CD 3) |
| 54 | Exhibit P-2 to Cooper Report (Tables - 2019 American Community Survey 1-Year Estimates of Socio-Economic Data for Any Part African Americans and Non-Hispanic Whites in CD 3) |
| 55 | Exhibit Q-1 to Cooper Report (Charts - 2019 American Community Survey 1-Year Estimates of Socio-Economic Data for Any Part African Americans and Non-Hispanic Whites in CD 6) |
| 56 | Exhibit Q-2 to Cooper Report (Tables - 2019 American Community Survey 1-Year Estimates of Socio-Economic Data for Any Part African Americans and Non-Hispanic Whites in CD 6) |
| 57 | Exhibit R-1 to Cooper Report (Charts - 2019 American Community Survey 1-Year Estimates of Socio-Economic Data for Any Part African Americans and Non-Hispanic Whites in CD 7) |
| 58 | Exhibit R-2 to Cooper Report (Tables - 2019 American Community Survey 1-Year Estimates of Socio-Economic Data for Any Part African Americans and Non-Hispanic Whites in CD 7) |
| 59 | Rebuttal Report of William S. Cooper ("Second Cooper Report"), dated December 20, 2021 |
| 60 | Exhibit A-1 to Second Cooper Report (Illustrative Plan 7 – Population Summary) |
| 61 | Exhibit A-2 to Second Cooper Report (Illustrative Plan 7 – Map) |
| 62 | Exhibit A-3 to Second Cooper Report (Illustrative Plan 7 – District 2) |
| 63 | Exhibit A-3 to Second Cooper Report (Illustrative Plan 7 – District 7) |

| Exhibit Number | Description |
|---|---|
| 64 | Exhibit A-4 to Second Cooper Report (Illustrative Plan 7 – Political Subdivision Splits) |
| 65 | Exhibit B-1 to Second Cooper Report (Compactness Report – Illustrative Plan 1) |
| 66 | Exhibit B-2 to Second Cooper Report (Compactness Report – Illustrative Plan 2) |
| 67 | Exhibit B-3 to Second Cooper Report (Compactness Report – Illustrative Plan 3) |
| 68 | Exhibit B-4 to Second Cooper Report (Compactness Report – Illustrative Plan 4) |
| 69 | Exhibit B-5 to Second Cooper Report (Compactness Report – Illustrative Plan 5) |
| 70 | Exhibit B-6 to Second Cooper Report (Compactness Report – Illustrative Plan 6) |
| 71 | Exhibit B-7 to Second Cooper Report (Compactness Report – Illustrative Plan 7) |
| 72 | Exhibit C-1 to Second Cooper Report (Compactness Report – 2021 Congressional Plan) |
| 73 | Exhibit C-2 to Second Cooper Report (Compactness Report – 2021 Board of Education Plan) |
| 74 | Exhibit C-3 to Second Cooper Report (Compactness Report – 2021 Senate Plan) |
| 75 | Exhibit C-4 to Second Cooper Report (Compactness Report – 2021 House Plan) |
| 76 | Exhibit D-1 to Second Cooper Report (Compactness Report – 2021 Enacted Texas Congressional Plan) |

