# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **MARCUS CASTER,** *et al.*, | ) |
| **Plaintiffs,** | ) |
| v. | ) Case No.: 2:21-cv-1536-AMM |
| **JOHN H. MERRILL,** *in his official capacity as Alabama Secretary of State*, *et al.*, | ) |
| **Defendants.** | ) |

## **ORDER**

Due to the current pandemic circumstances, the court has decided to make available to the public a livestream of the consolidated preliminary injunction hearing in this case. Any member of the press or interested citizen may obtain the information necessary to access the livestream by following the instructions that appear on the website for the Northern District of Alabama (https://www.alnd.uscourts.gov/instructions-view-public-hearing). The livestream also will be broadcast in the Jury Assembly Room of the Hugo Black Courthouse in Birmingham, Alabama, until further notice, per the court's prior orders.

**DONE** and **ORDERED** this 3rd day of January, 2022.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE