UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MARCUS CASTER**, *et al.*, | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Case No.: 2:21-cv-1536-AMM |
| | ) |
| **JOHN H. MERRILL**, *in his official capacity as Alabama Secretary of State*, *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## **ORDER**

Public access to the consolidated preliminary injunction hearing has been provided in the Jury Assembly Room of the Hugo Black Courthouse and by livestream through the website for the Northern District of Alabama. As of the end of yesterday's proceedings, the court has decided to discontinue access in the Jury Assembly Room because it has not been used. Livestream will remain available per the court's prior order. Any member of the press or interested citizen may obtain the information necessary to access the livestream by following the instructions that appear on the website for the Northern District of Alabama (https://www.alnd.uscourts.gov/instructions-view-public-hearing).

**DONE** and **ORDERED** this 8th day of January, 2022.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE