# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **MARCUS CASTER,** *et al.*, | ) |
| **Plaintiffs,** | ) ) ) |
| v. | ) **Case No.: 2:21-cv-1536-AMM** ) ) |
| **JOHN H. MERRILL,** *in his official capacity as Secretary of State of Alabama, et al.*, | ) ) ) ) ) |
| **Defendant.** | ) ) |

## NOTICE OF APPEARANCE

The undersigned, a member of the bar of this Court, respectfully notices her appearance as counsel for Sen. Jim McClendon, in his capacity as Senate Chairman of the Permanent Legislative Committee on Reapportionment of the State of Alabama and Rep. Chris Pringle, in his capacity as House Chairman of the Permanent Legislative Committee on Reapportionment of the State of Alabama.

Respectfully submitted this 10th day of January 2022.

/s/ *Christina M. Rossi*
*Counsel for Sen. McClendon*
*and Rep. Pringle*

**OF COUNSEL**
Dorman Walker (ASB-9154-R81J)
Balch and Bingham LLP
Post Office Box 78 (36101-0078)
105 Tallapoosa Street, Suite 200
Montgomery, Alabama 36104

(334) 269-3138
dwalker@balch.com

Christina M. Rossi
Balch & Bingham LLP
P. O. Box 306
Birmingham, Alabama 35201
(205) 226-3473
crossi@balch.com

## CERTIFICATE OF SERVICE

I hereby certify that this the 10th day of January 2022 I electronically filed the foregoing notice with the clerk of the Court using the CM/ECF system, which will send notice to all counsel of record.

                          *s/ Christina M. Rossi*
                          Of Counsel