FILED
2022 Jan-25  AM 10:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| MARCUS CASTER, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> JOHN H. MERRILL, in his official ) <br> capacity as Alabama Secretary of ) <br> State, *et al.*, ) <br> ) <br> Defendants. ) | No. 2:21-cv-1536-AMM <br><br> NOTICE OF APPEAL |

## NOTICE OF APPEAL OF ORDER
## GRANTING PRELIMINARY INJUNCTION

Notice is hereby given that all Defendants in the above-captioned case hereby appeal to the United States Court of Appeals for the Eleventh Circuit from this Court's January 24, 2022 Preliminary Injunction Memorandum and Order granting the Plaintiffs' motion for preliminary injunction. *See Caster* DE101.

Respectfully submitted,

Steve Marshall
   *Attorney General*

s/ Edmund G. LaCour Jr.
Edmund G. LaCour Jr. (ASB-9182-U81L)
   *Solicitor General*

A. Barrett Bowdre (ASB-2087-K29V)
Thomas A. Wilson (ASB-1494-D25C)
   *Deputy Solicitors General*

James W. Davis (ASB-4063-I58J)
  *Deputy Attorney General*

Misty S. Fairbanks Messick (ASB-1813-T71F)
A. Reid Harris (ASB-1624-D29X)
Brenton M. Smith (ASB-1656-X27Q)
Benjamin M. Seiss (ASB-2110-O00W)
  *Assistant Attorneys General*

OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama  36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8400
Edmund.LaCour@AlabamaAG.gov
Barrett.Bowdre@AlabamaAG.gov
Thomas.Wilson@AlabamaAG.gov
Jim.Davis@AlabamaAG.gov
Misty.Messick@AlabamaAG.gov
Reid.Harris@AlabamaAG.gov
Brenton.Smith@AlabamaAG.gov
Ben.Seiss@AlabamaAG.gov

*Counsel for Secretary of State Merrill*

Dorman Walker (ASB-9154-R81J)
BALCH & BINGHAM LLP
Post Office Box 78 (36101)
105 Tallapoosa Street, Suite 200
Montgomery, AL 36104
Telephone: (334) 269-3138
Email: dwalker@balch.com

*Counsel for Sen. McClendon and Rep. Pringle*

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such to the following counsel:

>Abha Khanna
>ELIAS LAW GROUP LLP
>1700 Seventh Avenue, Suite 2100
>Seattle, WA 98101
>206-656-0177
>Email: AKhanna@elias.law
>
>Aria C Branch
>ELIAS LAW GROUP LLP
>10 G St NE, Suite 600
>Washington, DC 20002
>202-968-4490
>Fax: 202-968-4498
>Email: ABranch@elias.law
>
>Daniel C Osher
>ELIAS LAW GROUP
>10 G Street NE
>Suite 600
>Washington, DC 20002
>202-968-4490
>Email: DOsher@elias.law
>
>Joseph N. Posimato
>Elias Law Group LLP
>10 G Street, NE; Suite 600
>Washington, DC 20002
>202-968-4518
>Email: jposimato@elias.law
>
>Lalitha D Madduri
>ELIAS LAW GROUP LLP

10 G Street NE, Suite 600
Washington, DC 20002
202-968-4490
Email: lmadduri@elias.law

Olivia N. Sedwick
Elias Law Group LLP
10 G Street, NE; Suite 600
Washington, DC 20002
202-968-4518
Email: osedwick@elias.law

Richard P Rouco
QUINN CONNOR WEAVER DAVIES & ROUCO LLP
Two North Twentieth Street
2 20th Street North
Suite 930
Birmingham, AL 35203
205-870-9989
Fax: 205-803-4143
Email: rrouco@qcwdr.com

s/ Edmund G. LaCour Jr.
Edmund G. LaCour Jr.
*Solicitor General*
**Counsel for Secretary of State Merrill**
