**UNITED STATES DISTRICT COURT**
**Northern District of Alabama**
**Office of the Clerk**
**Hugo L. Black United States Courthouse**
**Room 140, 1729 5th Avenue North**
**Birmingham, Alabama 35203**
**(205) 278-1700**

January 25, 2022

Dave Smith, Clerk of Court
U.S. Court of Appeals, 11th Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

U.S.D.C. No.2:21-cv-01536-AMM
U.S.C.A. No.  NEW APPEAL
IN RE: Caster et al v. Merrill

Enclosed are documents regarding an appeal in this matter.  Please acknowledge receipt on the enclosed copy of this transmittal.

X  Certified copy of Notice of Appeal, Docket Entries and Judgment/Order and Opinion appealed from enclosed.  Please check if judgment was oral:

Certified record  supplemental record on appeal consisting of:  volume(s) of pleadings, etc.;  volume(s) of transcripts;

X  First Notice of Appeal?    Dates of other Notices:

The following materials **SEALED** in this court (order enclosed) consisting of:

Original papers (court file) and certified copy of docket entries per USCA request.

There was no hearing from which a transcript could be made.

Copy of CJA Form 20 or District Court order appointing counsel.

X  The appellant docket fee has been paid.    Date Paid: 1/25/2022

The appellant has been  leave to appeal in forma pauperis and  a request for certificate of appealability (order enclosed).

X  The Judge/Magistrate Judge appealed from is: Anna M. Manasco

X  The Court Reporter is: Christina K. Decker

This is a **BANKRUPTCY APPEAL**.  Please send notice of final order and/or opinion to: Scott W. Ford, Acting Clerk, U.S. Bankruptcy Court, 1800 5th Avenue North, Birmingham, Alabama 35203.

This is a **DEATH PENALTY** appeal.

Appellant having failed to cure procedural defects re: appeal fee, the appeal is due to be DISMISSED.

Other:

xc:  Counsel                    Sharon Harris, Clerk

By:_____D. Wiggins_____
        Deputy Clerk