UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MARCUS CASTER,** *et al.*, | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) |
| | ) Case No.: 2:21-cv-1536-AMM |
| **JOHN H. MERRILL,** *in his official capacity as Alabama Secretary of State*, *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## ORDER ON MOTION TO CLARIFY

During the status conference on January 26, 2022, counsel for Defendant Alabama Secretary of State John H. Merrill requested clarification on whether the preliminary injunction stays the January 28, 2022 qualification deadline for fourteen days for both congressional elections and other elections, or for congressional elections only. As the court stated during the status conference, the preliminary injunction stayed the qualification deadline for congressional elections only.

The only elections before this court are the congressional elections. Accordingly, the court could not have and did not stay the qualifying deadline applicable to any other elections. The preliminary injunction specifically defines "the Plan" as "Alabama's 2021 redistricting plan for its seven seats in the United States House of Representatives." *See Caster* Doc. 101 at 2; *id.* at 4 (incorporating

*Milligan* Doc. 107 at 2). It did not describe, consider, or make any findings of fact about the state legislative map, challenges to which are pending in another case before a three-judge court that is not the same as the *Milligan* court: *Thomas v. Merrill*, Case No. 2:21-cv-1531-AMM.

Accordingly, there should be no confusion, but if there is, the court expressly clarifies that the fourteen-day stay of the January 28, 2022 qualification deadline through February 11, 2022 applies to congressional elections only.

**DONE** and **ORDERED** this 26th day of January, 2022.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE