| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | REC'D. COND. OR LTD. | RECEIVED | EXHIBITS PLAINTIFF – CASTER 21-1536 GOVERNMENT DEFENDANT COURT JOINT |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | DESCRIPTION |
| | 1 | | | | | | | | 1/4/22 | Declaration of William S. Cooper ("Cooper Report"), dated December 10, 2021 |
| | 2 | | | | | | | | 1/4/22 | Exhibit A to Cooper Report (Summary of Redistricting Work) |
| | 3 | | | | | | | | 1/4/22 | Exhibit B to Cooper Report (Methodology and Sources) |
| | 4 | | | | | | | | 1/4/22 | Exhibit C to Cooper Report (2020 Alabama Population by County) |
| | 5 | | | | | | | | 1/4/22 | Exhibit D-1 to Cooper Report (2021 Enacted Congressional Plan – Population Summary Report) |
| | 6 | | | | | | | | 1/4/22 | Exhibit D-2 to Cooper Report (2021 Enacted Congressional Plan Map) |
| | 7 | | | | | | | | 1/4/22 | Exhibit D-3 (District 1) to Cooper Report (2021 Enacted Congressional Plan – Map of District 1) |
| | 8 | | | | | | | | 1/4/22 | Exhibit D-3 (District 2) to Cooper Report (2021 Enacted Congressional Plan – Map of |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | District 2) |
| | 9 | | | | | | | | 1/4/22 | Exhibit D-3 (District 7) to Cooper Report (2021 Enacted Congressional Plan – Map of District 7) |
| | 10 | | | | | | | | 1/4/22 | Exhibit D-4 to Cooper Report (2021 Enacted Congressional Plan – Political Subdivision Splits) |
| | 11 | | | | | | | | 1/4/22 | Exhibit E-1 to Cooper Report (2011 Congressional Plan – Population Summary) |
| | 12 | | | | | | | | 1/4/22 | Exhibit E-2 to Cooper Report (2011 Congressional Plan Map) |
| | 13 | | | | | | | | 1/4/22 | Exhibit E-3 to Cooper Report (2021 Congressional Plan Map) |
| | 14 | | | | | | | | 1/4/22 | Exhibit E-4 to Cooper Report (2011 Congressional Plan – Political Subdivision Splits) |
| | 15 | | | | | | | | 1/4/22 | Exhibit F-1 to Cooper Report (2021 Board of Education Map) |
| | 16 | | | | | | | | 1/4/22 | Exhibit F-2 to Cooper Report (2021 Board of Education – Population Summary) |
| | 17 | | | | | | | | 1/4/22 | Exhibit G-1 to Cooper Report (Illustrative Plan 1 – Population Summary) |
| | 18 | | | | | | | | 1/4/22 | Exhibit G-2 to Cooper Report (Illustrative Plan 1 – Map) |
| | 19 | | | | | | | | 1/4/22 | Exhibit G-3 (District 2) to Cooper Report (Illustrative Plan 1 – District 2) |
| | 20 | | | | | | | | 1/4/22 | Exhibit G-3 (District 7) to Cooper Report (Illustrative Plan 1 – District 7) |
| | 21 | | | | | | | | 1/4/22 | Exhibit G-4 to Cooper Report (Illustrative Plan 1 – Political Subdivision Splits) |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 22 | | | | | | | | | 1/4/22 | Exhibit H-1 to Cooper Report (Illustrative Plan 2 – Population Summary) |
| 23 | | | | | | | | | 1/4/22 | Exhibit H-2 to Cooper Report (Illustrative Plan 2 – Map) |
| 24 | | | | | | | | | 1/4/22 | Exhibit H-3 (District 2) to Cooper Report (Illustrative Plan 2 – District 2) |
| 25 | | | | | | | | | 1/4/22 | Exhibit H-3 (District 7) to Cooper Report (Illustrative Plan 2 – District 7) |
| 26 | | | | | | | | | 1/4/22 | Exhibit H-4 to Cooper Report (Illustrative Plan 2 – Political Subdivision Splits) |
| 27 | | | | | | | | | 1/4/22 | Exhibit I-1 to Cooper Report (Illustrative Plan 3 – Population Summary) |
| 28 | | | | | | | | | 1/4/22 | Exhibit I-2 to Cooper Report (Illustrative Plan 3 – Map) |
| 29 | | | | | | | | | 1/4/22 | Exhibit I-3 (District 2) to Cooper Report (Illustrative Plan 3 – District 2) |
