# DEFENDANT JOHN H. MERRILL'S EXHIBIT LIST

| NOT OFFERED | NUMBER | IDENTIFIED | RULING ON OBJECTION (if any) | | | RULING ON REOFFER | | REC'D. COND. OR LTD. | RECEIVED | EXHIBITS<br><br>PLAINTIFF<br>GOVERNMENT<br>DEFENDANT<br>COURT<br>JOINT |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | SUS | O/R | RES | SUS | O/R | | | DESCRIPTION |
| | 1. | ✓ | | | | | | | ✓ | Thomas M. Bryan - Singleton Report<br>1/5/22; 1/6/22; 1/7/22 |
| | 2. | ✓ | | | | | | | ✓ | Thomas M. Bryan - Milligan Report<br>1/4/22; 1/6/22; 1/7/22; 1/12/22 |
| | 3. | ✓ | | | | | | | ✓ | Thomas M. Bryan CV<br>1/12/22 |
| | 4. | ✓ | | | | | | | ✓ | Thomas M. Bryan Supplemental Report - Final<br>1/5/22; 1/6/22; 1/7/22 |
| | 5. | ✓ | | | | | | | ✓ | M.V. Hood III Expert Report<br>1/11/22 |
| | 6. | ✓ | | | | | | | ✓ | M.V. Hood III Supplemental Expert Report<br>1/6/22; 1/11/22 |

Case 2:21-cv-01536-AMM   Document 115   Filed 02/01/22   Page 2 of 18

| # | | | | | | | | | | Description |
|---|---|---|---|---|---|---|---|---|---|---|
| 7. | ✓ | | | | | | | | ✓ | Clay Helms Declaration |
| 8. | ✓ | | | | | | | | ✓ | Mary McIntyre Declaration (12.20.21) |
| 9. | ✓ | | | | | | | | ✓ | Declaration of Josiah Bonner, Jr. |
| 10. obj w/D | ✓ | | | | | | | | ✓ | Bonner Declaration Bonner Deposition Testimony with exhibits Part 1 |
| 11. obj w/d | ✓ | | | | | | | | ✓ | Bonner Declaration - Bonner Trial Testimony and exhibits Part 2 |
| 12. obj w/d | ✓ | | | | | | | | ✓ | Bonner Declaration - Bonner Trial Testimony and exhibits Part 3 |
| 13. obj w/d | ✓ | | | | | | | | ✓ | Byrne Deposition Testimony and Trial Testimony with Exhibits Part 1 |
| 14. obj w/d | ✓ | | | | | | | | ✓ | Byrne Deposition Testimony and Trial Testimony with Exhibits Part 2 |
| 15. obj | ✓ | 1/29/22 | | | | | | | | 1991.06.14 Public Hearing Transcript - Joint Legislative Commieett on Reapportionment (Mobile, AL) SOS008654 |

| # | | | | | | | | | | | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 16. obj | ✓ | 1/24/22 | | | | | | | | | 1991.08.21 Public Hearing Transcript - Joint Legislative Committee on Reapportionment (Montgomery AL) SOS007291 |
| 17. obj | | 1/10/22 | | | | | | | | ✓ | 1991.10.02 Public Hearing Transcript - Joint Legislative Committee on Reapportionment (Montgomery AL) SOS007200  1/10/22 |
| 18. | ✓ | | | | | | | | | ✓ | 1992.03.29 DOJ objection letter 1992  1/12/22 |
| 19. | ✓ | | | | | | | | | ✓ | 1992.04.15 Evans Letter to DOJ SOS007081 |
| 20. | ✓ | | | | | | | | | ✓ | Evans Letter to DOJ re Section 5 Submission 3.10.1992 SOS007085 |
| 21. | ✓ | | | | | | | | | ✓ | Evans Letter to DOJ 3.10.1992 SOS007070 |
| 22. | ✓ | | | | | | | | | ✓ | Letter to Justice Dept. 3.10.1992 Section 5 Submission by State of Alabama Part 1 - Copy  1/10/22 |
| 23. | ✓ | | | | | | | | | ✓ | Letter to Justice Dept. 3.10.1992 Section 5 Submission by State of Alabama Part 2 - Copy  1/10/22 |

