IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARCUS CASTER, LAKEISHA CHESTNUT, BOBBY LEE DUBOSE, BENJAMIN JONES, RODNEY ALLEN LOVE, MANASSEH POWELL, RONALD SMITH, and WENDELL THOMAS,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN H. MERRILL, in his official capacity as Alabama Secretary of State,<br><br>Defendant,<br>and<br><br>CHRIS PRINGLE and JIM McCLENDON,<br><br>Intervenor-Defendants. | Case No. 2:21-CV-1536-AMM |

### *CASTER* PLAINTIFFS' RESPONSE TO COURT INQUIRY FOR REMEDIAL PROCEEDINGS

In a post-hearing status conference held on January 28, 2022, this Court asked the parties to provide their assessment of the Court's proposed candidates for the role of Special Master, Richard F. Allen of Capell & Howard P.C., and the role of cartographer, Dr. Nathaniel Persily. The court would engage these individuals to

1

develop a remedial plan if the Alabama Legislature fails to draw a congressional map compliant with this Court's order enjoining HB 1. *See* ECF No. 101.

The *Caster* Plaintiffs consent to the Court's appointment of Mr. Allen and Dr. Persily. The *Caster* Plaintiffs believe that both Mr. Allen and Dr. Persily bring considerable complementary experience to the Court's process and would request that both serve a substantive role of equal weight and partnership in evaluating the parties' submissions and recommending a remedial map to the Court.

Dated: February 1, 2022                    Respectfully submitted,

By */s/ Richard P. Rouco*                  By /s/ *Abha Khanna*

Richard P. Rouco                           Abha Khanna*
(AL Bar. No. 6182-R76R)                    **Elias Law Group LLP**
**Quinn, Connor, Weaver, Davies            1700 Seventh Ave, Suite 2100
& Rouco LLP**                              Seattle, WA 98101
Two North Twentieth                        Phone: (206) 656-0177
2-20th Street North, Suite 930             Email: AKhanna@elias.law
Birmingham, AL 35203
Phone: (205) 870-9989                      Lalitha D. Madduri*
Fax: (205) 803-4143                        Daniel C. Osher*
Email: rrouco@qcwdr.com                    Joseph N. Posimato*
                                           Olivia N. Sedwick*
                                           **Elias Law Group LLP**
                                           10 G St. NE, Suite 600
                                           Washington, D.C. 20002
                                           Phone: (202) 968-4518
                                           Email: LMadduri@elias.law
                                           Email: DOsher@elias.law
                                           Email: JPosimato@elias.law
                                           Email: OSedwick@elias.law

                                           *Attorneys for Plaintiffs*
                                           **Admitted Pro Hac Vice*

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2022, a copy of the foregoing was filed with the Clerk of Court using the CM/ECF system, which will provide electronic notice of filing to all counsel of record.

/s/ Abha Khanna
Abha Khanna
Counsel for Plaintiffs