FILED
2022 Feb-07 PM 06:12
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BOBBY SINGLETON, et al.,<br>*Plaintiffs*<br><br>v.<br><br>JOHN H. MERRILL,<br>Secretary of State, et al.,<br>*Defendants.* | Case No.: 2:21-cv-1291-AMM<br><br>**THREE-JUDGE COURT** |
| EVAN MILLIGAN, et al.,<br>*Plaintiffs*<br><br>v.<br><br>JOHN H. MERRILL,<br>Secretary of State, et al.,<br>*Defendants.* | Case No.: 2:21-cv-01530-AMM<br><br>**THREE-JUDGE COURT** |
| MARCUS CASTER, et al.,<br>*Plaintiffs*<br><br>v.<br><br>JOHN H. MERRILL,<br>Secretary of State, et al.,<br>*Defendants.* | Case No.: 2:21-cv-01536-AMM |

## SEN. MCCLENDON AND REP. PRINGLE'S
## STATEMENT REGARDING A REMEDIAL PLAN

In light of the Supreme Court order (attached) staying this Court's preliminary injunction, Sen. Jim McClendon and Rep. Chris Pringle defer responding to the Court's order seeking information about enactment of a remedial congressional plan by the Legislature pending further order from the Supreme Court.

Respectfully submitted this 7th day of February, 2022.

/s/ Dorman Walker
*Counsel for Sen. McClendon
and Rep. Pringle*

**OF COUNSEL**
Dorman Walker (ASB-9154-R81J)
Balch and Bingham LLP
Post Office Box 78 (36101-0078)
105 Tallapoosa Street, Suite 200
Montgomery, Alabama 36104
(334) 269-3138
dwalker@balch.com

## CERTIFICATE OF SERVICE

I hereby certify that this the 7th day of February 2022 I electronically filed the foregoing with the clerk of the Court using the CM/ECF system, which will send notice to all counsel of record.

*s/ Dorman Walker*
Of Counsel