# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **MARCUS CASTER**, *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| ) | **Civil Action No.: 2:21-cv-1536-AMM** |
| ) | |
| **JOHN MERRILL, in his official** ) | |
| **capacity as Alabama Secretary of** ) | |
| **State**, *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

## CORPORATE/CONFLICT DISCLOSURE STATEMENT

Comes Now Intervenor Jeff Coleman, by and through the undersigned counsel of record Algert S. Agricola, Jr. of Agricola Law, LLC, and in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the rules of the Northern District of Alabama.

[**X**]   This party is an individual, or

[  ]   This party is a governmental entity, or

[  ]   There are no entities to be reported, or

The following parent company/ entities and their relationship to the party are hereby reported: _____
_____

Respectfully submitted this 12th day of February, 2022.

/s Algert S. Agricola, Jr.
Algert S. Agricola, Jr.
Counsel for Intervenor Jeff Coleman

**OF COUNSEL:**
AGRICOLA LAW, LLC
127 South 8th Street
Opelika, AL 36801
Phone: 334.759.7557
Fax: 334.759.7558
al@agricolalaw.com
www.agricolalaw.com

## **CERTIFICATE OF SERVICE**

I certify that I electronically filed the foregoing with the Clerk of Court using the Court's CM/ECF system, which will send electronic notification of filing to counsel of record for all parties.

This the 12th day of February, 2022.

/s/ Algert S. Agricola, Jr.
**OF COUNSEL**
