FILED
2022 Feb-14  PM 02:25
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| MARCUS CASTER, LAKEISHA CHESTNUT, BOBBY LEE DUBOSE, BENJAMIN JONES, RODNEY ALLEN LOVE, MANASSEH POWELL, RONALD SMITH, and WENDELL THOMAS, <br><br> Plaintiffs, <br><br> v. <br><br> JOHN H. MERRILL, in his official capacity as Alabama Secretary of State, <br><br> Defendant, <br> and <br><br> CHRIS PRINGLE and JIM McCLENDON, <br><br> Intervenor-Defendants. | Case No. 2:21-CV-1536-AMM |

### *CASTER* PLAINTIFFS' RESPONSE TO *SINGLETON* PLAINTIFFS' EMERGENCY MOTION FOR A RULING ON THEIR RENEWED MOTION FOR A PRELIMINARY INJUNCTION

This Court has asked the parties in *Caster* to respond to the *Singleton* Plaintiffs' emergency motion for a ruling on their Renewed Motion for a Preliminary Injunction following the U.S. Supreme Court's order staying this Court's and the three-judge court's January 24 preliminary injunction orders. The *Singleton* Plaintiffs argue that the Supreme Court's stay order does not preclude the three-judge court from granting preliminary injunctive relief based on the *Singleton* Plaintiffs' Equal Protection Clause claim, which the three-judge court considered but declined to resolve. *See* ECF No. 101 at 214-17. The *Caster* Plaintiffs respond as follows.

*Singleton* and *Milligan* were formally consolidated on November 23, 2021, for purposes of the preliminary injunction proceedings in both cases. *See Singleton v. Merrill*, No. 2:21-cv-1291-AMM (N.D. Ala.), ECF No. 45 at 3. For this reason, the three-judge court issued its January 24 preliminary injunction order in both *Milligan* and *Singleton*. *Singleton*, ECF No. 88; *Milligan v. Merrill*, No. 2:21-cv-1530-AMM (N.D. Ala.), ECF No. 107. Defendants' appeal of the three-judge court's January 24 order in *Milligan* was, therefore, also an appeal of the same order in *Singleton*. Thus, Defendants' notice of appeal divested the three-judge court of jurisdiction with respect to the preliminary injunction proceedings in *both Milligan* and *Singleton*. *See Farmhand, Inc. v. Anel Eng'g Indus., Inc.*, 693 F.2d 1140, 1145 (5th Cir. 1982) ("Generally, when an appeal is noticed the district court is divested

- 1 -

of jurisdiction; the matter is transferred immediately to the appellate court."). While there are several exceptions to the rule that a notice of appeal divests the district court of jurisdiction over the proceedings at issue in the appeal, *see id.* at 1145–46, none of those exceptions apply here.

Because the three-judge court lacks jurisdiction over the preliminary injunction proceedings in *Milligan* and *Singleton*, it cannot rule on the *Singleton* Plaintiffs' motion for a preliminary injunction on the basis of their Equal Protection Claim. Accordingly, the three-judge court should deny the *Singleton* Plaintiffs' emergency motion for such a ruling.

Dated: February 14, 2022               Respectfully submitted,

                                       By /s/ *Abha Khanna*

Richard P. Rouco                       Abha Khanna*
(AL Bar. No. 6182-R76R)                **Elias Law Group LLP**
**Quinn, Connor, Weaver, Davies**      1700 Seventh Ave, Suite 2100
**& Rouco LLP**                        Seattle, WA 98101
Two North Twentieth                    Phone: (206) 656-0177
2-20th Street North, Suite 930         Email: AKhanna@elias.law
Birmingham, AL 35203
Phone: (205) 870-9989                  Lalitha D. Madduri*
Fax: (205) 803-4143                    Daniel C. Osher*
Email: rrouco@qcwdr.com                Joseph N. Posimato*
                                       Olivia N. Sedwick*
                                       **Elias Law Group LLP**
                                       10 G St. NE, Suite 600
                                       Washington, D.C. 20002
                                       Phone: (202) 968-4518
                                       Email: LMadduri@elias.law
                                       Email: DOsher@elias.law
                                       Email: JPosimato@elias.law
                                       Email: OSedwick@elias.law

                                       *Attorneys for Plaintiffs*
                                       *Admitted Pro Hac Vice*

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2022, a copy of the foregoing was filed with the Clerk of Court using the CM/ECF system, which will provide electronic notice of filing to all counsel of record.

*/s/ Abha Khanna*
Abha Khanna
Counsel for Plaintiffs