FILED
2022 Feb-16  PM 03:27
U.S. DISTRICT COURT
N.D. OF ALABAMA



# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

|  |  |
|---|---|
| MARCUS CASTER, LAKEISHA CHESTNUT, BOBBY LEE DUBOSE, BENJAMIN JONES, RODNEY ALLEN LOVE, MANASSEH POWELL, RONALD SMITH, and WENDELL THOMAS, | Case No. 2:21-CV-1536-AMM |

Plaintiffs,

v.

JOHN H. MERRILL, in his official capacity as Alabama Secretary of State,

Defendant,

and

CHRIS PRINGLE and JIM McCLENDON,

Intervenor-Defendants.

## *CASTER* PLAINTIFFS' RESPONSE TO EMERGENCY MOTION TO INTERVENE

Pursuant to the Court's February 14, 2022 Order, ECF No. 126, the *Caster* Plaintiffs hereby respond to the emergency motion to intervene filed by Mr. Jeff Coleman, ECF No. 124. Mr. Coleman seeks to intervene in this action for the "limited purpose of seeking clarification as to the current deadline for filing congressional candidate qualification papers with the Alabama Republican Party" in light of the Court's order granting the *Caster* Plaintiffs' motion for preliminary injunction. ECF No. 124 at 5.

The *Caster* Plaintiffs take no position on Mr. Coleman's motion to intervene for the limited purpose of seeking clarification of the deadline for filing congressional candidate qualification papers under the Court's preliminary injunction order. The *Caster* Plaintiffs reserve the right, however, to oppose any intervention by Mr. Coleman outside the scope of that limited purpose.

Dated: February 16, 2022         Respectfully submitted,

By /s/ *Abha Khanna*

Richard P. Rouco                Abha Khanna*
(AL Bar. No. 6182-R76R)       **Elias Law Group LLP**
**Quinn, Connor, Weaver, Davies**  1700 Seventh Ave, Suite 2100
**& Rouco LLP**                   Seattle, WA 98101
Two North Twentieth          Phone: (206) 656-0177
2-20th Street North, Suite 930    Email: AKhanna@elias.law
Birmingham, AL 35203
Phone: (205) 870-9989        Lalitha D. Madduri*
Fax: (205) 803-4143          Daniel C. Osher*
Email: rrouco@qcwdr.com      Joseph N. Posimato*
                              Olivia N. Sedwick*
                              **Elias Law Group LLP**
                              10 G St. NE, Suite 600
                              Washington, D.C. 20002
                              Phone: (202) 968-4518
                              Email: LMadduri@elias.law
                              Email: DOsher@elias.law
                              Email: JPosimato@elias.law
                              Email: OSedwick@elias.law

                              *Attorneys for Plaintiffs*
                              *Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2022, a copy of the foregoing was filed with the Clerk of Court using the CM/ECF system, which will provide electronic notice of filing to all counsel of record.


*/s/ Abha Khanna*
Abha Khanna
Counsel for Plaintiffs