# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **MARCUS CASTER**, *et al.*, | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) |
| | )  **Case No.: 2:21-cv-1536-AMM** |
| **JOHN H. MERRILL,** *in his official capacity as Alabama Secretary of State*, *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## ORDER DENYING MOTION TO INTERVENE

This case is before the court on Jeff Coleman's motion to intervene. Doc. 124. For the reasons stated in the order denying that motion in the related redistricting cases, *Singleton v. Merrill*, No. 2:21-cv-1291-AMM, and *Milligan v. Merrill*, No. 2:21-cv-1530, which reasons the court adopts as if set out in full herein, that motion is **DENIED**.

**DONE** and **ORDERED** this 25th day of February, 2022.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE