# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **MARCUS CASTER**, *et al.*, | ) |
| **Plaintiffs,** | ) |
| v. | ) Case No.: 2:21-cv-1536-AMM |
| **JOHN H. MERRILL**, *in his official capacity as Alabama Secretary of State*, *et al.*, | ) |
| **Defendants.** | ) |

## ORDER

A status conference was held yesterday in this action and the *Milligan* and *Singleton* actions. At the status conference, the Solicitor General was asked to identify the latest date by which the Secretary of State must have a map of congressional districts and a list of candidates in order to hold an election in 2024. Defendants are directed to file a response to that question by the close of business on Wednesday, **APRIL 20, 2022**.

**DONE** and **ORDERED** this 15th day of April, 2022.



_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE