**UNITED STATES DISTRICT COURT**
**Northern District of Alabama**
**Office of the Clerk**
**Hugo L. Black United States Courthouse**
**Room 140, 1729 5th Avenue North**
**Birmingham, Alabama 35203**
**(205) 278-1700**

June 23, 2022

Scott S. Harris                               U.S.D.C. No. 2:21-cv-01536-AMM
Clerk of Court                                U.S. Supreme Court   No.   21-1087
U.S. Supreme Court                            IN RE: John Merrill et al. v. Marcus Caste,   et al.

Enclosed are documents regarding an appeal in this matter.   Please acknowledge receipt on the enclosed copy of this transmittal.

X         Certified copy of Notice of Appeal, Docket Entries and Judgment/Order and Opinion appealed from enclosed.   Please check if judgment was oral:

          Certified record supplemental record on appeal consisting of:   volume(s) of pleadings, etc.;   volume(s) of transcripts;

X         First Notice of Appeal? YES          Dates of other Notices:

          The following materials **SEALED** in this court (order enclosed) consisting of:

          Original papers (court file) and certified copy of docket entries per USCA request.

X         There was a hearing from which a transcript could be made.

          Copy of CJA Form 20 or District Court order appointing counsel.

X         The appellant docket fee has been paid. No          Date Paid:

          The appellant has been leave to appeal in forma pauperis and   a request for certificate of appealability (order enclosed).

X         The Judge/Magistrate Judge appealed from is: Judge Manasco

          The Court Reporter is:

          This is a **BANKRUPTCY APPEAL**.   Please send notice of final order and/or opinion to: Scott W. Ford, Acting Clerk, U.S. Bankruptcy Court, 1800 5th Avenue North, Birmingham, Alabama 35203.

          This is a **DEATH PENALTY** appeal.

          Appellant having failed to cure procedural defects re: appeal fee, the appeal is due to be DISMISSED.

          Other:

xc:  Counsel                        Sharon Harris, Clerk

                                    By:   D. Wiggins
                                          Deputy Clerk