UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MARCUS CASTER**, *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | **Case No.: 2:21-cv-1536-AMM** |
| ) | |
| **JOHN H. MERRILL,** *in his* ) | |
| *official capacity as Alabama* ) | |
| *Secretary of State*, *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

A status conference is **SET** for **9:00 a.m.** Central Standard Time on **FEBRUARY 8, 2023**. The status conference will be held by Zoom.

The parties are **ORDERED** to meet and confer within thirty days of the date of this Order regarding the discovery and scheduling matters discussed at the Court's November 16, 2022 status conference. The parties are further **ORDERED** to file within forty-five days of the date of this Order a joint report outlining their respective positions on discovery and scheduling and identifying any areas of consensus about the appropriate next steps to be taken in this case. At a minimum, the joint report shall address: (1) whether the parties agree to conduct any paper discovery; and (2) whether the parties agree to conduct any discovery related to potential *Purcell* issues in this case, including the date that a map must be in place for the 2024 election to

be conducted on the dates specified by applicable state and federal laws.

**DONE** and **ORDERED** this 21st day of November, 2022.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE