# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **MARCUS CASTER**, *et al.*, | ) |
| **Plaintiffs,** | ) ) ) |
| v. | ) ) ) **Case No.: 2:21-cv-1536-AMM** |
| **WES ALLEN**, *in his official capacity as Alabama Secretary of State*, *et al.*, | ) ) ) ) |
| **Defendants.** | ) |

## ORDER

Pursuant to Federal Rule of Civil Procedure 25(d), Wes Allen, who is the current Secretary of State of Alabama, is hereby substituted for former Secretary John H. Merrill as a defendant in this action. Secretary Allen is **ORDERED** to inform the court no later than **FEBRUARY 27, 2023**, of the latest date by which a Congressional map must be in place for it to be used in the 2024 election.

**DONE** and **ORDERED** this 8th day of February, 2023.



ANNA M. MANASCO
UNITED STATES DISTRICT JUDGE