FILED
2023 Jun-09 PM 03:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **MARCUS CASTER**, *et al.*, | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) **Case No.: 2:21-cv-1536-AMM** |
| | ) |
| **WES ALLEN,** *in his official capacity as Alabama Secretary of State*, *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

A status conference is **SET** for **8:00 a.m.** Central Standard Time on **JUNE 16, 2023**. The status conference will be held by Zoom.

**DONE** and **ORDERED** this 9th day of June, 2023.



_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE