UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EVAN MILLIGAN, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>WES ALLEN, )<br>Secretary of State of Alabama, et al., )<br>)<br>Defendants. ) | Case No.: 2:21-cv-01530-AMM<br><br>**THREE-JUDGE COURT** |

_____

| | |
|---|---|
| MARCUS CASTER, et al., )<br>)<br>*Plaintiffs*, )<br>)<br>v. )<br>)<br>WES ALLEN, )<br>Secretary of State of Alabama, *et al.*, )<br>)<br>*Defendants*. ) | Case No.: 2:21-cv-01536-AMM |

### **DEFENDANTS' STATUS REPORT**

Pursuant to this Court's order (doc. 168 in *Milligan*, doc. 156 in *Caster*), Defendants respectfully submit the following status report:

1. On June 27, 2023, Governor Kay Ivey issued a proclamation calling a special session of the Alabama Legislature to begin on July 17, 2023 for the purpose of "consider[ing] legislation pertaining to the reapportionment of the State, based on

the 2020 federal census, into districts for electing members of the United States House of Representatives." *See* Exhibit 1, attached hereto.

2. On June 27, 2023, the Reapportionment Committee met and elected its co-chairs, Senator Steve Livingston and Representative Chris Pringle. Immediately after its meeting, the Committee held a public hearing where the public could comment on plans proposed by the Plaintiffs.

3. On July 13, 2023, the Reapportionment Committee has scheduled another meeting to prepare for the upcoming special session.

*Respectfully Submitted,*

Steve Marshall
 *Attorney General*

*James W. Davis*
Edmund G. LaCour Jr. (ASB-9182-U81L)
 *Solicitor General*
James W. Davis (ASB-4063-I58J)
 *Deputy Attorney General*

OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Edmund.LaCour@AlabamaAG.gov
Jim.Davis@AlabamaAG.gov

**Counsel for Secretary Allen**

s/ *Dorman Walker* (with permission)
Dorman Walker (ASB-9154-R81J)
BALCH & BINGHAM LLP
Post Office Box 78 (36101)
105 Tallapoosa Street, Suite 200
Montgomery, AL 36104
Telephone: (334) 269-3138
Email: dwalker@balch.com

***Counsel for Sen. Livingston and Rep. Pringle***

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2023, I served the foregoing on all counsel of record via electronic mail.

/s/ James W. Davis
*Counsel for Secretary Allen*
