# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| MARCUS CASTER, LAKEISHA CHESTNUT, BOBBY LEE DUBOSE, BENJAMIN JONES, RODNEY ALLEN LOVE, MANASSEH POWELL, RONALD SMITH, and WENDELL THOMAS,<br><br>Plaintiffs,<br><br>v.<br><br>WES ALLEN, in his official capacity as Alabama Secretary of State, *et al.*<br><br>Defendants. | Case No. 2:21-CV-1536-AMM |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Olivia N. Sedwick, counsel for Plaintiffs in this matter, respectfully moves the Court to grant her leave to withdraw her appearance *pro hac vice*, as she will be departing Elias Law Group LLP. Plaintiffs will continue to be represented by Abha Khanna, Aria C. Branch, Lalitha D. Madduri, and Joseph N. Posimato of Elias Law Group LLP and Richard P. Rouco of Quinn, Connor, Weaver, Davies & Rouco, LLP. Counsel for Defendants do not object to this motion.

Dated: July 14, 2023                     Respectfully submitted,

By /s/ *Olivia N. Sedwick*

| | |
|---|---|
| Richard P. Rouco<br>(AL Bar. No. 6182-R76R)<br>**Quinn, Connor, Weaver, Davies & Rouco LLP**<br>Two North Twentieth<br>2-20th Street North, Suite 930<br>Birmingham, AL 35203<br>Phone: (205) 870-9989<br>Fax: (205) 803-4143<br>rrouco@qcwdr.com | Abha Khanna*<br>**Elias Law Group LLP**<br>1700 Seventh Ave, Suite 2100<br>Seattle, WA 98101<br>Phone: (206) 656-0177<br>Email: AKhanna@elias.law<br><br>Aria C. Branch*<br>Lalitha D. Madduri*<br>Joseph N. Posimato*<br>Olivia N. Sedwick*<br>**Elias Law Group LLP**<br>250 Massachusetts Ave NW<br>Suite 400<br>Washington, D.C. 20001<br>Phone: (202) 968-4490<br>Email: ABranch@elias.law<br>Email: LMadduri@elias.law<br>Email: JPosimato@elias.law<br>Email: OSedwick@elias.law<br><br>*Attorneys for Plaintiffs*<br>**Admitted Pro Hac Vice* |

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2023, a copy of the foregoing was filed with the Clerk of Court using the CM/ECF system, which will provide electronic notice of filing to all counsel of record.

>*/s/ Olivia N. Sedwick*
>Olivia N. Sedwick
>Counsel for Plaintiffs