FILED
2023 Jul-21  PM 04:42
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| EVAN MILLIGAN, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Case No.: 2:21-CV-01530-AMM |
| WES ALLEN,<br>Secretary of State of Alabama, *et al.*, | ) **THREE-JUDGE COURT** |
| *Defendants.* | ) |
| MARCUS CASTER, et al., | ) |
| *Plaintiffs*, | ) |
| v. | ) Case No.: 2:21-cv-01536-AMM |
| WES ALLEN,<br>Secretary of State of Alabama, *et al.*, | ) |
| *Defendants.* | ) |
| BOBBY SINGLETON, et al., | ) |
| *Plaintiffs*, | ) |
| v. | ) Case No.: 2:21-cv-01291-AMM |
| WES ALLEN,<br>Secretary of State of Alabama, *et al.*, | ) **THREE-JUDGE COURT** |
| *Defendants.* | ) |

## **DEFENDANTS' STATUS REPORT**

Pursuant to this Court's order (doc. 168 in *Milligan*, doc. 156 in *Caster,* and doc. 105 in *Singleton*), Defendants respectfully submit the following status report:

The Alabama Legislature met July 17-21, 2023 in a special session for the purpose of redrawing Alabama's congressional districts. On July 21, 2023, the Legislature passed Senate Bill No. 5, which upon signature of the Governor[1] will enact the congressional districts depicted in the attached map.

*Respectfully Submitted,*

Steve Marshall
*Attorney General*

*James W. Davis*
Edmund G. LaCour Jr. (ASB-9182-U81L)
*Solicitor General*
James W. Davis (ASB-4063-I58J)
*Deputy Attorney General*

---

[1] SB5 will not be assigned an act number until after the Governor signs it.

2

OFFICE OF THE ATTORNEY
GENERAL STATE OF ALABAMA
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Edmund.LaCour@AlabamaAG.gov
Jim.Davis@AlabamaAG.gov

***Counsel for Secretary Allen***

s/ *Dorman Walker (by permission)*
Dorman Walker (ASB-9154-R81J)
BALCH & BINGHAM LLP
Post Office Box 78 (36101)
445 Dexter Avenue
Montgomery, Alabama 36106
Telephone: (334) 269-3138
Email: dwalker@balch.com

***Counsel for Sen. Livingston and Rep. Pringle***

## CERTIFICATE OF SERVICE

I certify that I electronically filed this document using the Court's CM/ECF system on July 21, 2023 which will serve all counsel of record.

/s/ James W. Davis
*Counsel for Secretary Allen*

3