# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| MARCUS CASTER, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No.: |
| v. ) | 2:21-cv-1536-AMM |
| ) | |
| WES ALLEN, in his official ) | |
| capacity as Alabama Secretary of State, ) | |
| et al., ) | |
| Defendants. ) | |

## **MOTION TO WITHDRAW AS COUNSEL**

Comes now the undersigned, A. Reid Harris, and moves this Court for leave to withdraw as counsel for Wes Allen, Secretary of State for the State of Alabama. The undersigned is leaving the Alabama Attorney General's Office. Other counsel of record will continue to represent Secretary Allen and no party will be prejudiced by this withdrawal.

Respectfully submitted,

s/A. Reid Harris
A. Reid Harris
(ASB-1624-D29X)
 *Assistant Attorney General*

State of Alabama
Office of the Attorney General
501 Washington Avenue
Montgomery, Alabama 36130
(334) 242-7300

(334) 353-8400 (fax)
Reid.Harris@AlabamaAG.gov

*Counsel for Defendant*

### CERTIFICATE OF SERVICE

I certify that on July 26, 2023, I electronically filed the foregoing notice with the Clerk of the Court using the CM/ECF system, which will send notice to all counsel of record.

s/A. Reid Harris
*Counsel for Defendant*