# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| MARCUS CASTER, et al.,<br>    *Plaintiffs*,<br><br>vs.<br><br>WES ALLEN, et al.,<br>    *Defendants*. | No. 2:21-cv-01536-AMM |
| EVAN MILLIGAN, et al.,<br>    *Plaintiffs*,<br><br>vs.<br><br>WES ALLEN, et al.,<br>    *Defendants*. | No. 2:21-cv-01530-AMM |
| BOBBY SINGLETON, et al.,<br>    *Plaintiffs*,<br><br>vs.<br><br>WES ALLEN, et al.,<br>    *Defendants*. | No. 2:21-cv-01291-AMM |

**PLAINTIFFS' PROPOSED CARTOGRAPHERS**

Pursuant to the Court's June 24, 2023 Order, Plaintiffs in the above-captioned cases, by and through their attorneys, respectfully submit the following five names of proposed cartographers:

- **Dr. Bruce Cain**, Professor of Political Science at Stanford University. Dr. Cain has extensive expertise in redistricting, having published several academic articles in this area. He also served as special master to a three-judge panel for Arizona state legislative redistricting in 2002, as well as a redistricting consultant to the U.S. Department of Justice, Massachusetts and Maryland Attorneys General, and the city councils of several major cities.

- **David Ely**, President of Compass Demographics. Mr. Ely has deep and wide-ranging experience as a map-drawer, consultant, and expert on districting plans. He has drawn maps and provided expert consulting services in those areas for dozens of cities, counties, and other legislative bodies in Texas, California, Utah, Pennsylvania, Ohio, Massachusetts, and Illinois. He was also appointed as a special master by a federal court in 2019 and devised a remedial plan to address a Voting Rights Act violation in Terrebonne Parish, Louisiana. Before founding Compass Demographics in 2007, he served for 21 years as Director of Research for the Redistricting and Reapportionment practice of Pactech Data and Research.

- **Dr. Bernard Grofman**, Professor of Political Science at the University of California at Irvine. Dr. Grofman has extensive expertise in redistricting, having published several academic articles in this area. He has served as a special master, expert witness, and consultant in many redistricting cases—

for governments, courts, and private litigants from across the ideological spectrum. For example, he served as special master to redraw Virginia's 3rd Congressional District in 2015 and 11 House of Delegate districts in 2018 when three-judge federal courts ruled that the 2010 redistricting process amounted to impermissible racial gerrymandering.

- **Justin Levitt**, Professor of Law at Loyola Law School. Mr. Levitt is a foremost scholar on voting rights and redistricting, having published several academic articles in this area. He has also served in senior federal government positions, including as the White House's first Senior Policy Advisor for Democracy and Voting Rights and as Deputy Assistant Attorney General in the Civil Rights Division of the U.S. Department of Justice.

- **Dr. Charles Stewart III**, Professor of Political Science at the Massachusetts Institute of Technology. Dr. Stewart has extensive expertise in redistricting, having published several academic articles in this area. He has filed several amicus briefs in redistricting cases, and in 2021, he was hired by the City of Lowell, Massachusetts to draw its districts following a consent decree in a federal court case.

Respectfully submitted this 28th day of July 2023.

Richard P. Rouco
(AL Bar. No. 6182-R76R)
**Quinn, Connor, Weaver, Davies & Rouco LLP**
Two North Twentieth
2-20th Street North, Suite 930
Birmingham, AL 35203
Phone: (205) 870-9989
Fax: (205) 803-4143
Email: rrouco@qcwdr.com

*Counsel for Caster Plaintiffs*

*/s/ Deuel Ross*
Deuel Ross*
Tanner Lockhead*
NAACP LEGAL DEFENSE &
 EDUCATIONAL FUND, INC.
700 14th Street N.W. Ste. 600
Washington, DC 20005
(202) 682-1300
dross@naacpldf.org

Leah Aden*
Stuart Naifeh*
Ashley Burrell
Kathryn Sadasivan (ASB-517-E48T)
Brittany Carter
NAACP LEGAL DEFENSE &
 EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
Shelita M. Stewart*

By: */s/ Abha Khanna*
Abha Khanna*
**Elias Law Group LLP**
1700 Seventh Ave, Suite 2100
Seattle, WA 98101
Phone: (206) 656-0177
Email: AKhanna@elias.law

