FILED

2023 Jul-28  AM 11:56
U.S. DISTRICT COURT
N.D. OF ALABAMA



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| BOBBY SINGLETON, et al., | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| v. | ) | Case No.: 2:21-cv-1291-AMM |
| | ) | |
| WES ALLEN, in his official | ) | **THREE-JUDGE COURT** |
| capacity as Secretary of State, et al., | ) | |
| | ) | |
| *Defendants*. | ) | |

_____

| | | |
|---|---|---|
| EVAN MILLIGAN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No.: 2:21-cv-01530-AMM |
| | ) | |
| WES ALLEN, in his official | ) | **THREE-JUDGE COURT** |
| capacity as Secretary of State, et al., | ) | |
| | ) | |
| *Defendants*. | ) | |

_____

| | | |
|---|---|---|
| MARCUS CASTER, et al., | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| v. | ) | Case No.: 2:21-cv-01536-AMM |
| | ) | |
| WES ALLEN, in his official | ) | |
| capacity as Secretary of State, et al., | ) | |
| | ) | |
| *Defendants*. | ) | |

### DEFENDANTS' RESPONSE TO ORDER CONCERNING CARTOGRAPHERS

On July 24, 2023, the Court informed the parties that Dr. Persily will no longer serve as the Court's Cartographer, should one be needed, and directed the parties to suggest three to five persons who could so serve. Defendants propose the following persons they believe may be qualified to serve:

- James G. Gimpel, Professor, University of Maryland

- Thomas L. Brunell, Professor, University of Texas at Dallas

- Louis Hines, Alabama State University Center for Leadership and Public Policy

- Douglas M. Johnson, Claremont McKenna College

Defendants have not spoken to these persons about the case and do not know of their willingness or availability to serve.

*Respectfully Submitted,*

Steve Marshall
 *Attorney General*

Edmund G. LaCour Jr. (ASB-9182-U81L)
 *Solicitor General*

/s/ James W. Davis
James W. Davis (ASB-4063-I58J)
 *Deputy Attorney General*

A. Barrett Bowdre (ASB-2087-K29V)
 *Deputy Solicitor General*

Misty S. Fairbanks Messick (ASB-1813-T71F)
Brenton M. Smith (ASB-1656-X27Q)
Benjamin M. Seiss (ASB-2110-O00W)
*Assistant Attorneys General*

OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Edmund.LaCour@AlabamaAG.gov
Jim.Davis@AlabamaAG.gov
Barrett.Bowdre@AlabamaAG.gov
Misty.Messick@AlabamaAG.gov
Brenton.Smith@AlabamaAG.gov
Ben.Seiss@AlabamaAG.gov

**Counsel for Secretary Merrill**

s/ *Dorman Walker* (with permission)

Dorman Walker (ASB-9154-R81J)
BALCH & BINGHAM LLP
Post Office Box 78 (36101)
105 Tallapoosa Street, Suite 200
Montgomery, AL 36104
Telephone: (334) 269-3138
Email: dwalker@balch.com

**Counsel for Sen. Livingston and Rep. Pringle**

**CERTIFICATE OF SERVICE**

I certify that on July 28, 2023, I electronically filed the foregoing notice with the Clerk of the Court using the CM/ECF system, which will send notice to all counsel of record.

/s/ James W. Davis
*Counsel for Secretary Allen*