IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARCUS CASTER, et al.,<br>    *Plaintiffs*,<br><br>vs.<br><br>WES ALLEN, et al.,<br>    *Defendants*. | No. 2:21-cv-01536-AMM |

## DECLARATION OF JYOTI JASRASARIA

Pursuant to 28 U.S.C. § 1746, Ms. Jyoti Jasrasaria declares the following:

1. My name is Jyoti Jasrasaria. I am an attorney in the DC office of the law firm Elias Law Group LLP. My contact information is 250 Massachusetts Ave. NW, Suite 400, Washington, DC 20001. My office phone number is (202) 968-4490. My email address is JJasrasaria@elias.law.

2. I am not a member of the bar of the State of Alabama. I am admitted to practice in the following jurisdictions:

| Jurisdiction | Date Admitted | Bar Number |
|---|---|---|
| District of Columbia | 12/13/2019 | 1671527 |
| Massachusetts | 11/28/2018 | 703527 |
| US District Court for the District of Massachusetts | 12/2/2019 | |

| | | |
|---|---|---|
| US District Court for the Eastern District of Michigan | 6/15/2021 | |
| US District Court for the Western District of Michigan | 10/8/2020 | |
| US Court of Appeals for the First Circuit | 12/9/2020 | |
| US Court of Appeals for the Fourth Circuit | 10/9/2020 | |
| US Court of Appeals for the Fifth Circuit | 9/11/2020 | |
| US Court of Appeals for the Sixth Circuit | 4/13/2021 | |
| US Court of Appeals for the Ninth Circuit | 2/17/2021 | |

3. I have never been disbarred, suspended or denied admission to practice law in any jurisdiction.

4. I am familiar with the Code of Professional Responsibility, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, and the Federal Rules of Appellate Procedure. I have reviewed the Court's Local Rules of Civil Procedure and understand that I shall be subject to the disciplinary jurisdiction of this court.

5. I understand admission pro hac vice is limited to this case and does not constitute formal admission to the bar of this Court.

6. I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 28, 2023                    *Jyoti Jasrasaria*
                                        Jyoti Jasrasaria