# UNITED STATES DISTRICT COURT
## District of Massachusetts

**CERTIFICATE OF GOOD STANDING**

I, Robert M. Farrell, Clerk of this Court, certify that **Jyoti Jasrasaria**, Bar **703527**, was duly admitted to practice in this Court on **December 02, 2019**, and is in good standing as a member of the Bar of this Court.

Dated at Boston, Massachusetts on **July 27, 2023**



**Robert M. Farrell**
CLERK