FILED
2023 Jul-31 AM 07:57
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 3

# Ivey calls Alabama Legislature into special session to redo congressional districts

By Josh Rayburn　**Jun 27, 2023**



Alabama Gov. Kay Ivey

Hal Yeager

Gov. Kay Ivey on Tuesday called the Alabama Legislature into a special session to address redistricting.

It is set to begin at 2 p.m. July 17.

Earlier this month, the U.S. Supreme Court ruled in favor of Black voters in a congressional redistricting case, ordering the creation of a second district with a large Black population. It affirmed a lower-court ruling that found a likely violation of the Voting Rights Act in an Alabama congressional map with one majority Black seat out of seven congressional districts in a state where more than one in four residents is Black.

Ivey issued this statement on the special session:

"It is critical that Alabama be fairly and accurately represented in Washington. That is why I support the Alabama Legislature readdressing our congressional map in a special session beginning July 17. It is of the utmost importance that this special session only address the congressional map and nothing else. The task at hand is too urgent and too important. The Alabama Legislature has one chance to get this done before the July 21 court deadline. Our Legislature knows our state, our people and our districts better than the federal courts or activist groups do."