FILED
2023 Aug-01 PM 12:13
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARCUS CASTER, et al.,<br>    *Plaintiffs*,<br><br>vs.<br><br>WES ALLEN, et al.,<br>    *Defendants*. | No. 2:21-cv-01536-AMM |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.1, Richard P. Rouco, a member in good standing of the Alabama State Bar and the United States District Court for the Northern District of Alabama, moves this Court for admission *pro hac vice* of Makeba Rutahindurwa as counsel for the Plaintiffs Marcus Caster, Lakeisha Chestnut, Bobby Lee DeBouse, Benjamin Jones, Rodney Allen Love, Manasseh Powell, Ronald Smith, and Wendell Thomas. As grounds for this motion, Mr. Rouco certifies the following:

1. Ms. Rutahindurwa is not a member of the bar of Alabama.

2. Ms. Rutahindurwa is a member in good standing of the United States District Court for the District of Colorado. A Certificate of Good Standing from the United States District Court for the District of Colorado is attached as Exhibit A.

3. Ms. Rutahindurwa has never been disbarred, suspended or denied admission to practice law in any jurisdiction. *See*, Exhibit B Declaration of Ms. Rutahindurwa.

4. Ms. Rutahindurwa is familiar with the Code of Professional Responsibility, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, and the Federal Rules of Appellate Procedure, and has reviewed the Local Rules of this Court and understands that she shall be subject to the disciplinary jurisdiction of this Court. *See*, Exhibit B.

5. Ms. Rutahindurwa understands admission *pro hac vice* is limited to this case and does not constitute formal admission to the bar of this Court. *Id*.

6. Ms. Rutahindurwa's office address is 1700 Seventh Ave., Suite 2100, Seattle, WA 98101. Her office phone number is (202) 968-4599. Her email address is MRutahindurwa@elias.law.

7. Mr. Rouco is a member in good standing of the bar of this Court and will serve as local counsel for Plaintiffs.

8. The $75.00 fee for admission *pro hac vice* will be submitted with this motion.

Dated: August 1, 2023                                     Respectfully submitted,

                                                          By /s/ *Richard P. Rouco*

Aria C. Branch*                                           Richard P. Rouco

2

Lalitha D. Madduri*
Joseph N. Posimato*
Jyoti Jasrasaria*
**Elias Law Group LLP**
250 Massachusetts Ave NW, Suite 400
Washington, D.C. 20001
Phone: (202) 968-4490
Email: ABranch@elias.law
Email: LMadduri@elias.law
Email: JPosimato@elias.law
Email: JJasrasaria@elias.law

Abha Khanna*
Makeba Rutahindurwa**
**Elias Law Group LLP**
1700 Seventh Ave, Suite 2100
Seattle, WA 98101
Phone: (206) 656-0177
Email: AKhanna@elias.law
Email: MRutahindurwa@elias.law

(AL Bar. No. 6182-R76R)
**Quinn, Connor, Weaver, Davies & Rouco LLP**
Two North Twentieth
2-20th Street North, Suite 930
Birmingham, AL 35203
Phone: (205) 870-9989
Fax: (205) 803-4143
Email: rrouco@qcwdr.com

*Attorneys for Plaintiffs*
**Admitted pro hac vice*
*** Pro hac vice pending*