IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARCUS CASTER, et al.,<br>    *Plaintiffs*,<br><br>vs.<br><br>WES ALLEN, et al.,<br>    *Defendants*. | No. 2:21-cv-01536-AMM |

### DECLARATION OF MAKEBA RUTAHINDURWA

Pursuant to 28 U.S.C. § 1746, Ms. Makeba Rutahindurwa declares the following:

1. My name is Makeba Rutahindurwa. I am an attorney in the Seattle office of the law firm Elias Law Group LLP. My contact information is 1700 Seventh Ave., Suite 2100, Seattle, WA 98101. My office phone number is (202) 968-4599. My email address is MRutahindurwa@elias.law.

2. I am not a member of the bar of the State of Alabama. I am admitted to practice in the following jurisdictions:

| Jurisdiction | Date Admitted | Bar Number |
|---|---|---|
| Illinois | 10/1/2020 | 6335098 |
| Washington | 9/23/2022 | 59804 |

| | | |
|---|---|---|
| US District Court for the District of Colorado | 10/26/2020 | |
| US District Court for the Northern District of Illinois | 11/10/2020 | |
| US District Court for the Southern District of Illinois | 3/29/2022 | |
| US District Court for the Eastern District of Missouri | 3/9/2021 | |
| US Court of Appeals for the Eleventh Circuit | 7/28/2023 | |

3.  I have never been disbarred, suspended or denied admission to practice law in any jurisdiction.

4.  I am familiar with the Code of Professional Responsibility, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, and the Federal Rules of Appellate Procedure. I have reviewed the Court's Local Rules of Civil Procedure and understand that I shall be subject to the disciplinary jurisdiction of this court.

5.  I understand admission pro hac vice is limited to this case and does not constitute formal admission to the bar of this Court.

6.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 1, 2023          *Makeba Rutahindurwa*
                               Makeba Rutahindurwa