FILED
2023 Aug-01  PM 12:13
U.S. DISTRICT COURT
N.D. OF ALABAMA

# United States District Court

## Southern District of Illinois

## Certificate of Good Standing

### Presented to

### Makeba Rutahindurwa

I, Monica A. Stump, Clerk of this Court, certify that Makeba Rutahindurwa was duly admitted to practice in this Court on March 30, 2022, in Benton, Illinois, and is in good standing as a member of the bar of this Court.

In witness of this, I have subscribed my name and affixed the seal of this Court on the 1st, day of August 2023.



Monica A. Stump
Clerk of Court