
FILED
2023 Aug-04 AM 11:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| EVAN MILLIGAN, *et al.*, | ) | |
| | ) | |
|    Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No.: 2:21-cv-01530-AMM |
| | ) | |
| WES ALLEN, | ) | **THREE-JUDGE COURT** |
| Secretary of State of Alabama, *et al.*, | ) | |
| | ) | |
|    *Defendants*. | ) | |
| | | |
| MARCUS CASTER, et al., | ) | |
| | ) | |
|    *Plaintiffs*, | ) | |
| | ) | |
| v. | ) | Case No.: 2:21-cv-01536-AMM |
| | ) | |
| WES ALLEN, | ) | |
| Secretary of State of Alabama, *et al.*, | ) | |
| | ) | |
|    *Defendants*. | ) | |
| | | |
| BOBBY SINGLETON, et al., | ) | |
| | ) | |
|    *Plaintiffs*, | ) | |
| | ) | |
| v. | ) | Case No.: 2:21-cv-01291-AMM |
| | ) | |
| WES ALLEN, | ) | **THREE-JUDGE COURT** |
| Secretary of State of Alabama, *et al.*, | ) | |
| | ) | |
|    *Defendants*. | ) | |

## NOTICE OF APPEARANCE

Charles A. McKay hereby enters his notice of appearance as counsel of record for Secretary of State Wes Allen, who is sued in his official capacity.

        Respectfully submitted,

        Steve Marshall,
        *Attorney General*

        *s/* Charles A. McKay
        Charles A. McKay (ASB-7256-K18K)
        *Assistant Attorney General*

        STATE OF ALABAMA
        OFFICE OF THE ATTORNEY GENERAL
        501 Washington Avenue
        Montgomery, Alabama 36130
        Telephone: (334) 242-7300
        Fax: (334) 353-8400
        Email: Charles.McKay@AlabamaAG.gov

        ***Counsel for Secretary of State Allen***

## CERTIFICATE OF SERVICE

I certify that I electronically filed this document using the Court's CM/ECF system on August 4, 2023 which will serve all counsel of record.

        /s/ Charles A. McKay
        *Counsel for Secretary Allen*