FILED
2023 Aug-04  PM 09:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

Page 1

1

2

3

4

5          LEGISLATIVE COMMITTEE

6                   ON

7          REAPPORTIONMENT

8

9           PUBLIC HEARING

10           JULY 27, 2023

11             1:37 p.m

12

13

14

15    CERTIFIED STENOGRAPHER:

16    CAROL J. REYER (APEARING REMOTELY)

17

18

19

20

21

22

23

Page 2

1          PROCEEDINGS
2   July 27, 2023            1:37 p.m.
3
4          THE CLERK:  Senator Barfoot?
5      SENATOR BARFOOT:  Here.
6      THE CLERK:  Senator Bell?
7      SENATOR BELL:  Here.
8      THE CLERK:  Senator Chesteen?
9      SENATOR CHESTEEN:  Here.
10     THE CLERK:  Senator Figures?
11     SENATOR FIGURES:  Here.
12     THE CLERK:  Senator Livingston?
13     SENATOR LIVINGSTON:  Here.
14     THE CLERK:  Senator Orr?
15     SENATOR ORR:  Here.
16     THE CLERK:  Senator Roberts?
17     SENATOR ROBERTS:  Here.
18     THE CLERK:  Senator Scofield?
19     SENATOR SCOFIELD:  Here.
20     THE CLERK:  Senator Singleton?
21     SENATOR SINGLETON:  Here.
22     THE CLERK:  Senator Smitherman?
23     SENATOR SMITHERMAN:  Here.

Page 3

1      THE CLERK:  Senator Williams?
2      SENATOR WILLIAMS:  Here.
3      THE CLERK:  Representative Almond?
4      REPRESENTATIVE ALMOND:  Here.
5      THE CLERK:  Representative Boyd?
6      REPRESENTATIVE BOYD:  Here.
7      THE CLERK:  Representative Carns.
8   (No audible response.)
9      THE CLERK:  Representative Clouse?
10     REPRESENTATIVE CLOUSE:  Here.
11     THE CLERK:  Representative Ellis?
12     REPRESENTATIVE ELLIS:  Here.
13     THE CLERK:  Representative
14  England?
15     REPRESENTATIVE ENGLAND:  Roll
16  Tide.
17     THE CLERK:  Roll Tide.
18  Representative Hall?
19     REPRESENTATIVE HALL:  Here.
20     THE CLERK:  Representative Jones?
21      (No audible response.)
22     THE CLERK:  Representative
23  Lovvorn?

Page 4

1      REPRESENTATIVE LOVVORN:  Here.
2      THE CLERK:  Representative
3   Pringle?
4      REPRESENTATIVE PRINGLE:  Here.
5      THE CLERK:  And Representative
6   Reynolds?
7      REPRESENTATIVE REYNOLDS:  Here.
8      THE CLERK:  We've got 21 present.
9   We have a quorum.
10     UNIDENTIFIED SPEAKER:  21 members
11  being present, we do have a quorum.
12  Mr. Chairman.
13     CHAIRMAN PRINGLE:  The next item
14  on the agenda is the election of co-chairs
15  for this committee.  Do I have a --
16  Representative Clouse?
17     REPRESENTATIVE CLOUSE:
18  Representative Pringle, I nominate
19  Representative Pringle for chairman.
20     CHAIRMAN PRINGLE:  Co-chair of the
21  House?  Go ahead.  Do I have a second?  Do
22  we have a nomination for -- yes, Senator
23  Figures.

Page 5

1      SENATOR FIGURES:  Mr. Chairman,
2   thank you for the recognition.  I think in
3   light of us having come back here for this
4   reason of redrawing the congressional
5   lines for the State of Alabama, coming
6   from the court case, I think that it's
7   important that we show diversity in our
8   chairmanships, and I think it would send a
9   great message of -- in the spirit of
10  fairness and in the spirit of
11  bipartisanship that we have one chair from
12  the House who is -- one chair from each
13  house, if you will, be a minority.  And I
14  would like to yield to Representative Hall
15  for that nomination for the House
16  co-chair.
17     UNIDENTIFIED SPEAKER:  And I'd
18  like to nominate Chris England.
19     SENATOR FIGURES:  I second.
20     CHAIRMAN PRINGLE:  We have a
21  motion and a second.  Do we have a motion
22  to close nominations on the House
23  co-chair?

1    UNIDENTIFIED SPEAKER: So moved.
2    CHAIRMAN PRINGLE: We have a
3  motion and a second. Now we have -- do we
4  just want to vote on the House -- do you
5  want to vote on the House first?
6    UNIDENTIFIED SPEAKER: Yes, sir.
7    SENATOR FIGURES: I'd like to have
8  a roll call vote, Mr. Chair.
9    CHAIRMAN PRINGLE: We have a roll
10  call vote on the House co-chairman. The
11  clerk will call the roll and you'll
12  announce -- the members will announce who
13  they are supporting.
14    UNIDENTIFIED SPEAKER:
15  Mr. Chairman?
16    CHAIRMAN PRINGLE: Yeah.
17    UNIDENTIFIED SPEAKER: A point of
18  order, who are the candidates?
19    CHAIRMAN PRINGLE: It would be me
20  and Representative England.
21    UNIDENTIFIED SPEAKER: Okay. So
22  the vote would be mention Representative
23  England or Representative Pringle?

1    CHAIRMAN PRINGLE: CHAIRMAN
2  PRINGLE, yes, for the House co-chair.
3  Then we'll elect a Senate co-chair.
4    UNIDENTIFIED SPEAKER: Thank you,
5  Mr. Chairman.
6    SENATOR FIGURES: And I'm just
7  asking that one would be a minority and
8  the other one would be a majority, or if
9  you will, one a Democrat and the other one
10  a Republican.
11    UNIDENTIFIED SPEAKER: I second.
12    CHAIRMAN PRINGLE: Well, you heard
13  the motion. The Clerk will call the roll,
14  and the members will announce a vote for
15  either Pringle or England.
16    THE CLERK: Senator Barfoot?
17    SENATOR BARFOOT: Representative
18  Pringle.
19    THE CLERK: Senator Bell?
20    SENATOR BELL: Representative
21  Pringle.
22    THE CLERK: Senator Chesteen?
23    SENATOR CHESTEEN: Representative

1  Pringle.
2    THE CLERK: Senator Figures?
3    SENATOR FIGURES: Representative
4  Chris England.
5    THE CLERK: Senator Livingston?
6    SENATOR LIVINGSTON:
7  Representative Pringle.
8    THE CLERK: Senator Orr?
9    SENATOR ORR: Representative
10  Pringle.
11    THE CLERK: Senator Roberts?
12    SENATOR ROBERTS: Representative
13  Pringle.
14    THE CLERK: Senator Scofield?
15    SENATOR SCOFIELD: Representative
16  Pringle.
17    THE CLERK: Senator Singleton?
18    SENATOR SINGLETON: Representative
19  England.
20    THE CLERK: Senator Smitherman?
21    SENATOR SMITHERMAN:
22  Representative England.
23    THE CLERK: Senator Williams?

1    SENATOR WILLIAMS: Representative
2  Pringle.
3    THE CLERK: Representative Almond?
4    REPRESENTATIVE ALMOND:
5  Representative Pringle.
6    THE CLERK: Representative Boyd?
7    REPRESENTATIVE BOYD:
8  Representative Chris England.
9    THE CLERK: Representative Carns
10  -- Representative Clouse?
11    REPRESENTATIVE CLOUSE:
12  Representative Pringle.
13    THE CLERK: Representative Ellis?
14    REPRESENTATIVE ELLIS:
15  Representative Pringle.
16    THE CLERK: Representative
17  England?
18    REPRESENTATIVE ENGLAND:
19  Representative England.
20    THE CLERK: Representative Hall?
21    REPRESENTATIVE HALL:
22  Representative Chris England.
23    THE CLERK: Representative Jones?

1      REPRESENTATIVE JONES:
2 Representative England.
3      THE CLERK:  Representative
4 Lovvorn?
5      REPRESENTATIVE LOVVORN:
6 Representative Pringle.
7      THE CLERK:  Representative
8 Pringle?
9      REPRESENTATIVE PRINGLE:  Pringle.
10      THE CLERK:  Representative
11 Reynolds?
12      REPRESENTATIVE REYNOLDS:
13 Representative Pringle.
14      THE CLERK:  It's 14 to 7 for
15 Pringle.
16      CHAIRMAN PRINGLE:  Thank you,
17 ladies and gentlemen.
18      The next order of business is to
19 elect a Senate co-chairman.  Do I have a
20 -- the floor is open for nominations.
21 Senator Bell?
22      REPRESENTATIVE HALL:  Chair?
23      CHAIRMAN PRINGLE:  Yes,

1 Representative Hall?
2      REPRESENTATIVE HALL:  I'd like to
3 nominate Senator Singleton.
4      CHAIRMAN PRINGLE:  Do we have a
5 representative for --
6      SENATOR FIGURES:  I second.
7      CHAIRMAN PRINGLE:  Do we have a
8 second on Mr. Livingston?
9      UNIDENTIFIED SPEAKER:  Second.
10      CHAIRMAN PRINGLE:  We have a
11 second.
12      UNIDENTIFIED SPEAKER:  We've got a
13 second?
14      CHAIRMAN PRINGLE:  Yeah, we've got
15 a first and second.  The question now is
16 on Senator Singleton or Senator
17 Livingston.  The clerk will call the roll.
18 Those in favor of Livingston will say
19 "Livingston," and those for Singleton will
20 say "Singleton."
21      Clerk, call the roll.
22      THE CLERK:  Senator Barfoot?
23      SENATOR BARFOOT:  Senator

1 Livingston.
2      THE CLERK:  Senator Bell?
3      SENATOR BELL:  Senator Livingston.
4      THE CLERK:  Senator Chesteen?
5      SENATOR CHESTEEN:  Senator
6 Livingston.
7      THE CLERK:  Senator Figures?
8      SENATOR FIGURES:  Senator
9 Singleton.
10      THE CLERK:  Senator Livingston?
11      SENATOR LIVINGSTON:  Livingston.
12      THE CLERK:  Senator Orr?
13      SENATOR ORR:  Senator Livingston.
14      THE CLERK:  Senator Roberts?
15      SENATOR ROBERTS:  Senator
16 Livingston.
17      THE CLERK:  Senator Scofield?
18      SENATOR SCOFIELD:  Senator
19 Livingston.
20      THE CLERK:  Senator Singleton?
21      SENATOR SINGLETON:  Singleton.
22      THE CLERK:  Senator Smitherman?
23      SENATOR SMITHERMAN:  Senator

1 Singleton.
2      THE CLERK:  Senator Williams?
3 Senator Williams?
4      SENATOR WILLIAMS:  I'm sorry.
5 Livingston.  I was looking at my map just
6 for a minute.
7      THE CLERK:  Representative Almond?
8      REPRESENTATIVE ALMOND:  Senator
9 Livingston.
10      THE CLERK:  Representative Boyd?
11      REPRESENTATIVE BOYD:  Senator
12 Singleton.
13      THE CLERK:  Representative Clouse?
14      REPRESENTATIVE CLOUSE:  Senator
15 Livingston.
16      THE CLERK:  Representative Ellis?
17      REPRESENTATIVE ELLIS:  Senator
18 Livingston.
19      THE CLERK:  Representative
20 England?
21      REPRESENTATIVE ENGLAND:  Senator
22 Singleton.
23      THE CLERK:  Representative Hall?

1      REPRESENTATIVE HALL:  Senator
2 Singleton.
3      THE CLERK:  Representative Jones?
4      REPRESENTATIVE JONES:  Senator --
5 Senator Singleton.
6      THE CLERK:  Representative
7 Lovvorn?
8      REPRESENTATIVE LOVVORN:  Senator
9 Livingston.
10      THE CLERK:  Representative
11 Pringle?
12      CHAIRMAN PRINGLE:  Senator
13 Livingston.
14      THE CLERK:  Representative
15 Reynolds?
16      REPRESENTATIVE REYNOLDS:  Senator
17 Livingston.
18      THE CLERK:  It's 14 to 7 for
19 Livingston.
20      CHAIRMAN PRINGLE:  Moving on to
21 the next item of business to review and
22 approve the minutes from the last meeting.
23 They're inside your packet.  So do I have

1 a motion?
2      UNIDENTIFIED SPEAKER:  So moved.
3      CHAIRMAN PRINGLE:  I have a
4 motion.  Do I have a second?
5      (Inaudible.)
6      CHAIRMAN PRINGLE:  I have a
7 second.  All in favor say "aye."
8      (Collective aye.)
9      CHAIRMAN PRINGLE:  The minutes are
10 approved.
11      I'd like to thank everybody for
12 being here today.  I'd like to remind
13 everybody that July the 7th at 5:00 p.m.
14 is the deadline to submit plans to the
15 committee.  I believe we already have over
16 100 from as far away as France, so we
17 will -- we are processing them as fast as
18 possible, and we will talk about those at
19 the next meeting, which will be July the
20 13th in Room 200 here.
21      UNIDENTIFIED SPEAKER:  You need to
22 submit your name.
23      CHAIRMAN PRINGLE:  Yeah, and if

1 you're submitting a plan, we need your
2 name, your address, and your phone number.
3 And if you're submitting on behalf of
4 another organization, we need the name of
5 that organization, its address and phone
6 number.  That way if we have any questions
7 from the committee, we'll know who to
8 contact to address those questions.
9      As you know -- yes.  Yes, Senator?
10      UNIDENTIFIED SPEAKER:  Will we
11 adopt -- wait unit that July 13th meeting
12 to adopt or whatever (inaudible) at the
13 next meeting?
14      CHAIRMAN PRINGLE:  We have on the
15 agenda today to adopt the guidelines.
16      UNIDENTIFIED SPEAKER:  Okay.
17      CHAIRMAN PRINGLE:  Yeah.  Anyway,
18 we'll discuss the guidelines today.  As
19 you well know, the Governor has called a
20 special extraordinary session for July
21 17th to start.  After that session, the
22 plan will be presented to the Federal
23 Court in Birmingham on August the 14th,

1 and then we'll have a hearing in
2 Birmingham when the Court schedules it.
3 But this is just one of many steps we have
4 to go through on this process.
5      Everybody on the committee has
6 been given a copy of the guidelines.  We
7 ask you to please review those guidelines.
8 Since today is just a public hearing,
9 we're not going to adopt anything.  But we
10 do want to hear -- we want you to read the
11 guidelines, review them, and we'll discuss
12 them and we'll vote on them the next
13 meeting.  So that gives you plenty of time
14 to look at them and review them.
15      SENATOR FIGURES:  Mr. Chairman?
16      CHAIRMAN PRINGLE:  Yes, ma'am.
17      SENATOR FIGURES:  So am I looking
18 at the -- what's the heading that you've
19 got?  Just what's the name?
20      CHAIRMAN PRINGLE:  Reapportionment
21 Committee Redistricting Guidelines.
22      SENATOR FIGURES:  What's the date?
23 Do you have a date on there?

1    CHAIRMAN PRINGLE: May 5th, 2021.
2 They're carried over from the last adopted
3 guidelines. That's the reason we want
4 everybody to read them and look at them.
5    Yes?
6    UNIDENTIFIED SPEAKER: I'm looking
7 at these, but they seem to me to be the --
8    CHAIRMAN PRINGLE: Will you please
9 turn your microphone on?
10    UNIDENTIFIED SPEAKER: I thought I
11 had it on.
12    CHAIRMAN PRINGLE: No. There you
13 go.
14    UNIDENTIFIED SPEAKER: Thank you
15 so much, Mr. Chairman.
16    I'm looking at these dated May 5,
17 2021. These are the ones that we had last
18 time. My question is: How do these
19 differ in any way from those we used
20 before if they're the same, or what?
21    CHAIRMAN PRINGLE: They're the
22 same. We gave you the ones that we had to
23 adopt last time for your review and input,

1 and we're going to talk about them and
2 vote on them next time.
3    UNIDENTIFIED SPEAKER: Well, I'm
4 saying this because I already had a copy
5 of these from last year, and I just wanted
6 to make sure that I'm on the right page.
7    CHAIRMAN PRINGLE: Yes, ma'am.
8    UNIDENTIFIED SPEAKER: Start off
9 right --
10    CHAIRMAN PRINGLE: Yes, ma'am.
11    UNIDENTIFIED SPEAKER: -- in
12 unity --
13    CHAIRMAN PRINGLE: Yes, ma'am.
14    UNIDENTIFIED SPEAKER: -- the way
15 we are. Thank you.
16    CHAIRMAN PRINGLE: We're not
17 hiding anything. These are the existing
18 guidelines, and we want everybody to look
19 at them and review them, and we'll talk
20 about them next time.
21    Yes, sir?
22    UNIDENTIFIED SPEAKER: Will there
23 be -- I guess there will be some sort of

1 procedure that we'll adopt if we're
2 offering amendments to these guidelines?
3    CHAIRMAN PRINGLE: We're going to
4 have a meeting to discuss them, yes, sir,
5 in the next meeting.
6    UNIDENTIFIED SPEAKER: It would
7 seem to me that it would be important for
8 us to try to change the procedure
9 considering the initial procedure got us
10 in a little bit of hot water. So maybe
11 over the course of the next couple of
12 weeks we can take a look at these
13 guidelines and see if there's some things
14 that need to be tweaked so we can avoid
15 any back in court for doing the same thing
16 and expecting a different result.
17    So do I need to submit any changes
18 to these guidelines in writing prior to
19 the next meeting, or do I need to wait
20 until we get there?
21    CHAIRMAN PRINGLE: It would be
22 helpful, yes, sir. That way we can have
23 the lawyers review the changes to make

1 sure they're compliant with the
2 Constitution and Section 2 of the Voting
3 Rights Act.
4    Yeah, we want input. Everybody
5 look at it, everybody read it, and if
6 you've got a suggestion, make a
7 suggestion. So we'll be glad to look at
8 it.
9    MR. WALKER: I'd also like to
10 point out the big white sign in the back
11 of the room that's got if you have
12 questions or comments, it's got an email
13 address you can send it to. So if the
14 cameras could catch that, it would be
15 greatly appreciated.
16    CHAIRMAN PRINGLE: Yeah, we need
17 to get -- we need to get that sign up
18 front, and we need the sign-up sheet.
19    MR. WALKER: If we can get that
20 email, we want the people -- we're going
21 to live stream this meeting, the public
22 hearing so everybody can watch it, and we
23 want that email up front so anybody

Page 22

1 watching can send an email comment in or
2 ask a question that the clerk will read to
3 us.
4        CHAIRMAN PRINGLE:  Thank you.
5        MR. WALKER:  But I need the clerk
6 to bring me the sign-up sheet for the
7 public hearing.  Thank you.
8        CHAIRMAN PRINGLE:  Mr. Walker, are
9 you ready for the public hearing?
10 Come forward.
11        MR. WALKER:  Do you want me to sit
12 down here?
13        CHAIRMAN PRINGLE:  Yeah.  We'll
14 need -- we'll need a microphone for you,
15 so.  Let me -- I know Mr. Blacksher is
16 here.  I've seen him, and he's an attorney
17 representing some of the plaintiffs.  And
18 I want to give great deference to the
19 attorneys.  If there are any attorneys
20 here representing plaintiffs, will you
21 raise your hand?
22        Is there anybody here representing
23 one of the plaintiffs that's not an

