

# BAYLINC

## Trips from Baldwin to Mobile

| Arrive at Bienvielle Square: (Baylinc Mobile) | Depart Spanish Fort Kohls (Baylinc Spanish Fort) | Depart Daphne Civic Center (Baylinc Daphne) | Depart BRATS Fairhope Hub (Baylinc Fairhope) |
|---|---|---|---|
| 6:45 AM | 6:25 AM* | 6:15 AM* | 6:00 AM* |
| 3:40 PM | 3:20 PM* | 3:10 PM* | 2:55 PM* |
| 5:15 PM | 4:55 PM* | 4:45 PM* | 4:30 PM* |

## Trips from Mobile to Baldwin

| Depart Bienvielle Square: (Baylinc Mobile) | Arrive at Spanish Fort Kohls (Baylinc Spanish Fort) | Arrive at Daphne Civic Center (Baylinc Daphne) | Arrive at BRATS Fairhope Hub (Baylinc Fairhope) |
|---|---|---|---|
| 6:45 AM* | 7:15 AM | 7:20 AM | 7:35 AM |
| 3:40 PM* | 4:05 PM | 4:15 PM | 4:30 PM |
| 5:15 PM* | 5:35 PM | 5:45 PM | 6:00 PM |



\*The listed departure times are approximate. Use these times when requesting a trip in the mobile application or over the phone



EXHIBIT G