Case 2:21-cv-01536-AMM   Document 191-8   Filed 08/04/23   Page 1 of 1

FILED
2023 Aug-04 PM 09:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

7/10/23, 11:12 PM    Baylinc Connects Mobile-Baldwin County Public Transit Systems : City of Mobile

# Baylinc Connects Mobile-Baldwin County Public Transit Systems

**NOV 5TH, 2007**

The Wave Transit System and The Baldwin Rural Area Transit System (BRATS) have connected the Eastern Shore to Mobile with new bus routes that begin Tuesday, November 6. The first BRATS bus will roll-out at 6 am from the Hardee's Restaurant at the intersection of Fairhope Avenue (State Highway 48) and Greeno Road (U.S. Highway 98) in Fairhope. There will be other stops along the way to pick up commuters in Daphne and Spanish Fort. The bus will then arrive at Bienville Square at 6:45 am where riders will be able to connect with The Wave transit system.

Baylinc is the first effort in south Alabama to provide regional public transportation by connecting two counties. It is the result of effort by the two transit systems, local, state and federal elected officials, chambers of commerce, community leaders, members of transportation task forces, the Baldwin County Public Transit Coalition and many other transit stakeholders representing both sides of the bay. Baylinc is an Envision Strategy in Action effort.

Schedules for the bus route are available at the BRATS hub at 18100 County Road 54 in Robertsdale, online at www.co.baldwin.al.us or call (251) 990-4636. The Wave schedules are available at the main headquarters at the GM&O Transportation Center, 1100 Beauregard St., Mobile, online at www.thewavetransit.com or call (251) 344-6600. Schedules are also available at all chambers of commerce offices. BRATS rates range from $1.50 to $3.00 depending on rider distances. The regular Wave fare is $1.25. Riders will need to have the correct change. Rider Discount Cards will be available for purchase from the bus drivers. All buses are handicapped accessible. Parking at the various stops along the Eastern Shore will be free. Employers may furnish seats to their employees as a pre-tax employment benefit and employer tax deduction of up to $110 a month.

The primary purpose of providing the new route is to help the workforce get to available jobs at both sides of the bay to aid in workforce development. However, the routes are not limited to just that one use, they may be used for chopping, medical appointments, and many other needs that the citizens may have.

## City News

June 30th, 2023
**City of Mobile dredging historic Three Mile Creek channel**

June 29th, 2023
**July 5, 2023 MEETING OF THE CITY OF MOBILE'S ARCHITECTURAL REVIEW BOARD (ARB)**

June 28th, 2023
**Intersection of McGregor and Dauphin will temporarily close July 7-11**

June 28th, 2023
**City of Mobile facilities open as cooling centers**

June 23rd, 2023
**Dauphin Street temporarily closing for MAWSS sewer installation**

**VIEW ALL NEWS »**



EXHIBIT
H