SB5 ENROLLED



FILED
2023 Aug-04 PM 09:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

1  XBT977-3

ACT #2023-563

2  By Senator Livingston

3  RFD: Conference Committee on SB5

4  First Read: 17-Jul-23

5  2023 Second Special Session





**SB5 Enrolled**

1  <u>Enrolled</u>, An Act,
2
3
4         To amend Section 17-14-70, Code of Alabama 1975, to
5  provide for the reapportionment and redistricting of the
6  state's United States Congressional districts for the purpose
7  of electing members at the General Election in 2024 and
8  thereafter, until the release of the next federal census; and
9  to add Section 17-40-70.1 to the Code of Alabama 1975, to
10 provide legislative findings.
11 BE IT ENACTED BY THE LEGISLATURE OF ALABAMA:
12        Section 1. Section 17-14-70.1 is added to the Code of
13 Alabama 1975, to read as follows.
14 §17-14-70.1
15        The Legislature finds and declares the following:
16        (1) The Legislature adheres to traditional
17 redistricting principles when adopting congressional
18 districts. Such principles are the product of history,
19 tradition, bipartisan consensus, and legal precedent. The
20 Supreme Court of the United States recently clarified that
21 Section 2 of the Voting Rights Act "never requires adoption of
22 districts that violate traditional redistricting principles."
23        (2) The Legislature's intent in adopting the
24 congressional plan in this act described in Section 17-14-70.1
25 is to comply with federal law, including the U.S. Constitution
26 and the Voting Rights Act of 1965, as amended.
27        (3) The Legislature's intent is also to promote the
28 following traditional redistricting principles, which are


29 given effect in the plan created by this act:

30     a. Districts shall be based on total population as
31 reported by the federal decennial census and shall have
32 minimal population deviation.

33     b. Districts shall be composed of contiguous geography,
34 meaning that every part of every district is contiguous with
35 every other part of the same district.

36     c. Districts shall be composed of reasonably compact
37 geography.

38     d. The congressional districting plan shall contain no
39 more than six splits of county lines, which is the minimum
40 number necessary to achieve minimal population deviation among
41 the districts. Two splits within one county is considered two
42 splits of county lines.

43     e. The congressional districting plan shall keep
44 together communities of interest, as further provided for in
45 subdivision (4).

46     f. The congressional districting plan shall not pair
47 incumbent members of Congress within the same district.

48     g. The principles described in this subdivision are
49 non-negotiable for the Legislature. To the extent the
50 following principles can be given effect consistent with the
51 principles above, the congressional districting plan shall
52 also do all of the following:

53     1. Preserve the cores of existing districts.

54     2. Minimize the number of counties in each district.

55     3. Minimize splits of neighborhoods and other political
56 subdivisions in addition to minimizing the splits of counties



57  and communities of interest.
58         (4)a. A community of interest is a defined area of the
59  state that may be characterized by, among other commonalities,
60  shared economic interests, geographic features, transportation
61  infrastructure, broadcast and print media, educational
62  institutions, and historical or cultural factors.
63         b. The discernment, weighing, and balancing of the
64  varied factors that contribute to communities of interest is
65  an intensely political process best carried out by elected
66  representatives of the people.
67         c. If it is necessary to divide a community of interest
68  between congressional districts to promote other traditional
69  districting principles like compactness, contiguity, or equal
70  population, division into two districts is preferable to
71  division into three or more districts. Because each community
72  of interest is different, the division of one community among
73  multiple districts may be more or less significant to the
74  community than the division of another community.
75         d. The Legislature declares that at least the three
76  following regions are communities of interest that shall be
77  kept together to the fullest extent possible in this
78  congressional redistricting plan: the Black Belt, the Gulf
79  Coast, and the Wiregrass.
80         e.1. Alabama's Black Belt region is a community of
81  interest composed of the following 18 core counties: Barbour,
82  Bullock, Butler, Choctaw, Crenshaw, Dallas, Greene, Hale,
83  Lowndes, Macon, Marengo, Montgomery, Perry, Pickens, Pike,
84  Russell, Sumter, and Wilcox. Moreover, the following five



**SB5 Enrolled**

counties are sometimes considered part of the Black Belt: Clarke, Conecuh, Escambia, Monroe, and Washington.

2. The Black Belt is characterized by its rural geography, fertile soil, and relative poverty, which have shaped its unique history and culture.

