# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

**EVAN MILLIGAN,** *et al.*,

    **Plaintiffs,**

    **v.**

**WES ALLEN, in his official capacity as Alabama Secretary of State,**

    **Defendant.**

**Case No. 2:21-cv-01530-AMM**

**THREE-JUDGE COURT**

**MARCUS CASTER,** *et al.*,

    **Plaintiffs,**

    **v.**

**WES ALLEN, in his official capacity as Alabama Secretary of State,**

    **Defendant.**

**Case No.: 2:21-cv-1536-AMM**

**DEFENDANTS' JOINT MOTION TO SUBSTITUTE EXHIBIT S**

As part of their Joint Response to *Milligan* and *Caster* Plaintiffs' Objections (doc. 220), Defendants filed Exhibit S (doc. 220-19), which was intended to be a Declaration from Jeffrey V. Williams. Defendants learned today that an incorrect

document was inadvertently filed as Exhibit S. Thus, Defendants move this Court to

substitute Exhibit S with the correct document, which is attached to this Motion as

an exhibit.

Respectfully Submitted,

Steve Marshall
 *Attorney General*

/s/ Edmund G. LaCour Jr.
Edmund G. LaCour Jr. (ASB-9182-U81L)
 *Solicitor General*

James W. Davis (ASB-4063-I58J)
 *Deputy Attorney General*

Misty S. Fairbanks Messick (ASB-1813-T71F)
Brenton M. Smith (ASB-1656-X27Q)
Benjamin M. Seiss (ASB-2110-O00W)
Charles A. McKay (ASB-7256-K18K)
 *Assistant Attorneys General*


OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Edmund.LaCour@AlabamaAG.gov
Jim.Davis@AlabamaAG.gov
Misty.Messick@AlabamaAG.gov
Brenton.Smith@AlabamaAG.gov
Ben.Seiss@AlabamaAG.gov
Charles.McKay@AlabamaAG.gov

***Counsel for Secretary Allen***

s/ *Dorman Walker* (with permission)
Dorman Walker (ASB-9154-R81J)
BALCH & BINGHAM LLP
Post Office Box 78 (36101)
105 Tallapoosa Street, Suite 200
Montgomery, AL 36104
Telephone: (334) 269-3138
Email: dwalker@balch.com

**Counsel for Sen. Livingston and Rep. Pringle**

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2023, I filed the foregoing using the

Court's CM/ECF system, which will serve all counsel of record.

/s/ Edmund G. LaCour Jr.
*Counsel for Secretary Allen*