Case 2:21-cv-01536-AMM   Document 198   Filed 08/09/23   Page 1 of 2
USCA11 Case: 22-10272   Document: 40-2   Date Filed: 08/09/2023   Page: 1 of 2

FILED
2023 Aug-09  AM 11:12
U.S. DISTRICT COURT
N.D. OF ALABAMA

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 22-10272

_____

MARCUS CASTER,
LAKEISHA CHESTNUT,
BOBBY LEE DEBOUSE,
BENJAMIN JONES,
RODNEY ALLEN LOVE, et al.,

                                      Plaintiffs-Appellees,

*versus*

SECRETARY OF STATE FOR THE STATE OF ALABAMA,
JIM MCCLENDON,
CHRIS PRINGLE,

                                      Defendants-Appellants.

2                         Order of the Court                         22 10272

Appeal from the United States District Court
for the Northern District of Alabama
D.C. Docket No. 2:21-cv-01536 AMM

Before ROSENBAUM, GRANT, and LAGOA, Circuit Judges.

BY THE COURT:

In a February 28, 2022 order, the Court stayed this appeal in light of the United States Supreme Court's February 7, 2022 order granting a petition for a writ of certiorari before judgment. On June 8, 2023, the Supreme Court issued an opinion affirming the district court order on appeal. The Supreme Court's judgment has issued. Accordingly, this appeal is DISMISSED AS MOOT.