# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| BOBBY SINGLETON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WES ALLEN, in his official capacity as Alabama Secretary of State, <br><br> Defendant. | Case No. 2:21-cv-01291-AMM <br><br> THREE-JUDGE COURT |
| EVAN MILLIGAN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WES ALLEN, in his official capacity as Alabama Secretary of State, <br><br> Defendant. | Case No. 2:21-cv-01530-AMM <br><br> THREE-JUDGE COURT |
| MARCUS CASTER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WES ALLEN, in his official capacity as Alabama Secretary of State, <br><br> Defendant. | Case No.: 2:21-cv-1536-AMM |

**DEFENDANTS' SECOND NOTICE OF FILING EXHIBITS**

Defendants respectfully notify the Court and the parties of additional exhibits upon which they intend to rely at the August 14 hearing, as follows:

1.	Pursuant to an Order entered Saturday in all three cases, the parties are to "[p]repare multiple hard copies of all exhibits and demonstratives that the parties intend to use during the preliminary injunction hearing for each Judge on th[e] three-judge court" and, *inter alia*, "[t]he exhibits should be file-stamped[.]" *Singleton* Doc. 163 at 2; *Milligan*, Doc. 221 at 2; *Caster* Doc. 192 at 2.

2.	Pursuant to an Order entered July 27, 2023 in all three cases, the parties are to file exhibit lists by August 10, 2023. *Singleton* Doc. 146 at 3; *Milligan*, Doc. 194 at 3; *Caster* Doc. 171 at 2.

3.	Defendants intend to include on their exhibit list the materials attached to their response to the Plaintiffs' objections, already filed into the record, as well the exhibits that were the subject of Defendants' Notice of Filing Documents, *Singleton* Doc. 167, *Milligan* Doc. 227, and *Caster* Doc. 197. Additional exhibits Defendants wish to list must be filed in order to provide "file-stamped" copies to the Court.

4.	Accordingly, in compliance with this Court's Orders, the Defendants submit the following additional exhibits upon which they intend to rely at the August 14 hearing:

    a. Exhibit C-2 – 2022 Comprehensive Economic Development Strategy: 5-Year Update 2022-2027 by the South Alabama Regional Planning Commission as submitted to the Alabama Legislature's Permanent Legislative Committee on Reapportionment.

    b. Exhibit F-2 - Alabama State Port Authority's Annual Comprehensive Financial Report for the Fiscal Years Ended September 30, 2022 & 2021 as submitted to the Alabama Legislature's Permanent Legislative Committee on Reapportionment.

5. Materially similar versions of documents were attached to the Defendants' Joint Opposition to the *Milligan* and *Caster* Plaintiffs' Objections. These are filed now to have a more complete record.

        Respectfully Submitted,

        Steve Marshall
         *Attorney General*

        <u>/s/ Edmund G. LaCour Jr.</u>
        Edmund G. LaCour Jr. (ASB-9182-U81L)
         *Solicitor General*

        James W. Davis (ASB-4063-I58J)
         *Deputy Attorney General*

        Misty S. Fairbanks Messick (ASB-1813-T71F)
        Brenton M. Smith (ASB-1656-X27Q)
        Benjamin M. Seiss (ASB-2110-O00W)
        Charles A. McKay (ASB-7256-K18K)
         *Assistant Attorneys General*

OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Edmund.LaCour@AlabamaAG.gov
Jim.Davis@AlabamaAG.gov
Misty.Messick@AlabamaAG.gov
Brenton.Smith@AlabamaAG.gov
Ben.Seiss@AlabamaAG.gov
Charles.McKay@AlabamaAG.gov

*Counsel for Secretary Allen*

s/ *Dorman Walker* (with permission)
Dorman Walker (ASB-9154-R81J)
BALCH & BINGHAM LLP
Post Office Box 78 (36101)
105 Tallapoosa Street, Suite 200
Montgomery, AL 36104
Telephone: (334) 269-3138
Email: dwalker@balch.com

*Counsel for Sen. Livingston and Rep. Pringle*

### CERTIFICATE OF SERVICE

I certify that on August 9, 2023, I electronically filed the foregoing notice with the Clerk of the Court using the CM/ECF system, which will send notice to all counsel of record.

/s/ Edmund G. LaCour Jr.
*Counsel for Secretary Allen*

4