IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EVAN MILLIGAN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WES ALLEN, in his official capacity as Alabama Secretary of State, <br><br> Defendant. | Case No. 2:21-cv-01530-AMM <br><br> THREE-JUDGE COURT |
| MARCUS CASTER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WES ALLEN, in his official capacity as Alabama Secretary of State, <br><br> Defendant. | Case No.: 2:21-cv-1536-AMM |

**DEFENDANTS' JOINT WITNESS LIST**

Defendants respectfully submit that they do not intend to call live witnesses at the August 14, 2023 hearing. Defendants intend to rely on their written submission, the materials listed on their exhibit list (including the witness declarations), and request the opportunity to submit oral argument.

While Defendants understand that Plaintiffs likewise do not intend to call witnesses, if the situation changes and Plaintiffs present live testimony, Defendants reserve the right to call any witness on Plaintiffs' witness list.

Respectfully Submitted,

Steve Marshall
 *Attorney General*

/s/ James W. Davis
Edmund G. LaCour Jr. (ASB-9182-U81L)
 *Solicitor General*

James W. Davis (ASB-4063-I58J)
 *Deputy Attorney General*

Misty S. Fairbanks Messick (ASB-1813-T71F)
Brenton M. Smith (ASB-1656-X27Q)
Benjamin M. Seiss (ASB-2110-O00W)
Charles A. McKay (ASB-7256-K18K)
 *Assistant Attorneys General*

OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Edmund.LaCour@AlabamaAG.gov
Jim.Davis@AlabamaAG.gov
Misty.Messick@AlabamaAG.gov
Brenton.Smith@AlabamaAG.gov
Ben.Seiss@AlabamaAG.gov
Charles.McKay@AlabamaAG.gov

**Counsel for Secretary Allen**

        s/ *Dorman Walker* (with permission)
        Dorman Walker (ASB-9154-R81J)
        BALCH & BINGHAM LLP
        Post Office Box 78 (36101)
        105 Tallapoosa Street, Suite 200
        Montgomery, AL 36104
        Telephone: (334) 269-3138
        Email: dwalker@balch.com

*Counsel for Sen. Livingston and Rep. Pringle*

### CERTIFICATE OF SERVICE

I certify that on August 10, 2023, I electronically filed the foregoing notice with the Clerk of the Court using the CM/ECF system, which will send notice to all counsel of record.

        /s/ James W. Davis
        *Counsel for Secretary Allen*