FILED

2023 Aug-10  PM 08:41
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| MARCUS CASTER, LAKEISHA CHESTNUT, BOBBY LEE DUBOSE, BENJAMIN JONES, RODNEY ALLEN LOVE, MANASSEH POWELL, RONALD SMITH, and WENDELL THOMAS,<br><br>Plaintiffs,<br><br>v.<br><br>WES ALLEN, in his official capacity as Alabama Secretary of State,<br><br>Defendant,<br><br>and<br><br>CHRIS PRINGLE and JIM McCLENDON,<br><br>Intervenor-Defendants. | Case No. 2:21-CV-1536-AMM |

## PLAINTIFFS' WITNESS LIST FOR REMEDIAL PROCEEDINGS

Pursuant to the Court's July 27, 2023 Scheduling Order and their agreement with Defendants, *Caster* Plaintiffs respectfully submit that they do not intend to call live witnesses at the August 14, 2023 hearing. Plaintiffs intend to rely on their written submission, the expert report listed on their exhibit list, and request the opportunity to submit oral argument.

While *Caster* Plaintiffs understand that Defendants likewise do not intend to call live witnesses, if the situation changes and Defendants present live testimony, Plaintiffs reserve the right to call any party, declarant, expert, any witness on the parties' preliminary or final witness lists, and/or any relevant rebuttal witness.

Dated: August 10, 2023

Richard P. Rouco
(AL Bar. No. 6182-R76R)
**Quinn, Connor, Weaver, Davies & Rouco LLP**
Two North Twentieth
2-20th Street North, Suite 930
Birmingham, AL 35203
Phone: (205) 870-9989
Fax: (205) 803-4143
Email: rrouco@qcwdr.com

Respectfully submitted,

By */s/ Abha Khanna*
Abha Khanna*
Makeba Rutahindurwa*
**Elias Law Group LLP**
1700 Seventh Ave, Suite 2100
Seattle, WA 98101
Phone: (206) 656-0177
Email: AKhanna@elias.law
Email: MRutahindurwa@elias.law

Lalitha D. Madduri*
Joseph N. Posimato*
Jyoti Jasrasaria*
**Elias Law Group LLP**
250 Massachusetts Ave. NW, Suite 400
Washington, D.C. 20001
Phone: (202) 968-4518
Email: LMadduri@elias.law
Email: JPosimato@elias.law
Email: JJasrasaria@elias.law

*Attorneys for Plaintiffs*
*Admitted Pro Hac Vice*