# IN IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| MARCUS CASTER, LAKEISHA CHESTNUT, BOBBY LEE DUBOSE, BENJAMIN JONES, RODNEY ALLEN LOVE, MANASSEH POWELL, RONALD SMITH, and WENDELL THOMAS,<br><br>  Plaintiffs,<br><br>  v.<br><br>WES ALLEN, in his official capacity as Alabama Secretary of State,<br><br>  Defendant,<br><br>  and<br><br>CHRIS PRINGLE and JIM McCLENDON,<br><br>  Intervenor-Defendants. | Case No. 2:21-CV-1536-AMM |

## PLAINTIFFS' EXHIBIT LIST FOR REMEDIAL PROCEEDINGS

Pursuant to the Court's July 27, 2023 Scheduling Order, Plaintiffs respectfully file their exhibit list, which reflects that their single exhibit has been file-stamped and was submitted as an attachment to their objections brief, ECF No. 179. Paper copies have been shipped to the Court in Birmingham, Mobile, and Miami.

| Exhibit Number | Description | Docket Entry |
|---|---|---|
| 1 | 2023-07-28 Expert Report of Maxwell Palmer in Support of Caster Plaintiffs' Objections | ECF No. 179-2 |

The parties have not stipulated the admission of any exhibits. Plaintiffs reserve the right to supplement their exhibit list based on ongoing discovery, including any forthcoming deposition transcripts and videos, and related exhibits and evidence, and to rely on the original preliminary injunction record, including exhibits and testimony, from January 2022.

| | |
|---|---|
| Dated: August 10, 2023 | Respectfully submitted, |
| | By */s/ Abha Khanna* |
| Richard P. Rouco | Abha Khanna* |
| (AL Bar. No. 6182-R76R) | Makeba Rutahindurwa* |
| **Quinn, Connor, Weaver, Davies & Rouco LLP** | **Elias Law Group LLP** |
| Two North Twentieth | 1700 Seventh Ave, Suite 2100 |
| 2-20th Street North, Suite 930 | Seattle, WA 98101 |
| Birmingham, AL 35203 | Phone: (206) 656-0177 |
| Phone: (205) 870-9989 | Email: AKhanna@elias.law |
| Fax: (205) 803-4143 | Email: MRutahindurwa@elias.law |
| Email: rrouco@qcwdr.com | |
| | Lalitha D. Madduri* |
| | Joseph N. Posimato* |
| | Jyoti Jasrasaria* |
| | **Elias Law Group LLP** |
| | 250 Massachusetts Ave. NW, Suite 400 |
| | Washington, D.C. 20001 |
| | Phone: (202) 968-4518 |
| | Email: LMadduri@elias.law |
| | Email: JPosimato@elias.law |
| | Email: JJasrasaria@elias.law |
| | |
| | *Attorneys for Plaintiffs* |
| | *\*Admitted Pro Hac Vice* |