# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| MARCUS CASTER, et al.,<br>　　*Plaintiffs*,<br><br>　　v.<br><br>WES ALLEN, et al.,<br>　　*Defendants*. | No. 2:21-cv-01536-AMM |

## *CASTER* PLAINTIFFS' NOTICE REGARDING HEARING ATTENDANCE AND UNOPPOSED REQUEST FOR REMOTE PARTICIPATION

*Caster* Plaintiffs, by and through their counsel, hereby submit this notice regarding lead counsel Abha Khanna's inability to attend the remedial hearing in person and request for remote participation. In support thereof, Plaintiffs state:

　　1. Pursuant to the Court's August 5, 2023 Order, on August 10, 2023, Plaintiffs disclosed that Abha Khanna, Richard Rouco, and Joseph Posimato would be attending the August 14 remedial hearing on behalf of the *Caster* Plaintiffs.

　　2. Ms. Khanna has been lead counsel in this matter since its inception. She planned to present *Caster* Plaintiffs' argument at the remedial hearing.

　　3. On August 12, Ms. Khanna unfortunately fell ill and tested positive for COVID-19. As a result, and in the interest of the health and safety of the Court, counsel, and the general public, Ms. Khanna is no longer able to travel and attend the remedial hearing in person.

4. Ms. Khanna will be available and ready to participate in the remedial hearing remotely, including by telephone or video conference, should the Court allow. Given Ms. Khanna's experience before this Court and in this case, the *Caster* Plaintiffs request the opportunity to have Ms. Khanna present on their behalf, particularly if the Court would find it helpful for all lead counsel to be in attendance for the sake of continuity as part of these ongoing proceedings.

5. Regardless, understanding that the Court expected the remedial hearing to be in person, Mr. Posimato and Mr. Rouco will be in attendance in person and prepared to speak on behalf of the *Caster* Plaintiffs.

6. Plaintiffs therefore respectfully request that this Court advise the parties as to whether Ms. Khanna will be permitted to participate in the hearing remotely.

7. Upon *Caster* Plaintiffs' request for their positions, counsel for Defendants, Intervenor-Defendants, and *Milligan* Plaintiffs have all represented they have no objection to Ms. Khanna's remote participation.

Respectfully submitted this 12th day of August 2023.

| | |
|---|---|
| Richard P. Rouco<br>(AL Bar. No. 6182-R76R)<br>**Quinn, Connor, Weaver, Davies & Rouco LLP**<br>Two North Twentieth<br>2-20th Street North, Suite 930<br>Birmingham, AL 35203<br>Phone: (205) 870-9989<br>Fax: (205) 803-4143<br>Email: rrouco@qcwdr.com<br><br><br><br>*Counsel for Caster Plaintiffs* | By: /s/ *Abha Khanna*<br>Abha Khanna*<br>Makeba Rutahindurwa*<br>**Elias Law Group LLP**<br>1700 Seventh Ave, Suite 2100<br>Seattle, WA 98101<br>Phone: (206) 656-0177<br>Email: AKhanna@elias.law<br>Email: MRutahindurwa@elias.law<br><br>Lalitha D. Madduri*<br>Joseph N. Posimato*<br>Jyoti Jasrasaria*<br>**Elias Law Group LLP**<br>250 Massachusetts Ave NW, Suite 400<br>Washington, D.C. 20001<br>Phone: (202) 968-4490<br>Email: LMadduri@elias.law<br>Email: JPosimato@elias.law<br>Email: JJasrasaria@elias.law<br><br>*Admitted Pro Hac Vice* |

3