FILED

2023 Sep-06  AM 11:03
APPEAL,PROTECTIVE ORDER U.S. DISTRICT COURT
N.D. OF ALABAMA

# U.S. District Court
## Northern District of Alabama (Southern)
## CIVIL DOCKET FOR CASE #: 2:21-cv-01536-AMM
## Internal Use Only

Caster et al v. Allen                                   Date Filed: 11/16/2021
Assigned to: Judge Anna M Manasco                       Jury Demand: None
Case in other court: Alabama Middle, 2:21-cv-00751      Nature of Suit: 441 Civil Rights: Voting
Cause: 42:1973 Voting Rights Act                        Jurisdiction: Federal Question

**Special Master**

| | | |
|---|---|---|
| **Special Master** | represented by | **Michael A. Scodro** |
| *Richard Allen* | | MAYER BROWN, LLP |
| | | 71 South Wacker Drive |
| | | Chicago, IL 60606 |
| | | 312-701-8886 |
| | | Fax: 312-706-8191 |
| | | Email: mscodro@mayerbrown.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Richard F Allen** |
| | | 1 Church Street |
| | | Montgomery, AL 36601 |
| | | 334-954-3743 |
| | | Email: Richard_Allen@alnd.uscourts.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Marcus Caster** | represented by | **Abha Khanna** |
| | | ELIAS LAW GROUP LLP |
| | | 1700 Seventh Avenue, Suite 2100 |
| | | Seattle, WA 98101 |
| | | 206-656-0177 |
| | | Email: AKhanna@elias.law |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Aria C Branch** |
| | | ELIAS LAW GROUP LLP |
| | | 10 G St NE, Suite 600 |
| | | Washington, DC 20002 |
| | | 202-968-4490 |
| | | Fax: 202-968-4498 |
| | | Email: ABranch@elias.law |

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel C Osher**
ELILAS LAW GROUP, LLP
250 Massachusetts Ave NW, Suite 400
Washington, DC 20001
202-968-4594
Email: dosher@elias.law
*TERMINATED: 04/20/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph N. Posimato**
Elias Law Group LLP
10 G Street, NE; Suite 600
Washington, DC 20002
202-968-4518
Email: jposimato@elias.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jyoti Jasrasaria**
ELIAS LAW GROUP LLP
250 Massachusetts Avenue NW
Suite 400
Washtington, DC 20001
202-968-4490
Email: JJasrasaria@elias.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lalitha D Madduri**
ELIAS LAW GROUP LLP
10 G Street NE, Suite 600
Washington, DC 20002
202-968-4490
Email: lmadduri@elias.law
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Olivia Sedwick**
ELIAS LAW GROUP, LLP
250 Massachusetts Ave NW, Suite 400
Washington, DC 20001
202-968-4506
Email: osedwick@elias.law

*TERMINATED: 07/17/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard P Rouco**
QUINN CONNOR WEAVER DAVIES &
ROUCO LLP
Two North Twentieth Street
2 20th Street North
Suite 930
Birmingham, AL 35203
205-870-9989
Fax: 205-803-4143
Email: rrouco@qcwdr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lakeisha Chestnut**                represented by  **Abha Khanna**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aria C Branch**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel C Osher**
(See above for address)
*TERMINATED: 04/20/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph N. Posimato**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lalitha D Madduri**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Makeba Rutahindurwa**
ELIAS LAW GROUP LLP

1700 Seventh Ave, Ste. 2100
Seattle, WA 98101
202-968-4599
Email: MRutahindurwa@elias.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Olivia Sedwick**
(See above for address)
*TERMINATED: 07/17/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard P Rouco**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bobby Lee DeBouse**                    represented by   **Abha Khanna**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aria C Branch**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel C Osher**
(See above for address)
*TERMINATED: 04/20/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph N. Posimato**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lalitha D Madduri**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Olivia Sedwick**

(See above for address)
*TERMINATED: 07/17/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard P Rouco**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Benjamin Jones**                    represented by  **Abha Khanna**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aria C Branch**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel C Osher**
(See above for address)
*TERMINATED: 04/20/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph N. Posimato**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lalitha D Madduri**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Olivia Sedwick**
(See above for address)
*TERMINATED: 07/17/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard P Rouco**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rodney Allen Love**                    represented by **Abha Khanna**
                                         (See above for address)
                                         *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*

                                         **Aria C Branch**
                                         (See above for address)
                                         *LEAD ATTORNEY*
                                         *PRO HAC VICE*
                                         *ATTORNEY TO BE NOTICED*

                                         **Daniel C Osher**
                                         (See above for address)
                                         *TERMINATED: 04/20/2023*
                                         *LEAD ATTORNEY*
                                         *PRO HAC VICE*
                                         *ATTORNEY TO BE NOTICED*

                                         **Joseph N. Posimato**
                                         (See above for address)
                                         *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*

                                         **Lalitha D Madduri**
                                         (See above for address)
                                         *LEAD ATTORNEY*
                                         *PRO HAC VICE*
                                         *ATTORNEY TO BE NOTICED*

                                         **Olivia Sedwick**
                                         (See above for address)
                                         *TERMINATED: 07/17/2023*
                                         *LEAD ATTORNEY*
                                         *PRO HAC VICE*
                                         *ATTORNEY TO BE NOTICED*

                                         **Richard P Rouco**
                                         (See above for address)
                                         *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Manasseh Powell**                      represented by **Abha Khanna**
                                         (See above for address)
                                         *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*

**Aria C Branch**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel C Osher**
(See above for address)
*TERMINATED: 04/20/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph N. Posimato**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lalitha D Madduri**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Olivia Sedwick**
(See above for address)
*TERMINATED: 07/17/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard P Rouco**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ronald Smith**                    represented by **Abha Khanna**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aria C Branch**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel C Osher**

(See above for address)
*TERMINATED: 04/20/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph N. Posimato**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lalitha D Madduri**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Olivia Sedwick**
(See above for address)
*TERMINATED: 07/17/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard P Rouco**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Wendell Thomas**                    represented by    **Abha Khanna**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aria C Branch**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel C Osher**
(See above for address)
*TERMINATED: 04/20/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph N. Posimato**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lalitha D Madduri**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Olivia Sedwick**
(See above for address)
*TERMINATED: 07/17/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard P Rouco**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**John H Merrill**                  represented by **Andrew Reid Harris**
*in his offical offical capacity as Alabama*                OFFICE OF THE ATTORNEY
*Secretary of State*                GENERAL
*TERMINATED: 02/08/2023*                CONSTITUTIONAL DEFENSE
                    DIVISION
                    501 Washington Avenue
                    Montgomery, AL 36130
                    334-353-8891
                    Email: Reid.Harris@AlabamaAG.gov
                    *TERMINATED: 07/26/2023*
                    *LEAD ATTORNEY*
                    *ATTORNEY TO BE NOTICED*

                    **Benjamin Matthew Seiss**
                    ALABAMA OFFICE OF THE
                    ATTORNEY GENERAL
                    P.O. Box 300152
                    501 Washington Ave (36104)
                    Montgomery, AL 36130
                    334-353-8917
                    Fax: 334-353-8400
                    Email: ben.seiss@alabamaag.gov
                    *LEAD ATTORNEY*
                    *ATTORNEY TO BE NOTICED*

                    **Brenton Merrill Smith**

OFFICE OF THE ATTORNEY
GENERAL OF ALABAMA
P.O. Box 300152
501 Washington Avenue
Montgomery, AL 36130
334-353-4336
Fax: 334-353-8400
Email: Brenton.Smith@AlabamaAG.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edmund Gerard LaCour , Jr.**
OFFICE OF THE ATTORNEY
GENERAL
501 Washington Avenue
P.O. Box 300152
Montgomery, AL 36104
334-242-7300
Fax: 334-242-4891
Email: Edmund.Lacour@AlabamaAG.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James W Davis**
OFFICE OF THE ATTORNEY
GENERAL
501 Washington Avenue
P O Box 300152
Montgomery, AL 36130-0152
334-242-7300
Fax: 334-353-8400
Email: jim.davis@alabamaag.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Misty Shawn Fairbanks Messick**
OFFICE OF THE ATTORNEY
GENERAL
FOR THE STATE OF ALABAMA
501 Washington Avenue
P O Box 300152
Montgomery, AL 36130-0152
334-242-7300
Fax: 334-353-8440
Email: Misty.Messick@AlabamaAG.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexander Barrett Bowdre**
OFFICE OF THE ALABAMA

ATTORNEY GENERAL
P.O. Box 300152
Montgomery, AL 36130
334-242-7300
Fax: 334-353-8400
Email: Barrett.Bowdre@alabamaAG.gov
*ATTORNEY TO BE NOTICED*

**Jordan Dorman Walker**
BALCH & BINGHAM LLP
P O Box 78
Montgomery, AL 36101
334-834-6500
Fax: 334-269-3115
Email: dwalker@balch.com
*ATTORNEY TO BE NOTICED*

**Thomas Alexander Wilson**
STATE OF ALABAMA
OFFICE OF THE ATTORNEY
GENERAL
501 Washington Street
Montgomery, AL 36103
334-242-7300
Fax: 334-353-8400
Email: thomas.wilson@alabamaag.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jim McClendon**                          represented by   **Christina Rossi Pantazis**
*dwalker@balch.com*                                         BALCH AND BINGHAM
*TERMINATED: 08/21/2023*                                    Labor & Employment
                                                            1901 Sixth Avenue North, Ste. 1500
                                                            Birmingham, AL 35203
                                                            205-226-3473
                                                            Fax: 205-488-5631
                                                            Email: cpantazis@balch.com
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Edmund Gerard LaCour , Jr.**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Jordan Dorman Walker**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**Chris Pringle**                          represented by   **Christina Rossi Pantazis**
                                                            (See above for address)

*ATTORNEY TO BE NOTICED*

**Edmund Gerard LaCour , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jordan Dorman Walker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Wes Allen**                              represented by  **Andrew Reid Harris**
*in his official capacity as Alabama*                      (See above for address)
*Secretary of State*                                       *TERMINATED: 07/26/2023*
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Benjamin Matthew Seiss**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Brenton Merrill Smith**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Edmund Gerard LaCour , Jr.**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **James W Davis**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Misty Shawn Fairbanks Messick**
                                                           (See above for address)
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Alexander Barrett Bowdre**
                                                           (See above for address)
                                                           *ATTORNEY TO BE NOTICED*

                                                           **Charles A. McKay**
                                                           ALABAMA OFFICE OF THE
                                                           ATTORNEY GENERAL
                                                           Constitutional Defense

501 Washington Avenue
Ste 313
Montgomery, AL 36130
757-320-6885
Email: charles.mckay@alabamaAG.gov
*ATTORNEY TO BE NOTICED*

**Thomas Alexander Wilson**
(See above for address)
*TERMINATED: 03/13/2023*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Steve Livingston**                    represented by   **Edmund Gerard LaCour , Jr.**
*Current Senate Chair of the Alabama*                   (See above for address)
*Legislature's Permanent Legislative*                   *LEAD ATTORNEY*
*Committee on Reapportionment*                          *ATTORNEY TO BE NOTICED*

                                                        **Christina Rossi Pantazis**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Jordan Dorman Walker**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Trustee**

**Expert Cartographer**                 represented by   **Expert Cartographer**
*David Ely*                                              Compass Demographics, Inc
                                                        6575 N. Vista Street
                                                        San Gabriel, CA 91775
                                                        629-807-0719
                                                        Email: ely@compass-demographics.com
                                                        PRO SE

V.

