# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **BOBBY SINGLETON,** *et al.*, ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> **WES ALLEN,** *in his official* ) <br> *capacity as Alabama Secretary of* ) <br> *State*, *et al.*, ) <br> ) <br> **Defendants.** ) | **Case No.: 2:21-cv-1291-AMM** <br><br> **THREE-JUDGE COURT** |
| **EVAN MILLIGAN,** *et al.*, ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> **WES ALLEN,** *in his official* ) <br> *capacity as Alabama Secretary of* ) <br> *State*, *et al.*, ) <br> ) <br> **Defendants.** ) | **Case No.: 2:21-cv-1530-AMM** <br><br> **THREE-JUDGE COURT** |
| **MARCUS CASTER,** *et al.*, ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> **WES ALLEN,** *in his official* ) <br> *capacity as Secretary of State of* ) <br> *Alabama*, *et al.*, ) <br> ) <br> **Defendants.** ) | **Case No.: 2:21-cv-1536-AMM** |

| | | |
|---|---|---|
| **IN RE REDISTRICTING 2023** | ) ) | |
| **SPECIAL MASTER** | ) ) | Misc. No.: 2:23-cv-1181-AMM |

BEFORE THE SPECIAL MASTER:

## AMENDED ORDER

The Court directed the Special Master to submit three proposed plans and a Report and Recommendation by September 25, 2023. To meet that deadline while permitting parties and interested non-parties to participate in the process, the Special Master is setting the following submission schedule.

1. Any party desiring to do so must submit proposed remedial plans by **12:00 PM Central Standard Time on Monday, September 11, 2023**. Recognizing that non-parties may require additional time to prepare, non-parties desiring to do so may submit proposed remedial plans by **12:00 PM Central Standard Time on Wednesday, September 13, 2023**, but are strongly encouraged to submit their plans ahead of that deadline to permit the plans' thorough consideration. Each proposed remedial plan may be accompanied by an explanation of the plan and its compliance with the Court's order of September 5, 2023. The Special Master is aware that parties submitted certain illustrative plans during the liability phase of these proceedings and submitted proposed remedial plans during the remedial phase, as well as to the Special Master through its counsel's extranet, but parties should nonetheless submit proposed remedial plans (labeled as such) in the manner described in this order if they wish to have those plans considered by the Special Master, which will ensure that parties are clear as to which plans should be considered going forward, that those plans are included in the central record, and that those plans are available for public review and comment.

2. Any party or other interested person wishing to do so may submit comments to any other party's or non-party's proposed remedial plan by **midnight Central Standard Time on Wednesday, September 13, 2023**.

3. Proposed remedial plans must be compatible with the use of Maptitude, which is the software being used by the Special Master's team. The electronic file for each proposed remedial plan should be in Department of Justice (DOJ) format (Block,

district # or district #, Block). This should be a two-column, comma-delimited file containing the FIPS code for each block and the district number. Maptitude has an automated plan import that creates a new plan from the block/district assignment list. An example of DOJ format is SSCCCTTTTTTBBBBDDDD, where "SS" is the 2-digit state FIPS code; "CCC" is the 3-digit county FIPS code; "TTTTTT" is the 6-digit census tract code; "BBBB" is the 4-digit census block code; and "DDDD" is the district number, right-adjusted.

4. Explanations supporting proposed remedial plans and comments to others' proposed remedial plans should be in PDF format.

5. Be advised that all proposed remedial plans, explanations, and comments will be publicly available, and that the Special Master is not limited in his ultimate recommendations to the proposed plans received during this process.

6. To ensure a central record as to the Special Master process, all parties and interested non-parties shall file their proposals on the docket sheet for *In re: Redistricting 2023*, Misc. Act. No. 2:20-mc-1181-AMM (N.D. Ala.) which is listed fourth on this consolidated header. The filings will include only the miscellaneous header and shall **not** be docketed on the docket sheets for the individual cases (*Singleton*, *Milligan*, and *Caster*), but only in the Special Master's miscellaneous case docket.

   a. The Motion of Quin Hillyer for Permission to Appear as Amicus Curiae was filed yesterday in the *Singleton* case, though it does contain a dual header with the *Milligan* case. *See Singleton* Doc. 195. The motion is **GRANTED** to the extent that Mr. Hillyer may file his proposed remedial plan. However, Mr. Hillyer is **DIRECTED** to refile his proposed remedial plan on the miscellaneous docket sheet by the deadline established in paragraph 1 above.

   **DONE** and **ORDERED** this 7th day of September, 2023.

   *Richard F. Allen*

   ——————————————————
   **RICHARD F. ALLEN**
   **SPECIAL MASTER**