FILED
2023 Sep-28 PM 05:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| EVAN MILLIGAN, *et al.*,<br>Plaintiffs, vs.<br>WES ALLEN, *et al.*,<br>Defendants. | No. 2:21-cv-01530-AMM<br>(three-judge court) |
| MARCUS CASTER, *et al.*,<br>Plaintiffs, vs.<br>WES ALLEN, *et al.*,<br>Defendants. | No. 2:21-cv-01536-AMM |
| IN RE REDISTRICTING 2023<br>SPECIAL MASTER | No. 2:23-mc-1181-AMM |

**MOTION FOR LEAVE TO FILE AMICUS BRIEF BY THE BRENNAN CENTER FOR JUSTICE AT NEW YORK UNIVERSITY SCHOOL OF LAW**

The Brennan Center for Justice at New York University School of Law ("the Brennan Center") hereby moves this Court for leave to file the proposed amicus curiae brief attached hereto as Exhibit A.

**INTERESTS OF AMICUS CURIAE**

The Brennan Center is a not-for-profit, non-partisan think tank and public interest law institute that seeks to improve systems of democracy and justice. The Brennan Center conducts regular empirical, qualitative, historical, and legal research on redistricting and has participated in a number of voting rights and redistricting cases around the country in state and federal court, both as counsel and as amicus curiae, including filing amicus briefs at the United States Supreme Court.

**ARGUMENT**

By submitting an amicus brief in this matter, the Brennan Center seeks to assist this Court in evaluating the three proposed remedial maps included in the Special Master's Report and Recommendation. (doc. 44). By providing expert analysis and information related to the long-term viability of the remedial proposals under consideration, the Brennan Center thus fulfills the essential role of an amicus curiae. Courts routinely authorize the filing of amicus briefs in such circumstances. *See, e.g.*, *Maples v. Thomas*, No. 5:03-CV-2399-SLB-MHH, 2013 WL 5350669 (N.D. Ala. Sept. 23, 2013) ("Amicus briefs are particularly helpful . . . in cases where . . . the amicus has a unique perspective or specific information that can assist the court beyond what the parties can provide.") (internal quotations omitted).

In any event, the Brennan Center submits that there is no downside to the Court's consideration of its amicus brief. Courts have recognized that "it is preferable to err on the side of granting leave" to file an amicus brief. *Neonatology Assocs., P.A. v. Comm'r*, 293 F.3d 128, 133 (3d Cir. 2002). This is so because "[i]f an amicus brief that turns out to be unhelpful is filed, the

[court], after studying the case, will often be able to make that determination without much trouble and can then simply disregard the amicus brief." *Id*. "On the other hand, if a good brief is rejected, the [court] will be deprived of a resource that might have been of assistance." *Id*.

**CONCLUSION**

For the foregoing reasons, the Brennan Center respectfully requests that this Court grant it leave to file the proposed amicus curiae brief attached hereto as Exhibit A.

Dated: September 28, 2023

Respectfully submitted,

/s/ Barry A. Ragsdale
Barry A. Ragsdale
ASB 2958-A38B
Robert S. Vance, III
ASB 8816-B11Q
Dominick Feld Hyde, P.C.
1130 22nd Street South, Suite 4000
Birmingham, AL 35205
(205) 536-8888
bragsdale@dfhlaw.com
rvance@dfhlaw.com

/s/ Kareem U. Crayton
Kareem U. Crayton
ASB# 0554X11H
Michael C. Li
TSB# 00784474
Brennan Center for Justice at NYU School of Law
120 Broadway #1750, New York,
New York 10271
(646)-292-8310
kareem.crayton@nyu.edu
michael.li@nyu.edu

**CERTIFICATE OF SERVICE**

The forgoing was served on all counsel of record via the Court's CM/ECF system this 28th day of September, 2023.

/s/ Barry A. Ragsdale
Of Counsel

*Counsel for non-party the Brennan Center for Justice at New York University of Law*