# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE REDISTRICTING 2023 SPECIAL MASTER | ) ) ) Misc. No.: 2:23-mc-1181-AMM ) |
| BOBBY SINGLETON *et al.*, *Plaintiffs*, v. WES ALLEN, in his official capacity as Alabama Secretary of State, *et al.*, *Defendants*. | ) ) ) ) ) Case No. 2:21-cv-01291-AMM ) ) THREE-JUDGE COURT ) |
| EVAN MILLIGAN, *et al.*, *Plaintiffs*, v. WES ALLEN, in his official capacity as Alabama Secretary of State, *et al.*, *Defendants*. | ) ) ) ) Case No. 2:21-cv-01530-AMM ) ) THREE-JUDGE COURT ) |
| MARCUS CASTER, *et al.*, *Plaintiffs*, v. WES ALLEN, in his official capacity as Alabama Secretary of State, *et al.*, *Defendants* | ) ) ) ) ) Case No.: 2:21-cv-1536-AMM ) ) ) |

## JOINT NOTICE REGARDING MAPTITUDE LICENSE

Come now the Special Master with defendants Rep. Chris Pringle and Sen. Steve Livingston, Chairs of Alabama's Reapportionment Committee, who jointly give notice that the Maptitude license provided to the Court-appointed cartographer pursuant to the Order of September 5, 2023, CMF 223 (Caster), 273 (Milligan), 191 (Singleton), has been returned to the Committee.

23410002.1

Respectfully submitted October 26, 2023,

| | |
|---|---|
| /s/Michael A. Scodro | /s/ Dorman Walker |
| Michael A. Scodro | Dorman Walker |
| *Counsel for the Special Master* | *Counsel for defendants Rep. Chris Pringle and Sen. Steve Livingston* |

<u>**OF COUNSEL**</u>

Michael A. Scodro
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 701-8886
mscodro@mayerbrown.com

<u>**OF COUNSEL**</u>

Dorman Walker (ASB-9154-R81J)
Balch and Bingham LLP
P.O. Box 78 (36101-0078)
445 Dexter Ave., Suite 8000
Montgomery, Alabama 36104
(334) 269-3138
dwalker@balch.com

## CERTIFICATE OF SERVICE

I hereby certify that this the 27th day of October 2023, I electronically filed the foregoing notice with the clerk of the Court using the CM/ECF system, which will send notice to all counsel of record.

> */s/ Dorman Walker*
> Of Counsel

2

23410002.1