FILED
2023 Dec-05 PM 03:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **BOBBY SINGLETON, *et al.*,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**WES ALLEN, in his official capacity as Alabama Secretary of State,**<br><br>**Defendant.** | **Case No. 2:21-cv-01291-AMM**<br><br>**THREE-JUDGE COURT** |
| **EVAN MILLIGAN, *et al.*,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**WES ALLEN, in his official capacity as Alabama Secretary of State,**<br><br>**Defendant.** | **Case No. 2:21-cv-01530-AMM**<br><br>**THREE-JUDGE COURT** |
| **MARCUS CASTER, *et al.*,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**WES ALLEN, in his official capacity as Alabama Secretary of State,**<br><br>**Defendant.** | **Case No.: 2:21-cv-1536-AMM** |

# ORDER REGARDING THE SPECIAL MASTER'S STATEMENT OF FEES AND EXPENSES

This Court appointed Richard Allen to serve as Special Master for purposes of drawing a remedial Congressional districting plan. *Singleton* Doc. 102; *Milligan* Doc. 130; *Caster* Doc. 120. On August 8, 2023, this Court appointed David R. Ely to assist the Special Master as a cartographer. *Singleton* Doc. 166; *Milligan* Doc. 226; *Caster* Doc. 196. On August 14, 2023, the Court appointed Michael Scodro and his firm, Mayer Brown LLP, to assist the Special Master. *Singleton* Doc. 183; *Milligan* Doc. 264; *Caster* Doc. 218. In the orders appointing the Special Master, the cartographer, and the law firm assisting the Special Master, this Court ordered that the reasonable expenses of each would be paid by the State of Alabama.

On November 3, 2023, the Special Master filed a Statement of Fees and Expenses. *Singleton* Doc. 216; *Milligan* Doc. 317; *Caster* Doc. 259. He later moved to amend his Statement. *Singleton* Doc. 217; *Milligan* Doc. 318; *Caster* Doc. 260. Taking the amended Statement into account, the fees and expenses claimed by the Special Master are as follows:

| **Name** | **Total Fees** | **Total Expenses** | **Total Fees and Expenses** |
|---|---|---|---|
| Richard F. Allen | $89,908.00 | $106.11 | $90,014.11 |
| David Ely | $105,600.00 | $1,231.62 | $106,831.62 |
| Michael A. Scodro | $114,822.90 | $713.06 | $115,535.96 |
| Mitchell D. Holzrichter | $63,172.80 | $713.06 | $63,885.86 |
| Christopher S. Comstock | $86,990.40 | | $86,990.40 |
| Rachel J. Lamorte | $22,491.00 | | $22,491.00 |
| Clare E. Myers | $29,079.90 | | $29,079.90 |
| **TOTAL** | | | **$514,828.85** |

Defendants filed a response to the Special Master's Amended Statement of Fees and Expenses and stated that they do not object to such fees and expenses.

Defendants and the Special Master have agreed on the terms of payment and that the entire amount should be paid to Mayer Brown, LLP, which will distribute the appropriate amounts to the Special Master and cartographer.

In accordance with this Court's previous orders, the State of Alabama is ordered to pay the sum of $514,828.94 to the law firm of Mayer Brown, LLP, within thirty days of this order.

**DONE** and **ORDERED** this 5th day of December, 2023.

**STANLEY MARCUS**
UNITED STATES CIRCUIT JUDGE

**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE

**TERRY F. MOORER**
UNITED STATES DISTRICT JUDGE