FILED
2024 Jul-15 AM 08:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| MARCUS CASTER, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WES ALLEN, in his official capacity as Alabama Secretary of State, *et al.*,<br><br>Defendants. | ) | Civil Action No.:<br>2:21-cv-01536-AMM |

**UNOPPOSED MOTION FOR ENTRY OF ORDER CONCERNING COSTS AND ATTORNEYS' FEES**

With the consent of all parties to this action, Defendant Secretary of State Wes Allen moves for entry of an order implementing the parties' agreement concerning claims for interim costs and attorneys' fees. In support of this motion, Defendant states as follows:

1. Plaintiffs have asserted a claim for interim costs and attorneys' fees. *See* docs. 158, 256.

2. The parties have discussed these issues and agree that the State of Alabama shall pay to counsel for the *Caster* plaintiffs the sum of $2,250,000 (two million two hundred and fifty thousand dollars) in satisfaction of all claims for costs and attorneys' fees related to this Court's preliminary injunction entered on January

24, 2022, Doc. 101, the appeal of that order, *see Allen v. Milligan*, 599 U.S. 1 (2023), and the proceedings that followed in which the 2023 Plan was preliminarily enjoined and the court-drawn map was created and approved.

3. To effectuate the parties' agreement and resolve the issue of fees and costs, the parties move for an order requiring the payment of the agreed amount within sixty (60) days of the order.

4. Counsel for the parties have consulted on this issue. The Plaintiffs and the Intervenor Defendants do not oppose this motion.

5. A proposed order, to which all parties consent, is attached for the Court's consideration.

6. This motion and proposed order address the claim for interim costs and attorneys' fees by counsel in this case only and does not address any claim made by counsel for other plaintiffs in related cases.

Respectfully Submitted,

Steve Marshall
*Attorney General*

Edmund G. LaCour Jr. (ASB-9182-U81L)
*Solicitor General*

/s/ James W. Davis
James W. Davis (ASB-4063-I58J)
*Deputy Attorney General*

Misty S. Fairbanks Messick (ASB-1813-T71F)
Brenton M. Smith (ASB-1656-X27Q)
Benjamin M. Seiss (ASB-2110-O00W)

Charles A. McKay (ASB-7256-K18K)
*Assistant Attorneys General*

OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Edmund.LaCour@AlabamaAG.gov
Jim.Davis@AlabamaAG.gov
Misty.Messick@AlabamaAG.gov
Brenton.Smith@AlabamaAG.gov
Ben.Seiss@AlabamaAG.gov
Charles.McKay@AlabamaAG.gov

***Counsel for Secretary Allen***

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2024, I electronically filed the foregoing with the Clerk of Court for the United States District Court for the Middle District of Alabama using the CM/ECF system, thereby serving all counsel of record.

/s/ James W. Davis
James W. Davis
*Attorney for Defendant Steve Marshall*