FILED

2024 Jul-25  PM 04:32
U.S. DISTRICT COURT
N.D. OF ALABAMA

## CERTIFICATE OF SERVICE

I certify that on July 25, 2024, I electronically filed the foregoing notice with the Clerk of the Court using the CM/ECF system, which will send notice to all counsel of record.

s/    Edmund G. LaCour Jr.
Counsel for Secretary Allen

20