UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BOBBY SINGLETON, et al., ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | Case No.: 2:21-cv-1291-AMM |
| ) | |
| WES ALLEN, in his official ) | **THREE-JUDGE COURT** |
| capacity as Alabama Secretary of ) | |
| State, et al., ) | |
| ) | |
| *Defendants*. ) | |

___

| | |
|---|---|
| EVAN MILLIGAN, et al., ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | Case No.: 2:21-cv-01530-AMM |
| ) | |
| WES ALLEN, in his official ) | **THREE-JUDGE COURT** |
| capacity as Secretary of State of ) | |
| Alabama, et al., ) | |
| ) | |
| *Defendants*. ) | |

___

| | |
|---|---|
| MARCUS CASTER, et al., ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | Case No.: 2:21-cv-01536-AMM |
| ) | |
| WES ALLEN, in his official ) | |
| capacity as Alabama Secretary ) | |
| of State, et al., ) | |
| ) | |
| *Defendants*. ) | |

## JOINT MOTION TO EXTEND DEADLINE TO SUPPLEMENTAL EXPERT REPORTS AND SUPPLEMENTAL DISCLOSURES

Pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure and the Court's scheduling order, *Caster* ECF No. 275, the parties respectfully request that the Court grant a short extension of time for Plaintiffs to disclose their supplemental expert reports and for the parties to supplement their disclosures if necessary. In support thereof, the parties state:

1. Plaintiffs' supplemental expert reports are currently due on July 26, 2024.

2. Since the disclosure of Defendants' expert reports on June 28, 2024, the parties have engaged in extensive discovery, including preparing for, taking, and/or defending thirteen depositions of Plaintiffs and fact witnesses.

3. Considering the significant time dedicated to these depositions, Plaintiffs seek a short extension—three business days—to submit their supplemental expert reports.

4. Plaintiffs reached out to counsel for Defendants who indicated that they did not oppose a short extension so long as the parties would agree to extend the supplemental disclosures deadline by the same number of days.

5. This extension request will not impact the discovery cutoff—September 6, 2024.

6. Accordingly, the parties request that the Court agree to extending the deadline for Plaintiffs' supplemental expert reports to July 31, 2024, and to extend the supplemental disclosures deadline to August 7, 2024.

Respectfully Submitted,

Richard P. Rouco
(AL Bar. No. 6182-R76R)
**Quinn, Connor, Weaver, Davies & Rouco LLP**
Two North Twentieth
2-20th Street North, Suite 930
Birmingham, AL 35203
Phone: (205) 870-9989
Fax: (205) 803-4143
Email: rrouco@qcwdr.com

By: /s/ Abha Khanna
Abha Khanna*
Makeba Rutahindurwa*
**Elias Law Group LLP**
1700 Seventh Ave, Suite 2100
Seattle, WA 98101
Phone: (206) 656-0177
Email: AKhanna@elias.law
Email: MRutahindurwa@elias.law

Lalitha D. Madduri*
Jyoti Jasrasaria*
**Elias Law Group LLP**
250 Massachusetts Ave NW, Suite 400
Washington, D.C. 20001
Phone: (202) 968-4490
Email: LMadduri@elias.law
Email: JJasrasaria@elias.law

*Admitted Pro Hac Vice*

*Counsel for Caster Plaintiffs*

/s/ Deuel Ross
Deuel Ross*
NAACP LEGAL DEFENSE &
  EDUCATIONAL FUND, INC.
700 14th Street N.W. Ste. 600
Washington, DC 20005

Sidney M. Jackson (ASB-1462-K40W)
Nicki Lawsen (ASB-2602-C00K)
WIGGINS CHILDS PANTAZIS
  FISHER & GOLDFARB, LLC
301 19th Street North
Birmingham, AL 35203

(202) 682-1300
dross@naacpldf.org

Stuart Naifeh*
Ashley Burrell*
Kathryn Sadasivan (ASB-517-E48T)
Brittany Carter*
NAACP LEGAL DEFENSE &
  EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
Shelita M. Stewart*
Jessica L. Ellsworth*
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, D.C. 20004
(202) 637-5600
shelita.stewart@hoganlovells.com

David Dunn*
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY 10017
(212) 918-3000
david.dunn@hoganlovells.com

