UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| BOBBY SINGLETON, et al., | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| v. | ) | Case No.: 2:21-cv-1291-AMM |
| | ) | |
| WES ALLEN, in his official capacity as Alabama Secretary of State, et al., | ) | **THREE-JUDGE COURT** |
| | ) | |
| *Defendants*. | ) | |

___

| | | |
|---|---|---|
| EVAN MILLIGAN, et al., | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| v. | ) | Case No.: 2:21-cv-01530-AMM |
| | ) | |
| WES ALLEN, in his official capacity as Secretary of State of Alabama, et al., | ) | **THREE-JUDGE COURT** |
| | ) | |
| *Defendants*. | ) | |

___

| | | |
|---|---|---|
| MARCUS CASTER, et al., | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| v. | ) | Case No.: 2:21-cv-01536-AMM |
| | ) | |
| WES ALLEN, in his official Capacity as Alabama Secretary of State, et al., | ) | |
| | ) | |
| *Defendants*. | ) | |

**S<small>TATE</small> D<small>EFENDANTS</small>' S<small>UBMISSION OF THEIR</small> E<small>XPERT</small> R<small>EPORTS</small>**

Hon. Wes Allen, sued in his official capacity as Alabama Secretary of State, and Sen. Steve Livingston and Rep. Chris Pringle, sued in their official capacities as Chairs of the Alabama Permanent Legislative Committee on Reapportionment, hereby file their expert reports, as directed by the Court during the status conference held on July 31, 2024. Personal contact information for the experts has been partially redacted.

    Exhibit A – Expert Report of Dr. Christopher W. Bonneau

    Exhibit B – Expert Report of Adam M. Carrington, Ph.D.

    Exhibit C – Expert Report of M.V. Hood III

    Exhibit D – Expert Report of Dr. Wilfred Reilly

    Exhibit E – Expert Report of Sean P. Trende, Ph.D.

*Respectfully Submitted,*

Steve Marshall
  *Attorney General*

/s/ Misty S. Fairbanks Messick
Edmund G. LaCour Jr. (ASB-9182-U81L)
  *Solicitor General*
A. Barrett Bowdre (ASB-2087-K29V)
  *Deputy Solicitor General*
Soren A. Geiger (ASB-0336-T31L)
  *Assistant Solicitor General*
James W. Davis (ASB-4063-I58J)
  *Deputy Attorney General*
Richard D. Mink (ASB-4802-M76R)
Misty S. Fairbanks Messick (ASB-1813-T71F)
Brenton M. Smith (ASB-1656-X27Q)
Benjamin M. Seiss (ASB-2110-O00W)
Charles A. McKay (ASB-7256-K18K)
  *Assistant Attorneys General*

OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8400
Edmund.LaCour@AlabamaAG.gov
Barrett.Bowdre@AlabamaAG.gov
Soren.Geiger@Alabama.AG.gov
Jim.Davis@AlabamaAG.gov
Richard.Mink@AlabamaAG.gov
Misty.Messick@AlabamaAG.gov
Brenton.Smith@AlabamaAG.gov
Ben.Seiss@AlabamaAG.gov
Charles.McKay@AlabamaAG.gov

**Counsel for Secretary Allen**

3

Dorman Walker (ASB-9154-R81J)
BALCH & BINGHAM LLP
Post Office Box 78 (36101)
445 Dexter Avenue
Montgomery, Alabama 36101
Telephone: (334) 269-3138
Email: dwalker@balch.com

Michael P. Taunton (ASB-6853-H00S)
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, Alabama 35201
Telephone: (205) 251-8100
Facsimile: (205) 226-8799
mtaunton@balch.com

***Counsel for Senator Livingston and Representative Pringle***