

FILED
2024 Aug-07  PM 02:13
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTERN DISTRICT OF ALABAMA
(SOUTHERN DIVISION)**

| | |
|---|---|
| BOBBY SINGLETON, *et al.*,<br><br>  *Plaintiffs*,<br><br>  v.<br><br>WES ALLEN, in his official capacity as Alabama Secretary of State, et al.,<br><br>  *Defendants*. | **Civil Action No.** 2:21-cv-1291-AMM<br><br>**THREE-JUDGE COURT** |
| EVAN MILLIGAN, *et al.*,<br><br>  *Plaintiffs*,<br><br>  v.<br><br>WES ALLEN, in his official capacity as Alabama Secretary of State, et al.,<br><br>  *Defendants*. | **Civil Action No.** 2:21-cv-01530-AMM<br><br>**THREE-JUDGE COURT** |
| MARCUS CASTER, *et al.*,<br><br>  *Plaintiffs*,<br><br>  v.<br><br>WES ALLEN, in his official capacity as Alabama Secretary of State, et al.,<br><br>  *Defendants*. | **Civil Action No.** 2:21-cv-01536-AMM |

**<u>EXPERT REPORT OF DR. WILFRED REILLY</u>**

## I. Credentials and Qualifications

I am an Associate Professor of Political Science at Kentucky State University, a historically Black institution. I hold a PhD from Southern Illinois University (awarded 2015) and a law degree from the University of Illinois (2005): my focus fields, per the PhD and in my current teaching, are Public Law, International Relations, and Political Theory. At "KYSU," I regularly teach in the areas of Constitutional law, criminal law, statistical methodology, and research methodology. I am also, perhaps unsurprisingly, expected to write, and am the author of the books *Hate Crime Hoax* (2019) and *Taboo* (2020) – along with two other books.

A focus of my research, as a statistician, is examining the effect of multivariate regression analyses which incorporate large-N datasets on the outcome gaps between American racial groups which are often used to argue for the continuing or unchanged existence of "systemic racism[1]" – or even for the genetic inferiority of certain races by the bizarre alt-right.[2] I very often find that such gaps are reduced quite significantly, or even are eliminated entirely, when other relevant variables are (1) actually taken into account and (2) properly adjusted for.

I have published fairly extensively, on this topic and others. During the past 365-day year, I have been – in addition to an accepted (popular press) solo book manuscript[3] – a contributor to a major article recently published in *The Proceedings of the National Academy of*

---

[1] See, for example: Kendi, Ibram. 2023 (ed.). How to Be and Anti-Racist. New York: One World Press - https://www.amazon.com/dp/0525509305/.

[2] For a good early overview of this movement, see: Swain, Carol. 2004. The New White Nationalism in America: It's Challenge to Integration. Cambridge (UK): Cambridge University Press - https://www.amazon.com/New-White-Nationalism-America-Integration/dp/0521545587.

[3] Reilly, Wilfred. 2024. Lies My Liberal Teacher Told Me. New York: Bombardier/Harper Collins - https://www.amazon.com/Lies-My-Liberal-Teacher-Told/dp/0063265974/ref=sr_1_1?crid=4N9X9XDQGDD6&keywords=lies+my+liberal+teacher+told+me&qid=1703200620&sprefix=lies+my+libe%2Caps%2C126&sr=8-1.

1

*the Sciences* (PNAS),[4] an author on a quantitative piece in *Administration and Society*,[5] and the author of an article in *Middle West Review*.[6] More broadly, my writing has appeared during the past several years in *Commentary*, *Quillette*, *Academic Questions*, *Newsweek*, *National Review*, *Tablet*, and a range of other journals and periodicals.

I am being compensated for my work related to this case at the rate of $500 (U.S.) dollars per hour. This rate is in no way dependent on my findings, which I reserve the full and complete right to adjust. My full curriculum vitae is attached to this report.

## II. Introduction

An argument made by the plaintiffs in *Milligan v. Allen*, *Caster v. Allen*, and *Singleton v. Allen* is that a second majority-Black Congressional district is needed in the state of Alabama, and that various commonalities between the city of Mobile and the counties of the Alabama "Black Belt" – generally given as: Barbour, Bullock, Butler, Choctaw, Crenshaw, Dallas, Greene, Hale, Lowndes, Macon, Marengo, Montgomery, Perry, Pickens, Pike, Russell, Sumter, and Wilcox[7] – create a "community of interest" which makes their combination into a single unified district logical. Several reports by plaintiffs' experts, most notably the Moorer report, argue specifically that the city of Mobile shares more characteristics with rural Black Belt counties that with Mobile County itself and with closely neighboring and long-aligned Baldwin County.

---

[4] Clark, Cory J., Lee Jussim, Komey Frey…(Wilfred Reilly), Von Hippel et al. 2023. "Pro-Social Motives Underlie Scientific Censorship by Scientists: a Perspective and Research Agenda." *Proceedings of the National Academy of Sciences (PNAS)*. 120 (48): https://www.pnas.org/doi/10.1073/pnas.2301642120.
[5] Maranto, R., Reilly, W., & Wolf, P. J. (2024). Which Police Departments Make Black Lives Matter? *Administration & Society*, *56*(3), 282-303. https://doi.org/10.1177/00953997241226892.
[6] Reilly, Wilfred. 2023. "Imagining Supremacy." Middle West Review. 9 (2): 157-163 - https://muse.jhu.edu/issue/49320.
[7] https://www.uaced.ua.edu/uploads/1/9/0/4/19045691/about_the_black_belt.pdf; https://en.wikipedia.org/wiki/Black_Belt_(region_of_Alabama)

However, this is at very best highly debatable. Comparing recent-year (2021) "work/live" patterns in both directions indicates far more connectivity between Mobile, Mobile County, and Baldwin County than between Mobile County and any of the Black Belt counties.[8] More sophisticated analysis across the commonly used metrics of population, population density, per capita income, and homicide/serious violent crime also indicates that far more similarities exist between Mobile, Mobile County, and Baldwin County than between Mobile and the Black Belt counties – with the sometime exception of Montgomery County. Further analysis of historical migration patterns and the structure of the current Alabama Workforce Regions continues to support the same point.

A final point to make here is that those disparities in performance or behavior that currently exist between Black and white Alabamians, and which were pointed out by plaintiffs' experts such as Dr. Burch, cannot simply be attributed to the single variable of unique in-state bias in Alabama, and thus used *res ipsa* to establish the existence of a COI among Black Alabama residents who happen to live somewhat near one another. Racial gaps in, for example, educational attainment and crime rate exist almost literally everywhere in the United States – see, among other authors, (McWhorter 2000; Ogbu 2003; Thernstrom & Thernstrom 2003; Fryer and Levitt 2004; O'Neill 2005; Sowell 2020; Reilly 2020) for a discussion of the Black/white test score gap – and these gaps are often very very difficult to plausibly attribute to racism.

Re the two disparities just noted, Asian Americans and Black Africans often score ahead of whites on standardized board tests like the SAT,[9] and "B/W" gaps in incarceration are often

---

[8] https://www2.labor.alabama.gov/workforcedev/CountyProfiles/Mobile%20County.pdf
[9] https://reports.collegeboard.org/sat-suite-program-results, https://www.bestcolleges.com/research/average-sat-score-full-statistics/

3

smallest in poor Southern states with a history of slavery.[10] The mere existence of a performance gap does not suffice to demonstrate contemporary bias, or even a still-lingering effect of past bias, as versus the operation of any of dozens of other factors: a short list of which might include cultural variables such as fatherlessness and family structure, structural-level variables such as Great Society welfare policy,[11] and (to "swing left" for a bit) the plain out-sourcing of millions of American jobs in the not-too-distant past.[12]

All in all, while no one denies the troubled history of the state of Alabama or the genuine desire of some Black voters for another majority-minority district, it is difficult to argue that an increasingly sophisticated city of 200,000 has more in common with a series of small agrarian counties hundreds of miles away – which have another city located at their core – than with the large urban/suburban counties immediately adjacent to it. It is also illogical to claim that cultural or historic patterns visible for Black Americans across the entire United States indicate something unique which creates commonality within Alabama or a voting sub-region of Alabama. A cynic might say that the proposed majority-minority district likely to result from re-districting makes little sense in the context of any goal but securing more votes for the Democratic Party.

### III. Scope and Outline of Report.

In my expert role, I was asked to examine and respond to the following questions:

---

[10] Nellis, Ashley. 2021. "The Color of Justice: Racial and Ethnic Disparity in State Prisons." The Sentencing Project. October release - https://www.sentencingproject.org/app/uploads/2022/08/The-Color-of-Justice-Racial-and-Ethnic-Disparity-in-State-Prisons.pdf.

[11] https://www.cato.org/cato-journal/winter-2018/case-targeted-criticism-welfare-state

[12] William Julius Wilson's *When Work Disappears (1997)* remains a social science classic and unflinchingly addresses this point - https://www.amazon.com/When-Work-Disappears-World-Urban/dp/0679724176.

1)      Are there many "shared commonalities" between Mobile (AL) and the Black Belt counties of Alabama, and are these characteristics that Mobile does not share with Mobile County and with neighboring Baldwin County?

2)      How strong are historical ties between Mobile and the Black Belt – i.e., are many or most Mobile city residents former residents of the Black Belt?

3)      Are disparities in rates of voter registration and voter turnout – and in variables alleged to cause or contribute to differences in voter registration and voter turnout – between black and white Alabamians best explained as a result of past or present racial discrimination, or do other factors and variables better explain such disparities?

My answers appear below.

## IV. Comparing and Contrasting the Counties

One of my first observations was that residency and commuting patterns clearly link the city of Mobile, Mobile County, and Baldwin County more closely than they link this area to any other counties in the state of Alabama, including Black Belt counties. According to the 2021 Mobile County Profile issued by the Alabama Department of Labor, 71% of all commuting employees – a total of 115, 929 persons – who work in Mobile County live in the county, significantly including the city of Mobile.[13] The next-largest bloc of regular workers within Mobile come from Baldwin County, whose residents made up 12.8% (20,888) of all employees in the city. The third largest group of workers in Mobile (2,520: 1.5% of the total) came from Jackson, Mississippi, rather than anywhere in Alabama: no generally recognized Black Belt County other than Montgomery County (903, .6%) even makes the list of the top ten contributors to the Mobile-area workforce.

---

[13] https://www2.labor.alabama.gov/workforcedev/CountyProfiles/Mobile%20County.pdf

5

The same is true in several reverse directions. Where do people who LIVE in Mobile city and Mobile County work? Well, mostly in Mobile County. According to the same report, 78.2% of County residents have jobs in their home area code. Again, the next-largest group of sojourners can be found in immediately neighboring Baldwin County: 11,877 Mobile County residents, and 8% of the neighboring county's total labor force, work there. And, again, almost no one from metro Mobile travels to the economically struggling Black Belt to find work: Montgomery County is the only Black Belt county to be found among the top ten labor destinations for Mobile and Mobile County residents. There simply is not, literally speaking, much of a working relationship between the two regions.[14]

**Figure One: Residence of Mobile County Workers**

| County of Residence | Number | Percentage |
|---|---|---|
| | | |
| Mobile County, AL | 115,929 | 71.00% |
| Baldwin County, AL | 20,888 | 12.80% |
| Jackson County, AL | 2,520 | 1.50% |
| Jefferson County, AL | 2,143 | 1.30% |
| Washington County, AL | 1,769 | 1.10% |
| Clarke County, AL | 1,410 | 0.90% |
| Escambia County, FL | 1,201 | 0.70% |
| Escambia County, AL | 1,175 | 0.70% |
| Montgomery County, AL | 903 | 0.60% |
| Monroe County, AL | 821 | 0.50% |
| All Other Locations | 14,488 | 8.90% |
| | | |
| **Total All Jobs (2021)** | **163,247** | **100.00%** |
| | | |
| Source: U.S. Census Bureau, OnTheMap Application and LEHD Origin-Destination Employment Statistics | | |

---

[14] There certainly exists such a relationship, in the opposite direction, between Baldwin and Mobile Counties. Per the Baldwin County version of the report I have been citing so far, 16.6% of all persons who work in Baldwin County live in Mobile County, and fully 24.8% of all people who LIVE in BALDWIN County work in Mobile County: https://www2.labor.alabama.gov/workforcedev/CountyProfiles/Baldwin%20County.pdf.

The city of Mobile, Mobile County, and Baldwin County also differ from the counties of the Black Belt – with the sometime exception of Montgomery County – across a range of metrics commonly used in analysis in the social sciences, including population, "pop-density," per capita income, and the prevalence of crime.[15] At the most basic level of analysis, the first three regions are all large and densely populated urban – or at least suburban/exurban – areas. Mobile (AL) is a modern city of 183,289,[16] while Mobile County is a still larger entity of 411,640 which comprises the Greater Mobile metropolitan area.[17]

Baldwin County is itself a "sizable populated place" of 253,507 people, which comprises the Daphne-Fairhope-Foley metropolitan area: in long-term combination with Mobile County, the two "together make up the Mobile-Daphne-Fairhope combined statistical area, with a population in 2020 of 661,964." This entire region is densely populated: the population density of Mobile itself is 1,341 persons per square mile, that of Mobile County is 337 persons per square mile, and that of even more rural Baldwin County is 146 persons/square mile.[18]

In contrast, the counties of the Black Belt are by and large small and agrarian, often proudly so.[19] Per the most recent data available at the time of my access, Barbour County has a total population of 24,706 and a population density of just 28.5 people per square mile. Bullock County comes in at 10,202 and 16.6, Butler County at 18,650 and 24.5, Choctaw County at 12,439 and 13.9, Crenshaw County a13,025 and 21.7, Dallas County at 36,767 and 39.3, Greene

---

[15] All of these metrics are used constantly in social-scientific data analysis, and appear in resources such as the Central Intelligence Agency's World Fact-Book to facilitate comparisons between quite literally every country on Earth…https://www.cia.gov/the-world-factbook/countries/
[16] All data in this and the immediately subsequent paragraphs is broken down in some detail in Figure Three.
[17] https://en.wikipedia.org/wiki/Mobile_metropolitan_area
[18] All data points outlined across the next 3-4 pages and in Figure Three come from the Census data navigator tool – https://www.census.gov/quickfacts/facts/fact/table(s). This tool was accessed between May 22 and June 10, 2024. Content visible there for each county-level and state-level area can and will change, as more 2023 and 2024 data goes up-line.
[19] https://alabamanewscenter.com/2021/01/05/feed-your-taste-buds-need-for-adventure-in-the-alabama-black-belt/

County at 7,422 and 11.9, Hale County at 14,595 and 23.0, Lowndes County at 9,777 and 14.4,

Macon County at 18,516 and 32.1, Marengo County at 18,745 and 19.8, Perry County at 8,035

and 11.8, Pickens County at 18,697 and 21.7, Pike County at 33,014 and 49.1, Russell County (a

relative giant) at 58,555 and 92.3, Sumter County at 11,853 and 13.7, and Wilcox County at

10,059 and 11.9.

