FILED

2024 Aug-07  PM 06:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF ALABAMA

## SOUTHERN DIVISION

|  |  |
|---|---|
| MARCUS CASTER, LAKEISHA CHESTNUT, BOBBY LEE DUBOSE, BENJAMIN JONES, RODNEY ALLEN LOVE, MANASSEH POWELL, RONALD SMITH, and WENDELL THOMAS,<br><br>Plaintiffs,<br><br>v.<br><br>WES ALLEN, in his official capacity as Alabama Secretary of State,<br><br>Defendant,<br><br>and<br><br>CHRIS PRINGLE and JIM McCLENDON,<br><br>Intervenor-Defendants. | Case No. 2:21-CV-1536-AMM |

## CASTER PLAINTIFFS' SUBMISSION OF EXPERT REPORTS

Caster Plaintiffs hereby file their expert reports as directed by the Court during the July 31, 2024 status conference:

Exhibit A – Expert Report of Maxwell Palmer, Ph.D.

Exhibit B – Reply Report of Maxwell Palmer, Ph.D.

Exhibit C – Declaration of William S. Cooper

Exhibit D – Supplemental Declaration of William S. Cooper

Dated:  August 7, 2024                         Respectfully submitted,

Richard P. Rouco                      */s/ Abha Khanna*
(AL Bar No. 6182-R76R)                Abha Khanna*
Quinn, Connor, Weaver, Davies         Makeba Rutahindurwa*
     & Rouco, LLP                     Elias Law Group, LLP
Two North 20th Street, Ste. 930       1700 Seventh Avenue, Ste. 2100
Birmingham, AL 35203                  Seattle, WA 98101
Phone:  (205) 870-9989                Phone:  (205) 656-0177
Fax:  (205) 803-4143                  Email:  AKhanna@elias.law
Email:  rrouco@qcwdr.com              Email:  MRutahindurwa@elias.law

                                      Lalitha D. Madduri*
                                      Joseph N. Posimato*
                                      Jyoti Jasrasaria*
                                      Elias Law Group, LLP
                                      250 Massachusetts Avenue NW, Ste. 400
                                      Washington, D.C. 20001
                                      Phone: (202) 968-4518
                                      Email:  LMadduri@elias.law
                                      Email:  JPosimato@elias.law
                                      Email:  JJasrasaria@elias.law

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Richard P. Rouco*

Richard P. Rouco
Counsel for Plaintiffs