FILED
2024 Aug-07  PM 06:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXPERT REPORT OF MAXWELL PALMER, PH.D.

I, Dr. Maxwell Palmer, declare as follows:

1. My name is Maxwell Palmer. I am currently an Associate Professor of Political Science at Boston University. I joined the faculty at Boston University in 2014, after completing my Ph.D. in Political Science at Harvard University. I was promoted to Associate Professor, with tenure, in 2021. I am also a Civic Tech Fellow in the Faculty of Computing & Data Sciences and a Faculty Fellow at the Initiative on Cities. I teach and conduct research on American politics and political methodology.

2. I have published academic work in leading peer-reviewed academic journals, including the *American Political Science Review*, *Journal of Politics*, *Perspectives on Politics*, *British Journal of Political Science*, *Journal of Empirical Legal Studies*, *Political Science Research and Methods*, *Legislative Studies Quarterly*, and *Urban Affairs Review*. My book, *Neighborhood Defenders: Participatory Politics and America's Housing Crisis*, was published by Cambridge University Press in 2019. I have also published academic work in the *Ohio State University Law Review*. My published research uses a variety of analytical approaches, including statistics, geographic analysis, and simulations, and data sources including academic surveys, precinct-level election results, voter registration and vote history files, and census data. My curriculum vitae is attached to this report.

3. I have served as an expert witness or litigation consultant on numerous cases involving redistricting or voting restrictions. I testified at trial, court hearing, or by deposition in *Bethune Hill v. Virginia* before the U.S. District Court for the Eastern District of Virginia (No. 3:14-cv-00852-REP-AWA-BMK); *Thomas v. Bryant* before the U.S. District Court for the Southern District of Mississippi (No. 3:18-CV-00441-CWR-FKB); *Chestnut v. Merrill* before the U.S. District Court for the Northern District of Alabama (No. 2:18-cv-00907-KOB); *Dwight v. Raffensperger* before the U.S. District Court for the Northern District of Georgia (No. 1:18-cv-2869-RWS); *Bruni v. Hughs* before the U.S. District Court for the Southern District of Texas (No. 5:20-cv-35); *Caster v. Merrill* before the U.S. District Court for the Northern District of Alabama (No. 2:21-cv-1536-AMM); *Pendergrass v. Raffensperger* before the U.S. District Court for the Northern District of Georgia (No. 1:21-CV-05339-SCJ); *Grant v. Raffensperger* before the U.S. District Court for the Northern District of Georgia (No. 1:22-CV-00122-SCJ); *Galmon v. Ardoin* before the U.S. District Court for the Middle District of Louisiana (3:22-cv-00214-SDD-SDJ); *In Re: Georgia Senate Bill 202* (1:12-MI-55555-JPB) before the U.S. District Court for the Northern District of Georgia; *Vet Voice Foundation, et al., v. Hobbs, et al.* (No. 22-2-19384-1 SEA) before the King County Superior Court of

1

Washington; and *Agee v. Benson* before the U.S. District Court for the Western District of Michigan (No. 1:22-CV-00272-PLM-RMK-JTN). I also served as the independent racially polarized voting analyst for the Virginia Redistricting Commission in 2021, and I have worked as a consultant to the United State Department of Justice on several matters. My expert testimony has been accepted and relied upon by courts; in no case has my testimony been rejected or found unreliable.

4. I previously submitted reports in this matter on December 12, 2021, July 28, 2023, September 11, 2023, and September 14, 2023. I testified in this matter in the January 2022 preliminary injunction proceedings. I was accepted by the Court as an expert in redistricting and data analysis. The Court found me to be a credible expert witness and credited my testimony on racially polarized voting and performance in its January 2022 and September 2023 opinions.

5. I was retained by the plaintiffs in this litigation to offer an expert opinion on the extent to which voting is racially polarized in Alabama. I was also asked to evaluate the performance of the majority-minority districts in the plaintiffs' illustrative maps.

6. I find strong evidence of racially polarized voting across the state of Alabama. Black and White voters consistently support different candidates. I also find strong evidence of racially polarized voting in each of the seven individual congressional districts under SB 5, the plan passed by the state legislature in 2023.

7. Black-preferred candidates are largely unable to win elections Alabama. Across an analysis of 17 statewide elections, the Black-preferred candidate was able to win only once. Under SB 5, the Black-preferred candidate was defeated in every one of the 17 statewide elections analyzed in the 1st, 3rd, 4th, 5th, and 6th Congressional Districts and all but one election in the 2nd Congressional District. The Black-preferred candidate won a majority of the vote in the 7th Congressional District in all 17 elections under SB 5. In the 2022 Congressional elections, under the map passed in 2021, the Black-preferred candidate won a majority of the vote only in the 7th District. Under both SB 5 and the 2021 map, the 7th Congressional District is the only majority-Black district.

8. Under all eight of the illustrative maps, I find that Black-preferred candidates are consistently able to win elections in both majority-minority congressional districts.

## Racially Polarized Voting Analysis

9. To analyze racially polarized voting, I examined election results from the 2016, 2018, 2020, and 2022 general elections, and the 2017 special election for U.S. Senate. I included statewide elections for U.S President, U.S. Senate, Governor, Lieutenant Governor, Secretary of State, Attorney General, State Auditor, Treasurer, Commissioner of Agriculture and Industries, Chief Justice of the State Supreme Court, and Associate Justice of the State Supreme Court. I excluded all offices that were only contested by one of the major parties.

10. I analyzed racially polarized voting using precinct-level election results and data on Citizen Voting Age Population (CVAP) by race for the 2016, 2018, 2020, and 2022 general elections and the 2017 special election for U.S. Senate. The 2016–2022 precinct level data was assembled by the Voting and Election Science Team, an academic group that provides precinct-level data for U.S. Elections, based on data from the Secretary of State. This data was then updated to use 2020 Voting Tabulation Districts (VTDs), and distributed on the Redistricting Data Hub.[1] The 2022 general election data was compiled by the Redistricting Data Hub. I merged this with Citizen Voting Age Population data from the U.S. Census' American Community Survey (ACS).[2] I used CVAP data at the census block group level, and allocated populations to 2020 VTDs. When census blocks or VTDs were split, I weighted the population data using census block populations.[3]

11. In analyzing racially polarized voting in each election, I used a statistical procedure, ecological inference (EI), that estimates group-level preferences based on aggregate data. I analyzed the results for three racial demographic groups: Non-Hispanic Black, non-Hispanic White, and Other, based on the voters' self-identified race in the voter registration database or American Community Survey Citizen Voting Age Population ("CVAP") data. I excluded third party and write-in candidates, and analyzed votes for the two major-party candidates in each election.[4] The results of this analysis are estimates of the percentage of each group that voted for the candidate from each party in each election. The results include both a mean estimate (the most likely vote share), and a 95% confidence interval.[5]

12. Interpreting the results of the ecological inference models proceeds in two general stages. First, I examined the support for each candidate by each demographic group to determine if members of the group vote cohesively in support of a single candidate in each election. When a significant majority of the group supports a single candidate, I can then identify that candidate as the group's preferred candidate. If the group's support is roughly evenly divided between the two candidates, then the group does not cohesively support a single candidate and does not have a clear preference. Second, after identifying the preferred candidate for each group (or the lack of such a candidate),

---

[1] The election data was compiled into a single file and distributed by the DRA 2020 application at https://github.com/dra2020/vtd_data/blob/master/2020_VTD/AL/Election_Data_AL.v05.zip.

[2] https://www.census.gov/programs-surveys/decennial-census/about/voting-rights/cvap.html

[3] I used the ACS 2014-2018 5-year averages for the 2016 election, ACS 2015-2019 5-year averages for the 2017 election, ACS 2016–2020 5-year averages for the 2018 election, and the ACS 2018–2022 5-year averages for the 2020 and 2022 elections.

