FILED

2024 Aug-07  PM 06:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Population Summary Report

### Alabama  U.S. House  -- 2020 Census -- Enacted 2023 Plan

| District | Population | Deviation | % Deviation | AP Black | % AP Black | Latino | % Latino | NH White | % NH White |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 717754 | 0 | 0.00% | 189894 | 26.46% | 27476 | 3.83% | 462966 | 64.50% |
| 2 | 717755 | 1 | 0.00% | 298801 | 41.63% | 33329 | 4.64% | 357837 | 49.86% |
| 3 | 717754 | 0 | 0.00% | 156204 | 21.76% | 27470 | 3.83% | 502129 | 69.96% |
| 4 | 717754 | 0 | 0.00% | 56723 | 7.90% | 57537 | 8.02% | 575711 | 80.21% |
| 5 | 717754 | 0 | 0.00% | 138438 | 19.29% | 47408 | 6.61% | 486765 | 67.82% |
| 6 | 717754 | 0 | 0.00% | 147195 | 20.51% | 40423 | 5.63% | 497253 | 69.28% |
| 7 | 717754 | 0 | 0.00% | 377481 | 52.59% | 30404 | 4.24% | 288690 | 40.22% |
| **Total** | **5024279** | | 0.00% | **1364736** | **27.16%** | **264047** | **5.26%** | **3171351** | **63.12%** |

| District | 18+ Pop | 18+ AP Black | % 18+ AP Black | 18+ Latino | % 18+ Latino | 18+ NH White | % 18+ NH White |
|---|---|---|---|---|---|---|---|
| 1 | 557393 | 137268 | 24.63% | 18188 | 3.26% | 373897 | 67.08% |
| 2 | 559067 | 223228 | 39.93% | 20932 | 3.74% | 293496 | 52.50% |
| 3 | 564595 | 116843 | 20.70% | 17599 | 3.12% | 405145 | 71.76% |
| 4 | 555217 | 40112 | 7.22% | 33850 | 6.10% | 459881 | 82.83% |
| 5 | 560406 | 102735 | 18.33% | 29677 | 5.30% | 393794 | 70.27% |
| 6 | 552230 | 106353 | 19.26% | 25834 | 4.68% | 395669 | 71.65% |
| 7 | 568258 | 287833 | 50.65% | 20776 | 3.66% | 242662 | 42.70% |
| **Total** | **3917166** | **1014372** | **25.90%** | **166856** | **4.26%** | **2564544** | **65.47%** |

| District | % NH DOJ Black CVAP* | % SR NH White CVAP | % 2023 Black Registered Voters | % 2023 White Registered Voters |
|---|---|---|---|---|
| 1 | 25.15% | 69.59% | 24.57% | 71.75% |
| 2 | 41.10% | 54.35% | 41.28% | 54.87% |
| 3 | 20.71% | 75.45% | 20.46% | 76.46% |
| 4 | 7.10% | 88.30% | 7.07% | 89.55% |
| 5 | 18.39% | 74.75% | 18.17% | 76.32% |
| 6 | 19.54% | 75.97% | 18.81% | 77.21% |
| 7 | 52.98% | 43.85% | 53.04% | 43.88% |

Note: 2017-2021 Citizen Voting Age Population (CVAP)  percentages are disaggregated from block-group level ACS estimates
Source for CVAP disaggregation: Redistricting Data Hub
https://redistrictingdatahub.org/dataset/alabama-cvap-data-disaggregated-to-the-block-level-2021/
Source for Registered voters: State of Alabama Defendants