FILED

2024 Aug-07  PM 06:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

User:
Plan Name: **AL_Congress_2023_Enacted_**
Plan Type: **Congress**

## Political Subdivision Splits Between Districts

| Monday, May 13, 2024 | 11:24 AM |
|---|---|

### Split Counts

Number of subdivisions split into more than one district:    Number of splits involving no population:

| | | | |
|---|---|---|---|
| County | 6 | County | 0 |
| Voting District | 11 | Voting District | 0 |

Number of times a subdivision is split into multiple districts:

| | |
|---|---|
| County | 6 |
| Voting District | 11 |

| County | Voting District | District | Population |
|---|---|---|---|
| *Split   Counties:* | | | |
| Covington AL | | 1 | 34,421 |
| Covington AL | | 2 | 3,149 |
| Elmore AL | | 2 | 41,994 |
| Elmore AL | | 6 | 45,983 |
| Jefferson AL | | 6 | 310,319 |
| Jefferson AL | | 7 | 364,402 |
| Lauderdale AL | | 4 | 76,606 |
| Lauderdale AL | | 5 | 16,958 |
| Talladega AL | | 3 | 80,220 |
| Talladega AL | | 6 | 1,929 |
| Tuscaloosa AL | | 4 | 87,072 |
| Tuscaloosa AL | | 7 | 139,964 |
| *Split   VTDs:* | | | |
| Covington AL | Opp Sr Center | 1 | 6,043 |
| Covington AL | Opp Sr Center | 2 | 1,424 |
| Elmore AL | Rushenville Church | 2 | 1,294 |
| Elmore AL | Rushenville Church | 6 | 394 |
| Elmore AL | Wetumpka Civic Ctr | 2 | 4,775 |
| Elmore AL | Wetumpka Civic Ctr | 6 | 71 |
| Jefferson AL | Center Pt Comm Ctr | 6 | 752 |
| Jefferson AL | Center Pt Comm Ctr | 7 | 5,450 |
| Jefferson AL | Fultondale Sr Citizens Bldg | 6 | 1,326 |
| Jefferson AL | Fultondale Sr Citizens Bldg | 7 | 3,760 |
| Lauderdale AL | Center Star 1st Bapt | 4 | 609 |
| Lauderdale AL | Center Star 1st Bapt | 5 | 4,492 |
| Lauderdale AL | Lexington Sr Ctr | 4 | 4 |
| Lauderdale AL | Lexington Sr Ctr | 5 | 2,712 |
| Talladega AL | Fayetteville/County Line | 3 | 688 |
| Talladega AL | Fayetteville/County Line | 6 | 1,929 |
| Tuscaloosa AL | Big Sandy Church | 4 | 34 |
| Tuscaloosa AL | Big Sandy Church | 7 | 7,551 |

**Maptitude**
For Redistricting

## Political Subdivision Splits Between Districts

AL_Congess_2023_Enacted_

| County | Voting District | District | Population |
|---|---|---|---|
| Tuscaloosa AL | Bobby Miller Activity Ctr | 4 | 3,604 |
| Tuscaloosa AL | Bobby Miller Activity Ctr | 7 | 8,895 |
| Tuscaloosa AL | McDonald Hughes Ctr | 4 | 531 |
| Tuscaloosa AL | McDonald Hughes Ctr | 7 | 4,523 |