FILED

2024 Aug-07  PM 06:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

User:
Plan Name: **AL_Congess_2023_Enacted_**
Plan Type: **Congress**

## Measures of Compactness Report

Monday, May 13, 2024                                                                                                        11:29 AM

Number of cut edges: 3,246

|  | Reock | | Polsby-Popper | Population Polygon | Area/Convex Hull |
|---|---|---|---|---|---|
| Sum | N/A | | N/A | N/A | N/A |
| Min | 0.31 | | 0.18 | 0.41 | 0.61 |
| Max | 0.61 | | 0.40 | 0.98 | 0.91 |
| Mean | 0.41 | | 0.28 | 0.75 | 0.75 |
| Std. Dev. | 0.10 | | 0.09 | 0.22 | 0.11 |

| District | Reock | | Polsby-Popper | Population Polygon | Area/Convex Hull |
|---|---|---|---|---|---|
| 1 | 0.31 | | 0.24 | 0.98 | 0.65 |
| 2 | 0.61 | | 0.37 | 0.83 | 0.85 |
| 3 | 0.41 | | 0.35 | 0.91 | 0.81 |
| 4 | 0.33 | | 0.20 | 0.41 | 0.61 |
| 5 | 0.37 | | 0.40 | 0.96 | 0.91 |
| 6 | 0.46 | | 0.18 | 0.59 | 0.68 |
| 7 | 0.40 | | 0.23 | 0.59 | 0.76 |

**Maptitude**
For Redistricting

## Measures of Compactness Report

Measures of Compactness Summary

| | |
|---|---|
| **Reock** | The measure is always between 0 and 1, with 1 being the most compact. |
| **Polsby-Popper** | The measure is always between 0 and 1, with 1 being the most compact. |
| **Population Polygon** | The measure is always between 0 and 1, with 1 being the most compact. |
| **Area / Convex Hull** | The measure is always between 0 and 1, with 1 being the most compact. |
| **Cut Edges** | A smaller number implies a more compact plan. The measure should only be used to compare plans defined on the same base layer. |