FILED

2024 Aug-07  PM 06:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

User:

Plan Name: **AL_Congess_2023_Enacted_**

Plan Type: **Congress**

# Core Constituencies

Friday, May 17, 2024                                                5:19 PM

From Plan:       **AL_2021_Enacted_Congress**

### Plan: AL_Congess_2023_Enacted_, District 1 --       **717,754 Total Population**

|  | Population | NH_Wht | AP_Blk |
|---|---|---|---|
| Dist. 1 | 682,594 (95.10%) | 434,677 (93.89%) | 184,784 (97.31%) |
| Dist. 2 | 35,160 (4.90%) | 28,289 (6.11%) | 5,110 (2.69%) |
| Total and % Population | | 462,966 (64.50%) | 189,894 (26.46%) |

### Plan: AL_Congess_2023_Enacted_, District 2 --       **717,755 Total Population**

|  | Population | NH_Wht | AP_Blk |
|---|---|---|---|
| Dist. 2 | 566,210 (78.89%) | 316,290 (88.39%) | 197,501 (66.10%) |
| Dist. 3 | 78,715 (10.97%) | 29,866 (8.35%) | 43,500 (14.56%) |
| Dist. 7 | 72,830 (10.15%) | 11,681 (3.26%) | 57,800 (19.34%) |
| Total and % Population | | 357,837 (49.86%) | 298,801 (41.63%) |

### Plan: AL_Congess_2023_Enacted_, District 3 --       **717,754 Total Population**

|  | Population | NH_Wht | AP_Blk |
|---|---|---|---|
| Dist. 3 | 614,318 (85.59%) | 424,398 (84.52%) | 139,442 (89.27%) |
| Dist. 4 | 103,436 (14.41%) | 77,731 (15.48%) | 16,762 (10.73%) |
| Total and % Population | | 502,129 (69.96%) | 156,204 (21.76%) |

### Plan: AL_Congess_2023_Enacted_, District 4 --       **717,754 Total Population**

|  | Population | NH_Wht | AP_Blk |
|---|---|---|---|
| Dist. 4 | 581,245 (80.98%) | 471,221 (81.85%) | 39,221 (69.14%) |
| Dist. 5 | 33,073 (4.61%) | 29,003 (5.04%) | 2,016 (3.55%) |
| Dist. 6 | 59,134 (8.24%) | 49,764 (8.64%) | 1,250 (2.20%) |
| Dist. 7 | 44,302 (6.17%) | 25,723 (4.47%) | 14,236 (25.10%) |
| Total and % Population | | 575,711 (80.21%) | 56,723 (7.90%) |

### Plan: AL_Congess_2023_Enacted_, District 5 --       **717,754 Total Population**

|  | Population | NH_Wht | AP_Blk |
|---|---|---|---|
| Dist. 4 | 33,073 (4.61%) | 24,714 (5.08%) | 3,672 (2.65%) |
| Dist. 5 | 684,681 (95.39%) | 462,051 (94.92%) | 134,766 (97.35%) |
| Total and % Population | | 486,765 (67.82%) | 138,438 (19.29%) |

### Plan: AL_Congess_2023_Enacted_, District 6 --       **717,754 Total Population**

|  | Population | NH_Wht | AP_Blk |
|---|---|---|---|
| Dist. 2 | 104,788 (14.60%) | 75,728 (15.23%) | 20,801 (14.13%) |
| Dist. 3 | 24,721 (3.44%) | 19,043 (3.83%) | 4,342 (2.95%) |
| Dist. 6 | 561,717 (78.26%) | 393,087 (79.05%) | 106,860 (72.60%) |

**Maptitude**
For Redistricting

## Core Constituencies

From Plan:   **AL_2021_Enacted_Congress**

### Plan: AL_Congess_2023_Enacted_, District 6 --  717,754 Total Population

|  | Population | NH_Wht | AP_Blk |
|---|---|---|---|
| Dist. 7 | 26,528 (3.70%) | 9,395 (1.89%) | 15,192 (10.32%) |
| Total and % Population |  | 497,253 (69.28%) | 147,195 (20.51%) |

### Plan: AL_Congess_2023_Enacted_, District 7 --  717,754 Total Population

|  | Population | NH_Wht | AP_Blk |
|---|---|---|---|
| Dist. 1 | 35,160 (4.90%) | 20,601 (7.14%) | 12,043 (3.19%) |
| Dist. 2 | 11,597 (1.62%) | 5,835 (2.02%) | 5,236 (1.39%) |
| Dist. 6 | 96,903 (13.50%) | 48,595 (16.83%) | 37,787 (10.01%) |
| Dist. 7 | 574,094 (79.98%) | 213,659 (74.01%) | 322,415 (85.41%) |
| Total and % Population |  | 288,690 (40.22%) | 377,481 (52.59%) |