FILED

2024 Aug-07  PM 06:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

## McClendon SBOE Plan 1



©2021 CALIPER