FILED

2024 Aug-07  PM 06:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

User:
Plan Name: **Draft SBOE Plan**
Plan Type:

## Population Summary

Sunday, October 24, 2021                                                                                                    7:22 PM

| District | Population | Deviation | % Devn. | [18+_Pop] | [% 18+_Pop] | [18+_Wht] | [% 18+_Wht] | [18+_Blk] | [% 18+_Blk] |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 606,971 | -21,064 | -3.35% | 473,363 | 77.99% | 354,355 | 74.86% | 76,071 | 16.07% |
| 2 | 619,331 | -8,704 | -1.39% | 484,209 | 78.18% | 319,134 | 65.91% | 124,724 | 25.76% |
| 3 | 655,117 | 27,082 | 4.31% | 507,129 | 77.41% | 365,499 | 72.07% | 92,563 | 18.25% |
| 4 | 600,349 | -27,686 | -4.41% | 474,549 | 79.05% | 194,693 | 41.03% | 243,007 | 51.21% |
| 5 | 621,817 | -6,218 | -0.99% | 482,159 | 77.54% | 205,895 | 42.7% | 247,195 | 51.27% |
| 6 | 645,976 | 17,941 | 2.86% | 502,662 | 77.81% | 401,817 | 79.94% | 58,522 | 11.64% |
| 7 | 658,808 | 30,773 | 4.90% | 513,546 | 77.95% | 414,826 | 80.78% | 56,331 | 10.97% |
| 8 | 615,910 | -12,125 | -1.93% | 479,549 | 77.86% | 338,827 | 70.66% | 83,310 | 17.37% |

Total Population:                          5,024,279
Ideal District Population:            628,035

### Summary Statistics:

Population Range:                       600,349 to 658,808
Ratio Range:                               0.10
Absolute Range:                          -27,686 to 30,773
Absolute Overall Range:              58,459
Relative Range:                           -4.00% to 4.90%
Relative Overall Range:               9.31%
Absolute Mean Deviation:           18,949.13
Relative Mean Deviation:            3.02%
Standard Deviation:                     20,838.48