FILED

2024 Aug-07  PM 06:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

## Population Summary Report

**Alabama U.S. House  -- 2020 Census -- Illustrative Plan 1**

| District | Population | Deviation | % Deviation | AP Black | % AP Black | Latino | % Latino | NH White | % NH White |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 717755 | 1 | 0.00% | 125921 | 17.54% | 34790 | 4.85% | 519402 | 72.36% |
| 2 | 717754 | 0 | 0.00% | 374344 | 52.15% | 24085 | 3.36% | 296502 | 41.31% |
| 3 | 717753 | -1 | 0.00% | 170200 | 23.71% | 29426 | 4.10% | 480776 | 66.98% |
| 4 | 717753 | -1 | 0.00% | 49664 | 6.92% | 59478 | 8.29% | 578566 | 80.61% |
| 5 | 717755 | 1 | 0.00% | 140711 | 19.60% | 44392 | 6.18% | 490094 | 68.28% |
| 6 | 717754 | 0 | 0.00% | 105638 | 14.72% | 34878 | 4.86% | 543840 | 75.77% |
| 7 | 717755 | 1 | 0.00% | 398258 | 55.49% | 36998 | 5.15% | 262171 | 36.53% |
| **Total** | **5024279** | | **0.00%** | **1364736** | **27.16%** | **264047** | **5.26%** | **3171351** | **63.12%** |

| District | 18+ Pop | 18+ AP Black | % 18+ AP Black | 18+ Latino | % 18+ Latino | 18+ NH White | % 18+ NH White |
|---|---|---|---|---|---|---|---|
| 1 | 557084 | 89315 | 16.03% | 22294 | 4.00% | 417122 | 74.88% |
| 2 | 559442 | 280226 | 50.09% | 15550 | 2.78% | 246011 | 43.97% |
| 3 | 563119 | 126853 | 22.53% | 18910 | 3.36% | 388487 | 68.99% |
| 4 | 555541 | 35033 | 6.31% | 35182 | 6.33% | 462235 | 83.20% |
| 5 | 561688 | 104784 | 18.66% | 27939 | 4.97% | 396725 | 70.63% |
| 6 | 556122 | 77568 | 13.95% | 22241 | 4.00% | 431641 | 77.62% |
| 7 | 564170 | 300593 | 53.28% | 24740 | 4.39% | 222323 | 39.41% |
| **Total** | **3917166** | **1014372** | **25.90%** | **166856** | **4.26%** | **2564544** | **65.47%** |

| District | % NH DOJ Black CVAP* | % SR NH White CVAP | % 2023 Black Registered Voters | % 2023 White Registered Voters |
|---|---|---|---|---|
| 1 | 16.01% | 78.33% | 15.42% | 80.40% |
| 2 | 51.84% | 44.39% | 51.85% | 45.29% |
| 3 | 22.47% | 73.28% | 22.35% | 73.99% |
| 4 | 6.26% | 88.97% | 6.12% | 90.49% |
| 5 | 18.82% | 74.79% | 18.49% | 76.13% |
| 6 | 14.52% | 81.41% | 13.50% | 82.75% |
| 7 | 55.56% | 41.35% | 56.54% | 40.14% |

Note: 2017-2021 Citizen Voting Age Population (CVAP)  percentages are disaggregated from block-group level ACS estimates
Source for CVAP disaggregation: Redistricting Data Hub
https://redistrictingdatahub.org/dataset/alabama-cvap-data-disaggregated-to-the-block-level-2021/
Source for Registered voters: State of Alabama Defendants