Illustrative Plan 1

Alabama U.S. House