FILED

2024 Aug-07 PM 06:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

Illustrative Plan 1

Alabama U.S. House

©2019 CALIPER; ©2018 HERE



**Illustrative Plan 1**

**Alabama U.S. House**

©2019 CALIPER; ©2018 HERE