FILED

2024 Aug-07  PM 06:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

User:
Plan Name: **AL_Illustrative_1**
Plan Type: **Congress**

# Communities of Interest (Condensed)

Friday, May 10, 2024                                                    4:51 PM

**Whole City/Town : 426**
**City/Town Splits: 86**
**Zero Population City/Town Splits: 5**

| District | City/Town | Population | % Pop |
|---|---|---|---|
| 1 | Mobile | 33,121 | 17.71% |
| 1 | Semmes | 2,353 | 47.62% |
| 1 | Dothan | 71,069 | 100.00% |
| 2 | Phenix City | 32,040 | 82.54% |
| 2 | Notasulga | 866 | 94.75% |
| 2 | Mobile | 153,920 | 82.29% |
| 2 | Semmes | 2,588 | 52.38% |
| 2 | Pike Road | 695 | 7.36% |
| 2 | Dothan | 3 | 0.00% |
| 2 | Montgomery | 157,384 | 78.46% |
| 3 | Phenix City | 6,776 | 17.46% |
| 3 | Notasulga | 48 | 5.25% |
| 3 | Oxford | 17,553 | 79.54% |
| 3 | Altoona | 906 | 95.57% |
| 3 | Pike Road | 8,744 | 92.64% |
| 3 | Montgomery | 43,219 | 21.54% |
| 3 | Southside | 9,243 | 98.06% |
| 3 | Boaz | 1,110 | 10.98% |
| 3 | Sardis City | 1,810 | 99.78% |
| 3 | Glencoe | 5,354 | 99.66% |
| 3 | Piedmont | 4,787 | 100.00% |
| 4 | Scottsboro | 14,757 | 94.73% |
| 4 | Altoona | 42 | 4.43% |
| 4 | Tuscaloosa | 7,843 | 7.87% |
| 4 | Coker | 218 | 24.12% |
| 4 | Northport | 13,203 | 42.42% |
| 4 | Sumiton | 2,422 | 99.10% |
| 4 | Trinity | 2,524 | 99.92% |
| 4 | Boaz | 8,997 | 89.02% |
| 4 | Sardis City | 4 | 0.22% |
| 4 | Piedmont | 0 | 0.00% |
| 4 | Huntsville | 7 | 0.00% |
| 4 | Decatur | 57,880 | 99.90% |
| 4 | Trafford | 0 | 0.00% |
| 4 | County Line | 217 | 69.77% |
| 5 | Scottsboro | 821 | 5.27% |
| 5 | Trinity | 2 | 0.08% |
| 5 | Huntsville | 214,999 | 100.00% |
| 5 | Decatur | 58 | 0.10% |
| 6 | Birmingham | 22,803 | 11.36% |
| 6 | Sylvan Springs | 0 | 0.00% |
| 6 | Oxford | 4,516 | 20.46% |
| 6 | Adamsville | 35 | 0.80% |

| District | City/Town | Population | % Pop |
|---|---|---|---|
| 6 | Graysville | 1,940 | 99.49% |
| 6 | Irondale | 4,172 | 30.91% |
| 6 | Vance | 73 | 3.49% |
| 6 | Woodstock | 1,343 | 91.24% |
| 6 | Helena | 18,421 | 88.08% |
| 6 | Bessemer | 537 | 2.06% |
| 6 | Mountain Brook | 22,400 | 99.73% |
| 6 | Homewood | 3,587 | 13.58% |
| 6 | Vestavia Hills | 39,040 | 99.84% |
| 6 | Hoover | 60,560 | 65.40% |
| 6 | Sumiton | 22 | 0.90% |
| 6 | Southside | 183 | 1.94% |
| 6 | Glencoe | 18 | 0.34% |
| 6 | Trussville | 26,084 | 99.85% |
| 6 | Clay | 4,219 | 41.00% |
| 6 | Trafford | 613 | 100.00% |
| 6 | County Line | 94 | 30.23% |
| 6 | Brookside | 1,253 | 100.00% |
| 6 | Fultondale | 0 | 0.00% |
| 6 | Gardendale | 15,865 | 98.88% |
| 6 | Pinson | 1,829 | 25.35% |
| 7 | Birmingham | 177,930 | 88.64% |
| 7 | Sylvan Springs | 1,653 | 100.00% |
| 7 | Adamsville | 4,331 | 99.20% |
| 7 | Graysville | 10 | 0.51% |
| 7 | Irondale | 9,325 | 69.09% |
| 7 | Tuscaloosa | 91,757 | 92.13% |
| 7 | Vance | 2,019 | 96.51% |
| 7 | Woodstock | 129 | 8.76% |
| 7 | Helena | 2,493 | 11.92% |
| 7 | Bessemer | 25,482 | 97.94% |
| 7 | Coker | 686 | 75.88% |
| 7 | Northport | 17,922 | 57.58% |
| 7 | Mountain Brook | 61 | 0.27% |
| 7 | Homewood | 22,827 | 86.42% |
| 7 | Vestavia Hills | 62 | 0.16% |
| 7 | Hoover | 32,046 | 34.60% |
| 7 | Trussville | 39 | 0.15% |
| 7 | Clay | 6,072 | 59.00% |
| 7 | Brookside | 0 | 0.00% |
| 7 | Fultondale | 9,876 | 100.00% |

**Maptitude**
For Redistricting

## Communities of Interest (Condensed)

AL_Illustrative_1

| District | City/Town | Population | % Pop | District | City/Town | Population | % Pop |
|---|---|---|---|---|---|---|---|
| 7 | Gardendale | 179 | 1.12% | | | | |
| 7 | Pinson | 5,386 | 74.65% | | | | |