User:
Plan Name: **AL_Illustrative_1**
Plan Type: **Congress**

## Measures of Compactness Report

Friday, May 10, 2024                                                                                                                    4:52 PM

Number of cut edges: 4,352

|  | Reock | Polsby-Popper | Population Polygon | Area/Convex Hull |
|---|---|---|---|---|
| Sum | N/A | N/A | N/A | N/A |
| Min | 0.21 | 0.13 | 0.40 | 0.56 |
| Max | 0.47 | 0.33 | 0.84 | 0.85 |
| Mean | 0.34 | 0.18 | 0.62 | 0.66 |
| Std. Dev. | 0.08 | 0.07 | 0.14 | 0.10 |

| District | Reock | Polsby-Popper | Population Polygon | Area/Convex Hull |
|---|---|---|---|---|
| 1 | 0.21 | 0.15 | 0.73 | 0.56 |
| 2 | 0.33 | 0.14 | 0.56 | 0.61 |
| 3 | 0.37 | 0.14 | 0.61 | 0.57 |
| 4 | 0.28 | 0.21 | 0.40 | 0.69 |
| 5 | 0.33 | 0.33 | 0.84 | 0.85 |
| 6 | 0.47 | 0.16 | 0.56 | 0.73 |
| 7 | 0.37 | 0.13 | 0.61 | 0.64 |

**Maptitude**
For Redistricting

## Measures of Compactness Report

AL_Illustrative_1

Measures of Compactness Summary

| | |
|---|---|
| **Reock** | The measure is always between 0 and 1, with 1 being the most compact. |
| **Polsby-Popper** | The measure is always between 0 and 1, with 1 being the most compact. |
| **Population Polygon** | The measure is always between 0 and 1, with 1 being the most compact. |
| **Area / Convex Hull** | The measure is always between 0 and 1, with 1 being the most compact. |
| **Cut Edges** | A smaller number implies a more compact plan. The measure should only be used to compare plans defined on the same base layer. |