FILED

2024 Aug-07  PM 06:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

## Population Summary Report

**Alabama U.S. House  -- 2020 Census -- Illustrative Plan 2**

| District | Population | Deviation | % Deviation | AP Black | % AP Black | Latino | % Latino | NH White | % NH White |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 717754 | 0 | 0.00% | 117087 | 16.31% | 34704 | 4.84% | 527338 | 73.47% |
| 2 | 717754 | 0 | 0.00% | 380668 | 53.04% | 24328 | 3.39% | 290887 | 40.53% |
| 3 | 717755 | 1 | 0.00% | 165918 | 23.12% | 29295 | 4.08% | 484853 | 67.55% |
| 4 | 717753 | -1 | 0.00% | 49672 | 6.92% | 59479 | 8.29% | 578557 | 80.61% |
| 5 | 717755 | 1 | 0.00% | 140711 | 19.60% | 44392 | 6.18% | 490094 | 68.28% |
| 6 | 717754 | 0 | 0.00% | 108823 | 15.16% | 36020 | 5.02% | 539570 | 75.17% |
| 7 | 717754 | 0 | 0.00% | 401857 | 55.99% | 35829 | 4.99% | 260052 | 36.23% |
| **Total** | **5024279** | | **0.00%** | **1364736** | **27.16%** | **264047** | **5.26%** | **3171351** | **63.12%** |

| District | 18+ Pop | 18+ AP Black | % 18+ AP Black | 18+ Latino | % 18+ Latino | 18+ NH White | % 18+ NH White |
|---|---|---|---|---|---|---|---|
| 1 | 558142 | 83257 | 14.92% | 22343 | 4.00% | 423469 | 75.87% |
| 2 | 558446 | 284132 | 50.88% | 15608 | 2.79% | 241724 | 43.29% |
| 3 | 562845 | 123667 | 21.97% | 18801 | 3.34% | 391308 | 69.52% |
| 4 | 555526 | 35038 | 6.31% | 35186 | 6.33% | 462211 | 83.20% |
| 5 | 561688 | 104784 | 18.66% | 27939 | 4.97% | 396725 | 70.63% |
| 6 | 555856 | 79736 | 14.34% | 22937 | 4.13% | 428525 | 77.09% |
| 7 | 564663 | 303758 | 53.79% | 24042 | 4.26% | 220582 | 39.06% |
| **Total** | **3917166** | **1014372** | **25.90%** | **166856** | **4.26%** | **2564544** | **65.47%** |

| District | % NH DOJ Black CVAP* | % SR NH White CVAP | % 2023 Black Registered Voters | % 2023 White Registered Voters |
|---|---|---|---|---|
| 1 | 14.91% | 79.34% | 14.36% | 81.39% |
| 2 | 52.40% | 43.82% | 52.52% | 44.65% |
| 3 | 22.02% | 73.78% | 21.77% | 74.59% |
| 4 | 6.26% | 88.97% | 6.12% | 90.49% |
| 5 | 18.82% | 74.79% | 18.49% | 76.13% |
| 6 | 14.93% | 80.97% | 13.92% | 82.31% |
| 7 | 56.10% | 40.88% | 57.13% | 39.60% |

Note: 2017-2021 Citizen Voting Age Population (CVAP)  percentages are disaggregated from block-group level ACS estimates
Source for CVAP disaggregation: Redistricting Data Hub
https://redistrictingdatahub.org/dataset/alabama-cvap-data-disaggregated-to-the-block-level-2021/
Source for Registered voters: State of Alabama Defendants