Illustrative Plan 2

Alabama U.S. House