FILED

2024 Aug 07 PM 06:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

**Illustrative Plan 2**

**Alabama U.S. House**

©2019 CALIPER; ©2018 HERE



Illustrative Plan 2

Alabama U.S. House

©2019 CALIPER; ©2018 HERE