FILED
2024 Aug-07  PM 06:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

User:

Plan Name: **AL_Illustrative_2**

Plan Type: **Congress**

# Communities of Interest (Condensed)

Friday, May 10, 2024                                                        4:58 PM

**Whole City/Town : 423**
**City/Town Splits: 88**
**Zero Population City/Town Splits: 4**

| District | City/Town | Population | % Pop | District | City/Town | Population | % Pop |
|---|---|---|---|---|---|---|---|
| 1 | Mobile | 54,645 | 29.22% | 6 | Oxford | 4,531 | 20.53% |
| 1 | Semmes | 3,856 | 78.04% | 6 | Adamsville | 35 | 0.80% |
| 1 | Prichard | 14 | 0.07% | 6 | Graysville | 1,940 | 99.49% |
| 1 | Dothan | 39,618 | 55.74% | 6 | Irondale | 4,172 | 30.91% |
| 1 | Cowarts | 1,907 | 98.81% | 6 | Vance | 73 | 3.49% |
| 2 | Phenix City | 32,040 | 82.54% | 6 | Woodstock | 1,343 | 91.24% |
| 2 | Notasulga | 866 | 94.75% | 6 | Helena | 18,421 | 88.08% |
| 2 | Mobile | 132,396 | 70.78% | 6 | Bessemer | 537 | 2.06% |
| 2 | Semmes | 1,085 | 21.96% | 6 | Mountain Brook | 22,400 | 99.73% |
| 2 | Prichard | 19,308 | 99.93% | 6 | Homewood | 3,587 | 13.58% |
| 2 | Pike Road | 695 | 7.36% | 6 | Vestavia Hills | 39,040 | 99.84% |
| 2 | Dothan | 31,454 | 44.26% | 6 | Hoover | 60,560 | 65.40% |
| 2 | Cowarts | 23 | 1.19% | 6 | Sumiton | 22 | 0.90% |
| 2 | Montgomery | 169,646 | 84.57% | 6 | Trussville | 26,084 | 99.85% |
| 3 | Phenix City | 6,776 | 17.46% | 6 | Clay | 5,123 | 49.78% |
| 3 | Notasulga | 48 | 5.25% | 6 | Trafford | 613 | 100.00% |
| 3 | Oxford | 17,538 | 79.47% | 6 | County Line | 94 | 30.23% |
| 3 | Altoona | 906 | 95.57% | 6 | Tarrant | 80 | 1.31% |
| 3 | Pike Road | 8,744 | 92.64% | 6 | Brookside | 1,253 | 100.00% |
| 3 | Montgomery | 30,957 | 15.43% | 6 | Fultondale | 4,140 | 41.92% |
| 3 | Boaz | 1,110 | 10.98% | 6 | Gardendale | 16,020 | 99.85% |
| 3 | Sardis City | 1,810 | 99.78% | 6 | Pinson | 4,976 | 68.97% |
| 3 | Piedmont | 4,787 | 100.00% | 6 | Birmingham | 177,930 | 88.64% |
| 4 | Scottsboro | 14,757 | 94.73% | 7 | Sylvan Springs | 1,653 | 100.00% |
| 4 | Altoona | 42 | 4.43% | 7 | Adamsville | 4,331 | 99.20% |
| 4 | Tuscaloosa | 7,843 | 7.87% | 7 | Graysville | 10 | 0.51% |
| 4 | Coker | 218 | 24.12% | 7 | Irondale | 9,325 | 69.09% |
| 4 | Northport | 13,278 | 42.66% | 7 | Tuscaloosa | 91,757 | 92.13% |
| 4 | Sumiton | 2,422 | 99.10% | 7 | Vance | 2,019 | 96.51% |
| 4 | Trinity | 2,524 | 99.92% | 7 | Woodstock | 129 | 8.76% |
| 4 | Boaz | 8,997 | 89.02% | 7 | Helena | 2,493 | 11.92% |
| 4 | Sardis City | 4 | 0.22% | 7 | Bessemer | 25,482 | 97.94% |
| 4 | Piedmont | 0 | 0.00% | 7 | Coker | 686 | 75.88% |
| 4 | Huntsville | 7 | 0.00% | 7 | Northport | 17,847 | 57.34% |
| 4 | Decatur | 57,880 | 99.90% | 7 | Mountain Brook | 61 | 0.27% |
| 4 | Trafford | 0 | 0.00% | 7 | Homewood | 22,827 | 86.42% |
| 4 | County Line | 217 | 69.77% | 7 | Vestavia Hills | 62 | 0.16% |
| 5 | Scottsboro | 821 | 5.27% | 7 | Hoover | 32,046 | 34.60% |
| 5 | Trinity | 2 | 0.08% | 7 | Trussville | 39 | 0.15% |
| 5 | Huntsville | 214,999 | 100.00% | 7 | Clay | 5,168 | 50.22% |
| 5 | Decatur | 58 | 0.10% | 7 | Tarrant | 6,044 | 98.69% |
| 6 | Birmingham | 22,803 | 11.36% | | | | |
| 6 | Sylvan Springs | 0 | 0.00% | | | | |

## Communities of Interest (Condensed)

AL_Illustrative_2

| District | City/Town | Population | % Pop | District | City/Town | Population | % Pop |
|---|---|---|---|---|---|---|---|
| 7 | Brookside | 0 | 0.00% | | | | |
| 7 | Fultondale | 5,736 | 58.08% | | | | |
| 7 | Gardendale | 24 | 0.15% | | | | |
| 7 | Pinson | 2,239 | 31.03% | | | | |