FILED

2024 Aug-07  PM 06:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

User:
Plan Name: **AL_Illustrative_2**
Plan Type: **Congress**

## Measures of Compactness Report

Friday, May 10, 2024                                                                                                           4:59 PM

Number of cut edges: 4,337

|           | Reock | Polsby-Popper | Population Polygon | Area/Convex Hull |
|-----------|-------|---------------|--------------------|------------------|
| Sum       | N/A   | N/A           | N/A                | N/A              |
| Min       | 0.21  | 0.12          | 0.40               | 0.56             |
| Max       | 0.52  | 0.33          | 0.84               | 0.85             |
| Mean      | 0.34  | 0.18          | 0.61               | 0.65             |
| Std. Dev. | 0.10  | 0.07          | 0.14               | 0.11             |

| District | Reock | Polsby-Popper | Population Polygon | Area/Convex Hull |
|----------|-------|---------------|--------------------|------------------|
| 1        | 0.21  | 0.14          | 0.73               | 0.56             |
| 2        | 0.31  | 0.12          | 0.55               | 0.56             |
| 3        | 0.34  | 0.14          | 0.60               | 0.56             |
| 4        | 0.28  | 0.21          | 0.40               | 0.69             |
| 5        | 0.33  | 0.33          | 0.84               | 0.85             |
| 6        | 0.52  | 0.17          | 0.58               | 0.73             |
| 7        | 0.40  | 0.13          | 0.57               | 0.61             |

## Measures of Compactness Report

Measures of Compactness Summary

| | |
|---|---|
| **Reock** | The measure is always between 0 and 1, with 1 being the most compact. |
| **Polsby-Popper** | The measure is always between 0 and 1, with 1 being the most compact. |
| **Population Polygon** | The measure is always between 0 and 1, with 1 being the most compact. |
| **Area / Convex Hull** | The measure is always between 0 and 1, with 1 being the most compact. |
| **Cut Edges** | A smaller number implies a more compact plan. The measure should only be used to compare plans defined on the same base layer. |