FILED

2024 Aug-07 PM 06:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Population Summary Report

**Alabama U.S. House  -- 2020 Census -- Illustrative Plan 3**

| District | Population | Deviation | % Deviation | AP Black | % AP Black | Latino | % Latino | NH White | % NH White |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 717753 | -1 | 0.00% | 134814 | 18.78% | 34260 | 4.77% | 511922 | 71.32% |
| 2 | 717752 | -2 | 0.00% | 375131 | 52.26% | 21428 | 2.99% | 294080 | 40.97% |
| 3 | 717755 | 1 | 0.00% | 192055 | 26.76% | 32693 | 4.55% | 461692 | 64.32% |
| 4 | 717755 | 1 | 0.00% | 56846 | 7.92% | 57696 | 8.04% | 572170 | 79.72% |
| 5 | 717755 | 1 | 0.00% | 140711 | 19.60% | 44392 | 6.18% | 490094 | 68.28% |
| 6 | 717755 | 1 | 0.00% | 90801 | 12.65% | 34977 | 4.87% | 559769 | 77.99% |
| 7 | 717754 | 0 | 0.00% | 374378 | 52.16% | 38601 | 5.38% | 281624 | 39.24% |
| **Total** | **5024279** | | **0.00%** | **1364736** | **27.16%** | **264047** | **5.26%** | **3171351** | **63.12%** |

| District | 18+ Pop | 18+ AP Black | % 18+ AP Black | 18+ Latino | % 18+ Latino | 18+ NH White | % 18+ NH White |
|---|---|---|---|---|---|---|---|
| 1 | 557048 | 95952 | 17.23% | 21905 | 3.93% | 411457 | 73.86% |
| 2 | 559299 | 281155 | 50.27% | 14067 | 2.52% | 243465 | 43.53% |
| 3 | 562300 | 143328 | 25.49% | 20992 | 3.73% | 373557 | 66.43% |
| 4 | 559374 | 40853 | 7.30% | 34556 | 6.18% | 459861 | 82.21% |
| 5 | 561688 | 104784 | 18.66% | 27939 | 4.97% | 396725 | 70.63% |
| 6 | 554093 | 66090 | 11.93% | 21970 | 3.97% | 442194 | 79.81% |
| 7 | 563364 | 282210 | 50.09% | 25427 | 4.51% | 237285 | 42.12% |
| **Total** | **3917166** | **1014372** | **25.90%** | **166856** | **4.26%** | **2564544** | **65.47%** |

| District | % NH DOJ Black CVAP* | % SR NH White CVAP | % 2023 Black Registered Voters | % 2023 White Registered Voters |
|---|---|---|---|---|
| 1 | 17.49% | 76.95% | 16.70% | 79.19% |
| 2 | 51.82% | 44.56% | 52.09% | 44.96% |
| 3 | 25.67% | 70.04% | 25.45% | 71.06% |
| 4 | 7.39% | 87.97% | 7.13% | 89.44% |
| 5 | 18.82% | 74.79% | 18.49% | 76.13% |
| 6 | 11.90% | 84.04% | 11.66% | 84.90% |
| 7 | 52.75% | 43.83% | 51.94% | 44.30% |

Note: 2017-2021 Citizen Voting Age Population (CVAP)  percentages are disaggregated from block-group level ACS estimates
Source for CVAP disaggregation: Redistricting Data Hub
https://redistrictingdatahub.org/dataset/alabama-cvap-data-disaggregated-to-the-block-level-2021/
Source for Registered voters: State of Alabama Defendants