FILED
2024 Aug-07 PM 06:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

User:
Plan Name: **AL_Illustrative_3**
Plan Type: **Congress**

# Political Subdivision Splits Between Districts

Friday, May 10, 2024      5:01 PM

### Split Counts

Number of subdivisions split into more than one district:    Number of splits involving no population:

| | | | |
|---|---|---|---|
| County | 6 | County | 0 |
| Voting District | 12 | Voting District | 2 |

Number of times a subdivision is split into multiple districts:

| | |
|---|---|
| County | 6 |
| Voting District | 12 |

| County | Voting District | District | Population |
|---|---|---|---|
| *Split Counties:* | | | |
| Calhoun AL | | 3 | 96,574 |
| Calhoun AL | | 4 | 19,867 |
| Etowah AL | | 4 | 77,888 |
| Etowah AL | | 6 | 25,548 |
| Jackson AL | | 4 | 42,524 |
| Jackson AL | | 5 | 10,055 |
| Jefferson AL | | 6 | 171,455 |
| Jefferson AL | | 7 | 503,266 |
| Mobile AL | | 1 | 157,861 |
| Mobile AL | | 2 | 256,948 |
| Tuscaloosa AL | | 4 | 88,824 |
| Tuscaloosa AL | | 7 | 138,212 |
| *Split VTDs:* | | | |
| Calhoun AL | Piedmont | 3 | 3,796 |
| Calhoun AL | Piedmont | 4 | 1,612 |
| Etowah AL | Egypt Comm. Ctr. | 4 | 805 |
| Etowah AL | Egypt Comm. Ctr. | 6 | 86 |
| Jackson AL | Hollywood City Hall | 4 | 1,582 |
| Jackson AL | Hollywood City Hall | 5 | 326 |
| Jackson AL | Scottsboro Rec Comm Bldg | 4 | 14,770 |
| Jackson AL | Scottsboro Rec Comm Bldg | 5 | 201 |
| Jefferson AL | Clay Comm Ctr | 6 | 4,387 |
| Jefferson AL | Clay Comm Ctr | 7 | 3,018 |
| Jefferson AL | Fultondale Sr Citizens Bldg | 6 | 0 |
| Jefferson AL | Fultondale Sr Citizens Bldg | 7 | 5,086 |
| Jefferson AL | Gardendale Civic Ctr | 6 | 7,829 |
| Jefferson AL | Gardendale Civic Ctr | 7 | 2,661 |
| Jefferson AL | Horizon Church | 6 | 4,816 |
| Jefferson AL | Horizon Church | 7 | 446 |

## Political Subdivision Splits Between Districts

AL_Illustrative_3

| County | Voting District | District | Population |
|--------|----------------|---------:|-----------:|
| Jefferson AL | Trussville !st Bapt | 6 | 8,360 |
| Jefferson AL | Trussville !st Bapt | 7 | 638 |
| Jefferson AL | Trussville City Hall | 6 | 10,120 |
| Jefferson AL | Trussville City Hall | 7 | 41 |
| Mobile AL | Semmes Comm Ctr | 1 | 2,609 |
| Mobile AL | Semmes Comm Ctr | 2 | 2,630 |
| Tuscaloosa AL | Holt Elem School | 4 | 0 |
| Tuscaloosa AL | Holt Elem School | 7 | 4,930 |