FILED
2024 Aug-07  PM 06:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

User:
Plan Name: **AL_Illustrative_3**
Plan Type: **Congress**

# Communities of Interest (Condensed)

Friday, May 10, 2024                                                                 5:04 PM

**Whole City/Town : 431**
**City/Town Splits: 80**
**Zero Population City/Town Splits: 8**

| District | City/Town | Population | % Pop | District | City/Town | Population | % Pop |
|---|---|---|---|---|---|---|---|
| 1 | Mobile | 32,807 | 17.54% | 6 | Mountain Brook | 22,029 | 98.08% |
| 1 | Semmes | 14 | 0.28% | 6 | Homewood | 2,543 | 9.63% |
| 2 | Notasulga | 866 | 94.75% | 6 | Vestavia Hills | 30,428 | 77.82% |
| 2 | Mobile | 154,234 | 82.46% | 6 | Hoover | 27,321 | 29.50% |
| 2 | Semmes | 4,927 | 99.72% | 6 | Nauvoo | 185 | 100.00% |
| 3 | Notasulga | 48 | 5.25% | 6 | Rainbow City | 9,815 | 96.31% |
| 3 | Oxford | 17,553 | 79.54% | 6 | Attalla | 3,050 | 52.34% |
| 3 | Ohatchee | 0 | 0.00% | 6 | Gadsden | 2,325 | 6.85% |
| 3 | Calera | 86 | 0.52% | 6 | Boaz | 857 | 8.48% |
| 3 | Piedmont | 3,877 | 80.99% | 6 | Sardis City | 63 | 3.47% |
| 4 | Scottsboro | 14,757 | 94.73% | 6 | Garden City | 0 | 0.00% |
| 4 | Ohatchee | 1,157 | 100.00% | 6 | Trussville | 26,074 | 99.81% |
| 4 | Tuscaloosa | 35,886 | 36.03% | 6 | Clay | 3,368 | 32.73% |
| 4 | Brookwood | 2,308 | 92.17% | 6 | Brookside | 1,253 | 100.00% |
| 4 | Northport | 19,017 | 61.10% | 6 | Fultondale | 0 | 0.00% |
| 4 | Nauvoo | 0 | 0.00% | 6 | Gardendale | 13,230 | 82.46% |
| 4 | Trinity | 2,524 | 99.92% | 6 | Pinson | 1,790 | 24.81% |
| 4 | Rainbow City | 376 | 3.69% | 7 | Birmingham | 195,609 | 97.45% |
| 4 | Attalla | 2,777 | 47.66% | 7 | Hueytown | 16,776 | 100.00% |
| 4 | Gadsden | 31,620 | 93.15% | 7 | Sylvan Springs | 18 | 1.09% |
| 4 | Boaz | 9,250 | 91.52% | 7 | Maytown | 316 | 100.00% |
| 4 | Sardis City | 1,751 | 96.53% | 7 | Pleasant Grove | 9,544 | 100.00% |
| 4 | Piedmont | 910 | 19.01% | 7 | Adamsville | 4,331 | 99.20% |
| 4 | Huntsville | 7 | 0.00% | 7 | Graysville | 10 | 0.51% |
| 4 | Decatur | 57,880 | 99.90% | 7 | Irondale | 12,978 | 96.15% |
| 4 | Garden City | 528 | 100.00% | 7 | Tuscaloosa | 63,714 | 63.97% |
| 5 | Scottsboro | 821 | 5.27% | 7 | Brookwood | 196 | 7.83% |
| 5 | Trinity | 2 | 0.08% | 7 | Helena | 2,493 | 11.92% |
| 5 | Huntsville | 214,999 | 100.00% | 7 | Northport | 12,108 | 38.90% |
| 5 | Decatur | 58 | 0.10% | 7 | Mountain Brook | 432 | 1.92% |
| 6 | Birmingham | 5,124 | 2.55% | 7 | Homewood | 23,871 | 90.37% |
| 6 | Hueytown | 0 | 0.00% | 7 | Vestavia Hills | 8,674 | 22.18% |
| 6 | Sylvan Springs | 1,635 | 98.91% | 7 | Hoover | 65,285 | 70.50% |
| 6 | Maytown | 0 | 0.00% | 7 | Trussville | 49 | 0.19% |
| 6 | Pleasant Grove | 0 | 0.00% | 7 | Clay | 6,923 | 67.27% |
| 6 | Oxford | 4,516 | 20.46% | 7 | Brookside | 0 | 0.00% |
| 6 | Adamsville | 35 | 0.80% | 7 | Fultondale | 9,876 | 100.00% |
| 6 | Graysville | 1,940 | 99.49% | 7 | Gardendale | 2,814 | 17.54% |
| 6 | Irondale | 519 | 3.85% | 7 | Pinson | 5,425 | 75.19% |
| 6 | Helena | 18,421 | 88.08% | | | | |
| 6 | Calera | 16,408 | 99.48% | | | | |