FILED

2024 Aug-07  PM 06:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

User:
Plan Name: **AL_Illustrative_3**
Plan Type: **Congress**

## Measures of Compactness Report

Friday, May 10, 2024                                                                                                              5:05 PM

Number of cut edges: 4,108

|          | Reock |  | Polsby-Popper | Population Polygon | Area/Convex Hull |
|----------|-------|--|---------------|--------------------|------------------|
| Sum      | N/A   |  | N/A  | N/A  | N/A  |
| Min      | 0.20  |  | 0.12 | 0.35 | 0.58 |
| Max      | 0.47  |  | 0.33 | 0.84 | 0.85 |
| Mean     | 0.34  |  | 0.18 | 0.63 | 0.68 |
| Std. Dev.| 0.09  |  | 0.07 | 0.16 | 0.10 |

| District | Reock |  | Polsby-Popper | Population Polygon | Area/Convex Hull |
|----------|-------|--|---------------|--------------------|------------------|
| 1 | 0.20 |  | 0.16 | 0.73 | 0.58 |
| 2 | 0.39 |  | 0.22 | 0.69 | 0.74 |
| 3 | 0.41 |  | 0.16 | 0.63 | 0.65 |
| 4 | 0.31 |  | 0.12 | 0.35 | 0.58 |
| 5 | 0.33 |  | 0.33 | 0.84 | 0.85 |
| 6 | 0.47 |  | 0.13 | 0.53 | 0.72 |
| 7 | 0.30 |  | 0.15 | 0.66 | 0.66 |

**Maptitude** For Redistricting

## Measures of Compactness Report

Measures of Compactness Summary

| | |
|---|---|
| **Reock** | The measure is always between 0 and 1, with 1 being the most compact. |
| **Polsby-Popper** | The measure is always between 0 and 1, with 1 being the most compact. |
| **Population Polygon** | The measure is always between 0 and 1, with 1 being the most compact. |
| **Area / Convex Hull** | The measure is always between 0 and 1, with 1 being the most compact. |
| **Cut Edges** | A smaller number implies a more compact plan. The measure should only be used to compare plans defined on the same base layer. |