FILED

2024 Aug-07  PM 06:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

## Population Summary Report

**Alabama U.S. House  -- 2020 Census -- Illustrative Plan 4**

| District | Population | Deviation | % Deviation | AP Black | % AP Black | Latino | % Latino | NH White | % NH White |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 717755 | 1 | 0.00% | 134814 | 18.78% | 34261 | 4.77% | 511931 | 71.32% |
| 2 | 717754 | 0 | 0.00% | 374421 | 52.17% | 22527 | 3.14% | 296302 | 41.28% |
| 3 | 717755 | 1 | 0.00% | 189506 | 26.40% | 27133 | 3.78% | 467658 | 65.16% |
| 4 | 717754 | 0 | 0.00% | 53175 | 7.41% | 59282 | 8.26% | 574711 | 80.07% |
| 5 | 717755 | 1 | 0.00% | 140715 | 19.60% | 44392 | 6.18% | 490094 | 68.28% |
| 6 | 717753 | -1 | 0.00% | 98264 | 13.69% | 38258 | 5.33% | 545020 | 75.93% |
| 7 | 717753 | -1 | 0.00% | 373841 | 52.08% | 38194 | 5.32% | 285635 | 39.80% |
| **Total** | **5024279** | | **0.00%** | **1364736** | **27.16%** | **264047** | **5.26%** | **3171351** | **63.12%** |

| District | 18+ Pop | 18+ AP Black | % 18+ AP Black | 18+ Latino | % 18+ Latino | 18+ NH White | % 18+ NH White |
|---|---|---|---|---|---|---|---|
| 1 | 557046 | 95952 | 17.23% | 21905 | 3.93% | 411464 | 73.87% |
| 2 | 561374 | 281106 | 50.07% | 14718 | 2.62% | 246580 | 43.92% |
| 3 | 564004 | 141564 | 25.10% | 17569 | 3.12% | 378979 | 67.19% |
| 4 | 556215 | 37427 | 6.73% | 34778 | 6.25% | 460255 | 82.75% |
| 5 | 561685 | 104788 | 18.66% | 27939 | 4.97% | 396723 | 70.63% |
| 6 | 554035 | 71633 | 12.93% | 24494 | 4.42% | 431203 | 77.83% |
| 7 | 562807 | 281902 | 50.09% | 25453 | 4.52% | 239340 | 42.53% |
| **Total** | **3917166** | **1014372** | **25.90%** | **166856** | **4.26%** | **2564544** | **65.47%** |

| District | % NH DOJ Black CVAP* | % SR NH White CVAP | % 2023 Black Registered Voters | % 2023 White Registered Voters |
|---|---|---|---|---|
| 1 | 17.49% | 76.95% | 16.70% | 79.19% |
| 2 | 51.55% | 44.86% | 51.75% | 45.47% |
| 3 | 25.25% | 70.66% | 25.13% | 71.36% |
| 4 | 6.95% | 88.16% | 6.68% | 89.86% |
| 5 | 18.82% | 74.79% | 18.49% | 76.13% |
| 6 | 13.10% | 82.48% | 12.11% | 83.81% |
| 7 | 52.42% | 44.50% | 53.26% | 43.50% |

Note: 2017-2021 Citizen Voting Age Population (CVAP)  percentages are disaggregated from block-group level ACS estimates

Source for CVAP disaggregation: Redistricting Data Hub

https://redistrictingdatahub.org/dataset/alabama-cvap-data-disaggregated-to-the-block-level-2021/

Source for Registered voters: State of Alabama Defendants