Illustrative Plan 4

Alabama U.S. House