FILED

**Illustrative Plan 4**

0    15    30

Miles

**Alabama U.S. House**

©2019 CALIPER; ©2018 HERE

