FILED

2024 Aug-07  PM 06:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

User:
Plan Name: **AL_Illustrative_4**
Plan Type: **Congress**

## Political Subdivision Splits Between Districts

| Friday, May 10, 2024 | 5:08 PM |
|---|---|

### Split Counts

| Number of subdivisions split into more than one district: | | Number of splits involving no population: | |
|---|---|---|---|
| County | 6 | County | 0 |
| Voting District | 13 | Voting District | 1 |

Number of times a subdivision is split into multiple districts:

| | |
|---|---|
| County | 6 |
| Voting District | 13 |

| County | Voting District | District | Population |
|---|---|---|---|
| *Split Counties:* | | | |
| Blount AL | | 4 | 47,441 |
| Blount AL | | 6 | 11,693 |
| Etowah AL | | 3 | 4,670 |
| Etowah AL | | 4 | 98,766 |
| Jackson AL | | 4 | 42,524 |
| Jackson AL | | 5 | 10,055 |
| Jefferson AL | | 6 | 265,821 |
| Jefferson AL | | 7 | 408,900 |
| Mobile AL | | 1 | 157,863 |
| Mobile AL | | 2 | 256,946 |
| Montgomery AL | | 2 | 198,560 |
| Montgomery AL | | 3 | 30,394 |
| *Split VTDs:* | | | |
| Blount AL | Dallas/Selfville | 4 | 666 |
| Blount AL | Dallas/Selfville | 6 | 2,633 |
| Blount AL | Oneonta | 4 | 6,769 |
| Blount AL | Oneonta | 6 | 28 |
| Etowah AL | Hokes Bluff Comm. Ctr. | 3 | 3,277 |
| Etowah AL | Hokes Bluff Comm. Ctr. | 4 | 4,079 |
| Jackson AL | Hollywood City Hall | 4 | 1,552 |
| Jackson AL | Hollywood City Hall | 5 | 356 |
| Jackson AL | Scottsboro Rec Comm Bldg | 4 | 14,800 |
| Jackson AL | Scottsboro Rec Comm Bldg | 5 | 171 |
| Jefferson AL | Fultondale Sr Citizens Bldg | 6 | 0 |
| Jefferson AL | Fultondale Sr Citizens Bldg | 7 | 5,086 |
| Jefferson AL | Homewood Excpt Foundation | 6 | 3,352 |
| Jefferson AL | Homewood Excpt Foundation | 7 | 456 |

## Political Subdivision Splits Between Districts

AL_Illustrative_4

| County | Voting District | District | Population |
|--------|-----------------|---------|-----------|
| Jefferson AL | Minor FD | 6 | 3,421 |
| Jefferson AL | Minor FD | 7 | 2,128 |
| Jefferson AL | Trussville !st Bapt | 6 | 6,748 |
| Jefferson AL | Trussville !st Bapt | 7 | 2,250 |
| Jefferson AL | Trussville City Hall | 6 | 9,367 |
| Jefferson AL | Trussville City Hall | 7 | 794 |
| Mobile AL | Semmes Comm Ctr | 1 | 2,608 |
| Mobile AL | Semmes Comm Ctr | 2 | 2,631 |
| Mobile AL | Semmes First Bapt Ch | 1 | 3 |
| Mobile AL | Semmes First Bapt Ch | 2 | 8,568 |
| Montgomery AL | Woodland UM Church | 2 | 3,168 |
| Montgomery AL | Woodland UM Church | 3 | 3,991 |