FILED
2024 Aug-07  PM 06:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

User:
Plan Name: **AL_Illustrative_4**
Plan Type: **Congress**

# Communities of Interest (Condensed)

Friday, May 10, 2024                                                                                       5:12 PM

**Whole City/Town : 428**
**City/Town Splits: 82**
**Zero Population City/Town Splits: 6**

| District | City/Town | Population | % Pop | District | City/Town | Population | % Pop |
|---|---|---|---|---|---|---|---|
| 1 | Mobile | 32,807 | 17.54% | 6 | Adamsville | 35 | 0.80% |
| 1 | Semmes | 18 | 0.36% | 6 | Graysville | 1,940 | 99.49% |
| 2 | Notasulga | 866 | 94.75% | 6 | Irondale | 2,879 | 21.33% |
| 2 | Mobile | 154,234 | 82.46% | 6 | Vincent | 1,982 | 100.00% |
| 2 | Semmes | 4,923 | 99.64% | 6 | Vance | 73 | 3.49% |
| 2 | Pike Road | 2,374 | 25.15% | 6 | Woodstock | 1,343 | 91.24% |
| 2 | Montgomery | 183,686 | 91.57% | 6 | Helena | 18,421 | 88.08% |
| 3 | Notasulga | 48 | 5.25% | 6 | Bessemer | 537 | 2.06% |
| 3 | Pike Road | 7,065 | 74.85% | 6 | Prattville | 35,898 | 95.02% |
| 3 | Vincent | 0 | 0.00% | 6 | Millbrook | 403 | 2.43% |
| 3 | Prattville | 1,883 | 4.98% | 6 | Homewood | 16,890 | 63.94% |
| 3 | Montgomery | 16,917 | 8.43% | 6 | Hoover | 76,132 | 82.21% |
| 3 | Millbrook | 16,161 | 97.57% | 6 | Sumiton | 22 | 0.90% |
| 3 | Southside | 183 | 1.94% | 6 | Locust Fork | 15 | 1.26% |
| 3 | Glencoe | 224 | 4.17% | 6 | Trussville | 24,168 | 92.52% |
| 3 | Hokes Bluff | 2,452 | 55.15% | 6 | Clay | 6,015 | 58.45% |
| 3 | Collinsville | 13 | 0.63% | 6 | Trafford | 613 | 100.00% |
| 3 | Sand Rock | 565 | 95.60% | 6 | County Line | 293 | 94.21% |
| 4 | Scottsboro | 14,787 | 94.92% | 6 | Brookside | 1,253 | 100.00% |
| 4 | Oneonta | 6,785 | 97.79% | 6 | Fultondale | 0 | 0.00% |
| 4 | Altoona | 948 | 100.00% | 6 | Gardendale | 15,865 | 98.88% |
| 4 | Sumiton | 2,422 | 99.10% | 6 | Pinson | 1,829 | 25.35% |
| 4 | Trinity | 2,524 | 99.92% | 7 | Birmingham | 175,293 | 87.33% |
| 4 | Southside | 9,243 | 98.06% | 7 | Sylvan Springs | 1,653 | 100.00% |
| 4 | Hollywood | 884 | 96.72% | | | | |
| 4 | Glencoe | 5,148 | 95.83% | 7 | Adamsville | 4,331 | 99.20% |
| 4 | Hokes Bluff | 1,994 | 44.85% | 7 | Graysville | 10 | 0.51% |
| 4 | Collinsville | 2,046 | 99.37% | 7 | Irondale | 10,618 | 78.67% |
| 4 | Sand Rock | 26 | 4.40% | 7 | Vance | 2,019 | 96.51% |
| 4 | Huntsville | 7 | 0.00% | 7 | Woodstock | 129 | 8.76% |
| 4 | Locust Fork | 1,177 | 98.74% | 7 | Helena | 2,493 | 11.92% |
| 4 | Decatur | 57,880 | 99.90% | 7 | Bessemer | 25,482 | 97.94% |
| 4 | Trafford | 0 | 0.00% | 7 | Homewood | 9,524 | 36.06% |
| 4 | County Line | 18 | 5.79% | 7 | Hoover | 16,474 | 17.79% |
| 5 | Scottsboro | 791 | 5.08% | 7 | Trussville | 1,955 | 7.48% |
| 5 | Trinity | 2 | 0.08% | 7 | Clay | 4,276 | 41.55% |
| 5 | Hollywood | 30 | 3.28% | 7 | Brookside | 0 | 0.00% |
| 5 | Huntsville | 214,999 | 100.00% | 7 | Fultondale | 9,876 | 100.00% |
| 5 | Decatur | 58 | 0.10% | 7 | Gardendale | 179 | 1.12% |
| 6 | Birmingham | 25,440 | 12.67% | 7 | Pinson | 5,386 | 74.65% |
| 6 | Sylvan Springs | 0 | 0.00% | | | | |
| 6 | Oneonta | 153 | 2.21% | | | | |
| 6 | Altoona | 0 | 0.00% | | | | |