## Population Summary Report

**Alabama U.S. House  -- 2020 Census -- Illustrative Plan 5**

| District | Population | Deviation | % Deviation | AP Black | % AP Black | Latino | % Latino | NH White | % NH White |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 717755 | 1 | 0.00% | 134338 | 18.72% | 31467 | 4.38% | 514622 | 71.70% |
| 2 | 717753 | -1 | 0.00% | 374068 | 52.12% | 24624 | 3.43% | 291792 | 40.65% |
| 3 | 717753 | -1 | 0.00% | 184789 | 25.75% | 32371 | 4.51% | 469547 | 65.42% |
| 4 | 717755 | 1 | 0.00% | 47972 | 6.68% | 58915 | 8.21% | 580984 | 80.94% |
| 5 | 717755 | 1 | 0.00% | 140711 | 19.60% | 44392 | 6.18% | 490094 | 68.28% |
| 6 | 717755 | 1 | 0.00% | 107484 | 14.98% | 33464 | 4.66% | 543873 | 75.77% |
| 7 | 717753 | -1 | 0.00% | 375374 | 52.30% | 38814 | 5.41% | 280439 | 39.07% |
| **Total** | **5024279** | | **0.00%** | **1364736** | **27.16%** | **264047** | **5.26%** | **3171351** | **63.12%** |

| District | 18+ Pop | 18+ SR Black | % 18+ SR Black | 18+ AP Black | % 18+ AP Black | 18+ Latino | % 18+ Latino | 18+ NH White | % 18+ NH White |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 559475 | 91431 | 16.34% | 95759 | 17.12% | 20441 | 3.65% | 415036 | 74.18% |
| 2 | 557367 | 273740 | 49.11% | 280044 | 50.24% | 15822 | 2.84% | 240759 | 43.20% |
| 3 | 561513 | 133176 | 23.72% | 137702 | 24.52% | 20723 | 3.69% | 378950 | 67.49% |
| 4 | 555656 | 31359 | 5.64% | 33887 | 6.10% | 34822 | 6.27% | 463965 | 83.50% |
| 5 | 561688 | 99106 | 17.64% | 104784 | 18.66% | 27939 | 4.97% | 396725 | 70.63% |
| 6 | 555380 | 75063 | 13.52% | 78632 | 14.16% | 21109 | 3.80% | 431220 | 77.64% |
| 7 | 566087 | 277848 | 49.08% | 283564 | 50.09% | 26000 | 4.59% | 237889 | 42.02% |
| **Total** | **3917166** | **981723** | **25.06%** | **1014372** | **25.90%** | **166856** | **4.26%** | **2564544** | **65.47%** |

| District | % NH DOJ Black CVAP* | % SR NH White CVAP | % 2023 Black Registered Voters | % 2023 White Registered Voters |
|---|---|---|---|---|
| 1 | 17.21% | 77.27% | 16.44% | 79.59% |
| 2 | 51.91% | 44.36% | 52.49% | 44.35% |
| 3 | 24.68% | 71.06% | 24.43% | 72.10% |
| 4 | 6.12% | 89.22% | 5.89% | 90.76% |
| 5 | 18.82% | 74.79% | 18.49% | 76.13% |
| 6 | 14.73% | 81.43% | 13.85% | 82.58% |
| 7 | 52.27% | 44.14% | 52.76% | 43.57% |

Note: 2017-2021 Citizen Voting Age Population (CVAP)  percentages are disaggregated from block-group level ACS estimates
Source for CVAP disaggregation: Redistricting Data Hub
https://redistrictingdatahub.org/dataset/alabama-cvap-data-disaggregated-to-the-block-level-2021/
Source for Registered voters: State of Alabama Defendants