FILED
2024 Aug-07  PM 06:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

User:
Plan Name: **AL_Illustrative_5**
Plan Type: **Congress**

# Communities of Interest (Condensed)

| Friday, May 10, 2024 | 5:20 PM |
|---|---|

**Whole City/Town : 425**
**City/Town Splits: 86**
**Zero Population City/Town Splits: 4**

| District | City/Town | Population | % Pop | District | City/Town | Population | % Pop |
|---|---|---|---|---|---|---|---|
| 1 | Satsuma | 6,704 | 99.33% | 6 | Irondale | 531 | 3.93% |
| 1 | Mobile | 87,213 | 46.63% | 6 | Vance | 73 | 3.49% |
| 1 | Semmes | 8 | 0.16% | 6 | Woodstock | 1,343 | 91.24% |
| 1 | Saraland | 8,712 | 53.87% | 6 | Helena | 18,421 | 88.08% |
| 1 | Enterprise | 617 | 2.15% | 6 | Calera | 16,408 | 99.48% |
| 1 | Dothan | 71,069 | 100.00% | 6 | Mountain Brook | 22,381 | 99.64% |
| 2 | Notasulga | 866 | 94.75% | | | | |
| 2 | Satsuma | 45 | 0.67% | 6 | Homewood | 8,433 | 31.93% |
| 2 | Mobile | 99,828 | 53.37% | 6 | Vestavia Hills | 39,019 | 99.79% |
| 2 | Semmes | 4,933 | 99.84% | 6 | Hoover | 45,723 | 49.37% |
| 2 | Saraland | 7,459 | 46.13% | 6 | Sumiton | 22 | 0.90% |
| 2 | Enterprise | 28,094 | 97.85% | 6 | Southside | 9,323 | 98.91% |
| 3 | Notasulga | 48 | 5.25% | 6 | Boaz | 1,110 | 10.98% |
| 3 | Oxford | 17,553 | 79.54% | 6 | Sardis City | 1,810 | 99.78% |
| 3 | Dothan | 3 | 0.00% | 6 | Glencoe | 5,354 | 99.66% |
| 3 | Calera | 86 | 0.52% | 6 | Trussville | 17,765 | 68.01% |
| 3 | Southside | 103 | 1.09% | 6 | Clay | 6,015 | 58.45% |
| 3 | Glencoe | 18 | 0.34% | 6 | Trafford | 613 | 100.00% |
| 3 | Piedmont | 4,787 | 100.00% | 6 | County Line | 94 | 30.23% |
| 4 | Scottsboro | 14,757 | 94.73% | 6 | Brookside | 1,230 | 98.16% |
| 4 | Altoona | 42 | 4.43% | 6 | Fultondale | 0 | 0.00% |
| 4 | Tuscaloosa | 6,715 | 6.74% | 6 | Gardendale | 9,337 | 58.20% |
| 4 | Brookwood | 2,308 | 92.17% | 6 | Pinson | 1,817 | 25.18% |
| 4 | Northport | 6,771 | 21.75% | 7 | Birmingham | 187,946 | 93.63% |
| 4 | Sumiton | 2,422 | 99.10% | 7 | Sylvan Springs | 1,653 | 100.00% |
| 4 | Trinity | 2,524 | 99.92% | | | | |
| 4 | Boaz | 8,997 | 89.02% | 7 | Adamsville | 4,344 | 99.50% |
| 4 | Sardis City | 4 | 0.22% | 7 | Graysville | 1,832 | 93.95% |
| 4 | Piedmont | 0 | 0.00% | 7 | Irondale | 12,966 | 96.07% |
| 4 | Huntsville | 7 | 0.00% | 7 | Tuscaloosa | 92,885 | 93.26% |
| 4 | Decatur | 57,880 | 99.90% | 7 | Brookwood | 196 | 7.83% |
| 4 | Trafford | 0 | 0.00% | 7 | Vance | 2,019 | 96.51% |
| 4 | County Line | 217 | 69.77% | 7 | Woodstock | 129 | 8.76% |
| 5 | Scottsboro | 821 | 5.27% | 7 | Helena | 2,493 | 11.92% |
| 5 | Trinity | 2 | 0.08% | 7 | Northport | 24,354 | 78.25% |
| 5 | Huntsville | 214,999 | 100.00% | 7 | Mountain Brook | 80 | 0.36% |
| 5 | Decatur | 58 | 0.10% | | | | |
| 6 | Birmingham | 12,787 | 6.37% | 7 | Homewood | 17,981 | 68.07% |
| 6 | Sylvan Springs | 0 | 0.00% | 7 | Vestavia Hills | 83 | 0.21% |
| | | | | 7 | Hoover | 46,883 | 50.63% |
| 6 | Oxford | 4,516 | 20.46% | 7 | Trussville | 8,358 | 31.99% |
| 6 | Altoona | 906 | 95.57% | 7 | Clay | 4,276 | 41.55% |
| 6 | Adamsville | 22 | 0.50% | 7 | Brookside | 23 | 1.84% |
| 6 | Graysville | 118 | 6.05% | 7 | Fultondale | 9,876 | 100.00% |

## Communities of Interest (Condensed)

AL_Illustrative_5

| District | City/Town | Population | % Pop | District | City/Town | Population | % Pop |
|---|---|---|---|---|---|---|---|
| 7 | Gardendale | 6,707 | 41.80% | | | | |
| 7 | Pinson | 5,398 | 74.82% | | | | |