**Illustrative Plan 6**

**Alabama U.S. House**