

©2019 CALIPER; ©2018 HERE



**Illustrative Plan 6**

0    10    20 Miles

**Alabama U.S. House**

©2019 CALIPER; ©2018 HERE