FILED

2024 Aug-07  PM 06:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

User:
Plan Name: **AL_Illustrative_6**
Plan Type: **Congress**

# Communities of Interest (Condensed)

| Friday, May 10, 2024 | 5:27 PM |
|---|---|

**Whole City/Town : 422**
**City/Town Splits: 98**
**Zero Population City/Town Splits: 8**

| District | City/Town | Population | % Pop | District | City/Town | Population | % Pop |
|---|---|---|---|---|---|---|---|
| 1 | Chickasaw | 0 | 0.00% | 6 | Sylvan Springs | 1,635 | 98.91% |
| 1 | Semmes | 4,824 | 97.63% | 6 | Maytown | 0 | 0.00% |
| 1 | Prichard | 1,083 | 5.61% | 6 | Pleasant Grove | 0 | 0.00% |
| 1 | Saraland | 16,171 | 100.00% | 6 | Oxford | 4,516 | 20.46% |
| 1 | Citronelle | 3,933 | 99.67% | 6 | Altoona | 906 | 95.57% |
| 2 | Notasulga | 866 | 94.75% | 6 | Adamsville | 19 | 0.44% |
| 2 | Chickasaw | 6,457 | 100.00% | 6 | Graysville | 13 | 0.67% |
| 2 | Semmes | 117 | 2.37% | 6 | Irondale | 483 | 3.58% |
| 2 | Prichard | 18,239 | 94.39% | 6 | Helena | 18,421 | 88.08% |
| 2 | Saraland | 0 | 0.00% | 6 | Calera | 16,408 | 99.48% |
| 2 | Citronelle | 13 | 0.33% | 6 | Mountain Brook | 22,380 | 99.64% |
| 2 | Moundville | 1,778 | 58.80% | 6 | Homewood | 3,587 | 13.58% |
| 3 | Notasulga | 48 | 5.25% | 6 | Vestavia Hills | 39,019 | 99.79% |
| 3 | Oxford | 17,553 | 79.54% | 6 | Hoover | 43,559 | 47.04% |
| 3 | Prattville | 25,572 | 67.68% | 6 | Sumiton | 22 | 0.90% |
| 3 | Calera | 86 | 0.52% | 6 | Southside | 9,243 | 98.06% |
| 3 | Southside | 183 | 1.94% | 6 | Boaz | 1,110 | 10.98% |
| 3 | Glencoe | 18 | 0.34% | 6 | Sardis City | 1,810 | 99.78% |
| 4 | Scottsboro | 14,787 | 94.92% | 6 | Glencoe | 5,354 | 99.66% |
| 4 | Altoona | 42 | 4.43% | 6 | Collinsville | 13 | 0.63% |
| 4 | Tuscaloosa | 21,489 | 21.58% | 6 | Sand Rock | 565 | 95.60% |
| 4 | Brookwood | 2,308 | 92.17% | 6 | Trussville | 17,469 | 66.87% |
| 4 | Vance | 0 | 0.00% | 6 | Clay | 3,172 | 30.82% |
| 4 | Woodstock | 34 | 2.31% | 6 | Trafford | 613 | 100.00% |
| 4 | Lake View | 2,477 | 69.58% | 6 | County Line | 94 | 30.23% |
| 4 | Northport | 18,400 | 59.12% | 6 | Fultondale | 0 | 0.00% |
| 4 | Sumiton | 2,422 | 99.10% | 6 | Gardendale | 10,355 | 64.54% |
| 4 | Trinity | 2,524 | 99.92% | 6 | Pinson | 1,790 | 24.81% |
| 4 | Hollywood | 884 | 96.72% | 7 | Birmingham | 184,149 | 91.74% |
| 4 | Boaz | 8,997 | 89.02% | 7 | Hueytown | 16,776 | 100.00% |
| 4 | Sardis City | 4 | 0.22% | 7 | Sylvan Springs | 18 | 1.09% |
| 4 | Collinsville | 2,046 | 99.37% | 7 | Maytown | 316 | 100.00% |
| 4 | Sand Rock | 26 | 4.40% | 7 | Pleasant Grove | 9,544 | 100.00% |
| 4 | Huntsville | 7 | 0.00% | 7 | Adamsville | 4,347 | 99.56% |
| 4 | Decatur | 57,880 | 99.90% | 7 | Graysville | 1,937 | 99.33% |
| 4 | Trafford | 0 | 0.00% | 7 | Irondale | 13,014 | 96.42% |
| 4 | County Line | 217 | 69.77% | 7 | Tuscaloosa | 78,111 | 78.42% |
| 5 | Scottsboro | 791 | 5.08% | 7 | Brookwood | 196 | 7.83% |
| 5 | Trinity | 2 | 0.08% | 7 | Vance | 2,092 | 100.00% |
| 5 | Hollywood | 30 | 3.28% | | | | |
| 5 | Huntsville | 214,999 | 100.00% | | | | |
| 5 | Decatur | 58 | 0.10% | | | | |
| 6 | Birmingham | 16,584 | 8.26% | | | | |
| 6 | Hueytown | 0 | 0.00% | | | | |

## Communities of Interest (Condensed)

AL_Illustrative_6

| District | City/Town | Population | % Pop | District | City/Town | Population | % Pop |
|---|---|---|---|---|---|---|---|
| 7 | Woodstock | 1,438 | 97.69% | | | | |
| 7 | Lake View | 1,083 | 30.42% | | | | |
| 7 | Helena | 2,493 | 11.92% | | | | |
| 7 | Prattville | 12,209 | 32.32% | | | | |
| 7 | Moundville | 1,246 | 41.20% | | | | |
| 7 | Northport | 12,725 | 40.88% | | | | |
| 7 | Mountain Brook | 81 | 0.36% | | | | |
| 7 | Homewood | 22,827 | 86.42% | | | | |
| 7 | Vestavia Hills | 83 | 0.21% | | | | |
| 7 | Hoover | 49,047 | 52.96% | | | | |
| 7 | Trussville | 8,654 | 33.13% | | | | |
| 7 | Clay | 7,119 | 69.18% | | | | |
| 7 | Fultondale | 9,876 | 100.00% | | | | |
| 7 | Gardendale | 5,689 | 35.46% | | | | |
| 7 | Pinson | 5,425 | 75.19% | | | | |