FILED

2024 Aug-07  PM 06:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

User:
Plan Name: **AL_Illustrative_6**
Plan Type: **Congress**

# Measures of Compactness Report

Friday, May 10, 2024                                                                                                 5:28 PM

Number of cut edges: 4,567

|  | Reock |  | Polsby-Popper | Population Polygon | Area/Convex Hull |
|---|---|---|---|---|---|
| Sum | N/A |  | N/A | N/A | N/A |
| Min | 0.24 |  | 0.10 | 0.43 | 0.51 |
| Max | 0.35 |  | 0.34 | 0.84 | 0.85 |
| Mean | 0.31 |  | 0.16 | 0.59 | 0.64 |
| Std. Dev. | 0.04 |  | 0.08 | 0.14 | 0.11 |

| District | Reock |  | Polsby-Popper | Population Polygon | Area/Convex Hull |
|---|---|---|---|---|---|
| 1 | 0.24 |  | 0.12 | 0.68 | 0.51 |
| 2 | 0.29 |  | 0.11 | 0.45 | 0.57 |
| 3 | 0.35 |  | 0.16 | 0.61 | 0.63 |
| 4 | 0.30 |  | 0.18 | 0.43 | 0.70 |
| 5 | 0.33 |  | 0.34 | 0.84 | 0.85 |
| 6 | 0.29 |  | 0.10 | 0.52 | 0.65 |
| 7 | 0.34 |  | 0.11 | 0.58 | 0.56 |

## Measures of Compactness Report

AL_Illustrative_6

Measures of Compactness Summary

| | |
|---|---|
| **Reock** | The measure is always between 0 and 1, with 1 being the most compact. |
| **Polsby-Popper** | The measure is always between 0 and 1, with 1 being the most compact. |
| **Population Polygon** | The measure is always between 0 and 1, with 1 being the most compact. |
| **Area / Convex Hull** | The measure is always between 0 and 1, with 1 being the most compact. |
| **Cut Edges** | A smaller number implies a more compact plan. The measure should only be used to compare plans defined on the same base layer. |