FILED

2024 Aug-07  PM 06:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Population Summary Report

**Alabama  U.S. House  -- 2020 Census -- Illustrative Plan 7**

| District | Population | Deviation | % Deviation | AP Black | % AP Black | Latino | % Latino | NH White | % NH White |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 717753 | -1 | 0.00% | 122027 | 17.00% | 34598 | 4.82% | 523807 | 72.98% |
| 2 | 717752 | -2 | 0.00% | 387918 | 54.05% | 21090 | 2.94% | 282195 | 39.32% |
| 3 | 717755 | 1 | 0.00% | 192791 | 26.86% | 30459 | 4.24% | 463244 | 64.54% |
| 4 | 717755 | 1 | 0.00% | 66791 | 9.31% | 42029 | 5.86% | 578131 | 80.55% |
| 5 | 717755 | 1 | 0.00% | 121073 | 16.87% | 59677 | 8.31% | 494174 | 68.85% |
| 6 | 717755 | 1 | 0.00% | 99797 | 13.90% | 35961 | 5.01% | 547302 | 76.25% |
| 7 | 717754 | 0 | 0.00% | 374339 | 52.15% | 40233 | 5.61% | 282498 | 39.36% |
| **Total** | **5024279** | | **0.00%** | **1364736** | **27.16%** | **264047** | **5.26%** | **3171351** | **63.12%** |

| District | 18+ Pop | 18+ AP Black | % 18+ AP Black | 18+ Latino | % 18+ Latino | 18+ NH White | % 18+ NH White |
|---|---|---|---|---|---|---|---|
| 1 | 556689 | 86748 | 15.58% | 22107 | 3.97% | 419740 | 75.40% |
| 2 | 559658 | 290359 | 51.88% | 13865 | 2.48% | 235182 | 42.02% |
| 3 | 564958 | 144134 | 25.51% | 19491 | 3.45% | 376779 | 66.69% |
| 4 | 564081 | 48672 | 8.63% | 26382 | 4.68% | 465274 | 82.48% |
| 5 | 557105 | 89743 | 16.11% | 35996 | 6.46% | 398712 | 71.57% |
| 6 | 555983 | 73644 | 13.25% | 22902 | 4.12% | 433769 | 78.02% |
| 7 | 558692 | 281072 | 50.31% | 26113 | 4.67% | 235088 | 42.08% |
| **Total** | **3917166** | **1014372** | **25.90%** | **166856** | **4.26%** | **2564544** | **65.47%** |

| District | % NH DOJ Black CVAP* | % SR NH White CVAP | % 2023 Black Registered Voters | % 2023 White Registered Voters |
|---|---|---|---|---|
| 1 | 15.69% | 78.68% | 15.01% | 80.89% |
| 2 | 53.56% | 42.88% | 53.67% | 43.36% |
| 3 | 25.68% | 70.16% | 25.42% | 71.15% |
| 4 | 8.39% | 87.29% | 8.34% | 88.65% |
| 5 | 16.40% | 76.92% | 16.08% | 78.18% |
| 6 | 13.30% | 82.40% | 12.44% | 83.64% |
| 7 | 52.62% | 43.99% | 52.92% | 43.70% |

Note: 2017-2021 Citizen Voting Age Population (CVAP)  percentages are disaggregated from block-group level ACS estimates
Source for CVAP disaggregation: Redistricting Data Hub
https://redistrictingdatahub.org/dataset/alabama-cvap-data-disaggregated-to-the-block-level-2021/
Source for Registered voters: State of Alabama Defendants