FILED

2024 Aug-07  PM 06:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

User:
Plan Name: **Al_Illustrative_Plan_7**
Plan Type: **Congress**

## Political Subdivision Splits Between Districts

| Friday, May 10, 2024 | 5:30 PM |
|---|---|

### Split Counts

Number of subdivisions split into more than one district:

| County | 5 |
|---|---|
| Voting District | 33 |

Number of splits involving no population:

| County | 0 |
|---|---|
| Voting District | 5 |

Number of times a subdivision is split into multiple districts:

| County | 5 |
|---|---|
| Voting District | 33 |

| County | Voting District | District | Population |
|---|---|---|---|
| *Split  Counties:* | | | |
| Etowah AL | | 3 | 83,952 |
| Etowah AL | | 5 | 19,484 |
| Jefferson AL | | 6 | 262,345 |
| Jefferson AL | | 7 | 412,376 |
| Limestone AL | | 4 | 40,222 |
| Limestone AL | | 5 | 63,348 |
| Mobile AL | | 1 | 157,861 |
| Mobile AL | | 2 | 256,948 |
| Tuscaloosa AL | | 4 | 101,753 |
| Tuscaloosa AL | | 7 | 125,283 |
| *Split  VTDs:* | | | |
| Etowah AL | Lookout Mtn. Comm. Ctr. | 3 | 2,337 |
| Etowah AL | Lookout Mtn. Comm. Ctr. | 5 | 626 |
| Jefferson AL | Bluff Pk UM Church | 6 | 5,846 |
| Jefferson AL | Bluff Pk UM Church | 7 | 0 |
| Jefferson AL | Church at Grants Mill | 6 | 906 |
| Jefferson AL | Church at Grants Mill | 7 | 2,256 |
| Jefferson AL | Fultondale Sr Citizens Bldg | 6 | 0 |
| Jefferson AL | Fultondale Sr Citizens Bldg | 7 | 5,086 |
| Jefferson AL | Guiding Light Church | 6 | 342 |
| Jefferson AL | Guiding Light Church | 7 | 1,924 |
| Jefferson AL | Irondale City Hall | 6 | 0 |
| Jefferson AL | Irondale City Hall | 7 | 1,385 |
| Jefferson AL | Maurice West Comm Ctr | 6 | 1,247 |
| Jefferson AL | Maurice West Comm Ctr | 7 | 841 |
| Limestone AL | Athens Rec/Sr Ctr/Linsay/Friendship/Elkton | 4 | 3,340 |
| Limestone AL | Athens Rec/Sr Ctr/Linsay/Friendship/Elkton | 5 | 25,413 |

## Political Subdivision Splits Between Districts

AI_Illustrative_Plan_7

| County | Voting District | District | Population |
|---|---|---|---|
| Limestone AL | Isom's/Copeland/Bethel/Capshaw | 4 | 2,055 |
| Limestone AL | Isom's/Copeland/Bethel/Capshaw | 5 | 23,261 |
| Limestone AL | Westside Comm Ctr | 4 | 6,959 |
| Limestone AL | Westside Comm Ctr | 5 | 32 |
| Mobile AL | Chunchula Bapt Ch | 1 | 67 |
| Mobile AL | Chunchula Bapt Ch | 2 | 2,143 |
| Mobile AL | Creekwood Ch of Christ | 1 | 9,827 |
| Mobile AL | Creekwood Ch of Christ | 2 | 455 |
| Mobile AL | Dauphin Island UM Church | 1 | 1,778 |
| Mobile AL | Dauphin Island UM Church | 2 | 0 |
| Mobile AL | Dayspring Bapt Church | 1 | 8,126 |
| Mobile AL | Dayspring Bapt Church | 2 | 668 |
| Mobile AL | Friendship Miss Bapt Church | 1 | 151 |
| Mobile AL | Friendship Miss Bapt Church | 2 | 3,677 |
| Mobile AL | Georgetown Bapt Church | 1 | 1,968 |
| Mobile AL | Georgetown Bapt Church | 2 | 1,362 |
| Mobile AL | Hollingers Island Elem | 1 | 2,426 |
| Mobile AL | Hollingers Island Elem | 2 | 184 |
| Mobile AL | Holy Name of Jesus Church | 1 | 7,746 |
| Mobile AL | Holy Name of Jesus Church | 2 | 164 |
| Mobile AL | Indian Springs Church | 1 | 3,007 |
| Mobile AL | Indian Springs Church | 2 | 5 |
| Mobile AL | Magnolia Springs Church | 1 | 4,756 |
| Mobile AL | Magnolia Springs Church | 2 | 314 |
| Mobile AL | Mt. Ararat Bapt Church | 1 | 1,552 |
| Mobile AL | Mt. Ararat Bapt Church | 2 | 1,154 |
| Mobile AL | Seven Hills Church | 1 | 8,595 |
| Mobile AL | Seven Hills Church | 2 | 7 |
| Mobile AL | Sonrise Bapt Church | 1 | 3,072 |
| Mobile AL | Sonrise Bapt Church | 2 | 0 |
| Mobile AL | Tillmans Corner Comm | 1 | 6,990 |
| Mobile AL | Tillmans Corner Comm | 2 | 120 |
| Tuscaloosa AL | Church of Highlands | 4 | 7,277 |
| Tuscaloosa AL | Church of Highlands | 7 | 617 |
| Tuscaloosa AL | Coaling Town Hall | 4 | 849 |
| Tuscaloosa AL | Coaling Town Hall | 7 | 3,173 |
| Tuscaloosa AL | Cornerstone Church | 4 | 4 |
| Tuscaloosa AL | Cornerstone Church | 7 | 4,801 |
| Tuscaloosa AL | Cottondale Comm Church | 4 | 2,571 |
| Tuscaloosa AL | Cottondale Comm Church | 7 | 871 |

**Maptitude**
For Redistricting

## Political Subdivision Splits Between Districts

AI_Illustrative_Plan_7

| County | Voting District | District | Population |
|---|---|---|---|
| Tuscaloosa AL | Flatwoods Church | 4 | 2,590 |
| Tuscaloosa AL | Flatwoods Church | 7 | 3,094 |
| Tuscaloosa AL | Northport City Hall | 4 | 6,352 |
| Tuscaloosa AL | Northport City Hall | 7 | 571 |
| Tuscaloosa AL | Tuscaloosa Courthouse | 4 | 5,021 |
| Tuscaloosa AL | Tuscaloosa Courthouse | 7 | 1,537 |
| Tuscaloosa AL | UA Rec Ctr | 4 | 14,047 |
| Tuscaloosa AL | UA Rec Ctr | 7 | 350 |
| Tuscaloosa AL | Vance Town Hall | 4 | 467 |
| Tuscaloosa AL | Vance Town Hall | 7 | 3,305 |