FILED

2024 Aug-07  PM 06:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

User:
Plan Name: **AI_Illustrative_Plan_7**
Plan Type: **Congress**

# Communities of Interest (Condensed)

Friday, May 10, 2024                                                                                     5:34 PM

**Whole City/Town : 431**
**City/Town Splits: 80**
**Zero Population City/Town Splits: 8**

| District | City/Town | Population | % Pop | District | City/Town | Population | % Pop |
|---|---|---|---|---|---|---|---|
| 1 | Semmes | 4,913 | 99.43% | 6 | Calera | 16,408 | 99.48% |
| 1 | Prichard | 14 | 0.07% | 6 | Homewood | 18,382 | 69.59% |
| 2 | Notasulga | 866 | 94.75% | 6 | Hoover | 60,560 | 65.40% |
| 2 | Semmes | 28 | 0.57% | 6 | Sumiton | 22 | 0.90% |
| 2 | Prichard | 19,308 | 99.93% | 6 | Garden City | 0 | 0.00% |
| 3 | Notasulga | 48 | 5.25% | 6 | Trussville | 26,117 | 99.98% |
| 3 | Oxford | 17,553 | 79.54% | 6 | Clay | 6,015 | 58.45% |
| 3 | Prattville | 1,883 | 4.98% | 6 | Brookside | 1,253 | 100.00% |
| 3 | Millbrook | 16,161 | 97.57% | 6 | Fultondale | 0 | 0.00% |
| 3 | Reece City | 615 | 100.00% | 6 | Gardendale | 15,865 | 98.88% |
| 3 | Piedmont | 4,787 | 100.00% | 6 | Pinson | 1,829 | 25.35% |
| 4 | Tuscaloosa | 37,167 | 37.32% | 7 | Birmingham | 179,170 | 89.26% |
| 4 | Coaling | 125 | 6.14% | 7 | Hueytown | 16,776 | 100.00% |
| 4 | Vance | 94 | 4.49% | 7 | Sylvan Springs | 18 | 1.09% |
| 4 | Woodstock | 34 | 2.31% | 7 | Maytown | 316 | 100.00% |
| 4 | Lake View | 2,477 | 69.58% | 7 | Pleasant Grove | 9,544 | 100.00% |
| 4 | Northport | 19,926 | 64.02% | 7 | Adamsville | 4,331 | 99.20% |
| 4 | Sumiton | 2,422 | 99.10% | 7 | Graysville | 826 | 42.36% |
| 4 | Arab | 29 | 0.34% | 7 | Irondale | 8,787 | 65.10% |
| 4 | Athens | 460 | 1.81% | 7 | Tuscaloosa | 62,433 | 62.68% |
| 4 | Huntsville | 7 | 0.00% | 7 | Coaling | 1,910 | 93.86% |
| 4 | Decatur | 57,880 | 99.90% | 7 | Vance | 1,998 | 95.51% |
| 4 | Garden City | 528 | 100.00% | 7 | Woodstock | 1,438 | 97.69% |
| 5 | Altoona | 906 | 95.57% | 7 | Lake View | 1,083 | 30.42% |
| 5 | Reece City | 0 | 0.00% | 7 | Helena | 2,493 | 11.92% |
| 5 | Arab | 8,432 | 99.66% | 7 | Bessemer | 25,482 | 97.94% |
| 5 | Athens | 24,946 | 98.19% | 7 | Prattville | 35,898 | 95.02% |
| 5 | Piedmont | 0 | 0.00% | 7 | Millbrook | 403 | 2.43% |
| 5 | Huntsville | 214,999 | 100.00% | 7 | Northport | 11,199 | 35.98% |
| 5 | Decatur | 58 | 0.10% | 7 | Calera | 86 | 0.52% |
| 6 | Birmingham | 21,563 | 10.74% | 7 | Homewood | 8,032 | 30.41% |
| 6 | Hueytown | 0 | 0.00% | 7 | Hoover | 32,046 | 34.60% |
| 6 | Sylvan Springs | 1,635 | 98.91% | 7 | Trussville | 6 | 0.02% |
| 6 | Maytown | 0 | 0.00% | 7 | Clay | 4,276 | 41.55% |
| 6 | Pleasant Grove | 0 | 0.00% | 7 | Brookside | 0 | 0.00% |
| 6 | Oxford | 4,516 | 20.46% | 7 | Fultondale | 9,876 | 100.00% |
| 6 | Altoona | 42 | 4.43% | 7 | Gardendale | 179 | 1.12% |
| 6 | Adamsville | 35 | 0.80% | 7 | Pinson | 5,386 | 74.65% |
| 6 | Graysville | 1,124 | 57.64% | | | | |
| 6 | Irondale | 4,710 | 34.90% | | | | |
| 6 | Helena | 18,421 | 88.08% | | | | |
| 6 | Bessemer | 537 | 2.06% | | | | |