FILED

2024 Aug-07  PM 06:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

User:
Plan Name: **AI_Illustrative_Plan_7**
Plan Type: **Congress**

# Measures of Compactness Report

Friday, May 10, 2024                                                                                           5:35 PM

Number of cut edges: 3,670

|          | Reock | Polsby-Popper | Population Polygon | Area/Convex Hull |
|----------|-------|---------------|--------------------|------------------|
| Sum      | N/A   | N/A           | N/A                | N/A              |
| Min      | 0.20  | 0.13          | 0.55               | 0.58             |
| Max      | 0.56  | 0.39          | 0.83               | 0.82             |
| Mean     | 0.41  | 0.21          | 0.66               | 0.71             |
| Std. Dev.| 0.13  | 0.10          | 0.09               | 0.10             |

| District | Reock | Polsby-Popper | Population Polygon | Area/Convex Hull |
|----------|-------|---------------|--------------------|------------------|
| 1        | 0.20  | 0.13          | 0.72               | 0.58             |
| 2        | 0.39  | 0.19          | 0.65               | 0.72             |
| 3        | 0.32  | 0.17          | 0.65               | 0.68             |
| 4        | 0.54  | 0.32          | 0.63               | 0.82             |
| 5        | 0.47  | 0.39          | 0.83               | 0.82             |
| 6        | 0.56  | 0.14          | 0.61               | 0.77             |
| 7        | 0.37  | 0.13          | 0.55               | 0.59             |

**Maptitude** For Redistricting

## Measures of Compactness Report

Measures of Compactness Summary

| | |
|---|---|
| **Reock** | The measure is always between 0 and 1, with 1 being the most compact. |
| **Polsby-Popper** | The measure is always between 0 and 1, with 1 being the most compact. |
| **Population Polygon** | The measure is always between 0 and 1, with 1 being the most compact. |
| **Area / Convex Hull** | The measure is always between 0 and 1, with 1 being the most compact. |
| **Cut Edges** | A smaller number implies a more compact plan. The measure should only be used to compare plans defined on the same base layer. |