FILED

2024 Aug-07 PM 06:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Population Summary Report

### Alabama  U.S. House  -- 2020 Census -- Illustrative Plan 8

| District | Population | Deviation | % Deviation | AP Black | % AP Black | Latino | % Latino | NH White | % NH White |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 717755 | 1 | 0.00% | 123433 | 17.20% | 34008 | 4.74% | 523204 | 72.89% |
| 2 | 717754 | 0 | 0.00% | 374091 | 52.12% | 23389 | 3.26% | 292277 | 40.72% |
| 3 | 717754 | 0 | 0.00% | 171952 | 23.96% | 29696 | 4.14% | 484442 | 67.49% |
| 4 | 717754 | 0 | 0.00% | 56723 | 7.90% | 57537 | 8.02% | 575711 | 80.21% |
| 5 | 717754 | 0 | 0.00% | 138438 | 19.29% | 47408 | 6.61% | 486765 | 67.82% |
| 6 | 717753 | -1 | 0.00% | 115601 | 16.11% | 36940 | 5.15% | 531329 | 74.03% |
| 7 | 717755 | 1 | 0.00% | 384498 | 53.57% | 35069 | 4.89% | 277623 | 38.68% |
| Total | 5024279 | | 0.00% | 1364736 | 27.16% | 264047 | 5.26% | 3171351 | 63.12% |

| District | 18+ Pop | 18+ AP Black | % 18+ AP Black | 18+ Latino | % 18+ Latino | 18+ NH White | % 18+ NH White |
|---|---|---|---|---|---|---|---|
| 1 | 557166 | 87948 | 15.78% | 21714 | 3.90% | 419592 | 75.31% |
| 2 | 561030 | 280577 | 50.01% | 15303 | 2.73% | 243705 | 43.44% |
| 3 | 564022 | 127886 | 22.67% | 18912 | 3.35% | 392371 | 69.57% |
| 4 | 555217 | 40112 | 7.22% | 33850 | 6.10% | 459881 | 82.83% |
| 5 | 560406 | 102735 | 18.33% | 29677 | 5.30% | 393794 | 70.27% |
| 6 | 552875 | 84412 | 15.27% | 23556 | 4.26% | 419921 | 75.95% |
| 7 | 566450 | 290702 | 51.32% | 23844 | 4.21% | 235280 | 41.54% |
| Total | 3917166 | 1014372 | 25.90% | 166856 | 4.26% | 2564544 | 65.47% |

| District | % NH DOJ Black CVAP* | % SR NH White CVAP | % 2023 Black Registered Voters | % 2023 White Registered Voters |
|---|---|---|---|---|
| 1 | 15.94% | 78.47% | 15.14% | 80.84% |
| 2 | 51.83% | 44.40% | 51.79% | 45.04% |
| 3 | 22.77% | 73.11% | 22.58% | 74.03% |
| 4 | 7.14% | 88.30% | 7.07% | 89.55% |
| 5 | 18.60% | 74.75% | 18.17% | 76.32% |
| 6 | 15.98% | 79.75% | 14.91% | 81.32% |
| 7 | 53.54% | 43.41% | 53.92% | 42.78% |

Note: 2017-2021 Citizen Voting Age Population (CVAP)  percentages are disaggregated from block-group level ACS estimates
Source for CVAP disaggregation: Redistricting Data Hub
https://redistrictingdatahub.org/dataset/alabama-cvap-data-disaggregated-to-the-block-level-2021/
Source for Registered voters: State of Alabama Defendants