FILED

2024 Aug-07  PM 06:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

**Illustrative Plan 8**

0        40        80

Miles

**Alabama U.S. House**

©2019 CALIPER; ©2018 HERE