User:
Plan Name: **Al_Illustrative_Plan_8_**
Plan Type: **Congress**

# Political Subdivision Splits Between Districts

| Friday, May 10, 2024 | 9:31 PM |
|---|---|

## Split Counts

| Number of subdivisions split into more than one district: | | Number of splits involving no population: | |
|---|---|---|---|
| County | 6 | County | 0 |
| Voting District | 17 | Voting District | 5 |

| Number of times a subdivision is split into multiple districts: | |
|---|---|
| County | 6 |
| Voting District | 17 |

| County | Voting District | District | Population |
|---|---|---|---|
| *Split Counties:* | | | |
| Jefferson AL | | 6 | 209,141 |
| Jefferson AL | | 7 | 465,580 |
| Lauderdale AL | | 4 | 76,606 |
| Lauderdale AL | | 5 | 16,958 |
| Mobile AL | | 1 | 157,863 |
| Mobile AL | | 2 | 256,946 |
| Sumter AL | | 2 | 8,068 |
| Sumter AL | | 7 | 4,277 |
| Talladega AL | | 3 | 13,776 |
| Talladega AL | | 6 | 68,373 |
| Tuscaloosa AL | | 4 | 87,072 |
| Tuscaloosa AL | | 7 | 139,964 |
| *Split VTDs:* | | | |
| Jefferson AL | Fultondale Sr Citizens Bldg | 6 | 0 |
| Jefferson AL | Fultondale Sr Citizens Bldg | 7 | 5,086 |
| Jefferson AL | Gardendale Mt Vernon UM | 6 | 6,719 |
| Jefferson AL | Gardendale Mt Vernon UM | 7 | 0 |
| Jefferson AL | Homewood Public Lib | 6 | 120 |
| Jefferson AL | Homewood Public Lib | 7 | 10,057 |
| Lauderdale AL | Center Star 1st Bapt | 4 | 609 |
| Lauderdale AL | Center Star 1st Bapt | 5 | 4,492 |
| Lauderdale AL | Lexington Sr Ctr | 4 | 4 |
| Lauderdale AL | Lexington Sr Ctr | 5 | 2,712 |
| Mobile AL | Bishop State Comm. College | 1 | 0 |
| Mobile AL | Bishop State Comm. College | 2 | 3,269 |
| Mobile AL | Creekwood Ch of Christ | 1 | 2,101 |
| Mobile AL | Creekwood Ch of Christ | 2 | 8,181 |

## Political Subdivision Splits Between Districts

AL_Illustrative_Plan_8_

| County | Voting District | District | Population |
|---|---|---|---|
| Mobile AL | J C Davis Audit | 1 | 0 |
| Mobile AL | J C Davis Audit | 2 | 6,457 |
| Mobile AL | James Seals Jr. Rec. Ctr | 1 | 1,314 |
| Mobile AL | James Seals Jr. Rec. Ctr | 2 | 1,598 |
| Mobile AL | Mt. Vernon Civic Ctr | 1 | 0 |
| Mobile AL | Mt. Vernon Civic Ctr | 2 | 2,951 |
| Mobile AL | Palmer Pillans Mid Sch | 1 | 2,205 |
| Mobile AL | Palmer Pillans Mid Sch | 2 | 412 |
| Mobile AL | Rock of Faith Bapt Ch | 1 | 68 |
| Mobile AL | Rock of Faith Bapt Ch | 2 | 4,062 |
| Sumter AL | Livingston Civic Ctr | 2 | 528 |
| Sumter AL | Livingston Civic Ctr | 7 | 3,842 |
| Talladega AL | Eastaboga/Lincoln | 3 | 1,562 |
| Talladega AL | Eastaboga/Lincoln | 6 | 7,750 |
| Tuscaloosa AL | Big Sandy Church | 4 | 34 |
| Tuscaloosa AL | Big Sandy Church | 7 | 7,551 |
| Tuscaloosa AL | Bobby Miller Activity Ctr | 4 | 3,604 |
| Tuscaloosa AL | Bobby Miller Activity Ctr | 7 | 8,895 |
| Tuscaloosa AL | McDonald Hughes Ctr | 4 | 531 |
| Tuscaloosa AL | McDonald Hughes Ctr | 7 | 4,523 |