FILED
2024 Aug-07  PM 06:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

User:
Plan Name: **Al_Illustrative_Plan_8_**
Plan Type: **Congress**

# Communities of Interest (Condensed)

Friday, May 10, 2024 | 9:35 PM

**Whole City/Town : 432**
**City/Town Splits: 68**
**Zero Population City/Town Splits: 4**

| District | City/Town | Population | % Pop | District | City/Town | Population | % Pop |
|---|---|---|---|---|---|---|---|
| 1 | Satsuma | 6,704 | 99.33% | 6 | Hoover | 55,440 | 59.87% |
| 1 | Chickasaw | 0 | 0.00% | 6 | Sumiton | 22 | 0.90% |
| 1 | Mobile | 15,877 | 8.49% | 6 | Trussville | 26,117 | 99.98% |
| 1 | Semmes | 1,429 | 28.92% | 6 | Clay | 6,015 | 58.45% |
| 1 | Saraland | 9,532 | 58.95% | 6 | Trafford | 613 | 100.00% |
| 2 | Notasulga | 866 | 94.75% | 6 | County Line | 94 | 30.23% |
| 2 | Satsuma | 45 | 0.67% | 6 | Fultondale | 0 | 0.00% |
| 2 | Livingston | 398 | 11.58% | 6 | Gardendale | 15,807 | 98.52% |
| 2 | Chickasaw | 6,457 | 100.00% | 6 | Pinson | 1,829 | 25.35% |
| 2 | Mobile | 171,164 | 91.51% | 7 | Birmingham | 194,105 | 96.70% |
| 2 | Semmes | 3,512 | 71.08% | 7 | Graysville | 1,937 | 99.33% |
| 2 | Saraland | 6,639 | 41.05% | 7 | Irondale | 5,280 | 39.12% |
| 3 | Notasulga | 48 | 5.25% | 7 | Livingston | 3,038 | 88.42% |
| 3 | Altoona | 906 | 95.57% | 7 | Tuscaloosa | 82,852 | 83.18% |
| 3 | Lincoln | 14 | 0.20% | 7 | Vance | 2,019 | 96.51% |
| 3 | Talladega | 0 | 0.00% | 7 | Woodstock | 129 | 8.76% |
| 3 | Prattville | 1,883 | 4.98% | 7 | Helena | 2,493 | 11.92% |
| 3 | Millbrook | 16,161 | 97.57% | 7 | Mountain Brook | 1,281 | 5.70% |
| 3 | Boaz | 1,110 | 10.98% | 7 | Homewood | 26,357 | 99.78% |
| 3 | Sardis City | 1,810 | 99.78% | 7 | Hoover | 37,166 | 40.13% |
| 3 | Collinsville | 13 | 0.63% | 7 | Trussville | 6 | 0.02% |
| 3 | Sand Rock | 565 | 95.60% | 7 | Clay | 4,276 | 41.55% |
| 4 | Altoona | 42 | 4.43% | 7 | Fultondale | 9,876 | 100.00% |
| 4 | Tuscaloosa | 16,748 | 16.82% | 7 | Gardendale | 237 | 1.48% |
| 4 | Sumiton | 2,422 | 99.10% | 7 | Pinson | 5,386 | 74.65% |
| 4 | Boaz | 8,997 | 89.02% | | | | |
| 4 | Sardis City | 4 | 0.22% | | | | |
| 4 | Collinsville | 2,046 | 99.37% | | | | |
| 4 | Sand Rock | 26 | 4.40% | | | | |
| 4 | Trafford | 0 | 0.00% | | | | |
| 4 | County Line | 217 | 69.77% | | | | |
| 6 | Birmingham | 6,628 | 3.30% | | | | |
| 6 | Lincoln | 6,831 | 99.80% | | | | |
| 6 | Graysville | 13 | 0.67% | | | | |
| 6 | Irondale | 8,217 | 60.88% | | | | |
| 6 | Talladega | 15,861 | 100.00% | | | | |
| 6 | Vance | 73 | 3.49% | | | | |
| 6 | Woodstock | 1,343 | 91.24% | | | | |
| 6 | Helena | 18,421 | 88.08% | | | | |
| 6 | Prattville | 35,898 | 95.02% | | | | |
| 6 | Millbrook | 403 | 2.43% | | | | |
| 6 | Mountain Brook | 21,180 | 94.30% | | | | |
| 6 | Homewood | 57 | 0.22% | | | | |