FILED

2024 Aug-07  PM 06:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Population Summary Report

### Alabama  U.S. House  -- 2020 Census -- Special Master Plan

| District | Population | Deviation | % Deviation | AP Black | % AP Black | Latino | % Latino | NH White | % NH White |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 717754 | 0 | 0.00% | 126801 | 17.67% | 33476 | 4.66% | 519198 | 72.34% |
| 2 | 717754 | 0 | 0.00% | 364985 | 50.85% | 26535 | 3.70% | 298335 | 41.57% |
| 3 | 717754 | 0 | 0.00% | 156204 | 21.76% | 27470 | 3.83% | 502129 | 69.96% |
| 4 | 717754 | 0 | 0.00% | 56723 | 7.90% | 57537 | 8.02% | 575711 | 80.21% |
| 5 | 717754 | 0 | 0.00% | 138438 | 19.29% | 47408 | 6.61% | 486765 | 67.82% |
| 6 | 717755 | 1 | 0.00% | 133963 | 18.66% | 39453 | 5.50% | 510804 | 71.17% |
| 7 | 717754 | 0 | 0.00% | 387622 | 54.00% | 32168 | 4.48% | 278409 | 38.79% |
| **Total** | **5024279** | | 0.00% | **1364736** | **27.16%** | **264047** | **5.26%** | **3171351** | **63.12%** |

| District | 18+ Pop | 18+ AP Black | % 18+ AP Black | 18+ Latino | % 18+ Latino | 18+ NH White | % 18+ NH White |
|---|---|---|---|---|---|---|---|
| 1 | 557336 | 90582 | 16.25% | 21367 | 3.83% | 416674 | 74.76% |
| 2 | 558661 | 272023 | 48.69% | 17215 | 3.08% | 247928 | 44.38% |
| 3 | 564595 | 116843 | 20.70% | 17599 | 3.12% | 405145 | 71.76% |
| 4 | 555217 | 40112 | 7.22% | 33850 | 6.10% | 459881 | 82.83% |
| 5 | 560406 | 102735 | 18.33% | 29677 | 5.30% | 393794 | 70.27% |
| 6 | 552411 | 96958 | 17.55% | 25174 | 4.56% | 405521 | 73.41% |
| 7 | 568540 | 295119 | 51.91% | 21974 | 3.86% | 235601 | 41.44% |
| **Total** | **3917166** | **1014372** | **25.90%** | **166856** | **4.26%** | **2564544** | **65.47%** |

| District | % NH DOJ Black CVAP* | % SR NH White CVAP | % 2023 Black Registered Voters | % 2023 White Registered Voters |
|---|---|---|---|---|
| 1 | 16.44% | 77.89% | 15.60% | 80.33% |
| 2 | 50.35% | 45.49% | 50.58% | 45.96% |
| 3 | 20.76% | 75.45% | 20.46% | 76.46% |
| 4 | 7.14% | 88.30% | 7.07% | 89.55% |
| 5 | 18.60% | 74.75% | 18.17% | 76.32% |
| 6 | 17.95% | 77.73% | 16.83% | 79.19% |
| 7 | 54.39% | 42.73% | 54.56% | 42.39% |

Note: 2017-2021 Citizen Voting Age Population (CVAP)  percentages are disaggregated from block-group level ACS estimates
Source for CVAP disaggregation: Redistricting Data Hub
https://redistrictingdatahub.org/dataset/alabama-cvap-data-disaggregated-to-the-block-level-2021/
Source for Registered voters: State of Alabama Defendants