2024 Aug-07  PM 06:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

Special_Master_Plan

Alabama U.S. House

©2019 CALIPER; ©2018 HERE



Special_Master_Plan

Alabama U.S. House