FILED

2024 Aug-07  PM 06:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

User:
Plan Name: **Special_Master_Plan**
Plan Type: **Congress**

## Political Subdivision Splits Between Districts

| Monday, May 13, 2024 | 12:23 PM |
|---|---|

### Split Counts

| Number of subdivisions split into more than one district: | | Number of splits involving no population: | |
|---|---|---|---|
| County | 6 | County | 0 |
| Voting District | 14 | Voting District | 0 |

Number of times a subdivision is split into multiple districts:

| County | 6 |
|---|---|
| Voting District | 14 |

| County | Voting District | District | Population |
|---|---|---|---|
| *Split  Counties:* | | | |
| Clarke AL | | 2 | 5,547 |
| Clarke AL | | 7 | 17,540 |
| Jefferson AL | | 6 | 268,326 |
| Jefferson AL | | 7 | 406,395 |
| Lauderdale AL | | 4 | 76,606 |
| Lauderdale AL | | 5 | 16,958 |
| Mobile AL | | 1 | 157,862 |
| Mobile AL | | 2 | 256,947 |
| Talladega AL | | 3 | 80,220 |
| Talladega AL | | 6 | 1,929 |
| Tuscaloosa AL | | 4 | 87,072 |
| Tuscaloosa AL | | 7 | 139,964 |
| *Split  VTDs:* | | | |
| Clarke AL | Nettlesboro VFD | 2 | 231 |
| Clarke AL | Nettlesboro VFD | 7 | 344 |
| Jefferson AL | Fultondale Sr Citizens Bldg | 6 | 1,326 |
| Jefferson AL | Fultondale Sr Citizens Bldg | 7 | 3,760 |
| Jefferson AL | Guiding Light Church | 6 | 2,179 |
| Jefferson AL | Guiding Light Church | 7 | 87 |
| Lauderdale AL | Center Star 1st Bapt | 4 | 609 |
| Lauderdale AL | Center Star 1st Bapt | 5 | 4,492 |
| Lauderdale AL | Lexington Sr Ctr | 4 | 4 |
| Lauderdale AL | Lexington Sr Ctr | 5 | 2,712 |
| Mobile AL | Christ Anglican Church | 1 | 1,072 |
| Mobile AL | Christ Anglican Church | 2 | 3,843 |
| Mobile AL | Holy Name of Jesus Church | 1 | 6,126 |
| Mobile AL | Holy Name of Jesus Church | 2 | 1,784 |
| Mobile AL | James Seals Jr. Rec. Ctr | 1 | 1,314 |
| Mobile AL | James Seals Jr. Rec. Ctr | 2 | 1,598 |

## Political Subdivision Splits Between Districts

Special_Master_Plan

| County | Voting District | District | Population |
|---|---|---|---|
| Mobile AL | Rock of Faith Bapt Ch | 1 | 68 |
| Mobile AL | Rock of Faith Bapt Ch | 2 | 4,062 |
| Mobile AL | Tree of Life Christ | 1 | 729 |
| Mobile AL | Tree of Life Christ | 2 | 4,546 |
| Talladega AL | Fayetteville/County Line | 3 | 688 |
| Talladega AL | Fayetteville/County Line | 6 | 1,929 |
| Tuscaloosa AL | Big Sandy Church | 4 | 34 |
| Tuscaloosa AL | Big Sandy Church | 7 | 7,551 |
| Tuscaloosa AL | Bobby Miller Activity Ctr | 4 | 3,604 |
| Tuscaloosa AL | Bobby Miller Activity Ctr | 7 | 8,895 |
| Tuscaloosa AL | McDonald Hughes Ctr | 4 | 531 |
| Tuscaloosa AL | McDonald Hughes Ctr | 7 | 4,523 |