FILED

2024 Aug-07  PM 06:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

User:
Plan Name: **Special_Master_Plan**
Plan Type: **Congress**

# Communities of Interest (Condensed)

Monday, May 13, 2024                                                                                   12:27 PM

**Whole City/Town : 431**
**City/Town Splits: 66**
**Zero Population City/Town Splits: 2**

| District | City/Town | Population | % Pop | District | City/Town | Population | % Pop |
|---|---|---|---|---|---|---|---|
| 1 | Mobile | 17,953 | 9.60% | 6 | Hoover | 55,440 | 59.87% |
| 1 | Semmes | 11 | 0.22% | 6 | Sylacauga | 4 | 0.03% |
| 1 | Prichard | 579 | 3.00% | 6 | Sumiton | 22 | 0.90% |
| 2 | Phenix City | 32,040 | 82.54% | 6 | Trussville | 24,521 | 93.87% |
| 2 | Notasulga | 866 | 94.75% | 6 | Trafford | 613 | 100.00% |
| 2 | Mobile | 169,088 | 90.40% | 6 | County Line | 94 | 30.23% |
| 2 | Semmes | 4,930 | 99.78% | 6 | Center Point | 9,381 | 57.18% |
| 2 | Prichard | 18,743 | 97.00% | 6 | Fultondale | 659 | 6.67% |
| 2 | Jackson | 1,911 | 40.25% | 6 | Gardendale | 15,962 | 99.49% |
| 3 | Phenix City | 6,776 | 17.46% | 7 | Birmingham | 187,205 | 93.26% |
| 3 | Tallassee | 1,645 | 34.54% | 7 | Graysville | 1,937 | 99.33% |
| 3 | Notasulga | 48 | 5.25% | 7 | Irondale | 2,831 | 20.98% |
| 3 | Leeds | 2,060 | 16.72% | 7 | Jackson | 2,837 | 59.75% |
| 3 | Altoona | 906 | 95.57% | 7 | Tuscaloosa | 82,852 | 83.18% |
| 3 | Argo | 4,307 | 98.60% | 7 | Vance | 2,019 | 96.51% |
| 3 | Vincent | 0 | 0.00% | 7 | Woodstock | 129 | 8.76% |
| 3 | Sylacauga | 12,574 | 99.97% | 7 | Helena | 2,493 | 11.92% |
| 3 | Boaz | 1,110 | 10.98% | 7 | Mountain Brook | 413 | 1.84% |
| 3 | Sardis City | 1,810 | 99.78% | 7 | Homewood | 13,585 | 51.43% |
| 3 | Collinsville | 13 | 0.63% | 7 | Hoover | 37,166 | 40.13% |
| 3 | Sand Rock | 565 | 95.60% | 7 | Center Point | 7,025 | 42.82% |
| 3 | Trussville | 1,602 | 6.13% | 7 | Fultondale | 9,217 | 93.33% |
| 4 | Altoona | 42 | 4.43% | 7 | Gardendale | 82 | 0.51% |
| 4 | Tuscaloosa | 16,748 | 16.82% | | | | |
| 4 | Sumiton | 2,422 | 99.10% | | | | |
| 4 | Boaz | 8,997 | 89.02% | | | | |
| 4 | Sardis City | 4 | 0.22% | | | | |
| 4 | Collinsville | 2,046 | 99.37% | | | | |
| 4 | Sand Rock | 26 | 4.40% | | | | |
| 4 | Trafford | 0 | 0.00% | | | | |
| 4 | County Line | 217 | 69.77% | | | | |
| 6 | Tallassee | 3,118 | 65.46% | | | | |
| 6 | Birmingham | 13,528 | 6.74% | | | | |
| 6 | Leeds | 10,264 | 83.28% | | | | |
| 6 | Argo | 61 | 1.40% | | | | |
| 6 | Graysville | 13 | 0.67% | | | | |
| 6 | Irondale | 10,666 | 79.02% | | | | |
| 6 | Vincent | 1,982 | 100.00% | | | | |
| 6 | Vance | 73 | 3.49% | | | | |
| 6 | Woodstock | 1,343 | 91.24% | | | | |
| 6 | Helena | 18,421 | 88.08% | | | | |
| 6 | Mountain Brook | 22,048 | 98.16% | | | | |
| 6 | Homewood | 12,829 | 48.57% | | | | |