FILED

2024 Aug-07  PM 06:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

User:
Plan Name: **Special_Master_Plan**
Plan Type: **Congress**

## Measures of Compactness Report

Monday, May 13, 2024                                                                                   12:28 PM

Number of cut edges: 3,597

|  | Reock |  | Polsby-Popper | Population Polygon | Area/Convex Hull |
|---|---|---|---|---|---|
| Sum | N/A |  | N/A | N/A | N/A |
| Min | 0.21 |  | 0.14 | 0.41 | 0.59 |
| Max | 0.46 |  | 0.40 | 0.96 | 0.91 |
| Mean | 0.35 |  | 0.24 | 0.69 | 0.71 |
| Std. Dev. | 0.10 |  | 0.10 | 0.20 | 0.12 |

| District | Reock |  | Polsby-Popper | Population Polygon | Area/Convex Hull |
|---|---|---|---|---|---|
| 1 | 0.21 |  | 0.15 | 0.73 | 0.59 |
| 2 | 0.22 |  | 0.14 | 0.72 | 0.60 |
| 3 | 0.41 |  | 0.35 | 0.91 | 0.81 |
| 4 | 0.33 |  | 0.20 | 0.41 | 0.61 |
| 5 | 0.37 |  | 0.40 | 0.96 | 0.91 |
| 6 | 0.45 |  | 0.20 | 0.56 | 0.71 |
| 7 | 0.46 |  | 0.21 | 0.57 | 0.71 |

**Measures of Compactness Report**                                             Special_Master_Plan

Measures of Compactness Summary

| | |
|---|---|
| **Reock** | The measure is always between 0 and 1, with 1 being the most compact. |
| **Polsby-Popper** | The measure is always between 0 and 1, with 1 being the most compact. |
| **Population Polygon** | The measure is always between 0 and 1, with 1 being the most compact. |
| **Area / Convex Hull** | The measure is always between 0 and 1, with 1 being the most compact. |
| **Cut Edges** | A smaller number implies a more compact plan. The measure should only be used to compare plans defined on the same base layer. |