# Alabama: 2020 Core Based Statistical Areas and Counties

FILED

2024 Aug-07 PM 06:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

MISSISSIPPI

GEORGIA

N

**Florence-Muscle Shoals**
Lauderdale
Colbert

**Huntsville-Decatur**
Huntsville
Limestone
Madison
**Decatur**
Lawrence
Morgan

Scottsboro
Jackson
**Scottsboro-Fort Payne**
Fort Payne
DeKalb

Franklin

Marion
Winston

Albertville
Marshall

Cherokee

**Atlanta--Athens-Clarke County--Sandy Springs**

Lamar
Fayette

**Jasper**
Walker

**Cullman**
Cullman

Blount

**Gadsden**
Etowah

St. Clair

**Anniston-Oxford**
Calhoun

Cleburne

**Birmingham-Hoover-Talladega**
Jefferson

**Birmingham-Hoover**

Shelby

Talladega-Sylacauga

Talladega

Clay

Randolph

Pickens

**Tuscaloosa**
Tuscaloosa

**Tuscaloosa**

Bibb

Greene
Hale

Chilton

Alexander City
Coosa

Tallapoosa

LaGrange
Chambers

**Columbus-Auburn-Opelika**

Sumter

Perry

Marengo

**Montgomery-Selma-Alexander City**
Autauga
Elmore

**Selma**
Dallas

**Montgomery**
Lowndes
Montgomery

Lee
**Auburn-Opelika**

Macon

Russell
**Columbus**

Choctaw

Wilcox

Bullock

Eufaula
Barbour

Clarke

Butler
Crenshaw

**Troy**
Pike

Monroe

Conecuh

Coffee
**Enterprise**

Dale
**Ozark**

Henry

**Dothan-Ozark**

Washington

**Mobile**

Covington

Houston

**Mobile-Daphne-Fairhope**
Mobile

Baldwin

**Atmore**
Escambia

**Daphne-Fairhope-Foley**

**Pensacola-Ferry Pass**

Geneva

**Dothan**

FLORIDA

Statistical area titles and boundary delineations are based on March 2020 delineation files released by the U.S. Office of Management and Budget. All other names and boundaries are as of January 1, 2020.

10 Miles

**Legend**
— **Combined Statistical Area**
■ **Metropolitan Statistical Area**
■ **Micropolitan Statistical Area**
— STATE
□ *County*

U.S. Census Bureau, Population Division