FILED
2024 Aug-07  PM 06:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

User:
Plan Name: **AL_Illustrative_1**
Plan Type: **Congress**

# Core Constituencies

| Thursday, May 16, 2024 | 3:30 PM |
|---|---|

From Plan:    **AL_Congess_2023_Enacted_**

## Plan: AL_Illustrative_1, District 1 --                717,755 Total Population

|  | Population | NH_Wht | AP_Blk |
|---|---|---|---|
| Dist. 1 | 477,954 (66.59%) | 358,243 (68.97%) | 71,762 (56.99%) |
| Dist. 2 | 239,801 (33.41%) | 161,159 (31.03%) | 54,159 (43.01%) |
| Total and % Population |  | 519,402 (72.36%) | 125,921 (17.54%) |

## Plan: AL_Illustrative_1, District 2 --                717,754 Total Population

|  | Population | NH_Wht | AP_Blk |
|---|---|---|---|
| Dist. 1 | 239,800 (33.41%) | 104,723 (35.32%) | 118,132 (31.56%) |
| Dist. 2 | 376,122 (52.40%) | 137,959 (46.53%) | 212,661 (56.81%) |
| Dist. 7 | 101,832 (14.19%) | 53,820 (18.15%) | 43,551 (11.63%) |
| Total and % Population |  | 296,502 (41.31%) | 374,344 (52.15%) |

## Plan: AL_Illustrative_1, District 3 --                717,753 Total Population

|  | Population | NH_Wht | AP_Blk |
|---|---|---|---|
| Dist. 2 | 101,832 (14.19%) | 58,719 (12.21%) | 31,981 (18.79%) |
| Dist. 3 | 511,133 (71.21%) | 346,329 (72.04%) | 117,418 (68.99%) |
| Dist. 6 | 104,788 (14.60%) | 75,728 (15.75%) | 20,801 (12.22%) |
| Total and % Population |  | 480,776 (66.98%) | 170,200 (23.71%) |

## Plan: AL_Illustrative_1, District 4 --                717,753 Total Population

|  | Population | NH_Wht | AP_Blk |
|---|---|---|---|
| Dist. 3 | 24,971 (3.48%) | 22,563 (3.90%) | 1,219 (2.45%) |
| Dist. 4 | 507,210 (70.67%) | 421,012 (72.77%) | 21,490 (43.27%) |
| Dist. 5 | 165,945 (23.12%) | 124,483 (21.52%) | 19,221 (38.70%) |
| Dist. 7 | 19,627 (2.73%) | 10,508 (1.82%) | 7,734 (15.57%) |
| Total and % Population |  | 578,566 (80.61%) | 49,664 (6.92%) |

## Plan: AL_Illustrative_1, District 5 --                717,755 Total Population

|  | Population | NH_Wht | AP_Blk |
|---|---|---|---|
| Dist. 4 | 165,946 (23.12%) | 127,812 (26.08%) | 21,494 (15.28%) |
| Dist. 5 | 551,809 (76.88%) | 362,282 (73.92%) | 119,217 (84.72%) |
| Total and % Population |  | 490,094 (68.28%) | 140,711 (19.60%) |

## Plan: AL_Illustrative_1, District 6 --                717,754 Total Population

|  | Population | NH_Wht | AP_Blk |
|---|---|---|---|
| Dist. 3 | 181,650 (25.31%) | 133,237 (24.50%) | 37,567 (35.56%) |
| Dist. 6 | 504,114 (70.23%) | 385,649 (70.91%) | 64,335 (60.90%) |

**Maptitude**
For Redistricting

## Core Constituencies

From Plan:    **AL_Congess_2023_Enacted_**

### Plan: AL_Illustrative_1, District 6 --                    717,754 Total Population

|  | Population | NH_Wht | AP_Blk |
|---|---|---|---|
| Dist. 7 | 31,990 (4.46%) | 24,954 (4.59%) | 3,736 (3.54%) |
| Total and % Population |  | 543,840 (75.77%) | 105,638 (14.72%) |

### Plan: AL_Illustrative_1, District 7 --                    717,755 Total Population

|  | Population | NH_Wht | AP_Blk |
|---|---|---|---|
| Dist. 4 | 44,598 (6.21%) | 26,887 (10.26%) | 13,739 (3.45%) |
| Dist. 6 | 108,852 (15.17%) | 35,876 (13.68%) | 62,059 (15.58%) |
| Dist. 7 | 564,305 (78.62%) | 199,408 (76.06%) | 322,460 (80.97%) |
| Total and % Population |  | 262,171 (36.53%) | 398,258 (55.49%) |