FILED

2024 Aug-07  PM 06:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

User:
Plan Name: **AL_Illustrative_2**
Plan Type: **Congress**

# Core Constituencies

Thursday, May 16, 2024                                                                                                    3:36 PM

From Plan:    **Special_Master_Plan**

## Plan: AL_Illustrative_2, District 1 --                     717,754 Total Population

|  | Population | NH_Wht | AP_Blk |
| --- | --- | --- | --- |
| Dist. 1 | 632,537 (88.13%) | 469,625 (89.06%) | 97,827 (83.55%) |
| Dist. 2 | 85,217 (11.87%) | 57,713 (10.94%) | 19,260 (16.45%) |
| Total and % Population |  | 527,338 (73.47%) | 117,087 (16.31%) |

## Plan: AL_Illustrative_2, District 2 --                     717,754 Total Population

|  | Population | NH_Wht | AP_Blk |
| --- | --- | --- | --- |
| Dist. 1 | 85,217 (11.87%) | 49,573 (17.04%) | 28,974 (7.61%) |
| Dist. 2 | 583,009 (81.23%) | 215,425 (74.06%) | 329,340 (86.52%) |
| Dist. 7 | 49,528 (6.90%) | 25,889 (8.90%) | 22,354 (5.87%) |
| Total and % Population |  | 290,887 (40.53%) | 380,668 (53.04%) |

## Plan: AL_Illustrative_2, District 3 --                     717,755 Total Population

|  | Population | NH_Wht | AP_Blk |
| --- | --- | --- | --- |
| Dist. 2 | 49,528 (6.90%) | 25,197 (5.20%) | 16,385 (9.88%) |
| Dist. 3 | 521,445 (72.65%) | 355,534 (73.33%) | 117,962 (71.10%) |
| Dist. 6 | 146,782 (20.45%) | 104,122 (21.47%) | 31,571 (19.03%) |
| Total and % Population |  | 484,853 (67.55%) | 165,918 (23.12%) |

## Plan: AL_Illustrative_2, District 4 --                     717,753 Total Population

|  | Population | NH_Wht | AP_Blk |
| --- | --- | --- | --- |
| Dist. 3 | 24,971 (3.48%) | 22,563 (3.90%) | 1,219 (2.45%) |
| Dist. 4 | 507,210 (70.67%) | 421,003 (72.77%) | 21,498 (43.28%) |
| Dist. 5 | 165,945 (23.12%) | 124,483 (21.52%) | 19,221 (38.70%) |
| Dist. 7 | 19,627 (2.73%) | 10,508 (1.82%) | 7,734 (15.57%) |
| Total and % Population |  | 578,557 (80.61%) | 49,672 (6.92%) |

## Plan: AL_Illustrative_2, District 5 --                     717,755 Total Population

|  | Population | NH_Wht | AP_Blk |
| --- | --- | --- | --- |
| Dist. 4 | 165,946 (23.12%) | 127,812 (26.08%) | 21,494 (15.28%) |
| Dist. 5 | 551,809 (76.88%) | 362,282 (73.92%) | 119,217 (84.72%) |
| Total and % Population |  | 490,094 (68.28%) | 140,711 (19.60%) |

## Plan: AL_Illustrative_2, District 6 --                     717,754 Total Population

|  | Population | NH_Wht | AP_Blk |
| --- | --- | --- | --- |
| Dist. 3 | 171,338 (23.87%) | 124,032 (22.99%) | 37,023 (34.02%) |
| Dist. 6 | 500,103 (69.68%) | 380,534 (70.53%) | 65,868 (60.53%) |

**Maptitude**
For Redistricting

## Core Constituencies

From Plan:    **Special_Master_Plan**

### Plan: AL_Illustrative_2, District 6 --                  717,754 Total Population

|  | Population | NH_Wht | AP_Blk |
|---|---|---|---|
| Dist. 7 | 46,313 (6.45%) | 35,004 (6.49%) | 5,932 (5.45%) |
| Total and % Population |  | 539,570 (75.17%) | 108,823 (15.16%) |

### Plan: AL_Illustrative_2, District 7 --                  717,754 Total Population

|  | Population | NH_Wht | AP_Blk |
|---|---|---|---|
| Dist. 4 | 44,598 (6.21%) | 26,896 (10.34%) | 13,731 (3.42%) |
| Dist. 6 | 70,870 (9.87%) | 26,148 (10.05%) | 36,524 (9.09%) |
| Dist. 7 | 602,286 (83.91%) | 207,008 (79.60%) | 351,602 (87.49%) |
| Total and % Population |  | 260,052 (36.23%) | 401,857 (55.99%) |