FILED

2024 Aug-07  PM 06:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

User:
Plan Name: **AL_Illustrative_2**
Plan Type: **Congress**

# Core Constituencies

| Thursday, May 16, 2024 | 3:40 PM |
|---|---|

From Plan:        **AL_Congess_2023_Enacted_**

### Plan: AL_Illustrative_2, District 1 --                    717,754 Total Population

|  | Population | NH_Wht | AP_Blk |
|---|---|---|---|
| Dist. 1 | 511,677 (71.29%) | 379,383 (71.94%) | 81,284 (69.42%) |
| Dist. 2 | 206,077 (28.71%) | 147,955 (28.06%) | 35,803 (30.58%) |
| Total and % Population | | 527,338 (73.47%) | 117,087 (16.31%) |

### Plan: AL_Illustrative_2, District 2 --                    717,754 Total Population

|  | Population | NH_Wht | AP_Blk |
|---|---|---|---|
| Dist. 1 | 206,077 (28.71%) | 83,583 (28.73%) | 108,610 (28.53%) |
| Dist. 2 | 409,845 (57.10%) | 153,484 (52.76%) | 228,507 (60.03%) |
| Dist. 7 | 101,832 (14.19%) | 53,820 (18.50%) | 43,551 (11.44%) |
| Total and % Population | | 290,887 (40.53%) | 380,668 (53.04%) |

### Plan: AL_Illustrative_2, District 3 --                    717,755 Total Population

|  | Population | NH_Wht | AP_Blk |
|---|---|---|---|
| Dist. 2 | 91,522 (12.75%) | 53,591 (11.05%) | 27,155 (16.37%) |
| Dist. 3 | 521,445 (72.65%) | 355,534 (73.33%) | 117,962 (71.10%) |
| Dist. 6 | 104,788 (14.60%) | 75,728 (15.62%) | 20,801 (12.54%) |
| Total and % Population | | 484,853 (67.55%) | 165,918 (23.12%) |

### Plan: AL_Illustrative_2, District 4 --                    717,753 Total Population

|  | Population | NH_Wht | AP_Blk |
|---|---|---|---|
| Dist. 3 | 24,971 (3.48%) | 22,563 (3.90%) | 1,219 (2.45%) |
| Dist. 4 | 507,210 (70.67%) | 421,003 (72.77%) | 21,498 (43.28%) |
| Dist. 5 | 165,945 (23.12%) | 124,483 (21.52%) | 19,221 (38.70%) |
| Dist. 7 | 19,627 (2.73%) | 10,508 (1.82%) | 7,734 (15.57%) |
| Total and % Population | | 578,557 (80.61%) | 49,672 (6.92%) |

### Plan: AL_Illustrative_2, District 5 --                    717,755 Total Population

|  | Population | NH_Wht | AP_Blk |
|---|---|---|---|
| Dist. 4 | 165,946 (23.12%) | 127,812 (26.08%) | 21,494 (15.28%) |
| Dist. 5 | 551,809 (76.88%) | 362,282 (73.92%) | 119,217 (84.72%) |
| Total and % Population | | 490,094 (68.28%) | 140,711 (19.60%) |

### Plan: AL_Illustrative_2, District 6 --                    717,754 Total Population

|  | Population | NH_Wht | AP_Blk |
|---|---|---|---|
| Dist. 3 | 171,338 (23.87%) | 124,032 (22.99%) | 37,023 (34.02%) |
| Dist. 6 | 510,666 (71.15%) | 388,705 (72.04%) | 67,282 (61.83%) |

## Core Constituencies

AL_Illustrative_2

From Plan:    **AL_Congess_2023_Enacted_**

### Plan: AL_Illustrative_2, District 6 --                  717,754 Total Population

|  | Population | NH_Wht | AP_Blk |
|---|---|---|---|
| Dist. 7 | 35,750 (4.98%) | 26,833 (4.97%) | 4,518 (4.15%) |
| Total and % Population |  | 539,570 (75.17%) | 108,823 (15.16%) |

### Plan: AL_Illustrative_2, District 7 --                  717,754 Total Population

|  | Population | NH_Wht | AP_Blk |
|---|---|---|---|
| Dist. 2 | 10,311 (1.44%) | 2,807 (1.08%) | 7,336 (1.83%) |
| Dist. 4 | 44,598 (6.21%) | 26,896 (10.34%) | 13,731 (3.42%) |
| Dist. 6 | 102,300 (14.25%) | 32,820 (12.62%) | 59,112 (14.71%) |
| Dist. 7 | 560,545 (78.10%) | 197,529 (75.96%) | 321,678 (80.05%) |
| Total and % Population |  | 260,052 (36.23%) | 401,857 (55.99%) |