FILED

2024 Aug-07  PM 06:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

User:
Plan Name: **AL_Illustrative_3**
Plan Type: **Congress**

# Core Constituencies

Thursday, May 16, 2024                                                                                   3:42 PM

From Plan:    **Special_Master_Plan**

### Plan: AL_Illustrative_3, District 1 --                          717,753 Total Population

|  | Population | NH_Wht | AP_Blk |
|---|---|---|---|
| Dist. 1 | 683,407 (95.21%) | 494,671 (96.63%) | 120,628 (89.48%) |
| Dist. 2 | 34,346 (4.79%) | 17,251 (3.37%) | 14,186 (10.52%) |
| Total and % Population |  | 511,922 (71.32%) | 134,814 (18.78%) |

### Plan: AL_Illustrative_3, District 2 --                          717,752 Total Population

|  | Population | NH_Wht | AP_Blk |
|---|---|---|---|
| Dist. 1 | 34,347 (4.79%) | 24,527 (8.34%) | 6,173 (1.65%) |
| Dist. 2 | 565,993 (78.86%) | 225,283 (76.61%) | 298,123 (79.47%) |
| Dist. 7 | 117,412 (16.36%) | 44,270 (15.05%) | 70,835 (18.88%) |
| Total and % Population |  | 294,080 (40.97%) | 375,131 (52.26%) |

### Plan: AL_Illustrative_3, District 3 --                          717,755 Total Population

|  | Population | NH_Wht | AP_Blk |
|---|---|---|---|
| Dist. 2 | 117,415 (16.36%) | 55,801 (12.09%) | 52,676 (27.43%) |
| Dist. 3 | 398,157 (55.47%) | 260,084 (56.33%) | 100,103 (52.12%) |
| Dist. 6 | 202,183 (28.17%) | 145,807 (31.58%) | 39,276 (20.45%) |
| Total and % Population |  | 461,692 (64.32%) | 192,055 (26.76%) |

### Plan: AL_Illustrative_3, District 4 --                          717,755 Total Population

|  | Population | NH_Wht | AP_Blk |
|---|---|---|---|
| Dist. 3 | 122,726 (17.10%) | 97,036 (16.96%) | 16,912 (29.75%) |
| Dist. 4 | 399,901 (55.72%) | 329,146 (57.53%) | 17,376 (30.57%) |
| Dist. 5 | 165,945 (23.12%) | 124,483 (21.76%) | 19,221 (33.81%) |
| Dist. 7 | 29,183 (4.07%) | 21,505 (3.76%) | 3,337 (5.87%) |
| Total and % Population |  | 572,170 (79.72%) | 56,846 (7.92%) |

### Plan: AL_Illustrative_3, District 5 --                          717,755 Total Population

|  | Population | NH_Wht | AP_Blk |
|---|---|---|---|
| Dist. 4 | 165,946 (23.12%) | 127,812 (26.08%) | 21,494 (15.28%) |
| Dist. 5 | 551,809 (76.88%) | 362,282 (73.92%) | 119,217 (84.72%) |
| Total and % Population |  | 490,094 (68.28%) | 140,711 (19.60%) |

### Plan: AL_Illustrative_3, District 6 --                          717,755 Total Population

|  | Population | NH_Wht | AP_Blk |
|---|---|---|---|
| Dist. 3 | 196,871 (27.43%) | 145,009 (25.91%) | 39,189 (43.16%) |
| Dist. 4 | 124,476 (17.34%) | 106,158 (18.96%) | 5,853 (6.45%) |

**Maptitude**
For Redistricting

## Core Constituencies

AL_Illustrative_3

From Plan:    **Special_Master_Plan**

### Plan: AL_Illustrative_3, District 6 --    717,755 Total Population

|  | Population | NH_Wht | AP_Blk |
|---|---|---|---|
| Dist. 6 | 377,277 (52.56%) | 293,035 (52.35%) | 43,282 (47.67%) |
| Dist. 7 | 19,131 (2.67%) | 15,567 (2.78%) | 2,477 (2.73%) |
| Total and % Population |  | 559,769 (77.99%) | 90,801 (12.65%) |

### Plan: AL_Illustrative_3, District 7 --    717,754 Total Population

|  | Population | NH_Wht | AP_Blk |
|---|---|---|---|
| Dist. 4 | 27,431 (3.82%) | 12,595 (4.47%) | 12,000 (3.21%) |
| Dist. 6 | 138,295 (19.27%) | 71,962 (25.55%) | 51,405 (13.73%) |
| Dist. 7 | 552,028 (76.91%) | 197,067 (69.98%) | 310,973 (83.06%) |
| Total and % Population |  | 281,624 (39.24%) | 374,378 (52.16%) |