FILED
2024 Aug-07 PM 06:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

User:
Plan Name: **AL_Illustrative_3**
Plan Type: **Congress**

# Core Constituencies

| Thursday, May 16, 2024 | 3:43 PM |
|---|---|

From Plan:    **AL_Congress_2023_Enacted_**

## Plan: AL_Illustrative_3, District 1 --                          717,753 Total Population

|  | Population | NH_Wht | AP_Blk |
|---|---|---|---|
| Dist. 1 | 460,806 (64.20%) | 338,921 (66.21%) | 76,210 (56.53%) |
| Dist. 2 | 256,947 (35.80%) | 173,001 (33.79%) | 58,604 (43.47%) |
| Total and % Population |  | 511,922 (71.32%) | 134,814 (18.78%) |

## Plan: AL_Illustrative_3, District 2 --                          717,752 Total Population

|  | Population | NH_Wht | AP_Blk |
|---|---|---|---|
| Dist. 1 | 256,948 (35.80%) | 124,045 (42.18%) | 113,684 (30.31%) |
| Dist. 2 | 301,399 (41.99%) | 100,641 (34.22%) | 176,751 (47.12%) |
| Dist. 7 | 159,405 (22.21%) | 69,394 (23.60%) | 84,696 (22.58%) |
| Total and % Population |  | 294,080 (40.97%) | 375,131 (52.26%) |

## Plan: AL_Illustrative_3, District 3 --                          717,755 Total Population

|  | Population | NH_Wht | AP_Blk |
|---|---|---|---|
| Dist. 2 | 159,409 (22.21%) | 84,195 (18.24%) | 63,446 (33.04%) |
| Dist. 3 | 398,157 (55.47%) | 260,084 (56.33%) | 100,103 (52.12%) |
| Dist. 6 | 160,189 (22.32%) | 117,413 (25.43%) | 28,506 (14.84%) |
| Total and % Population |  | 461,692 (64.32%) | 192,055 (26.76%) |

## Plan: AL_Illustrative_3, District 4 --                          717,755 Total Population

|  | Population | NH_Wht | AP_Blk |
|---|---|---|---|
| Dist. 3 | 122,726 (17.10%) | 97,036 (16.96%) | 16,912 (29.75%) |
| Dist. 4 | 399,901 (55.72%) | 329,146 (57.53%) | 17,376 (30.57%) |
| Dist. 5 | 165,945 (23.12%) | 124,483 (21.76%) | 19,221 (33.81%) |
| Dist. 7 | 29,183 (4.07%) | 21,505 (3.76%) | 3,337 (5.87%) |
| Total and % Population |  | 572,170 (79.72%) | 56,846 (7.92%) |

## Plan: AL_Illustrative_3, District 5 --                          717,755 Total Population

|  | Population | NH_Wht | AP_Blk |
|---|---|---|---|
| Dist. 4 | 165,946 (23.12%) | 127,812 (26.08%) | 21,494 (15.28%) |
| Dist. 5 | 551,809 (76.88%) | 362,282 (73.92%) | 119,217 (84.72%) |
| Total and % Population |  | 490,094 (68.28%) | 140,711 (19.60%) |

## Plan: AL_Illustrative_3, District 6 --                          717,755 Total Population

|  | Population | NH_Wht | AP_Blk |
|---|---|---|---|
| Dist. 3 | 196,871 (27.43%) | 145,009 (25.91%) | 39,189 (43.16%) |
| Dist. 4 | 124,476 (17.34%) | 106,158 (18.96%) | 5,853 (6.45%) |

**Maptitude** For Redistricting

## Core Constituencies <span style="float:right">AL_Illustrative_3</span>

From Plan:   **AL_Congess_2023_Enacted_**

### Plan: AL_Illustrative_3, District 6 --          717,755 Total Population

|  | Population | NH_Wht | AP_Blk |
|---|---|---|---|
| Dist. 6 | 377,277 (52.56%) | 293,035 (52.35%) | 43,282 (47.67%) |
| Dist. 7 | 19,131 (2.67%) | 15,567 (2.78%) | 2,477 (2.73%) |
| Total and % Population |  | 559,769 (77.99%) | 90,801 (12.65%) |

### Plan: AL_Illustrative_3, District 7 --          717,754 Total Population

|  | Population | NH_Wht | AP_Blk |
|---|---|---|---|
| Dist. 4 | 27,431 (3.82%) | 12,595 (4.47%) | 12,000 (3.21%) |
| Dist. 6 | 180,288 (25.12%) | 86,805 (30.82%) | 75,407 (20.14%) |
| Dist. 7 | 510,035 (71.06%) | 182,224 (64.70%) | 286,971 (76.65%) |
| Total and % Population |  | 281,624 (39.24%) | 374,378 (52.16%) |