2024 Aug-07  PM 06:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

User:
Plan Name: **AL_Illustrative_4**
Plan Type: **Congress**

# Core Constituencies

| Thursday, May 16, 2024 | 3:45 PM |
|---|---|

From Plan:    **Special_Master_Plan**

### Plan: AL_Illustrative_4, District 1 --          717,755 Total Population

|  | Population | NH_Wht | AP_Blk |
|---|---|---|---|
| Dist. 1 | 683,407 (95.21%) | 494,671 (96.63%) | 120,628 (89.48%) |
| Dist. 2 | 34,348 (4.79%) | 17,260 (3.37%) | 14,186 (10.52%) |
| Total and % Population |  | 511,931 (71.32%) | 134,814 (18.78%) |

### Plan: AL_Illustrative_4, District 2 --          717,754 Total Population

|  | Population | NH_Wht | AP_Blk |
|---|---|---|---|
| Dist. 1 | 34,347 (4.79%) | 24,527 (8.28%) | 6,173 (1.65%) |
| Dist. 2 | 593,829 (82.73%) | 238,225 (80.40%) | 313,863 (83.83%) |
| Dist. 7 | 89,578 (12.48%) | 33,550 (11.32%) | 54,385 (14.53%) |
| Total and % Population |  | 296,302 (41.28%) | 374,421 (52.17%) |

### Plan: AL_Illustrative_4, District 3 --          717,755 Total Population

|  | Population | NH_Wht | AP_Blk |
|---|---|---|---|
| Dist. 2 | 89,577 (12.48%) | 42,850 (9.16%) | 36,936 (19.49%) |
| Dist. 3 | 527,885 (73.55%) | 353,790 (75.65%) | 129,932 (68.56%) |
| Dist. 6 | 100,293 (13.97%) | 71,018 (15.19%) | 22,638 (11.95%) |
| Total and % Population |  | 467,658 (65.16%) | 189,506 (26.40%) |

### Plan: AL_Illustrative_4, District 4 --          717,754 Total Population

|  | Population | NH_Wht | AP_Blk |
|---|---|---|---|
| Dist. 3 | 98,766 (13.76%) | 73,377 (12.77%) | 16,668 (31.35%) |
| Dist. 4 | 453,043 (63.12%) | 376,851 (65.57%) | 17,290 (32.52%) |
| Dist. 5 | 165,945 (23.12%) | 124,483 (21.66%) | 19,217 (36.14%) |
| Total and % Population |  | 574,711 (80.07%) | 53,175 (7.41%) |

### Plan: AL_Illustrative_4, District 5 --          717,755 Total Population

|  | Population | NH_Wht | AP_Blk |
|---|---|---|---|
| Dist. 4 | 165,946 (23.12%) | 127,812 (26.08%) | 21,494 (15.27%) |
| Dist. 5 | 551,809 (76.88%) | 362,282 (73.92%) | 119,221 (84.73%) |
| Total and % Population |  | 490,094 (68.28%) | 140,715 (19.60%) |

### Plan: AL_Illustrative_4, District 6 --          717,753 Total Population

|  | Population | NH_Wht | AP_Blk |
|---|---|---|---|
| Dist. 3 | 91,103 (12.69%) | 74,962 (13.75%) | 9,604 (9.77%) |
| Dist. 4 | 11,693 (1.63%) | 9,967 (1.83%) | 154 (0.16%) |
| Dist. 6 | 563,738 (78.54%) | 421,019 (77.25%) | 81,705 (83.15%) |

## Core Constituencies

AL_Illustrative_4

From Plan:    **Special_Master_Plan**

### Plan: AL_Illustrative_4, District 6 --    717,753 Total Population

|  | Population | NH_Wht | AP_Blk |
|---|---|---|---|
| Dist. 7 | 51,219 (7.14%) | 39,072 (7.17%) | 6,801 (6.92%) |
| Total and % Population |  | 545,020 (75.93%) | 98,264 (13.69%) |

### Plan: AL_Illustrative_4, District 7 --    717,753 Total Population

|  | Population | NH_Wht | AP_Blk |
|---|---|---|---|
| Dist. 4 | 87,072 (12.13%) | 61,081 (21.38%) | 17,785 (4.76%) |
| Dist. 6 | 53,724 (7.49%) | 18,767 (6.57%) | 29,620 (7.92%) |
| Dist. 7 | 576,957 (80.38%) | 205,787 (72.05%) | 326,436 (87.32%) |
| Total and % Population |  | 285,635 (39.80%) | 373,841 (52.08%) |