FILED

2024 Aug-07  PM 06:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

User:
Plan Name: **AL_Illustrative_4**
Plan Type: **Congress**

# Core Constituencies

Thursday, May 16, 2024                                                                                    3:47 PM

From Plan:      **AL_Congess_2023_Enacted_**

### Plan: AL_Illustrative_4, District 1 --                    717,755 Total Population

|  | Population | NH_Wht | AP_Blk |
|---|---|---|---|
| Dist. 1 | 460,808 (64.20%) | 338,930 (66.21%) | 76,210 (56.53%) |
| Dist. 2 | 256,947 (35.80%) | 173,001 (33.79%) | 58,604 (43.47%) |
| Total and % Population |  | 511,931 (71.32%) | 134,814 (18.78%) |

### Plan: AL_Illustrative_4, District 2 --                    717,754 Total Population

|  | Population | NH_Wht | AP_Blk |
|---|---|---|---|
| Dist. 1 | 256,946 (35.80%) | 124,036 (41.86%) | 113,684 (30.36%) |
| Dist. 2 | 329,237 (45.87%) | 113,592 (38.34%) | 192,491 (51.41%) |
| Dist. 7 | 131,571 (18.33%) | 58,674 (19.80%) | 68,246 (18.23%) |
| Total and % Population |  | 296,302 (41.28%) | 374,421 (52.17%) |

### Plan: AL_Illustrative_4, District 3 --                    717,755 Total Population

|  | Population | NH_Wht | AP_Blk |
|---|---|---|---|
| Dist. 2 | 131,571 (18.33%) | 71,244 (15.23%) | 47,706 (25.17%) |
| Dist. 3 | 527,885 (73.55%) | 353,790 (75.65%) | 129,932 (68.56%) |
| Dist. 6 | 58,299 (8.12%) | 42,624 (9.11%) | 11,868 (6.26%) |
| Total and % Population |  | 467,658 (65.16%) | 189,506 (26.40%) |

### Plan: AL_Illustrative_4, District 4 --                    717,754 Total Population

|  | Population | NH_Wht | AP_Blk |
|---|---|---|---|
| Dist. 3 | 98,766 (13.76%) | 73,377 (12.77%) | 16,668 (31.35%) |
| Dist. 4 | 453,043 (63.12%) | 376,851 (65.57%) | 17,290 (32.52%) |
| Dist. 5 | 165,945 (23.12%) | 124,483 (21.66%) | 19,217 (36.14%) |
| Total and % Population |  | 574,711 (80.07%) | 53,175 (7.41%) |

### Plan: AL_Illustrative_4, District 5 --                    717,755 Total Population

|  | Population | NH_Wht | AP_Blk |
|---|---|---|---|
| Dist. 4 | 165,946 (23.12%) | 127,812 (26.08%) | 21,494 (15.27%) |
| Dist. 5 | 551,809 (76.88%) | 362,282 (73.92%) | 119,221 (84.73%) |
| Total and % Population |  | 490,094 (68.28%) | 140,715 (19.60%) |

### Plan: AL_Illustrative_4, District 6 --                    717,753 Total Population

|  | Population | NH_Wht | AP_Blk |
|---|---|---|---|
| Dist. 3 | 91,103 (12.69%) | 74,962 (13.75%) | 9,604 (9.77%) |
| Dist. 4 | 11,693 (1.63%) | 9,967 (1.83%) | 154 (0.16%) |
| Dist. 6 | 572,916 (79.82%) | 428,205 (78.57%) | 82,881 (84.35%) |

**Maptitude**
For Redistricting

## Core Constituencies

From Plan:    **AL_Congess_2023_Enacted_**

### Plan: AL_Illustrative_4, District 6 --    **717,753 Total Population**

|  | Population | NH_Wht | AP_Blk |
|---|---|---|---|
| Dist. 7 | 42,041 (5.86%) | 31,886 (5.85%) | 5,625 (5.72%) |
| Total and % Population |  | 545,020 (75.93%) | 98,264 (13.69%) |

### Plan: AL_Illustrative_4, District 7 --    **717,753 Total Population**

|  | Population | NH_Wht | AP_Blk |
|---|---|---|---|
| Dist. 4 | 87,072 (12.13%) | 61,081 (21.38%) | 17,785 (4.76%) |
| Dist. 6 | 86,539 (12.06%) | 26,424 (9.25%) | 52,446 (14.03%) |
| Dist. 7 | 544,142 (75.81%) | 198,130 (69.36%) | 303,610 (81.21%) |
| Total and % Population |  | 285,635 (39.80%) | 373,841 (52.08%) |