2024 Aug-07  PM 06:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

User:
Plan Name: **AL_Illustrative_5**
Plan Type: **Congress**

# Core Constituencies

Thursday, May 16, 2024                                                                                        3:50 PM

From Plan:       **Special_Master_Plan**

### Plan: AL_Illustrative_5, District 1 --                    717,755 Total Population

|         | Population | NH_Wht | AP_Blk |
|---------|---|---|---|
| Dist. 1 | 631,612 (88.00%) | 461,331 (89.64%) | 109,393 (81.43%) |
| Dist. 2 | 86,143 (12.00%) | 53,291 (10.36%) | 24,945 (18.57%) |
| Total and % Population | | 514,622 (71.70%) | 134,338 (18.72%) |

### Plan: AL_Illustrative_5, District 2 --                    717,753 Total Population

|         | Population | NH_Wht | AP_Blk |
|---------|---|---|---|
| Dist. 1 | 68,996 (9.61%) | 46,025 (15.77%) | 12,963 (3.47%) |
| Dist. 2 | 547,205 (76.24%) | 207,279 (71.04%) | 300,071 (80.22%) |
| Dist. 7 | 101,552 (14.15%) | 38,488 (13.19%) | 61,034 (16.32%) |
| Total and % Population | | 291,792 (40.65%) | 374,068 (52.12%) |

### Plan: AL_Illustrative_5, District 3 --                    717,753 Total Population

|         | Population | NH_Wht | AP_Blk |
|---------|---|---|---|
| Dist. 1 | 17,146 (2.39%) | 11,842 (2.52%) | 4,445 (2.41%) |
| Dist. 2 | 84,406 (11.76%) | 37,765 (8.04%) | 39,969 (21.63%) |
| Dist. 3 | 414,018 (57.68%) | 274,133 (58.38%) | 101,099 (54.71%) |
| Dist. 6 | 202,183 (28.17%) | 145,807 (31.05%) | 39,276 (21.25%) |
| Total and % Population | | 469,547 (65.42%) | 184,789 (25.75%) |

### Plan: AL_Illustrative_5, District 4 --                    717,755 Total Population

|         | Population | NH_Wht | AP_Blk |
|---------|---|---|---|
| Dist. 3 | 24,971 (3.48%) | 22,563 (3.88%) | 1,219 (2.54%) |
| Dist. 4 | 501,660 (69.89%) | 418,768 (72.08%) | 19,339 (40.31%) |
| Dist. 5 | 165,945 (23.12%) | 124,483 (21.43%) | 19,221 (40.07%) |
| Dist. 7 | 25,179 (3.51%) | 15,170 (2.61%) | 8,193 (17.08%) |
| Total and % Population | | 580,984 (80.94%) | 47,972 (6.68%) |

### Plan: AL_Illustrative_5, District 5 --                    717,755 Total Population

|         | Population | NH_Wht | AP_Blk |
|---------|---|---|---|
| Dist. 4 | 165,946 (23.12%) | 127,812 (26.08%) | 21,494 (15.28%) |
| Dist. 5 | 551,809 (76.88%) | 362,282 (73.92%) | 119,217 (84.72%) |
| Total and % Population | | 490,094 (68.28%) | 140,711 (19.60%) |

### Plan: AL_Illustrative_5, District 6 --                    717,755 Total Population

|         | Population | NH_Wht | AP_Blk |
|---------|---|---|---|
| Dist. 3 | 278,765 (38.84%) | 205,433 (37.77%) | 53,886 (50.13%) |

## Core Constituencies

From Plan:    **Special_Master_Plan**

### Plan: AL_Illustrative_5, District 6 -- 717,755 Total Population

|  | Population | NH_Wht | AP_Blk |
|---|---|---|---|
| Dist. 6 | 425,552 (59.29%) | 326,836 (60.09%) | 52,656 (48.99%) |
| Dist. 7 | 13,438 (1.87%) | 11,604 (2.13%) | 942 (0.88%) |
| Total and % Population |  | 543,873 (75.77%) | 107,484 (14.98%) |

### Plan: AL_Illustrative_5, District 7 -- 717,753 Total Population

|  | Population | NH_Wht | AP_Blk |
|---|---|---|---|
| Dist. 4 | 50,148 (6.99%) | 29,131 (10.39%) | 15,890 (4.23%) |
| Dist. 6 | 90,020 (12.54%) | 38,161 (13.61%) | 42,031 (11.20%) |
| Dist. 7 | 577,585 (80.47%) | 213,147 (76.00%) | 317,453 (84.57%) |
| Total and % Population |  | 280,439 (39.07%) | 375,374 (52.30%) |