FILED

2024 Aug-07  PM 06:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

User:
Plan Name: **AL_Illustrative_5**
Plan Type: **Congress**

# Core Constituencies

Thursday, May 16, 2024                                                                          3:52 PM

From Plan:        **AL_Congess_2023_Enacted_**

## Plan: AL_Illustrative_5, District 1 --                  **717,755 Total Population**

|  | Population | NH_Wht | AP_Blk |
| --- | --- | --- | --- |
| Dist. 1 | 531,419 (74.04%) | 389,222 (75.63%) | 90,013 (67.00%) |
| Dist. 2 | 186,336 (25.96%) | 125,400 (24.37%) | 44,325 (33.00%) |
| Total and % Population |  | 514,622 (71.70%) | 134,338 (18.72%) |

## Plan: AL_Illustrative_5, District 2 --                  **717,753 Total Population**

|  | Population | NH_Wht | AP_Blk |
| --- | --- | --- | --- |
| Dist. 1 | 186,335 (25.96%) | 73,744 (25.27%) | 99,881 (26.70%) |
| Dist. 2 | 387,873 (54.04%) | 154,436 (52.93%) | 199,292 (53.28%) |
| Dist. 7 | 143,545 (20.00%) | 63,612 (21.80%) | 74,895 (20.02%) |
| Total and % Population |  | 291,792 (40.65%) | 374,068 (52.12%) |

## Plan: AL_Illustrative_5, District 3 --                  **717,753 Total Population**

|  | Population | NH_Wht | AP_Blk |
| --- | --- | --- | --- |
| Dist. 2 | 143,546 (20.00%) | 78,001 (16.61%) | 55,184 (29.86%) |
| Dist. 3 | 414,018 (57.68%) | 274,133 (58.38%) | 101,099 (54.71%) |
| Dist. 6 | 160,189 (22.32%) | 117,413 (25.01%) | 28,506 (15.43%) |
| Total and % Population |  | 469,547 (65.42%) | 184,789 (25.75%) |

## Plan: AL_Illustrative_5, District 4 --                  **717,755 Total Population**

|  | Population | NH_Wht | AP_Blk |
| --- | --- | --- | --- |
| Dist. 3 | 24,971 (3.48%) | 22,563 (3.88%) | 1,219 (2.54%) |
| Dist. 4 | 501,660 (69.89%) | 418,768 (72.08%) | 19,339 (40.31%) |
| Dist. 5 | 165,945 (23.12%) | 124,483 (21.43%) | 19,221 (40.07%) |
| Dist. 7 | 25,179 (3.51%) | 15,170 (2.61%) | 8,193 (17.08%) |
| Total and % Population |  | 580,984 (80.94%) | 47,972 (6.68%) |

## Plan: AL_Illustrative_5, District 5 --                  **717,755 Total Population**

|  | Population | NH_Wht | AP_Blk |
| --- | --- | --- | --- |
| Dist. 4 | 165,946 (23.12%) | 127,812 (26.08%) | 21,494 (15.28%) |
| Dist. 5 | 551,809 (76.88%) | 362,282 (73.92%) | 119,217 (84.72%) |
| Total and % Population |  | 490,094 (68.28%) | 140,711 (19.60%) |

## Plan: AL_Illustrative_5, District 6 --                  **717,755 Total Population**

|  | Population | NH_Wht | AP_Blk |
| --- | --- | --- | --- |
| Dist. 3 | 278,765 (38.84%) | 205,433 (37.77%) | 53,886 (50.13%) |
| Dist. 6 | 429,777 (59.88%) | 330,435 (60.76%) | 53,019 (49.33%) |

**Maptitude** For Redistricting

## Core Constituencies

AL_Illustrative_5

From Plan:    **AL_Congess_2023_Enacted_**

### Plan: AL_Illustrative_5, District 6 --                    717,755 Total Population

|  | Population | NH_Wht | AP_Blk |
|---|---|---|---|
| Dist. 7 | 9,213 (1.28%) | 8,005 (1.47%) | 579 (0.54%) |
| Total and % Population |  | 543,873 (75.77%) | 107,484 (14.98%) |

### Plan: AL_Illustrative_5, District 7 --                    717,753 Total Population

|  | Population | NH_Wht | AP_Blk |
|---|---|---|---|
| Dist. 4 | 50,148 (6.99%) | 29,131 (10.39%) | 15,890 (4.23%) |
| Dist. 6 | 127,788 (17.80%) | 49,405 (17.62%) | 65,670 (17.49%) |
| Dist. 7 | 539,817 (75.21%) | 201,903 (72.00%) | 293,814 (78.27%) |
| Total and % Population |  | 280,439 (39.07%) | 375,374 (52.30%) |