FILED

2024 Aug-07  PM 06:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

User:
Plan Name: **AL_Illustrative_6**
Plan Type: **Congress**

# Core Constituencies

Thursday, May 16, 2024        3:54 PM

From Plan: **Special_Master_Plan**

### Plan: AL_Illustrative_6, District 1 --      **717,753 Total Population**

|  | Population | NH_Wht | AP_Blk |
|---|---|---|---|
| Dist. 1 | 657,485 (91.60%) | 478,645 (91.51%) | 113,010 (91.42%) |
| Dist. 2 | 60,268 (8.40%) | 44,391 (8.49%) | 10,610 (8.58%) |
| Total and % Population |  | 523,036 (72.87%) | 123,620 (17.22%) |

### Plan: AL_Illustrative_6, District 2 --      **717,755 Total Population**

|  | Population | NH_Wht | AP_Blk |
|---|---|---|---|
| Dist. 1 | 60,269 (8.40%) | 40,553 (14.23%) | 13,791 (3.60%) |
| Dist. 2 | 540,071 (75.24%) | 198,143 (69.54%) | 301,699 (78.70%) |
| Dist. 7 | 117,415 (16.36%) | 46,255 (16.23%) | 67,846 (17.70%) |
| Total and % Population |  | 284,951 (39.70%) | 383,336 (53.41%) |

### Plan: AL_Illustrative_6, District 3 --      **717,753 Total Population**

|  | Population | NH_Wht | AP_Blk |
|---|---|---|---|
| Dist. 2 | 117,415 (16.36%) | 55,801 (11.94%) | 52,676 (28.20%) |
| Dist. 3 | 422,410 (58.85%) | 281,835 (60.29%) | 101,409 (54.30%) |
| Dist. 6 | 177,928 (24.79%) | 129,814 (27.77%) | 32,682 (17.50%) |
| Total and % Population |  | 467,450 (65.13%) | 186,767 (26.02%) |

### Plan: AL_Illustrative_6, District 4 --      **717,754 Total Population**

|  | Population | NH_Wht | AP_Blk |
|---|---|---|---|
| Dist. 4 | 523,760 (72.97%) | 435,284 (74.65%) | 22,636 (50.71%) |
| Dist. 5 | 165,945 (23.12%) | 124,483 (21.35%) | 19,217 (43.05%) |
| Dist. 7 | 28,049 (3.91%) | 23,304 (4.00%) | 2,784 (6.24%) |
| Total and % Population |  | 583,071 (81.24%) | 44,637 (6.22%) |

### Plan: AL_Illustrative_6, District 5 --      **717,755 Total Population**

|  | Population | NH_Wht | AP_Blk |
|---|---|---|---|
| Dist. 4 | 165,946 (23.12%) | 127,812 (26.08%) | 21,494 (15.27%) |
| Dist. 5 | 551,809 (76.88%) | 362,282 (73.92%) | 119,221 (84.73%) |
| Total and % Population |  | 490,094 (68.28%) | 140,715 (19.60%) |

### Plan: AL_Illustrative_6, District 6 --      **717,755 Total Population**

|  | Population | NH_Wht | AP_Blk |
|---|---|---|---|
| Dist. 3 | 295,344 (41.15%) | 220,294 (40.12%) | 54,795 (53.15%) |
| Dist. 6 | 387,640 (54.01%) | 299,747 (54.60%) | 44,996 (43.65%) |
| Dist. 7 | 34,771 (4.84%) | 28,987 (5.28%) | 3,295 (3.20%) |

**Maptitude**
For Redistricting

## Core Constituencies

AL_Illustrative_6

From Plan:     **Special_Master_Plan**

### Plan: AL_Illustrative_6, District 6 --                717,755 Total Population

|                          | Population          | NH_Wht            | AP_Blk            |
|--------------------------|---------------------|-------------------|-------------------|
| Total and % Population   |                     | 549,028 (76.49%)  | 103,086 (14.36%)  |

### Plan: AL_Illustrative_6, District 7 --                717,754 Total Population

|                          | Population          | NH_Wht            | AP_Blk            |
|--------------------------|---------------------|-------------------|-------------------|
| Dist. 4                  | 28,048 (3.91%)      | 12,615 (4.61%)    | 12,593 (3.29%)    |
| Dist. 6                  | 152,187 (21.20%)    | 81,243 (29.68%)   | 56,285 (14.71%)   |
| Dist. 7                  | 537,519 (74.89%)    | 179,863 (65.71%)  | 313,697 (82.00%)  |
| Total and % Population   |                     | 273,721 (38.14%)  | 382,575 (53.30%)  |