FILED
2024 Aug-07  PM 06:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

User:
Plan Name: **AL_Illustrative_6**
Plan Type: **Congress**

# Core Constituencies

| Thursday, May 16, 2024 | 3:56 PM |
|---|---|

From Plan:    **AL_Congess_2023_Enacted_**

### Plan: AL_Illustrative_6, District 1 --    717,753 Total Population

| | Population | NH_Wht | AP_Blk |
|---|---|---|---|
| Dist. 1 | 447,612 (62.36%) | 340,702 (65.14%) | 61,656 (49.88%) |
| Dist. 2 | 270,141 (37.64%) | 182,334 (34.86%) | 61,964 (50.12%) |
| Total and % Population | | 523,036 (72.87%) | 123,620 (17.22%) |

### Plan: AL_Illustrative_6, District 2 --    717,755 Total Population

| | Population | NH_Wht | AP_Blk |
|---|---|---|---|
| Dist. 1 | 270,142 (37.64%) | 122,264 (42.91%) | 128,238 (33.45%) |
| Dist. 2 | 288,205 (40.15%) | 91,308 (32.04%) | 173,391 (45.23%) |
| Dist. 7 | 159,408 (22.21%) | 71,379 (25.05%) | 81,707 (21.31%) |
| Total and % Population | | 284,951 (39.70%) | 383,336 (53.41%) |

### Plan: AL_Illustrative_6, District 3 --    717,753 Total Population

| | Population | NH_Wht | AP_Blk |
|---|---|---|---|
| Dist. 2 | 159,409 (22.21%) | 84,195 (18.01%) | 63,446 (33.97%) |
| Dist. 3 | 422,410 (58.85%) | 281,835 (60.29%) | 101,409 (54.30%) |
| Dist. 6 | 135,934 (18.94%) | 101,420 (21.70%) | 21,912 (11.73%) |
| Total and % Population | | 467,450 (65.13%) | 186,767 (26.02%) |

### Plan: AL_Illustrative_6, District 4 --    717,754 Total Population

| | Population | NH_Wht | AP_Blk |
|---|---|---|---|
| Dist. 4 | 523,760 (72.97%) | 435,284 (74.65%) | 22,636 (50.71%) |
| Dist. 5 | 165,945 (23.12%) | 124,483 (21.35%) | 19,217 (43.05%) |
| Dist. 7 | 28,049 (3.91%) | 23,304 (4.00%) | 2,784 (6.24%) |
| Total and % Population | | 583,071 (81.24%) | 44,637 (6.22%) |

### Plan: AL_Illustrative_6, District 5 --    717,755 Total Population

| | Population | NH_Wht | AP_Blk |
|---|---|---|---|
| Dist. 4 | 165,946 (23.12%) | 127,812 (26.08%) | 21,494 (15.27%) |
| Dist. 5 | 551,809 (76.88%) | 362,282 (73.92%) | 119,221 (84.73%) |
| Total and % Population | | 490,094 (68.28%) | 140,715 (19.60%) |

### Plan: AL_Illustrative_6, District 6 --    717,755 Total Population

| | Population | NH_Wht | AP_Blk |
|---|---|---|---|
| Dist. 3 | 295,344 (41.15%) | 220,294 (40.12%) | 54,795 (53.15%) |
| Dist. 6 | 390,445 (54.40%) | 302,300 (55.06%) | 45,066 (43.72%) |
| Dist. 7 | 31,966 (4.45%) | 26,434 (4.81%) | 3,225 (3.13%) |

**Maptitude** For Redistricting

## Core Constituencies

AL_Illustrative_6

From Plan:     **AL_Congess_2023_Enacted_**

### Plan: AL_Illustrative_6, District 6 --         **717,755 Total Population**

|  | Population | NH_Wht | AP_Blk |
|---|---|---|---|
| Total and % Population |  | 549,028 (76.49%) | 103,086 (14.36%) |

### Plan: AL_Illustrative_6, District 7 --         **717,754 Total Population**

|  | Population | NH_Wht | AP_Blk |
|---|---|---|---|
| Dist. 4 | 28,048 (3.91%) | 12,615 (4.61%) | 12,593 (3.29%) |
| Dist. 6 | 191,375 (26.66%) | 93,533 (34.17%) | 80,217 (20.97%) |
| Dist. 7 | 498,331 (69.43%) | 167,573 (61.22%) | 289,765 (75.74%) |
| Total and % Population |  | 273,721 (38.14%) | 382,575 (53.30%) |