FILED
2024 Aug-07  PM 06:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

User:
Plan Name: **Al_Illustrative_Plan_7**
Plan Type: **Congress**

# Core Constituencies

| Thursday, May 16, 2024 | 3:58 PM |
|---|---|

From Plan:    **Special_Master_Plan**

### Plan: Al_Illustrative_Plan_7, District 1 --            717,753 Total Population

|  | Population | NH_Wht | AP_Blk |
|---|---|---|---|
| Dist. 1 | 665,454 (92.71%) | 486,714 (92.92%) | 111,719 (91.55%) |
| Dist. 2 | 52,299 (7.29%) | 37,093 (7.08%) | 10,308 (8.45%) |
| Total and % Population | | 523,807 (72.98%) | 122,027 (17.00%) |

### Plan: Al_Illustrative_Plan_7, District 2 --            717,752 Total Population

|  | Population | NH_Wht | AP_Blk |
|---|---|---|---|
| Dist. 1 | 52,300 (7.29%) | 32,484 (11.51%) | 15,082 (3.89%) |
| Dist. 2 | 548,040 (76.36%) | 205,441 (72.80%) | 302,001 (77.85%) |
| Dist. 7 | 117,412 (16.36%) | 44,270 (15.69%) | 70,835 (18.26%) |
| Total and % Population | | 282,195 (39.32%) | 387,918 (54.05%) |

### Plan: Al_Illustrative_Plan_7, District 3 --            717,755 Total Population

|  | Population | NH_Wht | AP_Blk |
|---|---|---|---|
| Dist. 2 | 117,415 (16.36%) | 55,801 (12.05%) | 52,676 (27.32%) |
| Dist. 3 | 501,976 (69.94%) | 338,096 (72.98%) | 117,642 (61.02%) |
| Dist. 6 | 98,364 (13.70%) | 69,347 (14.97%) | 22,473 (11.66%) |
| Total and % Population | | 463,244 (64.54%) | 192,791 (26.86%) |

### Plan: Al_Illustrative_Plan_7, District 4 --            717,755 Total Population

|  | Population | NH_Wht | AP_Blk |
|---|---|---|---|
| Dist. 4 | 464,328 (64.69%) | 386,373 (66.83%) | 38,526 (57.68%) |
| Dist. 5 | 213,674 (29.77%) | 161,796 (27.99%) | 23,788 (35.62%) |
| Dist. 7 | 39,753 (5.54%) | 29,962 (5.18%) | 4,477 (6.70%) |
| Total and % Population | | 578,131 (80.55%) | 66,791 (9.31%) |

### Plan: Al_Illustrative_Plan_7, District 5 --            717,755 Total Population

|  | Population | NH_Wht | AP_Blk |
|---|---|---|---|
| Dist. 3 | 44,455 (6.19%) | 40,010 (8.10%) | 1,542 (1.27%) |
| Dist. 4 | 169,220 (23.58%) | 129,195 (26.14%) | 4,881 (4.03%) |
| Dist. 5 | 504,080 (70.23%) | 324,969 (65.76%) | 114,650 (94.69%) |
| Total and % Population | | 494,174 (68.85%) | 121,073 (16.87%) |

### Plan: Al_Illustrative_Plan_7, District 6 --            717,755 Total Population

|  | Population | NH_Wht | AP_Blk |
|---|---|---|---|
| Dist. 3 | 171,323 (23.87%) | 124,023 (22.66%) | 37,020 (37.10%) |
| Dist. 4 | 59,134 (8.24%) | 49,764 (9.09%) | 1,250 (1.25%) |

## Core Constituencies

From Plan:    **Special_Master_Plan**

### Plan: Al_Illustrative_Plan_7, District 6 --                    717,755 Total Population

|  | Population | NH_Wht | AP_Blk |
|---|---|---|---|
| Dist. 6 | 429,755 (59.87%) | 327,681 (59.87%) | 55,073 (55.19%) |
| Dist. 7 | 57,543 (8.02%) | 45,834 (8.37%) | 6,454 (6.47%) |
| Total and % Population |  | 547,302 (76.25%) | 99,797 (13.90%) |

### Plan: Al_Illustrative_Plan_7, District 7 --                    717,754 Total Population

|  | Population | NH_Wht | AP_Blk |
|---|---|---|---|
| Dist. 4 | 25,072 (3.49%) | 10,379 (3.67%) | 12,066 (3.22%) |
| Dist. 6 | 189,636 (26.42%) | 113,776 (40.27%) | 56,417 (15.07%) |
| Dist. 7 | 503,046 (70.09%) | 158,343 (56.05%) | 305,856 (81.71%) |
| Total and % Population |  | 282,498 (39.36%) | 374,339 (52.15%) |