User:
Plan Name: **Al_Illustrative_Plan_8**
Plan Type: **Congress**

# Core Constituencies

| Thursday, May 16, 2024 | 4:05 PM |
|---|---|

From Plan:     **AL_Congess_2023_Enacted_**

### Plan: Al_Illustrative_Plan_8, District 1 --              717,753 Total Population

|  | Population | NH_Wht | AP_Blk |
|---|---|---|---|
| Dist. 1 | 460,806 (64.20%) | 350,806 (66.97%) | 63,423 (51.97%) |
| Dist. 2 | 256,947 (35.80%) | 173,001 (33.03%) | 58,604 (48.03%) |
| Total and % Population |  | 523,807 (72.98%) | 122,027 (17.00%) |

### Plan: Al_Illustrative_Plan_8, District 2 --              717,753 Total Population

|  | Population | NH_Wht | AP_Blk |
|---|---|---|---|
| Dist. 1 | 256,948 (35.80%) | 112,160 (39.03%) | 126,471 (33.14%) |
| Dist. 2 | 291,088 (40.56%) | 97,834 (34.05%) | 169,415 (44.39%) |
| Dist. 7 | 169,717 (23.65%) | 77,339 (26.92%) | 85,766 (22.47%) |
| Total and % Population |  | 287,333 (40.03%) | 381,652 (53.17%) |

### Plan: Al_Illustrative_Plan_8, District 3 --              717,755 Total Population

|  | Population | NH_Wht | AP_Blk |
|---|---|---|---|
| Dist. 2 | 159,409 (22.21%) | 84,195 (18.18%) | 63,446 (32.91%) |
| Dist. 3 | 501,976 (69.94%) | 338,096 (72.98%) | 117,642 (61.02%) |
| Dist. 6 | 56,370 (7.85%) | 40,953 (8.84%) | 11,703 (6.07%) |
| Total and % Population |  | 463,244 (64.54%) | 192,791 (26.86%) |

### Plan: Al_Illustrative_Plan_8, District 4 --              717,755 Total Population

|  | Population | NH_Wht | AP_Blk |
|---|---|---|---|
| Dist. 4 | 464,328 (64.69%) | 386,373 (66.83%) | 38,526 (57.68%) |
| Dist. 5 | 213,674 (29.77%) | 161,796 (27.99%) | 23,788 (35.62%) |
| Dist. 7 | 39,753 (5.54%) | 29,962 (5.18%) | 4,477 (6.70%) |
| Total and % Population |  | 578,131 (80.55%) | 66,791 (9.31%) |

### Plan: Al_Illustrative_Plan_8, District 5 --              717,755 Total Population

|  | Population | NH_Wht | AP_Blk |
|---|---|---|---|
| Dist. 3 | 44,455 (6.19%) | 40,010 (8.10%) | 1,542 (1.27%) |
| Dist. 4 | 169,220 (23.58%) | 129,195 (26.14%) | 4,881 (4.03%) |
| Dist. 5 | 504,080 (70.23%) | 324,969 (65.76%) | 114,650 (94.69%) |
| Total and % Population |  | 494,174 (68.85%) | 121,073 (16.87%) |

### Plan: Al_Illustrative_Plan_8, District 6 --              717,755 Total Population

|  | Population | NH_Wht | AP_Blk |
|---|---|---|---|
| Dist. 3 | 171,323 (23.87%) | 124,023 (22.66%) | 37,020 (37.10%) |
| Dist. 4 | 59,134 (8.24%) | 49,764 (9.09%) | 1,250 (1.25%) |

**Maptitude**
For Redistricting

## Core Constituencies

From Plan:    **AL_Congess_2023_Enacted_**

### Plan: Al_Illustrative_Plan_8, District 6 --                    717,755 Total Population

|  | Population | NH_Wht | AP_Blk |
| --- | --- | --- | --- |
| Dist. 6 | 434,542 (60.54%) | 331,546 (60.58%) | 55,483 (55.60%) |
| Dist. 7 | 52,756 (7.35%) | 41,969 (7.67%) | 6,044 (6.06%) |
| Total and % Population |  | 547,302 (76.25%) | 99,797 (13.90%) |

### Plan: Al_Illustrative_Plan_8, District 7 --                    717,753 Total Population

|  | Population | NH_Wht | AP_Blk |
| --- | --- | --- | --- |
| Dist. 2 | 10,311 (1.44%) | 2,807 (1.01%) | 7,336 (1.93%) |
| Dist. 4 | 25,072 (3.49%) | 10,379 (3.74%) | 12,066 (3.17%) |
| Dist. 6 | 226,842 (31.60%) | 124,754 (44.98%) | 80,009 (21.02%) |
| Dist. 7 | 455,528 (63.47%) | 139,420 (50.27%) | 281,194 (73.88%) |
| Total and % Population |  | 277,360 (38.64%) | 380,605 (53.03%) |