FILED

2024 Aug-07 PM 06:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

## Population Summary Report

### Alabama  U.S. House  -- 2020 Census -- Illustrative Plan 9

| Distric | Population | Deviation | % Deviation | AP Black | % AP Black | Latino | % Latino | NH White | % NH White |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 717753 | -1 | 0.00% | 133664 | 18.62% | 33570 | 4.68% | 514611 | 71.70% |
| 2 | 717752 | -2 | 0.00% | 376281 | 52.42% | 22118 | 3.08% | 291391 | 40.60% |
| 3 | 717756 | 2 | 0.00% | 191301 | 26.65% | 31772 | 4.43% | 463320 | 64.55% |
| 4 | 717754 | 0 | 0.00% | 71438 | 9.95% | 42078 | 5.86% | 572471 | 79.76% |
| 5 | 717755 | 1 | 0.00% | 123313 | 17.18% | 58600 | 8.16% | 494869 | 68.95% |
| 6 | 717755 | 1 | 0.00% | 94474 | 13.16% | 36615 | 5.10% | 552343 | 76.95% |
| 7 | 717754 | 0 | 0.00% | 374265 | 52.14% | 39294 | 5.47% | 282346 | 39.34% |
| **Total** | **5024279** | | **0.00%** | **1364736** | **27.16%** | **264047** | **5.26%** | **3171351** | **63.12%** |

| Distric | 18+ Pop | 18+ AP Black | % 18+ AP | 18+ Latino | % 18+ Latino | 18+ NH White | % 18+ NH White |
|---|---|---|---|---|---|---|---|
| 1 | 558203 | 96114 | 17.22% | 21446 | 3.84% | 413571 | 74.09% |
| 2 | 558144 | 280993 | 50.34% | 14526 | 2.60% | 241351 | 43.24% |
| 3 | 562388 | 142778 | 25.39% | 20441 | 3.63% | 374713 | 66.63% |
| 4 | 559419 | 51802 | 9.26% | 25462 | 4.55% | 458120 | 81.89% |
| 5 | 558589 | 91262 | 16.34% | 35328 | 6.32% | 400456 | 71.69% |
| 6 | 555414 | 68820 | 12.39% | 23247 | 4.19% | 437962 | 78.85% |
| 7 | 565009 | 282603 | 50.02% | 26406 | 4.67% | 238371 | 42.19% |
| **Total** | **3917166** | **1014372** | **25.90%** | **166856** | **4.26%** | **2564544** | **65.47%** |

| Distric | % NH DOJ | % SR NH | % 2023 Black | % 2023 White |
|---|---|---|---|---|
| 1 | 16.88% | 76.99% | 16.62% | 79.37% |
| 2 | 51.23% | 44.44% | 52.18% | 44.76% |
| 3 | 24.88% | 70.29% | 25.32% | 71.22% |
| 4 | 9.01% | 86.06% | 8.93% | 87.83% |
| 5 | 16.27% | 76.96% | 16.51% | 78.07% |
| 6 | 12.46% | 82.89% | 12.15% | 83.99% |
| 7 | 51.23% | 44.30% | 53.02% | 43.51% |

Note: 2018-2022 Citizen Voting Age Population (CVAP)  percentages are disaggregated from block-group level ACS estimates
Source for CVAP disaggregation: Redistricting Data Hub
https://redistrictingdatahub.org/dataset/alabama-cvap-data-disaggregated-to-the-block-level-2021/
Source for Registered voters: State of Alabama Defendants