

Illustrative Plan 9

Alabama U.S. House