FILED

2024 Aug-07 PM 06:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

**Illustrative Plan 9**

0          10          20
Miles

**Alabama U.S. House**

©2019 CALIPER; ©2018 HERE