FILED

2024 Aug-07  PM 06:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

User:
Plan Name: **AL_Illustrative_ Plan 9**
Plan Type: **Congress**

## Political Subdivision Splits Between Districts

| Thursday, July 25, 2024 | 5:25 PM |
|---|---|

**Split Counts**

| Number of subdivisions split into more than one district: | | Number of splits involving no population: | |
|---|---|---|---|
| County | 5 | County | 0 |
| Voting District | 33 | Voting District | 8 |

Number of times a subdivision is split into multiple districts:

| County | 5 |
|---|---|
| Voting District | 33 |

| County | Voting District | District | Population |
|---|---|---|---|
| *Split Counties:* | | | |
| Calhoun AL | | 3 | 96,575 |
| Calhoun AL | | 6 | 19,866 |
| Etowah AL | | 5 | 82,832 |
| Etowah AL | | 6 | 20,604 |
| Jefferson AL | | 6 | 221,875 |
| Jefferson AL | | 7 | 452,846 |
| Mobile AL | | 1 | 114,019 |
| Mobile AL | | 2 | 300,790 |
| Tuscaloosa AL | | 4 | 38,404 |
| Tuscaloosa AL | | 7 | 188,632 |
| *Split VTDs:* | | | |
| Calhoun AL | Mt. View Bapt Church | 3 | 1,727 |
| Calhoun AL | Mt. View Bapt Church | 6 | 66 |
| Etowah AL | Rainbow City Comm. Ctr. | 5 | 271 |
| Etowah AL | Rainbow City Comm. Ctr. | 6 | 8,669 |
| Jefferson AL | Adamsville Church of God | 6 | 0 |
| Jefferson AL | Adamsville Church of God | 7 | 3,271 |
| Jefferson AL | Avondale Public Library | 6 | 1,370 |
| Jefferson AL | Avondale Public Library | 7 | 1,908 |
| Jefferson AL | Brookside Comm Ctr | 6 | 1,645 |
| Jefferson AL | Brookside Comm Ctr | 7 | 0 |
| Jefferson AL | Church at Grants Mill | 6 | 193 |
| Jefferson AL | Church at Grants Mill | 7 | 2,969 |
| Jefferson AL | Clay Comm Ctr | 6 | 4,391 |
| Jefferson AL | Clay Comm Ctr | 7 | 3,014 |
| Jefferson AL | Fultondale 1st Bapt | 6 | 0 |
| Jefferson AL | Fultondale 1st Bapt | 7 | 5,852 |
| Jefferson AL | Fultondale Sr Citizens Bldg | 6 | 0 |
| Jefferson AL | Fultondale Sr Citizens Bldg | 7 | 5,086 |
| Jefferson AL | Gardendale Civic Ctr | 6 | 8,959 |
| Jefferson AL | Gardendale Civic Ctr | 7 | 1,531 |

## Political Subdivision Splits Between Districts

AL_Illustrative_ Plan 9

| County | Voting District | District | Population |
|---|---|---|---|
| Jefferson AL | Gardendale Mt Vernon UM | 6 | 6,577 |
| Jefferson AL | Gardendale Mt Vernon UM | 7 | 142 |
| Jefferson AL | Homewood Public Lib | 6 | 425 |
| Jefferson AL | Homewood Public Lib | 7 | 9,752 |
| Jefferson AL | Hoover Pk & Rec Ctr | 6 | 0 |
| Jefferson AL | Hoover Pk & Rec Ctr | 7 | 14,092 |
| Jefferson AL | Maurice West Comm Ctr | 6 | 426 |
| Jefferson AL | Maurice West Comm Ctr | 7 | 1,662 |
| Jefferson AL | Oxmoor Valley Comm Ctr | 6 | 655 |
| Jefferson AL | Oxmoor Valley Comm Ctr | 7 | 5,025 |
| Jefferson AL | Parkwood Church of God | 6 | 0 |
| Jefferson AL | Parkwood Church of God | 7 | 632 |
| Jefferson AL | Prince of Peace Cath Church | 6 | 5,487 |
| Jefferson AL | Prince of Peace Cath Church | 7 | 3,657 |
| Jefferson AL | Ross Bridge Welcome Ctr | 6 | 1,059 |
| Jefferson AL | Ross Bridge Welcome Ctr | 7 | 6,996 |
| Jefferson AL | Trussville !st Bapt | 6 | 8,360 |
| Jefferson AL | Trussville !st Bapt | 7 | 638 |
| Mobile AL | Bishop State Comm. College | 1 | 49 |
| Mobile AL | Bishop State Comm. College | 2 | 3,220 |
| Mobile AL | Hollingers Island Elem | 1 | 821 |
| Mobile AL | Hollingers Island Elem | 2 | 1,789 |
| Mobile AL | Holy Name of Jesus Church | 1 | 2,991 |
| Mobile AL | Holy Name of Jesus Church | 2 | 4,919 |
| Mobile AL | James Seals Jr. Rec. Ctr | 1 | 1,314 |
| Mobile AL | James Seals Jr. Rec. Ctr | 2 | 1,598 |
| Mobile AL | Palmer Pillans Mid Sch | 1 | 1,098 |
| Mobile AL | Palmer Pillans Mid Sch | 2 | 1,519 |
| Mobile AL | Revelation Miss Bapt Ch | 1 | 0 |
| Mobile AL | Revelation Miss Bapt Ch | 2 | 4,295 |
| Mobile AL | Riverside Bapt Church | 1 | 2,457 |
| Mobile AL | Riverside Bapt Church | 2 | 5,291 |
| Mobile AL | Rock of Faith Bapt Ch | 1 | 68 |
| Mobile AL | Rock of Faith Bapt Ch | 2 | 4,062 |
| Mobile AL | St. Joan of Arc Catholic | 1 | 0 |
| Mobile AL | St. Joan of Arc Catholic | 2 | 4,970 |
| Mobile AL | Tillmans Corner Comm | 1 | 5,116 |
| Mobile AL | Tillmans Corner Comm | 2 | 1,994 |
| Tuscaloosa AL | Buhl VFD | 4 | 723 |
| Tuscaloosa AL | Buhl VFD | 7 | 612 |

## Political Subdivision Splits Between Districts

AL_Illustrative_ Plan 9

| County | Voting District | District | Population |
|---|---|---|---|
| Tuscaloosa AL | Chapel Hill Church | 4 | 5,583 |
| Tuscaloosa AL | Chapel Hill Church | 7 | 769 |
| Tuscaloosa AL | Coker VFD | 4 | 1,220 |
| Tuscaloosa AL | Coker VFD | 7 | 243 |
| Tuscaloosa AL | Northport City Hall | 4 | 882 |
| Tuscaloosa AL | Northport City Hall | 7 | 6,041 |