FILED

2024 Aug-07  PM 06:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

User:
Plan Name: **AL_Illustrative_ Plan 9**
Plan Type: **Congress**

# Communities of Interest (Condensed)

| Thursday, July 25, 2024 | 5:35 PM |
|---|---|

**Whole City/Town : 433**
**City/Town Splits: 67**
**Zero Population City/Town Splits: 4**

| District | City/Town | Population | % Pop | District | City/Town | Population | % Pop |
|---|---|---|---|---|---|---|---|
| 1 | Mobile | 6,445 | 3.45% | 6 | Garden City | 0 | 0.00% |
| 2 | Notasulga | 866 | 94.75% | 6 | Trussville | 26,084 | 99.85% |
| 2 | Mobile | 180,596 | 96.55% | 6 | Clay | 3,380 | 32.84% |
| 3 | Notasulga | 48 | 5.25% | 6 | Brookside | 1,253 | 100.00% |
| 3 | Oxford | 8,315 | 37.68% | 6 | Fultondale | 0 | 0.00% |
| 3 | Hobson City | 754 | 99.34% | 6 | Gardendale | 14,216 | 88.61% |
| 3 | Anniston | 21,525 | 99.82% | 6 | Pinson | 1,790 | 24.81% |
| 3 | Calera | 86 | 0.52% | 7 | Birmingham | 176,343 | 87.85% |
| 3 | Southside | 103 | 1.09% | 7 | Adamsville | 4,352 | 99.68% |
| 3 | Glencoe | 18 | 0.34% | 7 | Graysville | 1,629 | 83.54% |
| 3 | Piedmont | 4,787 | 100.00% | 7 | Irondale | 10,425 | 77.24% |
| 4 | Tuscaloosa | 7,843 | 7.87% | 7 | Tuscaloosa | 91,757 | 92.13% |
| 4 | Northport | 7,613 | 24.46% | 7 | Helena | 2,493 | 11.92% |
| 4 | Sumiton | 2,422 | 99.10% | 7 | Northport | 23,512 | 75.54% |
| 4 | Arab | 29 | 0.34% | 7 | Homewood | 22,259 | 84.27% |
| 4 | Huntsville | 4,393 | 2.04% | 7 | Vestavia Hills | 62 | 0.16% |
| 4 | Garden City | 528 | 100.00% | 7 | Hoover | 35,636 | 38.48% |
| 4 | Madison | 11,227 | 19.72% | 7 | Trussville | 39 | 0.15% |
| 5 | Rainbow City | 525 | 5.15% | 7 | Clay | 6,911 | 67.16% |
| 5 | Southside | 9,243 | 98.06% | 7 | Brookside | 0 | 0.00% |
| 5 | Attalla | 2,777 | 47.66% | 7 | Fultondale | 9,876 | 100.00% |
| 5 | Gadsden | 33,922 | 99.93% | 7 | Gardendale | 1,828 | 11.39% |
| 5 | Arab | 8,432 | 99.66% | 7 | Pinson | 5,425 | 75.19% |
| 5 | Glencoe | 5,354 | 99.66% | | | | |
| 5 | Piedmont | 0 | 0.00% | | | | |
| 5 | Huntsville | 210,613 | 97.96% | | | | |
| 5 | Madison | 45,706 | 80.28% | | | | |
| 6 | Birmingham | 24,390 | 12.15% | | | | |
| 6 | Oxford | 13,754 | 62.32% | | | | |
| 6 | Hobson City | 5 | 0.66% | | | | |
| 6 | Anniston | 39 | 0.18% | | | | |
| 6 | Adamsville | 14 | 0.32% | | | | |
| 6 | Graysville | 321 | 16.46% | | | | |
| 6 | Irondale | 3,072 | 22.76% | | | | |
| 6 | Helena | 18,421 | 88.08% | | | | |
| 6 | Calera | 16,408 | 99.48% | | | | |
| 6 | Homewood | 4,155 | 15.73% | | | | |
| 6 | Vestavia Hills | 39,040 | 99.84% | | | | |
| 6 | Hoover | 56,970 | 61.52% | | | | |
| 6 | Sumiton | 22 | 0.90% | | | | |
| 6 | Rainbow City | 9,666 | 94.85% | | | | |
| 6 | Southside | 80 | 0.85% | | | | |
| 6 | Attalla | 3,050 | 52.34% | | | | |
| 6 | Gadsden | 23 | 0.07% | | | | |