FILED

2024 Aug-07  PM 06:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

User:
Plan Name: **AL_Illustrative_ Plan 9**
Plan Type: **Congress**

## Measures of Compactness Report

Thursday, July 25, 2024                                                                                               5:38 PM

|  | Reock | Polsby-Popper | Area/Convex Hull |
|---|---|---|---|
| Sum | N/A | N/A | N/A |
| Min | 0.26 | 0.17 | 0.60 |
| Max | 0.59 | 0.48 | 0.91 |
| Mean | 0.43 | 0.27 | 0.74 |
| Std. Dev. | 0.13 | 0.13 | 0.12 |

| District | Reock | Polsby-Popper | Area/Convex Hull |
|---|---|---|---|
| 1 | 0.26 | 0.20 | 0.60 |
| 2 | 0.33 | 0.21 | 0.64 |
| 3 | 0.41 | 0.17 | 0.64 |
| 4 | 0.59 | 0.43 | 0.87 |
| 5 | 0.49 | 0.48 | 0.91 |
| 6 | 0.59 | 0.20 | 0.81 |
| 7 | 0.32 | 0.20 | 0.71 |

## Measures of Compactness Report

Measures of Compactness Summary

| | |
|---|---|
| **Reock** | The measure is always between 0 and 1, with 1 being the most compact. |
| **Polsby-Popper** | The measure is always between 0 and 1, with 1 being the most compact. |
| **Area / Convex Hull** | The measure is always between 0 and 1, with 1 being the most compact. |