FILED

2024 Aug-07  PM 06:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

User:
Plan Name: **AL_Illustrative_ Plan 9**
Plan Type: **Congress**

## Communities of Interest (Condensed)

| Thursday, July 25, 2024 | 5:55 PM |
|---|---|

**Whole CBSA : 20**
**CBSA Splits: 15**
**Zero Population CBSA Splits: 0**

| District | CBSA | Population | % Pop | District | CBSA | Population | % Pop |
|---|---|---|---|---|---|---|---|
| 1 | Mobile, AL | 114,019 | 26.50% | | | | |
| 2 | Mobile, AL | 316,178 | 73.50% | | | | |
| 2 | Montgomery, AL | 239,265 | 61.98% | | | | |
| 3 | Montgomery, AL | 146,782 | 38.02% | | | | |
| 3 | Birmingham-Hoover, AL | 45,014 | 4.04% | | | | |
| 3 | Anniston-Oxford, AL | 96,575 | 82.94% | | | | |
| 4 | Tuscaloosa, AL | 38,404 | 14.29% | | | | |
| 4 | Huntsville, AL | 103,570 | 21.06% | | | | |
| 5 | Gadsden, AL | 82,832 | 80.08% | | | | |
| 5 | Huntsville, AL | 388,153 | 78.94% | | | | |
| 6 | Birmingham-Hoover, AL | 595,136 | 53.36% | | | | |
| 6 | Gadsden, AL | 20,604 | 19.92% | | | | |
| 6 | Anniston-Oxford, AL | 19,866 | 17.06% | | | | |
| 7 | Tuscaloosa, AL | 230,270 | 85.71% | | | | |
| 7 | Birmingham-Hoover, AL | 475,139 | 42.60% | | | | |

**Maptitude** For Redistricting