FILED

2024 Aug-07  PM 06:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

User:
Plan Name: **AL_Illustrative_ Plan 9**
Plan Type: **Congress**

# Core Constituencies

| Thursday, July 25, 2024 | 5:58 PM |
|---|---|

From Plan:    **Special_Master_Plan**

### Plan: AL_Illustrative_ Plan 9, District 1 --          717,753 Total Population

| | Population | NH_Wht | AP_Blk |
|---|---|---|---|
| Dist. 1 | 659,952 (91.95%) | 480,439 (93.36%) | 113,310 (84.77%) |
| Dist. 2 | 57,801 (8.05%) | 34,172 (6.64%) | 20,354 (15.23%) |
| Total and % Population | | 514,611 (71.70%) | 133,664 (18.62%) |

### Plan: AL_Illustrative_ Plan 9, District 2 --          717,752 Total Population

| | Population | NH_Wht | AP_Blk |
|---|---|---|---|
| Dist. 1 | 57,802 (8.05%) | 38,759 (13.30%) | 13,491 (3.59%) |
| Dist. 2 | 542,538 (75.59%) | 208,362 (71.51%) | 291,955 (77.59%) |
| Dist. 7 | 117,412 (16.36%) | 44,270 (15.19%) | 70,835 (18.83%) |
| Total and % Population | | 291,391 (40.60%) | 376,281 (52.42%) |

### Plan: AL_Illustrative_ Plan 9, District 3 --          717,756 Total Population

| | Population | NH_Wht | AP_Blk |
|---|---|---|---|
| Dist. 2 | 117,415 (16.36%) | 55,801 (12.04%) | 52,676 (27.54%) |
| Dist. 3 | 398,158 (55.47%) | 261,712 (56.49%) | 99,349 (51.93%) |
| Dist. 6 | 202,183 (28.17%) | 145,807 (31.47%) | 39,276 (20.53%) |
| Total and % Population | | 463,320 (64.55%) | 191,301 (26.65%) |

### Plan: AL_Illustrative_ Plan 9, District 4 --          717,754 Total Population

| | Population | NH_Wht | AP_Blk |
|---|---|---|---|
| Dist. 4 | 440,228 (61.33%) | 367,884 (64.26%) | 35,040 (49.05%) |
| Dist. 5 | 277,022 (38.60%) | 204,145 (35.66%) | 36,382 (50.93%) |
| Dist. 7 | 504 (0.07%) | 442 (0.08%) | 16 (0.02%) |
| Total and % Population | | 572,471 (79.76%) | 71,438 (9.95%) |

### Plan: AL_Illustrative_ Plan 9, District 5 --          717,755 Total Population

| | Population | NH_Wht | AP_Blk |
|---|---|---|---|
| Dist. 3 | 107,803 (15.02%) | 83,054 (16.78%) | 16,376 (13.28%) |
| Dist. 4 | 169,220 (23.58%) | 129,195 (26.11%) | 4,881 (3.96%) |
| Dist. 5 | 440,732 (61.40%) | 282,620 (57.11%) | 102,056 (82.76%) |
| Total and % Population | | 494,869 (68.95%) | 123,313 (17.18%) |

### Plan: AL_Illustrative_ Plan 9, District 6 --          717,755 Total Population

| | Population | NH_Wht | AP_Blk |
|---|---|---|---|
| Dist. 3 | 211,793 (29.51%) | 157,363 (28.49%) | 40,479 (42.85%) |
| Dist. 4 | 59,134 (8.24%) | 49,764 (9.01%) | 1,250 (1.32%) |

**Maptitude**
For Redistricting

## Core Constituencies

From Plan:    **Special_Master_Plan**

### Plan: AL_Illustrative_ Plan 9, District 6 --          717,755 Total Population

|  | Population | NH_Wht | AP_Blk |
|---|---|---|---|
| Dist. 6 | 410,440 (57.18%) | 316,283 (57.26%) | 48,735 (51.59%) |
| Dist. 7 | 36,388 (5.07%) | 28,933 (5.24%) | 4,010 (4.24%) |
| Total and % Population |  | 552,343 (76.95%) | 94,474 (13.16%) |

### Plan: AL_Illustrative_ Plan 9, District 7 --          717,754 Total Population

|  | Population | NH_Wht | AP_Blk |
|---|---|---|---|
| Dist. 4 | 49,172 (6.85%) | 28,868 (10.22%) | 15,552 (4.16%) |
| Dist. 6 | 105,132 (14.65%) | 48,714 (17.25%) | 45,952 (12.28%) |
| Dist. 7 | 563,450 (78.50%) | 204,764 (72.52%) | 312,761 (83.57%) |
| Total and % Population |  | 282,346 (39.34%) | 374,265 (52.14%) |