User:
Plan Name: **AL_Illustrative_ Plan 9**
Plan Type: **Congress**

# Core Constituencies

| Thursday, July 25, 2024 | 6:02 PM |
|---|---|

From Plan:     **AL_Congess_2023_Enacted_**

### Plan: AL_Illustrative_ Plan 9, District 1 --                717,753 Total Population

|  | Population | NH_Wht | AP_Blk |
|---|---|---|---|
| Dist. 1 | 416,964 (58.09%) | 316,763 (61.55%) | 57,722 (43.18%) |
| Dist. 2 | 289,192 (40.29%) | 192,013 (37.31%) | 70,706 (52.90%) |
| Dist. 7 | 11,597 (1.62%) | 5,835 (1.13%) | 5,236 (3.92%) |
| Total and % Population |  | 514,611 (71.70%) | 133,664 (18.62%) |

### Plan: AL_Illustrative_ Plan 9, District 2 --                717,752 Total Population

|  | Population | NH_Wht | AP_Blk |
|---|---|---|---|
| Dist. 1 | 300,790 (41.91%) | 146,203 (50.17%) | 132,172 (35.13%) |
| Dist. 2 | 269,154 (37.50%) | 81,629 (28.01%) | 164,649 (43.76%) |
| Dist. 7 | 147,808 (20.59%) | 63,559 (21.81%) | 79,460 (21.12%) |
| Total and % Population |  | 291,391 (40.60%) | 376,281 (52.42%) |

### Plan: AL_Illustrative_ Plan 9, District 3 --                717,756 Total Population

|  | Population | NH_Wht | AP_Blk |
|---|---|---|---|
| Dist. 2 | 159,409 (22.21%) | 84,195 (18.17%) | 63,446 (33.17%) |
| Dist. 3 | 398,158 (55.47%) | 261,712 (56.49%) | 99,349 (51.93%) |
| Dist. 6 | 160,189 (22.32%) | 117,413 (25.34%) | 28,506 (14.90%) |
| Total and % Population |  | 463,320 (64.55%) | 191,301 (26.65%) |

### Plan: AL_Illustrative_ Plan 9, District 4 --                717,754 Total Population

|  | Population | NH_Wht | AP_Blk |
|---|---|---|---|
| Dist. 4 | 440,228 (61.33%) | 367,884 (64.26%) | 35,040 (49.05%) |
| Dist. 5 | 277,022 (38.60%) | 204,145 (35.66%) | 36,382 (50.93%) |
| Dist. 7 | 504 (0.07%) | 442 (0.08%) | 16 (0.02%) |
| Total and % Population |  | 572,471 (79.76%) | 71,438 (9.95%) |

### Plan: AL_Illustrative_ Plan 9, District 5 --                717,755 Total Population

|  | Population | NH_Wht | AP_Blk |
|---|---|---|---|
| Dist. 3 | 107,803 (15.02%) | 83,054 (16.78%) | 16,376 (13.28%) |
| Dist. 4 | 169,220 (23.58%) | 129,195 (26.11%) | 4,881 (3.96%) |
| Dist. 5 | 440,732 (61.40%) | 282,620 (57.11%) | 102,056 (82.76%) |
| Total and % Population |  | 494,869 (68.95%) | 123,313 (17.18%) |

### Plan: AL_Illustrative_ Plan 9, District 6 --                717,755 Total Population

|  | Population | NH_Wht | AP_Blk |
|---|---|---|---|
| Dist. 3 | 211,793 (29.51%) | 157,363 (28.49%) | 40,479 (42.85%) |

## Core Constituencies

From Plan:    **AL_Congess_2023_Enacted_**

### Plan: AL_Illustrative_ Plan 9, District 6 --     717,755 Total Population

|  | Population | NH_Wht | AP_Blk |
|---|---|---|---|
| Dist. 4 | 59,134 (8.24%) | 49,764 (9.01%) | 1,250 (1.32%) |
| Dist. 6 | 419,618 (58.46%) | 323,469 (58.56%) | 49,911 (52.83%) |
| Dist. 7 | 27,210 (3.79%) | 21,747 (3.94%) | 2,834 (3.00%) |
| Total and % Population | | 552,343 (76.95%) | 94,474 (13.16%) |

### Plan: AL_Illustrative_ Plan 9, District 7 --     717,754 Total Population

|  | Population | NH_Wht | AP_Blk |
|---|---|---|---|
| Dist. 4 | 49,172 (6.85%) | 28,868 (10.22%) | 15,552 (4.16%) |
| Dist. 6 | 137,947 (19.22%) | 56,371 (19.97%) | 68,778 (18.38%) |
| Dist. 7 | 530,635 (73.93%) | 197,107 (69.81%) | 289,935 (77.47%) |
| Total and % Population | | 282,346 (39.34%) | 374,265 (52.14%) |