FILED
2024 Aug-07  PM 06:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

## 45 Districts  below Plan 9  D1 Reock  of .2366

| State | District | Reock | Polsby-Popper |
|-------|----------|-------|---------------|
| **AZ** | 4 | **0.2075** | 0.2038 |
| **AZ** | 7 | **0.1618** | 0.1683 |
| CA | 3 | **0.1337** | 0.1305 |
| CA | 11 | **0.0954** | 0.2623 |
| CA | 19 | **0.148** | 0.1 |
| CA | 33 | **0.2262** | 0.1824 |
| CA | 41 | **0.2026** | 0.0599 |
| CA | 42 | **0.1254** | 0.1385 |
| CO | 1 | **0.1612** | 0.0864 |
| CO | 6 | **0.2151** | 0.0919 |
| FL | 28 | **0.2004** | 0.234 |
| IL | 3 | **0.1534** | 0.0787 |
| IL | 5 | **0.1248** | 0.0677 |
| IL | 7 | **0.2314** | 0.1168 |
| IL | 9 | **0.1029** | 0.0961 |
| IL | 13 | **0.1101** | 0.1043 |
| KY | 1 | **0.1503** | 0.0897 |
| KY | 4 | **0.1896** | 0.1486 |
| LA | 2 | **0.2033** | 0.1093 |
| LA | 6 | **0.1188** | 0.0527 |
| MA | 3 | **0.2196** | 0.208 |
| MD | 6 | **0.1453** | 0.1121 |
| MD | 7 | **0.2356** | 0.2754 |
| MI | 5 | **0.1381** | 0.2231 |
| MI | 13 | **0.1728** | 0.2547 |
| MN | 1 | **0.1671** | 0.2431 |
| NY | 1 | **0.2289** | 0.3742 |
| NY | 23 | **0.1868** | 0.203 |
| OH | 5 | **0.2045** | 0.191 |
| OH | 9 | **0.2034** | 0.2441 |
| OH | 15 | **0.2315** | 0.1423 |
| OK | 3 | **0.2186** | 0.2187 |
| PA | 4 | **0.2141** | 0.164 |
| TN | 4 | **0.2278** | 0.1897 |
| TX | 2 | **0.2261** | 0.0745 |
| TX | 14 | **0.2223** | 0.1582 |
| TX | 15 | **0.1637** | 0.1267 |
| TX | 28 | **0.2338** | 0.1385 |
| TX | 33 | **0.1926** | 0.045 |
| TX | 34 | **0.2002** | 0.1254 |
| TX | 35 | **0.0971** | 0.0547 |
| **VA** | 2 | **0.2214** | 0.2011 |
| **VA** | 6 | **0.2319** | 0.206 |
| **VA** | 9 | **0.1696** | 0.177 |
| WI | 4 | **0.209** | 0.2531 |

**Source: Daves Redistricting Application website**