FILED

2024 Aug-07  PM 06:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

## 80 Districts  below Plan 9  D3 Polsby-Popper of .1678

| State | Dstrict | Reock | Polsby-Popper |
|-------|---------|-------|---------------|
| AR | 1 | 0.3579 | **0.1178** |
| CA | 3 | **0.1337** | **0.1305** |
| CA | 5 | 0.2846 | **0.167** |
| CA | 18 | 0.2744 | **0.1675** |
| CA | 19 | **0.148** | **0.1** |
| CA | 20 | 0.3527 | **0.0953** |
| CA | 24 | 0.2518 | **0.1499** |
| CA | 25 | 0.4198 | **0.1593** |
| CA | 28 | 0.3627 | **0.1327** |
| CA | 30 | 0.3464 | **0.1494** |
| CA | 31 | 0.3656 | **0.1062** |
| CA | 38 | 0.3351 | **0.1375** |
| CA | 40 | 0.4241 | **0.149** |
| CA | 41 | **0.2026** | **0.0599** |
| CA | 42 | **0.1254** | **0.1385** |
| CA | 44 | 0.3146 | **0.1649** |
| CA | 45 | 0.3596 | **0.0785** |
| CA | 46 | 0.4873 | **0.1631** |
| CA | 50 | 0.2485 | **0.1183** |
| CA | 51 | 0.5072 | **0.1188** |
| CO | 1 | **0.1612** | **0.0864** |
| CO | 6 | **0.2151** | **0.0919** |
| GA | 13 | 0.2947 | **0.1321** |
| IL | 1 | 0.2647 | **0.1333** |
| IL | 3 | **0.1534** | **0.0787** |
| IL | 4 | 0.3277 | **0.1144** |
| IL | 5 | **0.1248** | **0.0677** |
| IL | 6 | 0.3783 | **0.1599** |
| IL | 7 | **0.2314** | **0.1168** |
| IL | 8 | 0.2428 | **0.1075** |
| IL | 9 | **0.1029** | **0.0961** |
| IL | 11 | 0.2538 | **0.142** |
| IL | 13 | **0.1101** | **0.1043** |
| IL | 15 | 0.3556 | **0.1232** |
| IL | 16 | 0.3293 | **0.0925** |
| IL | 17 | 0.2421 | **0.0768** |
| KS | 2 | 0.4425 | **0.1497** |
| KY | 1 | **0.1503** | **0.0897** |
| KY | 4 | **0.1896** | **0.1486** |
| LA | 1 | 0.4883 | **0.1541** |
| LA | 2 | **0.2033** | **0.1093** |

## 80 Districts  below Plan 9  D3 Polsby-Popper of .1678

| State | Dstrict | Reock | Polsby-Popper |
|-------|---------|-------|---------------|
| LA | 4 | 0.4069 | **0.082** |
| LA | 5 | 0.324 | **0.0809** |
| LA | 6 | **0.1188** | 0.0527 |
| MA | 7 | 0.2702 | **0.0928** |
| MA | 8 | 0.3266 | **0.1313** |
| MD | 6 | **0.1453** | 0.1121 |
| MO | 3 | 0.3002 | **0.1514** |
| MS | 2 | 0.345 | **0.128** |
| NC | 13 | 0.3794 | **0.1386** |
| NC | 14 | 0.2941 | **0.1602** |
| NJ | 6 | 0.2594 | **0.1498** |
| NJ | 8 | 0.2642 | **0.1095** |
| NJ | 9 | 0.2773 | **0.1656** |
| NJ | 10 | 0.3153 | **0.1147** |
| OH | 15 | **0.2315** | 0.1423 |
| PA | 4 | **0.2141** | 0.164 |
| SC | 1 | 0.2908 | **0.1457** |
| SC | 6 | 0.3656 | **0.0769** |
| TN | 2 | 0.3882 | **0.1635** |
| TN | 3 | 0.3489 | **0.1572** |
| TN | 5 | 0.244 | **0.1306** |
| TN | 9 | 0.2926 | **0.1176** |
| TX | 2 | **0.2261** | 0.0745 |
| TX | 5 | 0.3044 | **0.1351** |
| TX | 7 | 0.3132 | **0.1353** |
| TX | 9 | 0.2602 | **0.1526** |
| TX | 10 | 0.2651 | **0.1559** |
| TX | 14 | **0.2223** | 0.1582 |
| TX | 15 | **0.1637** | 0.1267 |
| TX | 18 | 0.4159 | **0.0808** |
| TX | 22 | 0.3313 | **0.1477** |
| TX | 25 | 0.3023 | **0.1602** |
| TX | 28 | **0.2338** | 0.1385 |
| TX | 29 | 0.3442 | **0.0877** |
| TX | 32 | 0.3515 | **0.1274** |
| TX | 33 | **0.1926** | 0.045 |
| TX | 34 | **0.2002** | 0.1254 |
| TX | 35 | **0.0971** | 0.0547 |
| WA | 1 | 0.3585 | **0.1476** |

Source: Daves Redistricting Application website