

**Jefferson County -- Municipalities**

Voting District
County
Illustrative Plan 9
2023 Enacted Plan

0    7.5    15
Miles