FILED
2024 Aug-07  PM 06:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

User:
Plan Name: **Jeffco_muni_analysis**
Plan Type: **Local**

## Political Subdivision Splits Between Districts

| Thursday, July 25, 2024 | 7:01 PM |
|---|---|

**Split Counts**

| | | | |
|---|---|---|---|
| Number of subdivisions split into more than one district: | | Number of splits involving no population: | |
| County | 1 | County | 0 |
| Voting District | 117 | Voting District | 47 |

Number of times a subdivision is split into multiple districts:

| | |
|---|---|
| County | 39 |
| Voting District | 269 |

| County | Voting District | District | Population |
|---|---|---|---|
| *Split  Counties:* | | | |
| Jefferson AL | | Adamsville | 4,366 |
| Jefferson AL | | Argo | 61 |
| Jefferson AL | | Bessemer | 26,019 |
| Jefferson AL | | Birmingham | 198,829 |
| Jefferson AL | | Brighton | 2,337 |
| Jefferson AL | | Brookside | 1,253 |
| Jefferson AL | | Cardiff | 52 |
| Jefferson AL | | Center Point | 16,406 |
| Jefferson AL | | Clay | 10,291 |
| Jefferson AL | | County Line | 94 |
| Jefferson AL | | Fairfield | 10,000 |
| Jefferson AL | | Fultondale | 9,876 |
| Jefferson AL | | Gardendale | 16,044 |
| Jefferson AL | | Graysville | 1,950 |
| Jefferson AL | | Helena | 2,493 |
| Jefferson AL | | Homewood | 26,414 |
| Jefferson AL | | Hoover | 65,961 |
| Jefferson AL | | Hueytown | 16,776 |
| Jefferson AL | | Irondale | 13,497 |
| Jefferson AL | | Kimberly | 3,841 |
| Jefferson AL | | Lake View | 305 |
| Jefferson AL | | Leeds | 10,164 |
| Jefferson AL | | Lipscomb | 2,086 |
| Jefferson AL | | Maytown | 316 |
| Jefferson AL | | Midfield | 5,211 |
| Jefferson AL | | Morris | 2,259 |
| Jefferson AL | | Mountain Bro | 22,461 |
| Jefferson AL | | Mulga | 784 |
| Jefferson AL | | North Johns | 127 |
| Jefferson AL | | Pinson | 7,215 |
| Jefferson AL | | Pleasant Gro | 9,544 |
| Jefferson AL | | Sumiton | 22 |
| Jefferson AL | | Sylvan Sprin | 1,653 |

## Political Subdivision Splits Between Districts

| County | Voting District | District | Population |
|---|---|---|---|
| Jefferson AL | | Tarrant | 6,124 |
| Jefferson AL | | Trafford | 613 |
| Jefferson AL | | Trussville | 24,521 |
| Jefferson AL | | Vestavia Hil | 39,062 |
| Jefferson AL | | Warrior | 3,224 |
| Jefferson AL | | West Jeffers | 417 |
| *Split  VTDs:* | | | |
| Jefferson AL | Adamsville Bapt Church | Adamsville | 2,847 |
| Jefferson AL | Adamsville Bapt Church | Graysville | 10 |
| Jefferson AL | Adamsville Bapt Church | Maytown | 4 |
| Jefferson AL | Adamsville Bapt Church | Sylvan Sprin | 0 |
| Jefferson AL | Adamsville Church of God | Adamsville | 1,454 |
| Jefferson AL | Alliance Comm Ctr | Birmingham | 13 |
| Jefferson AL | Alliance Comm Ctr | Sylvan Sprin | 5 |
| Jefferson AL | Avondale Elem Sch | Birmingham | 2,119 |
| Jefferson AL | Avondale Elem Sch | Mountain Bro | 0 |
| Jefferson AL | Avondale Public Library | Birmingham | 3,217 |
| Jefferson AL | Avondale Public Library | Mountain Bro | 61 |
| Jefferson AL | Bagley Jr HS | Graysville | 12 |
| Jefferson AL | Bagley Jr HS | Sumiton | 22 |
| Jefferson AL | Bapt Church of McAdory | Birmingham | 38 |
| Jefferson AL | Bapt Church of McAdory | Pleasant Gro | 0 |
| Jefferson AL | Bessemer Civic Ctr | Bessemer | 5,579 |
| Jefferson AL | Bessemer FD #5 | Bessemer | 1,762 |
| Jefferson AL | Bessemer FD #5 | Hueytown | 15 |
| Jefferson AL | Bethel Bapt Church | Birmingham | 2,584 |
| Jefferson AL | Birmingham Botanical Gardens | Birmingham | 469 |
| Jefferson AL | Birmingham Botanical Gardens | Homewood | 0 |
| Jefferson AL | Birmingham Botanical Gardens | Mountain Bro | 855 |
| Jefferson AL | Bluff Pk UM Church | Birmingham | 0 |
| Jefferson AL | Bluff Pk UM Church | Homewood | 1,044 |
| Jefferson AL | Bluff Pk UM Church | Hoover | 4,710 |
| Jefferson AL | Bradford Sanctuary of Praise | Pinson | 79 |
| Jefferson AL | Brighton Sr Citizen Bldg | Bessemer | 0 |
| Jefferson AL | Brighton Sr Citizen Bldg | Brighton | 2,295 |
| Jefferson AL | Brighton Sr Citizen Bldg | Midfield | 6 |
| Jefferson AL | Brooklane Comm Church | Bessemer | 1 |
| Jefferson AL | Brooklane Comm Church | Hueytown | 5,062 |
| Jefferson AL | Brookside Comm Ctr | Adamsville | 1 |
| Jefferson AL | Brookside Comm Ctr | Birmingham | 2 |
| Jefferson AL | Brookside Comm Ctr | Brookside | 1,247 |
| Jefferson AL | Brookside Comm Ctr | Cardiff | 52 |
| Jefferson AL | Brookside Comm Ctr | Gardendale | 58 |

