FILED

2024 Aug-07  PM 06:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

User:
Plan Name: **Jeffco_muni_analysis**
Plan Type: **Local**

# Measures of Compactness Report

Thursday, July 25, 2024                                                                                           6:35 PM

|  | **Reock** | **Polsby-Popper** |
|---|---|---|
| Sum | N/A | N/A |
| Min | 0.06 | 0.01 |
| Max | 0.61 | 0.77 |
| Mean | 0.32 | 0.14 |
| Std. Dev. | 0.13 | 0.17 |

| **District** | **Reock** | **Polsby-Popper** |
|---|---|---|
| Adamsville | 0.23 | 0.03 |
| Argo | 0.06 | 0.07 |
| Bessemer | 0.32 | 0.03 |
| Birmingham | 0.18 | 0.01 |
| Brighton | 0.43 | 0.31 |
| Brookside | 0.42 | 0.09 |
| Cardiff | 0.53 | 0.59 |
| Center Point | 0.47 | 0.05 |
| Clay | 0.14 | 0.02 |
| County Line | 0.21 | 0.21 |
| Fairfield | 0.33 | 0.18 |

**Maptitude**
For Redistricting

## Measures of Compactness Report

|  | Reock | Polsby-Popper |
|---|---|---|
| Sum | N/A | N/A |
| Min | 0.06 | 0.01 |
| Max | 0.61 | 0.77 |
| Mean | 0.32 | 0.14 |
| Std. Dev. | 0.13 | 0.17 |

| District | Reock | Polsby-Popper |
|---|---|---|
| Fultondale | 0.21 | 0.08 |
| Gardendale | 0.42 | 0.02 |
| Graysville | 0.30 | 0.04 |
| Helena | 0.18 | 0.07 |
| Homewood | 0.33 | 0.12 |
| Hoover | 0.09 | 0.03 |
| Hueytown | 0.34 | 0.04 |
| Irondale | 0.28 | 0.02 |
| Kimberly | 0.22 | 0.03 |
| Lake View | 0.61 | 0.77 |
| Leeds | 0.41 | 0.12 |
| Lipscomb | 0.37 | 0.30 |
| Maytown | 0.23 | 0.09 |
| Midfield | 0.30 | 0.15 |

## Measures of Compactness Report

|  | Reock | Polsby-Popper |
|---|---|---|
| Sum | N/A | N/A |
| Min | 0.06 | 0.01 |
| Max | 0.61 | 0.77 |
| Mean | 0.32 | 0.14 |
| Std. Dev. | 0.13 | 0.17 |

| District | Reock | Polsby-Popper |
|---|---|---|
| Morris | 0.49 | 0.11 |
| Mountain Bro | 0.38 | 0.09 |
| Mulga | 0.31 | 0.18 |
| North Johns | 0.40 | 0.54 |
| Pinson | 0.20 | 0.01 |
| Pleasant Gro | 0.44 | 0.18 |
| Sumiton | 0.57 | 0.39 |
| Sylvan Sprin | 0.45 | 0.16 |
| Tarrant | 0.42 | 0.15 |
| Trafford | 0.21 | 0.07 |
| Trussville | 0.30 | 0.02 |
| Vestavia Hil | 0.18 | 0.02 |
| Warrior | 0.42 | 0.13 |
| West Jeffers | 0.17 | 0.04 |

## Measures of Compactness Report

Measures of Compactness Summary

| | |
|---|---|
| **Reock** | The measure is always between 0 and 1, with 1 being the most compact. |
| **Polsby-Popper** | The measure is always between 0 and 1, with 1 being the most compact. |