FILED
2024 Aug-07 PM 06:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

| Jun-24 | | Active | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Asian | American Indian | Black | Federally Registered (May be of Any | Hispanic | Korean | White | Other | Not Identified | Total Active |
| TOTAL | 3763424 | 24519 | 8207 | 869707 | 786 | 46461 | 13 | 2360067 | 27590 | 17573 | 3354923 |
| AUTAUGA | 44903 | 250 | 66 | 8183 | | 370 | | 31059 | 347 | 204 | 40479 |
| BALDWIN | 199904 | 1037 | 543 | 12057 | | 2456 | | 154641 | 1123 | 549 | 172406 |
| BARBOUR | 17283 | 36 | 17 | 7033 | | 122 | | 7913 | 70 | 91 | 15282 |
| BIBB | 14806 | 15 | 19 | 2479 | | 65 | | 11334 | 34 | 29 | 13975 |
| BLOUNT | 42631 | 92 | 70 | 663 | 2 | 1382 | | 37631 | 171 | 97 | 40108 |
| BULLOCK | 7106 | 10 | 5 | 4738 | | 54 | | 1444 | 23 | 12 | 6286 |
| BUTLER | 14290 | 40 | 10 | 5758 | | 38 | | 7134 | 47 | 24 | 13051 |
| CALHOUN | 81755 | 377 | 121 | 14803 | | 855 | | 56341 | 665 | 485 | 73647 |
| CHAMBERS | 26121 | 77 | 30 | 9145 | | 120 | | 13566 | 116 | 127 | 23181 |
| CHEROKEE | 20762 | 39 | 36 | 766 | | 67 | | 17593 | 59 | 50 | 18610 |
| CHILTON | 30669 | 74 | 52 | 2859 | 3 | 613 | | 24772 | 144 | 90 | 28607 |
| CHOCTAW | 10622 | 5 | 3 | 4053 | | 16 | | 5363 | 13 | 19 | 9472 |
| CLARKE | 18933 | 47 | 41 | 7744 | | 39 | | 9155 | 38 | 34 | 17098 |
| CLAY | 10408 | 22 | 19 | 1324 | | 85 | | 8218 | 42 | 50 | 9760 |
| CLEBURNE | 11836 | 25 | 13 | 279 | | 64 | | 10052 | 38 | 26 | 10497 |
| COFFEE | 38303 | 312 | 124 | 5333 | | 1035 | 1 | 25580 | 615 | 283 | 33283 |
| COLBERT | 44245 | 131 | 76 | 6542 | | 359 | 1 | 33176 | 364 | 224 | 40873 |
| CONECUH | 9643 | 31 | 20 | 4000 | | 32 | | 4764 | 36 | 26 | 8909 |
| COOSA | 8173 | 11 | 13 | 2094 | | 27 | | 5389 | 35 | 12 | 7581 |
| COVINGTON | 28685 | 90 | 44 | 3051 | | 125 | | 22483 | 108 | 91 | 25992 |
| CRENSHAW | 10631 | 18 | 23 | 2366 | | 41 | | 7270 | 26 | 34 | 9778 |
| CULLMAN | 64728 | 225 | 94 | 630 | 1 | 787 | | 58042 | 180 | 192 | 60151 |
| DALE | 36133 | 184 | 73 | 6608 | 1 | 724 | | 22778 | 432 | 181 | 30981 |
| DALLAS | 29332 | 77 | 23 | 18514 | 1 | 47 | | 7477 | 86 | 66 | 26291 |
| DEKALB | 46757 | 115 | 300 | 710 | | 2051 | | 39208 | 239 | 116 | 42739 |
| ELMORE | 61660 | 229 | 114 | 10945 | | 521 | | 45144 | 341 | 243 | 57537 |
| ESCAMBIA | 27561 | 50 | 485 | 6921 | | 124 | | 16731 | 89 | 38 | 24438 |
| ETOWAH | 76086 | 301 | 109 | 10277 | | 884 | | 57558 | 389 | 359 | 69877 |
| FAYETTE | 12645 | 17 | 18 | 1349 | | 48 | | 10428 | 48 | 16 | 11924 |
| FRANKLIN | 19542 | 36 | 34 | 743 | | 1080 | | 16478 | 46 | 15 | 18432 |
| GENEVA | 20198 | 32 | 74 | 1592 | | 254 | | 16132 | 71 | 40 | 18195 |
| GREENE | 6384 | 3 | 2 | 4777 | | 16 | | 1057 | 21 | 25 | 5901 |
| HALE | 11874 | 13 | 10 | 6394 | | 25 | | 4555 | 45 | 41 | 11083 |