| Exhibit Number | Description |
|---|---|
| 77 | Exhibit D-2 to Second Cooper Report (Compactness Report – 2021 Enacted Texas Senate Plan) |
| 78 | Exhibit D-3 to Second Cooper Report (Compactness Report – 2021 Enacted Texas House Plan) |
| 79 | Expert Report of Maxwell Palmer, Ph.D., dated December 10, 2021 |
| 80 | Declaration of Dr. Bridgett King, dated December 10, 2021 |
| 81 | Second Declaration of Dr. Bridgett King, dated December 20, 2021 |
| 82 | Redistricting guidelines adopted by the Alabama Legislative Committee on Reapportionment on May 5, 2021 |
| 83 | Expert Report of Maxwell Palmer filed in *Chestnut v. Merrill*, No. 2:18-cv-907-KOB (N.D. Ala.), ECF No. 113-79 |
| 84 | Volume 1 of the trial transcript in *Chestnut v. Merrill*, No. 2:18-cv-907-KOB (N.D. Ala.), ECF No. 103 |
| 85 | Volume 2 of the trial transcript in *Chestnut v. Merrill*, No. 2:18-cv-907-KOB (N.D. Ala.), ECF No. 104 |
| 86 | Volume 3 of the trial transcript in *Chestnut v. Merrill*, No. 2:18-cv-907-KOB (N.D. Ala.), ECF No. 105 |
| 87 | Volume 5 of the trial transcript in *Chestnut v. Merrill*, No. 2:18-cv-907-KOB (N.D. Ala.), ECF No. 107 |
| 88 | December 9, 2021 Deposition of Randy Hinaman |
| 89 | December 17, 2021 Deposition of Chris Pringle |
| 90 | December 17, 2021 Deposition of Jim McClendon |
| 91 | Carol Robinson, Black Protestor Attacked at Donald Trump Rally Called 'Monkey' and Other Racial Slurs, He Says, AL.com (Nov. 21, 2015) |

| Exhibit Number | Description |
|---|---|
| 92 | *Alabama Lawmaker Who Honored Klan Leader Says He's Surprised by Criticism*, WSFA (July 27, 2020) |
| 93 | Nick Patterson, *Coronavirus Rates in Alabama Hit Black the Hardest — and Experts Are Not Surprised*, BirminghamWatch (Apr. 20, 2020) |
| 94 | COVID Tracking Project, *Alabama: All Race & Ethnicity Data* |
| 95 | Safiya Charles, *Alabama Data Shows Majority of Coronavirus Deaths are African American*, Montgomery Advertiser (Apr. 9, 2020) |
| 96 | Shapiro & Farah Eltohamy, *Alabama Official on Vaccine Rollout: 'How Can This Disparity Exist in This Country?'*, NPR (Mar. 11, 2021) |
| 97 | Sean McMinn et al., *Across the South, COVID-19 Vaccine Sites Missing from Black and Hispanic Neighborhoods*, NPR (Feb. 5, 2021) |
| 98 | Brian Lyman, *Racial Profiling Bill Dies on Final Day of Alabama Legislative Session*, Montgomery Advertiser (Mar. 29, 2018) |
| 99 | Azavea, Redrawing the Map on Redistricting: 2012 Addendum |
| 100 | Video: Alabama Supreme Court Justice Tom Parker 2018 Campaign Ad – "Invasion" |
| 101 | Video: Alabama Supreme Court Justice Tom Parker 2018 Campaign Ad – "Mob Rule" |
| 102 | Video: LA Times Releases Audio of Roy Moore's Offhand Comment on Slavery |
| 103 | Video: Roy Moore: "New Rights in 1965, and Today We've Got a Problem" |
| 104 | Alabama Voter Registration Form |

Dated: January 3, 2022

Richard P. Rouco
(AL Bar. No. 6182-R76R)
**Quinn, Connor, Weaver, Davies & Rouco LLP**
Two North Twentieth
2-20th Street North, Suite 930
Birmingham, AL 35203
Phone: (205) 870-9989
Fax: (205) 803-4143
Email: rrouco@qcwdr.com

Respectfully submitted,

By /s/ *Abha Khanna*

Abha Khanna*
**Elias Law Group LLP**
1700 Seventh Ave, Suite 2100
Seattle, WA 98101
Phone: (206) 656-0177
Email: AKhanna@elias.law

Lalitha D. Madduri*
Daniel C. Osher*
Joseph N. Posimato*
Olivia N. Sedwick*
**Elias Law Group LLP**
10 G St. NE, Suite 600
Washington, D.C. 20002
Phone: (202) 968-4518
Email: LMadduri@elias.law
Email: DOsher@elias.law
Email: JPosimato@elias.law
Email: OSedwick@elias.law

*Attorneys for Plaintiffs*
*\*Admitted Pro Hac Vice*