| 30 | | | | | | | | | 1/4/22 | Exhibit I-3 (District 7) to Cooper Report (Illustrative Plan 3 – District 7) |
| 31 | | | | | | | | | 1/4/22 | Exhibit I-4 to Cooper Report (Illustrative Plan 3 – Political Subdivision Splits) |
| 32 | | | | | | | | | 1/4/22 | Exhibit J-1 to Cooper Report (Illustrative Plan 4 – Population Summary) |
| 33 | | | | | | | | | 1/4/22 | Exhibit J-2 to Cooper Report (Illustrative Plan 4 – Map) |
| 34 | | | | | | | | | 1/4/22 | Exhibit J-3 (District 2) to Cooper Report (Illustrative Plan 4 – District 2) |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 35 | | | | | | | | | 1/4/22 | Exhibit J-3 (District 7) to Cooper Report (Illustrative Plan 4 – District 7) |
| 36 | | | | | | | | | 1/4/22 | Exhibit J-4 to Cooper Report (Illustrative Plan 4 – Political Subdivision Split) |
| 37 | | | | | | | | | 1/4/22 | Exhibit K-1 to Cooper Report (Illustrative Plan 5 – Population Summary) |
| 38 | | | | | | | | | 1/4/22 | Exhibit K-2 to Cooper Report (Illustrative Plan 5 – Map) |
| 39 | | | | | | | | | 1/4/22 | Exhibit K-3 (District 2) to Cooper Report (Illustrative Plan 5 – District 2) |
| 40 | | | | | | | | | 1/4/22 | Exhibit K-3 (District 7) to Cooper Report (Illustrative Plan 5 – District 7) |
| 41 | | | | | | | | | 1/4/22 | Exhibit K-4 to Cooper Report (Illustrative Plan 5 – Political Subdivision Splits) |
| 42 | | | | | | | | | 1/4/22 | Exhibit L-1 to Cooper Report (Illustrative Plan 6 – Population Summary) |
| 43 | | | | | | | | | 1/4/22 | Exhibit L-2 to Cooper Report (Illustrative Plan 6 – Map) |
| 44 | | | | | | | | | 1/4/22 | Exhibit L-3 (District 2) to Cooper Report (Illustrative Plan 6 – District 2) |
| 45 | | | | | | | | | 1/4/22 | Exhibit L-3 (District 2) to Cooper Report (Illustrative Plan 6 – District 2) |
| 46 | | | | | | | | | 1/4/22 | Exhibit L-4 to Cooper Report (Illustrative Plan 6 – Political Subdivision Splits) |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 47 | | | | | | | | | 1/4/22 | Exhibit M-1 to Cooper Report (Charts - 2019 American Community Survey 1-Year Estimates of Socio-Economic Data for Any Part African Americans and Non-Hispanic Whites in Alabama) |
| 48 | | | | | | | | | 1/4/22 | Exhibit M-2 to Cooper Report (Tables - 2019 American Community Survey 1-Year Estimates of Socio-Economic Data for Any Part African Americans and Non-Hispanic Whites in Alabama) |
| 49 | | | | | | | | | 1/4/22 | Exhibit N-1 to Cooper Report (Charts - 2019 American Community Survey 1-Year Estimates of Socio-Economic Data for Any Part African Americans and Non-Hispanic Whites in CD 1) |
| 50 | | | | | | | | | 1/4/22 | Exhibit N-2 to Cooper Report (Tables - 2019 American Community Survey 1-Year Estimates of Socio-Economic Data for Any Part African Americans and Non-Hispanic Whites in CD 1) |
| 51 | | | | | | | | | 1/4/22 | Exhibit O-1 to Cooper Report (Charts - 2019 American Community Survey 1-Year Estimates of Socio-Economic Data for Any Part African Americans and Non-Hispanic Whites in CD 2) |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 52 | | | | | | | | 1/4/22 | Exhibit O-2 to Cooper Report (Tables - 2019 American Community Survey 1-Year Estimates of Socio-Economic Data for Any Part African Americans and Non-Hispanic Whites in CD 2) |
| 53 | | | | | | | | 1/4/22 | Exhibit P-1 to Cooper Report (Charts - 2019 American Community Survey 1-Year Estimates of Socio-Economic Data for Any Part African Americans and Non-Hispanic Whites in CD 3) |