| # | | | | | | | | | | Description |
|---|---|---|---|---|---|---|---|---|---|---|
| 24. | ✓ | | | | | | | | ✓ | Kathleen L. Wilde Letter to John Tanner, DOJ 3.5.1992 SOS007079 |
| 25. | ✓ | | | | | | | | ✓ | Letter to DOJ re Preclearance Submission of Al. Act. No. 2011-518 SOS002646 |
| 26. | ✓ | | | | | | | | ✓ | Map - 2001 Alabama State Board of Education 1/6/22; 1/12/22 |
| 27. obj | 1/28/22 | | | | | | | | | 2011 Plan - Alabama v. Holder - Complaint |
| 28. obj | 1/28/22 | | | | | | | | | 2011 Plan - AL v Holder (DDC) Dismissal |
| 29. obj | 1/28/22 | | | | | | | | | 2011 Plan - AL v Holder (DDC) DOJ Preclearance |
| 30. obj | 1/28/22 | | | | | | | | | State of Alabama v. Holder Errata to Complaint SOS000172 |
| 31. | ✓ | | | | | | | | ✓ | 2010 Allen Congressional Plan 4 SOS001466 |
| 32. | ✓ | | | | | | | | ✓ | 2011 Preclearance Allen Plan 6 SOS001551 |
| 33. | ✓ | | | | | | | | ✓ | 2011 Preclearance Beason Plan SOS001565 |

| # | ✓ | | | | | | | | ✓ | Description |
|---|---|---|---|---|---|---|---|---|---|---|
| 34. | ✓ | | | | | | | | ✓ | 2011 Preclearance bpshan SOS001448 |
| 35. | ✓ | | | | | | | | ✓ | 2011 Preclearance Buskey Congressional Plan SOS001621 |
| 36. | ✓ | | | | | | | | ✓ | 2011 Preclearance Hammon All District Status OS001579 |
| 37. | ✓ | | | | | | | | ✓ | 2011 Preclearance Map McClendon Congressional Plan 1 - Map-0SOS001431 |
| 38. | ✓ | | | | | | | | ✓ | 2011 Preclearance McClendon Congressional Plan 1 SOS001593 |
| 39. | ✓ | | | | | | | | ✓ | 2011 Preclearance Poole Congressional Plan 4 SOS001607 |
| 40. | ✓ | | | | | | | | ✓ | 2011 Preclearance Population Summary Report State 1 SOS001537 |
| 41. | ✓ | | | | | | | | ✓ | 2011 Plan - 2 - Population and VAP Summary - Single Race |
| 42. | ✓ | | | | | | | | ✓ | 2011 Plan - 3 - Population and VAP Summary - Any Part Race |
| 43. | ✓ | | | | | | | | ✓ | 2011 Plan - 4 - Plan Components' Population and VAP - Any Part Race |