Lalitha D. Madduri*
Joseph N. Posimato*
**Elias Law Group LLP**
250 Massachusetts Ave NW, Suite 400
Washington, D.C. 20001
Phone: (202) 968-4490
Email: LMadduri@elias.law
Email: JPosimato@elias.law

*Admitted Pro Hac Vice

*/s/ Sidney M. Jackson*
Sidney M. Jackson (ASB-1462-K40W)
Nicki Lawsen (ASB-2602-C00K)
WIGGINS CHILDS PANTAZIS
 FISHER & GOLDFARB, LLC
301 19th Street North
Birmingham, AL 35203
Phone: (205) 341-0498
sjackson@wigginschilds.com
nlawsen@wigginschilds.com

*/s/ Davin M. Rosborough*
Davin M. Rosborough*
Julie Ebenstein*
Dayton Campbell-Harris*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad St.
New York, NY 10004
(212) 549-2500
drosborough@aclu.org

Jessica L. Ellsworth*
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, D.C. 20004
(202) 637-5600
shelita.stewart@hoganlovells.com

David Dunn*
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY 10017
(212) 918-3000
david.dunn@hoganlovells.com

Michael Turrill*
Harmony A. Gbe*
HOGAN LOVELLS US LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
(310) 785-4600
michael.turrill@hoganlovells.com
harmony.gbe@hoganlovells.com

Janette Louard*
Anthony Ashton*
Anna Kathryn Barnes*
NATIONAL ASSOCIATION FOR THE
ADVANCEMENT OF COLORED PEOPLE (NAACP)
4805 Mount Hope Drive
Baltimore, MD 21215
(410) 580-5777
jlouard@naacpnet.org
aashton@naacpnet.org
abarnes@naacpnet.org

***Counsel for Plaintiff Alabama State Conference of the NAACP***

*\* Admitted Pro Hac Vice*

jebenstein@aclu.org
dcampbell-harris@aclu.org

*/s/ LaTisha Gotell Faulks*
LaTisha Gotell Faulks (ASB-1279-I63J)
AMERICAN CIVIL LIBERTIES UNION
OF ALABAMA
P.O. Box 6179
Montgomery, AL 36106-0179
(334) 265-2754
tgfaulks@aclualabama.org
kwelborn@aclualabama.org

Blayne R. Thompson*
HOGAN LOVELLS US LLP
609 Main St., Suite 4200
Houston, TX 77002
(713) 632-1400
blayne.thompson@hoganlovells.com

***Counsel for Milligan Plaintiffs***

/s/ Henry C. Quillen
Henry C. Quillen
(admitted *pro hac vice)*
WHATLEY KALLAS, LLP
159 Middle Street, Suite 2C
Portsmouth, NH 03801
Tel: (603) 294-1591
Fax: (800) 922-4851
Email: hquillen@whatleykallas.com

Joe R. Whatley, Jr.
W. Tucker Brown
WHATLEY KALLAS, LLP
2001 Park Place North
1000 Park Place Tower
Birmingham, AL 35203
Tel: (205) 488-1200
Fax: (800) 922-4851
Email: jwhatley@whatleykallas.com
         tbrown@whatleykallas.com

**Counsel for Singleton Plaintiffs**

/s/ James Uriah Blacksher
James Uriah Blacksher
825 Linwood Road
Birmingham, AL 35222
Tel: (205) 612-3752
Fax: (866) 845-4395
Email: jublacksher@gmail.com

Myron Cordell Penn
PENN & SEABORN, LLC
1971 Berry Chase Place
Montgomery, AL 36117
Tel: (334) 219-9771
Email: myronpenn28@hotmail.com

Diandra "Fu" Debrosse Zimmermann
Eli Hare
DICELLO LEVITT GUTZLER
420 20th Street North, Suite 2525
Birmingham, AL 35203
Tel.: (205) 855.5700
Email: fu@dicellolevitt.com
         ehare@dicellolevitt.com

U.W. Clemon
U.W. Clemon, LLC
Renasant Bank Building
2001 Park Place North, Tenth Floor
Birmingham, AL 35203
Tel.: (205) 506-4524
Fax: (205) 538-5500
         Email: uwclemon1@gmail.com

Edward Still
2501 Cobblestone Way
Birmingham, AL 35226
Tel: (205) 335-9652
Fax: (205) 320-2882
Email: edwardstill@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Richard P. Rouco*
Richard P. Rouco
Counsel for Plaintiffs