Page 23

1 attorney?
2        Okay.  Mr. Blacksher, would you
3 like to kick us off today?
4        MR. WALKER:  I need a little
5 preamble before we start.
6        CHAIRMAN PRINGLE:  Okay.
7        MR. WALKER:  Am I on?
8        CHAIRMAN PRINGLE:  Yeah.
9        MR. WALKER:  Good afternoon and
10 welcome to this hearing.  My name is
11 Dorman Walker.  I'm a lawyer who
12 represents the Reapportionment Committee.
13 I'm the committee's hearing officer for
14 this hearing.
15        The committee has two chairs:
16 Senator Steve Livingston is the chair for
17 the Senate, and Representative Chris
18 Pringle is the chair for the House of
19 Representatives.  The members of the
20 committee are Senator Barfoot; Senator
21 Bell; Senator Chesteen; Senator
22 Livingston; Senator, excuse me, Figures;
23 Senator Livingston; Senator Orr; Senator

Page 24

1 Roberts; Senator Scofield; Senator
2 Singleton; Senator Smitherman; and Senator
3 Williams.  And, also, Representative
4 Almond, Representative Boyd,
5 Representative Carns, Representative
6 Clouse, Representative Ellis,
7 Representative England, Representative
8 Hall, Representative Jones, Representative
9 Lovvorn, Representative Pringle, and
10 Representative Reynolds.
11        Following the release of the 2020
12 census, the Alabama Legislature enacted
13 new districts for Alabama's members of
14 Congress.  The new congressional districts
15 were challenged in Federal Court by three
16 lawsuits:  Singleton v. Merrill, which
17 challenged the new congressional districts
18 as unconstitutional racial gerrymanders;
19 Caster v. Merrill, which alleges the new
20 congressional districts violate Section 2
21 of the Voting Rights Act; and Merrill --
22 Milligan v. Merrill, which alleges the new
23 congressional districts violate both the

Page 25

1 Constitution and the Voting Rights Act.
2        In 2022, a federal trial court in
3 Birmingham entered a preliminary
4 injunction forbidding the State from using
5 the new congressional districts.  The
6 basis for the trial court's ruling was its
7 preliminary determination that the new
8 congressional districts violate Section 2
9 of the Voting Rights Act.  The trial court
10 did not address the argument that the new
11 congressional districts are
12 unconstitutional.
13        On June 8, 2023, the United States
14 Supreme Court affirmed the trial court's
15 preliminary ruling.  This means that the
16 new congressional districts must be
17 redrawn in a way that complies with
18 Section 2 of the Voting Rights Act.
19        At the 2022 preliminary injunction
20 hearing, the Caster and Milligan
21 plaintiffs introduced 11 proposed remedial
22 plans.  The Singleton plaintiffs had
23 previously introduced three proposed

Page 26

1 remedial plans.  Additional remedial plans
2 were submitted in amicus filings to the
3 Supreme Court and more recently after the
4 announcement of this hearing, including a
5 new remedial plan jointly proposed by the
6 Caster and Milligan plaintiffs.
7       The purpose of this hearing is for
8 the Reapportionment Committee to take
9 public comments on a potential new map.
10 Speakers may reference any plan that has
11 been submitted, but they do not have a
12 reference to -- they do not have to
13 reference a particular plan.
14       Speakers will be called to speak
15 from the list of persons who signed up
16 before the hearing.  If time allows, after
17 all of the registered speakers have been
18 called upon, I will ask if anyone else
19 wants to speak.  So if you did not sign up
20 but have now decided you want to speak,
21 I'll try to give you an opportunity to do
22 so.
23       When your name is called, please

Page 27

1 come up to the lectern to speak.  It's
2 important to be able -- to enable the
3 court reporter, who is not physically
4 present, to be able to hear you.  When you
5 start to speak, please identify yourself
6 by stating your name for the record.
7 Please limit your comments to the topic of
8 this hearing, which is how new
9 congressional districts should be drawn.
10 Because of the purpose -- because the
11 purpose of the hearing is to take
12 comments, committee chairs will not take
13 questions or the committee members will
14 not take questions.
15       Each speaker will have three
16 minutes.  I will give you a one-minute
17 warning.  Persons listening to this
18 hearing remotely may submit by email
19 comments to be included on the record
20 using the email address displayed near me.
21 That is district@alsenate.gov.  That's
22 district, d-i-s-t-r-i-c-t, at
23 a-l-s-e-n-a-t-e dot gov, g-o-v.

Page 28

1       Before I call the first speaker, I
2 will add to the record of this hearing a
3 letter jointly submitted by the Caster and
4 Milligan plaintiffs in support of their
5 jointly proposed remedial plan, which will
6 be Exhibit No. 1 to the hearing
7 transcript.
8       (Exhibit No. 1 marked for
9       identification and attached
10       hereto.)
11       MR. WALKER:  And I don't have a
12 list of people who signed up.
13       CHAIRMAN PRINGLE:  I'll call them.
14       MR. WALKER:  Okay.
15       CHAIRMAN PRINGLE:  Are we ready?
16       MR. WALKER:  Yeah.
17       UNIDENTIFIED SPEAKER:  Mr. Chair?
18       CHAIRMAN PRINGLE:  Yes, sir.
19       UNIDENTIFIED SPEAKER:  Just a
20 point of order to kind of -- there's some
21 confusion that I want to make sure the
22 record is clear.  There are -- the
23 plaintiffs in the case that got us here

Page 29

1 today are the Caster and Milligan
2 plaintiffs, correct?
3       CHAIRMAN PRINGLE:  Yes, sir.
4       UNIDENTIFIED SPEAKER:  Okay.
5 Because there was some mention about the
6 Singleton map, but that is not an issue
7 we're talking about today, correct?
8       CHAIRMAN PRINGLE:  The Singleton
9 map is on the agenda today.
10       UNIDENTIFIED SPEAKER:  Well, no, I
11 guess what I'm asking is because it
12 appears that the plaintiffs in the
13 relevant case are the plaintiffs from the
14 Miller -- Milligan and Caster.  And those
15 are the maps that were provided also,
16 correct?
17       CHAIRMAN PRINGLE:  Correct.
18       UNIDENTIFIED SPEAKER:  All right.
19 Because I just want to make sure the
20 record is clear that the Singleton map and
21 that plaintiff is not a party to what
22 we're doing today.
23       CHAIRMAN PRINGLE:  But the

Veritext Legal Solutions
877-373-3660                                                  800.808.4958

Page 30

1 Singleton map was introduced as a bill,
2 and I understand the plaintiff's attorneys
3 did not show up. Now, nobody from the
4 plaintiffs are here. Well, the
5 attorney -- are you an attorney for the
6 plaintiffs?
7       UNIDENTIFIED SPEAKER: No, we're
8 the plaintiffs.
9       CHAIRMAN PRINGLE: Oh, you're a
10 plaintiff. Okay. Well, I'm going to call
11 on you, okay. So thank you.
12      UNIDENTIFIED SPEAKER: So I just
13 want to make sure that there's no
14 confusion about why we're here and what
15 the -- so we're here because of the
16 Milligan and Caster plaintiffs.
17      CHAIRMAN PRINGLE: I understand.
18 Yes, sir, Senator?
19      UNIDENTIFIED SPEAKER: I also
20 wanted to be clear as well is the fact
21 that in this process there are two phases.
22 The first phase is what the Court has
23 addressed. This is a totally independent

Page 31

1 phase dealing with remedy. And I think if
2 you read those orders, they will address
3 remedy totally independent from the fact
4 that they've decided on this particular
5 case. And because of that, it's not a
6 bridge that carries over; it's a bridge
7 that guides us over. Now we're over here
8 in the remedy phase. That's a whole
9 different process in terms of us. The
10 Court is going to apply strict scrutiny to
11 the process to which we put together, and
12 because of that, those procedures and
13 processes have to be addressed just as
14 much as the fact of what got us to that
15 point. Thank you.
16      CHAIRMAN PRINGLE: And thank you.
17 With that, I would like to -- ma'am?
18      UNIDENTIFIED SPEAKER: I cannot
19 hear you.
20      CHAIRMAN PRINGLE: Would you like
21 to address the committee first? You are a
22 plaintiff in the case, correct?
23      UNIDENTIFIED SPEAKER: There are

Page 32

1 three plaintiffs here.
2       CHAIRMAN PRINGLE: Okay. Let's
3 start with those three plaintiffs. If
4 you'll come up. I'm going to give a
5 plaintiff five minutes instead of three.
6       UNIDENTIFIED SPEAKER: I was about
7 to ask you what you --
8       CHAIRMAN PRINGLE: Yeah, I'm going
9 to give y'all a little extra time. So
10 please coma forward. And I need you to
11 stand at the microphone, announce your
12 name very clearly for everybody to hear,
13 and I'm going to give you five minutes.
14      MR. WALKER: Be sure -- and be
15 sure to speak clearly.
16      MR. MILLIGAN: Good morning or
17 good afternoon. My name is Evan Milligan.
18      CHAIRMAN PRINGLE: Well, I'm going
19 to give you five minutes each.
20      MR. MILLIGAN: Really?
21      CHAIRMAN PRINGLE: Oh, yeah. We
22 want to hear from you. So, yeah, give
23 five minutes each. That's fine.

Page 33

1       MR. MILLIGAN: Sure. Well, do all
2 of you have copies of the letter that was
3 submitted into the record today? Okay.
4 What's the best way for me to get them to
5 the folks on the panel?
6       CHAIRMAN PRINGLE: We'll get
7 copies and send them out.
8       MR. MILLIGAN: Okay.
9       MR. WALKER: Have you got copies?
10      MR. MILLIGAN: Yeah, there's
11 enough for every member of the committee.
12 If you'd just -- if you'd just hand them
13 the envelope, then they can sort out the
14 distribution. But thank y'all for hearing
15 from us. We won't actually take the whole
16 15 minutes you've allotted, I don't think,
17 right.
18      But we want to say we are -- as
19 one of the members just indicated, our
20 case was the one that the Supreme Court
21 ruled on in terms of hearing our argument
22 about the opportunity districts here in
23 the State of Alabama.

9 (Pages 30 - 33)

1      The three -- the three-judge
2  district court panel held unanimously that
3  there was evidence of racial polarization
4  in voting here to a degree that without
5  opportunity districts for Black voters in
6  the state you wouldn't have an
7  additional -- you wouldn't have black
8  voters here in Alabama outside of District
9  7 able to elect a candidate of their
10  choice.  That ruling, that was from the
11  lower district panel.  And when the
12  Supreme Court ruled on June 8th in our
13  favor, they affirmed that lower court's
14  ruling.
15      The map that we're presenting to
16  this body is one that features two
17  opportunity districts.  It addresses other
18  issues with the -- with HB1, which is the
19  map that we filed the lawsuit against
20  particularly in regards to cracking the
21  voting strength of Black voters in the
22  Black Belt.  So the map that we're
23  producing actually keeps hold the 18

1  counties that form the core of the Black
2  Belt.  They're either placed in District 7
3  or District 2 of our remedial map.  So
4  that addresses the cracking problem.
5      And this is also a map that splits
6  a very -- it only splits seven counties
7  and ten precincts.  It doesn't touch the
8  northern part of the state.  I believe
9  that's districts -- Districts 4 and 5 in
10  the Huntsville area and around Decatur.
11  So this is a map that we're keeping.
12      What you already voted into law in
13  2021, it preserves the northern part of
14  the state.  And the alterations to the map
15  actually mirror what this body did with
16  the State Board of Education map as far as
17  uniting Mobile with Montgomery, and some
18  of the other alterations.  We feel like
19  this is a map that keeps the State of
20  Alabama on the right side of the Voting
21  Rights Act.  It addresses the issues with
22  our current congressional map that the
23  lower federal panel took issue with and

1  found out of compliance, and then also
2  that the Supreme Court also recognized
3  were out of compliance with Section 2 of
4  the Voting Rights Act.
5      And we strongly urge you to
6  consider our remedial map.  Thank you for
7  having given me the opportunity to speak.
8  We hope that the materials we provided are
9  also helpful.
10      CHAIRMAN PRINGLE:  Thank you so
11  much, Mr. Milligan.
12      And you are, sir?
13      MR. SIMELTON:  I'm not quite as
14  tall as Mr. Evan, so I'll raise -- lower
15  the mic.
16      Good afternoon, ladies and
17  gentlemen.  My name is Bernard Simelton.
18  I'm president of the Alabama State
19  Conference of the NAACP.  The NAACP is one
20  of the plaintiff organizations in the
21  Allen vs. Milligan case, and we are here
22  today to express our full support of the
23  map that has been approved by all of the

1  plaintiffs and submitted by our lead
2  attorney.  So we want to be sure that
3  you-all understand the plaintiffs' map and
4  that it has the full support of all of the
5  plaintiffs.
6      The plaintiffs' map also meets the
7  standard that the Supreme Court has laid
8  out as far as what's required -- what will
9  be required as we redraw these maps.  The
10  SCOTUS, the Supreme Court, ensured that
11  African-Americans are able to select or
12  elect a person of choice when it comes to
13  representing them in the -- in Congress,
14  and we want to be sure that everyone
15  understands that this -- these maps will
16  certainly give people of color,
17  African-Americans the opportunity to
18  select the person of choice that will
19  represent them in Congress, and be able to
20  work with them in the district in which
21  they live in.
22      We're urging the redistricting
23  committee and the Alabama Legislature

1 later on to adopt this map so that we can
2 move this process forward and be ready for
3 our next election. The NAACP and its
4 members across the State of Alabama and
5 the plaintiffs look forward to working
6 with the redistricting committee to answer
7 any other questions that you may have
8 through our attorneys so that we can meet
9 the deadline that has been set by the
10 courts of the United States of America.
11 Thank you very much.
12      MR. WALKER:  Mr. Simelton, just to
13 correct the record for a second and make
14 sure it's clear, you said the map -- the
15 remedial map that's been handed out, the
16 one titled "VRA Plaintiffs' Remedial Map,"
17 is supported by all the plaintiffs. And
18 am I correct in understanding you meant
19 all of the Milligan plaintiffs?
20      MR. SIMELTON:  Yeah, all the
21 Milligan plaintiffs, right.
22      MR. WALKER:  Okay. Thank you.
23      And do you know if it's also

1 supported by all of the Caster plaintiffs?
2      MR. SIMELTON:  Yes.
3      MR. WALKER:  But you don't speak
4 for the Singleton plaintiffs?
5      UNIDENTIFIED SPEAKER:  Correct.
6      MR. SIMELTON:  No, we're not
7 speaking about the Singleton.
8      MR. WALKER:  Thank you very much.
9      MR. SIMELTON:  All right. Thank
10 you.
11      MS. JACKSON:  Thank you. Good
12 afternoon, Mr. Chairman. My name is
13 Letetia Daniels Jackson. I'm one of the
14 plaintiffs. And for the benefit of those
15 in attendance and those watching, I'd like
16 to actually read into the record our
17 letter that supports our remedial map and
18 particularly lays out all of our claims --
19 all of what we are trying to accomplish.
20      I know you have a copy, but
21 everybody doesn't, so I would like to read
22 it into the record --
23      CHAIRMAN PRINGLE:  That's fine.

1      MS. JACKSON:  -- if it's okay with
2 you. Is it okay with you?
3      CHAIRMAN PRINGLE:  Yes, ma'am.
4      MS. JACKSON:  Okay. Dear
5 Apportionment [sic] Committee Members,
6 Evan Milligan, Shalela Dowdy, Letetia
7 Jackson, Khadidah Stone, Greater
8 Birmingham Ministries, and the Alabama
9 State Conference of the NAACP,
10 collectively known as the Milligan
11 plaintiffs, and Marcus Caster, Lakeisha
12 Chestnut, Bobby L. Dubose, Benjamin Jones,
13 Rodney Love, Manasseh Powell, Ronald Smith
14 and Wendell Thomas that are collectively
15 known as the Caster plaintiffs jointly
16 submit the attached remedial plan.
17      As you know, on June 8, 2023, the
18 Supreme Court of the United States ruled
19 in favor of both the Milligan and Caster
20 plaintiffs in holding that Alabama's 2021
21 congressional redistricting plan HB1
22 violated Section 2 of the Voting Rights
23 Act. No other group of plaintiffs have

1 successfully challenged HB1. Because the
2 Alabama Legislature's enactment of this
3 plan would likely resolve the pending
4 case, we urge the committee to give
5 careful consideration of our VR [sic]
6 Plan.
7      In affirming the three-judge
8 district's preliminary injunction against
9 HB1, the Supreme Court upheld the district
10 court's findings that, quote, Black
11 Alabamians enjoy virtually zero success in
12 statewide elections; that political
13 campaigns in Alabama have been
14 characterized by overt and subtle racial
15 appeals; and that Alabama's extensive
16 history of repugnant racial and
17 voting-related discrimination is
18 undeniable and well-documented, close
19 quote. The Court also held that the
20 district court had, quote, faithfully
21 applied our precedence and correctly
22 determined that HB1 violated Section 2,
23 close quote. The Court also held that the

1 district court had, quote, "faithfully
2 applied our precedents and correctly
3 determined that HB1 violated Section 2,"
4 close quote.
5       The Supreme Court also affirmed
6 the findings that the elections in Alabama
7 were racially polarized.  Quote, "On
8 average, Black voters supported their
9 candidates of choice with 92.3 percent of
10 the vote, while White voters supported
11 Black preferred candidates with 15.4
12 percent of the vote," close quote.  And
13 according to all the trial experts, racial
14 polarization in Alabama is, quote,
15 "intense, very strong, and very clear,"
16 close quote.
17       Given the extreme degree of
18 racially polarized voting in Alabama, the
19 trial court's preliminary injunction
20 order, which was upheld by the Supreme
21 Court, emphasized the practical reality
22 that any remedial plan will need to
23 include two districts in which Black

1 voters either comprise a voting age
2 majority or something quite close to it.
3 For this reason, any plan that proposes
4 remedial districts in which Black voters
5 constitute less than a voting age majority
6 or something quite close to it almost
7 certainly will not conform to the district
8 court's order.
9       The VRA Plaintiffs' remedial plan
10 carefully adheres to the decisions of both
11 the United States Supreme Court and the
12 federal district court.  The Voting Rights
13 Act plan contains two districts that
14 perform consistently for Black voters in
15 primary and general elections.  It also
16 remedies the cracking of the Black Belt
17 community of interest, identified by the
18 courts, by keeping the eight core Black
19 Belt counties together within these two
20 remedial districts, does not split
21 Montgomery County or any other core Black
22 Belt county, and has zero population
23 deviations.