3. The Black Belt region spans the width of Alabama from the Mississippi boarder to the Georgia border.

4. Because the Black Belt counties cannot be combined within one district without causing other districts to violate the principle of equal population among districts, the 18 core Black Belt counties shall be placed into two reasonably compact districts, the fewest number of districts in which this community of interest can be placed. Moreover, of the five other counties sometimes considered part of the Black Belt, four of those counties are included within the two Black Belt districts — Districts 2 and 7.

f.1. Alabama's Gulf Coast region is a community of interest composed of Mobile and Baldwin Counties.

2. Owing to Mobile Bay and the Gulf of Mexico coastline, these counties also comprise a well-known and well-defined community with a long history and unique interests. Over the past half-century, Baldwin and Mobile Counties have grown even more alike as the tourism industry has grown and the development of highways and bay-crossing bridges have made it easier to commute between the two counties.

3. The Gulf Coast community has a shared interest in tourism, which is a multi-billion-dollar industry and a



significant and unique economic driver for the region.

4. Unlike other regions in the state, the Gulf Coast community is home to major fishing, port, and ship-building industries. Mobile has a Navy shipyard and the only deep-water port in the state. The port is essential for the international export of goods produced in Alabama.

5. The Port of Mobile is the economic hub for the Gulf counties. Its maintenance and further development are critical for the Gulf counties in particular but also for many other parts of the state. The Port of Mobile handles over 55 million tons of international and domestic cargo for exporters and importers, delivering eighty-five billion dollars ($85,000,000,000) in economic value to the state each year. Activity at the port's public and private terminals directly and indirectly generates nearly 313,000 jobs each year.

6. Among the over 21,000 direct jobs generated by the Port of Mobile, about 42% of the direct jobholders reside in the City of Mobile, another 39% reside in Mobile County but outside of the City of Mobile, and another 13% reside in Baldwin County.

7. The University of South Alabama serves the Gulf Coast community of interest both through its flagship campus in Mobile and its campus in Baldwin County.

8. Federal appropriations have been critical to ensuring the port's continued growth and maintenance. In 2020, the Army Corps of Engineers allocated over two hundred seventy-four million dollars ($274,000,000) for the Port of Mobile to allow the dredging and expansion of the port.



**SB5 Enrolled**

141 Federal appropriations have also been critical for expanding
142 bridge projects to further benefit the shared interests of the
143 region.

144 9. The Gulf Coast community has a distinct culture
145 stemming from its French and Spanish colonial heritage. That
146 heritage is reflected in the celebration of shared social
147 occasions, such as Mardi Gras, which began in Mobile. This
148 shared culture is reflected in Section 1-3-8(c), Code of
149 Alabama 1975, which provides that "Mardi Gras shall be deemed
150 a holiday in Mobile and Baldwin Counties and all state offices
151 shall be closed in those counties on Mardi Gras." Mardi Gras
152 is observed as a state holiday only in Mobile and Baldwin
153 Counties.

154 10. Mobile and Baldwin Counties also work together as
155 part of the South Alabama Regional Planning Commission, a
156 regional planning commission recognized by the state for more
157 than 50 years. The local governments of Mobile, Baldwin, and
158 Escambia Counties, as well as 29 municipalities within those
159 counties, work together through the commission with the
160 Congressional Representative from District 1 to carry out
161 comprehensive economic development planning for the region in
162 conjunction with the U.S. Economic Development Administration.
163 Under Section 11-85-51(b), factors the Governor considers when
164 creating such a regional planning commission include
165 "community of interest and homogeneity; geographic features
166 and natural boundaries; patterns of communication and
167 transportation; patterns of urban development; total
168 population and population density; [and] similarity of social


169  and economic problems."

170  g.1. Alabama's Wiregrass region is a community of
171  interest composed of the following nine counties: Barbour,
172  Coffee, Covington, Crenshaw, Dale, Geneva, Henry, Houston, and
173  Pike.

174  2. The Wiregrass region is characterized by rural
175  geography, agriculture, and a major military base. The
176  Wiregrass region is home to Troy University's flagship campus
177  in Troy and its campus in Dothan.

178  3. All of the Wiregrass counties are included in
179  District 2, with the exception of Covington County, which is
180  placed in District 1 so that the maximum number of Black Belt
181  counties can be included within just two districts.

182  Section 2. Section 17-14-70, Code of Alabama 1975, is
183  amended to read as follows:

184  "§17-14-70

185  (a) The State of Alabama is divided into seven
186  congressional districts as provided in subsection (b).