**Intervenor**

**Jeff Coleman**                        represented by   **Algert Swanson Agricola , Jr**
Coleman for Congress                                    AGRICOLA LAW, LLC
P.O. Box 8722                                           127 South 8th Street
Dothan, AL 36304                                        Opelika, AL 36801
*TERMINATED: 08/09/2023*                                334-759-7557
                                                        Fax: 334-759-7558
                                                        Email: al@agricolalaw.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Barbara H. Agricola**
                                                        AGRICOLA LAW

127 South 8th Street
36801
Opelika, AL 36801
334-759-7557
Fax: 334-759-7558
Email: barbara@agricolalaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Benjamin J Espy**
MELTON ESPY & WILLIAMS PC
P O Box 5130
Montgomery, AL 36103
334-263-6621
Fax: 334-263-7252
Email: bespy@mewlegal.com
*LEAD ATTORNEY*

**Joseph C Espy , III**
MELTON ESPY & WILLIAMS PC
301 Adams Avenue
P O Drawer 5130
Montgomery, AL 36103-5130
334-263-6621
Fax: 334-263-7252
Email: jespy@mewlegal.com
*LEAD ATTORNEY*

**William M Espy**
MELTON ESPY & WILLIAMS PC
P O Drawer 5130
Montgomery, AL 36103
334-263-6621
Fax: 334-263-7252
Email: wespy@mewlegal.com
*LEAD ATTORNEY*

**Richard P Rouco**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/04/2021 | 3 | COMPLAINT for Declaratory and Injunctive Relief against John H. Merrill (Filing fee $402.00 receipt number 4602065148.), filed by Manasseh Powell, Bobby Lee DeBouse, Ronald Smith, LaKeisha Chestnut, Wendell Thomas, Marcus Caster, Benjamin Jones, Rodney Allen Love. (Attachments: # 1 Civil Cover Sheet, # 2 fee receipt)(djy, ) **Modified on 11/8/2021 to clarify text as reflected in pleading (am, ). [Transferred from Alabama Middle on 11/16/2021.]** (Entered: 11/06/2021) |

| 11/05/2021 | 1 | NOTICE of Appearance by Edmund Gerard LaCour, Jr on behalf of John H. Merrill (LaCour, Edmund) [Transferred from Alabama Middle on 11/16/2021.] (Entered: 11/05/2021) |
|---|---|---|
| 11/05/2021 | 2 | NOTICE of Appearance by James William Davis on behalf of John H. Merrill (Davis, James) [Transferred from Alabama Middle on 11/16/2021.] (Entered: 11/05/2021) |
| 11/08/2021 | 4 | Notice of Deficiency requiring filing of Corporate Disclosure/Conflict Statement sent to Marcus Caster, LaKeisha Chestnut, Bobby Lee DeBouse, Benjamin Jones, Rodney Allen Love, Manasseh Powell, Ronald Smith, & Wendell Thomas; Corporate Disclosures due by 11/18/2021. (Attachments: # 1 Standing Order & Sample)(am, ) [Transferred from Alabama Middle on 11/16/2021.] (Entered: 11/08/2021) |
| 11/08/2021 | 5 | Notice of Deficiency requiring filing of Corporate Disclosure/Conflict Statement sent to John H. Merrill; Corporate Disclosures due by 11/18/2021. (Attachments: # 1 Standing Order & Sample)(am, ) [Transferred from Alabama Middle on 11/16/2021.] (Entered: 11/08/2021) |
| 11/08/2021 | 6 | Summons Issued as to John H. Merrill and mailed CMRRR w/ 1 Complaint. (am, ) [Transferred from Alabama Middle on 11/16/2021.] (Entered: 11/08/2021) |
| 11/08/2021 | 7 | **ORDER: it is ORDERED that the parties shall SHOW CAUSE, if any there be, on or before 11/15/2021, why this action should not be transferred to the Northern District of Alabama, as further set out in Order. Signed by Honorable Judge William Keith Watkins on 11/8/2021. (am, )** [Transferred from Alabama Middle on 11/16/2021.] (Entered: 11/08/2021) |
| 11/08/2021 | 8 | Corporate/Conflict Disclosure Statement by John H. Merrill re 5 Notice of Deficiency requiring filing of Corporate Disclosure/Conflict Statement. (Davis, James) [Transferred from Alabama Middle on 11/16/2021.] (Entered: 11/08/2021) |
| 11/08/2021 | 9 | NOTICE of Appearance by Benjamin Matthew Seiss on behalf of John H. Merrill (Seiss, Benjamin) [Transferred from Alabama Middle on 11/16/2021.] (Entered: 11/08/2021) |
| 11/08/2021 | 10 | NOTICE of Appearance by Brenton Merrill Smith on behalf of John H. Merrill (Smith, Brenton) [Transferred from Alabama Middle on 11/16/2021.] (Entered: 11/08/2021) |
| 11/08/2021 | 🔒 | (Court only) ***Corporate Disclosure Deadline for John H. Merrill terminated. (NO PDF attached to this entry) (am, ) [Transferred from Alabama Middle on 11/16/2021.] (Entered: 11/09/2021) |
| 11/09/2021 | 11 | NOTICE of Appearance by Andrew Reid Harris on behalf of John H. Merrill (Harris, Andrew) [Transferred from Alabama Middle on 11/16/2021.] (Entered: 11/09/2021) |
| 11/09/2021 | 12 | (STRICKEN AS AN ERRONEOUS DOCKET ENTRY - FILED IN WRONG CASE) NOTICE of Appearance by Andrew Reid Harris on behalf of John H. Merrill (Harris, Andrew) Modified on 11/10/2021 (am, ). (Main Document 12 replaced on 11/10/2021) (am, ). [Transferred from Alabama Middle on |

| | | |
|---|---|---|
| | | 11/16/2021.] (Entered: 11/09/2021) |
| 11/10/2021 | 13 | NOTICE of Error: re: 12 Notice of Appearance which is hereby STRICKEN as an Erroneous docket entry; Counsel filed in the wrong case! (am, ) [Transferred from Alabama Middle on 11/16/2021.] (Entered: 11/10/2021) |
| 11/10/2021 | 14 | Corporate/Conflict Disclosure Statement by Marcus Caster. (Rouco, Richard) [Transferred from Alabama Middle on 11/16/2021.] (Entered: 11/10/2021) |
| 11/10/2021 | 15 | Corporate/Conflict Disclosure Statement by LaKeisha Chestnut. (Rouco, Richard) [Transferred from Alabama Middle on 11/16/2021.] (Entered: 11/10/2021) |
| 11/10/2021 | 16 | Corporate/Conflict Disclosure Statement by Bobby Lee DeBouse. (Rouco, Richard) [Transferred from Alabama Middle on 11/16/2021.] (Entered: 11/10/2021) |
| 11/10/2021 | 17 | Corporate/Conflict Disclosure Statement by Benjamin Jones. (Rouco, Richard) [Transferred from Alabama Middle on 11/16/2021.] (Entered: 11/10/2021) |
| 11/10/2021 | 18 | Corporate/Conflict Disclosure Statement by Rodney Allen Love. (Rouco, Richard) [Transferred from Alabama Middle on 11/16/2021.] (Entered: 11/10/2021) |
| 11/10/2021 | 19 | Corporate/Conflict Disclosure Statement by Manasseh Powell. (Rouco, Richard) [Transferred from Alabama Middle on 11/16/2021.] (Entered: 11/10/2021) |
| 11/10/2021 | 20 | Corporate/Conflict Disclosure Statement by Ronald Smith. (Rouco, Richard) [Transferred from Alabama Middle on 11/16/2021.] (Entered: 11/10/2021) |
| 11/10/2021 | 21 | Corporate/Conflict Disclosure Statement by Wendell Thomas. (Rouco, Richard) [Transferred from Alabama Middle on 11/16/2021.] (Entered: 11/10/2021) |
| 11/10/2021 | 🔒 | (Court only) ***Corporate Disclosure Deadlines for LaKeisha Chestnut, Bobby Lee DeBouse, Benjamin Jones, Marcus Caster, Rodney Allen Love, Wendell Thomas, Manasseh Powell, Ronald Smith terminated; ***Set Conflict Statement Received Flag. (NO PDF attached to this entry) (am, ) [Transferred from Alabama Middle on 11/16/2021.] (Entered: 11/10/2021) |
| 11/12/2021 | 22 | Return Receipt Card showing service of Summons & Complaint signed by B. McCaster for John H. Merrill served on 11/9/2021, answer due 11/30/2021. (am, ) [Transferred from Alabama Middle on 11/16/2021.] (Entered: 11/12/2021) |
| 11/12/2021 | 23 | Motion for Admission of Aria C. Branch Pro Hac Vice (Filing fee $75.00 receipt number BALMDC-3122462.) by Marcus Caster, LaKeisha Chestnut, Bobby Lee DeBouse, Benjamin Jones, Rodney Allen Love, Manasseh Powell, Ronald Smith, Wendell Thomas. (Attachments: # 1 Exhibit Certificate of Good Standing, # 2 Exhibit Declaration of Aria C. Branch)(Rouco, Richard) Modified on 11/15/2021 to add PHV attorney's name (am, ). [Transferred from Alabama Middle on 11/16/2021.] (Entered: 11/12/2021) |
| 11/12/2021 | 24 | Motion for Admission Abha Khanna Pro Hac Vice (Filing fee $75.00 receipt number AALMDC-3122483.) by Marcus Caster, LaKeisha Chestnut, Bobby Lee DeBouse, Benjamin Jones, Rodney Allen Love, Manasseh Powell, Ronald Smith, Wendell Thomas. (Attachments: # 1 Exhibit Certificate of Good |

| | | |
|---|---|---|
| | | Standing, # 2 Exhibit Declaration of Abha Khanna)(Rouco, Richard) Modified on 11/15/2021 to add PHV attorney's name (am, ). [Transferred from Alabama Middle on 11/16/2021.] (Entered: 11/12/2021) |
| 11/12/2021 | 25 | Motion for Admission Joseph N. Posimato Pro Hac Vice (Filing fee $75.00 receipt number AALMDC-3122489.) by Marcus Caster, LaKeisha Chestnut, Bobby Lee DeBouse, Benjamin Jones, Rodney Allen Love, Manasseh Powell, Ronald Smith, Wendell Thomas. (Attachments: # 1 Exhibit Certificate of Good Standing, # 2 Exhibit Declaration of Joseph N. Posimato)(Rouco, Richard) Modified on 11/15/2021 to add PHV attorney's name (am, ). [Transferred from Alabama Middle on 11/16/2021.] (Entered: 11/12/2021) |
| 11/12/2021 | 26 | Motion for Admission of Lalitha D. Madduri Appear Pro Hac Vice (Filing fee $75.00 receipt number AALMDC-3122494.) by Marcus Caster, LaKeisha Chestnut, Bobby Lee DeBouse, Benjamin Jones, Rodney Allen Love, Manasseh Powell, Ronald Smith, Wendell Thomas. (Attachments: # 1 Exhibit Certificate of Good Standing, # 2 Exhibit Declaration of Lalitha D. Madduri) (Rouco, Richard) Modified on 11/15/2021 to add PHV attorney's name (am, ). [Transferred from Alabama Middle on 11/16/2021.] (Entered: 11/12/2021) |
| 11/15/2021 | 27 | **TEXT ORDER: GRANTING the 23 Motion for Admission of Aria C. Branch Pro Hac Vice; the 24 Motion for Admission of Abha Khanna Pro Hac Vice; the 25 Motion for Admission of Joseph N. Posimato Pro Hac Vice; and the 26 Motion for Admission of Lalitha D. Madduri Pro Hac Vice. Signed by Honorable Judge William Keith Watkins on 11/15/2021. (NO PDF attached to this entry) (am, )** [Transferred from Alabama Middle on 11/16/2021.] (Entered: 11/15/2021) |
| 11/15/2021 | 28 | RESPONSE TO 7 ORDER TO SHOW CAUSE by Marcus Caster, Wendell Thomas, Ronald Smith, Manasseh Powell, Rodney Allen Love, Benjamin Jones, Bobby Lee DeBouse, LaKeisha Chestnut. (Rouco, Richard) Modified on 11/16/2021 to add linkage & add additional plaintiff filer names (am, ). [Transferred from Alabama Middle on 11/16/2021.] (Entered: 11/15/2021) |
| 11/15/2021 | 29 | RESPONSE TO ORDER TO SHOW CAUSE by John H. Merrill re 7 Order to Show Cause,. (Harris, Andrew) [Transferred from Alabama Middle on 11/16/2021.] (Entered: 11/15/2021) |
| 11/16/2021 | 30 | **ORDER: it is ORDERED that this action be transferred immediately to the United States District Court for the Northern District of Alabama, as further set out in Order. Signed by Honorable Judge William Keith Watkins on 11/16/2021. (am, )** [Transferred from Alabama Middle on 11/16/2021.] (Entered: 11/16/2021) |
| 11/16/2021 | | Case transferred to Northern District of Alabama; Electronically transferred via CM/ECF transfer to Clerk. (NO PDF attached to this entry) (am, ) [Transferred from Alabama Middle on 11/16/2021.] (Entered: 11/16/2021) |
| 11/16/2021 | 🔒 31 | Case transferred in from District of Alabama Middle; Case Number 2:21-cv-00751. Original file certified copy of transfer order and docket sheet received. (Entered: 11/16/2021) |
| 11/17/2021 | 32 | NOTICE of Appearance by Misty Shawn Fairbanks Messick on behalf of John H Merrill (Messick, Misty) (Entered: 11/17/2021) |