Michael Turrill*
Harmony A. Gbe*
HOGAN LOVELLS US LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
(310) 785-4600
michael.turrill@hoganlovells.com
harmony.gbe@hoganlovells.com

Phone: (205) 341-0498
sjackson@wigginschilds.com
nlawsen@wigginschilds.com

Davin M. Rosborough*
Julie Ebenstein*
Dayton Campbell-Harris*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad St.
New York, NY 10004
(212) 549-2500
drosborough@aclu.org
jebenstein@aclu.org
dcampbell-harris@aclu.org

Alison Mollman (ASB-8397-A33C)
AMERICAN CIVIL LIBERTIES UNION
OF ALABAMA
P.O. Box 6179
Montgomery, AL 36106-0179
(334) 265-2754

Blayne R. Thompson*
HOGAN LOVELLS US LLP
609 Main St., Suite 4200
Houston, TX 77002
(713) 632-1400
blayne.thompson@hoganlovells.com


***Counsel for Milligan Plaintiffs***


Henry C. Quillen
 (admitted pro hac vice)
 WHATLEY KALLAS, LLP

/s/ James Uriah Blacksher
James Uriah Blacksher
825 Linwood Road

4

159 Middle Street, Suite 2C
Portsmouth, NH 03801
Tel: (603) 294-1591
Fax: (800) 922-4851
Email: hquillen@whatleykallas.com

Joe R. Whatley, Jr.
W. Tucker Brown
WHATLEY KALLAS, LLP
2001 Park Place North
1000 Park Place Tower
Birmingham, AL 35203
Tel: (205) 488-1200
Fax: (800) 922-4851
Email: jwhatley@whatleykallas.com
tbrown@whatleykallas.com

Myron Cordell Penn
PENN & SEABORN, LLC
1971 Berry Chase Place
Montgomery, AL 36117
Tel: (334) 219-9771
Email: myronpenn28@hotmail.com

Diandra "Fu"Debrosse Zimmermann
Eli Hare
DICELLO LEVITT GUTZLER
420 20th Street North, Suite 2525
Birmingham, AL 35203
Tel.: (205) 855.5700
Email: fu@dicellolevitt.com
ehare@dicellolevitt.com

Birmingham, AL 35222
Tel: (205) 612-3752
Fax: (866) 845-4395
Email: jublacksher@gmail.com

U.W. Clemon
U.W. Clemon, LLC
Renasant Bank Building
2001 Park Place North, Tenth Floor
Birmingham, AL 35203
Tel.: (205) 506-4524
Fax: (205) 538-5500
Email: uwclemon1@gmail.com

Edward Still
2501 Cobblestone Way
Birmingham, AL 35226
Tel: (205) 335-9652
Fax: (205) 320-2882
edwardstill@gmail.com

*Counsel for Singleton Plaintiffs*

Steve Marshall
*Attorney General*

/s/ Jim W. Davis (with permission)
Edmund G. LaCour Jr. (ASB-9182-U81L)

*Solicitor General*

James W. Davis (ASB-4063-I58J)
*Deputy Attorney General*

A. Barrett Bowdre (ASB-2087-K29V)
*Deputy Solicitor General*

Misty S. Fairbanks Messick (ASB-1813-T71F)
Brenton M. Smith (ASB-1656-X27Q)
Benjamin M. Seiss (ASB-2110-O00W)
*Assistant Attorneys General*

OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Edmund.LaCour@AlabamaAG.gov
Jim.Davis@AlabamaAG.gov
Barrett.Bowdre@AlabamaAG.gov
Misty.Messick@AlabamaAG.gov
Brenton.Smith@AlabamaAG.gov
Ben.Seiss@AlabamaAG.gov

**Counsel for Secretary Allen**

/s/ *Dorman Walker* (with permission)
Dorman Walker (ASB-9154-R81J)
BALCH & BINGHAM LLP
Post Office Box 78 (36101)
105 Tallapoosa Street, Suite 200
Montgomery, AL 36104
Telephone: (334) 269-3138
Email: dwalker@balch.com

6

Michael P. Taunton (ASB-6833-H00S)
BALCH & BINGHAM LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, AL 35203
(205) 226-3451
mtaunton@balch.com

***Counsel for Sen. Livingston and Rep. Pringle***

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Makeba Rutahindurwa
*Counsel for Caster Plaintiffs*