**Figure Two: Work Destination of Mobile County Residents**

| County of Employment | Number | Percentage |
|---|---|---|
| | | |
| Mobile County, AL | 115,929 | 78.20% |
| Baldwin County, AL | 11,877 | 8.00% |
| Jefferson County, AL | 3,639 | 2.50% |
| Montgomery County, AL | 2,393 | 1.60% |
| Shelby County, AL | 1,110 | 0.70% |
| Madison County, AL | 1,021 | 0.70% |
| Tuscaloosa County, AL | 990 | 0.70% |
| Escambia County, FL | 662 | 0.40% |
| Washington County, AL | 644 | 0.40% |
| Houston County, AL | 536 | 0.40% |
| All Other Locations | 9,411 | 6.30% |
| | | |
| **Total All Jobs (2021)** | **148,212** | **100.00%** |
| | | |
| | | |
| | | |
| | | |
| Source: U.S. Census Bureau, OnTheMap Application and LEHD Origin-Destination Employment Statistics | | |

The one Black Belt county somewhat comparable with Mobile and Baldwin against these

metrics is, obviously, Montgomery County (home of Montgomery, Alabama). However, even

this county – with a current population of 226.361 persons – is smaller than Baldwin County and

much smaller than Mobile County. Further, there is relatively little *apolitical* reason to remove

8

Mobile from her own metropolitan statistical area ("MSA") and CSA in an attempt to unify her with the previously unchallenged core city of a very different geographic region. Overall, with Montgomery County removed from the mix, the average population of a Black Belt county is 19,119 and the mean density of population per square mile is 26.25 persons. With Montgomery County fully added in, the same figures are 30,632 and 40.98 – as versus averages of 332,574 and 315 for Mobile and Baldwin Counties. Major differences obviously remain.

Without going line-by-line down a hypothetical spread-sheet of variables, the Alabama Black Belt also differs from Mobile city ($31,328), Mobile County ($30,482), and still better-off Baldwin County ($38,907) in terms of per-capita income. The average of all Black Belt counties against this metric was $23,954 with Montgomery County left out of the data set and $24,433 with Montgomery County included: two counties in the region had per capita annual incomes falling under $20,000 (Perry County at $16,581, Sumter County at $19,720).

Urban issues such as crime at scale proved to be another differentiator between the Mobile-centered CSA and most of the Black Belt. While several Black Belt counties "boasted" high overall crime rates on a per capita basis, and some of the figures about to be listed may be due to limited reporting into the FBI's new UCR/NIBRS system from poor counties,[20] homicide totals for 2022 were: 0 for Barbour County, 0 for Bullock County, 0 for Butler County, two for Choctaw County, 0 for Crenshaw County, three for Dallas County, 0 for Greene County, 0 for Hale County, one for Lowndes County, one for Macon County, one for Marengo County, 0 for

---

[20] Data here were obtained by a research associate from
https://cde.ucr.cjis.gov/LATEST/webapp/#/pages/explorer/crime/crime-trend for county or city. Issues with "NIBRS" reporting have been discussed widely in academic and 'highbrow' popular media, and are tackled here by a police journal - https://policerecordsmanagement.com/the-problem-with-nibrs/.

Montgomery County,[21] 0 for Perry County, 0 for Pickens County, 0 for Pike County, 0 for

sizable Russell County, one for Sumter County, 0 for Wilcox County, nine for Mobile County,

and 37 for Mobile city.

**Figure Three: Mobile/Baldwin CSA Counties vs. Black Belt Counties, Various Metrics**

| Location | Population | Population Density | Per Capita Income | Homicide |
|---|---|---|---|---|
| | | | | |
| **Mobile, AL** | 183,289 | 1,341 | $31,328 | 37 |
| **Mobile County** | 411,640 | 337 | $30,482 | 9 |
| **Baldwin County** | 253,507 | 145.8 | $38,907 | 20 |
| | | | | |
| **Barbour County, AL** | 24,706 | 28.5 | $23,378 | 0 |
| **Bullock County, AL** | 10,202 | 16.6 | $22.12 | 0 |
| **Butler County, AL** | 18,650 | 24.5 | $26,334 | 0 |
| **Choctaw County, AL** | 12,439 | 13.9 | $26,343 | 2 |
| **Crenshaw County, AL** | 13,025 | 21.7 | $32,396 | 0 |
| **Dallas County, AL** | 36,767 | 39.3 | $22,798 | 3 |
| **Greene County, AL** | 7,422 | 11.9 | $20,862 | 0 |
| **Hale County, AL** | 14,595 | 23 | $23,690 | 0 |
| **Lowndes County, AL** | 9,777 | 14.4 | $23,415 | 1 |
| **Macon County, AL** | 18,516 | 32.1 | $22,449 | 1 |
| **Marengo County, AL** | 18,745 | 19.8 | $27,210 | 1 |
| **Montgomery County, AL** | 226,361 | 291.5 | $32,769 | 0 |
| **Perry County, AL** | 8,035 | 11.8 | $16,581 | 0 |
| **Pickens County, AL** | 18,697 | 21.7 | $26,912 | 0 |
| **Pike County, AL** | 33,014 | 49.1 | $26,685 | 0 |
| **Russell County, AL** | 58,555 | 92.3 | $25,855 | 0 |
| **Sumter County, AL** | 11,853 | 13.7 | $19,720 | 1 |
| **Wilcox County, AL** | 10,059 | 11.9 | $20,442 | 0 |
| | | | | |
| **Clarke County, AL** | 22,515 | 18.6 | $29,310 | 0 |
| **Conecuh County, AL** | 11,206 | 13.6 | $24,426 | 0 |
| **Escambia County, AL** | 36,666 | 38.9 | $21,758 | 0 |
| **Lamar County, AL** | 13,705 | 23.1 | $24,794 | 0 |
| **Monroe County, AL** | 19,404 | 19.3 | $23,090 | 2 |
| **Washington County, AL** | 15,122 | 14.2 | $29,210 | 0 |

---

[21] This is almost certainly due to non-reporting or mistake, to be fair. There were more than ten homicides in Montgomery proper in the same year.

Baldwin County apparently did not report homicide data to the FBI, but there were at least 20 homicides in that county, as well, during the most recent year on record.[22] And, homicide rates are obviously one of the best statistical indicators of the overall rate of most-serious crime – it is rather difficult to ignore or disguise a corpse lying in the road.[23] Simply put, running an urban or even suburban county that is part of a significant combined statistical area brings with it different challenges than steering a rural agrarian region forward.

In addition to there being multiple obvious connections between the city of Mobile, Mobile County, and Baldwin County – for example the CSA shared by all three entities, the MSA shared by the first two, patterns of residency and commuting – and more similarities between these three regions than between Mobile and the Alabama Black Belt in terms of population, density and urban structure, it is also the case that many of the connections drawn between Mobile and the Black Belt in the reports of the plaintiffs' experts logically seem to be extremely tenuous.

For example, Dr. Moorer opines that "the employment needs and interests of Mobile and…the Black Belt residents are closely aligned," and that Mobile County has traditionally been included in what is presented as a Black Belt-slanted Alabama Workforce Region Seven by the Alabama Department of Labor – a zone which "includes the southwestern counties of Alabama, such as Mobile, Baldwin, Escambia, Monroe, Clarke, Washington, and Conecuh counties.[24]" True enough, but only two of the counties in that Workforce Region – Wilcox and

---

[22] https://gulfcoastmedia.com/stories/homicide-overdose-deaths-rise-in-2023-in-baldwin-county,196139
[23] https://link.springer.com/article/10.1007/s43576-023-00086-1
[24] The full Department of Labor State Workforce Regions map can be found here:
https://www2.labor.alabama.gov/Information/WorkforceRegionsMap.pdf.

Choctaw, which Dr. Moorer for some reason does not mention – are generally considered to be Black Belt counties.

Per an online encyclopedic source,[25] which takes nearly its entire list of Black Belt counties from the well-regarded Alabama Black Belt Heritage Area Project,[26] counties adjacent to the Black Belt but not part of the core list of 18 provided earlier – like "Clarke, Conecuh, Escambia, Monroe, and Washington" – are rarely included in the region and are more often considered "part of Alabama's Southern coastal plain." These counties, along with Mobile County's true soul-mate of Baldwin County, make up most of AL Workforce Region Seven. By my count, five true Black Belt counties in fact fall in Region Three, seven in Region Five, and four in Region Six. Once again, automatic cross-regional kinship between Mobile or Mobile County and the Belt is here hard to see.

The jobs most prevalent for workers IN Mobile and Mobile County also seem to be very different from those worked in the Black Belt. Dr. Moorer notes very specific connections between the two areas like the shipment of timber from Black-owned farm enterprises – but forestlands in the Black Belt seem to make up just 3-4% of all the Yellowhammer State's timbering lands.[27] More broadly, per the previously discussed Mobile County profile and using unemployment and "Help Wanted" data, the ten most common jobs in metro Mobile currently appear to be: customer service representative, claims adjuster and investigator, cashier, stocker and order filler, truck driver (heavy and tractor trailer), nursing assistant, retail salesperson, laborer and mover, waiter/waitress, and general and operations manager.[28]

---

[25] https://en.wikipedia.org/wiki/Black_Belt_(region_of_Alabama)
[26] https://www.alblackbeltheritage.com/
[27] https://www.scirp.org/reference/referencespapers?referenceid=494246
[28] https://www2.labor.alabama.gov/workforcedev/CountyProfiles/Mobile%20County.pdf

As re these positions, overlap was near-total with neighboring Baldwin County, except that the latter unsurprisingly leaned more white-collar: seven of the ten most common jobs (and nine of the top twelve) were identical. The Baldwin out-of-work list ran,[29] in order: waiter/waitress, customer service "rep," general and operations manager, cashier, retail salesperson, claims adjuster, stocker and order filler, sales manager, maids and housekeepers, cooks. In contrast, there was very little overlap between Mobile County jobs and those most typical in the very first Black Belt County selected, Barbour County (population 24,706).[30] Just three of the top ten positions held/lost there – helpers and production workers, team assemblers, janitors, customer service reps, production workers ("other"), stockers, packagers and filling machine operators, cashiers, heavy truck drivers, and teaching assistants – over-lapped at all with those in more cosmopolitan Mobile.

[29] https://www2.labor.alabama.gov/workforcedev/CountyProfiles/Baldwin%20County.pdf
[30] https://www2.labor.alabama.gov/workforcedev/CountyProfiles/Barbour%20County.pdf

**Figure Four: Great Migration Effects on Black Population – Selected Cities**

| | 1910-1940 | 1940-1970 |
|---|---|---|
| | Percentage Change in Black Population | Percentage Change in Black Population |
| | | |
| Huntsville, AL | -7.4 | -24 |
| Mobile, AL | -7.3 | -1.5 |
| Montgomery, AL | -6.4 | -10.8 |
| Birmingham, AL | 1.3 | 1.3 |
| | | |
| Chicago, IL | 6.2 | 24.6 |
| Cleveland, OH | 8.1 | 28.7 |
| Detroit, MI | 8 | 34.5 |
| Jackson, MS | -10.6 | 0.6 |
| Lexington, KY | -5.2 | -9.2 |
| New York, NY | 4.2 | 15 |
| Newark, NJ | 7.9 | 43.6 |
| Philadelphia, PA | 7.5 | 20.6 |
| St. Louis, MO | 6.9 | 27.5 |
| Washington, DC | -0.3 | 42.8 |
| | | |
| https://www.census.gov/dataviz/visualizations/020/508.php | | |

Although this is not the focus of this report, even the idea that Mobile has a natural link to the Black Belt region of Alabama because she was populated largely by African American refugees from that region – or, at very least, those fleeing shared abuse historically – seems at least debatable. While some in-state migration obviously took place, a recent project from the U.S. Census looks empirically at the effects of the Great Migration, by tracking changes in the size of the Black population of different American cities between 1910 and 1970. This work finds that Southern cities, likely seen as little better than smaller communities in the same area,

14

often saw small increases or even decreases in Black population size – as most rural Southern migrants and indeed some few residents of those larger towns moved *North*.[31]

Looking at the hard data, the Black population of Mobile in fact decreased by 1.5 percentage points between 1910 and 1940, and by a remarkable 7.3 points between 1940 and 1970. Similarly, the Black population of Montgomery (AL) shrunk by 10.8 percentage points during the first period and 6.4 points during the second. Huntsville's Black community declined by an amazing 24 points from '10 to 1940, and by another 7.4 from 1940-41 until 1970 – as Black Belters and similar migrants almost entirely bypassed the city to strike out North, and more than a few locals followed the same sparkling path to Bigger Thomas' "promised land.[32]" Birmingham did 'the best' of any Alabama city, growing her Black population 1.3 points during the first era of analysis and an identical 1.3 points during the second.

The same pattern, in fact, was evident across most of the South during the Great Migration. Jackson, Mississippi, a fairly obvious peer/comparator city for several of the Alabama cities, lost 10.6 percentage points worth of Black population from '40-70, after growing that community by just .6% during the first wave of Migration. Lexington, Kentucky, near my home, consistently lost Black population – 9.2 percentage points during the first wave of the exodus and 5.2 points during the second. The true "winners" of the Great Migration, in population-gain terms, tended to be almost exclusively large Northern cities perceived as anti-racist: for example, the Black community of Chicago grew (from almost nothing) by 24.6pp. from 1910-40, and by another 6.2 points from then until 1970 – while Detroit's jumped 34.5 percentage points.

---

[31] https://www.census.gov/dataviz/visualizations/020/508.php
[32] This is obviously a reference to (Brown 1937), the famous *Manchild in the Promised Land* Black male coming of age story.

In context, given that Mobile overall grew from a population of 51,521 in 1910 to a population of 78,720 in 1940, and then to a population of more than 190,000 in the modern era[33] – despite relative and sometimes absolute Black population loss linked TO the Great Migration, and during a period when the South and West were generally the fastest growing regions of the USA –[34] it is a bit bizarre to attribute the character of the city primarily to the Alabama Black Belt. Overall, the Black Belt region seems to already have a core city, and to be far less connected to the city of Mobile, across most metrics, than neighboring counties are.