[4] In my initial report in this matter I also estimated racially polarized voting using two other data sources: county-level election results for 2012 and 2014, and precinct-level election results with estimated racial demographics from the state voter file for the 2020 election. The results of those analyses are consistent with all of the results and findings here, and available in Tables 3 and 9 of my December 12, 2021 report.

[5] The 95% confidence interval is a measure of uncertainty in the estimates from the model. For example, the model might estimate that 94% of the members of a group voted for a particular candidate, with a 95% confidence interval of 91-96%. This means that based on the data and the model assumptions, 95% of the simulated estimates for this group fall in the range of 91-96%, with 94% being the average value. Larger confidence intervals reflect a higher degree of uncertainty in the estimates, while smaller confidence intervals reflect less uncertainty.

I then compared the preferences of White voters to the preferences of Black voters. Evidence of racially polarized voting is found when Black voters and White voters support different candidates.

13. Figure 1 presents the estimates of support for the Black-preferred candidate for Black and White voters for all 17 statewide electoral contests from 2016 to 2022. The estimated levels of support for the Black-preferred candidate in each election for each group are represented by the colored points, and the horizontal lines indicate the range of the 95% confidence intervals.[6]



**Figure 1:** Racially Polarized Voting Estimates by Election — Statewide

---

[6]Full results for each election are presented in Table 1.

14. Examining Figure 1, the estimates for support for Black-preferred candidates by Black voters are all significantly above 50%. Black voters are extremely cohesive, with a clear preferred candidate in all 17 elections. On average, Black voters supported their preferred candidates with 93.0% of the vote.

15. Figure 1 also shows that White voters are highly cohesive in voting in opposition to the Black-preferred candidate in every election. On average, White voters supported Black-preferred candidates with 14.3% of the vote, and in no election did this estimate exceed 26%. Figure 1 demonstrates that voting is racially polarized on a statewide basis.

16. There is also strong evidence of racially polarized voting in each of the seven congressional districts under SB 5. I estimated ecological inference models for each election in each congressional district. Figure 2 plots the results, and Tables 2–8 present the full results. Black voters are extremely cohesive, with a clear preferred candidate in all 17 elections in each district. On average, Black voters supported their preferred candidates with 94.8% of the vote in CD 1, 93.4% in CD 2, 91.2% in CD 3, 85.5% in CD 4, 94.0% in CD 5, 92.5% in CD 6, and 94.8% in CD 7.[7]

17. Figure 2 also shows that White voters are highly cohesive in voting in opposition to the Black-preferred candidate in every election in each district. On average, White voters supported Black-preferred candidates with 13.4% of the vote in CD 1, 9.1% in CD 2, 11.4% in CD 3, 12.7% in CD 4, 17.9% in CD 5, 18.9% in CD 6, and 21.3% in CD 7.



**Figure 2:** Racially Polarized Voting Estimates by Race — Congressional Districts

---

[7] I restrict this analysis to the 2016–2020 elections because the necessary precinct-level data is not available for 2012 and 2014.

18. Additionally, voting was strongly polarized in the 2022 congressional elections, held under the map passed by the state legislature in 2021. Congressional elections were contested by the two major parties in five of the seven districts. I estimated ecological inference models for each of the five districts. In each district, Black voters were highly cohesive and had a clear preferred candidate, and White voters were highly cohesive in voting in opposition to the Black-preferred candidate. The results of this analysis are presented in Figure 3 and Table 9.



**Figure 3:** Racially Polarized Voting Estimates by Race — 2022 Congressional Elections

# Performance of Black-Preferred Candidates in Alabama

19. Having identified the Black-preferred candidate in each election, I now turn to their ability to win elections in these districts. Table 10 presents the results of each election statewide and in each congressional district under SB 5. For each election, I present the vote share obtained by the Black-preferred candidate.

20. Across the 17 statewide contests analyzed, the Black-preferred candidate won only once statewide. In all other cases, the White-preferred candidate won the majority of the vote.

21. Under SB 5, in the 1st, 3rd, 4th, 5th, and 6th Congressional Districts, the White-preferred candidate defeated the Black-preferred candidate in all 17 elections. In the 2nd Congressional District the White-preferred candidate defeated the Black-preferred candidate in all but one election. In the 7th Congressional District, the Black-preferred candidate won all 17 elections.

22. Under the map used for the 2022 elections, five of the seven congressional races were contested. The White-preferred candidate defeated the Black-preferred candidate in the 2nd, 3rd, 4th, and 5th Congressional Districts, while the Black-preferred candidate won in the 7th Congressional District.

23. The Black-preferred candidate won the majority of the vote in the state (and in the 2nd District) in only one contest, the 2017 special election for U.S. Senate. In this election

the White-preferred candidate was Roy Moore, a former Chief Justice of the Alabama Supreme Court. Moore is a uniquely controversial figure in Alabama politics, having been removed from his position on the Supreme Court in 2003, and later suspended from his position on the Supreme Court in 2016 following his 2012 election. In the 2017 U.S. Senate election, Moore was also accused of sexual assault and misconduct by several women. Moore's unique unpopularity is highlighted by a statement of the National Republican Senate Committee on the 2020 Senate race: " 'The NRSC's official stance is ABRM: anyone but Roy Moore,' said Kevin McLaughlin, the committee's executive director. 'The only thing Doug Jones and I agree on is that his only prayer for electoral success in 2020 is a rematch with Roy Moore.' "[8] Notwithstanding these potentially distinguishing features of Mr. Moore's candidacy, more than 74% of White voters voted for Moore in 2017. See Table 1. The Black-preferred candidate, Doug Jones, won this election only because of his large margin of victory in the 7th Congressional District; Moore won the majority of the vote in five of the seven congressional districts. See Table 10.

# Performance of the Majority-Minority Congressional Districts in the Illustrative Maps

24. I also analyzed the performance of Black-preferred candidates for the versions of CD 2 and CD 7 in the plaintiffs' eight illustrative maps by calculating the percentage of the vote won by the Black-preferred candidates across the 17 statewide races from 2016 through 2022 analyzed above.

25. Figure 4 presents the results of this analysis. Congressional Districts 2 and 7 are both majority-minority districts in each illustrative map. In the 7th Congressional District, the Black-preferred candidate won all 17 statewide elections, with an average of at least 62% of the vote. In the 2nd Congressional District the Black-preferred candidate won between 14 and 17 of the statewide elections, with an average of at least 55% of the vote. Figure 5 plots the vote shares in each election of the Black-preferred candidates for the 2nd and 7th Congressional Districts for each illustrative map. In the 1st, 3rd, 4th, and 6th Congressional Districts the White-preferred candidate defeated the Black-preferred candidate in all 17 elections in every map, and in the 5th Congressional District the White-preferred candidate defeated the Black-preferred candidate in all 17 elections in two of the maps, and all but one election in six of the maps. Tables 11-18 provide the full results in all districts for each map.

---

[8]https://www.politico.com/newsletters/playbook-pm/2019/02/28/netanyahu-indicted-pelosi-attempts-to-wrangle-dems-and-says-noko-won-the-summit-401605.



**Figure 4:** Vote Shares of Black-Preferred Candidates Under the Illustrative Maps



**Figure 5:** Vote Shares of Black-Preferred Candidates Under the Illustrative Maps, Districts 2 and 7

I reserve the right to continue to supplement my reports in light of additional facts, testimony and/or materials that may come to light.

I declare under penalty of perjury that the foregoing is true and correct.