## Political Subdivision Splits Between Districts

| County | Voting District | District | Population |
|---|---|---|---|
| Jefferson AL | Brookside Comm Ctr | Graysville | 7 |
| Jefferson AL | Brookwood Bapt Church | Birmingham | 0 |
| Jefferson AL | Brookwood Bapt Church | Irondale | 75 |
| Jefferson AL | Brookwood Bapt Church | Mountain Bro | 4,389 |
| Jefferson AL | Brookwood Bapt Church | Vestavia Hil | 505 |
| Jefferson AL | Bryant Chapel AME | Birmingham | 1,412 |
| Jefferson AL | Bryant Chapel AME | Midfield | 1 |
| Jefferson AL | Center Pt 1st Bapt | Birmingham | 697 |
| Jefferson AL | Center Pt 1st Bapt | Center Point | 7,247 |
| Jefferson AL | Center Pt 1st Bapt | Clay | 258 |
| Jefferson AL | Center Pt 1st Bapt | Pinson | 121 |
| Jefferson AL | Center Pt Comm Ctr | Birmingham | 488 |
| Jefferson AL | Center Pt Comm Ctr | Center Point | 5,516 |
| Jefferson AL | Cherokee Bend Elem Sch | Irondale | 1 |
| Jefferson AL | Cherokee Bend Elem Sch | Mountain Bro | 2,674 |
| Jefferson AL | Church at Grants Mill | Birmingham | 6 |
| Jefferson AL | Church at Grants Mill | Irondale | 3,045 |
| Jefferson AL | Church of the Highlands | Birmingham | 59 |
| Jefferson AL | Church of the Highlands | Irondale | 2,033 |
| Jefferson AL | Church of the Highlands | Mountain Bro | 19 |
| Jefferson AL | Church of the Highlands | Vestavia Hil | 21 |
| Jefferson AL | Clay Comm Ctr | Clay | 5,970 |
| Jefferson AL | Clay Comm Ctr | Pinson | 39 |
| Jefferson AL | Clay Comm Ctr | Trussville | 33 |
| Jefferson AL | Dolomite W Field Comm Ctr | Birmingham | 1,181 |
| Jefferson AL | Dolomite W Field Comm Ctr | Hueytown | 86 |
| Jefferson AL | Dolomite W Field Comm Ctr | Pleasant Gro | 601 |
| Jefferson AL | Don Hawkins Pk & Rec | Birmingham | 4,013 |
| Jefferson AL | Dunbar-Abrams Comm Ctr | Bessemer | 1,959 |
| Jefferson AL | Dunbar-Abrams Comm Ctr | Brighton | 9 |
| Jefferson AL | East Pinson Valley Ctr | Birmingham | 3,538 |
| Jefferson AL | East Pinson Valley Ctr | Center Point | 1,431 |
| Jefferson AL | East Pinson Valley Ctr | Pinson | 1,047 |
| Jefferson AL | Faith Chapel Christian Ctr | Adamsville | 0 |
| Jefferson AL | Faith Chapel Christian Ctr | Birmingham | 2,539 |
| Jefferson AL | Faith Chapel Christian Ctr | Fairfield | 0 |
| Jefferson AL | Faith Chapel Christian Ctr | Hueytown | 0 |
| Jefferson AL | Fire Dept Admin Bldg | Bessemer | 2,219 |
| Jefferson AL | Forestdale Square | Adamsville | 2 |
| Jefferson AL | Forestdale Square | Birmingham | 0 |
| Jefferson AL | Fullness Christian Fellowship | Vestavia Hil | 1,590 |
| Jefferson AL | Fultondale 1st Bapt | Birmingham | 0 |