| HENRY | 14376 | 33 | 25 | 3325 | | 75 | | 9558 | 70 | 49 | 13135 |
| HOUSTON | 80254 | 436 | 155 | 18025 | 2 | 922 | | 51064 | 623 | 550 | 71777 |
| JACKSON | 40113 | 94 | 264 | 1214 | | 342 | | 34358 | 169 | 99 | 36540 |
| JEFFERSON | 490138 | 3694 | 493 | 188639 | 751 | 5180 | 1 | 238798 | 4406 | 2783 | 444745 |
| LAMAR | 10923 | 4 | 3 | 1078 | | 34 | | 8923 | 31 | 16 | 10089 |

| Jun-24 | | Asian | American Indian | Black | Federally Registered (May be of Any | Hispanic | Korean | White | Other | Not Identified | Total Active |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Active | |
| LAUDERDALE | 68794 | 226 | 142 | 5464 | | 559 | | 54749 | 343 | 240 | 61723 |
| LAWRENCE | 25365 | 35 | 395 | 2723 | | 214 | | 20381 | 158 | 50 | 23956 |
| LEE | 128873 | 1538 | 120 | 24814 | 1 | 1386 | 5 | 76280 | 1315 | 837 | 106296 |
| LIMESTONE | 78980 | 760 | 166 | 9709 | 2 | 1684 | 3 | 58751 | 823 | 549 | 72447 |
| LOWNDES | 9547 | 12 | 5 | 6420 | | 15 | | 2234 | 13 | 20 | 8719 |
| MACON | 15556 | 24 | 15 | 10094 | 1 | 52 | 1 | 2316 | 97 | 63 | 12663 |
| MADISON | 320907 | 4474 | 833 | 65127 | 1 | 5806 | | 193055 | 3999 | 2502 | 275797 |
| MARENGO | 15591 | 26 | 7 | 7352 | | 61 | | 6513 | 31 | 28 | 14018 |
| MARION | 22225 | 41 | 39 | 664 | | 169 | | 19410 | 60 | 70 | 20453 |
| MARSHALL | 66351 | 217 | 149 | 1181 | 2 | 2609 | | 56583 | 292 | 249 | 61282 |
| MOBILE | 316035 | 3268 | 838 | 96697 | 6 | 2578 | | 164026 | 2375 | 1292 | 271080 |
| MONROE | 15885 | 38 | 66 | 6119 | | 33 | | 8103 | 30 | 21 | 14410 |
| MONTGOMERY | 160259 | 1783 | 146 | 87778 | 5 | 1417 | | 50204 | 1401 | 1157 | 143891 |
| MORGAN | 86743 | 329 | 269 | 10002 | | 2228 | | 66917 | 487 | 289 | 80521 |
| PERRY | 7531 | 10 | 7 | 5043 | | 10 | | 1785 | 14 | 8 | 6877 |
| PICKENS | 13857 | 24 | 7 | 5333 | | 46 | | 7181 | 44 | 37 | 12672 |
| PIKE | 23800 | 88 | 63 | 7728 | | 117 | | 12073 | 115 | 92 | 20276 |
| RANDOLPH | 18843 | 33 | 15 | 2884 | | 90 | | 13292 | 75 | 51 | 16440 |
| RUSSELL | 45089 | 141 | 51 | 16203 | 1 | 642 | | 17377 | 409 | 250 | 35074 |
| SHELBY | 172577 | 1776 | 184 | 21252 | 1 | 2994 | | 128171 | 1930 | 1154 | 157462 |
| ST_CLAIR | 70786 | 303 | 88 | 6537 | | 553 | | 57830 | 363 | 163 | 65837 |
| SUMTER | 9537 | 7 | 13 | 6136 | | 5 | | 1912 | 21 | 13 | 8107 |
| TALLADEGA | 59806 | 168 | 70 | 17249 | 2 | 267 | | 35527 | 257 | 188 | 53728 |
| TALLAPOOSA | 32135 | 61 | 38 | 7078 | | 176 | | 21478 | 138 | 80 | 29049 |
| TUSCALOOSA | 150206 | 690 | 160 | 41518 | 2 | 1241 | 1 | 82460 | 1030 | 625 | 127727 |
| WALKER | 48291 | 105 | 65 | 2741 | 1 | 240 | | 40949 | 291 | 98 | 44490 |
| WASHINGTON | 13494 | 14 | 592 | 2937 | | 35 | | 8923 | 31 | 13 | 12545 |
| WILCOX | 8452 | 13 | 12 | 5823 | | 8 | | 2272 | 5 | 9 | 8142 |
| WINSTON | 17496 | 33 | 31 | 90 | | 147 | | 16148 | 43 | 39 | 16531 |