| 54 | | | | | | | | 1/4/22 | Exhibit P-2 to Cooper Report (Tables - 2019 American Community Survey 1-Year Estimates of Socio-Economic Data for Any Part African Americans and Non-Hispanic Whites in CD 3) |
| 55 | | | | | | | | 1/4/22 | Exhibit Q-1 to Cooper Report (Charts - 2019 American Community Survey 1-Year Estimates of Socio-Economic Data for Any Part African Americans and Non-Hispanic Whites in CD 6) |
| 56 | | | | | | | | 1/4/22 | Exhibit Q-1 to Cooper Report (Charts - 2019 American Community Survey 1-Year Estimates of Socio-Economic Data for Any Part African Americans and Non-Hispanic Whites in CD 6) |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 57 | | | | | | | 1/4/22 | Exhibit R-1 to Cooper Report (Charts - 2019 American Community Survey 1-Year Estimates of Socio-Economic Data for Any Part African Americans and Non-Hispanic Whites in CD 7) |
| | 58 | | | | | | | 1/4/22 | Exhibit R-2 to Cooper Report (Tables - 2019 American Community Survey 1-Year Estimates of Socio-Economic Data for Any Part African Americans and Non-Hispanic Whites in CD 7) |
| | 59 | | | | | | | 1/4/22 | Rebuttal Report of William S. Cooper ("Second Cooper Report"), dated December 20, 2021 |
| | 60 | | | | | | | 1/4/22 | Exhibit A-1 to Second Cooper Report (Illustrative Plan 7 – Population Summary) |
| | 61 | | | | | | | 1/4/22 | Exhibit A-2 to Second Cooper Report (Illustrative Plan 7 – Map) |
| | 62 | | | | | | | 1/4/22 | Exhibit A-3 to Second Cooper Report (Illustrative Plan 7 – District 2) |
| | 63 | | | | | | | 1/4/22 | Exhibit A-3 to Second Cooper Report (Illustrative Plan 7 – District 7) |
| | 64 | | | | | | | 1/4/22 | Exhibit A-4 to Second Cooper Report (Illustrative Plan 7 – Political Subdivision Splits) |
| | 65 | | | | | | | 1/4/22 | Exhibit B-1 to Second Cooper Report (Compactness Report – Illustrative Plan 1) |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 66 | | | | | | | | | 1/4/22 | Exhibit B-2 to Second Cooper Report (Compactness Report – Illustrative Plan 2) |
| 67 | | | | | | | | | 1/4/22 | Exhibit B-3 to Second Cooper Report (Compactness Report – Illustrative Plan 3) |
| 68 | | | | | | | | | 1/4/22 | Exhibit B-4 to Second Cooper Report (Compactness Report – Illustrative Plan 4) |
| 69 | | | | | | | | | 1/4/22 | Exhibit B-5 to Second Cooper Report (Compactness Report – Illustrative Plan 5) |
| 70 | | | | | | | | | 1/4/22 | Exhibit B-6 to Second Cooper Report (Compactness Report – Illustrative Plan 6) |
| 71 | | | | | | | | | 1/4/22 | Exhibit B-7 to Second Cooper Report (Compactness Report – Illustrative Plan 7) |
| 72 | | | | | | | | | 1/4/22 | Exhibit C-1 to Second Cooper Report (Compactness Report – 2021 Congressional Plan) |
| 73 | | | | | | | | | 1/4/22 | Exhibit C-2 to Second Cooper Report (Compactness Report – 2021 Board of Education Plan) |
| 74 | | | | | | | | | 1/4/22 | Exhibit C-3 to Second Cooper Report (Compactness Report – 2021 Senate Plan) |
| 75 | | | | | | | | | 1/4/22 | Exhibit C-4 to Second Cooper Report (Compactness Report – 2021 House Plan) |
| 76 | | | | | | | | | 1/4/22 | Exhibit D-1 to Second Cooper Report (Compactness Report – 2021 Enacted Texas Congressional Plan) |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 77 | | | | | | | | | 1/4/22 | Exhibit D-2 to Second Cooper Report (Compactness Report – 2021 Enacted Texas Senate Plan) |
| 78 | | | | | | | | | 1/4/22 | Exhibit D-3 to Second Cooper Report (Compactness Report – 2021 Enacted Texas House Plan) |