| # | C1 | C2 | C3 | C4 | C5 | C6 | C7 | C8 | C9 | Description |
|---|----|----|----|----|----|----|----|----|----|----|
| 44. | ✓ | | | | | | | | ✓ | 2011 Plan - 5 - Plan Components' Population and VAP - Single Race |
| 45. | ✓ | | | | | | | | ✓ | 2011 Plan - 6 - County and Voting Districts Splits |
| 46. | ✓ | | | | | | | | ✓ | 2011 Preclearance Population Summary Report Allen SOS001635 |
| 47. | ✓ | | | | | | | | ✓ | 2011 Preclearance Population Summary Report McClammy SOS001509 |
| 48. | ✓ | | | | | | | | ✓ | 2011 Preclearance Population Summary Report SOS001649 |
| 49. obj | | 1/25/22 | | | | | | | | 2020 Annual Report - State Personnel Board |
| 50. | ✓ | | | | | | | | ✓ | 2020 Democratic Runoff |
| 51. | ✓ | | | | | | | | ✓ | Certification-AL_Democratic_Party-Primary_Results_Runoff_Candidates-2020-03-11 |
| 52. | ✓ | | | | | | | | ✓ | 2021-10-25 - 2021-2nd-Special-Session-Proclamation |
| 53. | ✓ | | | | | | | | ✓ | 2021 Alabama Congressional Plan Bill History w-Recorded Votes |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 54. | ✓ | | | | | | | | | ✓ | 2021 Plan - Comparative by District Analysis - Congressional |
| 55. | ✓ | | | | | | | | | ✓ | 2021 Plan - 1 - Map  1/4/22, 1/12/22 |
| 56. | ✓ | | | | | | | | | ✓ | 2021 Plan - 2 - District Statistics |
| 57. | ✓ | | | | | | | | | ✓ | 2021 Plan - 3 - Population Summary - Single Race |
| 58. | ✓ | | | | | | | | | ✓ | 2021 Plan - 4 - VAP Summary - Single Race |
| 59. | ✓ | | | | | | | | | ✓ | 2021 Plan - 5 - Population Summary - Any Part Race |
| 60. | ✓ | | | | | | | | | ✓ | 2021 Plan - 6 - VAP Summary - Any Part Race |
| 61. | ✓ | | | | | | | | | ✓ | 2021 Plan - 7 - Plan Components' Population and VAP |
| 62. | ✓ | | | | | | | | | ✓ | 2021 Plan - 8 - County and Voting District Splits |
| 63. | ✓ | | | | | | | | | ✓ | 2021 Plan - 9 - City Splits |
| 64. | ✓ | | | | | | | | | ✓ | 2021 Plan - 10 - Reock Compactness Measure |

| # | | | | | | | | | | | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 65. | ✓ | | | | | | | | | ✓ | 2021 Plan - 11 - Schwartzberg Compactness Measure |
| 66. | ✓ | | | | | | | | | ✓ | 2021.09.07 Public Hearing Transcript - Permanent Legislative Committee On Reapportionment (Tuscaloosa AL) |
| 67. | ✓ | | | | | | | | | ✓ | AL DEM Cert Amend 12182019 |
| 68. obj | | 1/29/22 | | | | | | | | | Application of Appellant Billy Joe Camp, Secretary of State of Alabama, for Stay of Judgment Pending Appeal |
| 69. | ✓ | | | | | | | | | ✓ | Certification of Results June 4, 1996 Constitutional Amendments |
| 70. | ✓ | | | | | | | | | ✓ | Democratic_Party-Official_2020_Primary_Election_Results (only CD1 and CD2 results others hidden) |
| 71. | ✓ | | | | | | | | | ✓ | District Statistics Report Congressional Final, May 16 |
| 72. obj w/D | ✓ | | | | | | | | | ✓ | 2021 Reapportionment Committee's Guidelines (May 5, 2021) |
| 73. | ✓ | | | | | | | | | ✓ | Exhibits to Congressional Submission SOS002005 |

| # | | | | | | | | | | | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 74. | ✓ | | | | | | | | | ✓ | Final Exhibits - District Statistics Report Congressional Final, May 16 |
| 75. | ✓ | | | | | | | | | ✓ | Hatcher Plan - 1 - Map |
| 76. | ✓ | | | | | | | | | ✓ | Hatcher Plan - 2 - District Statistics |
| 77. | ✓ | | | | | | | | | ✓ | Hatcher Plan - 3 - Population Summary - Single Race |
| 78. | ✓ | | | | | | | | | ✓ | Hatcher Plan - 4 - VAP Summary - Single Race |
| 79. | ✓ | | | | | | | | | ✓ | Hatcher Plan - 5 - VAP Summary - Any Part Race |
| 80. | ✓ | | | | | | | | | ✓ | Hatcher Plan - 6 - Population Summary - Any Part Race |
| 81. | ✓ | | | | | | | | | ✓ | Hatcher Plan - 7 - Plan Components' Population and VAP |
| 82. | ✓ | | | | | | | | | ✓ | Hatcher Plan - 8 - County and Voting District Splits |
| 83. | ✓ | | | | | | | | | ✓ | Hatcher Plan - 9 - City Splits |
| 84. | ✓ | | | | | | | | | ✓ | Hatcher Plan - 10 - Reock Compactness Measure |