1       And then I'll move forward to our
2 final.  Indeed the overall core
3 retention -- in addition to that, we --
4 for instance, we leave -- Districts 3, 4,
5 5, 6, and 7 largely maintain the core of
6 the districts as drawn by the legislature
7 in HB1, and Districts 1 and 2 reflect
8 modest changes necessary to bring Alabama
9 into compliance with the Voting Rights
10 Act.  Indeed, the overall core retention
11 percentage of the Voting Rights Act
12 remedial plan is over 80 percent.  In
13 further deference to the legislative's
14 past policy -- Legislature's past policy
15 choices, the VRA plan splits Jefferson
16 County in essentially the same manner as
17 HB1, and it splits Mobile County similar
18 to the way in which the Legislature did so
19 in its enacted 2021 state board of
20 election [sic] plan.  Finally, the VRA
21 Plaintiffs' Remedial Plan is based on the
22 plaintiff's illustrative plans, including
23 Cooper Illustrative Plan 2 and Duchin

1 Illustrative Plan A, which the Supreme
2 Court identified as legally acceptable
3 remedies, but makes specific changes to
4 better reflect legislative choices like
5 limiting the number of county splits and
6 protecting district cores.
7       For this reason -- for these
8 reasons, the Milligan and Caster
9 Plaintiffs strongly and respectfully urge
10 the Legislature to adopt our plan.  Thank
11 you.
12       CHAIRMAN PRINGLE:  Thank you so
13 much for coming today.  I will now
14 recognize for three minutes the people who
15 have signed up, and the first person will
16 be Trey Bruce.
17       MR. BRUCE:  Good afternoon.  My
18 name is Trey Bruce, and I live in
19 Birmingham where I was raised.  I
20 graduated from Vestavia Hills High School
21 in 2016 and then Auburn University in
22 2019.
23       I'm here today just to share my

12 (Pages 42 - 45)

1 opinion as a citizen regarding the
2 redistricting of Alabama. I'm not with a
3 particular group or organization. I had
4 the privilege when I was at Vestavia High
5 School to learn from a wonderful teacher
6 named Amy Maddox, who taught me for two
7 years in US History, as well as in a
8 program called We the People, a mock
9 congressional hearing program that taught
10 us the importance and relevance and
11 constitutional principles to the
12 governance of our nation. And she really
13 instilled in all of us students that even
14 if we didn't end up going on to be
15 historians or lawyers or politicians, that
16 all of us needed to be active and informed
17 citizens, so that is why I'm here to give
18 my public testimony.
19      For as long as I have known what
20 congressional districts were and was
21 taught that in school, Alabama's map never
22 particularly made sense to me in the way
23 that 25 to 30 percent of our state's

1 population is made up of Black individuals
2 and that only one of our seven districts
3 presented an opportunity for Black people
4 to choose the representative of their
5 choice. And, of course, as we know, on
6 June 8th the Supreme Court ruled that
7 Alabama's congressional elections in 2020
8 likely violated Section 2 of the Voting
9 Rights Act.
10      I have had a chance to review the
11 letter and plan that the Milligan and
12 Caster plaintiffs have just shared with
13 you and just discussed, and it makes a lot
14 of sense to me. Again, some of the key
15 points that they pointed out, this would
16 allow for two majority Black districts in
17 the map, two opportunities for Black
18 individuals in our state to elect the
19 representative of their choice. They
20 indicate that there's 80 percent core
21 retention with this map compared to the
22 previous map, and this would also keep
23 protection for all of our Black Belt

1 counties.
2      So for all of those reasons, I'm
3 in support of what is known as the VRA
4 plan presented by the Milligan and Caster
5 plaintiffs, and I look forward to seeing
6 our state move in a direction that is more
7 representative for all of our citizens.
8 Thank you.
9      CHAIRMAN PRINGLE: Thank you so
10 much. The Chair now recognizes Travis
11 Jackson of Montgomery.
12      MR. JACKSON: Thank y'all for
13 allowing me the opportunity to speak.
14 Reapportionment Committee, my name is
15 Travis Jackson. I'm a Black Lives/Voter
16 Matter activist who volunteers with an
17 organization by the name of Rolling to the
18 Polls, a voting rights advocate group of
19 likeminded people driving voters to their
20 proper or accurate voting locations.
21      Also, I am an Iraq veteran. I
22 mention this because I fought for the
23 rights of all Americans, and that includes

1 Black voters.
2      In this testimony, I would like to
3 elaborate on the importance of drawing
4 more majority minority voting districts.
5 I do so by explaining Black voters'
6 obstacles. Black voters have always been
7 the major factor for a much wider
8 democracy. This is a proven fact
9 throughout our American history. When it
10 pertains to repairing human or civil
11 rights, whether that's voting, healthcare,
12 education, employment, housing, and
13 feeding our neighbors or homeless people,
14 Black voters were and have continued to
15 become the political super heroes within
16 our economy.
17      On June 8, 2023, the US Supreme
18 Court declared the current Alabama voting
19 district map, which was made in 2022, is
20 discrimination towards Black voters. The
21 Black or, as we call it, the woke vote has
22 always been under attack by the Alabama
23 government. Even though the Voting Rights

1 Act of 1965 was signed into law, Alabama
2 voters are still to this day facing
3 systemic racism, voter suppression or, as
4 I like to call it, Jim Crowe 2.0.
5        A prime example of voter
6 suppression or Jim Crowe 2.0 towards Black
7 voters to this day is strict voter ID
8 laws.  These type of voting laws have
9 influenced a decrease in Black voter
10 turnout.  In return, White voter turnout
11 has definitely increased.
12        Under these unethical laws, it is
13 a requirement to show specific photo ID.
14 According to Brennan Center for Justice
15 data, 25 percent of Black voters don't
16 have photo IDs compared to 11 percent of
17 all races combined.  Other difficulties
18 Black voters face on election days are
19 lengthy lines, heavy police presence
20 inside and outside voters' buildings, and
21 being directed to incorrect voting
22 locations.
23        Also, I have experienced myself

1 being misguided phone calls.
2        CHAIRMAN PRINGLE:  You have 30
3 seconds, sir.  Go ahead.
4        MR. JACKSON:  All right.  Six of
5 Alabama's seven congressional districts
6 have a majority White voter population,
7 Alabama's Black population is 27 percent.
8 In the Pledge of Allegiance, it states
9 "Liberty and justice for all."  Therefore,
10 Black voters should be in that word "all"
11 through moral legislative action.
12 Therefore, I strongly plead for the
13 committee members to sketch a second
14 reasonable majority minority district.
15 This is 2023, not 1953.
16        Thank you for your consideration.
17        CHAIRMAN PRINGLE:  Thank you so
18 much.  We appreciate you being here today.
19        And the next -- the Chair now
20 recognizes, is it Adia Winfrey from
21 Talladega?
22        MS. WINFREY:  Good afternoon.  My
23 name is Dr. Adia Winfrey.  I'm from

1 Talladega, Alabama.  In 2020, I was a
2 congressional nominee for Congress in
3 Alabama's third congressional district.
4 I'm also the executive director and
5 co-founder of Transform Alabama, a
6 501(c)(3) dedicated to improving voter
7 turnout and voter engagement using hip hop
8 culture.
9        Our organization was intimately
10 involved in the redistricting process
11 beginning in 2021.  We helped mobilize
12 people to the public hearings in Anniston
13 and Calhoun County, Representative Boyd,
14 and we had a great turnout and had voices
15 from all over Talladega and Calhoun County
16 expressing their concern with how the maps
17 were drawn.  This coalition was a
18 multiracial group, a group that came from
19 various backgrounds.  So, again, we've
20 been watching this case closely.
21        The SCOTUS decision on June the
22 8th, like so many times in Alabama
23 history, has propelled the State of

1 Alabama and the people of Alabama to the
2 forefront of voting rights change.  And
3 like the last few centuries, we are the
4 pinnacle of that change, but often
5 Alabamians do not see the benefit.  And my
6 concern is that we are already seeing --
7 we're less than three weeks out from the
8 Supreme Court decision, and we already see
9 how the plaintiffs in Alabama are changing
10 the country and what voting rights mean in
11 other states.  But where does that leave
12 us in Alabama?
13        So what I implore each of you to
14 do is put your politics aside and put the
15 people of Alabama in the forefront.  I
16 stand with the plaintiffs in the Milligan
17 case.  I stand beside this map, and I
18 really implore you guys to make decisions
19 for the people because, as the previous
20 speaker stated, when Black Alabamians and
21 Black voters are given the opportunity for
22 their voice to be heard, everybody
23 benefits.  It's not just about two

1 districts.  It's about the entire State of
2 Alabama.  Thank you.
3        CHAIRMAN PRINGLE:  Thank you,
4 Dr. Winfrey.
5        The Chair now recognizes Tyrone
6 Maye from Jackson.  Is Tyrone Maye here?
7        MR. MAYE:  (Inaudible), but I
8 didn't sign up.  (Inaudible), but I didn't
9 sign up.
10        CHAIRMAN PRINGLE:  The Chair now
11 recognizes Rhondel Rhone from Fulton --
12        UNIDENTIFIED SPEAKER:
13 (Inaudible).
14        CHAIRMAN PRINGLE:  Okay.  All
15 right.  That's fine.  The Chair now
16 recognizes Felicia Pond from Montgomery.
17 Okay.  The Chair -- hasn't Rhondel James
18 already spoken?
19        Rhondel James from Montgomery?
20        UNIDENTIFIED SPEAKER:  Ronald.
21        CHAIRMAN PRINGLE:  Ronald.  I'm
22 sorry.
23        MR. JAMES:  Good evening.  My name

1 is Ronald James.  I'm the state organizer
2 for Black Voters Matter Here in the State
3 of Alabama.  We could stand up here and
4 repeat over and over things that we
5 already know.  Numbers don't lie.
6        A great professor of mine once
7 told me that if we don't know our history
8 that it will tend to repeat itself.
9 Alabama has a history of being disobedient
10 or not recognizing the federal mandates in
11 its history.  We stand here today at the
12 same precedence again with the mandate
13 that's been handed down.  We just ask that
14 we follow the mandate and make the maps
15 equal and fair.  The maps that are
16 represented here today by the plaintiffs,
17 the people of Alabama, especially in the
18 Black Belt, which would be most affected
19 by how these maps are drawn, support these
20 maps.
21        We're not begging for anything.
22 We're just asking to have a fair shot,
23 have a fair chance to represent people in

1 the district that's going to represent
2 what we look like, the minds and the
3 concerns of the people that are in those
4 districts.  Don't split us up.  Keep us
5 together.  Let us be effective so that we
6 can push Alabama forward.  Because when we
7 all vote, we all win.  So thank you so
8 much for hearing us today.  We ask that
9 you do what's right and we continue to do
10 what's right, and let's push Alabama
11 forward progressively together.
12        CHAIRMAN PRINGLE:  Thank you so
13 much for being here today.
14        The Chair now recognizes Dr. Joe
15 L. Reed from Montgomery.  Welcome,
16 Dr. Reed.
17        DR. REED:  Thank you, sir.  To the
18 chairs of this important committee, to the
19 members of the committee, to all who are
20 listening, my name is Joe L. Reed.  I'm
21 chairman of the Alabama Democratic
22 Conference, the Black Political Democratic
23 Caucus of Alabama.  I'm also vice chair

1 for minority affairs of the Democratic
2 party of Alabama.  And I appreciate the
3 opportunity to come before this committee
4 and express some thoughts I have about the
5 plan.
6        Before going further, I want to
7 commend the plaintiffs in this lawsuit.
8 You're to be commended for moving forward.
9 I've always thought we would win.  I've
10 got to get my -- collect my stake for one
11 of my friends, who told me we weren't
12 going to win it, and I told them we would
13 win it.  And I'm going to get my stake
14 pretty soon, and I want it to be a real
15 good stake and not some little stake.
16        Back to the real issue.  I have
17 been privileged for the last 45 to 50
18 years of participating in reapportionment
19 plans, and by and large, we've been very
20 successful.  I've worked with everybody I
21 possibly could to get plans done, and one
22 of the most enjoyable times I had to work
23 with someone was Speaker Jimmy Clark of

1  Barbour County.  It's amazing that Speaker
2  Clark used to chair the Sovereignty
3  Commission, and yet we put together a
4  reapportionment plan that never left
5  Montgomery County, Alabama.  It was
6  approved by the state courts.
7          I want to mention two or three
8  things about this plan, and I'm going to
9  try not to repeat what others have already
10 said.  We believe that -- we know that the
11 plan has to be constitutional.  You've got
12 to protect the one person, one vote.  We
13 understand that.  We also realize and
14 accept the fact you've got to be racially
15 fair.
16          Now, let me say this.  With all
17 due respect to everybody here, I'm not
18 here to down any plan.  I'm here to
19 promote a plan.  My goal very simply is to
20 get two majority Black safe districts.
21 That's what I'm here for, to ask the
22 Legislature to pass two solid majority,
23 safe Black districts.  Anything less than

1  that is a hollow log.
2          I've looked at these -- some of
3  these other plans, and I'm going to say
4  that with all due respect, I differ with
5  them because I noticed one of the plans
6  that my friends have produced, one is
7  about 51 percent Black and voting age.
8  They forgot to count the prisoners.  There
9  are prisoners in these districts, and
10 these prisoners can't vote.  And that's
11 going to reduce the voting age population
12 in these districts.  That's very
13 important.  We saw what happened in
14 Grimsley's district down in Henry County
15 when you reapportioned the Alabama
16 Legislature recently.  I'm not condemning
17 his appointment or nothing like that at
18 all.  But we saw he represented that
19 district for some time.  But the minute it
20 changed just a little bit, he was, what,
21 gone with the wind.
22          So I don't believe that we've got
23 a safe Black district in the second -- in

1  the second district.  I don't believe
2  that.  And we're going to -- the Alabama
3  Democratic Conference is going to advance
4  a plan, and I understand we've got some
5  time to draw some lines, but we're going
6  to advance a plan that gives us a little
7  more help than these other plans do.  I'm
8  not condemning, I'm not fussing, or
9  nothing like that.  I'm talking about the
10 -- I'm a results person.  I'm for the
11 results.  And that is when the end comes,
12 when the sun goes down at the end of the
13 day, what do you have.  And my point is,
14 unless we have a majority voting age
15 population, a sizable one, we will have
16 nothing.  And I'm not mad with anybody at
17 all, but you've got to be real and do a
18 reality check.
19          Also, there are some kind of lines
20 that are going to have to be -- you're
21 going to have to split them.  There are
22 some splits, yes, necessary splits.  I've
23 drawn some in the past where I've split

1  some counties, and I'll draw some more.
2  We have to split some counties.  But there
3  are some unnecessary splits because there
4  are some arguments over who will get Sugar
5  Hill, Harper Valley, and Peyton Place.
6  That's irrelevant here.
7          What we want and what we need, and
8  I'm going to stop with this, we need a
9  clear, safe, two majority Black districts,
10 not with 1 percent here and 1 percent
11 there, a half a percent.  I'm talking
12 about something that's realistic.
13          So I want to say again,
14 Mr. Chairman, we're going to submit
15 something to you.  I want to say to the
16 plaintiffs, I thank you, you've done a
17 good job.  And I'm going to commend your
18 lawyers for it.  Some of them I know very
19 well.  I don't have no fight.  I just want
20 results, and right now I have not seen a
21 plan yet advanced that would give us the
22 comfort in getting two majority Black
23 districts to the United States Congress

1 and the Alabama Democratic Conference will
2 be one.
3      And I do -- I will say this. I
4 would also encourage to the plaintiffs, we
5 need to just sit down and talk because
6 we're all on the same wavelength. We're
7 all trying to get the same thing. So we
8 don't have a fight. Let's sit down and
9 talk and try to put one together we all
10 get behind. And we know -- and I'll say
11 to the White legislators here, there are
12 going to be two Black districts.
13      CHAIRMAN PRINGLE: Thank you,
14 Mr. Reed.
15      DR. REED: So why don't you help
16 us.
17      CHAIRMAN PRINGLE: And I look
18 forward to seeing you on July the 14th.
19 But we'll put your plan up on the screen
20 if you'll have it submitted by 5:00 p.m.
21 July the 7th.
22      DR. REED: Thank you, sir.
23      CHAIRMAN PRINGLE: And I know you

1 will. Thank you so much, Dr. Reed.
2      I'm going to take a moment and
3 recognize Mr. Jim Blacksher from
4 Birmingham.
5      DR. REED: He deserves it. Give
6 him a hand.
7      CHAIRMAN PRINGLE: Jim, I'm going
8 to do you like I just did Dr. Reed. I'm
9 going to give y'all five minutes because
10 y'all are so deeply involved.
11      MR. BLACKSHER: So thank you very
12 much, Mr. Chair. I, too, want to
13 congratulate --
14      CHAIRMAN PRINGLE: Can I get the
15 clerk to change the map to the plan that
16 Mr. Blacksher --
17      Do you want your plan up there,
18 Mr. Blacksher?
19      MR. BLACKSHER: Yeah, if --
20      CHAIRMAN PRINGLE: If you'll
21 convert the map for me, please.
22      MR. BLACKSHER: -- you'll get
23 Donna to put the --

1      CHAIRMAN PRINGLE: Is that it? I
2 think that's it.
3      MR. BLACKSHER: That's it, that's
4 it.
5      CHAIRMAN PRINGLE: Okay. Thank
6 you.
7      MR. BLACKSHER: Thank you, yeah.
8      The map that's up on the screen
9 now is the map that the Singleton
10 plaintiffs are supporting. The Singleton
11 plaintiffs' constitutional claim is still
12 pending before the district court. It's
13 consolidated with the other two cases,
14 Milligan and Caster.
15      And the victory in the Supreme
16 Court establishes that the plan enacted in
17 2021 violated Section 2 of the Voting
18 Rights Act, but it did not address what
19 the remedy should be. However, the
20 Supreme Court did affirm the ruling of the
21 three-judge district court, and I need to
22 read the district court's opinion as
23 follows.

1      This is the -- this is the
2 injunction that this -- this Legislature
3 is going to have to enforce. It's because
4 there was a violation, we know there have
5 to be two opportunity districts in order
6 to correct the Section 2 violation, but
7 those opportunity districts must also
8 satisfy the Constitution.
9      And here's what the pending
10 injunction says: If we determine that the
11 plan violates Section 2 of the Voting
12 Rights Act, that would not be a
13 determination that the Milligan plaintiffs
14 are entitled to a map of their choice or
15 to one of the remedial maps submitted to
16 establish the first Gingles requirement.
17 Those maps are illustrative maps submitted
18 for the purposes of establishing liability
19 under Section 2 of the Voting Rights Act.
20      The Legislature retains
21 flexibility in their work subject to the
22 rule that a district drawn in order to
23 satisfy Section 2 of the Voting Rights Act

1 must not subordinate traditional
2 districting principles to race
3 substantially more than is reasonably
4 necessary to avoid Section 2 liability.
5        And the question then before this
6 committee is what plans can they enact
7 that will at once provide a remedy
8 consistent with Section 2 of the Voting
9 Rights Act; and, two, still comply with
10 the Constitution.  And the governing case
11 is Cooper vs. Harris in the Supreme Court
12 2017.  It says that this committee must
13 have a strong basis in evidence to
14 conclude that Section 2 demands such
15 race-based steps as splitting counties
16 along racial lines.  The State must
17 carefully evaluate whether a plaintiff
18 could establish all the Gingles
19 preconditions, including effective White
20 block voting in a new district created
21 without those measures, and we see nothing
22 in the legislative record that fits that
23 description.

1        So what I'm pointing out here is
2 that the -- and the lawyers can provide
3 better explanation of what this is
4 referring to, but this committee, in
5 addition to adopting a plan, has to make
6 sure it has before it evidence that it
7 does, in fact, perform as an opportunity
8 district.
9        And in Cooper vs. Harris, the
10 Supreme Court looked at election returns
11 to see how the districts performed in past
12 elections to determine whether or not
13 candidates favored by Black voters won
14 that district -- could win that district.
15        So the Singleton plaintiffs
16 introduced early on in the litigation, in
17 fact, back before this committee convened
18 in October of 2021, three plans, the whole
19 county plans that we stand by.
20        UNIDENTIFIED SPEAKER:  One minute.
21        MR. BLACKSHER:  One minute.
22        But the Campaign Legal Center, in
23 a brief submitted to the Supreme Court,

1 adopted -- proposed this map called CLC
2 Map No. 1, and it provides two opportunity
3 districts without splitting a single
4 county along racial lines.  Jefferson
5 County, Mobile County, Montgomery County.
6 Tuscaloosa is split the way the
7 Legislature split it in 2021 in order to
8 equalize population.
9        All of the Black Belt counties,
10 except for Barbour, are in one district,
11 not two, but one district, and the second
12 opportunity district is Jefferson County
13 itself, which depends on crossover voting
14 with White voters in Jefferson County.
15 Jefferson County is the one county in
16 Alabama that has demonstrated that there
17 is crossover voting that can support Black
18 candidates' choices.
19        So I point out that problem to the
20 Court -- to the committee about how it
21 must follow its work and the rules it must
22 follow in doing this work.  Thank you.
23        CHAIRMAN PRINGLE:  Thank you,

1 Mr. Blacksher, and I know we'll see you on
2 July the 13th.
3        REPRESENTATIVE ENGLAND:
4 (Inaudible) a question?
5        CHAIRMAN PRINGLE:  No, we're not
6 going to -- today is just input from the
7 public.
8        REPRESENTATIVE ENGLAND:  Can we
9 not ask a presenter a question?
10        CHAIRMAN PRINGLE:  We, we -- all
11 right.  I'll let you ask a question,
12 Representative England.
13        REPRESENTATIVE ENGLAND:
14 (Inaudible.)
15        CHAIRMAN PRINGLE:  Well, it's a
16 public hearing, so let's go.  You can ask
17 a question.
18        UNIDENTIFIED SPEAKER:  We ask
19 witnesses in public hearings questions all
20 the time.
21        CHAIRMAN PRINGLE:  Okay.  I'm
22 sorry, I'm sorry.
23        Ask the question, Mr. England.