187  (b) The numbers and boundaries of the districts are
188  designated and established by the map prepared by the
189  Permanent Legislative Committee on Reapportionment and
190  identified and labeled as ~~Pringle Congressional Plan 1~~
191  <u>Livingston Congressional Plan 3-2023</u>, including the
192  corresponding boundary description provided by the census
193  tracts, blocks, and counties, and are incorporated by
194  reference as part of this section.

195  (c) The Legislature shall post for viewing on its
196  public website the map referenced in subsection (b), including



197 the corresponding boundary description provided by the census
198 tracts, blocks, and counties, and any alternative map,
199 including the corresponding boundary description provided by
200 the census tracts, blocks, and counties, introduced by any
201 member of the Legislature during the legislative session in
202 which this section is added or amended.
203 (d) Upon enactment of ~~Act 2021-555, adding~~the act
204 amending this section and adopting the map identified in
205 subsection (b), the Clerk of the House of Representatives or
206 the Secretary of the Senate, as appropriate, shall transmit
207 the map and the corresponding boundary description provided by
208 the census tracts, blocks, and counties identified in
209 subsection (b) for certification and posting on the public
210 website of the Secretary of State.
211 (e) The boundary descriptions provided by the certified
212 map referenced in subsection (b) shall prevail over the
213 boundary descriptions provided by the census tracts, blocks,
214 and counties generated for the map."
215 Section 3. The provisions of this act are severable. If
216 any part of this act is declared invalid or unconstitutional,
217 that declaration shall not affect the part which remains.
218 Section 4. This act shall be effective for the election
219 of members of the state's U.S. Congressional districts at the
220 General Election of 2024 and thereafter, until the state's
221 U.S. Congressional districts are reapportioned and
222 redistricted after the 2030 decennial census.
223 Section 5. This act shall become effective immediately
224 upon its passage and approval by the Governor, or upon its



225    otherwise becoming law.

SB5 Enrolled

_____
President and Presiding Officer of the Senate

_____
Speaker of the House of Representatives

SB5
Senate 19-Jul-23
I hereby certify that the within Act originated in and passed the Senate, as amended.

Senate 21-Jul-23
I hereby certify that the within Act originated in and passed the Senate, as amended by Conference Committee Report.

                          Patrick Harris,
                          Secretary.

_____

House of Representatives
Amended and passed: 21-Jul-23

House of Representatives
Passed 21-Jul-23, as amended by Conference Committee Report.

_____

By: Senator Livingston

APPROVED July 21, 2023
TIME 5:28 PM

_____
GOVERNOR

Alabama Secretary Of State
Act Num....: 2023-563
Bill Num...: S-5
Recv'd 07/21/23   05:41pmSLF

Page 10

Case 2:21-cv-01536-AMM   Document 191-11   Filed 08/04/23   Page 12 of 12

## HOUSE ACTION

**DATE:** 7-19 20 23

**RD 1 RFD** SG

### REPORT OF STANDING COMMITTEE

This bill having been referred by the House to its standing committee on State Government was acted upon by such committee in session, and returned therefrom to the House with the recommendation that it be ☒ Passed w/amend(s) ✓ w/sub ___

This 20 day of July, 2023.

_signature_, Chairperson

**DATE:** 7-20 20 23

**RF** w sub

**RD 2 CAL**

**DATE:** ___ 20 ___

RE-REFERRED ☐   RE-COMMITTED ☐

Committee ___

I hereby certify that the Resolution as required in Section C of Act No. 81-889 was adopted and is attached to the Bill, SB ___

YEAS ___ NAYS ___

JOHN TREADWELL, Clerk

FURTHER HOUSE ACTION (OVER)

## SENATE ACTION

I hereby certify that the Resolution as required in Section C of Act No. 81-889 was adopted and is attached to the Bill, SB ___

yeas ___ nays ___ abstain ___

PATRICK HARRIS, Secretary

I hereby certify that the notice & proof is attached to the Bill, SB ___ as required in the General Acts of Alabama, 1975 Act No. 919.

PATRICK HARRIS, Secretary

### CONFERENCE COMMITTEE

Senate Conferees ___

SPONSOR
Livingston

SPONSORS

19 ___
20 ___
21 ___
22 ___
23 ___
24 ___
25 ___
26 ___
27 ___
28 ___
29 ___
30 ___
31 ___
32 ___
33 ___
34 ___
35 ___