| 11/17/2021 | 33 | NOTICE of Appearance by Alexander Barrett Bowdre on behalf of John H Merrill (Bowdre, Alexander) (Entered: 11/17/2021) |
| 11/18/2021 | 34 | NOTICE of Appearance by Thomas Alexander Wilson on behalf of John H Merrill (Wilson, Thomas) (Entered: 11/18/2021) |
| 11/18/2021 | 35 | NOTICE by John H Merrill *Notice of Filing* (Attachments: # 1 Exhibit Motion for Status Conference)(Davis, James) (Entered: 11/18/2021) |
| 11/18/2021 | 36 | ORDER setting deadline on response to motions in Singleton and Milligan. Signed by Judge Anna M Manasco on 11-18-2021. (TGC) (Entered: 11/18/2021) |
| 11/18/2021 | 37 | ORDER Rule 16 Conference set for 11/23/2021 10:00 AM CST. Signed by Judge Anna M Manasco on 11-18-2021. (TGC) (Entered: 11/18/2021) |
| 11/22/2021 | 38 | RESPONSE to *Defendant's Motion to Consolidate* filed by Marcus Caster, Lakeisha Chestnut, Bobby Lee DeBouse, Benjamin Jones, Rodney Allen Love, Manasseh Powell, Ronald Smith, Wendell Thomas. (Rouco, Richard) (Entered: 11/22/2021) |
| 11/22/2021 | 39 | STATUS REPORT *Joint* by Marcus Caster, Lakeisha Chestnut, Bobby Lee DeBouse, Benjamin Jones, Rodney Allen Love, Manasseh Powell, Ronald Smith, Wendell Thomas. filed by Marcus Caster, Lakeisha Chestnut, Bobby Lee DeBouse, Benjamin Jones, Rodney Allen Love, Manasseh Powell, Ronald Smith, Wendell Thomas (Rouco, Richard) (Entered: 11/22/2021) |
| 11/23/2021 | | Minute Entry for proceedings held before Circuit Judge Marcus and Judges Manasco and Moorer: Scheduling Conference held on 11/23/2021. (Court Reporter Teresa Roberson.) (FNC) (Entered: 11/23/2021) |
| 11/23/2021 | 40 | **SCHEDULING ORDER FOR PRELIMINARY INJUNCTION PROCEEDINGS** - the following schedule is ORDERED in connection with the Plaintiffs anticipated motion for preliminary injunction: On or before **DECEMBER 7, 2021**, the parties shall file a joint statement of facts that are stipulated for purposes of preliminary injunction proceedings. The Plaintiffs shall file their motion for preliminary injunctive relief on or before **DECEMBER 15, 2021**. The Secretary shall file any objections to the Plaintiffs motion on or before **DECEMBER 22, 2021**. The Plaintiffs shall file any reply in support of their motions for preliminaryinjunctive relief within five days of the filing of any objection. On or before **DECEMBER 10, 2021**, the parties shall exchange any expertreports related to the motion for preliminary injunction.On or before **DECEMBER 20, 2021**, the parties shall exchange any expertrebuttal reports related to the motion for preliminary injunction. On or before **DECEMBER 17, 2021**, the parties shall complete all discoveryrelated to the motion for preliminary injunction, other than the filing of the expert rebuttal reports. Any other motions related to the application for preliminary injunctive relief or hearing thereof shall be filed on or before close of business on **DECEMBER 17,2021**. **At or before 4:00 pm Central Standard Time on DECEMBER 23, 2021**,the parties shall file a joint pretrial report as directed. The court **SETS** a hearing on the Plaintiffs motion for preliminary injunctiverelief on **JANUARY 4, 2022, at 9:00 a.m. Central Standard Time** in Courtroom 8 in the Hugo L. Black United States Courthouse. Within five days of the completion of the preliminary injunction hearing, theparties shall |

| | | |
|---|---|---|
| | | file proposed findings of fact and conclusions of law for the courtsconsideration. Signed by Judge Anna M Manasco on 11/23/2021. (KAM) (Entered: 11/23/2021) |
| 11/30/2021 | 41 | MOTION for Leave to Appear Pro Hac Vice *Olivia N. Sedwick* by Marcus Caster, Lakeisha Chestnut, Bobby Lee DeBouse, Benjamin Jones, Rodney Allen Love, Manasseh Powell, Ronald Smith, Wendell Thomas. (Attachments: # 1 Exhibit Certificate of Good Standing)(Rouco, Richard) (Entered: 11/30/2021) |
| 11/30/2021 | | PHV Fee paid: $ 75, receipt number 1126-3970045 (B4601117162). (Rouco, Richard) Modified on 11/30/2021 (DNW, ). (Entered: 11/30/2021) |
| 11/30/2021 | 42 | *Defendant's* ANSWER to 3 Complaint, by John H Merrill.(Davis, James) (Entered: 11/30/2021) |
| 12/01/2021 | 43 | TEXT ORDER. Plaintiffs' Motion for Leave for Olivia N. Sedwick to Appear Pro Hac Vice, Doc. 41 , is GRANTED. Counsel are reminded that at least one attorney for each party may be required to be physically present at every hearing and status conference. Signed by Judge Anna M Manasco on 12/1/2021. (FNC) (Entered: 12/01/2021) |
| 12/07/2021 | 44 | STIPULATION *Joint Stipulation of Facts* by Marcus Caster, Lakeisha Chestnut, Bobby Lee DeBouse, Benjamin Jones, Rodney Allen Love, Manasseh Powell, Ronald Smith, Wendell Thomas. filed by Marcus Caster, Lakeisha Chestnut, Bobby Lee DeBouse, Benjamin Jones, Rodney Allen Love, Manasseh Powell, Ronald Smith, Wendell Thomas (Rouco, Richard) (Entered: 12/07/2021) |
| 12/13/2021 | 45 | **TEXT ORDER**: The parties were ordered to exchange any expert reports related to the motion for preliminary injunction on or before December 10, 2021, and to exchange any rebuttal reports related to that motion on or before December 20, 2021, Doc. 40 . In light of the preliminary injunction hearing set on January 4, 2022, the parties are **ORDERED** to file on or before **DECEMBER 14, 2021**, any expert reports exchanged, and to file on or before **DECEMBER 21, 2021**, any rebuttal reports exchanged. Signed by Judge Anna M Manasco on 12/13/2021. (DNW) (Entered: 12/13/2021) |
| 12/14/2021 | 46 | Unopposed MOTION for Protective Order by John H Merrill. (Attachments: # 1 Exhibit A - Proposed Protective Order)(Davis, James) (Entered: 12/14/2021) |
| 12/14/2021 | 47 | Unopposed MOTION for Protective Order *(AMENDED)* by John H Merrill. (Attachments: # 1 Exhibit A - Proposed Protective Order)(Davis, James) (Entered: 12/14/2021) |
| 12/14/2021 | 48 | NOTICE by Marcus Caster, Lakeisha Chestnut, Bobby Lee DeBouse, Benjamin Jones, Rodney Allen Love, Manasseh Powell, Ronald Smith, Wendell Thomas *of Filing Expert Report: William S. Cooper* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D-1, # 5 Exhibit D-2, # 6 Exhibit D-3 District 1, # 7 Exhibit D-3 District 2, # 8 Exhibit D-3 District 7, # 9 Exhibit D-4, # 10 Exhibit E-1, # 11 Exhibit E-2, # 12 Exhibit E-3, # 13 Exhibit E-4, # 14 Exhibit F-1, # 15 Exhibit F-2, # 16 Exhibit G-1, # 17 Exhibit G-2, # 18 Exhibit G-3 District 2, # 19 Exhibit G-3 District 7, # 20 Exhibit G-4, # 21 Exhibit H-1, # 22 Exhibit H-2, # 23 Exhibit H-3 District 2, # 24 Exhibit H-3 District 7, # 25 Exhibit H-4, # 26 Exhibit I-1, # 27 Exhibit I-2, # 28 Exhibit I-3 |

| | | |
|---|---|---|
| | | District 2, # 29 Exhibit I-3 District 7, # 30 Exhibit I-4, # 31 Exhibit J-1, # 32 Exhibit J-2, # 33 Exhibit J-3 District 2, # 34 Exhibit J-3 District 7, # 35 Exhibit J-4, # 36 Exhibit K-1, # 37 Exhibit K-2, # 38 Exhibit K-3 District 2, # 39 Exhibit K-3 District 7, # 40 Exhibit K-4, # 41 Exhibit L-1, # 42 Exhibit L-2, # 43 Exhibit L-3 District 2, # 44 Exhibit L-3 District 7, # 45 Exhibit L-4, # 46 Exhibit M-1, # 47 Exhibit M-2, # 48 Exhibit N-1, # 49 Exhibit N-2, # 50 Exhibit O-1, # 51 Exhibit O-2, # 52 Exhibit P-1, # 53 Exhibit P-2, # 54 Exhibit Q-1, # 55 Exhibit Q-2, # 56 Exhibit R-1, # 57 Exhibit R-2)(Rouco, Richard) (Entered: 12/14/2021) |
| 12/14/2021 | 49 | NOTICE by Marcus Caster, Lakeisha Chestnut, Bobby Lee DeBouse, Benjamin Jones, Rodney Allen Love, Manasseh Powell, Ronald Smith, Wendell Thomas *of Filing Expert Report: Max Palmer* (Rouco, Richard) (Entered: 12/14/2021) |
| 12/14/2021 | 50 | NOTICE by Marcus Caster, Lakeisha Chestnut, Bobby Lee DeBouse, Benjamin Jones, Rodney Allen Love, Manasseh Powell, Ronald Smith, Wendell Thomas *of Filing Expert Report: Bridgett King* (Rouco, Richard) (Entered: 12/14/2021) |
| 12/14/2021 | 51 | NOTICE by John H Merrill re 45 Order,, (Attachments: # 1 Exhibit 1 Bryan report - Singleton, # 2 Exhibit 2 Bryan report - Milligan & Caster, # 3 Exhibit 3 Bryan cv, # 4 Exhibit 4 Hood report)(Davis, James) (Entered: 12/14/2021) |
| 12/14/2021 | 52 | MOTION for Leave to Appear Pro Hac Vice *Daniel C. Osher* by Marcus Caster, Lakeisha Chestnut, Bobby Lee DeBouse, Benjamin Jones, Rodney Allen Love, Manasseh Powell, Ronald Smith, Wendell Thomas. (Attachments: # 1 Exhibit Declaration of Daniel C. Osher, # 2 Exhibit Certificate of Good Standing)(Rouco, Richard) (Entered: 12/14/2021) |
| 12/14/2021 | 53 | PROTECTIVE ORDER. Signed by Judge Anna M Manasco on 12/14/2021. (FNC) (Entered: 12/14/2021) |
| 12/14/2021 | 54 | TEXT ORDER DENYING AS MOOT 46 , Motion for Protective Order. Signed by Judge Anna M Manasco on 12/14/2021. (FNC) (Entered: 12/14/2021) |
| 12/14/2021 | | PHV Fee paid: $75, receipt number B4601117473 for Richard R. Rouco. (DNW, ) (Entered: 12/14/2021) |
| 12/14/2021 | 55 | TEXT ORDER. Plaintiffs' Motion for Leave for Daniel C. Osher to Appear Pro Hac Vice, Doc. 52 , is GRANTED. Counsel are reminded that at least one attorney for each party may be required to be physically present at every hearing and status conference. Signed by Judge Anna M Manasco on 12/14/2021. (FNC) (Entered: 12/14/2021) |
| 12/15/2021 | 56 | MOTION for Preliminary Injunction by Marcus Caster, Lakeisha Chestnut, Bobby Lee DeBouse, Benjamin Jones, Rodney Allen Love, Manasseh Powell, Ronald Smith, Wendell Thomas. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Affidavit Declaration of Lalitha D. Maddduri)(Madduri, Lalitha) (Entered: 12/15/2021) |
| 12/16/2021 | 57 | **ORDER**: The parties are **ORDERED** to do the following: Send two hard copies of all exhibits and demonstratives that the parties intend to use during the preliminary injunction hearing to the court at the address listed below as |

| | | |
|---|---|---|
| | | soon as practicable after the exhibits are filed as part of the parties joint pretrial report due on or before December 23, 2021, but in any event for a confirmed delivery on or before **DECEMBER 28, 2021**. File with the court not later than **DECEMBER 27, 2021** a list of all counsel who will attend and participate in the preliminary injunction hearing so that the court may arrange appropriate seating in the courtroom. Alert the court not later than **DECEMBER 27, 2021**, by an e-mail to Judge Manasco's chambers (Manasco_Chambers@alnd.uscourts.gov), with a copy to all counsel, if counsel intends to use any audio-visual equipment during the preliminary injunction hearing other than the courtroom document camera. Signed by Judge Anna M Manasco on 12/16/2021. (DNW, ) (Entered: 12/16/2021) |
| 12/17/2021 | <u>58</u> | Joint MOTION for Hearing *Request for Pre-Hearing Conference* by Marcus Caster, Lakeisha Chestnut, Bobby Lee DeBouse, Benjamin Jones, Rodney Allen Love, Manasseh Powell, Ronald Smith, Wendell Thomas. (Rouco, Richard) (Entered: 12/17/2021) |
| 12/17/2021 | 59 | TEXT ORDER granting <u>58</u> . The parties' joint motion for a pre-hearing conference is GRANTED. A conference is SET for Monday, December 20, 2021, at 4:00 p.m. CST. The conference will be held by Zoom. The court will email the parties a link to participate. Signed by Judge Anna M Manasco on 12-17-2021. (TGC) (Entered: 12/17/2021) |
| 12/20/2021 | <u>60</u> | MOTION to Intervene by Jim McClendon, Chris Pringle. (Attachments: # <u>1</u> Exhibit A)(Walker, J) (Entered: 12/20/2021) |
| 12/20/2021 | 61 | **VACATED** TEXT ORDER. The court has received the MOTION to Intervene filed by Chris Pringle, Jim McClendon <u>60</u> . Movant is ORDERED to advise the court whether this motion is opposed or unopposed by NOON on December 20, 2021. Signed by Judge Anna M Manasco on 12/20/2021. (FNC) Modified on 12/20/2021 (FNC). (Entered: 12/20/2021) |
| 12/20/2021 | 62 | TEXT ORDER. Text Order 61 is VACATED. Signed by Judge Anna M Manasco on 12/20/2021. (FNC) (Entered: 12/20/2021) |
| 12/20/2021 | 63 | TEXT ORDER: Any response to the motion to intervene, Doc. <u>60</u> , must be filed on or before DECEMBER 23, 2021, at 9:00 a.m. CST. Signed by Judge Anna M Manasco on 12/20/2021. (KEK) (Entered: 12/20/2021) |
| 12/20/2021 | | Minute Entry for proceedings held before Judge Anna M Manasco: Status Conference held on 12/20/2021. (Court Reporter Teresa Roberson.) (FNC) (Entered: 12/20/2021) |
| 12/21/2021 | <u>64</u> | NOTICE by Marcus Caster, Lakeisha Chestnut, Bobby Lee DeBouse, Benjamin Jones, Rodney Allen Love, Manasseh Powell, Ronald Smith, Wendell Thomas *of Filing Rebuttal Expert Report of Dr. Bridgett King* (Rouco, Richard) (Entered: 12/21/2021) |
| 12/21/2021 | <u>65</u> | NOTICE by Marcus Caster, Lakeisha Chestnut, Bobby Lee DeBouse, Benjamin Jones, Rodney Allen Love, Manasseh Powell, Ronald Smith, Wendell Thomas *of Filing Rebuttal Expert Report of William S. Cooper* (Attachments: # <u>1</u> Exhibit A-1, # <u>2</u> Exhibit A-2, # <u>3</u> Exhibit A-3 District 2, # <u>4</u> Exhibit A-3 District 7, # <u>5</u> Exhibit B-1, # <u>6</u> Exhibit B-2, # <u>7</u> Exhibit B-3, # <u>8</u> Exhibit B-4, # <u>9</u> Exhibit B-5, # <u>10</u> Exhibit B-6, # <u>11</u> Exhibit B-7, # <u>12</u> Exhibit C-1, # <u>13</u> Exhibit C-2, # <u>14</u> Exhibit C-3, # <u>15</u> Exhibit C-4, # <u>16</u> Exhibit D-1, # <u>17</u> Exhibit |