## V. Group Gaps, and the "Disparities Equal Discrimination" Myth

Another idea to appear across several of the plaintiffs' experts' reports, most notably Dr. Burch's, is the idea that some unique Alabama-specific vice – presumably that familiar devil, racism – is responsible for a series of group gaps in behavior and performance that we see between Black and white Alabamians. In her report, Dr. Burch notes state-wide gaps in voter turnout and a number of things which correlate with it, including educational attainment and achievement, incarceration, median income, rates of poverty, and unemployment rates.

She attempts to link these, often quite explicitly, to past bias or alleged current bias. For example, following a discussion of NAEP test scoring during which she notes that only 9% of Black Alabama 8th graders are currently proficient in reading, Dr. Burch points out that "Alabama public education remained segregated until the 1960s, even though several years had passed since the decision in *Brown v. Board of Education* in 1954. By 1965, less than 1% of

---

[33] https://www.census.gov/population/www/documentation/twps0027/twps0027.html

[34] My latest book discusses some of the reasons for the explosive recent-past growth of the Southern and Western USA (https://www.amazon.com/Lies-My-Liberal-Teacher-Told/dp/0063265974/ref=sr_1_1?crid=4N9X9XDQGDD6&keywords=lies+my+liberal+teacher+told+me&qid=1703200620&sprefix=lies+my+libe%2Caps%2C126&sr=8-1), a largely undisputed phenomenon tracked by decade in graphic form by Brookings here: https://www.brookings.edu/articles/population-growth-in-metro-america-since-1980-putting-the-volatile-2000s-in-perspective/.

Black Alabama K-12 students were enrolled in integrated schools." Even today, at least one study claims to find that "lower test scores between Black and White students in Alabama result from a lack of qualified math and science teachers and diminished access to broadband Internet for students in the Black Belt.[35]" And so on: "segregated proms" are discussed in one lengthy passage, and similar analyses are conducted re several other variables.

There is just one problem with this argument, which I have noted before. The basic patterns which are being attributed to very specific variables in the context of this case – something we often see in the social sciences and the world of consulting – in fact almost certainly have complex cultural and historical causes and *are visible almost everywhere in the country*.

The pattern that Dr. Burch points out re the National Center for Education Statistics' NAEP test – with all students doing badly (only 30% of *white* kids could read, when I double-checked in Alabama) and Black children doing even worse than their class-mates – is replicated in literally every single state in the USA and does not appear to track with historical racism at all. Per NCES-NAEP's useful "Annual Report Card," only 16% of Black students nationally tested as Proficient in 2022, 15% did so in 2019, and 9% did so in the mid-1990s.[36] The national Black/white gap in proficiency, 27 points in 2019, is six points larger than the Alabama-specific, reading-specific gap discussed in Dr. Burch's report.

The awkward reality is that white students perform better educationally than Black students (and worse than East Asian) students in every single state of the USA – i.e., Alabama is in no way an outlier here – and ethnic conflict seems to have very little to do with this. Even

---

[35] https://ir-api.ua.edu/api/core/bitstreams/f817a3bf-aeca-4c7c-8030-7d20c8dff0c3/content
[36] https://www.nationsreportcard.gov/reading/nation/achievement/?grade=8

moving beyond the single NAEP test, the size of contemporary group gaps in SAT scoring and college attendance again correlates only slightly with any sensible measure which might be used to document historical racism.[37]

Per a nationwide summary of Scholastic Aptitude Test (SAT) scores produced by the U.S. Department of Education after the typical year of 2019, which can be accessed in this report as Figure Five, the mean-average score for whites was 1114, while the averages for bi-racial students, Hispanics, Pacific Islanders, Blacks, and Native Americans were respectively 1095, 978, 964, 933, and 912. Notably, East and South Asians, who experience such significant racism in the United States that we recently saw the launch of a national movement titled Stop Asian Hate,[38] outperformed whites by more than 100 points, bringing home average board scores of 1223.

---

[37] An interesting note here is that racial-group SAT and IQ gaps tend to be *smaller* in the Old South, because – for a variety of reasons which this report will engage, including athletic culture and hours of daily study (see Ogbu 2003) white scores in the region are lower. The business-statistics website Zippia currently has the tested Alabama IQ at 95.7 (https://www.zippia.com/advice/average-iq-by-state/), and Alabama Caucasians do not score significantly higher than that – last-place Mississippi currently posts just a 94.2.

[38] https://stopaapihate.org/

**Figure Five: SAT Scoring Averages by Race and Section, USA (2019)**

**SAT Mean Scores of High School Seniors Taking the SAT, by Sex and Race/Ethnicity: 2019**

| Sex and Race/Ethnicity | Total SAT Score | Evidence-Based Reading and Writing (ERW) | Math |
|---|---|---|---|
| | | **Mean Score (1)** | |
| All Students | 1059 | 531 | 528 |
| Sex | | | |
| Male | 1066 | 529 | 537 |
| Female | 1053 | 534 | 519 |
| Race/Ethnicity | | | |
| White | 1114 | 562 | 553 |
| Black | 933 | 476 | 457 |
| Hispanic | 978 | 495 | 483 |
| Asian | 1223 | 586 | 637 |
| Pacific Islander | 964 | 487 | 478 |
| Native American/Alaska Native | 912 | 461 | 451 |
| Two or More Races | 1095 | 554 | 540 |
| No Response | 959 | 472 | 487 |

(1) Possible scores on each SAT section range from 200 to 800, for a total possible score of 400 to 1600.

SOURCE: U.S. Department of Education, National Center for Education Statistics. https://nces.ed.gov/programs/digest/d19/tables/dt19_226.10.asp

These score gaps are fairly-to-very consistent across year, region, and the type of school in which learners are enrolled. When I took a look at the same national SAT-means data for the year 2017,[39] for my published book *Taboo*,[40] the large-group averages broke down as: 1181 for

---

[39] "New SAT, Old Gaps on Race" - https://www.insidehighered.com/news/2017/09/27/scores-new-sat-show-large-gaps-race-and-ethnicity.

[40] (Reilly 2020) – available here, with the option to read through the 1st 20 or so pages: https://www.amazon.com/Taboo-Facts-Cant-Talk-About/dp/162157928X/ref=sr_1_2?crid=1HO8YXWV1NHQT&keywords=wilfred+reilly&qid=1700859357&sprefix=wilfred+%2Caps%2C135&sr=8-2.

Asian-Americans, 1118 for whites/Caucasians, 987 for Hispanics of all races, 986 for Pacific Islanders, 963 for Native Americans, and 941 for African Americans.

When I evaluated the performances of public vs charter school students in 2021 for the center-right America's Majority Foundation, I obtained a public school average SAT score of 1,109 for all pupils, a charter school average SAT score of 1,021 for all pupils, a public school SAT score of 966 for Black pupils, and a charter school SAT score of 970 for Black pupils. As a direct result, the public school and charter school graduation rates for all pupils were respectively 85% and 78%, while those for Black pupils alone were 78% and 73%.

The same trends continued on into the college admissions process. 63% of all public school pupils (albeit only 53% of all charter school pupils), vs just 54% of Black public schoolers and 55% of Black charter schoolers, proceeded on to do any collegiate study. These data can all be seen in Figure Six. Alabama's 'unique' problem with Black/white gaps is in fact a major and well-known national issue.[41]

---

[41] It seems fair to say that the Black/white test-scoring and collegiate attendance gap, and it's omnipresence across all U.S. states and major municipalities, is one of the best-known American civic issues. In addition to a great deal of serious scholarly work, an online encyclopedia article which prints out to 55 single-spaced sheets of paper tackles the topic ( https://en.wikipedia.org/wiki/Racial_achievement_gap_in_the_United_States), and there exist hundred-comment Quora (https://www.quora.com/Why-is-there-an-achievement-gap-between-black-and-white-students-in-the-U-S) and Reddit forums devoted to the issue.

**Figure Six: Public and Charter School Performance by Six Metrics**

| School Category | Graduation Rate | Black Graduation Rate | SAT Mean Score | Black SAT Mean Score | College Attendance % | Black College Attendance % |
|---|---|---|---|---|---|---|
| All public schools (State Averages) | 85% | 78% | 1,109 | 966 | 63% | 54% |
| All charter schools (State Averages) | 78% | 73% | 1,021 | 970 | 53% | 55% |
| Publics: States with Public + Charter data | 85% | 78% | 1,137 | 964 | 63% | 55% |
| Charters: States with Public + Charter data | 78% | 73% | 1,020 | 970 | 54% | 56% |

Racial gaps in test scores (and fairly small gaps in high school graduation rates) hardly stand alone as an example of a universal phenomenon frequently attributed to one-variable local causes like "racism" by scholars and attorneys. The same can be said of state-by-state racial gaps in incarceration, something specifically brought up by Dr. Burch and others in the context of Alabama. For a matrix of complex reasons, including more than a dozen other factor variables besides racism, starting with plain crime rate,[42] Black Americans are over-represented relative to white Americans in every state prison system in the country – as well as within the federal Bureau of Prisons (BOP). Indeed, should we take state-by-state levels of over-representation as a

---

[42] According to one of the two most recent Bureau of Justice Statistics National Crime Victimization Survey (BJS-NCVS) reports, Black Americans make up roughly 12% of the national population but commit 25.4% of serious violent crimes – a figure unlikely to be influenced by any police 'gaming' of data, as the BJS comes entirely from victim reports made to a Census-style agency: https://bjs.ojp.gov/document/cv22.pdf

*res ipsa loquitor* proxy for oppression, then Alabama is one of the least oppressive places in the country.

      This is no exaggeration. Per a well-known 2004 publication from The Sentencing Project, which rests on unchallenged Bureau of Justice Statistics data,[43] the per capita ratio of Black incarceration to white incarceration in Alabama – i.e., the ratio representing the number of Black inmates per 100,000 Black state citizens relative to the number of white inmates per 100,000 state citizens – is 4.50. This may, somewhat justifiably, seem high. However, it is in fact the *eighth-lowest ratio on the chart*. The only states to incarcerate fewer African-Americans per capita than Alabama, at least relative to the white population, were the island of Hawaii (1.34), Idaho (2.85), Alaska (4.02), Mississippi (4.12), Georgia (4.14), Nevada (4.29), and Arkansas – with the last of these almost tied with (AL) at a 4.48 B:W ratio.

**Figure Seven: Incarceration Rates – By Race, Per 100,000, 2001**

| STATE | WHITE | BLACK | RATIO |
|---|---|---|---|
| Alabama | 417 | 1,877 | 4.50 |
| Alaska | 464 | 1,864 | 4.02 |
| Arizona | 544 | 2,849 | 5.24 |
| Arkansas | 393 | 1,759 | 4.48 |
| California | 470 | 2,757 | 5.87 |
| Colorado | 394 | 2,751 | 6.98 |
| Connecticut | 190 | 2,427 | 12.77 |
| Delaware | 427 | 2,799 | 6.56 |
| Florida | 536 | 2,591 | 4.83 |
| Georgia | 519 | 2,149 | 4.14 |
| Hawaii | 455 | 609 | 1.34 |
| Idaho | 551 | 1,573 | 2.85 |
| Illinois | 251 | 1,889 | 7.53 |
| Indiana | 391 | 2,236 | 5.72 |
| Iowa | 284 | 3,302 | 11.63 |
| Kansas | 345 | 2,469 | 7.16 |
| Kentucky | 429 | 2,392 | 5.58 |
| Louisiana | 379 | 2,251 | 5.94 |

---

[43] The Sentencing Project. "State Rates of Incarceration by Race." Available online here - https://static.prisonpolicy.org/scans/sp/racialdisparity.pdf.

| | | | |
|---|---|---|---|
| Maine | 201 | 926 | 4.61 |
| Maryland | 248 | 1,686 | 6.80 |
| Massachusetts | 206 | 1,562 | 7.58 |
| Michigan | 369 | 2,247 | 6.09 |
| Minnesota | 139 | 1,755 | 12.63 |
| Mississippi | 399 | 1,645 | 4.12 |
| Missouri | 430 | 2,160 | 5.02 |
| Montana | 417 | 2,118 | 5.08 |
| Nebraska | 229 | 1,973 | 8.62 |
| Nevada | 646 | 2,769 | 4.29 |
| New Hampshire | 286 | 2,649 | 9.26 |
| New Jersey | 161 | 2,117 | 13.15 |
| New Mexico | 344 | 2,666 | 7.75 |
| New York | 173 | 1,638 | 9.47 |
| North Carolina | 265 | 1,612 | 6.08 |
| North Dakota | 189 | 1,321 | 6.99 |
| Ohio | 324 | 2,279 | 7.03 |
| Oklahoma | 644 | 2,980 | 4.63 |
| Oregon | 458 | 2,763 | 6.03 |
| Pennsylvania | 244 | 2,570 | 10.53 |
| Rhode Island | 198 | 1,672 | 8.44 |
| South Carolina | 349 | 1,740 | 4.99 |
| South Dakota | 385 | 2,022 | 5.25 |
| Tennessee | 392 | 1,991 | 5.08 |
| Texas | 640 | 3,287 | 5.14 |
| Utah | 372 | 2,341 | 6.29 |
| Vermont | 218 | 1,794 | 8.23 |
| Virginia | 361 | 2,268 | 6.28 |
| Washington | 374 | 2,141 | 5.72 |
| West Virginia | 294 | 1,708 | 5.81 |
| Wisconsin | 350 | 4,058 | 11.59 |
| Wyoming | 443 | 2,477 | 5.59 |
| DC | 52 | 1,504 | 28.92 |

Data from: https://static.prisonpolicy.org/scans/sp/racialdisparity.pdf

Their source: Bureau of Justice Statistics, *Prison and Jail Inmates at Midyear, 2001*, April 2002.

Notably, almost all of the states 'boasting' the largest ratios in terms of Black:white incarceration were Northern "blue" or purple states of the kind oft-fond of mocking the Alabamas of the world. Washington, D.C. took pole position with a remarkable ratio of 28.92 to 1, followed by New Jersey (13.15), Connecticut (12.77), Minnesota (12.63), Iowa (11.63),

Wisconsin (11.59), Pennsylvania (10.53), New York (9.47), New Hampshire (9.26), Nebraska (8.62),[44] Rhode Island (8.44), and Vermont (8.23). In contrast, the bottom/least "oppressive" ten states included Mississippi, Georgia, Arkansas, and Alabama – while Florida came in at 11th (4.83), South Carolina at 12th (4.99), Missouri at 13th (5.02), and Tennessee at 14th (5.08). The average B:W ratio across all U.S. states was 6.63.