*Maxwell Pal*

Executed on: May 17, 2024

**Table 1:** Ecological Inference Results — Estimated Vote Share of Black-Preferred Candidates — Statewide

|      |                     | Black                | White                | Other                |
|------|---------------------|----------------------|----------------------|----------------------|
| 2016 | U.S. President      | 93.2% (92.3, 94.2)   | 11.1% (10.4, 11.7)   | 87.6% (83.3, 91.2)   |
|      | U.S. Senator        | 92.5% (91.5, 93.4)   | 12.6% (11.9, 13.3)   | 84.0% (77.1, 88.8)   |
| 2017 | U.S. Senator        | 94.5% (93.7, 95.4)   | 25.7% (24.8, 26.7)   | 83.5% (77.3, 87.7)   |
| 2018 | Governor            | 93.4% (92.4, 94.3)   | 18.1% (17.4, 18.8)   | 82.9% (76.6, 88.1)   |
|      | Lt. Governor*       | 93.6% (92.6, 94.5)   | 14.7% (14.0, 15.5)   | 86.2% (82.3, 90.2)   |
|      | Attorney General    | 94.3% (93.5, 95.1)   | 17.7% (16.8, 18.6)   | 86.2% (82.0, 90.0)   |
|      | Sec. of State       | 93.5% (92.5, 94.4)   | 15.3% (14.5, 16.1)   | 84.1% (77.3, 88.9)   |
|      | State Auditor*      | 93.6% (92.6, 94.6)   | 15.8% (14.9, 16.6)   | 84.8% (80.4, 88.8)   |
|      | Supreme Ct., Chief  | 94.0% (92.9, 94.9)   | 20.0% (19.2, 20.9)   | 84.1% (78.0, 88.3)   |
|      | Supreme Ct., Place 4| 93.6% (92.7, 94.5)   | 15.9% (15.1, 16.8)   | 83.8% (78.1, 88.1)   |
| 2020 | U.S. President      | 93.1% (92.1, 94.1)   | 13.3% (12.4, 14.1)   | 83.9% (79.7, 87.9)   |
|      | U.S. Senator        | 93.6% (92.5, 94.5)   | 16.4% (15.6, 17.1)   | 87.7% (84.4, 90.7)   |
| 2022 | U.S. Senator*       | 91.5% (90.2, 92.7)   | 9.5% (8.9, 10.2)     | 82.2% (76.4, 87.0)   |
|      | Governor*           | 90.9% (89.6, 92.2)   | 7.9% (7.2, 8.5)      | 82.0% (76.9, 86.4)   |
|      | Attorney General*   | 91.6% (90.3, 92.8)   | 9.9% (9.1, 10.6)     | 83.1% (77.9, 87.5)   |
|      | Sec. of State*      | 91.9% (90.7, 93.0)   | 9.6% (9.0, 10.3)     | 85.5% (80.7, 89.1)   |
|      | Supreme Ct., Place 5*| 92.1% (90.8, 93.2)  | 10.2% (9.5, 10.9)    | 86.3% (82.1, 89.7)   |

* Indicates that the Black-preferred candidate was Black.

**Table 2:** Ecological Inference Results — Estimated Vote Share of Black-Preferred Candidates — CD 1

|      |                     | Black                | White                | Other                |
|------|---------------------|----------------------|----------------------|----------------------|
| 2016 | U.S. President      | 95.1% (93.0, 96.9)   | 9.7% (7.8, 12.0)     | 79.5% (65.5, 89.4)   |
|      | U.S. Senator        | 94.4% (91.9, 96.4)   | 11.3% (9.3, 13.5)    | 61.7% (39.8, 81.4)   |
| 2017 | U.S. Senator        | 95.1% (92.4, 97.1)   | 25.7% (22.7, 28.7)   | 63.8% (34.3, 80.8)   |
| 2018 | Governor            | 95.7% (93.8, 97.3)   | 16.2% (14.0, 18.1)   | 71.0% (51.9, 84.8)   |
|      | Lt. Governor*       | 95.4% (93.1, 97.2)   | 13.6% (11.4, 15.9)   | 68.1% (46.5, 82.5)   |
|      | Attorney General    | 95.6% (93.5, 97.3)   | 16.5% (14.2, 18.8)   | 74.1% (56.4, 86.1)   |
|      | Sec. of State       | 95.0% (92.6, 96.9)   | 13.5% (11.1, 15.7)   | 81.4% (66.7, 90.7)   |
|      | State Auditor*      | 95.5% (93.0, 97.3)   | 15.2% (12.5, 17.5)   | 74.6% (56.5, 87.9)   |
|      | Supreme Ct., Chief  | 95.2% (92.6, 97.2)   | 19.0% (16.5, 21.7)   | 75.0% (52.9, 88.8)   |
|      | Supreme Ct., Place 4| 95.1% (92.7, 97.0)   | 14.1% (12.0, 16.2)   | 71.6% (50.8, 84.7)   |
| 2020 | U.S. President      | 95.2% (93.0, 97.0)   | 13.0% (11.0, 15.0)   | 74.4% (56.1, 87.9)   |
|      | U.S. Senator        | 95.2% (92.5, 97.0)   | 17.5% (15.4, 19.7)   | 80.2% (66.4, 90.3)   |
| 2022 | U.S. Senator*       | 94.0% (90.7, 96.3)   | 8.5% (6.6, 10.4)     | 69.4% (52.0, 82.5)   |
|      | Governor*           | 93.0% (89.7, 95.6)   | 7.1% (5.1, 9.1)      | 80.5% (68.3, 89.0)   |
|      | Attorney General*   | 94.3% (91.6, 96.5)   | 9.0% (6.8, 10.9)     | 70.9% (52.2, 84.1)   |
|      | Sec. of State*      | 94.3% (91.7, 96.6)   | 8.7% (7.1, 10.5)     | 71.6% (57.1, 82.8)   |
|      | Supreme Ct., Place 5*| 93.7% (90.5, 96.1)  | 9.5% (7.2, 11.5)     | 73.1% (54.2, 85.8)   |

* Indicates that the Black-preferred candidate was Black.

**Table 3:** Ecological Inference Results — Estimated Vote Share of Black-Preferred Candidates — CD 2

|  |  | Black | White | Other |
|---|---|---|---|---|
| 2016 | U.S. President | 93.9% (92.0, 95.6) | 7.8% (6.1, 9.8) | 68.2% (47.9, 85.6) |
|  | U.S. Senator | 93.4% (91.2, 95.2) | 8.0% (6.1, 10.5) | 71.6% (53.9, 86.1) |
| 2017 | U.S. Senator | 95.1% (92.8, 96.5) | 14.6% (11.3, 17.8) | 76.3% (58.3, 88.2) |
| 2018 | Governor | 91.9% (89.5, 94.0) | 9.9% (8.0, 12.1) | 62.7% (39.1, 83.4) |
|  | Lt. Governor* | 94.0% (91.6, 95.9) | 8.8% (6.7, 10.9) | 69.2% (48.0, 84.1) |
|  | Attorney General | 94.8% (93.1, 96.3) | 11.4% (8.7, 14.3) | 72.6% (55.5, 86.4) |
|  | Sec. of State | 93.9% (91.7, 95.8) | 9.7% (7.7, 12.0) | 67.8% (47.4, 81.4) |
|  | State Auditor* | 94.1% (92.0, 95.8) | 9.4% (7.3, 12.3) | 76.9% (62.7, 87.5) |
|  | Supreme Ct., Chief | 94.4% (92.5, 96.1) | 11.4% (9.0, 14.1) | 71.2% (52.3, 85.5) |
|  | Supreme Ct., Place 4 | 94.0% (91.8, 95.8) | 10.0% (7.7, 12.7) | 68.9% (48.3, 85.0) |
| 2020 | U.S. President | 94.1% (91.8, 95.9) | 8.4% (6.5, 10.5) | 72.7% (52.4, 86.2) |
|  | U.S. Senator | 94.0% (91.9, 96.0) | 10.3% (8.0, 12.7) | 81.3% (67.6, 90.4) |
| 2022 | U.S. Senator* | 91.9% (88.9, 94.3) | 7.3% (5.3, 9.3) | 73.5% (56.9, 85.4) |
|  | Governor* | 91.5% (88.6, 93.8) | 6.5% (4.7, 8.3) | 61.5% (41.0, 77.0) |
|  | Attorney General* | 91.8% (88.9, 94.3) | 7.4% (5.3, 9.8) | 62.9% (43.2, 78.6) |
|  | Sec. of State* | 92.8% (89.9, 95.0) | 6.7% (4.8, 9.1) | 62.6% (43.5, 78.6) |
|  | Supreme Ct., Place 5* | 92.3% (89.6, 94.6) | 7.6% (5.9, 9.4) | 67.0% (46.7, 83.2) |

* Indicates that the Black-preferred candidate was Black.