## Political Subdivision Splits Between Districts
Jeffco_muni_analysis

| County | Voting District | District | Population |
|---|---|---|---|
| Jefferson AL | Fultondale 1st Bapt | Fultondale | 5,664 |
| Jefferson AL | Fultondale 1st Bapt | Gardendale | 24 |
| Jefferson AL | Fultondale Sr Citizens Bldg | Fultondale | 4,140 |
| Jefferson AL | Fultondale Sr Citizens Bldg | Gardendale | 155 |
| Jefferson AL | Fultondale Sr Citizens Bldg | Tarrant | 80 |
| Jefferson AL | Gardendale Civic Ctr | Gardendale | 9,757 |
| Jefferson AL | Gardendale Civic Ctr | Morris | 0 |
| Jefferson AL | Gardendale Mt Vernon UM | Fultondale | 0 |
| Jefferson AL | Gardendale Mt Vernon UM | Gardendale | 5,970 |
| Jefferson AL | Gardendale Mt Vernon UM | Morris | 0 |
| Jefferson AL | Glen Oaks Elem Sch | Fairfield | 2,318 |
| Jefferson AL | Glen Oaks Elem Sch | Midfield | 352 |
| Jefferson AL | Grant St Bapt Church | Bessemer | 519 |
| Jefferson AL | Guiding Light Church | Birmingham | 255 |
| Jefferson AL | Guiding Light Church | Irondale | 2,003 |
| Jefferson AL | Henry Crumpton Rec Ctr | Birmingham | 1,809 |
| Jefferson AL | Hillview FD #1 | Birmingham | 194 |
| Jefferson AL | Hillview FD #1 | Brookside | 0 |
| Jefferson AL | Hillview FD #1 | Fultondale | 0 |
| Jefferson AL | Homewood Public Lib | Homewood | 9,951 |
| Jefferson AL | Homewood Public Lib | Vestavia Hil | 62 |
| Jefferson AL | Homewood Sr Ctr | Birmingham | 3,154 |
| Jefferson AL | Homewood Sr Ctr | Homewood | 3,603 |
| Jefferson AL | Hooper City Rec Ctr | Birmingham | 834 |
| Jefferson AL | Hooper City Rec Ctr | Fultondale | 10 |
| Jefferson AL | Hoover Met Sports Complex | Bessemer | 8 |
| Jefferson AL | Hoover Met Sports Complex | Hoover | 6,934 |
| Jefferson AL | Hoover Met Stadium | Birmingham | 1 |
| Jefferson AL | Hoover Met Stadium | Mulga | 0 |
| Jefferson AL | Hoover Pk & Rec Ctr | Hoover | 12,184 |
| Jefferson AL | Hoover Public Library | Hoover | 904 |
| Jefferson AL | Horizon Church | Hoover | 652 |
| Jefferson AL | Horizon Church | Vestavia Hil | 4,116 |
| Jefferson AL | Inglenook Elem Sch | Birmingham | 2,926 |
| Jefferson AL | Inglenook Elem Sch | Tarrant | 0 |
| Jefferson AL | Irondale City Hall | Birmingham | 92 |
| Jefferson AL | Irondale City Hall | Irondale | 1,293 |
| Jefferson AL | Irondale Sr Citizens Bldg | Birmingham | 411 |
| Jefferson AL | Irondale Sr Citizens Bldg | Irondale | 2,462 |
| Jefferson AL | Johns Comm Ctr | Hueytown | 0 |