| 79 | | | | | | | | | 1/4/22 | Expert Report of Maxwell Palmer, Ph.D., dated December 10, 2021 |
| 80 | | | | | | | | | 1/4/22 | Declaration of Dr. Bridgett King, dated December 10, 2021 |
| 81 | | | | | | | | | 1/4/22 | Second Declaration of Dr. Bridgett King, dated December 20, 2021 |
| 82 | | | | | | | | | 1/4/22 | Redistricting guidelines adopted by the Alabama Legislative Committee on Reapportionment on May 5, 2021 |
| 83 | | | | | | | | | 1/4/22 | Expert Report of Maxwell Palmer filed in *Chestnut v. Merrill*, No. 2:18-cv-907-KOB (N.D. Ala.), ECF No. 113-79 |
| 84 | | | | | | | | | 1/4/22 | Volume 1 of the trial transcript in *Chestnut v. Merrill*, No. 2:18-cv-907-KOB (N.D. Ala.), ECF No. 103 |
| 85 | | | | | | | | | 1/4/22 | Volume 2 of the trial transcript in *Chestnut v. Merrill*, No. 2:18-cv-907-KOB (N.D. Ala.), ECF No. 104 |
| 86 | | | | | | | | | 1/4/22 | Volume 3 of the trial transcript in *Chestnut v. Merrill*, No. 2:18-cv-907-KOB (N.D. Ala.), ECF No. 105 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 87 | | | | | | | | 1/4/22 | Volume 5 of the trial transcript in *Chestnut v. Merrill*, No. 2:18-cv-907-KOB (N.D. Ala.), ECF No. 107 |
| | 88 | | | | | | | | 1/4/22 | December 9, 2021 Deposition of Randy Hinaman |
| | 89 | | | | | | | | 1/4/22 | December 17, 2021 Deposition of Chris Pringle |
| | 90 | | | | | | | | 1/4/22 | December 17, 2021 Deposition of Jim McClendon |
| | 91 | | | | | | | | 1/4/22 | Carol Robinson, Black Protestor Attacked at Donald Trump Rally Called 'Monkey' and Other Racial Slurs, He Says, AL.com (Nov. 21, 2015) |
| | 92 | | | | | | | | 1/4/22 | *Alabama Lawmaker Who Honored Klan Leader Says He's Surprised by Criticism*, WSFA (July 27, 2020) |
| | 93 | | | | | | | | 1/4/22 | Nick Patterson, *Coronavirus Rates in Alabama Hit Black the Hardest — and Experts Are Not Surprised*, BirminghamWatch (Apr. 20, 2020) |
| | 94 | | | | | | | | | WITHDRAWN |
| | 95 | | | | | | | | 1/4/22 | Safiya Charles, *Alabama Data Shows Majority of Coronavirus Deaths are African American*, Montgomery Advertiser (Apr. 9, 2020) |
| | 96 | | | | | | | | 1/4/22 | Shapiro & Farah Eltohamy, *Alabama Official on Vaccine Rollout: 'How Can This Disparity Exist in This Country?'*, NPR (Mar. 11, 2021) |

| # | | | | | | | | | Date | Description |
|---|---|---|---|---|---|---|---|---|---|---|
| 97 | | | | | | | | | 1/4/22 | Sean McMinn et al., *Across the South, COVID-19 Vaccine Sites Missing from Black and Hispanic Neighborhoods*, NPR (Feb. 5, 2021) |
| 98 | | | | | | | | | 1/4/22 | Brian Lyman, *Racial Profiling Bill Dies on Final Day of Alabama Legislative Session*, Montgomery Advertiser (Mar. 29, 2018) |
| 99 | | | | | | | | | 1/4/22 | Azavea, Redrawing the Map on Redistricting: 2012 Addendum |
| 100 | | | | | | | | | 1/4/22 | Video: Alabama Supreme Court Justice Tom Parker 2018 Campaign Ad – "Invasion" |
| 101 | | | | | | | | | 1/4/22 | Video: Alabama Supreme Court Justice Tom Parker 2018 Campaign Ad – "Mob Rule" |
| 102 | | | | | | | | | 1/4/22 | Video: LA Times Releases Audio of Roy Moore's Offhand Comment on Slavery |
| 103 | | | | | | | | | 1/4/22 | Video: Roy Moore: "New Rights in 1965, and Today We've Got a Problem" |
| 104 | | | | | | | | | 1/4/22 | Alabama Voter Registration Form |
| 105 | | | | | | | | | 1/7/22 | Department of Justice Census Data Guidelines |
| 106 | | | | | | | | | 1/12/22 | Evenwel Brief |