| # | ✓ | | | | | | | | ✓ | Description |
|---|---|---|---|---|---|---|---|---|---|---|
| 85. | ✓ | | | | | | | | ✓ | Hatcher Plan - 11 - Schwartzberg Compactness Measure |
| 86. | ✓ | | | | | | | | ✓ | Jones v. Jefferson County -- Motion for Consent Order (agreed before litigation) |
| 87. | ✓ | | | | | | | | ✓ | Kiani Gardner -- CD-1 candidate endorsed by ADC |
| 88. | ✓ | | | | | | | | ✓ | Alabama Advisory Committee to U.S. Commission on Civil Rights Report (July 2020) 1/11/22 |
| 89. | ✓ | | | | | | | | ✓ | Letter to John Park Jr. 11.21.2011 SOS000514 |
| 90. | ✓ | | | | | | | | ✓ | Letter to John Tanner dated 4.15.1992 |
| 91. | ✓ | | | | | | | | ✓ | Liu -- Alabama Democrats candidate list 2020 primaries |
| 92. obj | 1/28/22 | | | | | | | | | SCOTUS No. 91-1553 - Appellee Paul Charles Wesch's Motion to Dismiss or Affirm |
| 93. obj | 1/28/22 | | | | | | | | | SCOTUS No. 91-1553 - Jurisdictional Statement |
| 94. obj | 1/28/22 | | | | | | | | | SCOTUS No. 91-1553 - Appendix to the Jurisdictional Statement Part 1 |

| # | | | | | | | | | | | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 95. obj | 1/24/22 | | | | | | | | | | SCOTUS No. 91-1553 - Appendix to the Jurisdictional Statement Part 2 |
| 96. obj | 1/24/22 | | | | | | | | | | SCOTUS No. 91-1553 - Appendix to the Jurisdictional Statement Part 3 |
| 97. obj | 1/24/22 | | | | | | | | | | SCOTUS No. 91-1553 - Appendix to the Jurisdictional Statement part 4 |
| 98. | ✓ | | | | | | | | | ✓ | Pierce Map 9.91991 SOS007159 |
| 99. | ✓ | | | | | | | | | ✓ | Pleasant Grove -- Settlement Agreement 1/10/22 |
| 100. obj | 1/24/22 | | | | | | | | | | Preclearance submission Exhibit C-10 alternative plan McClammy SOS001480 |
| 101. obj | 1/24/22 | | | | | | | | | | Preclearance submission Exhibit C-11 Clammy 2M SOS001494 |
| 102. obj | 1/24/22 | | | | | | | | | | Preclearance submittion Exhibit C-12 alternative plan McClammy PPB SOS001494 |
| 103. obj | 1/24/22 | | | | | | | | | | Preclearance submission Exhibit C-13 alternative plan Poole - Hubbard SOS001523 |

| # | | | | | | | | | | Description |
|---|---|---|---|---|---|---|---|---|---|---|
| 104. obj | | 1/24/22 | | | | | | | | Preclearance submission Exhibit C-14 alternative plan State 1 SOS001537 |
| 105. obj | | 1/24/22 | | | | | | | | Preclearance submission Exhibit C-8 alternative plan Allen |
| 106. obj | | 1/24/22 | | | | | | | | Preclearance submission Exhibit C-9 alternative plan Greer 2 SOS001649 |
| 107. | ✓ | | | | | | | | ✓ | SOS001665 Reapportionment Committee Guidelines for Legislative, State Board of Education, and Congressional Redistricting State of Alabama |
| 108. | ✓ | | | | | | | | ✓ | Legislative Reapportionment Public Hearings_Aug 5 |
| 109. | ✓ | | | | | | | | ✓ | Singleton 1 Plan - 1 - Map |
| 110. | ✓ | | | | | | | | ✓ | Singleton 1 Plan - 3 - District Statistics |
| 111. | ✓ | | | | | | | | ✓ | Singleton 1 Plan - 4 - Population Summary - Single Race |
| 112. | ✓ | | | | | | | | ✓ | Singleton 1 Plan - 5 - VAP Summary - Single Race |
| 113. | ✓ | | | | | | | | ✓ | Singleton 1 Plan - 6 - Population Summary - Any |