Page 70

1    REPRESENTATIVE ENGLAND:
2 Mr. Blacksher, could you come back up?
3    CHAIRMAN PRINGLE:  That's his map
4 right there.  It was actually in your
5 folder.  It's one of -- it's one of the
6 Singleton plans that we sent to you.  It's
7 in your package.  It's one of the
8 Singleton plans in your package, yes.
9    UNIDENTIFIED SPEAKER:
10 Representative England.
11    REPRESENTATIVE ENGLAND: Yeah,
12 just -- I'm not going to keep you long.  I
13 just want to make a -- I just want to make
14 a very clear distinction.  You -- your
15 case, the case that you represent is still
16 pending, correct?
17    MR. BLACKSHER:  We're representing
18 the Singleton plaintiffs in a case that's
19 still pending before the three-judge
20 court, and it's not been -- our
21 constitutional plan against the 2021 plan
22 has not been addressed, yes.
23    REPRESENTATIVE ENGLAND:  All

Page 71

1 right.  So you aren't a party to the case
2 that we're here on -- like, what got us
3 here, correct?
4    MR. BLACKSHER:  No, we're
5 consolidated.  We are parties in the
6 consolidated litigation, and we are
7 parties to what remedy is adopted by the
8 three-judge court, yes, sir.
9    REPRESENTATIVE ENGLAND:  All
10 right.  Mr. Walker asked you a question
11 initially that said -- or not asked you a
12 question, but asked the other presenters a
13 question saying were you -- whether or not
14 you agreed with or were presented with the
15 maps from the Milligan and Caster
16 plaintiffs.  Have you seen those maps?
17    MR. BLACKSHER:  Yes.
18    REPRESENTATIVE ENGLAND:  All
19 right.  Do you agree with those maps?
20    MR. BLACKSHER:  I agree that those
21 maps provide opportunity districts for
22 Black voters, but I have my doubts about
23 whether it could satisfy strict scrutiny

Page 72

1 under the Constitution because of the way
2 it splits Mobile and Jefferson County
3 along racial lines.
4    REPRESENTATIVE ENGLAND:  All
5 right.  So, but the question is do you --
6 so you do not agree with the maps from the
7 Caster or Milligan -- the map that was
8 presented from the Caster and Milligan
9 plaintiffs, correct?
10    MR. BLACKSHER:  It's not a
11 question of whether I agree with it or
12 not.  I think it's a good map for the
13 purpose for which it was drawn.  I'm just
14 saying that I don't believe it's going to
15 be able to pass strict scrutiny if it goes
16 before the three-judge court for that
17 decision.
18    REPRESENTATIVE ENGLAND:  And you
19 say strict -- satisfying the standard of
20 strict scrutiny because why?
21    MR. BLACKSHER:  Because it splits
22 counties along racial lines to achieve a
23 racial target of 50 percent plus one.

Page 73

1    REPRESENTATIVE ENGLAND:  But your
2 -- each map that you presented also does
3 that?
4    MR. BLACKSHER:  No.
5    REPRESENTATIVE ENGLAND:  Well, I
6 mean, because Tuscaloosa is split.
7    MR. BLACKSHER:  Tuscaloosa is
8 split, as are five other counties in order
9 to accomplish zero deviation.  And that
10 split in Tuscaloosa County was not drawn
11 by us, but by this committee back in 2021.
12    REPRESENTATIVE ENGLAND:  So you
13 would agree that in order to satisfy the
14 Voting Rights Act you are allowed to split
15 precincts, split counties, and whatever is
16 necessary to accomplish that objective?  I
17 think that's actually dictum from one of
18 the opinions.
19    MR. BLACKSHER:  As long as it's
20 not done along racial lines, the splits
21 have to be done to accomplish zero
22 deviation.
23    REPRESENTATIVE ENGLAND:  Doesn't

19 (Pages 70 - 73)

Page 74

1 one of the maps you present actually have
2 small percentages of deviation?
3        MR. BLACKSHER: No. Well,
4 Singleton's -- Singleton 1 and 2 had
5 deviations that were not zero. Singleton
6 3 has a zero deviation.
7        REPRESENTATIVE ENGLAND: And the
8 purpose of that deviation --
9        MR. BLACKSHER: This one here has
10 a zero deviation, the CLC plan.
11        REPRESENTATIVE ENGLAND: So some
12 of the plans that you presented, the
13 purpose of the deviation was to attempt to
14 find a way to satisfy the Voting Rights
15 Act requirements, correct?
16        MR. BLACKSHER: I'm sorry. Say
17 again.
18        REPRESENTATIVE ENGLAND: So two of
19 the maps that you presented had small
20 deviation in an attempt to make -- to try
21 to satisfy the requirements of the Voting
22 Rights Act, correct?
23        MR. BLACKSHER: No.

Page 75

1        REPRESENTATIVE ENGLAND: So why do
2 you have deviation in those two maps?
3        MR. BLACKSHER: You're talking
4 about Singleton 1 and Singleton 2?
5        REPRESENTATIVE ENGLAND: Yes, sir.
6        MR. BLACKSHER: Well, because
7 Singleton 1 was drawn without splitting a
8 single county for any reason. And by the
9 way, this is not something that's not
10 going to be taken up at this time, but
11 this committee needs to know that you can
12 keep -- you can draw a plan that keeps all
13 the counties whole and produces two
14 opportunity districts, but it has --
15 Singleton 1 had a maximum population
16 deviation of 2.47 percent. 2.47 percent.
17 And the Supreme Court has said if you had
18 adopted that, it's likely that that would
19 have satisfied the Supreme Court standard
20 for equal population in congressional
21 districts because it's done to keep from
22 splitting any counties.
23        You know, this state did not have

Page 76

1 congressional districts that split a
2 single county from 1819 until, I guess,
3 1965 when the first plan was drawn in
4 response to Westberry vs. Sanders. So for
5 over a century, no counties were split,
6 and the good thing about that is that it
7 means that districts are drawn according
8 to political communities, the counties
9 themselves, and it helps constrain
10 gerrymandering of any type. It doesn't
11 prevent gerrymandering.
12        REPRESENTATIVE ENGLAND: I'll ask
13 you just this one question and I'll let it
14 go.
15        MR. BLACKSHER: Sure. Sorry.
16 I'm --
17        REPRESENTATIVE ENGLAND: Why did
18 the -- over the course of time, why did we
19 increase the number of counties being
20 split?
21        MR. BLACKSHER: Because Westberry
22 vs. Sanders was developed by the Supreme
23 Court in subsequent cases in the 1970s to

Page 77

1 say you had to achieve close to zero
2 deviation for congressional districts
3 only, not for house and senate districts,
4 not for state board districts, not for
5 county commission or school board
6 districts. But just for congressional
7 districts the Supreme Court was looking to
8 require zero deviation, plus or minus one
9 person, and that necessarily requires
10 splitting at least six counties. Every
11 map out there that you've seen has to
12 split at least six counties in order to
13 accomplish zero deviation.
14        REPRESENTATIVE ENGLAND: So I just
15 want to make sure we understand.
16 Splitting counties and deviation is
17 allowed when it's necessary, correct? Is
18 that correct?
19        MR. BLACKSHER: When it's
20 necessary to achieve population deviation,
21 that's correct.
22        REPRESENTATIVE ENGLAND: Okay.
23 Because I don't want anybody walking away

20 (Pages 74 - 77)

Page 78

1 from this process believing that we are
2 required to have zero deviation and no
3 county lines split because, again, we're
4 trying to accomplish the objectives of the
5 Voting Rights Act.
6      MR. BLACKSHER: Yeah.
7      REPRESENTATIVE ENGLAND: We are
8 allowed certain -- we are afforded certain
9 deviations and also splitting of precincts
10 and counties to accomplish that objective,
11 and I just want to make sure we all
12 understand that as we go through this
13 process.
14      MR. BLACKSHER: Representative
15 England, you are preaching to the choir.
16 I am only pointing out that you've got a
17 problem when those splits are done
18 intentionally along racial lines.
19      CHAIRMAN PRINGLE: Mr. England --
20 the Chair now recognizes -- is there
21 anybody else that has a question for
22 Mr. Blacksher?
23      (No audible response.)

Page 79

1      CHAIRMAN PRINGLE: Thank you,
2 Mr. Blacksher. I'm sure we'll have
3 further discussions on July the 13th.
4      With that, I believe we have --
5 Mr. Walker, do you have some questions
6 that have been emailed in or comments?
7      MR. WALKER: I do. Let me read
8 the two comments that we've received over
9 the course of the hearing.
10      One is from Kay Smith. "Dear
11 Redistricting Committee, I would like to
12 add my support to the plaintiffs and other
13 speakers and their suggested remedial map
14 to fairly represent the voters of Alabama.
15 I submit that as a White voter in
16 Birmingham I, too, have felt a lack of
17 representation for many years now. I
18 would hope that the new plan would give
19 progressive voters like me, regardless of
20 race, a voice at long last. Thank you for
21 considering this suggested plan."
22      The other comment that was
23 received is from Tiffany West. "In the

Page 80

1 redrawing of the congressional map, I
2 would not support a map that shrinks
3 Congressional District 7. I would,
4 however, support a map that includes all
5 of Jefferson County and Tuscaloosa County
6 and Black Belt in District 7, and all of
7 Montgomery and Mobile in District 2."
8      Those are the comments I have,
9 Chairman Pringle.
10      CHAIRMAN PRINGLE: Thank you so
11 much.
12      The Chair now recognizes Mr. Mike
13 Bunn from Baldwin County.
14      MR. BUNN: Yes, sir.
15      CHAIRMAN PRINGLE: If you'll tell
16 us what you're here to talk about, sir.
17      MR. BUNN: Well, just a little
18 historical perspective for what it's
19 worth. I was asked about this. I run
20 Historic Blakeley State Park and --
21      CHAIRMAN PRINGLE: Would you speak
22 into the microphone?
23      MR. BUNN: I run Historic Blakeley

Page 81

1 State Park.
2      CHAIRMAN PRINGLE: We have several
3 hundred people watching us online.
4      MR. BUNN: Okay. So I'm in the
5 Mobile-Tensaw Delta. And just want to
6 point out, historically speaking, that
7 that's been a united community for a long
8 time, if you go back in all the Colonial
9 eras, which you don't need a whole history
10 lesson. I write books, and I won't bore
11 you with all that. But if you go all the
12 way back from the 1700s up until when the
13 battle that was fought at our park was
14 fought was actually in Baldwin County, but
15 was fought defending the City of Mobile.
16 So I was asked a little bit about that,
17 and just for historically speaking we've
18 been a united community on both sides of
19 the bay for a long time.
20      We even had a history of ferries
21 running between the communities for a long
22 period of time before the
23 Cochrane-Africatown Bridge was built and

21 (Pages 78 - 81)

1 opened in the 30's that united those
2 communities a little bit more efficiently
3 than the ferries.  So there's a little bit
4 of a community on both sides of the bay
5 that I think we're very cognizant of down
6 in the Mobile Bay region.
7      CHAIRMAN PRINGLE:  Thank you so
8 much for being here today.
9      MR. BUNN:  Thank you.
10      CHAIRMAN PRINGLE:  And forgive me,
11 but the Chair now recognizes Rodreshia
12 Russaw from Dothan.  Did I butcher that?
13 I'm sorry.
14      MS. RUSSAW:  Good afternoon.  Hi,
15 my name is Rodreshia Russaw Glasgow.  I am
16 the executive director of The Ordinary
17 People Society, known as T.O.P.S.  Also a
18 board member of Alabama Forward and vice
19 chair second congressional district ADC,
20 Alabama Democratic Conference.
21      I am here and standing with our
22 plaintiffs, the Evan vs. Milligan -- I'm
23 sorry, the Milligan vs. Allen plan that

1 has been presented before you.  I just
2 wanted to raise a couple of concerns of
3 mines specifically because, as we know,
4 Mr. Joe Reed explained how this affects
5 those that are incarcerated in our prisons
6 specifically.
7      And as we know, in 2008 the NAACP
8 Legal Defense Fund held the back of Pastor
9 Glasgow on the Glass vs. Allen lawsuit
10 against ADOC for those that are
11 incarcerated to be able to vote while
12 they're in prison as long as they did not
13 have a crime involving moral turpitude.
14      Why is that important to today?
15 Because there's still thousands of
16 incarcerated people who are eligible to
17 vote inside of the prisons.  And,
18 unfortunately, because of the lack of
19 voter education, they are voting from
20 where they're housed and not where they
21 live in their particular county,
22 increasing prison gerrymandering, which is
23 my concern.

1      Some of the maps that I have seen
2 specifically splits in two some of the
3 highest populated counties, particularly
4 in Elmore where there is 1,154 inmates.
5 Limestone, 2,302 inmates.  Montgomery
6 really didn't break down.  I didn't see
7 too much variance in Bullock.  But I
8 just -- for the numbers record, Bullock
9 has 1,485.  Tutwiler, 714.
10      And so as we know, Alabama is
11 still among five -- the fifth state in the
12 United States that has the highest
13 incarceration rate.  I ask that you would
14 adopt this map on behalf of the plaintiffs
15 because it also shows that it is not
16 cutting the district lines particularly
17 impacting those that are eligible to vote
18 within those districts.
19      And so I thank you for hearing us
20 today, and we look forward to the upcoming
21 meetings that we have.  Thank you so much.
22      CHAIRMAN PRINGLE:  Thank you so
23 much.

1      The Chair now recognizes Mary
2 Williams from Montgomery.
3      UNIDENTIFIED SPEAKER:  (Inaudible)
4 the next person.
5      CHAIRMAN PRINGLE:  The next
6 person, David Russell from Birmingham.
7      MR. RUSSELL:  I really just signed
8 up to just let them know -- to keep the
9 numbers high.  But while I'm here, I
10 did -- I do make quite a few observations.
11 I love what the senator from Mobile
12 stated, that at least when you're doing
13 the president and vice president, at least
14 we should have a minority in one of those
15 seats because it is not what it is, but
16 what it's projected to look like outside
17 the public.
18      It appears that the public
19 probably would see that, you know, even
20 those these are two Black districts, but
21 yet still we have two White chairpersons.
22 So I wish you-all would kind of over --
23 look at those appointments again.  So if

1  you have a White chair, at least we can
2  get a Black vice chair.
3        Thank you.
4        CHAIRMAN PRINGLE:  Thank you.
5        The Chair now recognizes Gregory
6  Clarke from Birmingham.
7        MR. CLARKE:  My appreciation to
8  the Chair, Committee Members.  I'm
9  JaiGregory Clarke, representing Faith in
10 Action Alabama.  We're a multi-faith,
11 multiracial organization whose mission is
12 to dismantle systemic racism in order to
13 produce pathways of opportunity for every
14 Alabamian.
15       Today I implore you to draw
16 congressional maps that empower and give
17 voting power to Black and Brown
18 communities in Alabama.  For far too long,
19 minority communities, particularly Black
20 and Brown citizens, have faced significant
21 obstacles in exercising their right to
22 vote and achieving fair representation.
23       Historical injustices and systemic

1  barriers have hindered our ability to
2  fully participate in the democratic
3  process, but we stand at a critical
4  juncture where we have the opportunity to
5  right these wrongs and ensure that every
6  voice is heard.  We must acknowledge the
7  painful history of voter suppression and
8  disenfranchisement by Black and Brown
9  communities in Alabama.
10       Our communities have persevered,
11 fought for or rights, and contributed
12 immensely to the fabric of our state.  It
13 is time to recognize our resilience and
14 address the longstanding inequalities we
15 continue to face.  Drawing congressional
16 maps that give voting power and
17 representation to our communities is not
18 only a moral imperative, it is -- it is a
19 legal obligation.
20       We must uphold the Voting Rights
21 Act of 1965 and protect the rights of
22 minority voters.  To achieve this, I urge
23 this committee to prioritize the following

1  principles in the redistricting process:
2        First, we must ensure that Black and Brown
3  communities are not fragmented or diluted
4  through gerrymandering tactics.  By
5  respecting the geographic, cultural, and
6  socioeconomic boundaries of our
7  communities, we can allow for cohesive
8  representation that truly reflects our
9  interests and needs.
10       Secondly, majority minority
11 districts must be established to empower
12 our communities to elect representatives
13 who understand our unique experiences and
14 concerns.  It is through these districts
15 that we can overcome historical barriers
16 and provide opportunity for
17 underrepresented communities to have our
18 voices heard.
19       Transparency and public
20 participation are paramount.  I implore
21 the committee to conduct the redistricting
22 process openly, engaging community
23 organizations, advocacy groups and

1  residents in meaningful dialogue.
2        Finally, I implore you members --
3  I implore you members of the Alabama
4  Reapportionment Committee to seize this
5  moment, to be on the right side of
6  history, and to draw congressional maps
7  that give voting power to Black and Brown
8  Alabamians.  Together, let us build a
9  future where every Alabamian has a voice,
10 where fairness prevails, and where our
11 democracy truly shines.
12       Thank you for your time.
13       CHAIRMAN PRINGLE:  Thank you so
14 much.  We appreciate you being here today.
15       And now the Chair recognizes
16 Donald J. Williams from Montgomery.
17       MR. WILLIAMS:  I yield.
18       CHAIRMAN PRINGLE:  Yield.
19 Mr. Williams yields.
20       Now the Chair recognizes Byron
21 Evans from Selma.
22       MR. EVANS:  I yield.
23       CHAIRMAN PRINGLE:  Do you yield?

1      Mr. Walker, do you have any more
2  comments that have come in on the email
3  address?
4      MR. WALKER:  Chairman Pringle, I
5  don't have any other comments.  Oh, wait,
6  I've got one.  A late arrival.
7      This is from James Butler.  "I'd
8  like to leave a comment to the committee
9  in this hearing that I hope that the map
10 which I, James Butler, proposed to the
11 committee in an email earlier this week is
12 shown to this committee.  I believe its
13 compactness and ability to secure two
14 opportunity districts would satisfy the
15 plaintiffs of both cases."
16     That's all I have.
17     CHAIRMAN PRINGLE:  Are there any
18 additional comments while you're here?
19 Yes, sir.  Please come forward and state
20 your name, and you'll have three minutes.
21     MR. MATTHEWS:  Thank you most
22 graciously.  My name is Frank James
23 Matthews, III, from Birmingham, Alabama.