| | | D-2, # 18 Exhibit D-3)(Rouco, Richard) (Entered: 12/21/2021) |
|---|---|---|
| 12/21/2021 | 66 | NOTICE by John H Merrill *(Secretary of State's Notice of Filing Supplemental Expert Reports)* (Attachments: # 1 Exhibit A - Thomas Bryan - Supplemental Report Final, # 2 Exhibit B - MV Hood III - AL Supplemental Expert Report) (Davis, James) (Entered: 12/21/2021) |
| 12/21/2021 | 67 | **TEXT ORDER**: During the conference held on December 20, 2021, the parties in Caster, Case No. 2:21-cv-1536-AMM, Singleton, Case No. 2:21-cv-1291-AMM, and Milligan, Case No. 2:21-cv-1530-AMM, agreed to coordinate in drafting a joint proposed order of proceedings for the preliminary injunction hearing set for January 4, 2021. Accordingly, the parties are **ORDERED** to file in each case on or before **5:00 PM CENTRAL STANDARD TIME ON DECEMBER 23, 2021**, such joint proposed order of proceedings.Signed by Judge Anna M Manasco on 12/21/2021. (DNW) (Entered: 12/21/2021) |
| 12/21/2021 | 68 | RESPONSE to Motion re 60 MOTION to Intervene filed by Marcus Caster, Lakeisha Chestnut, Bobby Lee DeBouse, Benjamin Jones, Rodney Allen Love, Manasseh Powell, Ronald Smith, Wendell Thomas. (Rouco, Richard) (Entered: 12/21/2021) |
| 12/21/2021 | 69 | **TEXT ORDER**: This case is before the court on a motion to intervene by Alabama Senator Jim McClendon and Alabama Representative Chris Pringle. Doc. 60 . Senator McClendon and Representative Pringle move to intervene as defendants in their official capacities. Id. at 1. For many of the reasons offered in the motion, which, notably, is unopposed by all of the parties to this action, the motion is **GRANTED**. Signed by Judge Anna M Manasco on 12/21/2021. (DNW, ) (Entered: 12/21/2021) |
| 12/22/2021 | 70 | **ORDER**: The court has decided to conduct the preliminary injunction hearing that will begin on January 4, 2022, remotely via Zoom. The Zoom information will be provided to all parties at a later date. Signed by Judge Anna M Manasco on 12/22/2021. (DNW) (Entered: 12/22/2021) |
| 12/22/2021 | 71 | RESPONSE in Opposition re 56 MOTION for Preliminary Injunction filed by John H Merrill. (LaCour, Edmund) (Entered: 12/22/2021) |
| 12/22/2021 | 72 | AFFIDAVIT re 71 Response in Opposition to Motion *Declaration in Support of Defendants' Response* by John H Merrill. filed by John H Merrill (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15)(LaCour, Edmund) (Entered: 12/23/2021) |
| 12/23/2021 | 73 | JOINT PRETRIAL REPORT filed by Marcus Caster, Lakeisha Chestnut, Bobby Lee DeBouse, Benjamin Jones, Rodney Allen Love, Manasseh Powell, Ronald Smith, Wendell Thomas. (Attachments: # 1 Exhibit 1-10, # 2 Exhibit 11-20, # 3 Exhibit 21-30, # 4 Exhibit 31-40, # 5 Exhibit 41-50, # 6 Exhibit 51-60, # 7 Exhibit 61-70, # 8 Exhibit 71-80, # 9 Exhibit 81-90, # 10 Exhibit 91-103)(Khanna, Abha) Modified on 12/27/2021 (FNC). (Entered: 12/23/2021) |
| 12/23/2021 | 74 | STIPULATION *Regarding Coordinated Preliminary Injunction Hearing and Discovery* by Marcus Caster, Lakeisha Chestnut, Bobby Lee DeBouse, Benjamin Jones, Rodney Allen Love, Manasseh Powell, Ronald Smith, Wendell Thomas. filed by Marcus Caster, Lakeisha Chestnut, Bobby Lee DeBouse, |

| | | |
|---|---|---|
| | | Benjamin Jones, Rodney Allen Love, Manasseh Powell, Ronald Smith, Wendell Thomas (Rouco, Richard) (Entered: 12/23/2021) |
| 12/23/2021 | 75 | PLAINTIFFS' EXHIBITS TO PRETRIAL REPORT 73 filed by Marcus Caster, Lakeisha Chestnut, Bobby Lee DeBouse, Benjamin Jones, Rodney Allen Love, Manasseh Powell, Ronald Smith, Wendell Thomas. (Attachments: # 1 Exhibit 11-20, # 2 Exhibit 21-30, # 3 Exhibit 31-40, # 4 Exhibit 41-50, # 5 Exhibit 51-60, # 6 Exhibit 61-70, # 7 Exhibit 71-80, # 8 Exhibit 81-90, # 9 Exhibit 91-103)(Khanna, Abha) Modified on 12/27/2021 (FNC). (Entered: 12/23/2021) |
| 12/23/2021 | 76 | STIPULATION *Secretary of State's Notice of Filing Defendant and Defendant-Intervenor's Stipulated Exhibits* by John H Merrill. filed by John H Merrill (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36, # 37 Exhibit 37, # 38 Exhibit 38, # 39 Exhibit 39, # 40 Exhibit 40)(Davis, James) (Entered: 12/23/2021) |
| 12/23/2021 | 77 | STIPULATION *Secretary of State's Notice of Filing Defendant and Defendant-Intervenor's Stipulated Exhibits* by John H Merrill. filed by John H Merrill (Attachments: # 1 Exhibit 41, # 2 Exhibit 42, # 3 Exhibit 43, # 4 Exhibit 44, # 5 Exhibit 45, # 6 Exhibit 46, # 7 Exhibit 47, # 8 Exhibit 48, # 9 Exhibit 49, # 10 Exhibit 50, # 11 Exhibit 51, # 12 Exhibit 52, # 13 Exhibit 53, # 14 Exhibit 54, # 15 Exhibit 55, # 16 Exhibit 56, # 17 Exhibit 57, # 18 Exhibit 58, # 19 Exhibit 59, # 20 Exhibit 60, # 21 Exhibit 61, # 22 Exhibit 62, # 23 Exhibit 63, # 24 Exhibit 64, # 25 Exhibit 65, # 26 Exhibit 66, # 27 Exhibit 67, # 28 Exhibit 68, # 29 Exhibit 69, # 30 Exhibit 70, # 31 Exhibit 71, # 32 Exhibit 72, # 33 Exhibit 73, # 34 Exhibit 74, # 35 Exhibit 75, # 36 Exhibit 76, # 37 Exhibit 77, # 38 Exhibit 78, # 39 Exhibit 79, # 40 Exhibit 80)(Davis, James) (Entered: 12/23/2021) |
| 12/23/2021 | 78 | STIPULATION *Secretary of State's Notice of Filing Defendant and Defendant-Intervenor's Stipulated Exhibits* by John H Merrill. filed by John H Merrill (Attachments: # 1 Exhibit 81, # 2 Exhibit 82, # 3 Exhibit 83, # 4 Exhibit 84, # 5 Exhibit 85, # 6 Exhibit 86, # 7 Exhibit 87, # 8 Exhibit 88, # 9 Exhibit 88, # 10 Exhibit 88, # 11 Exhibit 88, # 12 Exhibit 88, # 13 Exhibit 89, # 14 Exhibit 90, # 15 Exhibit 91, # 16 Exhibit 92, # 17 Exhibit 93, # 18 Exhibit 94, # 19 Exhibit 95, # 20 Exhibit 96, # 21 Exhibit 97, # 22 Exhibit 98, # 23 Exhibit 99, # 24 Exhibit 100)(Davis, James) (Entered: 12/23/2021) |
| 12/23/2021 | 79 | STIPULATION *Secretary of State's Notice of Filing Defendant and Defendant-Intervenor's Stipulated Exhibits* by John H Merrill. filed by John H Merrill (Attachments: # 1 Exhibit 101, # 2 Exhibit 102, # 3 Exhibit 103, # 4 Exhibit 104, # 5 Exhibit 105, # 6 Exhibit 106, # 7 Exhibit 107, # 8 Exhibit 108, # 9 Exhibit 109, # 10 Exhibit 110, # 11 Exhibit 111, # 12 Exhibit 112, # 13 Exhibit 113, # 14 Exhibit 114, # 15 Exhibit 115, # 16 Exhibit 116, # 17 Exhibit 117, # 18 Exhibit 118, # 19 Exhibit 119, # 20 Exhibit 120, # 21 Exhibit 121, # 22 Exhibit 122, # 23 Exhibit 123, # 24 Exhibit 124, # 25 Exhibit 125)(Davis, James) (Entered: 12/23/2021) |

| 12/23/2021 | 80 | STIPULATION *Secretary of State's Notice of Filing Defendant and Defendant-Intervenor's Stipulated Exhibits* by John H Merrill. filed by John H Merrill (Attachments: # 1 Exhibit 126, # 2 Exhibit 127, # 3 Exhibit 128, # 4 Exhibit 129, # 5 Exhibit 130, # 6 Exhibit 131, # 7 Exhibit 132, # 8 Exhibit 133, # 9 Exhibit 134, # 10 Exhibit 135, # 11 Exhibit 136, # 12 Exhibit 137, # 13 Exhibit 138, # 14 Exhibit 139, # 15 Exhibit 140, # 16 Exhibit 141, # 17 Exhibit 142, # 18 Exhibit 143, # 19 Exhibit 144, # 20 Exhibit 145, # 21 Exhibit 146, # 22 Exhibit 147, # 23 Exhibit 148, # 24 Exhibit 149, # 25 Exhibit 150)(Davis, James) (Entered: 12/23/2021) |
| 12/23/2021 | 81 | STIPULATION *Secretary of State's Notice of Filing Defendant and Defendant-Intervenor's Stipulated Exhibits* by John H Merrill. filed by John H Merrill (Attachments: # 1 Exhibit 151, # 2 Exhibit 152, # 3 Exhibit 153, # 4 Exhibit 154, # 5 Exhibit 155, # 6 Exhibit 156, # 7 Exhibit 157, # 8 Exhibit 158, # 9 Exhibit 159, # 10 Exhibit 160, # 11 Exhibit 161, # 12 Exhibit 162, # 13 Exhibit 163, # 14 Exhibit 164, # 15 Exhibit 165, # 16 Exhibit 166, # 17 Exhibit 167, # 18 Exhibit 168, # 19 Exhibit 169, # 20 Exhibit 170)(Davis, James) (Entered: 12/23/2021) |
| 12/27/2021 | 82 | NOTICE by John H Merrill re 57 Order,,,,, *of Persons Participating in Hearing* (Davis, James) (Entered: 12/27/2021) |
| 12/27/2021 | 83 | NOTICE by Marcus Caster, Lakeisha Chestnut, Bobby Lee DeBouse, Benjamin Jones, Rodney Allen Love, Manasseh Powell, Ronald Smith, Wendell Thomas *of Persons Participating in Hearing* (Khanna, Abha) (Entered: 12/27/2021) |
| 12/27/2021 | 84 | RESPONSE in Support re 56 MOTION for Preliminary Injunction filed by Marcus Caster, Lakeisha Chestnut, Bobby Lee DeBouse, Benjamin Jones, Rodney Allen Love, Manasseh Powell, Ronald Smith, Wendell Thomas. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Khanna, Abha) (Entered: 12/27/2021) |
| 12/28/2021 | 85 | ORDER Regarding Screen-Sharing. All counsel and their staff will have the ability to share their screens during the preliminary injunction hearing. However, the court urges the parties to be mindful as they prepare for the hearing that (1) each member of the court will have ready access during the hearing to hard copies of all demonstratives and exhibits submitted by the parties, and (2) it is the court's preference to be able to see both the examining lawyer and the testifying witness while the witness is testifying about documents that are screen-shared. Signed by Judge Anna M Manasco on 12/28/2021.(FNC) (Entered: 12/28/2021) |
| 12/30/2021 | 86 | Unopposed MOTION to Amend/Correct *Witness List* by Marcus Caster, Lakeisha Chestnut, Bobby Lee DeBouse, Benjamin Jones, Rodney Allen Love, Manasseh Powell, Ronald Smith, Wendell Thomas. (Khanna, Abha) (Entered: 12/30/2021) |
| 12/30/2021 | 87 | TEXT ORDER: Plaintiffs' Unopposed Motion to Amend Witness List, Doc. 86, is GRANTED. Signed by Judge Anna M Manasco on 12/30/2021. (KMB) (Entered: 12/30/2021) |
| 01/02/2022 | 88 | Unopposed MOTION to Amend/Correct *Exhibit List* by John H Merrill. (Attachments: # 1 Exhibit D171)(Davis, James) (Entered: 01/02/2022) |