**Figure Seven: Incarceration Rates – By Race, Per 100,000, Present**

| STATE | WHITE | BLACK | RATIO |
|-------|------:|------:|------:|
| Alabama | 421 | 1,132 | 2.69 |
| Alaska | 417 | 1,987 | 4.76 |
| Arizona | 428 | 2,105 | 4.92 |
| Arkansas | 450 | 1,597 | 3.55 |
| California | 175 | 1,623 | 9.27 |
| Colorado | 236 | 1,603 | 6.79 |
| Connecticut | 156 | 1,512 | 9.69 |
| Delaware | 324 | 1,654 | 5.10 |
| Florida | 340 | 1,411 | 4.15 |
| Georgia | 361 | 1,006 | 2.79 |
| Hawaii | 410 | 947 | 2.31 |
| Idaho | 502 | 2,387 | 4.75 |
| Illinois | 156 | 1,166 | 7.47 |
| Indiana | 320 | 1,443 | 4.51 |
| Iowa | 225 | 2,084 | 9.26 |
| Kansas | 265 | 1,661 | 6.27 |
| Kentucky | 466 | 1,370 | 2.94 |
| Louisiana | 381 | 1,411 | 3.70 |
| Maine | 143 | 1,331 | 9.31 |
| Maryland | 141 | 746 | 5.29 |
| Massachusetts | 63 | 466 | 7.40 |
| Michigan | 230 | 1,479 | 6.43 |
| Minnesota | 105 | 1,023 | 9.74 |
| Mississippi | 398 | 1,107 | 2.78 |
| Missouri | 336 | 1,297 | 3.86 |
| Montana | 371 | 2,272 | 6.12 |
| Nebraska | 195 | 1,733 | 8.89 |
| Nevada | 379 | 1,543 | 4.07 |
| New Hampshire | 269 | 742 | 2.76 |
| New Jersey | 81 | 1,009 | 12.46 |
| New Mexico | 216 | 1,229 | 5.69 |

[44] Admittedly, a bit of an outlier on this list.

| | | | |
|---|---|---|---|
| New York | 96 | 754 | 7.85 |
| North Carolina | 209 | 810 | 3.88 |
| North Dakota | 172 | 848 | 4.93 |
| Ohio | 273 | 1,530 | 5.60 |
| Oklahoma | 511 | 2,395 | 4.69 |
| Oregon | 344 | 1,932 | 5.62 |
| Pennsylvania | 206 | 1,523 | 7.39 |
| Rhode Island | 131 | 821 | 6.27 |
| South Carolina | 217 | 821 | 3.78 |
| South Dakota | 280 | 1,660 | 5.93 |
| Tennessee | 296 | 989 | 3.34 |
| Texas | 452 | 1,547 | 3.42 |
| Utah | 167 | 1,383 | 8.28 |
| Vermont | 239 | 1,737 | 7.27 |
| Virginia | 287 | 1,246 | 4.34 |
| Washington | 222 | 1,195 | 5.38 |
| West Virginia | 348 | 1,337 | 3.84 |
| Wisconsin | 230 | 2,742 | 11.92 |
| Wyoming | 381 | 1,337 | 3.51 |

Data from: https://www.sentencingproject.org/app/uploads/2022/08/The-Color-of-Justice-Racial-and-Ethnic-Disparity-in-State-Prisons.pdf

Their source: Carson, E.A. (2021). Prisoners in 2019. Bureau of Justice Statistics; U.S. Census Bureau (n.d.).

At any rate, simply pointing to a B:W disparity in Alabama incarceration rates does not establish the existence of contemporary prejudice or a corrupt system in that specific state: there is no state in which such a disparity could not be found. And, the relatively solid performance of (AL) versus her competitors is almost exactly the same today as it was in the recent past. For this report, I opted to double-check the Project's 2004 numbers by accessing a 2021 paper ("The Color of Justice: Racial and Ethnic Disparity in State Prisons") from the same organization.[45] Little has changed, except that Alabama's B:W incarceration ratio has actually improved, now standing at 2.69 and ranking as the second lowest ratio observed in the data-set. Virtually the

---

[45] Nellis, Ashley. 2021. "The Color of Justice: Racial and Ethnic Disparity in State Prisons." The Sentencing Project. October release - https://www.sentencingproject.org/app/uploads/2022/08/The-Color-of-Justice-Racial-and-Ethnic-Disparity-in-State-Prisons.pdf.

same group of hardly-Dixieland states bring up the national rear and thus presumably "display the most racism:" New Jersey (12.46), Wisconsin (11.92), Minnesota (9.74), Connecticut (9.69), Maine (9.31), California (9.27), Nebraska (8.89), new contender Utah (8.28), and old friend New York (7.85).

Interestingly, racial gaps in voter behavior in Alabama are themselves very small, whether matched up against some external state comparators or any logical definition of what a "large gap" might be. Voter registration in Alabama currently seems to be 89% for non-Hispanic whites, versus 84% for African Americans. In 2020, the equivalent figures were 96.1% (W) and 93.9% (B). In 2018, the registration gap was *less than one percent*, with Blacks at 88% and whites reaching 88.4%.

As Dr. Burch herself points out and Alabama Secretary of State voter data makes clear,[46] Black Alabamians voted at rates higher than or equal to their white peers in at least six of the <25 counties at issue in this matter: Greene (66% to 55%), Hale (58% to 57%), Mobile (44% to 44%), Perry (66% to 48%!), Russell (37% to 35%), and Sumter (55% to 52%). Overall rates of turnout were 48% for whites (again with Hispanics removed) and 46% for Blacks/African Americans. Remarkably, the very small disparities in voter behavior at issue in Alabama – the smallest recorded gap in turnout, not registration, across the elections analyzed by Dr.s Burch and Liu appears to be ~9 points – persists despite the fact that almost 15% of Black Alabama residents *are duly convicted felons and cannot vote*.[47]

---

[46] https://www.sos.alabama.gov/alabama-votes/voter/election-data

[47] Uggen, Christopher, Ryan Larson, Sarah Shannon, and Robert Stewart. 2022. "Locked Out 2022: Estimates of People Denied Voting Rights Due to a Felony Conviction." Sentencing Project Papers. 25 October - https://www.sentencingproject.org/reports/locked-out-2022-estimates-of-people-denied-voting-rights/.

At some point, it becomes remarkably obvious that racism does not singularly, or primarily, explain much of this. There is no logical framework within which "the manner by which white supremacy operates on Asians and Nigerians[48]" explains scholars from those groups destroying white – not ADOS Black – students in the classroom. Looking at any quantitative attempt to map racial prejudice,[49] it is not a serious claim that California or Utah or Connecticut is simply more conventionally racist than Alabama and thus is more likely per capita to jail Black people.

In reality, many things play into the outcomes we see around us in the world. As re test score gaps, almost literally every scholar to analyze this question empirically from the political center-on-right (e.g. Fordham and Ogbu 1986; McWhorter 2000; Ogbu 2003; Thernstrom and Thernstrom 2003; Sowell 2005; Chua 2011; Reilly 2020; Sowell 2020) has pointed out that American white students tend to study and prep for school more than American Black students – who often see doing this as "acting white[50]" – but less than East Asian and other immigrant students. Standardized test scores follow the same pattern.[51]

In the context of crime, the Black "Index" crime rate is predictably and annually about 2.4-2.5x the white crime rate[52] – a figure which tracks almost exactly with disparities in arrest rates and police shootings.[53] It is true that, as Dr. Burch points out, simple racial discrepancy in rates of arrest does not explain all of the racial variance in rates of incarceration. However, this

---

[48] https://www.spiked-online.com/2021/02/25/asians-are-doing-well-lets-re-label-them-as-white/
[49] I.e., this one - https://journals.plos.org/plosone/article?id=10.1371/journal.pone.0122963#pone.0122963.ref001.
[50] This has been observed for decades, and was likely first stated here - https://link.springer.com/article/10.1007/BF01112192. Forty-two years later, major articles discuss the same allegation, within and beyond the context of academic performance: https://www.sciencedirect.com/science/article/abs/pii/S0027968416301377.
[51] https://www.insidehighered.com/news/2017/09/27/scores-new-sat-show-large-gaps-race-and-ethnicity
[52] The 2018 (https://bjs.ojp.gov/content/pub/pdf/cv18.pdf) and 2022 (https://bjs.ojp.gov/document/cv22.pdf) BJS-NCVS are both almost totally typical here.
[53] https://www.washingtonpost.com/graphics/investigations/police-shootings-database/.

one variable DOES explain about 60% of it. And, further, people of different races are arrested for different crimes, which carry with them different sentences.

Nationally and in Alabama, more than twice as many whites as Blacks commit crimes every year. However, Black Americans generally commit the actual numerical majority of murders – being responsible for 4,078 known suspect/known victim killings in 2019, per the FBI's famous Homicide Table 43, as versus "just" 3,650 for Caucasians.[54] Because the sentence handed down for murder is often life or close, murderers make up the largest single bloc of inmates across the USA's federal and state prisons,[55] and realities like this largely explain racial disparities in long-term incarceration rates.

Many more variables impact statistical chances. When it comes to propensity to vote, the average age for a Black American – at least at the mode – is 27. The average age for a white American is 58. When we attempt to explain anything from household income differences to the root causes of that B/W crime gap, it might be relevant that the out-of-wedlock birth rate – what a colder and more forthright society called the "illegitimacy rate" – is currently 69% for Black Americans and 17% for Asian Americans.[56] All in all, life is complicated and odd, and the simple existence of group gaps does not prove racism – just as the simple existence of shared race or political orientation does not demonstrate genuine shared interest.

---

[54] https://ucr.fbi.gov/crime-in-the-u.s/2019/crime-in-the-u.s.-2019/topic-pages/tables/table-43.
[55] https://felonvoting.procon.org/incarcerated-felon-population-by-type-of-crime-committed/ - sourced from: Jennifer Bronson and E. Ann Carson, "Prisoners in 2017," bjs.ojp.gov, Apr. 2019.
[56] https://www.cdc.gov/nchs/data/hus/2017/004.pdf.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


*Wilfred Reilly (Approved Electronic Signature)*                06/28/2024

Wilfred Reilly  __06/28/20/24_____

**Appendix A: Curriculum Vitae**

**Will Reilly**

████████@yahoo.com

Present Address:

████████████████

Frankfort, KY 40601

████████████

Permanent Address

████████████

Aurora, IL 60505

---

**Education**

Southern Illinois University, Carbondale
      Degree: Ph.D., Political Science
      Public Law, International Relations, Theory
      G.P.A. 3.85/4.0
      PhD Awarded May 2015

University of Illinois College of Law, Urbana-Champaign
      Cumulative Good Standing
      J.D. May 2005

Southern Illinois University, Carbondale
       Lower Division Honors
      B.A. May 2002

**Dissertation**

Title: *Measuring Up – The Effect of Minority Status and Other Core Characteristics On Collective Self Esteem: a Quantitative Test of Divergent Theories of Identity Valuation*
Abstract: Many scholars have argued that membership in a minority or "low status" group causes individuals to devalue identities like race, class, gender, and orientation (Hacker 1992; Harris 1993; Tatum 1997; McIntyre 2002). For example, Hacker famously contends that African-Americans devalue Black racial identity while Caucasians value white identity highly, and argues for affirmative action as a partial solution to this problem (Hacker 1995). However, this thesis has never actually been tested using contemporary methodological techniques in the modern American context. I use a large-N List Experiment (Sniderman & Carmines 1997) and ordinal survey techniques to determine whether membership in four minority in-groups (racial minorities, women, LGBT Americans, and members of religious minority groups) correlates significantly

with devaluation of minority in-group identities. Results indicate that minority identity, with the sole and significant exception of bi- or homosexual identification, is not significantly and consistently correlated with identity devaluation.

**Books**

Reilly, Wilfred. 2023. *NEW Lies Your Teacher Tells You: an Empirical Current Look at History and Its Presentation.*[57]
New York: Harper Collins.

Reilly, Wilfred. 2020. Taboo: *Ten Facts You Can't Talk About.*
Boston: Regnery Publishing.

Reilly, Wilfred. 2019. *Hate Crime Hoax: the Selling of a Fake Race War.*
Boston: Regnery Publishing (SMG).

Reilly, Wilfred. 2016. *The $50,000,000 Question: An Empirical Examination of   the Relationship between Privilege and Pride.* New York: Scholar's Press (Scriptum).

**Book Chapters**

Reilly, Wilfred. 2022. "The Wages of Immigration: (a) Dissenting Point of View."
In *The Black Boom*, by and ed., Jason Riley.
West Conshohocken, PA: Templeton Press.

Reilly, Wilfred. 2021. "A Positive Vision: the Agenda of 1776."
*In Red, White, and Black*, ed., Robert L. Woodson Sr. New York: Emancipation Press, 3-11.

Reilly, Wilfred. 2021. "Slavery Does Not Define the Black American Experience."
In *Red, White, and Black*, ed., Robert L. Woodson Sr.
New York: Emancipation Press, 37-42.

Reilly, Wilfred. 2021. "Rioting Over a Narrative." In *The Year the World Went Mad*, ed., Tom Slater. London (UK): Spiked Press, 97-102.

**Academic Research Publications**[58]

Maranto, Robert, Wilfred Reilly, and Patrick Wolf. 2024. "Which Police Departments Make Black Lives Matter?" Administration and Society.
0 (0)[59]: https://journals.sagepub.com/doi/10.1177/00953997241226892.

---

[57] This book is fully accepted by the publisher, but final publication is pending.
[58] "Think tank" publications are included in this section.
[59] This is a label representing online-first publication.

Reilly, Wilfred. 2023. "Imagining Supremacy." *Middle West Review*.
Volume 9 (2): 157-163.

Clark, Corey, Lee Jussim, Komey Frey…Wilfred Reilly et al. 2023. "Pro-Social
Motives Underlie Scientific Censorship by Scientists: a Perspective and
Research Agenda." *Proceedings of the National Academy of Sciences
(PNAS)*. 120 (48): https://www.pnas.org/doi/10.1073/pnas.2301642120.

Maranto, Robert, Wilfred Reilly, Patrick Wolf, and Mattie Harris. 2022.
"Which Police Departments Make Black Lives Matter, Which Don't…and
Why Don't Most Social Scientists Care?"
Currently Housed: https://scholarworks.uark.edu/edrepub/136/.

Reilly, Wilfred. 2022. "A Path Out: the Potential Effects of Charter Schooling,
And Improved Overall Schooling, on African-American Individual and
Household Income." *America's Majority Foundation Occasional
Publication*: 1-36.

Reilly, Wilfred. 2021. "Testing the Tests for Racism: What Do Audit Studies Say
about Systemic Racism?" *Academic Questions*: 34 (3): 17-27.