**Table 4:** Ecological Inference Results — Estimated Vote Share of Black-Preferred Candidates — CD 3

|  |  | Black | White | Other |
|---|---|---|---|---|
| 2016 | U.S. President | 91.8% (87.6, 95.1) | 8.9% (7.1, 10.7) | 80.3% (65.3, 90.4) |
|  | U.S. Senator | 89.2% (84.2, 93.5) | 11.8% (10.0, 13.5) | 80.7% (69.2, 90.3) |
| 2017 | U.S. Senator | 94.4% (91.5, 96.6) | 22.4% (19.4, 25.2) | 80.2% (61.2, 91.5) |
| 2018 | Governor | 90.8% (85.0, 94.5) | 13.4% (11.2, 15.4) | 75.0% (58.8, 87.9) |
|  | Lt. Governor* | 91.1% (86.7, 94.6) | 11.5% (9.5, 14.0) | 77.6% (61.5, 90.1) |
|  | Attorney General | 90.9% (86.7, 94.4) | 13.8% (11.8, 16.2) | 81.4% (67.3, 91.7) |
|  | Sec. of State | 90.9% (83.9, 95.0) | 11.2% (9.2, 13.5) | 78.6% (62.0, 91.6) |
|  | State Auditor* | 90.5% (84.9, 95.0) | 12.1% (9.9, 14.3) | 77.7% (59.7, 89.9) |
|  | Supreme Ct., Chief | 91.2% (85.9, 95.2) | 15.7% (13.3, 18.4) | 77.9% (58.9, 89.9) |
|  | Supreme Ct., Place 4 | 89.2% (83.4, 93.7) | 12.1% (9.8, 14.5) | 77.9% (62.6, 91.0) |
| 2020 | U.S. President | 92.4% (88.5, 95.3) | 10.8% (9.2, 12.6) | 74.2% (52.9, 88.4) |
|  | U.S. Senator | 93.7% (89.0, 96.6) | 14.1% (12.0, 16.4) | 74.0% (53.5, 88.3) |
| 2022 | U.S. Senator* | 91.2% (86.1, 95.4) | 7.1% (5.3, 8.9) | 68.4% (50.7, 83.6) |
|  | Governor* | 89.4% (84.1, 93.7) | 5.8% (4.2, 8.0) | 69.6% (51.3, 85.1) |
|  | Attorney General* | 90.1% (84.0, 94.6) | 7.2% (5.4, 9.0) | 71.5% (51.3, 85.9) |
|  | Sec. of State* | 92.2% (87.8, 95.3) | 7.0% (5.3, 8.9) | 66.1% (36.3, 82.5) |
|  | Supreme Ct., Place 5* | 92.0% (87.1, 95.5) | 8.2% (6.3, 10.3) | 69.4% (49.0, 85.4) |

* Indicates that the Black-preferred candidate was Black.

**Table 5:** Ecological Inference Results — Estimated Vote Share of Black-Preferred Candidates — CD 4

|  |  | Black | White | Other |
|---|---|---|---|---|
| 2016 | U.S. President | 88.3% (82.8, 92.4) | 9.9% (8.9, 10.9) | 73.9% (53.4, 87.7) |
|  | U.S. Senator | 87.4% (81.5, 92.2) | 13.9% (12.9, 15.0) | 69.5% (52.8, 84.9) |
| 2017 | U.S. Senator | 89.2% (84.2, 93.0) | 22.0% (20.2, 23.7) | 69.7% (46.0, 85.7) |
| 2018 | Governor | 87.1% (81.4, 91.9) | 17.6% (16.2, 19.1) | 59.8% (33.9, 82.3) |
|  | Lt. Governor* | 90.4% (85.5, 93.8) | 13.5% (12.4, 14.7) | 60.5% (43.1, 77.8) |
|  | Attorney General | 89.1% (82.5, 93.6) | 17.4% (16.1, 18.5) | 56.7% (36.2, 77.5) |
|  | Sec. of State | 85.9% (79.7, 90.6) | 14.1% (12.8, 15.4) | 61.5% (37.0, 81.0) |
|  | State Auditor* | 87.1% (81.0, 92.1) | 14.6% (13.4, 16.0) | 64.8% (45.0, 80.1) |
|  | Supreme Ct., Chief | 86.7% (81.1, 91.8) | 18.3% (16.9, 19.7) | 62.1% (33.8, 82.2) |
|  | Supreme Ct., Place 4 | 86.3% (79.4, 91.2) | 15.3% (13.9, 16.7) | 67.4% (32.8, 82.9) |
| 2020 | U.S. President | 84.7% (79.4, 89.3) | 10.1% (9.2, 11.0) | 70.1% (53.4, 86.2) |
|  | U.S. Senator | 84.1% (77.5, 89.2) | 13.5% (12.4, 14.6) | 77.1% (65.7, 88.8) |
| 2022 | U.S. Senator* | 80.1% (73.0, 86.6) | 7.1% (6.2, 8.0) | 68.1% (49.8, 82.3) |
|  | Governor* | 81.0% (73.3, 87.0) | 5.9% (5.0, 6.7) | 59.2% (40.8, 76.3) |
|  | Attorney General* | 80.4% (72.3, 86.6) | 7.3% (6.3, 8.3) | 63.5% (43.6, 81.7) |
|  | Sec. of State* | 82.2% (75.3, 88.1) | 6.8% (5.8, 7.7) | 66.6% (48.2, 82.7) |
|  | Supreme Ct., Place 5* | 82.7% (75.8, 88.6) | 7.7% (6.6, 8.8) | 68.3% (51.5, 82.0) |

\* Indicates that the Black-preferred candidate was Black.

**Table 6:** Ecological Inference Results — Estimated Vote Share of Black-Preferred Candidates — CD 5

|  |  | Black | White | Other |
|---|---|---|---|---|
| 2016 | U.S. President | 95.6% (92.5, 97.6) | 13.7% (11.9, 16.1) | 79.6% (66.7, 89.5) |
|  | U.S. Senator | 94.6% (90.9, 97.3) | 14.7% (12.7, 17.1) | 79.4% (61.0, 89.2) |
| 2017 | U.S. Senator | 94.4% (91.2, 96.7) | 30.8% (27.6, 33.5) | 76.7% (60.0, 88.8) |
| 2018 | Governor | 93.9% (90.2, 96.6) | 20.2% (17.5, 22.6) | 78.7% (66.0, 88.6) |
|  | Lt. Governor* | 94.8% (91.2, 97.2) | 17.0% (15.0, 19.2) | 77.5% (63.3, 87.2) |
|  | Attorney General | 94.1% (90.3, 96.8) | 20.2% (17.9, 22.4) | 82.2% (68.1, 92.0) |
|  | Sec. of State | 94.2% (90.7, 96.7) | 17.9% (16.0, 20.2) | 82.1% (68.1, 91.2) |
|  | State Auditor* | 93.7% (90.4, 96.4) | 18.9% (16.3, 21.4) | 79.3% (65.9, 89.8) |
|  | Supreme Ct., Chief | 94.3% (90.6, 96.7) | 21.9% (19.8, 24.6) | 80.0% (66.8, 90.7) |
|  | Supreme Ct., Place 4 | 94.1% (90.6, 96.8) | 19.5% (17.1, 22.0) | 77.0% (59.3, 88.9) |
| 2020 | U.S. President | 95.3% (92.2, 97.3) | 18.2% (16.2, 20.3) | 77.4% (61.7, 88.9) |
|  | U.S. Senator | 95.1% (91.4, 97.4) | 22.0% (20.0, 23.9) | 82.7% (71.5, 90.8) |
| 2022 | U.S. Senator* | 92.6% (87.4, 95.9) | 13.9% (11.7, 16.1) | 78.8% (63.3, 88.6) |
|  | Governor* | 92.9% (87.9, 96.0) | 11.3% (8.8, 13.8) | 73.8% (54.4, 86.3) |
|  | Attorney General* | 92.1% (88.1, 95.4) | 15.0% (12.9, 17.2) | 74.3% (59.7, 85.6) |
|  | Sec. of State* | 93.1% (88.2, 96.3) | 14.3% (11.8, 16.6) | 79.7% (65.6, 89.4) |
|  | Supreme Ct., Place 5* | 93.3% (89.1, 96.3) | 15.2% (13.2, 17.3) | 80.2% (63.6, 89.3) |

\* Indicates that the Black-preferred candidate was Black.