## Political Subdivision Splits Between Districts

| County | Voting District | District | Population |
|---|---|---|---:|
| Jefferson AL | Johns Comm Ctr | North Johns | 127 |
| Jefferson AL | Jonesboro Elem Sch | Bessemer | 2,485 |
| Jefferson AL | Kimberly UM church | Kimberly | 3,712 |
| Jefferson AL | Kimberly UM church | Morris | 9 |
| Jefferson AL | Kimberly UM church | Warrior | 14 |
| Jefferson AL | Leeds 1st UM Church | Birmingham | 87 |
| Jefferson AL | Leeds 1st UM Church | Hoover | 24 |
| Jefferson AL | Leeds 1st UM Church | Irondale | 29 |
| Jefferson AL | Leeds 1st UM Church | Leeds | 6,183 |
| Jefferson AL | Leeds Civic Ctr | Birmingham | 0 |
| Jefferson AL | Leeds Civic Ctr | Irondale | 41 |
| Jefferson AL | Leeds Civic Ctr | Leeds | 3,981 |
| Jefferson AL | Liberty Pk Bapt Church | Birmingham | 291 |
| Jefferson AL | Liberty Pk Bapt Church | Vestavia Hil | 5,522 |
| Jefferson AL | Life Church | Clay | 3,463 |
| Jefferson AL | Life Church | Pinson | 917 |
| Jefferson AL | LM Smith Mid Sch | Birmingham | 5,273 |
| Jefferson AL | LM Smith Mid Sch | Center Point | 1,101 |
| Jefferson AL | Martha Gaskins Elem Sch | Birmingham | 4,460 |
| Jefferson AL | Maurice West Comm Ctr | Adamsville | 15 |
| Jefferson AL | Maurice West Comm Ctr | Brookside | 6 |
| Jefferson AL | Maurice West Comm Ctr | Graysville | 1,920 |
| Jefferson AL | Maytown Bapt Church | Maytown | 301 |
| Jefferson AL | Maytown Bapt Church | Sylvan Sprin | 18 |
| Jefferson AL | McElwain Bapt Church | Birmingham | 4,120 |
| Jefferson AL | McElwain Bapt Church | Irondale | 315 |
| Jefferson AL | McElwain Bapt Church | Mountain Bro | 352 |
| Jefferson AL | Metropolitan/Rocky Rdg | Mountain Bro | 60 |
| Jefferson AL | Metropolitan/Rocky Rdg | Vestavia Hil | 5,563 |
| Jefferson AL | Midfield Comm Ctr | Brighton | 16 |
| Jefferson AL | Midfield Comm Ctr | Fairfield | 0 |
| Jefferson AL | Midfield Comm Ctr | Midfield | 4,845 |
| Jefferson AL | Minor FD | Bessemer | 0 |
| Jefferson AL | Minor FD | Hoover | 5,514 |
| Jefferson AL | Morgan Rd UM Church | Bessemer | 2,089 |
| Jefferson AL | Morgan Rd UM Church | Helena | 2,493 |
| Jefferson AL | Morgan Rd UM Church | Hoover | 1,108 |
| Jefferson AL | Morris Sr Citizens Bldg | Kimberly | 6 |
| Jefferson AL | Morris Sr Citizens Bldg | Morris | 2,250 |
| Jefferson AL | Mountain Brook City Hall | Birmingham | 771 |
| Jefferson AL | Mountain Brook City Hall | Mountain Bro | 5,350 |
| Jefferson AL | Mountain Brook Comm Church | Birmingham | 0 |
| Jefferson AL | Mountain Brook Comm Church | Mountain Bro | 4,465 |
| Jefferson AL | Mountain Brook Comm Church | Vestavia Hil | 129 |