| # | ✓ | | | | | | | | | ✓ | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | Part Race |
| 114. | ✓ | | | | | | | | | ✓ | Singleton 1 Plan - 7 - VAP Summary - Any Part Race |
| 115. | ✓ | | | | | | | | | ✓ | Singleton 1 Plan - 8 - Plan Components' Population and VAP |
| 116. | ✓ | | | | | | | | | ✓ | Singleton 1 Plan - 9 - County and Voting District Splits |
| 117. | ✓ | | | | | | | | | ✓ | Singleton 1 Plan - 10 - City Splits |
| 118. | ✓ | | | | | | | | | ✓ | Singleton 1 Plan - 11 - Reock Compactness Measure |
| 119. | ✓ | | | | | | | | | ✓ | Singleton 1 Plan - 12 - Schwartzberg Compactness Measure |
| 120. | ✓ | | | | | | | | | ✓ | Singleton 2 Plan - 3 - District Statistics |
| 121. | ✓ | | | | | | | | | ✓ | Singleton 2 Plan - 4 - Population Summary - Any Part Race |
| 122. | ✓ | | | | | | | | | ✓ | Singleton 2 Plan - 5 - VAP Summary - Any Part Race |
| 123. | ✓ | | | | | | | | | ✓ | Singleton 2 Plan - 6 - Plan Components' Population and |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | VAP |
| | 124. | ✓ | | | | | | | ✓ | Singleton 2 Plan - 7 - County and Voting District Splits |
| | 125. | ✓ | | | | | | | ✓ | Singleton 2 Plan - 8 - City Splits |
| | 126. | ✓ | | | | | | | ✓ | Singleton 2 Plan - 9 - Reock Compactness Measure |
| | 127. | ✓ | | | | | | | ✓ | Singleton 2 Plan - 10 - Schwartzberg Compactness Measure |
| | 128. | ✓ | | | | | | | ✓ | Singleton 3 Plan - 1 - Map |
| | 129. | ✓ | | | | | | | ✓ | Singleton 3 Plan - 3 - District Statistics |
| | 130. | ✓ | | | | | | | ✓ | Singleton 3 Plan - 4 - VAP Summary - Single Race |
| | 131. | ✓ | | | | | | | ✓ | Singleton 3 Plan - 5 - Population Summary - Single Race |
| | 132. | ✓ | | | | | | | ✓ | Singleton 3 Plan - 6 - Population and VAP Summary - Any Part Race |
| | 133. | ✓ | | | | | | | ✓ | Singleton 3 Plan - 7 - Plan Components' Population and VAP |

| # | | | | | | | | | | | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 134. | ✓ | | | | | | | | | ✓ | Singleton 3 Plan - 8 - County and Voting District Splits |
| 135. | ✓ | | | | | | | | | ✓ | Singleton 3 Plan - 9 - City Splits |
| 136. | ✓ | | | | | | | | | ✓ | Singleton 3 Plan - 10 - Reock Compactness Measure |
| 137. | ✓ | | | | | | | | | ✓ | Singleton 3 Plan - 11 - Schwartzberg Compactness Measure |
| 138. obj w/d | ✓ | | | | | | | | | ✓ | SOS002410 Reapportionment Committee Guidelines May 2011 |
| 139. obj | 1/28/22 | | | | | | | | | | Thompson v. Merrill Alabama Board of Pardons and Paroles Charir Leigh Gwathney's Objections and Answers to Plaintiffs' First Set of Interrogatories to Her |
| 140. obj | 1/28/22 | | | | | | | | | | Thompson v. Merrill SOS Merrill's Objections and Answers to Plaintiff's First Set of Interrogatories to Him |
| 141. obj | 1/28/22 | | | | | | | | | | US election 2020 Why Trump gained support among minorities |
| 142. | ✓ | | | | | | | | | ✓ | DOJ letter withdrawing objection |

| # | | | | | | | | | | | | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 143. obj w/d | ✓ | | | | | | | | | | ✓ | Wesch - Supplemental Stipulation 1/12/22 |
| 144. obj w/d | ✓ | | | | | | | | | | ✓ | Milligan v. Merrill Deposition Transcript of Randy Hinaman 2021.12.09 Part 1 1/12/22 |
| 145. obj w/d | ✓ | | | | | | | | | | ✓ | Milligan v. Merrill Deposition Transcript of Randy Hinaman 2021.12.09 Part 2 1/12/22 |
| 146. obj | 1/29/22 | | | | | | | | | | | 2000 Population State BOE |
| 147. | ✓ | | | | | | | | | | ✓ | Letter to DOJ Fed. 7, 2002, re Submission under Section 5 of the VRA of 65 |
| 148. | ✓ | | | | | | | | | | ✓ | Letter to Civil Rights Division re Preclearance Submission of Al. Act. No. 2011-667 - 1212857 |
| 149. | ✓ | | | | | | | | | | ✓ | US Congress Final District Statistics Report SOS001080 |
| 150. obj w/d | ✓ | | | | | | | | | | ✓ | CDC MMWR -- study showing vaccination by SVI index 1/12/22 |
| 151. | ✓ | | | | | | | | | | | 2021 Census - Alabama Profile |
| 152. obj | 1/11/22 | | | | | | | | | | | Hispanic Voters Now Evely Split Between Parties, WSJ Poll Finds |

| # | | | | | | | | | | | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 153. obj | | 1/28/22 | | | | | | | | | Sentencing Project, The Color of Justice Racial and Ethnic Disparity in Prison |
| 154. obj | | 1/28/22 | | | | | | | | | Redistricting Alabama: How South Alabama could be split up due to Baldwin County's growth |
| 155. obj w/d | ✓ | | | | | | | | | ✓ | Voting Determination Letters for Alabama 1/12/22 |
| 156. obj w/d | ✓ | | | | | | | | | ✓ | Felon Voting Rights Final Version 1/12/22 |
| 157. obj | | 1/28/22 | | | | | | | | | Alabama Senate profile: Robert Kennedy Jr. says he's more than a name |
| 158. obj | | 1/28/22 | | | | | | | | | Economic Policy Institute, State unemployment by race and ethnicity (2021Q3) |
| 159. | ✓ | | | | | | | | | ✓ | Democratic_Party-Official_2020_Primary_Election_Results (only CD1 and CD2 results others hidden) |
| 160. | ✓ | | | | | | | | | ✓ | Census 2018 Voting and Reg by Race |
| 161. | ✓ | | | | | | | | | ✓ | Census 2016 Voting and Reg by Race |

| # | | | | | | | | | | | | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 162. obj w/d | ✓ | | | | | | | | | | ✓ | Becoming Less Separate 1/12/22 |
| 163. obj w/d | ✓ | | | | | | | | | | ✓ | Defendant's First Evidentiary Submission |
| 164. obj w/d | ✓ | | | | | | | | | | ✓ | Randy Hinaman Amended Notice of Deposition 120921 1/12/22 |
| 165. | ✓ | | | | | | | | | | ✓ | Letter to Justice Dept. 3.10.1992 Section 5 Submission by State of Alabama Part 1 |
| 166. | ✓ | | | | | | | | | | ✓ | Letter to Justice Dept. 3.10.1992 Section 5 Submission by State of Alabama Part 2 |
| 167. | ✓ | | | | | | | | | | ✓ | Legislative Reapportionment Public |
| 168. | ✓ | | | | | | | | | | ✓ | ACS 2019 Data Connecticut |
| 169. | ✓ | | | | | | | | | | ✓ | ACS 2019 Data United States |
| 170. | ✓ | | | | | | | | | | ✓ | Bradley Byrne Declaration |

171. ✓     ✓ Chestnut transcript Bowdre trial 1/7/22