1  And I kind of touch a little tendencies
2  that the good legislator, consummate
3  politician Joe Reed mentioned initially
4  when he first spoke about convicts, and
5  then a young lady just spoke again about
6  the population of the prisons and the
7  handicaps that faces us.
8      I was arrested at 11 year olds in
9  the county jail in Limestone, Alabama.
10 Had a criminal career with some 38
11 arrests.  Out of all that, I turned the
12 lemons into lemonade.  I walked down
13 Highway 22 in '80 and picked up paper,
14 like Michelangelo painted a picture, as a
15 convict.  And one day I had a premonition,
16 and I seen myself as sold my right to vote
17 to the prison system.  I was able to
18 change my life in prison, got an early
19 release from prison.  And of all people,
20 Governor Guy Hunt gave me a pardon, and I
21 was able to run for elected office.  I ran
22 for mayor, I ran for city council twice,
23 and I ran for state representative first.

1      I ended up being the first Black
2  person that happened to be a Black man
3  that got in a runoff in District 2 there
4  in the city council of Birmingham,
5  Alabama, and to this day, no Black person
6  has gotten that seat.
7      The young people or Black
8  population majority, the older Black
9  people are majority population.  But what
10 they did, when I ran for state
11 representative and almost got in a
12 runoff -- missed it by 200 votes with
13 Oliver Robinson -- they changed the
14 district from way at the top of the
15 Birmingham map and went way to almost the
16 bottom of the Birmingham map and brought
17 in enough of Shelby County, which was
18 literally White.  And I liked 200 votes
19 from becoming the first Black man, the
20 first convicted Black man to be a
21 councilperson in District 2.
22     What I say I want to say to the
23 NAACP, I want to say to all of these other

1  groups, you better count your numbers and
2  who has a propensity for voting.  So if
3  you don't have a propensity for voting,
4  you can have the Black young, you can have
5  older Blacks in the district and still
6  have White representation.  So I suggest
7  that you go up there in North Huntsville,
8  in that area up there where Ms. Hall is,
9  because the Black people in that area have
10 a high propensity for voting.
11     So you could do the same way they
12 did to me way down in Shelby County and
13 got that cotton, picked that cotton and
14 rowed it down the river, and kept me from
15 being elected.  So that's one of the
16 things you better make sure.  Don't say
17 it's just Black and don't say it's just
18 young.
19     CHAIRMAN PRINGLE:  Mr. Williams,
20 that's --
21     MR. WILLIAMS:  Count your votes
22 before you go at them.  Thank you very
23 much.

24 (Pages 90 - 93)

Page 94

1    CHAIRMAN PRINGLE:  Thank you.
2      Is there anybody else who would
3  like to say something before we conclude
4  this public hearing?
5      (No audible response.)
6      CHAIRMAN PRINGLE:  With that, the
7  public hearing is closed and we stand in
8  adjournment.
9      The gentleman -- I'm sorry, I
10  didn't see you.
11     MR. McGOWIN:  It won't take but a
12  second just to say something because --
13     CHAIRMAN PRINGLE:  I'm terribly
14  sorry.
15     MR. McGOWIN:  Dr. Reed made a
16  profound statement when he talked about
17  look at these districts and make sure
18  people can vote.  I'm from a county that
19  has a prison, and right next door, Barbour
20  County has a prison.  I see these prison
21  numbers in these maps.  We need to make
22  sure that we have people in these
23  communities that can vote, of voting age

Page 95

1  and are going to be able to do something.
2  So I'm looking forward to seeing your map,
3  Dr. Reed, and thank you all for allowing
4  me just to say a brief word to this
5  committee.  Let's make sure we've got
6  something in our --
7      CHAIRMAN PRINGLE:  Sir, we need
8  your name.
9      MR. McGOWIN:  John McGowin, County
10  Commissioner of Bullock County District 3.
11     CHAIRMAN PRINGLE:  John McGowin.
12  Thank you so much, John.
13     All right.  With that -- is there
14  anybody else?  I don't want to make that
15  mistake twice.
16     (No audible response.)
17     CHAIRMAN PRINGLE:  We are
18  adjourned.
19     (Whereupon, the hearing was
20  adjourned at approximately 3:00 p.m.)
21
22      END OF HEARING
23

Page 96

1      C E R T I F I C A T E
2  STATE OF ALABAMA   )
   COUNTY OF JEFFERSON )
3
     I hereby certify that the above
4
  and foregoing proceeding was taken down by
5
  me by stenographic means, and that the
6
  content herein was produced in transcript
7
  form by computer aided under my supervision,
8
  and that the foregoing represents, to the
9
  best of my ability in accordance with the
10
  quality of the Zoom recording, a true and
11
  correct transcript of the proceedings,
12
  Page 1 through 95, occurring on said date
13
  at said time.
14
     I further certify that I am
15
  neither of counsel nor of kin to the
16
  parties to the action, nor am I in anywise
17
  interested in the result of said case.
18
  Signed 14th day of July, 2023.
19
20
21
22  Carol J. Reyer, CCR
    Comm. Expires:  9-15-2026
    License No.:  ACCR#:  333
23  License Expires:  9-30-2026

## 1

**1**  28:6,8 44:7
  61:10,10 68:2
  74:4 75:4,7,15
  96:12
**1,154**  84:4
**1,485**  84:9
**100**  15:16
**11**  25:21 50:16
  91:8
**13th**  15:20
  16:11 69:2 79:3
**14**  10:14 14:18
**14th**  16:23
  62:18 96:18
**15**  33:16
**15.4**  42:11
**1700s**  81:12
**17th**  16:21
**18**  34:23
**1819**  76:2
**18313**  96:20
**1953**  51:15
**1965**  50:1 76:3
  87:21
**1970s**  76:23
**1:37**  1:11 2:2

## 2

**2**  21:2 24:20
  25:8,18 35:3
  36:3 40:22
  41:22 42:3 44:7
  44:23 47:8
  64:17 65:6,11
  65:19,23 66:4,8

66:14 74:4 75:4
  80:7 92:3,21
**2,302**  84:5
**2.0**  50:6
**2.0.**  50:4
**2.47**  75:16,16
**200**  15:20 92:12
  92:18
**2008**  83:7
**2016**  45:21
**2017**  66:12
**2019**  45:22
**2020**  24:11 47:7
  52:1
**2021**  18:1,17
  35:13 40:20
  44:19 52:11
  64:17 67:18
  68:7 70:21
  73:11
**2022**  25:2,19
  49:19
**2023**  1:10 2:2
  25:13 40:17
  49:17 51:15
  96:18
**21**  4:8,10
**22**  91:13
**25**  46:23 50:15
**27**  1:10 2:2 51:7

## 3

**3**  44:4 52:6 74:6
  95:10
**30**  46:23 51:2

**30's**  82:1
**333**  96:22
**38**  91:10
**3:00**  95:20

## 4

**4**  35:9 44:4
**45**  57:17

## 5

**5**  18:16 35:9
  44:5
**50**  57:17 72:23
**501**  52:6
**51**  59:7
**5:00**  15:13
  62:20
**5th**  18:1

## 6

**6**  44:5

## 7

**7**  10:14 14:18
  34:9 35:2 44:5
  80:3,6
**714**  84:9
**7th**  15:13 62:21

## 8

**8**  25:13 40:17
  49:17
**80**  44:12 47:20
  91:13
**8th**  34:12 47:6
  52:22

## 9

**9-15-2026**  96:22
**9-30-2026**  96:23
**92.3**  42:9
**95**  96:12

## a

**ability**  87:1
  90:13 96:9
**able**  27:2,4 34:9
  37:11,19 72:15
  83:11 91:17,21
  95:1
**above**  96:3
**accept**  58:14
**acceptable**  45:2
**accomplish**
  39:19 73:9,16
  73:21 77:13
  78:4,10
**accordance**  96:9
**accr**  96:22
**accurate**  48:20
**achieve**  72:22
  77:1,20 87:22
**achieving**  86:22
**acknowledge**
  87:6
**act**  21:3 24:21
  25:1,9,18 35:21
  36:4 40:23
  43:13 44:10,11
  47:9 50:1 64:18
  65:12,19,23
  66:9 73:14
  74:15,22 78:5

87:21
**action** 51:11
86:10 96:16
**active** 46:16
**activist** 48:16
**actually** 33:15
34:23 35:15
39:16 70:4
73:17 74:1
81:14
**adc** 82:19
**add** 28:2 79:12
**addition** 44:3
67:5
**additional** 26:1
34:7 90:18
**address** 16:2,5,8
21:13 25:10
27:20 31:2,21
64:18 87:14
90:3
**addressed** 30:23
31:13 70:22
**addresses** 34:17
35:4,21
**adheres** 43:10
**adia** 51:20,23
**adjourned**
95:18,20
**adjournment**
94:8
**adoc** 83:10
**adopt** 16:11,12
16:15 17:9
18:23 20:1 38:1

45:10 84:14
**adopted** 18:2
68:1 71:7 75:18
**adopting** 67:5
**advance** 60:3,6
**advanced** 61:21
**advocacy** 88:23
**advocate** 48:18
**affairs** 57:1
**affected** 55:18
**affects** 83:4
**affirm** 64:20
**affirmed** 25:14
34:13 42:5
**affirming** 41:7
**afforded** 78:8
**african** 37:11,17
**africatown**
81:23
**afternoon** 23:9
32:17 36:16
39:12 45:17
51:22 82:14
**age** 43:1,5 59:7
59:11 60:14
94:23
**agenda** 4:14
16:15 29:9
**agree** 71:19,20
72:6,11 73:13
**agreed** 71:14
**ahead** 4:21 51:3
**aid** 96:7
**alabama** 5:5
24:12 33:23

34:8 35:20
36:18 37:23
38:4 40:8 41:2
41:13 42:6,14
42:18 44:8 46:2
49:18,22 50:1
52:1,5,22 53:1,1
53:9,12,15 54:2
55:3,9,17 56:6
56:10,21,23
57:2 58:5 59:15
60:2 62:1 68:16
79:14 82:18,20
84:10 86:10,18
87:9 89:3 90:23
91:9 92:5 96:2
**alabama's**
24:13 40:20
41:15 46:21
47:7 51:5,7 52:3
**alabamian**
86:14 89:9
**alabamians**
41:11 53:5,20
89:8
**alleges** 24:19,22
**allegiance** 51:8
**allen** 36:21
82:23 83:9
**allotted** 33:16
**allow** 47:16
88:7
**allowed** 73:14
77:17 78:8

**allowing** 48:13
95:3
**allows** 26:16
**almond** 3:3,4
9:3,4 13:7,8
24:4
**alsenate.gov.**
27:21
**alterations**
35:14,18
**amazing** 58:1
**amendments**
20:2
**america** 38:10
**american** 49:9
**americans**
37:11,17 48:23
**amicus** 26:2
**amy** 46:6
**anniston** 52:12
**announce** 6:12
6:12 7:14 32:11
**announcement**
26:4
**answer** 38:6
**anybody** 21:23
22:22 60:16
77:23 78:21
94:2 95:14
**anyway** 16:17
**anywise** 96:16
**apearing** 1:16
**appeals** 41:15
**appears** 29:12
85:18

**applied** 41:21
42:2
**apply** 31:10
**appointment**
59:17
**appointments**
85:23
**apportionment**
40:5
**appreciate**
51:18 57:2
89:14
**appreciated**
21:15
**appreciation**
86:7
**approve** 14:22
**approved** 15:10
36:23 58:6
**approximately**
95:20
**area** 35:10 93:8
93:9
**argument** 25:10
33:21
**arguments** 61:4
**arrested** 91:8
**arrests** 91:11
**arrival** 90:6
**aside** 53:14
**asked** 71:10,11
71:12 80:19
81:16
**asking** 7:7 29:11
55:22

**attached** 28:9
40:16
**attack** 49:22
**attempt** 74:13
74:20
**attendance**
39:15
**attorney** 22:16
23:1 30:5,5 37:2
**attorneys** 22:19
22:19 30:2 38:8
**auburn** 45:21
**audible** 3:8,21
78:23 94:5
95:16
**august** 16:23
**average** 42:8
**avoid** 20:14
66:4
**aye** 15:7,8

**b**

**back** 5:3 20:15
21:10 57:16
67:17 70:2
73:11 81:8,12
83:8
**backgrounds**
52:19
**baldwin** 80:13
81:14
**barbour** 58:1
68:10 94:19
**barfoot** 2:4,5
7:16,17 11:22
11:23 23:20

**barriers** 87:1
88:15
**based** 44:21
66:15
**basis** 25:6 66:13
**battle** 81:13
**bay** 81:19 82:4
82:6
**becoming** 92:19
**begging** 55:21
**beginning** 52:11
**behalf** 16:3
84:14
**believe** 15:15
35:8 58:10
59:22 60:1
72:14 79:4
90:12
**believing** 78:1
**bell** 2:6,7 7:19
7:20 10:21 12:2
12:3 23:21
**belt** 34:22 35:2
43:16,19,22
47:23 55:18
68:9 80:6
**benefit** 39:14
53:5
**benefits** 53:23
**benjamin** 40:12
**bernard** 36:17
**best** 33:4 96:9
**better** 45:4 67:3
93:1,16

**big** 21:10
**bill** 30:1
**bipartisanship**
5:11
**birmingham**
16:23 17:2 25:3
40:8 45:19 63:4
79:16 85:6 86:6
90:23 92:4,15
92:16
**bit** 20:10 59:20
81:16 82:2,3
**black** 34:5,7,21
34:22 35:1
41:10 42:8,11
42:23 43:4,14
43:16,18,21
47:1,3,16,17,23
48:15 49:1,5,6
49:14,20,21
50:6,9,15,18
51:7,10 53:20
53:21 55:2,18
56:22 58:20,23
59:7,23 61:9,22
62:12 67:13
68:9,17 71:22
80:6 85:20 86:2
86:17,19 87:8
88:2 89:7 92:1,2
92:5,7,8,19,20
93:4,9,17
**blacks** 93:5
**blacksher** 22:15
23:2 63:3,11,16

63:18,19,22
64:3,7 67:21
69:1 70:2,17
71:4,17,20
72:10,21 73:4,7
73:19 74:3,9,16
74:23 75:3,6
76:15,21 77:19
78:6,14,22 79:2
**blakeley** 80:20
80:23
**block** 66:20
**board** 35:16
44:19 77:4,5
82:18
**bobby** 40:12
**body** 34:16
35:15
**books** 81:10
**bore** 81:10
**bottom** 92:16
**boundaries** 88:6
**boyd** 3:5,6 9:6,7
13:10,11 24:4
52:13
**break** 84:6
**brennan** 50:14
**bridge** 31:6,6
81:23
**brief** 67:23 95:4
**bring** 22:6 44:8
**brought** 92:16
**brown** 86:17,20
87:8 88:2 89:7

**bruce** 45:16,17
45:18
**build** 89:8
**buildings** 50:20
**built** 81:23
**bullock** 84:7,8
95:10
**bunn** 80:13,14
80:17,23 81:4
82:9
**business** 10:18
14:21
**butcher** 82:12
**butler** 90:7,10
**byron** 89:20

**c**

**c** 27:22 52:6
96:1,1
**calhoun** 52:13
52:15
**call** 6:8,10,11
7:13 11:17,21
28:1,13 30:10
49:21 50:4
**called** 16:19
26:14,18,23
46:8 68:1
**calls** 51:1
**cameras** 21:14
**campaign** 67:22
**campaigns**
41:13
**candidate** 34:9
**candidates** 6:18
42:9,11 67:13

68:18
**career** 91:10
**careful** 41:5
**carefully** 43:10
66:17
**carns** 3:7 9:9
24:5
**carol** 1:16 96:21
**carried** 18:2
**carries** 31:6
**case** 5:6 28:23
29:13 31:5,22
33:20 36:21
41:4 52:20
53:17 66:10
70:15,15,18
71:1 96:17
**cases** 64:13
76:23 90:15
**caster** 24:19
25:20 26:6 28:3
29:1,14 30:16
39:1 40:11,15
40:19 45:8
47:12 48:4
64:14 71:15
72:7,8
**catch** 21:14
**caucus** 56:23
**ccr** 96:21
**census** 24:12
**center** 50:14
67:22
**centuries** 53:3

**century** 76:5
**certain** 78:8,8
**certainly** 37:16
43:7
**certified** 1:15
**certify** 96:3,14
**chair** 4:20 5:11
5:12,16,23 6:8
7:2,3 10:22
23:16,18 28:17
48:10 51:19
54:5,10,15,17
56:14,23 58:2
63:12 78:20
80:12 82:11,19
85:1 86:1,2,5,8
89:15,20
**chairman** 4:12
4:13,19,20 5:1
5:20 6:2,9,10,15
6:16,19 7:1,1,5
7:12 10:16,19
10:23 11:4,7,10
11:14 14:12,20
15:3,6,9,23
16:14,17 17:15
17:16,20 18:1,8
18:12,15,21
19:7,10,13,16
20:3,21 21:16
22:4,8,13 23:6,8
28:13,15,18
29:3,8,17,23
30:9,17 31:16
31:20 32:2,8,18

32:21 33:6
36:10 39:12,23
40:3 45:12 48:9
51:2,17 54:3,10
54:14,21 56:12
56:21 61:14
62:13,17,23
63:7,14,20 64:1
64:5 68:23 69:5
69:10,15,21
70:3 78:19 79:1
80:9,10,15,21
81:2 82:7,10
84:22 85:5 86:4
89:13,18,23
90:4,17 93:19
94:1,6,13 95:7
95:11,17
**chairmanships**
5:8
**chairpersons**
85:21
**chairs**   4:14
23:15 27:12
56:18
**challenged**
24:15,17 41:1
**chance**   47:10
55:23
**change**   20:8
53:2,4 63:15
91:18
**changed**   59:20
92:13

**changes**   20:17
20:23 44:8 45:3
**changing**   53:9
**characterized**
41:14
**check**   60:18
**chesteen**   2:8,9
7:22,23 12:4,5
23:21
**chestnut**   40:12
**choice**   34:10
37:12,18 42:9
47:5,19 65:14
**choices**   44:15
45:4 68:18
**choir**   78:15
**choose**   47:4
**chris**   5:18 8:4
9:8,22 23:17
**citizen**   46:1
**citizens**   46:17
48:7 86:20
**city**   81:15 91:22
92:4
**civil**   49:10
**claim**   64:11
**claims**   39:18
**clark**   57:23 58:2
**clarke**   86:6,7,9
**clc**   68:1 74:10
**clear**   28:22
29:20 30:20
38:14 42:15
61:9 70:14

**clearly**   32:12,15
**clerk**   2:4,6,8,10
2:12,14,16,18
2:20,22 3:1,3,5
3:7,9,11,13,17
3:20,22 4:2,5,8
6:11 7:13,16,19
7:22 8:2,5,8,11
8:14,17,20,23
9:3,6,9,13,16,20
9:23 10:3,7,10
10:14 11:17,21
11:22 12:2,4,7
12:10,12,14,17
12:20,22 13:2,7
13:10,13,16,19
13:23 14:3,6,10
14:14,18 22:2,5
63:15
**close**   5:22 41:18
41:23 42:4,12
42:16 43:2,6
77:1
**closed**   94:7
**closely**   52:20
**clouse**   3:9,10
4:16,17 9:10,11
13:13,14 24:6
**coalition**   52:17
**cochrane**   81:23
**cognizant**   82:5
**cohesive**   88:7
**collect**   57:10
**collective**   15:8