| 01/02/2022 | 89 | Defendants unopposed motion to amend exhibit list, Doc. <u>88</u> , is GRANTED. Signed by Judge Anna M Manasco on 01/02/2022. (TGC) (Entered: 01/02/2022) |
|---|---|---|
| 01/03/2022 | <u>90</u> | MOTION to Amend/Correct <u>73</u> Notice (Other), *Preliminary Injunction Exhibit List* by Marcus Caster, Lakeisha Chestnut, Bobby Lee DeBouse, Benjamin Jones, Rodney Allen Love, Manasseh Powell, Ronald Smith, Wendell Thomas. (Attachments: # <u>1</u> Exhibit Voter Registration Form)(Rouco, Richard) (Entered: 01/03/2022) |
| 01/03/2022 | <u>91</u> | **ORDER**: Due to the current pandemic circumstances, the court has decided to make available to the public a livestream of the consolidated preliminary injunction hearing in this case. Any member of the press or interested citizen may obtain the information necessary to access the livestream by following the instructions that appear on the website for the Northern District of Alabama (https://www.alnd.uscourts.gov/instructions-view-public-hearing). The livestream also will be broadcast in the Jury Assembly Room of the Hugo Black Courthouse in Birmingham, Alabama, until further notice, per the courts prior orders. Signed by Judge Anna M Manasco on 1/3/2022. (DNW) (Entered: 01/03/2022) |
| 01/03/2022 | 92 | **TEXT ORDER**: Plaintiffs' unopposed motion to amend exhibit list, Doc. <u>90</u> , is **GRANTED**. Signed by Judge Anna M Manasco on 1/3/2022. (DNW) (Entered: 01/03/2022) |
| 01/04/2022 | | Minute Entry for proceedings held before Judge Anna M Manasco: Motion Hearing held on 1/4/2022 re <u>56</u> MOTION for Preliminary Injunction. Hearing begins; verbal notice of presence; exhibits discussed and noted which were admitted and objected to; objected exhibits to be addressed at later time during the hearing; no opening statements; testimony taken of plff Singleton with direct and cross, witness excused; testimony of N. Davis, witness qualified as an expert as noted on the record; direct and cross; lunch break; resume; cont. examination of N. Davis; witness excused; testimony of plff Milligan, direct and cross, witness excused; testimony of Kosuke Imai, witness qualified as an expert as noted on the record; break; resume; break; resume; court adj to 1/5/2022 at 9:00 AM central time. (Court Reporter Christina Decker.) (FNC) (Entered: 01/04/2022) |
| 01/05/2022 | | Minute Entry for proceedings held before Judge Anna M Manasco: Motion Hearing- DAY 2 - held on 1/5/2022 re <u>56</u> MOTION for Preliminary Injunction. Hearing begins; testimony of Kosuke Imai continued/redirect; witness excused; Ryan Williamson called; qualified as an expert as to this hearing, as stated on the record; direct, cross and redirect; witness excused; Witness S. Dowdy called; direct and cross; lunch break; resume; cont. cross; redirect; witness excused; Section 2 claims begin; Caster Plff calls Expert William Cooper, court qualifies witness as expert, as stated on the record; cross; redirect; court questions for witness; witness excused as to Section 2 claims; Def direct of Cooper as to Singleton claims; no cross; witness excused; discussions of agenda for 1/6; court adj to 1/6/2022 at 9:00 AM central time. (Court Reporter Christina Decker.) (FNC) (Entered: 01/05/2022) |
| 01/06/2022 | | Minute Entry for proceedings held before Judge Anna M Manasco: Motion Hearing- DAY 3 - held on 1/6/2022 re <u>56</u> MOTION for Preliminary Injunction. |

| | | |
|---|---|---|
| | | Hearing begins; discussions regarding schedule for today; Milligan plffs call Moon Duchin, witness qualified as an expert, as stated on the record; argument re: Exh M-48, taken under advisement; break; resume; objections addressed and o/r Exh M-48 received, as stated on the record; cross; break for lunch; resume; cross continues; redirect and recross, witness excused; Caster Plffs call Dr. Maxwell Palmer; court discusses scheduling issues; testimony of Dr. Palmer begins; witness qualified witness as expert, as stated on the record; direct begins; cross; witness excused; discussions re: starting new witness and start time for 1/7/22; Def Merrill calls Tom Bryan - court qualifies witness as an expert, as stated on the record; direct begins; court adj until 1/7/2022 at 8:30 AM central time. (Court Reporter Christina Decker.) (FNC) (Entered: 01/06/2022) |
| 01/07/2022 | | Minute Entry for proceedings held before Judge Anna M Manasco: Motion Hearing- DAY 4 - held on 1/7/2022 re 56 MOTION for Preliminary Injunction. Hearing begins; pre hearing discussions regarding due date of Findings of Facts and Conclusions of Law which is now due by Friday, Jan 14; direct of Tom Bryan cont; break; direct cont; cross by Caster; lunch break, cont cross by Caster; cross by Milligan; cross by Singleton; redirect by def Merrill; questions by the court; court adj until 1/10/2022 at 9:00 AM central time. (Court Reporter Christina Decker.) (FNC) (Entered: 01/07/2022) |
| 01/08/2022 | 93 | ORDER regarding public access to consolidated preliminary injunction hearing. Signed by Judge Anna M Manasco on 1/8/22. (KMB) (Entered: 01/08/2022) |
| 01/10/2022 | 94 | TEXT ORDER: The requirement that, [w]ithin five days of the completion of the preliminary injunction hearing, the parties shall file proposed findings of fact and conclusions of law for the courts consideration in the courts Scheduling Order for Preliminary Injunction Proceedings, Doc. 40 , is VACATED. That order remains in effect as to all other provisions contained therein. The parties are ORDERED to file proposed findings of fact and conclusions of law for the courts consideration by midnight Central Standard Time on Friday, January 14, 2022. Signed by Judge Anna M Manasco on 1/10/2022. (FNC) (Entered: 01/10/2022) |
| 01/10/2022 | 95 | NOTICE of Appearance by Christina M Rossi on behalf of Jim McClendon, Chris Pringle (Rossi, Christina) (Entered: 01/10/2022) |
| 01/10/2022 | | Minute Entry for proceedings held before District Judge Anna M Manasco: Motion Hearing- DAY 5 - held on 1/10/2022 re 56 MOTION for Preliminary Injunction. Hearing begins; pre hearing discussions regarding Caster Exh 106 - parties to discuss what part of the exhibit to be admitted - court w/h ruling on admission of exhibit; time and need for closing arguments discussed; Milligan calls Dr. Joseph Bagley; witness qualified as an expert, as stated on the record; direct; cross; redirect; lunch break; resume; court notifies parties plffs will have 90 mins total for closing - plffs can reserve some time for rebuttal and defs will have 90 mins total for closing; further discussions re: admission of def X17, arguments, court o/r objections as stated on the record; Milligan plffs call B. Liu; witness qualified as an expert, as stated on the record; direct begins; cross; redirect; court questions; witness excused; Caster Plff calls Benjamin Jones and direct begins; cross; witness excused; court adj until 1/11/2022 at 9:00 AM central time. (Court Reporter Christina Decker.) (FNC) (Entered: 01/10/2022) |

| 01/11/2022 | | Minute Entry for proceedings held before District Judge Anna M Manasco: Motion Hearing- DAY 6 - held on 1/11/2022 re 56 MOTION for Preliminary Injunction. Hearing begins; discussions regarding order of witnesses; Def calls Dr. Trey Hood; court certifies witness as an expert, as stated on the record; direct by State; cross by Milligan; cross by Caster; cross by Singleton; redirect; witness excused; lunch break; resume; Caster calls Dr. Bridgett King; court qualifies witness as an expert, as stated on the record; direct begins; cross by state; state moves to admit DX 158; argument; court reserves ruling; state moves to admit DX 153; argument; court reserves ruling; redirect; witness excused; Caster calls Dr. Marcus Caster; direct; cross by state; witness excused; court adj until 1/12/2022 at 8:30 AM central time. (Court Reporter Christina Decker.) (FNC) (Entered: 01/11/2022) |
| 01/12/2022 | | Minute Entry for proceedings held before District Judge Anna M Manasco : Motion Hearing- DAY 7 - held on 1/12/2022 re 56 MOTION for Preliminary Injunction. Hearing begins; State calls Bradley Byrne; direct; cross by Milligan; cross by Caster; cross by Singleton; redirect; court questions; witness excused; presentation of evidence is closed; no rebuttal; objected exhibits addressed as stated on the record; lunch; Singleton close, court questions; Caster close, court questions; Milligan close, court questions; Merrill close, court questions; rebuttal by Singleton, Milligan and Caster; court addresses the parties; questions by the court; hearing adj. (Court Reporter Christina Decker.) (FNC) (Entered: 01/12/2022) |
| 01/14/2022 | 96 | Statement of Facts *Proposed Findings of Fact and Conclusions of Law* by John H Merrill. filed by John H Merrill (LaCour, Edmund) (Entered: 01/14/2022) |
| 01/14/2022 | 97 | Statement of Facts *Proposed Findings of Fact and Conclusions of Law* by Marcus Caster, Lakeisha Chestnut, Bobby Lee DeBouse, Benjamin Jones, Rodney Allen Love, Manasseh Powell, Ronald Smith, Wendell Thomas. filed by Marcus Caster, Lakeisha Chestnut, Bobby Lee DeBouse, Benjamin Jones, Rodney Allen Love, Manasseh Powell, Ronald Smith, Wendell Thomas (Khanna, Abha) (Entered: 01/14/2022) |
| 01/16/2022 | 98 | NOTICE by John H Merrill re 96 Statement of Facts *Tables of Authorities for Defs' Proposed Findings of Fact and Conclusions of Law* (LaCour, Edmund) (Entered: 01/16/2022) |
| 01/18/2022 | 99 | Transcript of Proceedings NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript% 20Redaction%20Policy.pdf) See Transcript Redaction Policy (Attachments: # 1 2, # 2 3, # 3 4, # 4 5, # 5 6, # 6 7) (DNW, ) (Entered: 01/18/2022) |
| 01/24/2022 | 100 | **ORDER**: A status conference is set for **1:00 PM CENTRAL STANDARD TIME on WEDNESDAY, JANUARY 26, 2022**, by Zoom. The Zoom information will be provided to all parties at a later date. Signed by Judge Anna M Manasco on 1/24/2022. (DNW) (Entered: 01/24/2022) |

| 01/24/2022 | 101 | PRELIMINARY INJUNCTION, MEMORANDUM OPINION, AND ORDER. Signed by Judge Anna M Manasco on 1/24/2022. (KMB) (Entered: 01/24/2022) |
|---|---|---|
| 01/25/2022 | 102 | NOTICE OF APPEAL by John H Merrill. Filing fee $ 505, receipt number 1126-4000310 (B4601118126). (LaCour, Edmund) Modified on 1/25/2022 (DNW, ). (Entered: 01/25/2022) |
| 01/25/2022 | 103 | MOTION to Stay re 101 Order on Motion for Preliminary Injunction, 102 Notice of Appeal *Emergency Motion for Stay Pending Appeal* by John H Merrill. (LaCour, Edmund) (Entered: 01/25/2022) |
| 01/25/2022 | 104 | TEXT ORDER. Plaintiffs are DIRECTED to file their response to the Defendants' Emergency Motion for Stay Pending Appeal at or before 8:00 am Central Standard Time on January 26, 2022. Signed by Judge Anna M Manasco on 1/25/2022. (KMB) (Entered: 01/25/2022) |
| 01/25/2022 | 105 | NOTICE of Transmittal to the 11th Circuit. (DNW) (Entered: 01/25/2022) |
| 01/25/2022 | 106 | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re 102 Notice of Appeal (DNW) (Entered: 01/25/2022) |
| 01/26/2022 | 107 | Opposition to *Motion to Stay* filed by Marcus Caster, Lakeisha Chestnut, Bobby Lee DeBouse, Benjamin Jones, Rodney Allen Love, Manasseh Powell, Ronald Smith, Wendell Thomas. (Rouco, Richard) (Entered: 01/26/2022) |
| 01/26/2022 | | Minute Entry for proceedings held before Judge Anna M Manasco: Status Conference held on 1/26/2022. (Court Reporter Christina Decker.) (FNC) (Entered: 01/26/2022) |
| 01/26/2022 | 108 | TEXT ORDER. A Status Conference set for Friday, January 28, 2022 at 03:00 PM by Zoom before Circuit Judge Stan Marcus and District Judges Anna M Manasco and Terry Moorer. The court will provide the zoom information to the parties by separate email. Signed by Judge Anna M Manasco on 1/26/2022. (FNC) (Entered: 01/26/2022) |
| 01/26/2022 | 109 | ORDER ON MOTION TO CLARIFY. Signed by Judge Anna M Manasco on 1/26/2022. (KMB) (Entered: 01/26/2022) |
| 01/27/2022 | 110 | ORDER DENYING DEFENDANTS' EMERGENCY MOTION FOR STAY PENDING APPEAL. Signed by Judge Anna M Manasco on 1/27/2022. (KMB) (Entered: 01/27/2022) |
| 01/28/2022 | 111 | NOTICE by Marcus Caster, Lakeisha Chestnut, Bobby Lee DeBouse, Benjamin Jones, Rodney Allen Love, Manasseh Powell, Ronald Smith, Wendell Thomas *Proposed Remedial Process* (Rouco, Richard) (Entered: 01/28/2022) |
| 01/28/2022 | 112 | NOTICE by Jim McClendon, John H Merrill, Chris Pringle *(Notice Regarding Defendants' Position on Issues Raised By the Court)* (Davis, James) (Entered: 01/28/2022) |
| 01/28/2022 | | Minute Entry for proceedings held before Judge Anna M Manasco: Status Conference held on 1/28/2022. (Court Reporter Christina Decker.) (FNC) (Entered: 01/28/2022) |