Reilly, Wilfred. 2020. "An Ignored Cost: Effects of Yes/No Lockdown
Strategy and Other Variables on April-August Unemployment Across
U.S. States. *America's Majority Foundation Occasional Publication*: 1-15.

Reilly, Wilfred. 2020. "Reviewing the Data on the Efficacy of Lockdowns via
Comparison of Red vs. Blue States Dealing with COVID-19."
*America's Majority Foundation Occasional Publication*: 1-21.

Reilly, Wilfred. 2019. "Are Hate Crime Hoaxers Above the Law?"
*Academic Questions*. 32: 553-561.

Reilly, Wilfred. 2017. "Diversity and Security: The Effect of In-State Tribal and
Racial Diversity on Homicide Rate, Civil Conflict, and Chances of
International War-Fighting." *International Journal of Contemporary
Applied Sciences*. 4 (4): 32-51.

Reilly, Will. 2016. "Are the Browns Down? A Quantitative Test of the Effect of
Racial Minority Status and Other Core Characteristics on Racial Identity
Valuation." *American International Journal of Humanities and Social
Science*. 2: 38-65.

Reilly, Wilfred. 2008. "Does Athletic Investment Make Sense? Using NCAA
Tournament Results to Test the Logic of Sports Spending among
Mid-Major Universities." *Paul Simon Policy Institute Occasional
Papers*.  Number 10: 2-30.

Reilly, Wilfred.  2007. "Legal Skill or Systemic Structure: A Quantitative
Examination of the Reasons Prosecutors Win." *Critique*.  Fall: 30-41.

**Full-Length Edited Articles[60]**

Reilly, Wilfred. 2024. "What 'Free Palestine' and 'Black Lives Matter' Have in
Common." *Commentary*. January Issue.

Reilly, Wilfred, 2023. "The Politics of Tribal Nonsense." *Tablet Magazine*.
14 November.

Reilly, Wilfred. 2023. "Why Thomas Sowell Matters." *National Review*.
23 October.

Reilly, Wilfred. 2023. "Fuc*ing Is Good, Actually: an Unexpected Defense of the
Sexual Revolution." *Queer Majority*. 26 July.

Reilly, Wilfred. 2023. "Why Americans Are Getting More Conservative on the
Trans Issue." *Newsweek*. 20 June.

Reilly, Wilfred. 2023. "Americans Are Convinced Race Relations Are Bad. The
Data Says the Opposite." *Newsweek*. 10 April.

Reilly, Wilfred. 2023. "How Political Bias Explains Everything: the Attitudinal
Model." *Tablet Magazine*. 11 January.

Reilly, Wilfred, and Robert Maranto. 2022. "Did Black Lives Matter Save Black
Lives." *Commentary*. September Issue.

Reilly, Wilfred. 2022. "The Myth of the Kamloops Mass Grave." *Spiked*.
9 August.

Reilly, Wilfred, Robert Maranto, and Patrick Wolf. 2022. "A Better Way to
Reduce Police Violence." *Washington Examiner*. 14 July.

Reilly, Wilfred. 2022. "Where America's Confidence Went – and How to Get It
Back." *National Review*. 29 June.

Reilly, Wilfred. 2022. "The Moral Case for American Goodness (Largely)
Endures." *Real Clear Politics*.[61] 7 June.

---

[60] This is an edited list. To save space, primarily-print and primarily online "public intellectual" journals are cited in
the same fashion, and hyper-links are not provided.
[61] Online, some print copies.

Reilly, Wilfred. 2022. "We're Not an Outlier: Targeted Solutions Will Make America Safer than Gun Control." *Newsweek*. 29 May.

Reilly, Wilfred. 2022. "Nothing Unites Different Marginalized Groups: Exposing the Inter-Sectional Hoax." *Newsweek*. 18 May.

Maranto, Robert, and Wilfred Reilly. 2022. "University of Pennsylvania: Don't Fire Amy Wax: Debate Her Views." *Real Clear Education*. 6 May.

Reilly, Wilfred. 2022. "Race-Based Double Standards Exist in Media, but Not Always How You Think. *Foundation against Intolerance and Racism (FAIR) Official Substack*. 2 May.

Reilly, Wilfred. 2022. "The New Definition of Racism: Can We Find a Way Out Of Mr. Rogers' Neighborhood." *Commentary*. May Issue.

Reilly, Wilfred. 2022. "Do No Harm: the Dangers of Racialized Medicine." *Foundation against Intolerance and Racism (FAIR) Official Substack*. 24 January.

Reilly, Wilfred. 2022. "The Idiocy of Shared Oppression." *Tablet Magazine*. 13 January.

Reilly, Wilfred. 2022. "The 1619 False-History Project." *National Review*. 6 January.

Reilly, Wilfred. 2021. "How Jussie Smollett's Hate Hoax Unraveled." *Unherd*. 10 December.

Reilly, Wilfred. 2021. "Affirmative Action Privilege, and Other Reasons Human Life Is Complicated." *FAIR Official SubStack*. 16 November.

Reilly, Wilfred. 2021. "What Is Critical Race Theory, Really?" *City Journal*. 13 October.

Reilly, Wilfred. 2021. "The Whiteness of Wokeness." *Commentary*. 152 (4): 25-29.

Reilly, Wilfred. 2021. "The Assault on Empiricism." *Tablet*. 11 August.

Reilly, Wilfred. 2021. "The Accomplishments of Black Conservative Thought." *Quillette*. 19 July.

Reilly, Wilfred. 2021. "One 'Maverick' Documents Another: Jason Riley's Biography of Thomas Sowell." *Quillette*. 13 June.

Reilly, Wilfred. 2021. "Asian Americans Are Under Attack, but Not (Just) From White Supremacists." *Commentary*. 151 (5): 37-40.

Reilly, Wilfred. 2021. "Facts Don't Care about Your Diversity Training Certificate." *Quillette*. 4 April.

Reilly, Wilfred. 2021. "The Good News They Won't Tell You about Race in America." *Commentary*. 151 (4): 15-20.

Reilly, Wilfred. 2021. "Did the Protests against the Police Lead to the 2020 Spike in Homicides?" *Quillette*. 27 January.

Reilly, Wilfred. 2020. "A Fragile Argument: Review/Analysis of 'White Fragility' by Robin d'Angelo." *Commentary*. September Issue.

Reilly, Wilfred. 2020. "America Run Riot: the Narrative around the Killing of George Floyd Is Deceptively False." *Commentary*. July/August Issue.

Reilly, Wilfred. 2020. "The Lockdowns Still Aren't Working." *Spiked*. 8 May.

Reilly, Wilfred. 2020. "There Is No Empirical Evidence for These Lockdowns." *Spiked*. 22 April.

Reilly, Wilfred. 2020. "NO, There Is No Coming Race War: the Story of Race and Crime in America is Better than You Think." *Commentary*. February Issue.

Reilly, Wilfred. 2020. "It's 1776, Not 1619: Don't Let the New York Times Steal America's Birthday." *The American Spectator*. 13 March.

Reilly, Wilfred. 2020. "Sorry, New York Times, but America Began in 1776." *Quillette*. 17 February.

Reilly, Wilfred. 2019. "Are We in the Midst of a Transgender Murder Epidemic?" *Quillette*. 7 December.

Reilly, Wilfred. 2019. "The Hate Crime Epidemic That Never Was: A Seattle Case Study." *Quillette*, 7 July.

Reilly, Wilfred. 2019. "Hate Crime Hoaxes, and Why They Happen." *Commentary*. 147 (4): 13-21.

**Editorials and Short-Form Book Reviews**

Reilly, Wilfred. 2023. "A Great Man, Warts and All." *Commentary*.
    July/August 2023.

Reilly, Wilfred. 2023. "The USA Does Not Have a Caste System."
    *The Washington Examiner*, 31 March.

Reilly, Wilfred. 2022. "Facts Ruin a False Narrative about Hate Crimes."
    *The Wall Street Journal*, 29 November.

Reilly, Wilfred. 2021. "The Emperor Had No MAGA Hat."
    *The Wall Street Journal*, 28 December.

Reilly, Wilfred. 2021. "Segregation Is Back and It's Spreading."
    *The Daily Mail*, 16 December.

Reilly, Wilfred. 2021. "Parents Are Sick of Critical Theory Apologists' Lies."
    *The New York Post*, 13 October.

Reilly, Wilfred. 2021. "Charles Murray: Wrong and Right – a Contrarian
Continues His Work." *Commentary*. September Issue.

Reilly, Wilfred. 2021. "Defunding the Police Is Asinine and Counter-Productive."
    *Newsweek*. 14 September.

Reilly, Wilfred. 2021. "Why Aren't People Getting Vaxxed? Because of Your
    Hypocrisy." *Newsweek*. 23 August.

Reilly, Wilfred. 2020. "Woke Identity Politics Distracts the Left from Economic
Progress." *USA Today*, 24 November.

Reilly, Wilfred. 2020. "NYT's 1619 Project Tries to Rob Black Americans of
Their Stake in 1776." *The New York Post*, 4 March.

Reilly, Wilfred. 2020. "Slavery Does Not Define the Black American
Experience." *The Washington Examiner*, 14 February.[62]

Reilly, Wilfred. 2019. "A Record Breaking Year of Hatred? Statistics Do Not
Prove That the Country Is Awash with Hate." *The Washington Times*, 4
September.

Reilly, Wilfred. 2019. "DDs and PPs: a Review of *The Privileged Poor* by
Anthony Abraham Jack." *Commentary*. June Issue.

---

[62] This essay also appeared on the 1776 Unites website (1776unites.com), and when expanded will constitute a
chapter in an upcoming 2021 release from Bombardier Books.

Reilly, Wilfred. 2019. "Hate Crime Hoaxes, Like Jussie Smollett's Alleged Attack, Are More Common than You May Think." *USA Today*, 22 February.

**Works in Progress**

Reilly, Wilfred, and F. Jane Lingle. "Worth Such a Price?" The Effect of Yes-No Lockdown Strategy, along with Red-Blue Political Partisanship and Other Variables, on Caseload, Deaths, and Primary COVID-19 Outcomes Across U.S. States." Accepted by America's Majority Foundation.[63]

Steinmetz, Peter, and Wilfred Reilly. "State Behavior or Personal Choice (?): an Empirical Analysis of the Effects of COVID-19 Lockdowns with Google Mobility Data Taken Into Account." To be submitted to *The Journal of the American Medical Association*.[64]

Reilly, Wilfred. "One Privilege, or Many Privileges? Testing the Effect of Whiteness and Other Social Variables on a 100-Point Metric." To be submitted to *The Journal of Behavioral and Social Sciences*.[65]

Reilly, Will. "Winning at the First Stage: An Empirical Examination of Defendant Success in Five Midwestern Trial Courts." To be submitted to *Law and Society Review*.

Reilly, Will, and Erica Battle. "Altered Perceptions? A Test of whether the American Beauty Standard Is Changing to Reflect Increased National Diversity." Submitted to *Journal of Black Studies*.

Reilly, Will. "Upper-Class Kids; Lower-Class Jobs: Using a Set of Quantifiable Economic Variables to Predict Identification with the 'Hipster' and Post-Occupy Movements." Currently being written and edited.

Reilly, Will. "Word on the Street: The Effect of Race, Gender, Political Identification, and Other Factors on the Performance of Paid Canvassers." Currently being written and edited.

**Conference Presentations and Other Presented Work**

"Predictors of Plague: a Quantitative Analysis of Determinants of National Success vs. COVID-19." Paper presented at Kentucky Political Science Association Conference. Owensboro, KY (March 2024).

---

[63] For website and print publication release, as I understand.
[64] And, after rejection there, who knows?!
[65] Official data gathering for this project has not yet begun, however all introductory portions of the article (i.e. Literature) have been written and the methodological model designed.

"Charter Cities Ideology: An Alternative Narrative to Africa's Migration Conundrum." Paper co-presented at Kentucky Political Science Association Conference. Owensboro, KY (March 2024).

"The De-Transition Time Bomb: an Empirical Analysis." Paper presented at Genspect: the Bigger Picture Annual Conference. Denver, CO (December 2023).

"Black Conservatism – the Past, Present, and Future." Paper/data presented at University of Wisconsin-Madison Free Speech Week. Madison, WI (October 2023).

"Foundation against Intolerance and Racism Speaks: Data as the Corrective to Irrational Fear." Paper presented/long-form speech given at Pancakes for Providence elite prep school event. Plymouth, MN (February 2023).

"The Numbers Keep Changing: How Information Manipulation Contributes to the Culture of Fear." Paper presented at Politics, Policy and Panic: Governing In Times of Crisis Conference. Latrobe, PA (April 2022).

"Why the Narrative Always Collapses." Paper presented/long-form speech given at bi-partisan Center for the American Experiment Annual Meeting. Minneapolis, MN (February 2022).

"Data, Hard Facts, and the Business of Leadership." Presentation/Requested Speech given at Key-Note Session: Leadership Program of the Rockies. Denver, CO (July 2020).

"Diversity, Security, and Conflict: a Specifically African Analysis." Paper Accepted for presentation at Midwest Political Science Association Conference. Chicago, IL (April 2020).[66]

"Boundaries of Terrorism: Who Is a Terror Fighter, and Who Is Not?" Presentation/Requested Speech given at KYSU Bluegrass Intelligence Consortium Event. Frankfort, KY (March 2018).

"Can Diverse States Be Secure? The Effect of Tribal and Racial Diversity on Homicide Rate, Civil Conflict, and Chances of International War-Fighting." Paper presented at Midwest Political Science Association Conference. Chicago, IL (April 2017).

---

[66] I list an "accepted" paper here because the conference was canceled – like virtually all big-city events during April of 2020.

"An App for the Culture of Fear? An Empirical Examination of the Effect of
  Social Media Content on Racial and Political Distrust." Paper presented at
  Midwest Political Science Association Conference. Chicago, IL (April 2016).
  Paper accepted for presentation at American Association of Behavioral and Social
  Sciences Conference. Las Vegas, NV (February 2016).

 "Are The Browns Down? The Effect of Racial Status and Other Core
  Characteristics on Racial Identity Valuation: Revised Following a
  Randomized Research Re-test." Paper presented at Midwest Political
  Science Association Conference. Chicago, IL (April 2016).

"Are The Browns Down? The Effect of Racial Status and Other Core
Characteristics on Racial Identity Valuation." Paper presented at Midwest
  Political Science Association Conference. Chicago, IL (April 2010).

"Fare Ball: An Analysis of Why Some University Athletic Departments Make
  Money (While Others Do Not)." Paper presented at Midwest Political
  Science Association Conference. Chicago, IL (April 2010).