**Table 7:** Ecological Inference Results — Estimated Vote Share of Black-Preferred Candidates — CD 6

|      |                     | Black              | White              | Other              |
|------|---------------------|--------------------|--------------------|--------------------|
| 2016 | U.S. President      | 92.8% (88.7, 95.6) | 14.5% (12.8, 16.2) | 74.5% (54.2, 88.8) |
|      | U.S. Senator        | 93.1% (89.4, 96.0) | 14.4% (12.4, 16.1) | 76.3% (62.4, 89.4) |
| 2017 | U.S. Senator        | 91.7% (86.8, 95.1) | 35.3% (33.1, 37.8) | 61.5% (32.7, 82.0) |
| 2018 | Governor            | 91.5% (86.3, 95.3) | 23.9% (21.1, 26.0) | 59.7% (27.7, 81.9) |
|      | Lt. Governor*       | 93.1% (88.9, 95.9) | 18.6% (16.5, 20.9) | 64.2% (40.0, 84.1) |
|      | Attorney General    | 93.4% (90.0, 96.1) | 21.6% (19.4, 23.9) | 65.0% (46.0, 84.7) |
|      | Sec. of State       | 92.8% (88.2, 96.0) | 19.6% (17.4, 21.7) | 57.4% (30.9, 79.7) |
|      | State Auditor*      | 94.8% (91.5, 97.2) | 19.8% (17.9, 21.7) | 62.6% (36.4, 84.2) |
|      | Supreme Ct., Chief  | 92.6% (88.8, 95.6) | 27.6% (25.0, 29.9) | 62.2% (27.4, 84.7) |
|      | Supreme Ct., Place 4 | 93.5% (90.5, 96.3) | 19.4% (17.6, 21.4) | 62.4% (41.5, 85.3) |
| 2020 | U.S. President      | 93.2% (89.1, 95.9) | 18.6% (16.8, 20.4) | 67.8% (53.7, 81.1) |
|      | U.S. Senator        | 94.2% (90.9, 96.7) | 21.5% (19.6, 23.5) | 69.3% (49.2, 83.4) |
| 2022 | U.S. Senator*       | 91.8% (86.8, 95.2) | 13.4% (10.7, 15.5) | 61.5% (38.1, 81.2) |
|      | Governor*           | 91.2% (86.4, 94.5) | 11.4% (9.5, 13.4)  | 58.8% (36.4, 79.7) |
|      | Attorney General*   | 91.6% (87.4, 94.9) | 14.2% (12.1, 16.6) | 60.5% (40.2, 77.3) |
|      | Sec. of State*      | 90.5% (85.5, 94.5) | 13.6% (11.2, 16.4) | 61.7% (34.7, 82.3) |
|      | Supreme Ct., Place 5* | 89.8% (84.2, 94.0) | 14.2% (12.0, 16.7) | 64.0% (42.6, 79.8) |

\* Indicates that the Black-preferred candidate was Black.

**Table 8:** Ecological Inference Results — Estimated Vote Share of Black-Preferred Candidates — CD 7

|      |                     | Black              | White              | Other              |
|------|---------------------|--------------------|--------------------|--------------------|
| 2016 | U.S. President      | 95.3% (93.9, 96.5) | 16.2% (13.7, 18.9) | 76.9% (59.9, 89.5) |
|      | U.S. Senator        | 94.8% (93.3, 96.0) | 15.7% (13.5, 18.0) | 74.8% (58.0, 87.7) |
| 2017 | U.S. Senator        | 96.1% (94.9, 97.0) | 31.4% (28.2, 34.9) | 80.6% (66.4, 89.8) |
| 2018 | Governor            | 95.2% (93.9, 96.3) | 24.7% (21.9, 27.4) | 85.2% (72.0, 92.9) |
|      | Lt. Governor*       | 95.1% (93.5, 96.4) | 21.8% (18.7, 24.5) | 84.4% (73.2, 92.0) |
|      | Attorney General    | 95.8% (94.5, 96.8) | 25.4% (22.5, 28.3) | 84.3% (71.3, 92.4) |
|      | Sec. of State       | 95.0% (93.5, 96.3) | 22.4% (19.7, 25.2) | 80.2% (62.0, 89.8) |
|      | State Auditor*      | 95.3% (93.7, 96.6) | 22.6% (19.7, 26.0) | 79.0% (59.5, 90.0) |
|      | Supreme Ct., Chief  | 95.4% (94.0, 96.6) | 27.2% (24.1, 30.5) | 84.7% (70.4, 92.4) |
|      | Supreme Ct., Place 4 | 95.4% (93.9, 96.6) | 22.7% (19.7, 26.1) | 83.4% (68.8, 91.2) |
| 2020 | U.S. President      | 94.4% (92.8, 95.8) | 20.9% (18.2, 24.5) | 68.0% (47.2, 83.7) |
|      | U.S. Senator        | 94.4% (92.8, 95.8) | 23.9% (21.4, 26.7) | 79.8% (66.9, 89.7) |
| 2022 | U.S. Senator*       | 94.2% (92.7, 95.6) | 17.1% (14.4, 19.9) | 67.2% (50.2, 80.9) |
|      | Governor*           | 93.4% (91.6, 95.0) | 16.0% (13.4, 18.7) | 70.9% (53.5, 84.2) |
|      | Attorney General*   | 93.8% (92.0, 95.3) | 18.3% (15.9, 21.3) | 68.7% (49.5, 82.9) |
|      | Sec. of State*      | 94.3% (92.6, 95.8) | 17.4% (14.9, 20.1) | 70.9% (51.1, 84.0) |
|      | Supreme Ct., Place 5* | 94.1% (92.3, 95.6) | 18.4% (15.8, 21.3) | 72.2% (50.8, 85.9) |

\* Indicates that the Black-preferred candidate was Black.

**Table 9:** Ecological Inference Results — Estimated Vote Share of Black-Preferred Candidates — 2022 Congressional Elections

|        | Black                  | White                | Other                 |
|--------|------------------------|----------------------|-----------------------|
| CD 2*  | 87.9% (82.4, 91.8)     | 5.8% (4.3, 7.5)      | 74.2% (57.5, 86.3)    |
| CD 3   | 90.2% (84.8, 93.7)     | 6.1% (4.6, 7.7)      | 70.5% (53.6, 84.7)    |
| CD 4   | 84.8% (78.2, 90.3)     | 6.3% (5.4, 7.3)      | 66.4% (48.2, 81.1)    |
| CD 5*  | 91.4% (84.2, 95.5)     | 14.3% (12.1, 16.3)   | 81.4% (69.0, 90.2)    |
| CD 7*  | 95.4% (93.9, 96.8)     | 18.1% (14.9, 21.6)   | 73.0% (56.5, 85.0)    |

\* Indicates that the Black-preferred candidate was Black.