## Political Subdivision Splits Between Districts

Jeffco_muni_analysis

| County | Voting District | District | Population |
|---|---|---|---|
| Jefferson AL | Mountain Brook Elem Sch | Mountain Bro | 1,120 |
| Jefferson AL | Mountain View Bapt | Clay | 477 |
| Jefferson AL | Mountain View Bapt | Trussville | 6 |
| Jefferson AL | Mountaintop Comm Church | Hoover | 622 |
| Jefferson AL | Mountaintop Comm Church | Vestavia Hil | 2,747 |
| Jefferson AL | Mt Olive Comm Ctr | Gardendale | 80 |
| Jefferson AL | Mt Olive Comm Ctr | Graysville | 1 |
| Jefferson AL | Mt Olive Comm Ctr | Kimberly | 123 |
| Jefferson AL | Mt Pilgrim Church | Fairfield | 2,172 |
| Jefferson AL | Mulga Town Hall | Birmingham | 0 |
| Jefferson AL | Mulga Town Hall | Maytown | 11 |
| Jefferson AL | Mulga Town Hall | Mulga | 784 |
| Jefferson AL | Muscoda Comm Ctr | Bessemer | 840 |
| Jefferson AL | New Beginning Church | Bessemer | 739 |
| Jefferson AL | New Beginning Church | Birmingham | 453 |
| Jefferson AL | New Beginning Church | Brighton | 10 |
| Jefferson AL | New Beginning Church | Lipscomb | 2,086 |
| Jefferson AL | New Bethal Church | Birmingham | 697 |
| Jefferson AL | New Merkel Cahaba Hts Ctr | Birmingham | 1,034 |
| Jefferson AL | New Merkel Cahaba Hts Ctr | Mountain Bro | 83 |
| Jefferson AL | New Merkel Cahaba Hts Ctr | Vestavia Hil | 5,569 |
| Jefferson AL | New Rising Star Church | Birmingham | 2,658 |
| Jefferson AL | New Rising Star Church | Irondale | 0 |
| Jefferson AL | Oakmont Presb Church | Hoover | 3,619 |
| Jefferson AL | Our Lady of Lourdes Church | Birmingham | 8,389 |
| Jefferson AL | Our Lady of Lourdes Church | Center Point | 199 |
| Jefferson AL | Our Lady of Lourdes Church | Irondale | 1,210 |
| Jefferson AL | Oxmoor Valley Comm Ctr | Birmingham | 5,372 |
| Jefferson AL | Oxmoor Valley Comm Ctr | Homewood | 286 |
| Jefferson AL | Oxmoor Valley Comm Ctr | Hoover | 0 |
| Jefferson AL | Palmerdale UM Church | Pinson | 1,711 |
| Jefferson AL | Parkwood Church of God | Bessemer | 537 |
| Jefferson AL | Parkwood Church of God | Hoover | 88 |
| Jefferson AL | Pleasant Grove Church | Birmingham | 0 |
| Jefferson AL | Pleasant Grove Church | Hueytown | 23 |
| Jefferson AL | Pleasant Grove Church | Pleasant Gro | 8,940 |
| Jefferson AL | Pleasant Hill UM Church | Bessemer | 293 |
| Jefferson AL | Pleasant Hill UM Church | Helena | 0 |
| Jefferson AL | Pleasant Hill UM Church | Lake View | 305 |
| Jefferson AL | Pleasant Rdg Family Life | Birmingham | 7 |

## Political Subdivision Splits Between Districts

Jeffco_muni_analysis

| County | Voting District | District | Population |
|---|---|---|---|
| Jefferson AL | Pleasant Rdg Family Life | Hueytown | 8,409 |
| Jefferson AL | Pleasant Rdg Family Life | Pleasant Gro | 3 |
| Jefferson AL | Prince of Peace Cath Church | Hoover | 9,135 |
| Jefferson AL | Rock School Ctr | Birmingham | 0 |
| Jefferson AL | Rock School Ctr | Clay | 43 |
| Jefferson AL | Rock School Ctr | Pinson | 3,301 |
| Jefferson AL | Roosevelt City Comm Ctr | Birmingham | 1,092 |
| Jefferson AL | Roosevelt City Comm Ctr | Brighton | 7 |
| Jefferson AL | Roosevelt City Comm Ctr | Midfield | 0 |
| Jefferson AL | Ross Bridge Welcome Ctr | Bessemer | 0 |
| Jefferson AL | Ross Bridge Welcome Ctr | Birmingham | 1,126 |
| Jefferson AL | Ross Bridge Welcome Ctr | Hoover | 6,306 |
| Jefferson AL | Saint Thomas Church | Birmingham | 1,684 |
| Jefferson AL | Saint Thomas Church | Hoover | 236 |
| Jefferson AL | Saint Thomas Church | Vestavia Hil | 1,082 |
| Jefferson AL | Sandusky Comm Ctr | Adamsville | 28 |
| Jefferson AL | Sandusky Comm Ctr | Birmingham | 386 |
| Jefferson AL | Shades Cahaba Elem Sch | Birmingham | 0 |
| Jefferson AL | Shades Cahaba Elem Sch | Homewood | 2,539 |
| Jefferson AL | Shades Cahaba Elem Sch | Mountain Bro | 13 |
| Jefferson AL | Shades Crest Bapt Church | Hoover | 3,371 |
| Jefferson AL | Shades Mtn Comm Church | Hoover | 3,680 |
| Jefferson AL | Shades Mtn Comm Church | Vestavia Hil | 2,726 |
| Jefferson AL | South Hampton Elem Sch | Birmingham | 3,107 |
| Jefferson AL | Southside Homes Comm Ctr | Bessemer | 3,165 |
| Jefferson AL | Southside Homes Comm Ctr | Lipscomb | 0 |
| Jefferson AL | St Mary's Cath Church | Birmingham | 368 |
| Jefferson AL | St Mary's Cath Church | Fairfield | 473 |
| Jefferson AL | St Mary's Cath Church | Midfield | 7 |
| Jefferson AL | St Peter Apostle Church | Hoover | 6,874 |
| Jefferson AL | St Peter Apostle Church | Vestavia Hil | 0 |
| Jefferson AL | Sun Valley Elem Sch | Birmingham | 3,942 |
| Jefferson AL | Sun Valley Elem Sch | Center Point | 209 |
| Jefferson AL | Sun Valley Elem Sch | Fultondale | 15 |
| Jefferson AL | Sylvan Springs !st UM Church | Birmingham | 0 |
| Jefferson AL | Sylvan Springs !st UM Church | Maytown | 0 |
| Jefferson AL | Sylvan Springs !st UM Church | Pleasant Gro | 0 |
| Jefferson AL | Sylvan Springs !st UM Church | Sylvan Sprin | 1,630 |
| Jefferson AL | Tarrant City Hall | Birmingham | 27 |