**collectively**
40:10,14
**colonial**   81:8
**color**   37:16
**coma**   32:10
**combined**   50:17
**come**   5:3 22:10
27:1 32:4 57:3
70:2 90:2,19
**comes**   37:12
60:11
**comfort**   61:22
**coming**   5:5
45:13
**comm**   96:22
**commend**   57:7
61:17
**commended**
57:8
**comment**   22:1
79:22 90:8
**comments**   21:12
26:9 27:7,12,19
79:6,8 80:8 90:2
90:5,18
**commission**
58:3 77:5
**commissioner**
95:10
**committee**   1:5
4:15 15:15 16:7
17:5,21 23:12
23:15,20 26:8
27:12,13 31:21
33:11 37:23

38:6 40:5 41:4
48:14 51:13
56:18,19 57:3
66:6,12 67:4,17
68:20 73:11
75:11 79:11
86:8 87:23
88:21 89:4 90:8
90:11,12 95:5
**committee's**
23:13
**communities**
76:8 81:21 82:2
86:18,19 87:9
87:10,17 88:3,7
88:12,17 94:23
**community**
43:17 81:7,18
82:4 88:22
**compactness**
90:13
**compared** 47:21
50:16
**compliance** 36:1
36:3 44:9
**compliant** 21:1
**complies** 25:17
**comply** 66:9
**comprise** 43:1
**computer** 96:7
**concern** 52:16
53:6 83:23
**concerns** 56:3
83:2 88:14

**conclude** 66:14
94:3
**condemning**
59:16 60:8
**conduct** 88:21
**conference**
36:19 40:9
56:22 60:3 62:1
82:20
**conform** 43:7
**confusion** 28:21
30:14
**congratulate**
63:13
**congress** 24:14
37:13,19 52:2
61:23
**congressional**
5:4 24:14,17,20
24:23 25:5,8,11
25:16 27:9
35:22 40:21
46:9,20 47:7
51:5 52:2,3
75:20 76:1 77:2
77:6 80:1,3
82:19 86:16
87:15 89:6
**consider** 36:6
**consideration**
41:5 51:16
**considering**
20:9 79:21
**consistent** 66:8

**consistently**
43:14
**consolidated**
64:13 71:5,6
**constitute** 43:5
**constitution**
21:2 25:1 65:8
66:10 72:1
**constitutional**
46:11 58:11
64:11 70:21
**constrain** 76:9
**consummate**
91:2
**contact** 16:8
**contains** 43:13
**content** 96:6
**continue** 56:9
87:15
**continued** 49:14
**contributed**
87:11
**convened** 67:17
**convert** 63:21
**convict** 91:15
**convicted** 92:20
**convicts** 91:4
**cooper** 44:23
66:11 67:9
**copies** 33:2,7,9
**copy** 17:6 19:4
39:20
**core** 35:1 43:18
43:21 44:2,5,10
47:20

**cores** 45:6
**correct** 29:2,7
29:16,17 31:22
38:13,18 39:5
65:6 70:16 71:3
72:9 74:15,22
77:17,18,21
96:11
**correctly** 41:21
42:2
**cotton** 93:13,13
**council** 91:22
92:4
**councilperson**
92:21
**counsel** 96:15
**count** 59:8 93:1
93:21
**counties** 35:1,6
43:19 48:1 61:1
61:2 66:15 68:9
72:22 73:8,15
75:13,22 76:5,8
76:19 77:10,12
77:16 78:10
84:3
**country** 53:10
**county** 43:21,22
44:16,17 45:5
52:13,15 58:1,5
59:14 67:19
68:4,5,5,5,12,14
68:15,15 72:2
73:10 75:8 76:2
77:5 78:3 80:5,5

80:13 81:14
83:21 91:9
92:17 93:12
94:18,20 95:9
95:10 96:2
**couple** 20:11
83:2
**course** 20:11
47:5 76:18 79:9
**court** 5:6 16:23
17:2 20:15
24:15 25:2,9,14
26:3 27:3 30:22
31:10 33:20
34:2,12 36:2
37:7,10 40:18
41:9,19,20,23
42:1,5,21 43:11
43:12 45:2 47:6
49:18 53:8
64:12,16,20,21
66:11 67:10,23
68:20 70:20
71:8 72:16
75:17,19 76:23
77:7
**court's** 25:6,14
34:13 41:10
42:19 43:8
64:22
**courts** 38:10
43:18 58:6
**cracking** 34:20
35:4 43:16

**created** 66:20
**crime** 83:13
**criminal** 91:10
**critical** 87:3
**crossover** 68:13
68:17
**crowe** 50:4,6
**cultural** 88:5
**culture** 52:8
**current** 35:22
49:18
**cutting** 84:16

**d**

**d** 27:22
**daniels** 39:13
**data** 50:15
**date** 17:22,23
96:12
**dated** 18:16
**david** 85:6
**day** 50:2,7
60:13 91:15
92:5 96:18
**days** 50:18
**deadline** 15:14
38:9
**dealing** 31:1
**dear** 40:4 79:10
**decatur** 35:10
**decided** 26:20
31:4
**decision** 52:21
53:8 72:17
**decisions** 43:10
53:18

**declared** 49:18
**decrease** 50:9
**dedicated** 52:6
**deeply** 63:10
**defending** 81:15
**defense** 83:8
**deference** 22:18
44:13
**definitely** 50:11
**degree** 34:4
42:17
**delta** 81:5
**demands** 66:14
**democracy** 49:8
89:11
**democrat** 7:9
**democratic**
56:21,22 57:1
60:3 62:1 82:20
87:2
**demonstrated**
68:16
**depends** 68:13
**description**
66:23
**deserves** 63:5
**determination**
25:7 65:13
**determine** 65:10
67:12
**determined**
41:22 42:3
**developed** 76:22
**deviation** 73:9
73:22 74:2,6,8

74:10,13,20
75:2,16 77:2,8
77:13,16,20
78:2
**deviations**
43:23 74:5 78:9
**dialogue** 89:1
**dictum** 73:17
**differ** 18:19
59:4
**different** 20:16
31:9
**difficulties**
50:17
**diluted** 88:3
**directed** 50:21
**direction** 48:6
**director** 52:4
82:16
**discrimination**
41:17 49:20
**discuss** 16:18
17:11 20:4
**discussed** 47:13
**discussions** 79:3
**disenfranchis...**
87:8
**dismantle** 86:12
**disobedient**
55:9
**displayed** 27:20
**distinction**
70:14
**distribution**
33:14

**district** 27:21,22
34:2,8,11 35:2,3
37:20 41:9,20
42:1 43:7,12
45:6 49:19
51:14 52:3 56:1
59:14,19,23
60:1 64:12,21
64:22 65:22
66:20 67:8,14
67:14 68:10,11
68:12 80:3,6,7
82:19 84:16
92:3,14,21 93:5
95:10
**district's** 41:8
**districting** 66:2
**districts** 24:13
24:14,17,20,23
25:5,8,11,16
27:9 33:22 34:5
34:17 35:9,9
42:23 43:4,13
43:20 44:4,6,7
46:20 47:2,16
49:4 51:5 54:1
56:4 58:20,23
59:9,12 61:9,23
62:12 65:5,7
67:11 68:3
71:21 75:14,21
76:1,7 77:2,3,4
77:6,7 84:18
85:20 88:11,14
90:14 94:17

**diversity** 5:7
**documented**
41:18
**doing** 20:15
29:22 68:22
85:12
**donald** 89:16
**donna** 63:23
**door** 94:19
**dorman** 23:11
**dot** 27:23
**dothan** 82:12
**doubts** 71:22
**dowdy** 40:6
**dr** 51:23 54:4
56:14,16,17
62:15,22 63:1,5
63:8 94:15 95:3
**draw** 60:5 61:1
75:12 86:15
89:6
**drawing** 49:3
87:15
**drawn** 27:9 44:6
52:17 55:19
60:23 65:22
72:13 73:10
75:7 76:3,7
**driving** 48:19
**dubose** 40:12
**duchin** 44:23
**due** 58:17 59:4

**e**

**e** 27:23,23 96:1
96:1
**earlier** 90:11
**early** 67:16
91:18
**economy** 49:16
**education** 35:16
49:12 83:19
**effective** 56:5
66:19
**efficiently** 82:2
**eight** 43:18
**either** 7:15 35:2
43:1
**elaborate** 49:3
**elect** 7:3 10:19
34:9 37:12
47:18 88:12
**elected** 91:21
93:15
**election** 4:14
38:3 44:20
50:18 67:10
**elections** 41:12
42:6 43:15 47:7
67:12
**eligible** 83:16
84:17
**ellis** 3:11,12
9:13,14 13:16
13:17 24:6
**elmore** 84:4
**email** 21:12,20
21:23 22:1

27:18,20 90:2
90:11
**emailed** 79:6
**emphasized**
42:21
**employment**
49:12
**empower** 86:16
88:11
**enable** 27:2
**enact** 66:6
**enacted** 24:12
44:19 64:16
**enactment** 41:2
**encourage** 62:4
**ended** 92:1
**enforce** 65:3
**engagement**
52:7
**engaging** 88:22
**england** 3:14,15
5:18 6:20,23
7:15 8:4,19,22
9:8,17,18,19,22
10:2 13:20,21
24:7 69:3,8,12
69:13,23 70:1
70:10,11,23
71:9,18 72:4,18
73:1,5,12,23
74:7,11,18 75:1
75:5 76:12,17
77:14,22 78:7
78:15,19

enjoy  41:11
enjoyable  57:22
ensure  87:5
  88:2
ensured  37:10
entered  25:3
entire  54:1
entitled  65:14
envelope  33:13
equal  55:15
  75:20
equalize  68:8
eras  81:9
especially  55:17
essentially
  44:16
establish  65:16
  66:18
established
  88:11
establishes
  64:16
establishing
  65:18
evaluate  66:17
evan  32:17
  36:14 40:6
  82:22
evans  89:21,22
evening  54:23
everybody
  15:11,13 17:5
  18:4 19:18 21:4
  21:5,22 32:12
  39:21 53:22

57:20 58:17
evidence  34:3
  66:13 67:6
example  50:5
except  68:10
excuse  23:22
executive  52:4
  82:16
exercising  86:21
exhibit  28:6,8
existing  19:17
expecting  20:16
experienced
  50:23
experiences
  88:13
experts  42:13
expires  96:22,23
explained  83:4
explaining  49:5
explanation
  67:3
express  36:22
  57:4
expressing
  52:16
extensive  41:15
extra  32:9
extraordinary
  16:20
extreme  42:17

f

f  96:1
fabric  87:12

face  50:18 87:15
faced  86:20
faces  91:7
facing  50:2
fact  30:20 31:3
  31:14 49:8
  58:14 67:7,17
factor  49:7
fair  55:15,22,23
  58:15 86:22
fairly  79:14
fairness  5:10
  89:10
faith  86:9,10
faithfully  41:20
  42:1
far  15:16 35:16
  37:8 86:18
fast  15:17
favor  11:18 15:7
  34:13 40:19
favored  67:13
features  34:16
federal  16:22
  24:15 25:2
  35:23 43:12
  55:10
feeding  49:13
feel  35:18
felicia  54:16
felt  79:16
ferries  81:20
  82:3
fifth  84:11

fight  61:19 62:8
figures  2:10,11
  4:23 5:1,19 6:7
  7:6 8:2,3 11:6
  12:7,8 17:15,17
  17:22 23:22
filed  34:19
filings  26:2
final  44:2
finally  44:20
  89:2
find  74:14
findings  41:10
  42:6
fine  32:23 39:23
  54:15
first  6:5 11:15
  28:1 30:22
  31:21 45:15
  65:16 76:3 88:2
  91:4,23 92:1,19
  92:20
fits  66:22
five  32:5,13,19
  32:23 63:9 73:8
  84:11
flexibility  65:21
floor  10:20
folder  70:5
folks  33:5
follow  55:14
  68:21,22
following  24:11
  87:23

**follows** 64:23
**forbidding** 25:4
**forefront** 53:2
53:15
**foregoing** 96:4,8
**forgive** 82:10
**forgot** 59:8
**form** 35:1 96:7
**forward** 22:10
32:10 38:2,5
44:1 48:5 56:6
56:11 57:8
62:18 82:18
84:20 90:19
95:2
**fought** 48:22
81:13,14,15
87:11
**found** 36:1
**founder** 52:5
**fragmented**
88:3
**france** 15:16
**frank** 90:22
**friends** 57:11
59:6
**front** 21:18,23
**full** 36:22 37:4
**fully** 87:2
**fulton** 54:11
**fund** 83:8
**further** 44:13
57:6 79:3 96:14
**fussing** 60:8

**future** 89:9

**g**

**g** 27:23
**general** 43:15
**gentleman** 94:9
**gentlemen**
10:17 36:17
**geographic** 88:5
**gerrymandering**
76:10,11 83:22
88:4
**gerrymanders**
24:18
**getting** 61:22
**gingles** 65:16
66:18
**give** 22:18 26:21
27:16 32:4,9,13
32:19,22 37:16
41:4 46:17
61:21 63:5,9
79:18 86:16
87:16 89:7
**given** 17:6 36:7
42:17 53:21
**gives** 17:13 60:6
**glad** 21:7
**glasgow** 82:15
83:9
**glass** 83:9
**go** 4:21 17:4
18:13 51:3
69:16 76:14
78:12 81:8,11
93:7,22

**goal** 58:19
**goes** 60:12
72:15
**going** 17:9 19:1
20:3 21:20
30:10 31:10
32:4,8,13,18
46:14 56:1 57:6
57:12,13 58:8
59:3,11 60:2,3,5
60:20,21 61:8
61:14,17 62:12
63:2,7,9 65:3
69:6 70:12
72:14 75:10
95:1
**good** 23:9 32:16
32:17 36:16
39:11 45:17
51:22 54:23
57:15 61:17
72:12 76:6
82:14 91:2
**gotten** 92:6
**gov** 27:23
**governance**
46:12
**governing** 66:10
**government**
49:23
**governor** 16:19
91:20
**graciously**
90:22

**graduated**
45:20
**great** 5:9 22:18
52:14 55:6
**greater** 40:7
**greatly** 21:15
**gregory** 86:5
**grimsley's** 59:14
**group** 40:23
46:3 48:18
52:18,18
**groups** 88:23
93:1
**guess** 19:23
29:11 76:2
**guidelines** 16:15
16:18 17:6,7,11
17:21 18:3
19:18 20:2,13
20:18
**guides** 31:7
**guy** 91:20
**guys** 53:18

**h**

**half** 61:11
**hall** 3:18,19
5:14 9:20,21
10:22 11:1,2
13:23 14:1 24:8
93:8
**hand** 22:21
33:12 63:6
**handed** 38:15
55:13

handicaps  91:7
happened  59:13
  92:2
harper  61:5
harris  66:11
  67:9
hb1  34:18 40:21
  41:1,9,22 42:3
  44:7,17
heading  17:18
healthcare
  49:11
hear  17:10 27:4
  31:19 32:12,22
heard  7:12
  53:22 87:6
  88:18
hearing  1:9 17:1
  17:8 21:22 22:7
  22:9 23:10,13
  23:14 25:20
  26:4,7,16 27:8
  27:11,18 28:2,6
  33:14,21 46:9
  56:8 69:16 79:9
  84:19 90:9 94:4
  94:7 95:19,22
hearings  52:12
  69:19
heavy  50:19
held  34:2 41:19
  41:23 83:8
help  60:7 62:15
helped  52:11

helpful  20:22
  36:9
helps  76:9
henry  59:14
hereto  28:10
heroes  49:15
hi  82:14
hiding  19:17
high  45:20 46:4
  85:9 93:10
highest  84:3,12
highway  91:13
hill  61:5
hills  45:20
hindered  87:1
hip  52:7
historians  46:15
historic  80:20
  80:23
historical  80:18
  86:23 88:15
historically  81:6
  81:17
history  41:16
  46:7 49:9 52:23
  55:7,9,11 81:9
  81:20 87:7 89:6
hold  34:23
holding  40:20
hollow  59:1
homeless  49:13
hop  52:7
hope  36:8 79:18
  90:9

hot  20:10
house  4:21 5:12
  5:13,15,22 6:4,5
  6:10 7:2 23:18
  77:3
housed  83:20
housing  49:12
human  49:10
hundred  81:3
hunt  91:20
huntsville  35:10
  93:7

**i**

identification
  28:9
identified  43:17
  45:2
identify  27:5
ids  50:16
iii  90:23
illustrative
  44:22,23 45:1
  65:17
immensely
  87:12
impacting  84:17
imperative
  87:18
implore  53:13
  53:18 86:15
  88:20 89:2,3
importance
  46:10 49:3
important  5:7
  20:7 27:2 56:18

59:13 83:14
improving  52:6
inaudible  15:5
  16:12 54:7,8,13
  69:4,14 85:3
incarcerated
  83:5,11,16
incarceration
  84:13
include  42:23
included  27:19
includes  48:23
  80:4
including  26:4
  44:22 66:19
incorrect  50:21
increase  76:19
increased  50:11
increasing
  83:22
independent
  30:23 31:3
indicate  47:20
indicated  33:19
individuals  47:1
  47:18
inequalities
  87:14
influenced  50:9
informed  46:16
initial  20:9
initially  71:11
  91:3
injunction  25:4
  25:19 41:8

42:19 65:2,10
**injustices**  86:23
**inmates**  84:4,5
**input**  18:23 21:4
   69:6
**inside**  14:23
   50:20 83:17
**instance**  44:4
**instilled**  46:13
**intense**  42:15
**intentionally**
   78:18
**interest**  43:17
**interested**  96:17
**interests**  88:9
**intimately**  52:9
**introduced**
   25:21,23 30:1
   67:16
**involved**  52:10
   63:10
**involving**  83:13
**iraq**  48:21
**irrelevant**  61:6
**issue**  29:6 35:23
   57:16
**issues**  34:18
   35:21
**item**  4:13 14:21

**j**

**j**  1:16 89:16
   96:21
**jackson**  39:11
   39:13 40:1,4,7
   48:11,12,15

51:4 54:6
**jaigregory**  86:9
**jail**  91:9
**james**  54:17,19
   54:23 55:1 90:7
   90:10,22
**jefferson**  44:15
   68:4,12,14,15
   72:2 80:5 96:2
**jim**  50:4,6 63:3
   63:7
**jimmy**  57:23
**job**  61:17
**joe**  56:14,20
   83:4 91:3
**john**  95:9,11,12
**jointly**  26:5 28:3
   28:5 40:15
**jones**  3:20 9:23
   10:1 14:3,4 24:8
   40:12
**judge**  34:1 41:7
   64:21 70:19
   71:8 72:16
**july**  1:10 2:2
   15:13,19 16:11
   16:20 62:18,21
   69:2 79:3 96:18
**juncture**  87:4
**june**  25:13
   34:12 40:17
   47:6 49:17
   52:21
**justice**  50:14
   51:9

**k**

**kay**  79:10
**keep**  47:22 56:4
   70:12 75:12,21
   85:8
**keeping**  35:11
   43:18
**keeps**  34:23
   35:19 75:12
**kept**  93:14
**key**  47:14
**khadidah**  40:7
**kick**  23:3
**kin**  96:15
**kind**  28:20
   60:19 85:22
   91:1
**know**  16:7,9,19
   22:15 38:23
   39:20 40:17
   47:5 55:5,7
   58:10 61:18
   62:10,23 65:4
   69:1 75:11,23
   83:3,7 84:10
   85:8,19
**known**  40:10,15
   46:19 48:3
   82:17