| 01/28/2022 | 113 | TEXT ORDER. Status Conference set for Wednesday, February 2, 2022 at 02:00 PM by Zoom before Circuit Judge Stan Marcus and District Judges Anna M Manasco and Terry Moorer. The court will provide the zoom information to the parties by email. Signed by Judge Anna M Manasco on 1/28/2022. (FNC) (Entered: 01/28/2022) |
| --- | --- | --- |
| 02/01/2022 | 114 | Exhibit List of Plaintiff Caster from PI Hearing, held January 4, 2022 through January 12, 2022. Exhibits 1 through 103 efiled prior to the PI Hearing and can be found in Doc. 75 . Docs 104, 105 and 106 admitted during the PI hearing, are attached. (Attachments: # 1 Plff Exh 104, # 2 Plff Exh 105, # 3 Plff Exh 106)(FNC) (Entered: 02/01/2022) |
| 02/01/2022 | 115 | Exhibit List for def Merrill from PI Hearing, held January 4, 2022 through January 12, 2022. Exhibits e-filed prior to the PI Hearing and can be found at Docs. 76 (Exhibits 1-40); 77 (Exhibits 41-80); 78 Exhibits 81-100; 79 Exhibits 101-125; 80 (Exhibits 126-150) and 81 (Exhibits 151-170). Exhibit 171 admitted during the PI hearing is attached. (Attachments: # 1 Def Exh 171)(FNC) (Entered: 02/01/2022) |
| 02/01/2022 | 116 | RESPONSE to *Court Inquiry for Remedial Proceedings* filed by Marcus Caster, Lakeisha Chestnut, Bobby Lee DeBouse, Benjamin Jones, Rodney Allen Love, Manasseh Powell, Ronald Smith, Wendell Thomas. (Rouco, Richard) (Entered: 02/01/2022) |
| 02/01/2022 | 117 | NOTICE by John H Merrill *(Notice Regarding Defendants' Position on Issues Raised by the Court)* (Davis, James) (Entered: 02/01/2022) |
| 02/02/2022 | 118 | TEXT ORDER. The Status Conference set for 2:00 PM, this date, is CANCELLED. Signed by Judge Anna M Manasco on 2/2/2022. (FNC) (Entered: 02/02/2022) |
| 02/03/2022 | 119 | **ORDER**:The parties are **ADVISED** that if the Legislature is unable to enact a new map as of February 7, 2022, the court intends to draw on its inherent authority and, pursuant to Federal Rule of Civil Procedure 53, to issue a detailed order appointing Mr. Allen as Special Master and retaining Dr. Persily as an expert cartographer, with instructions (1) not to incur costs until February 8, 2022 and, thereafter (2) to consult all parties about the parties proposals for drawing a remedial map and to obtain the supporting data at the earliest opportunity after that date. Signed by Judge Anna M Manasco on 2/3/2022. (DNW, ) (Entered: 02/03/2022) |
| 02/07/2022 | 120 | Order of the court appointing Special Master and expert cartographer, and providing instructions to parties. Signed by Judge Anna M Manasco on 2/7/2022. (KMB) (Entered: 02/07/2022) |
| 02/07/2022 | 121 | TRANSCRIPT REQUEST by John H Merrill (LaCour, Edmund) (Entered: 02/07/2022) |
| 02/07/2022 | 122 | RESPONSE to filed by Jim McClendon, Chris Pringle. (Attachments: # 1 Exhibit A)(Walker, J) (Entered: 02/07/2022) |
| 02/08/2022 | 123 | All parties are DIRECTED to respond to the Singleton Plaintiffs Emergency Motion (Singleton Doc. 104) not later than Monday, February 14, 2022. Signed by Judge Anna M Manasco on 2/8/2022. (KMB) (Entered: 02/08/2022) |

| 02/12/2022 | 124 | MOTION to Intervene by Jeff Coleman. (Agricola, Algert) (Entered: 02/12/2022) |
| 02/12/2022 | 125 | Corporate Disclosure Statement by Jeff Coleman. filed by Jeff Coleman (Agricola, Algert) (Entered: 02/12/2022) |
| 02/14/2022 | 126 | All parties are DIRECTED to file responses to the emergency motion to intervene on or before 12:00pm Central Standard Time on Thursday, February 17, 2022. Signed by Judge Anna M Manasco on 02/14/2022. (TGC) (Entered: 02/14/2022) |
| 02/14/2022 | 127 | RESPONSE to *Singleton Plaintiffs' Emergency Motion for a Ruling on Their Renewed Motion for a Preliminary Injunction* filed by Marcus Caster, Lakeisha Chestnut, Bobby Lee DeBouse, Benjamin Jones, Rodney Allen Love, Manasseh Powell, Ronald Smith, Wendell Thomas. (Khanna, Abha) (Entered: 02/14/2022) |
| 02/14/2022 | 128 | RESPONSE to re 123 *Singleton Plaintiffs' Emergency Motion* filed by John H Merrill. (LaCour, Edmund) (Entered: 02/14/2022) |
| 02/15/2022 | 129 | The Singleton plaintiffs are DIRECTED to file a reply in support of their emergency motion for a ruling by 5:00pm Central Standard Time on Thursday, February 17, 2022. Signed by Judge Anna M Manasco on 2/15/2022. (KMB) (Entered: 02/15/2022) |
| 02/16/2022 | 130 | RESPONSE to Motion re 124 MOTION to Intervene filed by Marcus Caster, Lakeisha Chestnut, Bobby Lee DeBouse, Benjamin Jones, Rodney Allen Love, Manasseh Powell, Ronald Smith, Wendell Thomas. (Khanna, Abha) (Entered: 02/16/2022) |
| 02/17/2022 | 131 | RESPONSE to Motion re 124 MOTION to Intervene filed by John H Merrill. (Bowdre, Alexander) (Entered: 02/17/2022) |
| 02/25/2022 | 132 | ORDER denying 124 Motion to Intervene. Signed by Judge Anna M Manasco on 2-25-2022. (TGC) (Entered: 02/25/2022) |
| 04/07/2022 | 133 | ORDER. Signed by Judge Anna M Manasco on 04/07/2022. (TGC) (Entered: 04/07/2022) |
| 04/12/2022 | 134 | RESPONSE to re 133 *Court's April 7, 2022 Order* filed by John H Merrill. (LaCour, Edmund) (Entered: 04/12/2022) |
| 04/14/2022 |  | Minute Entry for proceedings held before Judge Anna M Manasco: Status Conference held on 4/14/2022. (Court Reporter Christina Decker.) (FNC) (Entered: 04/14/2022) |
| 04/15/2022 | 135 | ORDER. Signed by Judge Anna M Manasco on 04/15/2022. (TGC) (Entered: 04/15/2022) |
| 04/19/2022 | 136 | Transcript of Proceedings held on 4/14/2022, before Judge Manasco. Court Reporter/Transcriber Christina M. Decker, Telephone number 256-506-0085. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript |

|  |  |  |
|---|---|---|
|  |  | will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov /local/court%20forms/transcripts/Transcript% 20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 5/10/2022. Redacted Transcript Deadline set for 5/20/2022. Release of Transcript Restriction set for 7/18/2022. (DNW) (Entered: 04/19/2022) |
| 04/20/2022 | 137 | RESPONSE to re 135 *Court's Order of April 15, 2022 Regarding Dates Related to the 2024 Congressional Election* filed by John H Merrill. (LaCour, Edmund) (Entered: 04/20/2022) |
| 05/02/2022 | 138 | ORDER. Signed by Judge Anna M Manasco on 05/02/2022. (TGC) (Entered: 05/02/2022) |
| 05/03/2022 |  | Set/Reset Hearings: Status Conference set for 11/16/2022 at 10:00 AM central time by Zoom, before Judge Anna M Manasco. The court will provide the zoom information to the parties by separate email. (FNC) (Entered: 05/03/2022) |
| 06/23/2022 | 139 | NOTICE of Transmittal to the U.S. Supreme Court. (DNW) (Entered: 06/23/2022) |
| 06/23/2022 | 140 | Transmission of Notice of Appeal and Docket Sheet to US Supreme Court re 102 Notice of Appeal (DNW) (Entered: 06/23/2022) |
| 11/16/2022 |  | Minute Entry for proceedings held before Judge Anna M Manasco: Status Conference held on 11/16/2022. (Court Reporter Christina Decker.) (FNC) (Entered: 11/16/2022) |
| 11/21/2022 | 141 | ORDER A Status Conference is set for February 8, 2023 at 09:00 A.M. ((CST). The status conference will be held by Zoom. The parties are ORDERED to meet and confer within thirty (30) days of the date of this order regarding the discovery and scheduling matters discussed at the court's November 16, 2022 status conference. The parties are further ORDERED to file within forty-five (45) days a joint report outlining their respective positions on discovery and scheduling and identifying any areas of consensus about the next steps to be taken in this case. The joint report shall be addressed as set out. Signed by Judge Anna M Manasco on 11/21/2022. (KSS) (Entered: 11/21/2022) |
| 01/05/2023 | 142 | STATUS REPORT *(Joint)* by Marcus Caster, Lakeisha Chestnut, Bobby Lee DeBouse, Benjamin Jones, Rodney Allen Love, Manasseh Powell, Ronald Smith, Wendell Thomas. filed by Marcus Caster, Lakeisha Chestnut, Bobby Lee DeBouse, Benjamin Jones, Rodney Allen Love, Manasseh Powell, Ronald Smith, Wendell Thomas (Attachments: # 1 Proposed Scheduling Order) (Khanna, Abha) (Entered: 01/05/2023) |
| 01/10/2023 | 143 | SCHEDULING ORDER-Certain time limits apply as set out herein; Regardless of the timing of the Supreme Courts decision, the parties shall exchange Initial Disclosures as required by Fed. R. Civ. P. 26 by January 30, 2023. Fact and Written Discovery beginning on January 9, 2023; Regardless of the timing of the Supreme Court's decision, the Court and the Parties will make every possible effort to ensure that this case will be trial-ready by the week of July 31, 2023. Signed by Judge Anna M Manasco on 01/10/2023. (AKD) (Entered: 01/10/2023) |

| 01/19/2023 | 144 | Transcript of Zoom Status Conference Proceedings held on 11/16/2022, before Judge Anna M. Manasco. Court Reporter/Transcriber Christina Decker, Telephone number 256-551-2537. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts/Transcript%20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 2/9/2023. Redacted Transcript Deadline set for 2/19/2023. Release of Transcript Restriction set for 4/19/2023. (AKD) (Entered: 01/19/2023) |
| 01/30/2023 | 145 | MOTION for Extension of Time by Jim McClendon, John H Merrill, Chris Pringle. (Walker, J) (Entered: 01/30/2023) |
| 01/30/2023 | 146 | ORDER granting 145 Motion for Extension of Time. Signed by Judge Anna M Manasco on 01/30/2023. (TGC) (Entered: 01/30/2023) |
| 02/08/2023 |  | Minute Entry for proceedings held before Judge Anna M Manasco: Status Conference held on 2/8/2023. (Court Reporter Christina Decker.) (FNC) (Entered: 02/08/2023) |
| 02/08/2023 | 147 | ORDER. Signed by Judge Anna M Manasco on 02/08/2023. (TGC) (Entered: 02/08/2023) |
| 02/08/2023 | 🔒 | (Court only) ***Party Wes Allen added. Party John H Merrill (in his offical offical capacity as Alabama Secretary of State) terminated pursuant to Order 147 . (AKD) (Entered: 02/08/2023) |
| 02/27/2023 | 148 | RESPONSE to re 147 Response to Order filed by Wes Allen. (Attachments: # 1 Exhibit Admin Calendar 2024)(Davis, James) (Entered: 02/27/2023) |
| 03/13/2023 | 149 | MOTION to Withdraw as Attorney by Wes Allen. (Wilson, Thomas) (Entered: 03/13/2023) |
| 03/13/2023 | 150 | TEXT ORDER. The court GRANTS 149 . Attorney Thomas Alexander Wilson terminated as attorney for Wes Allen. Signed by Judge Anna M Manasco on 3/13/2023. (FNC) (Entered: 03/13/2023) |
| 04/20/2023 | 151 | MOTION to Withdraw as Attorney by Marcus Caster, Lakeisha Chestnut, Bobby Lee DeBouse, Benjamin Jones, Rodney Allen Love, Manasseh Powell, Ronald Smith, Wendell Thomas. (Osher, Daniel) (Entered: 04/20/2023) |
| 04/20/2023 | 152 | TEXT ORDER. The court GRANTS 151 . Attorney Daniel C Osher terminated. Signed by Judge Anna M Manasco on 4/20/2023. (FNC) (Entered: 04/20/2023) |
| 06/09/2023 | 153 | ORDER. The court sets a status conference by Zoom for 6/16/2023 at 08:00 AM, before Judge Anna M. Manasco. The court will provide the zoom information to the parties by separate email. Signed by Judge Anna M Manasco on 6/9/2023. (FNC) (Entered: 06/09/2023) |