"Predictors of Criminal Court Victory: A Five County Analysis of Defendant
  Success Rates." Paper presented at Midwest Political Science Association
  Conference. Chicago, IL (April 2009).

"Altered Perceptions: A Quantitative Test of Whether the American Beauty
  Standard Is Changing to reflect Increased National Diversity." Paper
  presented at Midwest Political Science Association Conference.
  Chicago, IL (April 2009).

"The Coefficients of Victory: Variables Predicting Trial Wins among
  Criminal Defendants."  Paper presented at
  Midwest Political Science Association Conference. Chicago, IL
(April 2008).

"Variance in Court: An Analysis of Courtroom Success among Distinct Groups
  of Criminal Defendants." Poster presented at Department of Political
  Science Graduate Student Exposition. Carbondale, IL (December 2007).

"The Coefficients of Victory: Variables Predicting Trial Wins among
  Criminal Defendants."  Paper presented at DFI All
  Fellows Conference. Chicago, IL (November 2007).

"Ball Fair? Using the NCAA Tournament to Test the Actual Frequency of
  Fair Play Games." Paper presented at DFI All
  Fellows Conference. Chicago, IL (November 2007).

"Justice or Just-Us: A Quantitative Examination of Prosecutorial Victory Rates
Across Groups." Paper presented at Black Graduate
Students Association Conference. Evanston, IL (April 2007).

"Legal Style or Legal System Structure: Why Prosecuting Attorneys
Win the Large Majority of Contested Cases." Paper presented at DFI-
KCP National Conference. Chicago, IL (November 2006).

**Major Podcasts and Long-Form Media Appearances**

Reilly, Wilfred. Guest/Speaker. "The Dumbing Down of American Elites."
The Ben Boyce Podcast. 5 September 2022.
https://www.youtube.com/watch?v=MIGyfaQ7qY8.

Reilly, Wilfred. Guest/Speaker. "Theory of Racelessness and the Data."
Dr. Sheena Mason's Theory of Racelessness. 12 July 2022.
https://www.youtube.com/watch?v=tM_JkRUqAmc.

Reilly, Wilfred. Guest/Speaker. "The Whiteness of Wokeness."
*Prager U*. 11 April 2022.
https://www.prageru.com/video/the-whiteness-of-wokeness.

Reilly, Wilfred. Guest. "Jussie Smollett and Hate Crime Hoaxes."
*Honestly Podcast with Bari Weiss*. 10 December 2021.
https://podcasts.apple.com/us/podcast/jussie-smollett-and-hate-crime-
hoaxes.

Reilly, Wilfred. Guest. "The ATLAS Society Asks Wilfred Reilly."
*The Atlas Society Podcast*. 29 September 2021.
https://www.youtube.com/watch?v=FVGb0gllLPI.

Reilly, Wilfred. Guest. "Straight Talk on Racism with Wilfred Reilly."
*Conversations with Coleman Hughes*. 4 June 2021.
https://www.youtube.com/watch?v=m5WsPWvF7vE.

Reilly, Wilfred. Guest/Speaker. "Rescuing American History from Revisionists
AND Race Hustlers." American Enterprise Institute. 20 May 2021.
https://www.youtube.com/watch?v=LeKumFOj6fs.

Reilly, Wilfred. Guest/Speaker. "The Audacity of Race Data: a Dialogue."
*Converging Dialogues*. 1 February 2021.
https://www.youtube.com/watch?v=5HJJcFFpyt4.

Reilly, Wilfred. Guest/Speaker. "On Challenging Ideological Uniformity in
Academia." *The Invisible Men Black Excellence Podcast*. 20 January
2021. https://www.youtube.com/watch?v=EoxFPxRduDk

Reilly, Wilfred. Guest/Speaker. "What's Wrong with the 1619 Project?"
        *Prager U*. 30 November 2020.
        https://www.youtube.com/watch?v=OrqFbyTABmQ.

Reilly, Wilfred. Guest. "Rejecting Racial Nationalism with Wilfred Reilly."
        *The New Liberals Podcast*. 20 October 2020.
        https://podcasts.apple.com/gb/podcast/4-rejecting-racial-nationalism-with-
wilfred-reilly/id1527944755?i=1000495402455.

Reilly, Wilfred. Featured Guest. "American Thought Leaders."
*American Thought Leaders – The Epoch Times*. 6 October 2020
        https://www.youtube.com/watch?v=JlhHVI7JVX0.

Reilly, Wilfred. Guest. "The African American Journey." *The Carvaka Podcast*.
        31 July 2020. https://www.youtube.com/watch?v=aE7sfbpNeh8.

Reilly, Wilfred. Debater/Panel Participant. "Systemic Racism and the Data:
        Wilfred Reilly and Roderick Graham with John Wood, Jr."
        *Braver Angels Podcast*. 23 July 2020.
        https://www.youtube.com/watch?v=I1SXcdNSy9Y.

Reilly, Wilfred. Guest. "Unregistered 122: Wilfred Reilly."
        *The Unregistered University Podcast*. 13 July 2020.
        https://www.youtube.com/watch?v=MHG-lwLKpXg.

Reilly, Wilfred. Guest. "How the Media Exploits Crises, from COVID-19 to Race
        Relations." *The Federalist Radio Hour*. 9 June 2020.
        https://www.youtube.com/watch?v=3LUy9yuIGLQ.

Reilly, Wilfred. Guest. "Black Lives Matter: Are the Stats Accurate?"
        *The E2 Review Podcast*. 4 June 2020.
        https://www.youtube.com/watch?v=4bt88SbZWmY.

Reilly, Wilfred. Panel Participant. "Public Safety in an Era of Criminal Justice
        Reform." *The Manhattan Institute Podcast*. 27 May 2020.
        https://www.youtube.com/watch?v=J8KvHbWSypA.

Reilly, Wilfred. Guest. "Episode #154 – Taboo Book."
        *Godless Spellchecker*. 12 May 2020.
        https://www.youtube.com/watch?v=K_uV7qqzm-4.

Reilly, Wilfred. Guest. "The COVID Culture Wars." *The Spiked Podcast*.
        24 April, 2020. https://www.youtube.com/watch?v=PbSsr7L2taI.

Reilly, Wilfred. Guest. "Corona Taboos: Wilfred Reilly and Glenn Loury."

41

*The Glenn Show*. 10 April 2020.
https://www.youtube.com/watch?v=MIGyfaQ7qY8.

Reilly, Wilfred. Interviewer. "A Conversation with Dan Crenshaw – U.S.
Representative, Author of Fortitude." *Break It Down Show*.
4 April 2020. https://www.youtube.com/watch?v=74UQ6JKQO1w.

Reilly, Wilfred. Guest. "Podcast 83: Wilfred Reilly on His New Book Taboo: Ten
Facts You Can't Talk About." *The Quillette Podcast*. 27 March 2020.
https://quillette.com/2020/03/27/podcast-83-professor-wilfred-reilly-on-
his-new-book-taboo-10-facts-you-cant-talk-about/.

Reilly, Wilfred. Guest. "Browncast Episode 77: Professor Wilfred Reilly on Hate
Crime Hoaxes, Racism, Wokeness, and More." *Brown Pundits: a
Discussion of Things Brown*. 14 January 2020.
https://www.brownpundits.com/2020/01/14/browncast-episode-77-
professor-wilfred-reilly-on-hate-crime-hoaxes-racism-wokeness-and-
more/.

Reilly, Wilfred. Guest. "My Chat with Political Scientist Wilfred Reilly."
*The Saad Truth*. 21 November 2019.
https://www.youtube.com/watch?v=SB4DY8NwBoY.

Reilly, Wilfred. Guest. "Quillette Podcast 44: Professor Wilfred Reilly on Hate
Crime Hoaxes." *The Quillette Podcast*. 15 July 2019.
https://quillette.com/2019/07/15/quillette-podcast-44-professor-wilfred-
reilly-on-hate-crime-hoaxes/.

Reilly, Wilfred. Guest. "Hate Crime Hoax: Glenn Loury and Wilfred Reilly."
*The Glenn Show*. 16 May 2019. https://www.youtube.com/watch?v=-
4Z2M3E3p3M.

Reilly, Wilfred. Guest. "Episode 139: Hate Crime Hoax – Wilfred Reilly."
*Godless Spellchecker*. 8 May 2019.
https://www.youtube.com/watch?v=sH0Ghk8UHu0.

Reilly, Wilfred. "The Great Debate: Wilfred Reilly vs. Jared Taylor on
HBCU Campus." *KYSU Debates/Wilfred Reilly*. 28 April, 2016.
https://www.youtube.com/watch?v=KqoqN4kXk3s.

**National and Major Regional Television Appearances**

Reilly, Wilfred. 2022. Interview/Panel w Greg Gutfeld. *Gutfeld*.
Fox News Channel. 27 October.

42

https://archive.org/details/FOXNEWSW_20221028_030000_Gutfeld.

Reilly, Wilfred. 2020. Interview by Paul Rudy. *Good Morning San Diego*.
KUSI TV California. 28 August.
https://www.youtube.com/watch?v=WZ3Ps8LMweo.

Reilly, Wilfred. 2020. Interview by Paul Rudy. *Good Morning San Diego*.
KUSI TV California. 19 August.
https://www.kusi.com/kentucky-professor-skeptical-of-institutional-
racism/.

Reilly, Wilfred. 2020. Interview by Eric Bolling. *America This Week*.
ABC St. Louis (SBG). https://abcstlouis.com/news/america-this-week-w-
eric-bolling/america-this-week-w-eric-bolling-06-23-2020.[67]

Reilly, Wilfred. 2020. Interview by Mark Levin. *Life, Liberty, and Levin*.
Fox News Channel. 12 June.
https://video.foxnews.com/v/6163734686001#sp=show-clips.

Reilly, Wilfred. 2020. Interview by Tucker Carlson. *Tucker Carlson Tonight*.
Fox News Channel. 6 June.
https://www.air.tv/watch?v=a9ge4ohqTQOzy19ChT2aow.

Reilly, Wilfred. 2020. Interview by Laura Ingraham. *The Ingraham Angle*.
Fox News Channel. 5 June.
https://www.msn.com/en-us/health/fitness/push-to-dismantle-us-police-
based-on-lies-and-false-data/vi-BB156cEB.

Reilly, Wilfred. 2019. Interview by Sky News Team. *The Outsiders Program*.
Sky News Australia. 14 July.
https://twitter.com/skynewsaust/status/1150235309105270785?lang=en.

Reilly, Wilfred. 2019. Interview by Tucker Carlson. *Tucker Carlson Tonight*.
Fox News Channel. 20 February.
https://video.foxnews.com/v/6004289765001#sp=show-clips.

**Teaching Experience**[68]

---

[67] I shared this interview with Raz Simone, alleged "warlord" of CHAZ in Seattle. We weren't on at the exact same time, but apparently fielded similar questions.
[68] As a note: from late 2009 through 2014, I worked primarily in non-academic positions focused on affecting real-world political discourse, with the Fund for the Public Interest/Human Rights Campaign and M. Evans Global, before returning to the classroom as my PhD completion date approached. References from these positions are excellent and available.

Political Science, Kentucky State University (Fall 2018-Present)
   Associate Professor
Political Science, Kentucky State University (Fall 2015-Fall 2018)
   Assistant Professor
Political Science, City Colleges of Chicago (2013)
   Adjunct Professor
Activist Instruction, Fund for the Public Interest (2009-2012)
Community Organizer
United States Government, Aurora University (Spring 2009)
   Adjunct Professor
Law and Society, Southern Illinois University (Fall 2008)
   Instructor
Criminal Justice/Court Management, Southern Illinois University (Spring 2008)
   Instructor
Law and Society, Southern Illinois University (Fall 2007)
   Instructor
Civil Rights and Liberties, Southern Illinois University (Spring 2007)
   Teaching Assistant
Civil Rights and Liberties, Southern Illinois University (Fall 2006)
   Teaching Assistant
Law and Society, Southern Illinois University (Fall 2006)
   Teaching Assistant

**Job Relevant Curriculum**

University of Illinois
- Law 609: Legal Writing and Research
- Law 656: International Law and Governance
- Law 657: International Human Rights
- Law 689: Law and Economics
- Law 697: Competitive Moot Court

Southern Illinois University
- POLS 500A-C: Quantitative Methods in Research
- POLS 504: Pro-Seminar in Classical Theory
- POLS 505: Pro-Seminar in Post-Modern Theory
- POLS 538: Pro-Seminar in Public Law
- POLS 575: Pro-Seminar in International Relations

Kentucky State University
- POS 101: American Government
- POS 211: Introduction to Political Science
- POS 301: Research Methodology
- POS 431: Constitutional Law
- POS 499: Senior Capstone/Writing & Research
- PSY 522: Law and Social Science

44

**Service to the Campus Community**

Member: Kentucky State Coronavirus Task Force, Fall 2020-Fall 2021
Faculty Ombudsman: Kentucky State University, Spring 2018-Fall 2021
Parliamentarian: KYSU Faculty Senate, Fall 2017-Fall 2019
Chair (Professional Concerns Committee): Faculty Senate, Fall 2017-Fall 2019
Member: KYSU International Studies Committee, Fall 2016-Present
Advisor: KYSU LGBT Center, Fall 2015-Spring 2018
Sitting Member: KYSU All-University Court, Fall 2015-Present[69]

**Honors and Awards**

Finalist: Woodrow Wilson National Fellowship (2017)
Top Paper Award, Northwestern B.G.S.A. Conference (2007)
Diversifying the Faculty of Illinois (D.F.I.) Fellowship Recipient (2005-Present)
John Marshall (C.L.E.O.) Legal Fellowship Recipient (2002-2005)
Illinois Lincoln Scholar, Southern Illinois University (2002)

**Professional Associations**

American Political Science Association, 2019-Present
Midwest Political Science Association, 2007-Present
American Bar Association, 2004-2012
American Association of Trial Lawyers, 2004-2008

---

[69] So far as I know, re this one. Some of these dates may be approximate.