**Table 10:** Election Results — Vote Share of Black-Preferred Candidates, Statewide and SB 5

|      |                     | State | CD 1  | CD 2  | CD 3  | CD 4  | CD 5  | CD 6  | CD 7  |
|------|---------------------|-------|-------|-------|-------|-------|-------|-------|-------|
| 2016 | U.S. President      | 35.6% | 34.0% | 44.8% | 28.4% | 17.8% | 32.9% | 28.9% | 60.8% |
|      | U.S. Senator        | 35.9% | 33.8% | 44.4% | 29.8% | 20.9% | 32.9% | 28.9% | 59.6% |
| 2017 | U.S. Senator        | 50.8% | 48.6% | 56.4% | 43.8% | 31.0% | 49.9% | 47.1% | 72.3% |
| 2018 | Governor            | 40.4% | 38.6% | 45.7% | 32.6% | 24.6% | 38.8% | 36.3% | 64.0% |
|      | Lt. Governor        | 38.7% | 36.8% | 46.3% | 31.2% | 21.4% | 36.9% | 32.8% | 63.0% |
|      | Attorney General    | 41.2% | 39.3% | 48.8% | 33.3% | 24.6% | 39.3% | 35.6% | 64.8% |
|      | Sec. of State       | 38.9% | 37.0% | 46.4% | 31.5% | 21.5% | 37.6% | 33.2% | 63.1% |
|      | State Auditor       | 39.5% | 37.8% | 47.1% | 31.8% | 22.4% | 38.2% | 33.8% | 63.3% |
|      | Supreme Ct., Chief  | 42.6% | 41.0% | 48.7% | 34.9% | 25.3% | 40.3% | 39.3% | 65.9% |
|      | Supreme Ct., Place 4| 39.4% | 37.2% | 46.7% | 31.8% | 22.8% | 38.2% | 33.4% | 63.6% |
| 2020 | U.S. President      | 37.1% | 34.9% | 46.0% | 29.3% | 18.4% | 36.4% | 33.4% | 61.7% |
|      | U.S. Senator        | 39.8% | 38.3% | 48.3% | 31.9% | 21.7% | 39.7% | 35.9% | 63.4% |
| 2022 | U.S. Senator        | 31.7% | 28.4% | 39.2% | 23.5% | 14.0% | 30.6% | 28.0% | 57.9% |
|      | Governor            | 30.4% | 27.6% | 38.1% | 22.4% | 12.6% | 28.4% | 26.3% | 57.1% |
|      | Attorney General    | 32.0% | 29.1% | 39.6% | 23.8% | 14.1% | 31.4% | 28.4% | 58.1% |
|      | Sec. of State       | 32.1% | 29.4% | 39.7% | 23.7% | 13.9% | 31.2% | 28.1% | 58.6% |
|      | Supreme Ct., Place 5| 32.5% | 29.7% | 40.3% | 24.4% | 14.7% | 31.9% | 28.5% | 58.5% |

**Table 11:** Vote Share of Black-Preferred Candidates — Illustrative Map 1

|  |  | CD 1 | CD 2 | CD 3 | CD 4 | CD 5 | CD 6 | CD 7 |
|---|---|---|---|---|---|---|---|---|
| 2016 | U.S. President | 22.5% | 55.7% | 30.0% | 16.1% | 33.9% | 24.6% | 64.9% |
|  | U.S. Senator | 23.2% | 54.5% | 30.8% | 19.0% | 34.4% | 25.0% | 63.3% |
| 2017 | U.S. Senator | 36.2% | 66.0% | 45.4% | 27.8% | 51.4% | 43.1% | 76.7% |
| 2018 | Attorney General | 28.3% | 59.0% | 35.3% | 21.6% | 41.2% | 31.2% | 69.0% |
|  | State Auditor | 26.5% | 57.3% | 33.8% | 19.7% | 39.8% | 29.3% | 67.7% |
|  | Governor | 27.0% | 56.2% | 33.9% | 21.9% | 40.1% | 32.4% | 68.9% |
|  | Lt. Governor | 25.7% | 56.6% | 32.7% | 18.7% | 38.5% | 28.6% | 67.6% |
|  | Supreme Ct., Place 4 | 26.1% | 57.1% | 33.4% | 20.1% | 39.8% | 29.1% | 68.0% |
|  | Supreme Ct., Chief | 28.9% | 59.6% | 36.6% | 22.6% | 41.9% | 35.3% | 70.3% |
|  | Sec. of State | 25.9% | 56.7% | 33.0% | 19.0% | 39.1% | 29.0% | 67.2% |
| 2020 | U.S. President | 24.7% | 55.8% | 31.5% | 16.5% | 37.2% | 28.5% | 66.9% |
|  | U.S. Senator | 28.3% | 58.0% | 34.0% | 19.6% | 40.5% | 31.2% | 68.5% |
| 2022 | Attorney General | 19.5% | 49.8% | 25.9% | 12.5% | 31.9% | 24.3% | 63.9% |
|  | Governor | 17.9% | 48.4% | 24.2% | 11.2% | 28.8% | 22.0% | 63.2% |
|  | Supreme Ct., Place 5 | 20.1% | 50.6% | 26.5% | 13.1% | 32.5% | 24.3% | 64.3% |
|  | Sec. of State | 19.3% | 50.4% | 25.8% | 12.3% | 31.8% | 23.9% | 64.5% |
|  | U.S. Senator | 18.7% | 49.4% | 25.5% | 12.3% | 31.2% | 23.9% | 63.9% |

**Table 12:** Vote Share of Black-Preferred Candidates — Illustrative Map 2

|  |  | CD 1 | CD 2 | CD 3 | CD 4 | CD 5 | CD 6 | CD 7 |
|---|---|---|---|---|---|---|---|---|
| 2016 | U.S. President | 21.9% | 55.9% | 29.5% | 16.1% | 33.9% | 24.9% | 65.6% |
|  | U.S. Senator | 22.6% | 54.8% | 30.4% | 19.0% | 34.4% | 25.2% | 64.0% |
| 2017 | U.S. Senator | 35.8% | 66.2% | 44.9% | 27.8% | 51.4% | 43.3% | 77.1% |
| 2018 | Attorney General | 27.9% | 59.3% | 34.7% | 21.6% | 41.2% | 31.5% | 69.5% |
|  | State Auditor | 26.2% | 57.6% | 33.2% | 19.7% | 39.8% | 29.6% | 68.2% |
|  | Governor | 26.8% | 56.4% | 33.4% | 21.9% | 40.1% | 32.7% | 69.3% |
|  | Lt. Governor | 25.3% | 56.8% | 32.2% | 18.7% | 38.5% | 29.0% | 68.0% |
|  | Supreme Ct., Place 4 | 25.7% | 57.3% | 32.8% | 20.1% | 39.8% | 29.4% | 68.5% |
|  | Supreme Ct., Chief | 28.6% | 59.8% | 36.1% | 22.6% | 41.9% | 35.6% | 70.7% |
|  | Sec. of State | 25.5% | 57.0% | 32.5% | 19.0% | 39.1% | 29.3% | 67.7% |
| 2020 | U.S. President | 24.2% | 56.3% | 30.9% | 16.5% | 37.2% | 29.0% | 67.4% |
|  | U.S. Senator | 27.9% | 58.4% | 33.4% | 19.6% | 40.5% | 31.6% | 69.0% |
| 2022 | Attorney General | 19.4% | 50.0% | 25.4% | 12.5% | 31.9% | 24.7% | 64.3% |
|  | Governor | 17.8% | 48.5% | 23.6% | 11.2% | 28.8% | 22.4% | 63.6% |
|  | Supreme Ct., Place 5 | 19.9% | 50.8% | 25.9% | 13.1% | 32.5% | 24.7% | 64.7% |
|  | Sec. of State | 19.2% | 50.6% | 25.2% | 12.3% | 31.8% | 24.3% | 64.9% |
|  | U.S. Senator | 18.6% | 49.5% | 24.9% | 12.3% | 31.2% | 24.3% | 64.3% |