## Political Subdivision Splits Between Districts

Jeffco_muni_analysis

| County | Voting District | District | Population |
|--------|-----------------|----------|-----------|
| Jefferson AL | Tarrant City Hall | Fultondale | 47 |
| Jefferson AL | Tarrant City Hall | Tarrant | 6,044 |
| Jefferson AL | Tom Bradford Pk | Birmingham | 1,859 |
| Jefferson AL | Tom Bradford Pk | Center Point | 703 |
| Jefferson AL | Tom Bradford Pk | Clay | 35 |
| Jefferson AL | Tom Bradford Pk | Trussville | 0 |
| Jefferson AL | Town Village Vestavia | Vestavia Hil | 2,357 |
| Jefferson AL | Trafford City Hall | County Line | 94 |
| Jefferson AL | Trafford City Hall | Trafford | 606 |
| Jefferson AL | Trafford City Hall | Warrior | 0 |
| Jefferson AL | Trussville !st Bapt | Birmingham | 0 |
| Jefferson AL | Trussville !st Bapt | Clay | 0 |
| Jefferson AL | Trussville !st Bapt | Irondale | 605 |
| Jefferson AL | Trussville !st Bapt | Trussville | 8,352 |
| Jefferson AL | Trussville City Hall | Birmingham | 537 |
| Jefferson AL | Trussville City Hall | Irondale | 385 |
| Jefferson AL | Trussville City Hall | Leeds | 0 |
| Jefferson AL | Trussville City Hall | Trussville | 8,880 |
| Jefferson AL | Trussville/North Park | Argo | 61 |
| Jefferson AL | Trussville/North Park | Clay | 45 |
| Jefferson AL | Trussville/North Park | Trussville | 7,250 |
| Jefferson AL | Valley Creek Bapt Church | Bessemer | 0 |
| Jefferson AL | Valley Creek Bapt Church | Hueytown | 3,181 |
| Jefferson AL | Vestavia Hills UM | Homewood | 4 |
| Jefferson AL | Vestavia Hills UM | Vestavia Hil | 7,073 |
| Jefferson AL | Warrior City Hall | Kimberly | 0 |
| Jefferson AL | Warrior City Hall | Trafford | 7 |
| Jefferson AL | Warrior City Hall | Warrior | 3,210 |
| Jefferson AL | Wenonah HS | Birmingham | 1,651 |
| Jefferson AL | West Jeff Rec Ctr | Adamsville | 19 |
| Jefferson AL | West Jeff Rec Ctr | Birmingham | 16 |
| Jefferson AL | West Jeff Rec Ctr | Graysville | 0 |
| Jefferson AL | West Jeff Rec Ctr | Sylvan Sprin | 0 |
| Jefferson AL | West Jeff Rec Ctr | West Jeffers | 417 |