**l**

**l**  27:23 40:12
   56:15,20
**lack**  79:16 83:18
**ladies**  10:17
   36:16

**lady**  91:5
**laid**  37:7
**lakeisha**  40:11
**large**  57:19
**largely**  44:5
**late**  90:6
**law**  35:12 50:1
**laws**  50:8,8,12
**lawsuit**  34:19
   57:7 83:9
**lawsuits**  24:16
**lawyer**  23:11
**lawyers**  20:23
   46:15 61:18
   67:2
**lays**  39:18
**lead**  37:1
**learn**  46:5
**leave**  44:4 53:11
   90:8
**lectern**  27:1
**left**  58:4
**legal**  67:22 83:8
   87:19
**legally**  45:2
**legislative**  1:5
   45:4 51:11
   66:22
**legislative's**
   44:13
**legislator**  91:2
**legislators**
   62:11
**legislature**
   24:12 37:23

**[legislature - maps]**

44:6,18 45:10
58:22 59:16
65:2,20 68:7
**legislature's**
41:2 44:14
**lemonade** 91:12
**lemons** 91:12
**lengthy** 50:19
**lesson** 81:10
**letetia** 39:13
40:6
**letter** 28:3 33:2
39:17 47:11
**liability** 65:18
66:4
**liberty** 51:9
**license** 96:22,23
**lie** 55:5
**life** 91:18
**light** 5:3
**liked** 92:18
**likely** 41:3 47:8
75:18
**likeminded**
48:19
**limestone** 84:5
91:9
**limit** 27:7
**limiting** 45:5
**lines** 5:5 50:19
60:5,19 66:16
68:4 72:3,22
73:20 78:3,18
84:16

**list** 26:15 28:12
**listening** 27:17
56:20
**literally** 92:18
**litigation** 67:16
71:6
**little** 20:10 23:4
32:9 57:15
59:20 60:6
80:17 81:16
82:2,3 91:1
**live** 21:21 37:21
45:18 83:21
**lives** 48:15
**livingston** 2:12
2:13 8:5,6 11:8
11:17,18,19
12:1,3,6,10,11
12:11,13,16,19
13:5,9,15,18
14:9,13,17,19
23:16,22,23
**locations** 48:20
50:22
**log** 59:1
**long** 46:19
70:12 73:19
79:20 81:7,19
81:21 83:12
86:18
**longstanding**
87:14
**look** 17:14 18:4
19:18 20:12
21:5,7 38:5 48:5

56:2 62:17
84:20 85:16,23
94:17
**looked** 59:2
67:10
**looking** 13:5
17:17 18:6,16
77:7 95:2
**lot** 47:13
**love** 40:13 85:11
**lovvorn** 3:23 4:1
10:4,5 14:7,8
24:9
**lower** 34:11,13
35:23 36:14

**m**

**ma'am** 17:16
19:7,10,13
31:17 40:3
**mad** 60:16
**maddox** 46:6
**made** 46:22
47:1 49:19
94:15
**maintain** 44:5
**major** 49:7
**majority** 7:8
43:2,5 47:16
49:4 51:6,14
58:20,22 60:14
61:9,22 88:10
92:8,9
**make** 19:6
20:23 21:6
28:21 29:19

30:13 38:13
53:18 55:14
67:5 70:13,13
74:20 77:15
78:11 85:10
93:16 94:17,21
95:5,14
**makes** 45:3
47:13
**man** 92:2,19,20
**manasseh** 40:13
**mandate** 55:12
55:14
**mandates** 55:10
**manner** 44:16
**map** 13:5 26:9
29:6,9,20 30:1
34:15,19,22
35:3,5,11,14,16
35:19,22 36:6
36:23 37:3,6
38:1,14,15,16
39:17 46:21
47:17,21,22
49:19 53:17
63:15,21 64:8,9
65:14 68:1,2
70:3 72:7,12
73:2 77:11
79:13 80:1,2,4
84:14 90:9
92:15,16 95:2
**maps** 29:15 37:9
37:15 52:16
55:14,15,19,20

65:15,17,17
71:15,16,19,21
72:6 74:1,19
75:2 84:1 86:16
87:16 89:6
94:21
**marcus** 40:11
**marked** 28:8
**mary** 85:1
**materials** 36:8
**matter** 48:16
55:2
**matthews** 90:21
90:23
**maximum** 75:15
**maye** 54:6,6,7
**mayor** 91:22
**mcgowin** 94:11
94:15 95:9,9,11
**mean** 53:10
73:6
**meaningful** 89:1
**means** 25:15
76:7 96:5
**meant** 38:18
**measures** 66:21
**meet** 38:8
**meeting** 14:22
15:19 16:11,13
17:13 20:4,5,19
21:21
**meetings** 84:21
**meets** 37:6
**member** 33:11
82:18

**members** 4:10
6:12 7:14 23:19
24:13 27:13
33:19 38:4 40:5
51:13 56:19
86:8 89:2,3
**mention** 6:22
29:5 48:22 58:7
**mentioned** 91:3
**merrill** 24:16,19
24:21,22
**message** 5:9
**mic** 36:15
**michelangelo**
91:14
**microphone**
18:9 22:14
32:11 80:22
**mike** 80:12
**miller** 29:14
**milligan** 24:22
25:20 26:6 28:4
29:1,14 30:16
32:16,17,20
33:1,8,10 36:11
36:21 38:19,21
40:6,10,19 45:8
47:11 48:4
53:16 64:14
65:13 71:15
72:7,8 82:22,23
**minds** 56:2
**mine** 55:6
**mines** 83:3

**ministries** 40:8
**minority** 5:13
7:7 49:4 51:14
57:1 85:14
86:19 87:22
88:10
**minus** 77:8
**minute** 13:6
27:16 59:19
67:20,21
**minutes** 14:22
15:9 27:16 32:5
32:13,19,23
33:16 45:14
63:9 90:20
**mirror** 35:15
**misguided** 51:1
**missed** 92:12
**mission** 86:11
**mistake** 95:15
**mobile** 35:17
44:17 68:5 72:2
80:7 81:5,15
82:6 85:11
**mobilize** 52:11
**mock** 46:8
**modest** 44:8
**moment** 63:2
89:5
**montgomery**
35:17 43:21
48:11 54:16,19
56:15 58:5 68:5
80:7 84:5 85:2
89:16

**moral** 51:11
83:13 87:18
**morning** 32:16
**motion** 5:21,21
6:3 7:13 15:1,4
**move** 38:2 44:1
48:6
**moved** 6:1 15:2
**moving** 14:20
57:8
**multi** 86:10
**multiracial**
52:18 86:11

**n**

**n** 27:23
**naacp** 36:19,19
38:3 40:9 83:7
92:23
**name** 15:22
16:2,4 17:19
23:10 26:23
27:6 32:12,17
36:17 39:12
45:18 48:14,17
51:23 54:23
56:20 82:15
90:20,22 95:8
**named** 46:6
**nation** 46:12
**near** 27:20
**necessarily** 77:9
**necessary** 44:8
60:22 66:4
73:16 77:17,20

**need**  15:21 16:1
16:4 20:14,17
20:19 21:16,17
21:18 22:5,14
22:14 23:4
32:10 42:22
61:7,8 62:5
64:21 81:9
94:21 95:7
**needed**  46:16
**needs**  75:11
88:9
**neighbors**  49:13
**neither**  96:15
**never**  46:21
58:4
**new**  24:13,14,17
24:19,22 25:5,7
25:10,16 26:5,9
27:8 66:20
79:18
**nominate**  4:18
5:18 11:3
**nomination**
4:22 5:15
**nominations**
5:22 10:20
**nominee**  52:2
**north**  93:7
**northern**  35:8
35:13
**noticed**  59:5
**number**  16:2,6
45:5 76:19

**numbers**  55:5
84:8 85:9 93:1
94:21

**o**

**o**  27:23
**objective**  73:16
78:10
**objectives**  78:4
**obligation**  87:19
**observations**
85:10
**obstacles**  49:6
86:21
**occurring**  96:12
**october**  67:18
**offering**  20:2
**office**  91:21
**officer**  23:13
**oh**  30:9 32:21
90:5
**okay**  6:21 16:16
23:2,6 28:14
29:4 30:10,11
32:2 33:3,8
38:22 40:1,2,4
54:14,17 64:5
69:21 77:22
81:4
**older**  92:8 93:5
**olds**  91:8
**oliver**  92:13
**once**  55:6 66:7
**ones**  18:17,22
**online**  81:3

**open**  10:20
**opened**  82:1
**openly**  88:22
**opinion**  46:1
64:22
**opinions**  73:18
**opportunities**
47:17
**opportunity**
26:21 33:22
34:5,17 36:7
37:17 47:3
48:13 53:21
57:3 65:5,7 67:7
68:2,12 71:21
75:14 86:13
87:4 88:16
90:14
**order**  6:18
10:18 28:20
42:20 43:8 65:5
65:22 68:7 73:8
73:13 77:12
86:12
**orders**  31:2
**ordinary**  82:16
**organization**
16:4,5 46:3
48:17 52:9
86:11
**organizations**
36:20 88:23
**organizer**  55:1
**orr**  2:14,15 8:8
8:9 12:12,13

23:23
**outside**  34:8
50:20 85:16
**overall**  44:2,10
**overcome**  88:15
**overt**  41:14

**p**

**p.m**  1:11
**p.m.**  2:2 15:13
62:20 95:20
**package**  70:7,8
**packet**  14:23
**page**  19:6 96:12
**painful**  87:7
**painted**  91:14
**panel**  33:5 34:2
34:11 35:23
**paper**  91:13
**paramount**
88:20
**pardon**  91:20
**park**  80:20 81:1
81:13
**part**  35:8,13
**participate**  87:2
**participating**
57:18
**participation**
88:20
**particular**
26:13 31:4 46:3
83:21
**particularly**
34:20 39:18
46:22 84:3,16

[particularly - politicians]                                              Page 112

86:19
**parties**  71:5,7
  96:16
**party**  29:21
  57:2 71:1
**pass**  58:22
  72:15
**past**  44:14,14
  60:23 67:11
**pastor**  83:8
**pathways**  86:13
**pending**  41:3
  64:12 65:9
  70:16,19
**people**  21:20
  28:12 37:16
  45:14 46:8 47:3
  48:19 49:13
  52:12 53:1,15
  53:19 55:17,23
  56:3 81:3 82:17
  83:16 91:19
  92:7,9 93:9
  94:18,22
**percent**  42:9,12
  44:12 46:23
  47:20 50:15,16
  51:7 59:7 61:10
  61:10,11 72:23
  75:16,16
**percentage**
  44:11
**percentages**
  74:2

**perform**  43:14
  67:7
**performed**
  67:11
**period**  81:22
**persevered**
  87:10
**person**  37:12,18
  45:15 58:12
  60:10 77:9 85:4
  85:6 92:2,5
**persons**  26:15
  27:17
**perspective**
  80:18
**pertains**  49:10
**peyton**  61:5
**phase**  30:22
  31:1,8
**phases**  30:21
**phone**  16:2,5
  51:1
**photo**  50:13,16
**physically**  27:3
**picked**  91:13
  93:13
**picture**  91:14
**pinnacle**  53:4
**place**  61:5
**placed**  35:2
**plaintiff**  29:21
  30:10 31:22
  32:5 36:20
  66:17

**plaintiff's**  30:2
  44:22
**plaintiffs**  22:17
  22:20,23 25:21
  25:22 26:6 28:4
  28:23 29:2,12
  29:13 30:4,6,8
  30:16 32:1,3
  37:1,3,5,6 38:5
  38:16,17,19,21
  39:1,4,14 40:11
  40:15,20,23
  43:9 44:21 45:9
  47:12 48:5 53:9
  53:16 55:16
  57:7 61:16 62:4
  64:10,11 65:13
  67:15 70:18
  71:16 72:9
  79:12 82:22
  84:14 90:15
**plan**  16:1,22
  26:5,10,13 28:5
  40:16,21 41:3,6
  42:22 43:3,9,13
  44:12,15,20,21
  44:23 45:1,10
  47:11 48:4 57:5
  58:4,8,11,18,19
  60:4,6 61:21
  62:19 63:15,17
  64:16 65:11
  67:5 70:21,21
  74:10 75:12
  76:3 79:18,21

82:23
**plans**  15:14
  25:22 26:1,1
  44:22 57:19,21
  59:3,5 60:7 66:6
  67:18,19 70:6,8
  74:12
**plead**  51:12
**please**  17:7 18:8
  26:23 27:5,7
  32:10 63:21
  90:19
**pledge**  51:8
**plenty**  17:13
**plus**  72:23 77:8
**point**  6:17 21:10
  28:20 31:15
  60:13 68:19
  81:6
**pointed**  47:15
**pointing**  67:1
  78:16
**points**  47:15
**polarization**
  34:3 42:14
**polarized**  42:7
  42:18
**police**  50:19
**policy**  44:14,14
**political**  41:12
  49:15 56:22
  76:8
**politician**  91:3
**politicians**
  46:15

politics  53:14
polls  48:18
pond  54:16
populated  84:3
population
   43:22 47:1 51:6
   51:7 59:11
   60:15 68:8
   75:15,20 77:20
   91:6 92:8,9
possible  15:18
possibly  57:21
potential  26:9
powell  40:13
power  86:17
   87:16 89:7
practical  42:21
preaching  78:15
preamble  23:5
precedence
   41:21 55:12
precedents  42:2
precincts  35:7
   73:15 78:9
preconditions
   66:19
preferred  42:11
preliminary
   25:3,7,15,19
   41:8 42:19
premonition
   91:15
presence  50:19
present  4:8,11
   27:4 74:1

presented  16:22
   47:3 48:4 71:14
   72:8 73:2 74:12
   74:19 83:1
presenter  69:9
presenters
   71:12
presenting
   34:15
preserves  35:13
president  36:18
   85:13,13
pretty  57:14
prevails  89:10
prevent  76:11
previous  47:22
   53:19
previously
   25:23
primary  43:15
prime  50:5
principles  46:11
   66:2 88:1
pringle  4:3,4,13
   4:18,19,20 5:20
   6:2,9,16,19,23
   7:1,2,12,15,18
   7:21 8:1,7,10,13
   8:16 9:2,5,12,15
   10:6,8,9,9,13,15
   10:16,23 11:4,7
   11:10,14 14:11
   14:12,20 15:3,6
   15:9,23 16:14
   16:17 17:16,20

18:1,8,12,21
19:7,10,13,16
20:3,21 21:16
22:4,8,13 23:6,8
23:18 24:9
28:13,15,18
29:3,8,17,23
30:9,17 31:16
31:20 32:2,8,18
32:21 33:6
36:10 39:23
40:3 45:12 48:9
51:2,17 54:3,10
54:14,21 56:12
62:13,17,23
63:7,14,20 64:1
64:5 68:23 69:5
69:10,15,21
70:3 78:19 79:1
80:9,10,15,21
81:2 82:7,10
84:22 85:5 86:4
89:13,18,23
90:4,17 93:19
94:1,6,13 95:7
95:11,17
prior  20:18
prioritize  87:23
prison  83:12,22
91:17,18,19
94:19,20,20
prisoners  59:8,9
59:10
prisons  83:5,17
91:6

privilege  46:4
privileged  57:17
probably  85:19
problem  35:4
   68:19 78:17
procedure  20:1
   20:8,9
procedures
   31:12
proceeding  96:4
proceedings  2:1
   96:11
process  17:4
   30:21 31:9,11
   38:2 52:10 78:1
   78:13 87:3 88:1
   88:22
processes  31:13
processing
   15:17
produce  86:13
produced  59:6
   96:6
produces  75:13
producing
   34:23
professor  55:6
profound  94:16
program  46:8,9
progressive
   79:19
progressively
   56:11
projected  85:16

**promote** 58:19
**propelled** 52:23
**propensity** 93:2
  93:3,10
**proper** 48:20
**proposed** 25:21
  25:23 26:5 28:5
  68:1 90:10
**proposes** 43:3
**protect** 58:12
  87:21
**protecting** 45:6
**protection**
  47:23
**proven** 49:8
**provide** 66:7
  67:2 71:21
  88:16
**provided** 29:15
  36:8
**provides** 68:2
**public** 1:9 17:8
  21:21 22:7,9
  26:9 46:18
  52:12 69:7,16
  69:19 85:17,18
  88:19 94:4,7
**purpose** 26:7
  27:10,11 72:13
  74:8,13
**purposes** 65:18
**push** 56:6,10
**put** 31:11 53:14
  53:14 58:3 62:9
  62:19 63:23

**q**

**quality** 96:10
**question** 11:15
  18:18 22:2 66:5
  69:4,9,11,17,23
  71:10,12,13
  72:5,11 76:13
  78:21
**questions** 16:6,8
  21:12 27:13,14
  38:7 69:19 79:5
**quite** 36:13 43:2
  43:6 85:10
**quorum** 4:9,11
**quote** 41:10,19
  41:20,23 42:1,4
  42:7,12,14,16

**r**

**r** 27:22 96:1
**race** 66:2,15
  79:20
**races** 50:17
**racial** 24:18
  34:3 41:14,16
  42:13 66:16
  68:4 72:3,22,23
  73:20 78:18
**racially** 42:7,18
  58:14
**racism** 50:3
  86:12
**raise** 22:21
  36:14 83:2
**raised** 45:19

**ran** 91:21,22,23
  92:10
**rate** 84:13
**read** 17:10 18:4
  21:5 22:2 31:2
  39:16,21 64:22
  79:7
**ready** 22:9
  28:15 38:2
**real** 57:14,16
  60:17
**realistic** 61:12
**reality** 42:21
  60:18
**realize** 58:13
**really** 32:20
  46:12 53:18
  84:6 85:7
**reapportioned**
  59:15
**reapportionm...**
  1:7 17:20 23:12
  26:8 48:14
  57:18 58:4 89:4
**reason** 5:4 18:3
  43:3 45:7 75:8
**reasonable**
  51:14
**reasonably** 66:3
**reasons** 45:8
  48:2
**received** 79:8,23
**recently** 26:3
  59:16

**recognition** 5:2
**recognize** 45:14
  63:3 87:13
**recognized** 36:2
**recognizes**
  48:10 51:20
  54:5,11,16
  56:14 78:20
  80:12 82:11
  85:1 86:5 89:15
  89:20
**recognizing**
  55:10
**record** 27:6,19
  28:2,22 29:20
  33:3 38:13
  39:16,22 66:22
  84:8
**recording** 96:10
**redistricting**
  17:21 37:22
  38:6 40:21 46:2
  52:10 79:11
  88:1,21
**redraw** 37:9
**redrawing** 5:4
  80:1
**redrawn** 25:17
**reduce** 59:11
**reed** 56:15,16
  56:17,20 62:14
  62:15,22 63:1,5
  63:8 83:4 91:3
  94:15 95:3

**reference** 26:10
26:12,13
**referring** 67:4
**reflect** 44:7 45:4
**reflects** 88:8
**regarding** 46:1
**regardless**
79:19
**regards** 34:20
**region** 82:6
**registered** 26:17
**related** 41:17
**release** 24:11
91:19
**relevance** 46:10
**relevant** 29:13
**remedial** 25:21
26:1,1,5 28:5
35:3 36:6 38:15
38:16 39:17
40:16 42:22
43:4,9,20 44:12
44:21 65:15
79:13
**remedies** 43:16
45:3
**remedy** 31:1,3,8
64:19 66:7 71:7
**remind** 15:12
**remotely** 1:16
27:18
**repairing** 49:10
**repeat** 55:4,8
58:9