| | | |
|---|---|---|
| 06/15/2023 | 154 | NOTICE by Wes Allen, Jim McClendon, Chris Pringle *Regarding Intent of Legislature to Enact New Redistricting Plan* (LaCour, Edmund) (Entered: 06/15/2023) |
| 06/16/2023 | 155 | Joint MOTION *For Entry of Remedial Scheduling Order* by Marcus Caster. (Attachments: # 1 Text of Proposed Order)(Rouco, Richard) (Entered: 06/16/2023) |
| 06/16/2023 | | Minute Entry for proceedings held before Judge Anna M Manasco: Status Conference held by Zoom on 6/16/2023. Case announced and hearing called to order. Counsel for all parties identified. Current status of case and plans to proceed discussed, as stated on the record Court adj. (Court Reporter Christina Decker.)(FNC) (Entered: 06/16/2023) |
| 06/20/2023 | 156 | ORDER. Signed by Judge Anna M Manasco on 06/20/2023. (KEC) (Entered: 06/20/2023) |
| 06/20/2023 | 157 | Opposition to re 155 *Defendants Partial Opposition to Plaintiffs Motion for Entry of Remedial Scheduling Order* filed by Wes Allen, Jim McClendon, Chris Pringle. (LaCour, Edmund) (Entered: 06/20/2023) |
| 06/22/2023 | 158 | Unopposed MOTION *to Defer Motions for Attorneys' Fees* by Marcus Caster, Lakeisha Chestnut, Jeff Coleman, Bobby Lee DeBouse, Benjamin Jones, Rodney Allen Love, Manasseh Powell, Ronald Smith, Wendell Thomas. (Rouco, Richard) (Entered: 06/22/2023) |
| 06/23/2023 | 159 | ORDER. The unopposed motion to defer motions for attorneys' fees is GRANTED. Plaintiffs' motions and briefs for fees will be due no earlier than 21 days after the Court's approval of a remedial plan or 21 days after July 28, 2023, if no Plaintiff files an objection to a new plan enacted by the Alabama Legislature on or before July 21, 2023. Signed by Judge Anna M Manasco on 06/23/2023. (SAB) (Entered: 06/23/2023) |
| 06/23/2023 | 🔒 160 | Transcript of Status Conference via Zoom Conference Proceedings held on 06/16/2026, before Judge Anna M. Manasco, Terry F. Moorer, Stanley Marcus. Court Reporter/Transcriber Christina Decker, Telephone number 256-506-0085. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov /local/court%20forms/transcripts/Transcript% 20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 7/14/2023. Redacted Transcript Deadline set for 7/24/2023. Release of Transcript Restriction set for 9/21/2023. (AKD) (Entered: 06/23/2023) |
| 07/07/2023 | 161 | STATUS REPORT by Wes Allen, Jim McClendon, Chris Pringle. filed by Wes Allen, Jim McClendon, Chris Pringle (Attachments: # 1 Exhibit 2023 2nd Special Session Proclamation)(Davis, James) (Entered: 07/07/2023) |
| 07/14/2023 | 162 | MOTION to Withdraw as Attorney *Olivia N. Sedwick* by Marcus Caster, Lakeisha Chestnut, Bobby Lee DeBouse, Benjamin Jones, Rodney Allen Love, |

| | | Manasseh Powell, Ronald Smith, Wendell Thomas. (Sedwick, Olivia) (Entered: 07/14/2023) |
|---|---|---|
| 07/14/2023 | 163 | STATUS REPORT by Wes Allen. filed by Wes Allen (Davis, James) (Entered: 07/14/2023) |
| 07/17/2023 | 164 | TEXT ORDER. The court GRANTS 162 . Attorney Olivia Sedwick terminated. Signed by Judge Anna M Manasco on 7/17/2023. (FNC) (Entered: 07/17/2023) |
| 07/21/2023 | 165 | STATUS REPORT by Wes Allen, Jim McClendon, Chris Pringle. filed by Wes Allen, Jim McClendon, Chris Pringle (Attachments: # 1 Livingston 3 map and data)(Davis, James) (Entered: 07/21/2023) |
| 07/24/2023 | 166 | ORDER. The parties are DIRECTED to submit three to five names of proposed cartographers at or before 12:00 NOON CDT on FRIDAY, JULY 28, 2023. This order does not alter the appointment of General Richard Allen as the Court's Special Master. Signed by Judge Anna M Manasco on 07/24/2023. (KEC) (Entered: 07/24/2023) |
| 07/25/2023 | 167 | **TEXT ORDER**: The Defendants and the *Singleton* Plaintiffs are **DIRECTED** to file responses to the Motion For Clarification by the *Milligan* Plaintiffs and *Caster* Plaintiffs on or before 5:00pm Central Daylight Time on Thursday, July 27, 2023. Signed by Judge Anna M Manasco on 07/25/2023. (KEC) (Entered: 07/25/2023) |
| 07/26/2023 | 168 | MOTION to Withdraw as Attorney by Wes Allen. (Harris, Andrew) (Entered: 07/26/2023) |
| 07/26/2023 | 169 | TEXT ORDER. The court GRANTS 168 . Attorney Andrew Reid Harris terminated. Signed by Judge Anna M Manasco on 7/26/2023. (FNC) (Entered: 07/26/2023) |
| 07/26/2023 | 170 | Joint MOTION *for Proposed Scheduling Order* by Marcus Caster, Lakeisha Chestnut, Bobby Lee DeBouse, Benjamin Jones, Rodney Allen Love, Manasseh Powell, Ronald Smith, Wendell Thomas. (Attachments: # 1 Proposed Order)(Rouco, Richard) (Entered: 07/26/2023) |
| 07/27/2023 | 171 | **ORDER** on the parties' jointly proposed scheduling order, Doc. 170 . Certain deadlines apply as set out herein. Signed by Judge Anna M Manasco on 07/27/2023.(KEC) (Entered: 07/27/2023) |
| 07/27/2023 | 172 | RESPONSE to *Milligan and Caster Plaintiffs' Motion for Clarification* filed by Singleton Plaintiffs. (Quillen, Henry) (Entered: 07/27/2023) |
| 07/27/2023 | 173 | RESPONSE to *Motion to Clarify (MDoc.188)* filed by Wes Allen, Jim McClendon, Chris Pringle. (LaCour, Edmund) (Entered: 07/27/2023) |
| 07/28/2023 | 🔒 | (Court only) ***Motions terminated: 170 Joint MOTION *for Proposed Scheduling Order* filed by Rodney Allen Love, Bobby Lee DeBouse, Ronald Smith, Lakeisha Chestnut, Marcus Caster, Manasseh Powell, Benjamin Jones, Wendell Thomas. See Order 171 . (FNC) (Entered: 07/28/2023) |
| 07/28/2023 | | Set/Reset Hearings: Status Conference set for 7/31/2023 at 11:30 AM Central time/12:30 PM Eastern by Zoom before Circuit Judge Marcus and District Judges Manasco and Moorer. The Zoom information has been provided to the parties.(FNC) (Entered: 07/28/2023) |

| 07/28/2023 | 🔒 | (Court only) ***Motions terminated: 155 Joint MOTION *For Entry of Remedial Scheduling Order* filed by Marcus Caster. See order 156 . (FNC) (Entered: 07/28/2023) |
|---|---|---|
| 07/28/2023 | 174 | NOTICE by Marcus Caster, Lakeisha Chestnut, Bobby Lee DeBouse, Benjamin Jones, Rodney Allen Love, Manasseh Powell, Ronald Smith, Wendell Thomas *of Filing Plaintiffs' Proposed Cartographers* (Rouco, Richard) (Entered: 07/28/2023) |
| 07/28/2023 | 175 | RESPONSE to *Order Concerning Cartographers* filed by Wes Allen. (Davis, James) (Entered: 07/28/2023) |
| 07/28/2023 | 176 | MOTION for Leave to Appear Pro Hac Vice *of Jyoti Jasrasria* by Marcus Caster, Lakeisha Chestnut, Bobby Lee DeBouse, Benjamin Jones, Rodney Allen Love, Manasseh Powell, Ronald Smith, Wendell Thomas. (Attachments: # 1 Declaration, # 2 Certificate of Good Standing)(Rouco, Richard) (Entered: 07/28/2023) |
| 07/28/2023 | | PHV Fee paid: $ 75, receipt number AALNDC-4394103 (ALND receipt# B-6579). (Rouco, Richard) Modified on 7/28/2023 (AKD). (Entered: 07/28/2023) |
| 07/28/2023 | 177 | TEXT ORDER. Plaintiffs' Motion for Leave for Jyoti Jasrasria to Appear Pro Hac Vice, Doc. 176 , is GRANTED. Counsel are reminded that at least one attorney for each party may be required to be physically present at every hearing and status conference. Signed by Judge Anna M Manasco on 7/28/2023. (FNC) (Entered: 07/28/2023) |
| 07/28/2023 | 178 | Brief *Statement of Interest of the United States*. (Cheek, Jason) (Entered: 07/28/2023) |
| 07/28/2023 | 179 | RESPONSE to *and Objections to Alabama Legislature's Remedial Congressional Plan* filed by Marcus Caster. (Attachments: # 1 Exhibit Population Summary Livingston Cong. Plan 3, # 2 Exhibit Expert Report of Maxwell Palmer)(Rouco, Richard) (Entered: 07/28/2023) |
| 07/31/2023 | 180 | REPLY to *Motion for Clarification in Support by Caster and Milligan Plaintiffs* filed by Marcus Caster, Lakeisha Chestnut, Bobby Lee DeBouse, Benjamin Jones, Rodney Allen Love, Manasseh Powell, Ronald Smith, Wendell Thomas. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Rouco, Richard) (Entered: 07/31/2023) |
| 07/31/2023 | | Minute Entry for proceedings held before Judge Anna M Manasco: Status Conference held by Zoom on 7/31/2023. Case announced and hearing called to order. Counsel for all parties identified. Current status of case and plans to proceed discussed, as stated on the record Court adj. (Court Reporter Christina Decker.)(FNC) (Entered: 07/31/2023) |
| 08/01/2023 | 181 | MOTION for Leave to Appear Pro Hac Vice *of Makeba Rutahindurwa* by Marcus Caster, Lakeisha Chestnut, Bobby Lee DeBouse, Benjamin Jones, Rodney Allen Love, Manasseh Powell, Ronald Smith, Wendell Thomas. (Attachments: # 1 Declaration, # 2 Certificate of Good Standing)(Rouco, Richard) (Entered: 08/01/2023) |