## Appendix B – More Tables: Diverse Group Gaps Across Multiple States, from Research

|  |  | AL | CA | MI | MN | NJ | NY | WA |
|---|---|---|---|---|---|---|---|---|
| White alone | Total Population | 3,229,609 | 14,896,256 | 7,293,902 | 4,330,763 | 4,920,179 | 10,604,385 | 5,045,523 |
|  | Below Poverty | 374,176 | 1,461,810 | 784,809 | 317,577 | 329,814 | 1,083,094 | 438,750 |
|  | Percentage Below Poverty | 11.6 | 9.8 | 10.8 | 7.3 | 6.7 | 10.2 | 8.7 |
| Black alone | Total Population | 1,243,592 | 2,033,498 | 1,278,921 | 386,438 | 1,132,709 | 2,730,828 | 298,945 |
|  | Below Poverty | 332,711 | 391,403 | 346,648 | 95,573 | 184,569 | 609,101 | 50,744 |
|  | Percentage Below Poverty | 26.8 | 19.2 | 27.1 | 24.7 | 16.3 | 22.3 | 17 |
| American Indian/Native American alone | Total Population | 23,864 | 494,381 | 43,903 | 50,898 | 43,157 | 121,142 | 95,563 |
|  | Below Poverty | 4,331 | 76,130 | 9,663 | 15,316 | 7,134 | 25,292 | 16,077 |
|  | Percentage Below Poverty | 18.1 | 15.4 | 22 | 30.1 | 16.5 | 20.9 | 16.8 |
| Asian alone | Total Population | 75,575 | 5,955,412 | 328,543 | 288,343 | 922,728 | 1,738,256 | 751,665 |
|  | Below Poverty | 7,394 | 586,299 | 32,202 | 34,044 | 57,117 | 245,252 | 58,300 |
|  | Percentage Below Poverty | 9.8 | 9.8 | 9.8 | 11.8 | 6.2 | 14.1 | 7.8 |
| Native Hawaiian & Other Pacific Islander alone | Total Population | NA | 156,558 | NA | NA | NA | 7,652 | 53,393 |
|  | Below Poverty | NA | 20,577 | NA | NA | NA | 2,133 | 9,019 |
|  | Percentage Below Poverty | NA | 13.1 | NA | NA | NA | 27.9 | 16.9 |
| Some other race alone | Total Population | 100,371 | 7,467,785 | 183,131 | 165,783 | 968,132 | 2,035,773 | 444,280 |
|  | Below Poverty | 27,144 | 1,210,896 | 31,105 | 29,546 | 168,152 | 442,258 | 79,887 |
|  | Percentage Below Poverty | 27 | 16.2 | 17 | 17.8 | 17.4 | 21.7 | 18 |
| Two or more races | Total Population | 252,186 | 7,303,828 | 697,664 | 375,085 | 1,114,494 | 1,947,053 | 962,602 |
|  | Below Poverty | 52,925 | 923,209 | 110,993 | 47,838 | 134,977 | 327,689 | 110,692 |
|  | Percentage Below Poverty | 21 | 12.6 | 15.9 | 12.8 | 12.1 | 16.8 | 11.5 |
| Hispanic or Latino origin (of any race) | Total Population | 238,512 | 15,468,911 | 558,250 | 327,079 | 2,000,038 | 3,784,698 | 1,070,519 |
|  | Below Poverty | 65,787 | 2,300,778 | 101,908 | 54,862 | 307,968 | 788,943 | 158,876 |
|  | Percentage Below Poverty | 27.6 | 14.9 | 18.3 | 16.8 | 15.4 | 20.8 | 14.8 |
| White alone, not Hispanic or Latino | Total Population | 3,180,344 | 12,927,328 | 7,165,227 | 4,273,862 | 4,685,603 | 10,160,602 | 4,864,419 |
|  | Below Poverty | 360,294 | 1,183,941 | 756,468 | 309,255 | 301,937 | 996,627 | 415,896 |
|  | Percentage Below Poverty | 11.3 | 9.2 | 10.6 | 7.2 | 6.4 | 9.8 | 8.5 |

| | | AL | CA | MI | MN | NJ | NY | WA |
|---|---|---|---|---|---|---|---|---|
| **White alone** | Total Population | 1,348,083 | 6,425,859 | 3,170,077 | 1,921,272 | 2,096,860 | 4,718,882 | 2,235,768 |
| | Percent Distribution | 66.9 | 47.4 | 77.5 | 82.7 | 59.6 | 60.7 | 72.6 |
| | Median Income (Dollars) | 68,168 | 100,917 | 71,609 | 85,697 | 105,428 | 89,408 | 91,916 |
| **Black alone** | Total Population | 529,221 | 814,524 | 520,437 | 133,989 | 439,953 | 1,071,357 | 110,968 |
| | Percent Distribution | 26.2 | 6 | 12.7 | 5.8 | 12.5 | 13.8 | 3.6 |
| | Median Income (Dollars) | 40,774 | 63,268 | 42,056 | 51,320 | 65,850 | 57,898 | 68,202 |
| **American Indian/Native American alone** | Total Population | 7,826 | 157,658 | 16,920 | 17,598 | 14,252 | 41,365 | 30,164 |
| | Percent Distribution | 0.4 | 1.2 | 0.4 | 0.8 | 0.4 | 0.5 | 1 |
| | Median Income (Dollars) | 62,000 | 76,752 | 54,651 | 45,227 | 74,433 | 63,208 | 71,255 |
| **Asian alone** | Total Population | 27,422 | 2,064,774 | 116,531 | 92,892 | 325,863 | 614,981 | 284,950 |
| | Percent Distribution | 1.4 | 15.2 | 2.8 | 4 | 9.3 | 7.9 | 9.3 |
| | Median Income (Dollars) | 83,281 | 119,861 | 101,652 | 93,773 | 144,878 | 89,947 | 125,692 |
| **Native Hawaiian & Other Pacific Islander alone** | Total Population | NA | 46,769 | NA | NA | NA | NA | 16,973 |
| | Percent Distribution | NA | 0.3 | NA | NA | NA | NA | 0.6 |
| | Median Income (Dollars) | NA | 95,670 | NA | NA | NA | NA | 81,623 |
| **Some other race alone** | Total Population | 26,597 | 2,010,558 | 59,665 | 48,983 | 296,000 | 672,681 | 123,569 |
| | Percent Distribution | 1.3 | 14.8 | 1.5 | 2.1 | 8.4 | 8.7 | 4 |
| | Median Income (Dollars) | 49,889 | 71,383 | 61,183 | 65,473 | 67,237 | 56,210 | 69,545 |
| **Two or more races** | Total Population | 76,071 | 2,030,444 | 205,529 | 106,425 | 343,094 | 652,151 | 277,561 |
| | Percent Distribution | 3.8 | 15 | 5 | 4.6 | 9.8 | 8.4 | 9 |
| | Median Income (Dollars) | 62,694 | 83,153 | 63,251 | 74,586 | 84,272 | 73,557 | 84,303 |
| **Hispanic or Latino origin (of any race)** | Total Population | 64,508 | 4,220,481 | 168,471 | 96,376 | 633,191 | 1,278,925 | 293,836 |
| | Percent Distribution | 3.2 | 31.1 | 4.1 | 4.2 | 18 | 16.5 | 9.5 |
| | Median Income (Dollars) | 54,891 | 75,698 | 62,497 | 63,399 | 72,170 | 60,468 | 74,770 |
| **White alone, not Hispanic or Latino** | Total Population | 1,333,728 | 5,840,157 | 3,124,790 | 1,901,531 | 2,016,031 | 4,550,566 | 2,179,808 |
| | Percent Distribution | 66.1 | 43.1 | 76.4 | 81.9 | 57.3 | 58.5 | 70.8 |
| | Median Income (Dollars) | 68,212 | 103,065 | 71,829 | 85,844 | 106,209 | 90,104 | 92,277 |

| | | AL | CA | MI | MN | NJ | NY | WA |
|---|---|---|---|---|---|---|---|---|
| **White alone** | | | | | | | | |
| Population | Total | 2,362,687 | 11,402,797 | 5,372,861 | 3,202,951 | 3,704,829 | 8,005,145 | 3,813,713 |
| Population | Percent | (X) | (X) | (X) | (X) | (X) | (X) | (X) |
| Population | Male | 1,143,616 | 5,676,097 | 2,648,509 | 1,590,349 | 1,801,051 | 3,901,984 | 1,912,446 |
| Population | Male Percent | (X) | (X) | (X) | (X) | (X) | (X) | (X) |
| Population | Female | 1,219,071 | 5,726,700 | 2,724,352 | 1,612,602 | 1,903,778 | 4,103,161 | 1,919,267 |
| Population | Female Percent | (X) | (X) | (X) | (X) | (X) | (X) | (X) |
| High school graduate or higher | Total | 2,137,696 | 10,710,883 | 5,021,447 | 3,095,368 | 3,528,940 | 7,520,693 | 3,650,370 |
| High school graduate or higher | Percent | 90.5 | 93.9 | 93.5 | 96.6 | 95.3 | 93.9 | 95.3 |
| High school graduate or higher | Male | 1,020,398 | 5,308,597 | 2,459,760 | 1,527,305 | 1,710,888 | 3,642,649 | 1,809,252 |
| High school graduate or higher | Male Percent | 89.2 | 93.5 | 92.9 | 96 | 95 | 93.4 | 94.6 |
| High school graduate or higher | Female | 1,117,298 | 5,402,286 | 2,561,687 | 1,568,063 | 1,818,052 | 3,878,044 | 1,841,118 |
| High school graduate or higher | Female Percent | 91.7 | 94.3 | 94 | 97.2 | 95.5 | 94.5 | 95.9 |
| Bachelor's degree or higher | Total | 746,519 | 5,180,337 | 1,798,748 | 1,300,134 | 1,776,468 | 3,699,093 | 1,547,697 |
| Bachelor's degree or higher | Percent | 31.6 | 45.4 | 33.5 | 40.6 | 48 | 46.2 | 40.4 |
| Bachelor's degree or higher | Male | 358,126 | 2,579,210 | 865,686 | 612,635 | 861,763 | 1,748,215 | 761,436 |
| Bachelor's degree or higher | Male Percent | 31.3 | 45.4 | 32.7 | 38.5 | 47.8 | 44.8 | 39.8 |
| Bachelor's degree or higher | Female | 388,393 | 2,601,127 | 933,062 | 687,499 | 914,705 | 1,950,878 | 786,261 |
| Bachelor's degree or higher | Female Percent | 31.9 | 45.4 | 34.2 | 42.6 | 48 | 47.5 | 41 |
| **Black alone** | | | | | | | | |
| Population | Total | 858,405 | 1,486,377 | 863,795 | 220,608 | 793,807 | 19,539,156 | 207,097 |
| Population | Percent | (X) | (X) | (X) | (X) | (X) | (X) | (X) |
| Population | Male | 382,782 | 740,315 | 398,035 | 113,243 | 364,395 | 890,694 | 118,467 |
| Population | Male Percent | (X) | (X) | (X) | (X) | (X) | (X) | (X) |
| Population | Female | 475,623 | 746,062 | 465,760 | 107,365 | 429,412 | 1,063,221 | 88,630 |
| Population | Female Percent | (X) | (X) | (X) | (X) | (X) | (X) | (X) |
| High school graduate or higher | Total | 745,172 | 1,352,400 | 754,824 | 183,029 | 716,043 | 1,658,912 | 183,527 |
| High school graduate or higher | Percent | 86.8 | 91 | 87.4 | 83 | 90.2 | 84.9 | 88.6 |
| High school graduate or higher | Male | 323,090 | 666,493 | 340,116 | 98,581 | 328,648 | 744,472 | 104,879 |
| High school graduate or higher | Male Percent | 84.4 | 90 | 85.4 | 87.1 | 90.2 | 83.6 | 88.5 |
| High school graduate or higher | Female | 422,082 | 685,907 | 414,708 | 84,448 | 387,395 | 914,440 | 78,648 |
| High school graduate or higher | Female Percent | 88.7 | 91.9 | 89 | 78.7 | 90.2 | 86 | 88.7 |
| Bachelor's degree or higher | Total | 179,862 | 449,911 | 161,307 | 58,151 | 229,642 | 535,540 | 57,122 |
| Bachelor's degree or higher | Percent | 21 | 30.3 | 18.7 | 26.4 | 28.9 | 27.4 | 27.6 |
| Bachelor's degree or higher | Male | 63,147 | 203,734 | 60,460 | 31,831 | 93,869 | 212,080 | 31,749 |
| Bachelor's degree or higher | Male Percent | 16.5 | 27.5 | 15.2 | 28.1 | 25.8 | 23.8 | 26.8 |
| Bachelor's degree or higher | Female | 116,715 | 246,177 | 100,847 | 26,320 | 135,773 | 323,460 | 25,373 |
| Bachelor's degree or higher | Female Percent | 24.5 | 33 | 21.7 | 24.5 | 31.6 | 30.4 | 28.6 |
| **American Indian/Native American alone** | | | | | | | | |
| Population | Total | 15,599 | 335,623 | 31,622 | 31,867 | 29,170 | 81,470 | 61,648 |
| Population | Percent | (X) | (X) | (X) | (X) | (X) | (X) | (X) |
| Population | Male | 7,222 | 172,577 | 15,658 | 16,520 | 15,245 | 42,266 | 30,516 |
| Population | Male Percent | (X) | (X) | (X) | (X) | (X) | (X) | (X) |
| Population | Female | 8,377 | 163,046 | 15,964 | 15,347 | 13,925 | 39,204 | 31,132 |
| Population | Female Percent | (X) | (X) | (X) | (X) | (X) | (X) | (X) |