**Table 13:** Vote Share of Black-Preferred Candidates — Illustrative Map 3

|  |  | CD 1 | CD 2 | CD 3 | CD 4 | CD 5 | CD 6 | CD 7 |
|---|---|---|---|---|---|---|---|---|
| 2016 | U.S. President | 23.5% | 56.2% | 31.9% | 17.7% | 33.9% | 20.9% | 62.3% |
|  | U.S. Senator | 24.3% | 54.8% | 32.4% | 20.4% | 34.4% | 22.0% | 60.8% |
| 2017 | U.S. Senator | 37.0% | 66.6% | 46.0% | 31.3% | 51.4% | 37.7% | 75.1% |
| 2018 | Attorney General | 29.2% | 59.7% | 36.5% | 23.4% | 41.2% | 27.4% | 66.5% |
|  | State Auditor | 27.3% | 58.1% | 35.0% | 21.6% | 39.8% | 25.6% | 65.1% |
|  | Governor | 27.7% | 57.1% | 34.8% | 23.9% | 40.1% | 28.4% | 66.8% |
|  | Lt. Governor | 26.5% | 57.2% | 34.2% | 20.5% | 38.5% | 24.7% | 64.9% |
|  | Supreme Ct., Place 4 | 26.9% | 57.7% | 34.7% | 21.8% | 39.8% | 25.5% | 65.4% |
|  | Supreme Ct., Chief | 29.6% | 60.5% | 37.4% | 24.6% | 41.9% | 31.1% | 68.3% |
|  | Sec. of State | 26.7% | 57.3% | 34.5% | 20.8% | 39.1% | 25.1% | 64.8% |
| 2020 | U.S. President | 25.5% | 56.6% | 33.2% | 18.1% | 37.2% | 24.3% | 64.7% |
|  | U.S. Senator | 29.0% | 58.7% | 35.6% | 21.2% | 40.5% | 27.0% | 66.4% |
| 2022 | Attorney General | 20.0% | 51.3% | 26.9% | 13.7% | 31.9% | 20.3% | 61.1% |
|  | Governor | 18.4% | 49.9% | 25.3% | 12.3% | 28.8% | 18.5% | 60.1% |
|  | Supreme Ct., Place 5 | 20.5% | 52.1% | 27.5% | 14.3% | 32.5% | 20.5% | 61.4% |
|  | Sec. of State | 19.8% | 52.1% | 26.7% | 13.4% | 31.8% | 19.9% | 61.6% |
|  | U.S. Senator | 19.2% | 50.9% | 26.5% | 13.5% | 31.2% | 20.0% | 61.1% |

**Table 14:** Vote Share of Black-Preferred Candidates — Illustrative Map 4

|  |  | CD 1 | CD 2 | CD 3 | CD 4 | CD 5 | CD 6 | CD 7 |
|---|---|---|---|---|---|---|---|---|
| 2016 | U.S. President | 23.5% | 55.9% | 32.0% | 16.6% | 33.9% | 24.1% | 61.0% |
|  | U.S. Senator | 24.3% | 54.6% | 32.6% | 19.8% | 34.4% | 24.3% | 59.8% |
| 2017 | U.S. Senator | 37.0% | 66.1% | 47.0% | 28.7% | 51.4% | 43.3% | 73.5% |
| 2018 | Attorney General | 29.2% | 59.3% | 36.6% | 22.3% | 41.2% | 31.2% | 65.2% |
|  | State Auditor | 27.3% | 57.6% | 35.2% | 20.3% | 39.8% | 29.4% | 63.9% |
|  | Governor | 27.7% | 56.5% | 35.3% | 22.2% | 40.1% | 32.4% | 65.6% |
|  | Lt. Governor | 26.5% | 56.8% | 34.5% | 19.2% | 38.5% | 28.5% | 63.7% |
|  | Supreme Ct., Place 4 | 26.9% | 57.3% | 35.0% | 20.6% | 39.8% | 29.0% | 64.4% |
|  | Supreme Ct., Chief | 29.6% | 60.0% | 37.9% | 23.3% | 41.9% | 35.4% | 66.4% |
|  | Sec. of State | 26.7% | 56.9% | 34.7% | 19.6% | 39.1% | 28.9% | 63.4% |
| 2020 | U.S. President | 25.5% | 56.2% | 33.1% | 17.0% | 37.2% | 28.6% | 62.6% |
|  | U.S. Senator | 29.0% | 58.4% | 35.6% | 20.1% | 40.5% | 31.4% | 64.3% |
| 2022 | Attorney General | 20.0% | 50.7% | 27.3% | 12.6% | 31.9% | 24.2% | 59.2% |
|  | Governor | 18.4% | 49.3% | 25.8% | 11.3% | 28.8% | 21.7% | 58.5% |
|  | Supreme Ct., Place 5 | 20.5% | 51.5% | 27.9% | 13.2% | 32.5% | 24.2% | 59.6% |
|  | Sec. of State | 19.8% | 51.4% | 27.2% | 12.4% | 31.8% | 23.7% | 59.7% |
|  | U.S. Senator | 19.2% | 50.3% | 27.0% | 12.5% | 31.2% | 23.8% | 59.1% |

**Table 15:** Vote Share of Black-Preferred Candidates — Illustrative Map 5

|      |                      | CD 1  | CD 2  | CD 3  | CD 4  | CD 5  | CD 6  | CD 7  |
|------|----------------------|-------|-------|-------|-------|-------|-------|-------|
| 2016 | U.S. President       | 24.2% | 55.6% | 31.0% | 15.9% | 33.9% | 24.3% | 62.6% |
|      | U.S. Senator         | 24.7% | 54.4% | 31.6% | 18.8% | 34.4% | 24.9% | 61.0% |
| 2017 | U.S. Senator         | 38.7% | 65.5% | 45.1% | 27.4% | 51.4% | 42.7% | 75.4% |
| 2018 | Attorney General     | 30.1% | 58.9% | 35.6% | 21.3% | 41.2% | 30.9% | 66.9% |
|      | State Auditor        | 28.3% | 57.2% | 34.1% | 19.5% | 39.8% | 29.0% | 65.7% |
|      | Governor             | 29.1% | 55.9% | 33.9% | 21.6% | 40.1% | 32.0% | 67.2% |
|      | Lt. Governor         | 27.4% | 56.5% | 33.3% | 18.5% | 38.5% | 28.2% | 65.4% |
|      | Supreme Ct., Place 4 | 27.8% | 56.9% | 33.8% | 19.8% | 39.8% | 28.8% | 66.1% |
|      | Supreme Ct., Chief   | 31.2% | 59.2% | 36.5% | 22.3% | 41.9% | 34.9% | 68.7% |
|      | Sec. of State        | 27.6% | 56.5% | 33.6% | 18.8% | 39.1% | 28.6% | 65.3% |
| 2020 | U.S. President       | 26.3% | 55.8% | 32.2% | 16.2% | 37.2% | 27.9% | 64.9% |
|      | U.S. Senator         | 30.0% | 57.8% | 34.6% | 19.3% | 40.5% | 30.6% | 66.6% |
| 2022 | Attorney General     | 21.0% | 50.3% | 26.1% | 12.3% | 31.9% | 23.5% | 61.6% |
|      | Governor             | 19.3% | 48.9% | 24.5% | 11.0% | 28.8% | 21.4% | 60.6% |
|      | Supreme Ct., Place 5 | 21.5% | 51.0% | 26.6% | 12.9% | 32.5% | 23.6% | 61.9% |
|      | Sec. of State        | 20.8% | 50.9% | 25.9% | 12.0% | 31.8% | 23.1% | 62.1% |
|      | U.S. Senator         | 20.2% | 49.9% | 25.7% | 12.1% | 31.2% | 23.1% | 61.5% |