**reporter** 27:3
**represent** 37:19
55:23 56:1
70:15 79:14
**representation**
79:17 86:22
87:17 88:8 93:6
**representative**
3:3,4,5,6,7,9,10
3:11,12,13,15
3:18,19,20,22
4:1,2,4,5,7,16
4:17,18,19 5:14
6:20,22,23 7:17
7:20,23 8:3,7,9
8:12,15,18,22
9:1,3,4,5,6,7,8,9
9:10,11,12,13
9:14,15,16,18
9:19,20,21,22
9:23 10:1,2,3,5
10:6,7,9,10,12
10:13,22 11:1,2
11:5 13:7,8,10
13:11,13,14,16
13:17,19,21,23
14:1,3,4,6,8,10
14:14,16 23:17
24:3,4,5,5,6,7,7
24:8,8,9,10 47:4
47:19 48:7
52:13 69:3,8,12
69:13 70:1,10
70:11,23 71:9
71:18 72:4,18

73:1,5,12,23
74:7,11,18 75:1
75:5 76:12,17
77:14,22 78:7
78:14 91:23
92:11
**representatives**
23:19 88:12
**represented**
55:16 59:18
**representing**
22:17,20,22
37:13 70:17
86:9
**represents**
23:12 96:8
**republican** 7:10
**repugnant**
41:16
**require** 77:8
**required** 37:8,9
78:2
**requirement**
50:13 65:16
**requirements**
74:15,21
**requires** 77:9
**residents** 89:1
**resilience** 87:13
**resolve** 41:3
**respect** 58:17
59:4
**respectfully**
45:9

**respecting** 88:5
**response** 3:8,21
76:4 78:23 94:5
95:16
**result** 20:16
96:17
**results** 60:10,11
61:20
**retains** 65:20
**retention** 44:3
44:10 47:21
**return** 50:10
**returns** 67:10
**review** 14:21
17:7,11,14
18:23 19:19
20:23 47:10
**reyer** 1:16 96:21
**reynolds** 4:6,7
10:11,12 14:15
14:16 24:10
**rhondel** 54:11
54:17,19
**rhone** 54:11
**right** 19:6,9
29:18 33:17
35:20 38:21
39:9 51:4 54:15
56:9,10 61:20
69:11 70:4 71:1
71:10,19 72:5
86:21 87:5 89:5
91:16 94:19
95:13

**rights** 21:3
24:21 25:1,9,18
35:21 36:4
40:22 43:12
44:9,11 47:9
48:18,23 49:11
49:23 53:2,10
64:18 65:12,19
65:23 66:9
73:14 74:14,22
78:5 87:11,20
87:21
**river** 93:14
**roberts** 2:16,17
8:11,12 12:14
12:15 24:1
**robinson** 92:13
**rodney** 40:13
**rodreshia** 82:11
82:15
**roll** 3:15,17 6:8
6:9,11 7:13
11:17,21
**rolling** 48:17
**ronald** 40:13
54:20,21 55:1
**room** 15:20
21:11
**rowed** 93:14
**rule** 65:22
**ruled** 33:21
34:12 40:18
47:6
**rules** 68:21

**ruling** 25:6,15
34:10,14 64:20
**run** 80:19,23
91:21
**running** 81:21
**runoff** 92:3,12
**russaw** 82:12,14
82:15
**russell** 85:6,7

**s**

**s** 27:22,23
**safe** 58:20,23
59:23 61:9
**sanders** 76:4,22
**satisfied** 75:19
**satisfy** 65:8,23
71:23 73:13
74:14,21 90:14
**satisfying** 72:19
**saw** 59:13,18
**saying** 19:4
71:13 72:14
**says** 65:10 66:12
**schedules** 17:2
**school** 45:20
46:5,21 77:5
**scofield** 2:18,19
8:14,15 12:17
12:18 24:1
**scotus** 37:10
52:21
**screen** 62:19
64:8
**scrutiny** 31:10
71:23 72:15,20

**seat** 92:6
**seats** 85:15
**second** 4:21
5:19,21 6:3 7:11
11:6,8,9,11,13
11:15 15:4,7
38:13 51:13
59:23 60:1
68:11 82:19
94:12
**secondly** 88:10
**seconds** 51:3
**section** 21:2
24:20 25:8,18
36:3 40:22
41:22 42:3 47:8
64:17 65:6,11
65:19,23 66:4,8
66:14
**secure** 90:13
**see** 20:13 53:5,8
66:21 67:11
69:1 84:6 85:19
94:10,20
**seeing** 48:5 53:6
62:18 95:2
**seem** 18:7 20:7
**seen** 22:16
61:20 71:16
77:11 84:1
91:16
**seize** 89:4
**select** 37:11,18
**selma** 89:21

**senate** 7:3 10:19
23:17 77:3
**senator** 2:4,5,6
2:7,8,9,10,11,12
2:13,14,15,16
2:17,18,19,20
2:21,22,23 3:1,2
4:22 5:1,19 6:7
7:6,16,17,19,20
7:22,23 8:2,3,5
8:6,8,9,11,12,14
8:15,17,18,20
8:21,23 9:1
10:21 11:3,6,16
11:16,22,23,23
12:2,3,3,4,5,5,7
12:8,8,10,11,12
12:13,13,14,15
12:15,17,18,18
12:20,21,22,23
12:23 13:2,3,4,8
13:11,14,17,21
14:1,4,5,8,12,16
16:9 17:15,17
17:22 23:16,20
23:20,21,21,22
23:23,23,23
24:1,1,2,2 30:18
85:11
**send** 5:8 21:13
22:1 33:7
**sense** 46:22
47:14
**sent** 70:6

**session** 16:20,21
**set** 38:9
**seven** 35:6 47:2
  51:5
**several** 81:2
**shalela** 40:6
**share** 45:23
**shared** 47:12
**sheet** 21:18 22:6
**shelby** 92:17
  93:12
**shines** 89:11
**shot** 55:22
**show** 5:7 30:3
  50:13
**shown** 90:12
**shows** 84:15
**shrinks** 80:2
**sic** 40:5 41:5
  44:20
**side** 35:20 89:5
**sides** 81:18 82:4
**sign** 21:10,17,18
  22:6 26:19 54:8
  54:9
**signature** 96:20
**signed** 26:15
  28:12 45:15
  50:1 85:7 96:18
**significant**
  86:20
**simelton** 36:13
  36:17 38:12,20
  39:2,6,9

**similar** 44:17
**simply** 58:19
**single** 68:3 75:8
  76:2
**singleton** 2:20
  2:21 8:17,18
  11:3,16,19,20
  12:9,20,21,21
  13:1,12,22 14:2
  14:5 24:2,16
  25:22 29:6,8,20
  30:1 39:4,7 64:9
  64:10 67:15
  70:6,8,18 74:4,5
  75:4,4,7,15
**singleton's** 74:4
**sir** 6:6 19:21
  20:4,22 28:18
  29:3 30:18
  36:12 51:3
  56:17 62:22
  71:8 75:5 80:14
  80:16 90:19
  95:7
**sit** 22:11 62:5,8
**six** 51:4 77:10
  77:12
**sizable** 60:15
**sketch** 51:13
**small** 74:2,19
**smith** 40:13
  79:10
**smitherman**
  2:22,23 8:20,21
  12:22,23 24:2

**society** 82:17
**socioeconomic**
  88:6
**sold** 91:16
**solid** 58:22
**soon** 57:14
**sorry** 13:4 54:22
  69:22,22 74:16
  76:15 82:13,23
  94:9,14
**sort** 19:23 33:13
**sovereignty**
  58:2
**speak** 26:14,19
  26:20 27:1,5
  32:15 36:7 39:3
  48:13 80:21
**speaker** 4:10
  5:17 6:1,6,14,17
  6:21 7:4,11 11:9
  11:12 15:2,21
  16:10,16 18:6
  18:10,14 19:3,8
  19:11,14,22
  20:6 27:15 28:1
  28:17,19 29:4
  29:10,18 30:7
  30:12,19 31:18
  31:23 32:6 39:5
  53:20 54:12,20
  57:23 58:1
  67:20 69:18
  70:9 85:3
**speakers** 26:10
  26:14,17 79:13

**speaking** 39:7
  81:6,17
**special** 16:20
**specific** 45:3
  50:13
**specifically** 83:3
  83:6 84:2
**spirit** 5:9,10
**split** 43:20 56:4
  60:21,23 61:2
  68:6,7 73:6,8,10
  73:14,15 76:1,5
  76:20 77:12
  78:3
**splits** 35:5,6
  44:15,17 45:5
  60:22,22 61:3
  72:2,21 73:20
  78:17 84:2
**splitting** 66:15
  68:3 75:7,22
  77:10,16 78:9
**spoke** 91:4,5
**spoken** 54:18
**stake** 57:10,13
  57:15,15
**stand** 32:11
  53:16,17 55:3
  55:11 67:19
  87:3 94:7
**standard** 37:7
  72:19 75:19
**standing** 82:21
**start** 16:21 19:8
  23:5 27:5 32:3

**state**  5:5 25:4
  33:23 34:6 35:8
  35:14,16,19
  36:18 38:4 40:9
  44:19 47:18
  48:6 52:23 54:1
  55:1,2 58:6
  66:16 75:23
  77:4 80:20 81:1
  84:11 87:12
  90:19 91:23
  92:10 96:2
**state's**  46:23
**stated**  53:20
  85:12
**statement**  94:16
**states**  25:13
  38:10 40:18
  43:11 51:8
  53:11 61:23
  84:12
**statewide**  41:12
**stating**  27:6
**stenographer**
  1:15
**stenographic**
  96:5
**steps**  17:3 66:15
**steve**  23:16
**stone**  40:7
**stop**  61:8
**stream**  21:21
**strength**  34:21
**strict**  31:10 50:7
  71:23 72:15,19

72:20
**strong**  42:15
  66:13
**strongly**  36:5
  45:9 51:12
**students**  46:13
**subject**  65:21
**submit**  15:14,22
  20:17 27:18
  40:16 61:14
  79:15
**submitted**  26:2
  26:11 28:3 33:3
  37:1 62:20
  65:15,17 67:23
**submitting**  16:1
  16:3
**subordinate**
  66:1
**subsequent**
  76:23
**substantially**
  66:3
**subtle**  41:14
**success**  41:11
**successful**  57:20
**successfully**
  41:1
**sugar**  61:4
**suggest**  93:6
**suggested**  79:13
  79:21
**suggestion**  21:6
  21:7

**sun**  60:12
**super**  49:15
**supervision**
  96:7
**support**  28:4
  36:22 37:4 48:3
  55:19 68:17
  79:12 80:2,4
**supported**
  38:17 39:1 42:8
  42:10
**supporting**  6:13
  64:10
**supports**  39:17
**suppression**
  50:3,6 87:7
**supreme**  25:14
  26:3 33:20
  34:12 36:2 37:7
  37:10 40:18
  41:9 42:5,20
  43:11 45:1 47:6
  49:17 53:8
  64:15,20 66:11
  67:10,23 75:17
  75:19 76:22
  77:7
**sure**  19:6 21:1
  28:21 29:19
  30:13 32:14,15
  33:1 37:2,14
  38:14 67:6
  76:15 77:15
  78:11 79:2
  93:16 94:17,22

95:5
**system**  91:17
**systemic**  50:3
  86:12,23

**t**

**t**  27:22,22,23
  96:1,1
**t.o.p.s.**  82:17
**tactics**  88:4
**take**  20:12 26:8
  27:11,12,14
  33:15 63:2
  94:11
**taken**  75:10
  96:4
**talk**  15:18 19:1
  19:19 62:5,9
  80:16
**talked**  94:16
**talking**  29:7
  60:9 61:11 75:3
**tall**  36:14
**talladega**  51:21
  52:1,15
**target**  72:23
**taught**  46:6,9,21
**teacher**  46:5
**tell**  80:15
**ten**  35:7
**tend**  55:8
**tendencies**  91:1
**tensaw**  81:5
**terms**  31:9
  33:21

terribly 94:13
testimony 46:18
  49:2
thank 5:2 7:4
  10:16 15:11
  18:14 19:15
  22:4,7 30:11
  31:15,16 33:14
  36:6,10 38:11
  38:22 39:8,9,11
  45:10,12 48:8,9
  48:12 51:16,17
  54:2,3 56:7,12
  56:17 61:16
  62:13,22 63:1
  63:11 64:5,7
  68:22,23 79:1
  79:20 80:10
  82:7,9 84:19,21
  84:22 86:3,4
  89:12,13 90:21
  93:22 94:1 95:3
  95:12
thing 20:15 62:7
  76:6
things 20:13
  55:4 58:8 93:16
think 5:2,6,8
  31:1 33:16 64:2
  72:12 73:17
  82:5
third 52:3
thomas 40:14
thought 18:10
  57:9

thoughts 57:4
thousands
  83:15
three 24:15
  25:23 27:15
  32:1,3,5 34:1,1
  41:7 45:14 53:7
  58:7 64:21
  67:18 70:19
  71:8 72:16
  90:20
tide 3:16,17
tiffany 79:23
time 17:13
  18:18,23 19:2
  19:20 26:16
  32:9 59:19 60:5
  69:20 75:10
  76:18 81:8,19
  81:22 87:13
  89:12 96:13
times 52:22
  57:22
titled 38:16
today 15:12
  16:15,18 17:8
  23:3 29:1,7,9,22
  33:3 36:22
  45:13,23 51:18
  55:11,16 56:8
  56:13 69:6 82:8
  83:14 84:20
  86:15 89:14
together 31:11
  43:19 56:5,11

58:3 62:9 89:8
told 55:7 57:11
  57:12
took 35:23
top 92:14
topic 27:7
totally 30:23
  31:3
touch 35:7 91:1
towards 49:20
  50:6
traditional 66:1
transcript 28:7
  96:6,11
transform 52:5
transparency
  88:19
travis 48:10,15
trey 45:16,18
trial 25:2,6,9,14
  42:13,19
true 96:10
truly 88:8 89:11
try 20:8 26:21
  58:9 62:9 74:20
trying 39:19
  62:7 78:4
turn 18:9
turned 91:11
turnout 50:10
  50:10 52:7,14
turpitude 83:13
tuscaloosa 68:6
  73:6,7,10 80:5

tutwiler 84:9
tweaked 20:14
twice 91:22
  95:15
two 23:15 30:21
  34:16 42:23
  43:13,19 46:6
  47:16,17 53:23
  58:7,20,22 61:9
  61:22 62:12
  64:13 65:5 66:9
  68:2,11 74:18
  75:2,13 79:8
  84:2 85:20,21
  90:13
type 50:8 76:10
tyrone 54:5,6

**u**

unanimously
  34:2
unconstitutional
  24:18 25:12
undeniable
  41:18
under 49:22
  50:12 65:19
  72:1 96:7
underrepresen...
  88:17
understand
  30:2,17 37:3
  58:13 60:4
  77:15 78:12
  88:13

**understanding** 38:18
**understands** 37:15
**unethical** 50:12
**unfortunately** 83:18
**unidentified** 4:10 5:17 6:1,6 6:14,17,21 7:4 7:11 11:9,12 15:2,21 16:10 16:16 18:6,10 18:14 19:3,8,11 19:14,22 20:6 28:17,19 29:4 29:10,18 30:7 30:12,19 31:18 31:23 32:6 39:5 54:12,20 67:20 69:18 70:9 85:3
**unique** 88:13
**unit** 16:11
**united** 25:13 38:10 40:18 43:11 61:23 81:7,18 82:1 84:12
**uniting** 35:17
**unity** 19:12
**university** 45:21
**unnecessary** 61:3
**upcoming** 84:20

**upheld** 41:9 42:20
**uphold** 87:20
**urge** 36:5 41:4 45:9 87:22
**urging** 37:22
**used** 18:19 58:2
**using** 25:4 27:20 52:7

**v**

**v** 24:16,19,22 27:23
**valley** 61:5
**variance** 84:7
**various** 52:19
**vestavia** 45:20 46:4
**veteran** 48:21
**vice** 56:23 82:18 85:13 86:2
**victory** 64:15
**violate** 24:20,23 25:8
**violated** 40:22 41:22 42:3 47:8 64:17
**violates** 65:11
**violation** 65:4,6
**virtually** 41:11
**voice** 53:22 79:20 87:6 89:9
**voices** 52:14 88:18
**volunteers** 48:16

**vote** 6:4,5,8,10 6:22 7:14 17:12 19:2 42:10,12 49:21 56:7 58:12 59:10 83:11,17 84:17 86:22 91:16 94:18,23
**voted** 35:12
**voter** 48:15 50:3 50:5,7,9,10 51:6 52:6,7 79:15 83:19 87:7
**voters** 34:5,8,21 42:8,10 43:1,4 43:14 48:19 49:1,5,6,14,20 50:2,7,15,18,20 51:10 53:21 55:2 67:13 68:14 71:22 79:14,19 87:22
**votes** 92:12,18 93:21
**voting** 21:2 24:21 25:1,9,18 34:4,21 35:20 36:4 40:22 41:17 42:18 43:1,5,12 44:9 44:11 47:8 48:18,20 49:4 49:11,18,23 50:8,21 53:2,10 59:7,11 60:14

64:17 65:11,19 65:23 66:8,20 68:13,17 73:14 74:14,21 78:5 83:19 86:17 87:16,20 89:7 93:2,3,10 94:23
**vr** 41:5
**vra** 38:16 43:9 44:15,20 48:3
**vs** 36:21 66:11 67:9 76:4,22 82:22,23 83:9

**w**

**wait** 16:11 20:19 90:5
**walked** 91:12
**walker** 21:9,19 22:5,8,11 23:4,7 23:9,11 28:11 28:14,16 32:14 33:9 38:12,22 39:3,8 71:10 79:5,7 90:1,4
**walking** 77:23
**want** 6:4,5 17:10,10 18:3 19:18 21:4,20 21:23 22:11,18 26:20 28:21 29:19 30:13 32:22 33:18 37:2,14 57:6,14 58:7 61:7,13,15 61:19 63:12,17

70:13,13 77:15
77:23 78:11
81:5 92:22,23
95:14
**wanted**  19:5
30:20 83:2
**wants**  26:19
**warning**  27:17
**watch**  21:22
**watching**  22:1
39:15 52:20
81:3
**water**  20:10
**wavelength**
62:6
**way**  16:6 18:19
19:14 20:22
25:17 33:4
44:18 46:22
68:6 72:1 74:14
75:9 81:12
92:14,15 93:11
93:12
**we've**  4:8 11:12
11:14 52:19
57:19 59:22
60:4 79:8 81:17
95:5
**week**  90:11
**weeks**  20:12
53:7
**welcome**  23:10
56:15
**wendell**  40:14

**went**  92:15
**west**  79:23
**westberry**  76:4
76:21
**white**  21:10
42:10 50:10
51:6 62:11
66:19 68:14
79:15 85:21
86:1 92:18 93:6
**wider**  49:7
**williams**  3:1,2
8:23 9:1 13:2,3
13:4 24:3 85:2
89:16,17,19
93:19,21
**win**  56:7 57:9
57:12,13 67:14
**wind**  59:21
**winfrey**  51:20
51:22,23 54:4
**wish**  85:22
**witnesses**  69:19
**woke**  49:21
**won**  67:13
**wonderful**  46:5
**word**  51:10 95:4
**work**  37:20
57:22 65:21
68:21,22
**worked**  57:20
**working**  38:5
**worth**  80:19
**write**  81:10

**writing**  20:18
**wrongs**  87:5

**y**

**y'all**  32:9 33:14
48:12 63:9,10
**yeah**  6:16 11:14
15:23 16:17
21:4,16 22:13
23:8 28:16 32:8
32:21,22 33:10
38:20 63:19
64:7 70:11 78:6
**year**  19:5 91:8
**years**  46:7 57:18
79:17
**yield**  5:14 89:17
89:18,22,23
**yields**  89:19
**young**  91:5 92:7
93:4,18

**z**

**zero**  41:11
43:22 73:9,21
74:5,6,10 77:1,8
77:13 78:2
**zoom**  96:10