| 08/01/2023 | | PHV Fee paid: $ 75, receipt number AALNDC-4395892 (ALND receipt# B-6619). (Rouco, Richard) Modified on 8/1/2023 (AKD). (Entered: 08/01/2023) |
|---|---|---|
| 08/01/2023 | 182 | **ORDER**: Certain deadlines apply as set out herein. Signed by Judge Anna M Manasco on 08/01/2023. (KEC) (Entered: 08/01/2023) |
| 08/02/2023 | | Set/Reset Hearings: Motion Hearing set for 8/14/2023 09:00 AM in Hugo L Black US Courthouse, Birmingham, AL before Judge Anna M Manasco. (AKD) (Entered: 08/02/2023) |
| 08/02/2023 | 183 | TEXT ORDER. Plaintiffs' Motion for Leave for Makeba Rutahindurwa to Appear Pro Hac Vice, Doc. 181 , is GRANTED. Counsel are reminded that at least one attorney for each party may be required to be physically present at every hearing and status conference. Signed by Judge Anna M Manasco on 8/2/2023. (FNC) (Entered: 08/02/2023) |
| 08/02/2023 | 184 | NOTICE of Appearance by Charles W McKay, Jr on behalf of Wes Allen (McKay, Charles) (Entered: 08/02/2023) |
| 08/02/2023 | 185 | ORDER. Certain deadlines apply as set out herein. Signed by Judge Anna M Manasco on 08.02.2023. (SAB) (Entered: 08/02/2023) |
| 08/03/2023 | 186 | MOTION to clarify *Order (Milligan Doc. 203)* by Wes Allen, Jim McClendon, Chris Pringle. (LaCour, Edmund) (Entered: 08/03/2023) |
| 08/03/2023 | 187 | **ORDER:** The Defendants moved for clarification of this court's order. *Singleton* Doc. 156; *Milligan* Doc. 205; *Caster* Doc. 186 . Each set of Plaintiffs is **DIRECTED** to respond on or before **FRIDAY, AUGUST 4, 2023** at **12:00 P.M.** (noon) **CDT**. Signed by Judge Anna M Manasco on 08/03/2023. (KEC) (Entered: 08/03/2023) |
| 08/03/2023 | 🔒 188 | Transcript of Status Conference Via Teleconference Proceedings held on 07/31/2023, before Judge Anna M. Manasco, Terry F. Moorer, Stanley Marcus. Court Reporter/Transcriber Christina Decker, Telephone number 256-506-0085. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov /local/court%20forms/transcripts/Transcript% 20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 8/24/2023. Redacted Transcript Deadline set for 9/3/2023. Release of Transcript Restriction set for 11/1/2023. (AKD) (Entered: 08/03/2023) |
| 08/04/2023 | 189 | NOTICE of Appearance by Charles A. McKay on behalf of Wes Allen (McKay, Charles) (Entered: 08/04/2023) |
| 08/04/2023 | 190 | RESPONSE to Motion re 186 MOTION to clarify *Order (Milligan Doc. 203)* filed by Marcus Caster. (Rouco, Richard) (Entered: 08/04/2023) |
| 08/04/2023 | 191 | RESPONSE to re 179 *Milligan and Caster Plaintiffs' Objections and Request for Preliminary Injunction* filed by Wes Allen, Jim McClendon, Chris Pringle. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R, # 19 Exhibit S)(LaCour, Edmund) (Entered: 08/04/2023) |
| 08/05/2023 | 192 | **ORDER**. Signed by Judge Anna M Manasco on 08/05/2023. (KEC) (Entered: 08/05/2023) |
| 08/06/2023 | 193 | ORDER entered on the defendants' motion for clarification, Doc. 186 . Signed by Judge Anna M Manasco on 08/06/2023.(SAB) (Entered: 08/06/2023) |
| 08/07/2023 | 194 | Joint MOTION to Amend/Correct 191 Response (other),, *Exhibit S* by Wes Allen, Jim McClendon, Chris Pringle. (Attachments: # 1 Exhibit S)(LaCour, Edmund) (Entered: 08/07/2023) |
| 08/07/2023 | 195 | REPLY to re 191 *Defendant's Response to Plaintiffs' Objections to Alabama's Remedial Congressional Plan* filed by Marcus Caster. (Rouco, Richard) (Entered: 08/07/2023) |
| 08/08/2023 | 196 | **ORDER** certain deadlines apply as set out herein. Signed by Judge Anna M Manasco on 08/08/2023. (KEC) (Entered: 08/08/2023) |
| 08/08/2023 | 197 | NOTICE by Wes Allen, Jim McClendon, Chris Pringle *of Filing Exhibits* (Attachments: # 1 Exhibit S, # 2 Exhibit T, # 3 Exhibit U, # 4 Exhibit V, # 5 Exhibit W)(LaCour, Edmund) (Entered: 08/08/2023) |
| 08/09/2023 | 198 | ORDER of USCA as to 102 Notice of Appeal filed by John H Merrill; Before Rosenbaum, Grant, and Lagoa, USCJ; In a February 28, 2022 order, the Court Stayed this appeal in light of the United States Supreme Court's February 7, 2022 order granting a petition for a writ of certiorari before judgment. On June 8, 2023, the Supreme Court issued an opinion affirming the district court order on appeal. The Supreme Court's judgment has issued. Accordingly, this appeal is DISSMISSED AS MOOT.(AKD) (Entered: 08/09/2023) |
| 08/09/2023 | 🔒 | (Court only) ***Motions terminated: at the direction of the court - 158 (FNC) (Entered: 08/09/2023) |
| 08/09/2023 | 199 | SECOND NOTICE by Wes Allen, Jim McClendon, Chris Pringle *of Filing Exhibits* (Attachments: # 1 Exhibit C-2, # 2 Exhibit F-2)(LaCour, Edmund) Modified on 8/9/2023 (AKD). (Entered: 08/09/2023) |
| 08/09/2023 | 200 | **ORDER** on Doc. 194 . Signed by Judge Anna M Manasco on 08/09/2023.(KEC) (Entered: 08/09/2023) |
| 08/09/2023 | 201 | MOTION in Limine by Marcus Caster, Lakeisha Chestnut, Bobby Lee DeBouse, Benjamin Jones, Rodney Allen Love, Manasseh Powell, Ronald Smith, Wendell Thomas. (Rouco, Richard) (Entered: 08/09/2023) |
| 08/09/2023 | 202 | ORDER on Doc. 201 : Defendants are **DIRECTED** to respond to the Plaintiffs' Motion in Limine by **5:00pm CDT** on **Thursday, August 10, 2023**. In that submission, Defendants are **DIRECTED** to tell the Court (among other things) whether they have stipulated with the *Caster* and *Milligan* Plaintiffs to present all evidence, including expert opinion evidence, on paper instead of live. Signed by Judge Anna M Manasco on 08/09/2023. (KEC) (Entered: 08/09/2023) |

| 08/10/2023 | | Set/Reset Deadlines as to 201 MOTION in Limine. Defendants Responses due by 8/10/2023 (AKD) (Entered: 08/10/2023) |
|---|---|---|
| 08/10/2023 | 203 | NOTICE by Marcus Caster, Lakeisha Chestnut, Bobby Lee DeBouse, Benjamin Jones, Rodney Allen Love, Manasseh Powell, Ronald Smith, Wendell Thomas *of Caster Plaintiffs' August 14 Remedial Hearing Attendance Disclosure* (Rouco, Richard) (Entered: 08/10/2023) |
| 08/10/2023 | 204 | AFFIDAVIT of Richard F. Allen. (FNC) (Entered: 08/10/2023) |
| 08/10/2023 | 205 | AFFIDAVIT of Michael A. Scodro. (FNC) (Entered: 08/10/2023) |
| 08/10/2023 | 206 | AFFIDAVIT of David Ely. (FNC) (Entered: 08/10/2023) |
| 08/10/2023 | 207 | Witness List *(Defendants' Joint Witness List)* by Wes Allen, Jim McClendon, Chris Pringle. (Davis, James) (Entered: 08/10/2023) |
| 08/10/2023 | 208 | Exhibit List by Wes Allen, Jim McClendon, Chris Pringle.. (LaCour, Edmund) (Entered: 08/10/2023) |
| 08/10/2023 | 209 | NOTICE by Wes Allen, Jim McClendon, Chris Pringle *(Defendants' Joint Notice Regarding Participating Counsel)* (Davis, James) (Entered: 08/10/2023) |
| 08/10/2023 | 210 | RESPONSE to Motion re 201 MOTION in Limine filed by Wes Allen, Jim McClendon, Chris Pringle. (LaCour, Edmund) (Entered: 08/10/2023) |
| 08/10/2023 | 211 | NOTICE by Marcus Caster, Lakeisha Chestnut, Bobby Lee DeBouse, Benjamin Jones, Rodney Allen Love, Manasseh Powell, Ronald Smith, Wendell Thomas *Plaintiffs' Witness List for Remedial Proceedings* (Rouco, Richard) (Entered: 08/10/2023) |
| 08/10/2023 | 212 | NOTICE by Marcus Caster, Lakeisha Chestnut, Bobby Lee DeBouse, Benjamin Jones, Rodney Allen Love, Manasseh Powell, Ronald Smith, Wendell Thomas *Plaintiffs' Exhibit List for Remedial Proceedings* (Rouco, Richard) (Entered: 08/10/2023) |
| 08/10/2023 | 213 | NOTICE by Wes Allen, Jim McClendon, Chris Pringle *of filing of Joint Stipulated Facts for Remedial Hearing* (LaCour, Edmund) (Entered: 08/10/2023) |
| 08/12/2023 | 214 | REPLY to Response to Motion re 201 MOTION in Limine filed by Marcus Caster. (Rouco, Richard) (Entered: 08/12/2023) |
| 08/12/2023 | 215 | Unopposed MOTION Requesting Leave for Lead Counsel to Participate Remotely by Marcus Caster. (Rouco, Richard) (Entered: 08/12/2023) |
| 08/12/2023 | 216 | NOTICE by Wes Allen, Jim McClendon, Chris Pringle *of Filing of Amended Exhibit List* (Attachments: # 1 Exhibit July 13 2023 Committee Hearing Transcript)(LaCour, Edmund) (Entered: 08/12/2023) |
| 08/13/2023 | 217 | **TEXT ORDER:** The request for remote participation by Abha Khanna, Doc. 215 , is **GRANTED** . A video conference link for Ms. Khanna's use will be provided by email. Signed by Judge Anna M Manasco on 08/13/2023. (KEC) (Entered: 08/13/2023) |
| 08/14/2023 | | Minute Entry for proceedings held before Circuit Judge Stan Marcus and District Judges Anna M Manasco and Terry Moorer: Three-Judge Court |

| | | |
|---|---|---|
| | | Hearing held on 8/14/2023. Opening statements by parties. Motion in Limine addressed; Court reserves ruling; Exhibits discussed as stated on the record; closing arguments. Proposed finding of facts and conclusions of law due by 8 AM on August 19, 2023. Court adj. (Court Reporter Christina Decker.) (FNC) (Entered: 08/14/2023) |
| 08/14/2023 | 218 | **ORDER**. Signed by Judge Anna M Manasco on 08/14/2023. (KEC) (Entered: 08/14/2023) |
| 08/18/2023 | 🔒 219 | Transcript of Proceedings held on August 14, 2023, before Judge Anna M. Manasco, Judge Terry F. Moore and Judge Stanley Marcus. Court Reporter/Transcriber Christina Decker. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. NOTICE: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. (A copy can be obtained at http://www.alnd.uscourts.gov/local/court%20forms/transcripts /Transcript% 20Redaction%20Policy.pdf) See Transcript Redaction Policy Redaction Request due 9/8/2023. Redacted Transcript Deadline set for 9/18/2023. Release of Transcript Restriction set for 11/16/2023. (KAM) (Entered: 08/18/2023) |
| 08/19/2023 | 220 | Statement of Facts *Proposed Findings of Fact and Conclusions of Law* by Wes Allen, Jim McClendon, Chris Pringle. filed by Wes Allen, Jim McClendon, Chris Pringle (LaCour, Edmund) (Entered: 08/19/2023) |
| 08/19/2023 | 221 | NOTICE by Marcus Caster *Plaintiffs' Proposed Findings of Fact and Conclusions of Law Regarding Remedy* (Rouco, Richard) (Entered: 08/19/2023) |
| 08/21/2023 | 222 | ORDER. Steve Livingston, the current senate chair of the Alabama Legislature's Permanent Legislative Committee on Reapportionment, is hereby substituted for former senate chair Jim McClendon as a defendant in this action. Signed by Judge Anna M Manasco on 08/21/2023. (SAB) (Entered: 08/21/2023) |
| 09/05/2023 | 223 | ORDER. Signed by Judge Anna M Manasco on 09/05/2023. (SLN) (Entered: 09/05/2023) |
| 09/05/2023 | 224 | ORDER INSTRUCTING THE SPECIAL MASTER. Signed by Judge Anna M Manasco on 09/05/2023. (SLN) (Entered: 09/05/2023) |
| 09/05/2023 | 225 | NOTICE OF APPEAL to the United States Court of Appeals for the Eleventh Circuit as to 223 Order by Wes Allen. Filing fee $ 505, receipt number AALNDC-4420189 (ALND receipt# B-7192). (LaCour, Edmund) Modified on 9/6/2023 (AKD). Modified on 9/6/2023 (FNC). (Entered: 09/05/2023) |
| 09/05/2023 | 226 | Emergency MOTION to Stay re 223 Order, 225 Notice of Appeal *Emergency Motion for Stay Pending Appeal* by Wes Allen. (LaCour, Edmund) (Entered: 09/05/2023) |
| 09/05/2023 | 227 | TEXT ORDER: The Court received the Secretary of State's stay application at 4:42 pm CDT today, September 5, 2023. Plaintiffs are DIRECTED to respond not later than 10:00am CDT on Friday, September 8, 2023. Signed by Judge |

| | | |
|---|---|---|
| | | Anna M Manasco on 9/5/2023. (FNC) (Entered: 09/05/2023) |
| 09/05/2023 | 228 | TEXT ORDER - It is hereby ordered: 1. All information ordered to be provided to the Special Master shall be uploaded to a datasite hosted by the Special Master's counsel, Mayer Brown LLP. Invitations to upload material to the datasite will be emailed to lead counsel for all parties. 2. In addition to the data and files ordered to be provided to the Special Master by paragraph 7 of the Court Order of September 5, 2023, Defendants and the Milligan and Caster Plaintiffs are ordered to provide to the Special Master, not later than 12:00 pm Central Daylight Time on Thursday, September 7, 2023, any election data used by their respective experts to assess the performance of Black-preferred candidates in districts included in the subject plans and to support the parties' stipulations 6 through 9 (Milligan Doc. 251; Caster Doc. 213). For this purpose, Defendants and the Milligan and Caster Plaintiffs are directed to provide actual election results by precinct and, if used, any disaggregated, re-aggregated, or other modified data used to align to changed geography, in order to replicate the analysis and apply to alternative plans as necessary. Signed by Richard Allen, Special Master on 9/5/2023, with permission of the Court. (FNC) (Entered: 09/05/2023) |
| 09/06/2023 | 229 | Transmittal letter to 11th Circuit Court of Appeals re 225 Notice of Appeal, (AKD) (Entered: 09/06/2023) |