48

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| High school graduate or higher | Total | 11,678 | 245,437 | 25,357 | 25,758 | 19,849 | 57,706 | 50,815 |
| High school graduate or higher | Percent | 74.9 | 73.1 | 80.2 | 80.8 | 68 | 70.8 | 82.4 |
| High school graduate or higher | Male | 5,564 | 125,153 | 11,770 | 13,758 | 10,084 | 27,961 | 24,782 |
| High school graduate or higher | Male Percent | 77 | 72.5 | 75.2 | 83.3 | 66.1 | 66.2 | 81.2 |
| High school graduate or higher | Female | 6,114 | 120,284 | 13,587 | 12,000 | 9,765 | 29,745 | 26,033 |
| High school graduate or higher | Female Percent | 73 | 73.8 | 85.1 | 78.2 | 70.1 | 75.9 | 83.6 |
| Bachelor's degree or higher | Total | 3,018 | 60,350 | 4,144 | 4,494 | 6,444 | 16,952 | 9,918 |
| Bachelor's degree or higher | Percent | 19.3 | 18 | 13.1 | 14.1 | 22.1 | 20.8 | 16.1 |
| Bachelor's degree or higher | Male | 1,165 | 26,628 | 1,266 | 2,041 | 3,031 | 7,579 | 3,958 |
| Bachelor's degree or higher | Male Percent | 16.1 | 15.4 | 8.1 | 12.4 | 19.9 | 17.9 | 13 |
| Bachelor's degree or higher | Female | 1,853 | 33,722 | 2,878 | 2,453 | 3,413 | 9,373 | 5,960 |
| Bachelor's degree or higher | Female Percent | 22.1 | 20.7 | 18 | 16 | 24.5 | 23.9 | 19.1 |
| **Asian alone** | | | | | | | | |
| Population | Total | 55,304 | 4,492,618 | 229,618 | 188,143 | 668,162 | 1,288,318 | 566,954 |
| Population | Percent | (X) | (X) | (X) | (X) | (X) | (X) | (X) |
| Population | Male | 23,720 | 2,095,241 | 111,246 | 91,548 | 325,039 | 604,196 | 262,328 |
| Population | Male Percent | (X) | (X) | (X) | (X) | (X) | (X) | (X) |
| Population | Female | 31,584 | 2,397,377 | 118,372 | 96,595 | 343,123 | 684,122 | 304,626 |
| Population | Female Percent | (X) | (X) | (X) | (X) | (X) | (X) | (X) |
| High school graduate or higher | Total | 48,383 | 3,998,178 | 205,452 | 153,814 | 617,177 | 1,033,899 | 513,845 |
| High school graduate or higher | Percent | 87.5 | 89 | 89.5 | 81.8 | 92.4 | 80.3 | 90.6 |
| High school graduate or higher | Male | 20,736 | 1,895,950 | 102,023 | 77,825 | 303,022 | 491,963 | 243,597 |
| High school graduate or higher | Male Percent | 87.4 | 90.5 | 91.7 | 85 | 93.2 | 81.4 | 92.9 |
| High school graduate or higher | Female | 27,647 | 2,102,228 | 103,429 | 75,989 | 314,155 | 541,936 | 270,248 |
| High school graduate or higher | Female Percent | 87.5 | 87.7 | 87.4 | 78.7 | 91.6 | 79.2 | 88.7 |
| Bachelor's degree or higher | Total | 29,403 | 2,526,242 | 146,363 | 87,052 | 482,162 | 627,831 | 338,081 |
| Bachelor's degree or higher | Percent | 53.2 | 56.2 | 63.7 | 46.3 | 72.2 | 48.7 | 59.6 |
| Bachelor's degree or higher | Male | 13,835 | 1,195,699 | 76,555 | 42,119 | 241,059 | 297,292 | 164,370 |
| Bachelor's degree or higher | Male Percent | 58.3 | 57.1 | 68.8 | 46 | 74.2 | 49.2 | 62.7 |
| Bachelor's degree or higher | Female | 15,568 | 1,330,543 | 69,808 | 44,933 | 241,103 | 330,539 | 173,711 |
| Bachelor's degree or higher | Female Percent | 49.3 | 55.5 | 59 | 46.5 | 70.3 | 48.3 | 57 |
| **Native Hawaiian & Other Pacific Islander alone** | | | | | | | | |
| Population | Total | NA | 109,670 | NA | 2,170 | NA | 4,578 | 57 |
| Population | Percent | NA | (X) | NA | (X) | NA | (X) | (X) |
| Population | Male | NA | 54,588 | NA | 1,384 | NA | 2,652 | 16,800 |
| Population | Male Percent | NA | (X) | NA | (X) | NA | (X) | (X) |
| Population | Female | NA | 55,082 | NA | 786 | NA | 1,926 | 18,617 |
| Population | Female Percent | NA | (X) | NA | (X) | NA | (X) | (X) |
| High school graduate or higher | Total | NA | 96,600 | NA | 1,989 | NA | 3,870 | 30,786 |
| High school graduate or higher | Percent | NA | 88.1 | NA | 91.7 | NA | 84.5 | 86.9 |
| High school graduate or higher | Male | NA | 48,404 | NA | 1,350 | NA | 2,056 | 14,753 |
| High school graduate or higher | Male Percent | NA | 88.7 | NA | 97.5 | NA | 77.5 | 87.8 |
| High school graduate or higher | Female | NA | 48,196 | NA | 639 | NA | 1,814 | 16,033 |
| High school graduate or higher | Female Percent | NA | 87.5 | NA | 81.3 | NA | 94.2 | 86.1 |
| Bachelor's degree or higher | Total | NA | 25,885 | NA | 294 | NA | 1,317 | 4,776 |
| Bachelor's degree or higher | Percent | NA | 23.6 | NA | 13.5 | NA | 28.8 | 13.5 |

49

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Bachelor's degree or higher | Male | NA | 12,467 | NA | 47 | NA | 561 | 3,341 |
| Bachelor's degree or higher | Male Percent | NA | 22.8 | NA | 3.4 | NA | 21.2 | 19.9 |
| Bachelor's degree or higher | Female | NA | 13,418 | NA | 247 | NA | 756 | 1,435 |
| Bachelor's degree or higher | Female Percent | NA | 24.4 | NA | 31.4 | NA | 39.3 | 7.7 |
| **Some other race alone** | | | | | | | | |
| Population | Total | 51,099 | 4,735,909 | 113,722 | 92,962 | 608,360 | 1,348,607 | 255,114 |
| Population | Percent | (X) | (X) | (X) | (X) | (X) | (X) | (X) |
| Population | Male | 28,396 | 2,411,740 | 60,128 | 49,854 | 307,032 | 659,567 | 135,209 |
| Population | Male Percent | (X) | (X) | (X) | (X) | (X) | (X) | (X) |
| Population | Female | 22,703 | 2,324,169 | 53,594 | 43,108 | 301,328 | 689,040 | 119,905 |
| Population | Female Percent | (X) | (X) | (X) | (X) | (X) | (X) | (X) |
| High school graduate or higher | Total | 33,966 | 3,056,617 | 84,788 | 64,335 | 428,733 | 938,349 | 163,474 |
| High school graduate or higher | Percent | 66.5 | 64.5 | 74.6 | 69.2 | 70.5 | 69.6 | 64.1 |
| High school graduate or higher | Male | 18,018 | 1,525,530 | 44,740 | 33,921 | 209,835 | 446,966 | 84,180 |
| High school graduate or higher | Male Percent | 63.5 | 63.3 | 74.4 | 68 | 68.3 | 67.8 | 62.3 |
| High school graduate or higher | Female | 15,948 | 1,531,087 | 40,048 | 30,414 | 218,898 | 491,383 | 79,294 |
| High school graduate or higher | Female Percent | 70.2 | 65.9 | 74.7 | 70.6 | 72.6 | 71.3 | 66.1 |
| Bachelor's degree or higher | Total | 8,108 | 612,213 | 26,953 | 18,060 | 112,337 | 253,987 | 41,207 |
| Bachelor's degree or higher | Percent | 15.9 | 12.9 | 23.7 | 19.4 | 18.5 | 18.8 | 16.2 |
| Bachelor's degree or higher | Male | 3,655 | 275,384 | 14,294 | 8,932 | 50,960 | 108,833 | 20,983 |
| Bachelor's degree or higher | Male Percent | 12.9 | 11.4 | 23.8 | 17.9 | 16.6 | 16.5 | 15.5 |
| Bachelor's degree or higher | Female | 4,453 | 336,829 | 12,659 | 9,128 | 61,377 | 145,154 | 20,224 |
| Bachelor's degree or higher | Female Percent | 19.6 | 14.5 | 23.6 | 21.2 | 20.4 | 21.1 | 16.9 |
| **Two or more races** | | | | | | | | |
| Population | Total | 129,510 | 4,303,779 | 365,585 | 179,864 | 676,276 | 1,210,208 | 512,266 |
| Population | Percent | (X) | (X) | (X) | (X) | (X) | (X) | (X) |
| Population | Male | 61,936 | 2,152,213 | 179,924 | 87,102 | 331,015 | 580,156 | 258,612 |
| Population | Male Percent | (X) | (X) | (X) | (X) | (X) | (X) | (X) |
| Population | Female | 67,574 | 2,151,566 | 185,661 | 92,762 | 345,261 | 630,052 | 253,654 |
| Population | Female Percent | (X) | (X) | (X) | (X) | (X) | (X) | (X) |
| High school graduate or higher | Total | 107,384 | 3,290,975 | 315,656 | 160,391 | 568,458 | 997,599 | 448,897 |
| High school graduate or higher | Percent | 82.9 | 76.5 | 86.3 | 89.2 | 84.1 | 82.4 | 87.6 |
| High school graduate or higher | Male | 50,444 | 1,624,295 | 153,663 | 77,464 | 275,686 | 475,340 | 221,422 |
| High school graduate or higher | Male Percent | 81.4 | 75.5 | 85.4 | 88.9 | 83.3 | 81.9 | 85.6 |
| High school graduate or higher | Female | 56,940 | 1,666,680 | 161,993 | 82,927 | 292,772 | 522,259 | 227,475 |
| High school graduate or higher | Female Percent | 84.3 | 77.5 | 87.3 | 89.4 | 84.4 | 92.9 | 89.7 |
| Bachelor's degree or higher | Total | 33,444 | 1,081,003 | 103,591 | 65,526 | 214,042 | 421,841 | 160,882 |
| Bachelor's degree or higher | Percent | 25.8 | 25.1 | 28.3 | 36.4 | 31.7 | 34.9 | 31.4 |
| Bachelor's degree or higher | Male | 16,101 | 506,772 | 45,792 | 28,172 | 97,622 | 186,803 | 74,070 |
| Bachelor's degree or higher | Male Percent | 26 | 23.5 | 25.5 | 32.3 | 29.5 | 32.2 | 28.6 |
| Bachelor's degree or higher | Female | 17,343 | 574,231 | 57,799 | 37,354 | 116,420 | 235,038 | 86,812 |
| Bachelor's degree or higher | Female Percent | 25.7 | 26.7 | 31.1 | 40.3 | 33.7 | 37.3 | 34.2 |
| **Hispanic or Latino origin (of any race)** | | | | | | | | |
| Population | Total | 119,827 | 9,476,755 | 308,705 | 171,826 | 1,247,833 | 2,459,638 | 572,985 |
| Population | Percent | (X) | (X) | (X) | (X) | (X) | (X) | (X) |
| Population | Male | 60,757 | 4,765,324 | 158,492 | 89,338 | 622,272 | 1,197,570 | 298,954 |

50

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Population | Male Percent | (X) | (X) | (X) | (X) | (X) | (X) | (X) |
| Population | Female | 59,070 | 4,711,431 | 150,213 | 82,488 | 625,561 | 1,262,068 | 274,031 |
| Population | Female Percent | (X) | (X) | (X) | (X) | (X) | (X) | (X) |
| High school graduate or higher | Total | 82,613 | 6,517,423 | 238,816 | 125,873 | 945,030 | 1,800,287 | 412,642 |
| High school graduate or higher | Percent | 68.9 | 68.8 | 77.4 | 73.3 | 75.7 | 73.2 | 72 |
| High school graduate or higher | Male | 40,456 | 3,212,204 | 120,757 | 63,485 | 460,751 | 858,809 | 207,592 |
| High school graduate or higher | Male Percent | 66.6 | 67.4 | 76.2 | 71.1 | 74 | 71.7 | 69.4 |
| High school graduate or higher | Female | 42,157 | 3,305,219 | 118,059 | 62,388 | 484,279 | 941,478 | 205,050 |
| High school graduate or higher | Female Percent | 71.4 | 70.2 | 78.6 | 75.6 | 77.4 | 74.6 | 74.8 |
| Bachelor's degree or higher | Total | 22,829 | 1,562,020 | 72,376 | 39,836 | 288,241 | 574,606 | 113,154 |
| Bachelor's degree or higher | Percent | 19.1 | 16.5 | 23.4 | 23.2 | 23.1 | 23.4 | 19.7 |
| Bachelor's degree or higher | Male | 11,146 | 700,030 | 34,107 | 18,442 | 128,765 | 246,448 | 54,545 |
| Bachelor's degree or higher | Male Percent | 18.3 | 14.7 | 21.5 | 20.6 | 20.7 | 20.6 | 18.2 |
| Bachelor's degree or higher | Female | 11,683 | 861,990 | 38,269 | 21,394 | 159,476 | 328,158 | 58,609 |
| Bachelor's degree or higher | Female Percent | 19.8 | 18.3 | 25.5 | 25.9 | 25.5 | 26 | 21.4 |
| **White alone, not Hispanic or Latino** | | | | | | | | |
| Population | Total | 2,337,965 | 10,260,717 | 5,307,355 | 3,175,365 | 3,566,363 | 7,730,437 | 3,738,215 |
| Population | Percent | (X) | (X) | (X) | (X) | (X) | (X) | (X) |
| Population | Male | 1,131,744 | 5,129,230 | 2,616,925 | 1,576,513 | 1,734,071 | 3,770,108 | 1,865,723 |
| Population | Male Percent | (X) | (X) | (X) | (X) | (X) | (X) | (X) |
| Population | Female | 1,206,221 | 5,131,487 | 2,690,430 | 1,598,852 | 1,832,292 | 3,960,329 | 1,872,492 |
| Population | Female Percent | (X) | (X) | (X) | (X) | (X) | (X) | (X) |
| High school graduate or higher | Total | 2,118,843 | 9,809,588 | 4,966,652 | 3,073,157 | 3,411,190 | 7,294,881 | 3,573,047 |
| High school graduate or higher | Percent | 90.6 | 95.6 | 93.6 | 96.8 | 95.6 | 94.4 | 95.6 |
| High school graduate or higher | Male | 1,011,376 | 4,887,099 | 2,433,796 | 1,516,585 | 1,655,412 | 3,535,421 | 1,771,606 |
| High school graduate or higher | Male Percent | 89.4 | 95.3 | 93 | 96.2 | 95.5 | 93.8 | 95 |
| High school graduate or higher | Female | 1,107,467 | 4,922,489 | 2,532,856 | 1,556,572 | 1,755,778 | 3,759,460 | 1,801,441 |
| High school graduate or higher | Female Percent | 91.8 | 95.9 | 94.1 | 97.4 | 95.8 | 94.9 | 96.2 |
| Bachelor's degree or higher | Total | 740,940 | 4,915,611 | 1,782,286 | 1,291,584 | 1,731,196 | 3,610,304 | 1,524,116 |
| Bachelor's degree or higher | Percent | 31.7 | 47.9 | 33.6 | 40.7 | 48.5 | 46.7 | 40.8 |
| Bachelor's degree or higher | Male | 355,147 | 2,464,970 | 858,278 | 609,125 | 840,925 | 1,708,254 | 750,020 |
| Bachelor's degree or higher | Male Percent | 31.4 | 48.1 | 32.8 | 38.6 | 48.5 | 45.3 | 40.2 |
| Bachelor's degree or higher | Female | 385,793 | 2,450,641 | 924,008 | 682,459 | 890,271 | 1,902,050 | 774,096 |
| Bachelor's degree or higher | Female Percent | 32 | 47.8 | 34.3 | 42.7 | 48.6 | 48 | 41.3 |

51