**Table 16:** Vote Share of Black-Preferred Candidates — Illustrative Map 6

|      |                      | CD 1  | CD 2  | CD 3  | CD 4  | CD 5  | CD 6  | CD 7  |
|------|----------------------|-------|-------|-------|-------|-------|-------|-------|
| 2016 | U.S. President       | 22.2% | 57.6% | 31.1% | 15.7% | 33.9% | 24.0% | 62.6% |
|      | U.S. Senator         | 23.0% | 56.2% | 31.7% | 18.4% | 34.4% | 24.7% | 61.3% |
| 2017 | U.S. Senator         | 35.3% | 67.9% | 45.3% | 27.8% | 51.4% | 42.6% | 75.0% |
| 2018 | Attorney General     | 28.0% | 60.9% | 35.7% | 21.3% | 41.2% | 30.6% | 66.9% |
|      | State Auditor        | 26.0% | 59.4% | 34.3% | 19.4% | 39.8% | 28.7% | 65.7% |
|      | Governor             | 26.4% | 58.6% | 34.1% | 21.9% | 40.1% | 31.7% | 66.8% |
|      | Lt. Governor         | 25.3% | 58.5% | 33.5% | 18.4% | 38.5% | 27.9% | 65.3% |
|      | Supreme Ct., Place 4 | 25.6% | 59.1% | 34.0% | 19.8% | 39.8% | 28.4% | 65.9% |
|      | Supreme Ct., Chief   | 28.2% | 61.9% | 36.7% | 22.4% | 41.9% | 34.5% | 68.5% |
|      | Sec. of State        | 25.5% | 58.6% | 33.7% | 18.7% | 39.1% | 28.3% | 65.3% |
| 2020 | U.S. President       | 24.2% | 57.9% | 32.4% | 16.2% | 37.2% | 27.5% | 65.0% |
|      | U.S. Senator         | 27.7% | 60.0% | 34.8% | 19.3% | 40.5% | 30.3% | 66.7% |
| 2022 | Attorney General     | 19.2% | 52.3% | 26.2% | 12.3% | 31.9% | 23.2% | 61.6% |
|      | Governor             | 17.6% | 50.9% | 24.6% | 10.9% | 28.8% | 21.1% | 60.7% |
|      | Supreme Ct., Place 5 | 19.7% | 53.1% | 26.7% | 12.9% | 32.5% | 23.3% | 61.9% |
|      | Sec. of State        | 18.9% | 53.1% | 26.0% | 12.0% | 31.8% | 22.8% | 62.1% |
|      | U.S. Senator         | 18.4% | 51.9% | 25.8% | 12.1% | 31.2% | 22.8% | 61.6% |

**Table 17:** Vote Share of Black-Preferred Candidates — Illustrative Map 7

|  |  | CD 1 | CD 2 | CD 3 | CD 4 | CD 5 | CD 6 | CD 7 |
|---|---|---|---|---|---|---|---|---|
| 2016 | U.S. President | 21.8% | 57.6% | 32.4% | 19.9% | 30.8% | 23.8% | 60.3% |
|  | U.S. Senator | 22.6% | 56.2% | 33.1% | 22.7% | 31.2% | 24.1% | 59.5% |
| 2017 | U.S. Senator | 35.2% | 67.7% | 47.2% | 33.5% | 48.3% | 42.7% | 72.6% |
| 2018 | Attorney General | 27.6% | 60.8% | 37.1% | 27.7% | 36.5% | 30.6% | 64.8% |
|  | State Auditor | 25.8% | 59.2% | 35.6% | 24.8% | 36.1% | 28.8% | 63.6% |
|  | Governor | 26.2% | 58.2% | 35.6% | 27.0% | 36.6% | 32.0% | 64.4% |
|  | Lt. Governor | 25.0% | 58.4% | 34.8% | 23.8% | 34.8% | 28.0% | 63.3% |
|  | Supreme Ct., Place 4 | 25.3% | 58.9% | 35.4% | 25.2% | 36.1% | 28.5% | 63.8% |
|  | Supreme Ct., Chief | 28.0% | 61.7% | 38.3% | 27.7% | 38.3% | 35.0% | 65.8% |
|  | Sec. of State | 25.2% | 58.4% | 35.1% | 24.0% | 35.5% | 28.5% | 63.1% |
| 2020 | U.S. President | 24.0% | 58.0% | 33.5% | 20.6% | 34.3% | 28.1% | 62.1% |
|  | U.S. Senator | 27.6% | 60.1% | 36.0% | 24.0% | 37.4% | 30.7% | 63.7% |
| 2022 | Attorney General | 19.1% | 52.4% | 27.2% | 16.1% | 29.5% | 23.9% | 58.3% |
|  | Governor | 17.5% | 50.9% | 25.7% | 14.3% | 26.7% | 21.6% | 57.7% |
|  | Supreme Ct., Place 5 | 19.6% | 53.1% | 27.8% | 16.6% | 30.1% | 23.9% | 58.7% |
|  | Sec. of State | 18.8% | 53.1% | 27.1% | 15.8% | 29.3% | 23.5% | 58.8% |
|  | U.S. Senator | 18.3% | 51.9% | 26.8% | 15.8% | 28.8% | 23.5% | 58.4% |

**Table 18:** Vote Share of Black-Preferred Candidates — Illustrative Map 8

|  |  | CD 1 | CD 2 | CD 3 | CD 4 | CD 5 | CD 6 | CD 7 |
|---|---|---|---|---|---|---|---|---|
| 2016 | U.S. President | 22.0% | 56.2% | 30.1% | 18.0% | 32.7% | 24.1% | 63.5% |
|  | U.S. Senator | 22.8% | 54.8% | 31.1% | 21.1% | 32.8% | 24.7% | 61.8% |
| 2017 | U.S. Senator | 35.2% | 66.6% | 45.1% | 31.2% | 49.7% | 41.6% | 75.7% |
| 2018 | Attorney General | 27.7% | 59.7% | 34.9% | 24.8% | 39.2% | 30.5% | 67.6% |
|  | State Auditor | 25.8% | 58.1% | 33.4% | 22.6% | 38.0% | 28.9% | 66.2% |
|  | Governor | 26.2% | 57.0% | 33.6% | 24.8% | 38.6% | 31.4% | 67.6% |
|  | Lt. Governor | 25.0% | 57.1% | 32.6% | 21.7% | 36.8% | 27.9% | 66.1% |
|  | Supreme Ct., Place 4 | 25.3% | 57.6% | 33.3% | 23.0% | 38.0% | 28.6% | 66.5% |
|  | Supreme Ct., Chief | 28.0% | 60.6% | 36.2% | 25.6% | 40.1% | 34.3% | 69.2% |
|  | Sec. of State | 25.2% | 57.2% | 32.9% | 21.7% | 37.5% | 28.4% | 65.9% |
| 2020 | U.S. President | 24.0% | 56.8% | 31.1% | 18.6% | 36.2% | 28.1% | 65.5% |
|  | U.S. Senator | 27.6% | 58.9% | 33.7% | 21.9% | 39.5% | 30.7% | 67.2% |
| 2022 | Attorney General | 18.9% | 51.1% | 25.1% | 14.3% | 31.1% | 23.5% | 62.3% |
|  | Governor | 17.3% | 49.6% | 23.6% | 12.8% | 28.2% | 21.5% | 61.3% |
|  | Supreme Ct., Place 5 | 19.4% | 51.8% | 25.7% | 14.9% | 31.7% | 23.6% | 62.6% |
|  | Sec. of State | 18.6% | 51.8% | 25.0% | 14.1% | 31.0% | 23.0% | 62.8% |
|  | U.S. Senator | 18.1% | 50.6% | 24.8% | 14.2% | 30.4% | 23.1% | 62.2% |