Table: ACSSPP1Y2022.S0201

| Selected Population Profile in the United States |  |
|---|---|

**Note: The table shown may have been modified by user selections. Some information may be missing.**

| DATA NOTES | |
|---|---|
| TABLE ID: | S0201 |
| SURVEY/PROGRAM: | American Community Survey |
| VINTAGE: | 2022 |
| DATASET: | ACSSPP1Y2022 |
| PRODUCT: | ACS 1-Year Estimates Selected Population Profiles |
| UNIVERSE: | None |
| MLA: | U.S. Census Bureau. "Selected Population Profile in the United States." American Community Survey, ACS 1-Year Estimates Selected Population Profiles, Table S0201, 2022, https://data.census.gov/table/ACSSPP1Y2022.S0201?q= Selected Population Provile in Alabama 2022 s0201&t=-0C:001:005:Race and Ethnicity&g=010XX00US01. Accessed on May 16, 2024. |
| FTP URL: | None |
| API URL: | https://api.census.gov/data/2022/acs/acs1/spp |

| USER SELECTIONS | |
|---|---|
| GEOS | Alabama |
| VINTAGES | 2022 |
| TABLES | S0201 |
| TOPICS | All available non-Hispanic Origins by Race; Total population; Black or African American alone or in combination with one or more other races; Race and Ethnicity |

| EXCLUDED COLUMNS | None |
|---|---|

| APPLIED FILTERS | None |
|---|---|

| APPLIED SORTS | None |
|---|---|

| PIVOT & GROUPING | |
|---|---|
| PIVOT COLUMNS | None |
| PIVOT MODE | Off |
| ROW GROUPS | None |
| VALUE COLUMNS | None |

| WEB ADDRESS | https://data.census.gov/table/ACSSPP1Y2022.S0201?q=%20Selected%20Population%20Provile%20in%20Alabama%20202 2%20s0201&t=-0C:001:005:Race%20and%20Ethnicity&g=010XX00US01 |
|---|---|

| TABLE NOTES | |
|---|---|
| | Although the American Community Survey (ACS) produces population, demographic and housing unit estimates, the decennial census is the official source of population totals for April 1st of each decennial year. In between censuses, the Census Bureau's Population Estimates Program produces and disseminates the official estimates of the population for the nation, states, counties, cities, and towns and estimates of housing units for states and counties. |
| | Information about the American Community Survey (ACS) can be found on the ACS website. Supporting documentation including code lists, subject definitions, data accuracy, and statistical testing, and a full list of ACS tables and table shells (without estimates) can be found on the Technical Documentation section of the ACS website.<br><br>Sample size and data quality measures (including coverage rates, allocation rates, and response rates) can be found on the American Community Survey website in the Methodology section. |
| | Source: U.S. Census Bureau, 2022 American Community Survey 1-Year Estimates |

Table: ACSSPP1Y2022.S0201

| | |
|---|---|
| | Data are based on a sample and are subject to sampling variability. The degree of uncertainty for an estimate arising from sampling variability is represented through the use of a margin of error. The value shown here is the 90 percent margin of error. The margin of error can be interpreted roughly as providing a 90 percent probability that the interval defined by the estimate minus the margin of error and the estimate plus the margin of error (the lower and upper confidence bounds) contains the true value. In addition to sampling variability, the ACS estimates are subject to nonsampling error (for a discussion of nonsampling variability, see ACS Technical Documentation). The effect of nonsampling error is not represented in these tables. |
| | Data for the households, families, occupied housing units, owner-occupied housing units, and renter-occupied housing units lines refer to the specified race, Hispanic or Latino, American Indian or Alaska Native, or ancestry of the householder shown in the table. Data in the "Total population" column are shown regardless of the race, Hispanic or Latino, American Indian or Alaska Native, or ancestry of the person. |
| | The Census Bureau introduced a new set of disability questions in the 2008 ACS questionnaire. Accordingly, comparisons of disability data from 2008 or later with data from prior years are not recommended. For more information on these questions and their evaluation in the 2006 ACS Content Test, see the Evaluation Report Covering Disability. |
| | Employment and unemployment estimates may vary from the official labor force data released by the Bureau of Labor Statistics because of differences in survey design and data collection. For guidance on differences in employment and unemployment estimates from different sources go to Labor Force Guidance. |
| | Industry titles and their 4-digit codes are based on the 2017 North American Industry Classification System. The Industry categories adhere to the guidelines issued in Clarification Memorandum No. 2, "NAICS Alternate Aggregation Structure for Use By U.S. Statistical Agencies," issued by the Office of Management and Budget. |
| | Occupation titles and their 4-digit codes are based on the 2018 Standard Occupational Classification. |
| | Logical coverage edits applying a rules-based assignment of Medicaid, Medicare and military health coverage were added as of 2009 -- please see https://www.census.gov/library/working-papers/2010/demo/coverage_edits_final.html for more details. Select geographies of 2008 data comparable to the 2009 and later tables are available at https://www.census.gov/data/tables/time-series/acs/1-year-re-run-health-insurance.html. The health insurance coverage category names were modified in 2010. See https://www.census.gov/topics/health/health-insurance/about/glossary.html#par_textimage_18 for a list of the insurance type definitions. |
| | The category "with a broadband Internet subscription" refers to those who said "Yes" to at least one of the following types of Internet subscriptions: Broadband such as cable, fiber optic, or DSL; a cellular data plan; satellite; a fixed wireless subscription; or other non-dial up subscription types. |
| | An Internet "subscription" refers to a type of service that someone pays for to access the Internet such as a cellular data plan, broadband such as cable, fiber optic or DSL, or other type of service. This will normally refer to a service that someone is billed for directly for Internet alone or sometimes as part of a bundle. |
| | With a computer includes those who said "Yes" to at least one of the following types of computers: Desktop or laptop; smartphone; tablet or other portable wireless computer; or some other type of computer. |
| | Caution should be used when comparing data for computer and Internet use before and after 2016. Changes in 2016 to the questions involving the wording as well as the response options resulted in changed response patterns in the data. Most noticeable are increases in overall computer ownership or use, the total of Internet subscriptions, satellite subscriptions, and cellular data plans for a smartphone or other mobile device. For more detailed information about these changes, see the 2016 American Community Survey Content Test Report for Computer and Internet Use located at https://www.census.gov/library/working-papers/2017/acs/2017_Lewis_01.html or the user note regarding changes in the 2016 questions located at https://www.census.gov/programs-surveys/acs/technical-documentation/user-notes/2017-03.html. |
| | When this table is iterated for a place of birth group, the total population excludes individuals born at sea. |
| | When this table is iterated for a place of birth outside of the U.S., the total population is limited to the foreign-born population. |
| | The categories for relationship to householder were revised in 2019. For more information see Revisions to the Relationship to Household item. |

Table: ACSSPP1Y2022.S0201

|  | In 2019, methodological changes were made to the class of worker question. These changes involved modifications to the question wording, the category wording, and the visual format of the categories on the questionnaire. The format for the class of worker categories are now listed under the headings "Private Sector Employee," "Government Employee," and "Self-Employed or Other." Additionally, the category of Active Duty was added as one of the response categories under the "Government Employee" section for the mail questionnaire. For more detailed information about the 2019 changes, see the 2016 American Community Survey Content Test Report for Class of Worker located at http://www.census.gov/library/working-papers/2017/acs/2017_Martinez_01.html. |
|---|---|
|  | When this table is iterated for place of birth in the region of Micronesia, the total population is limited to the foreign-born population born in Kiribati, Marshall Islands, Micronesia, Nauru, and Palau. |
|  | The 2022 American Community Survey (ACS) data generally reflect the March 2020 Office of Management and Budget (OMB) delineations of metropolitan and micropolitan statistical areas. In certain instances the names, codes, and boundaries of the principal cities shown in ACS tables may differ from the OMB delineations due to differences in the effective dates of the geographic entities. |
|  | Estimates of urban and rural populations, housing units, and characteristics reflect boundaries of urban areas defined based on 2020 Census data. As a result, data for urban and rural areas from the ACS do not necessarily reflect the results of ongoing urbanization. |
|  | Explanation of Symbols:- The estimate could not be computed because there were an insufficient number of sample observations. For a ratio of medians estimate, one or both of the median estimates falls in the lowest interval or highest interval of an open-ended distribution. For a 5-year median estimate, the margin of error associated with a median was larger than the median itself.N The estimate or margin of error cannot be displayed because there were an insufficient number of sample cases in the selected geographic area. (X) The estimate or margin of error is not applicable or not available.median- The median falls in the lowest interval of an open-ended distribution (for example "2,500-")median+ The median falls in the highest interval of an open-ended distribution (for example "250,000+").** The margin of error could not be computed because there were an insufficient number of sample observations.*** The margin of error could not be computed because the median falls in the lowest interval or highest interval of an open-ended distribution.***** A margin of error is not appropriate because the corresponding estimate is controlled to an independent population or housing estimate. Effectively, the corresponding estimate has no sampling error and the margin of error may be treated as zero. |
|  |  |
| **COLUMN NOTES** | None |
|  |  |

Table: ACSSPP1Y2022.S0201

| | Alabama | | |
| --- | --- | --- | --- |
| | Total population | Black or African American alone or in combination with one or more other races | White alone, not Hispanic or Latino |
| Label | Estimate | Estimate | Estimate |
| TOTAL NUMBER OF RACES REPORTED | | | |
| Total population | 5,074,296 | 1,384,973 | 3,250,182 |
| One race | 94.90% | 94.00% | 100.00% |
| Two races | 4.70% | 4.90% | (X) |
| Three races | 0.30% | 0.90% | (X) |
| Four or more races | 0.10% | 0.20% | (X) |
| SEX AND AGE | | | |
| Total population | 5,074,296 | 1,384,973 | 3,250,182 |
| Male | 48.50% | 46.80% | 49.10% |
| Female | 51.50% | 53.20% | 50.90% |
| Under 5 years | 5.60% | 6.60% | 4.80% |
| 5 to 17 years | 16.30% | 18.80% | 14.30% |
| 18 to 24 years | 9.60% | 10.70% | 9.00% |
| 25 to 34 years | 12.90% | 14.10% | 12.10% |
| 35 to 44 years | 12.50% | 12.70% | 12.00% |
| 45 to 54 years | 12.20% | 11.80% | 12.50% |
| 55 to 64 years | 13.00% | 11.60% | 14.10% |
| 65 to 74 years | 10.80% | 9.50% | 12.10% |
| 75 years and over | 7.20% | 4.30% | 9.10% |
| Median age (years) | 39.6 | 34.8 | 43.1 |
| 18 years and over | 78.10% | 74.60% | 80.90% |
| 21 years and over | 73.70% | 69.40% | 77.00% |
| 62 years and over | 22.00% | 17.30% | 25.60% |
| 65 years and over | 18.00% | 13.80% | 21.20% |
| Under 18 years | 1,111,028 | 351,499 | 620,964 |
| Male | 51.10% | 51.50% | 51.20% |
| Female | 48.90% | 48.50% | 48.80% |
| 18 years and over | 3,963,268 | 1,033,474 | 2,629,218 |
| Male | 47.80% | 45.30% | 48.60% |
| Female | 52.20% | 54.70% | 51.40% |
| 18 to 34 years | 1,140,496 | 343,908 | 685,582 |
| Male | 49.80% | 47.90% | 50.40% |
| Female | 50.20% | 52.10% | 49.60% |
| 35 to 64 years | 1,909,759 | 498,890 | 1,255,994 |
| Male | 48.50% | 45.10% | 49.90% |
| Female | 51.50% | 54.90% | 50.10% |
| 65 years and over | 913,013 | 190,676 | 687,642 |

Table: ACSSPP1Y2022.S0201

| Label | Alabama | | |
| --- | --- | --- | --- |
| | Total population | Black or African American alone or in combination with one or more other races | White alone, not Hispanic or Latino |
| | Estimate | Estimate | Estimate |
| Male | 43.80% | 40.80% | 44.70% |
| Female | 56.20% | 59.20% | 55.30% |
| RELATIONSHIP | | | |
| Population in households | 4,932,977 | 1,326,459 | 3,180,158 |
| Householder or spouse | 60.00% | 52.50% | 64.50% |
| Unmarried partner | 1.90% | 2.00% | 1.90% |
| Child | 28.60% | 33.10% | 25.50% |
| Other relatives | 7.00% | 10.10% | 5.50% |
| Other nonrelatives | 2.60% | 2.30% | 2.50% |
| HOUSEHOLDS BY TYPE | | | |
| Households | 2,016,448 | 548,451 | 1,333,728 |
| Family households | 64.90% | 58.70% | 66.80% |
| With own children of the householder under 18 years | 25.10% | 25.40% | 23.60% |
| Married-couple family | 46.70% | 27.40% | 54.00% |
| With own children of the householder under 18 years | 16.50% | 9.00% | 18.30% |
| Female householder, no spouse present, family | 13.70% | 26.10% | 8.80% |
| With own children of the householder under 18 years | 6.80% | 14.30% | 3.60% |
| Nonfamily households | 35.10% | 41.30% | 33.20% |
| Male householder | 16.00% | 17.30% | 15.60% |
| Living alone | 13.30% | 14.80% | 12.90% |
| Not living alone | 2.70% | 2.50% | 2.70% |
| Female householder | 19.10% | 24.00% | 17.60% |
| Living alone | 17.10% | 22.30% | 15.50% |
| Not living alone | 2.00% | 1.60% | 2.10% |
| Average household size | 2.45 | 2.38 | 2.41 |
| Average family size | 3.06 | 3.17 | 2.96 |
| MARITAL STATUS | | | |
| Population 15 years and over | 4,160,117 | 1,095,160 | 2,743,311 |
| Now married, except separated | 48.40% | 30.00% | 55.30% |
| Widowed | 6.70% | 6.40% | 7.20% |
| Divorced | 11.80% | 12.40% | 11.90% |
| Separated | 1.70% | 3.10% | 1.20% |
| Never married | 31.40% | 48.20% | 24.30% |

Table: ACSSPP1Y2022.S0201

| Label | Total population | Black or African American alone or in combination with one or more other races | White alone, not Hispanic or Latino |
|---|---|---|---|
| | Estimate | Estimate | Estimate |
| Male 15 years and over | 1,991,734 | 496,965 | 1,338,254 |
| Now married, except separated | 50.90% | 33.60% | 57.20% |
| Widowed | 3.30% | 2.90% | 3.60% |
| Divorced | 10.20% | 10.30% | 10.40% |
| Separated | 1.60% | 2.70% | 1.20% |
| Never married | 34.10% | 50.40% | 27.60% |
| Female 15 years and over | 2,168,383 | 598,195 | 1,405,057 |
| Now married, except separated | 46.20% | 27.00% | 53.60% |
| Widowed | 9.80% | 9.20% | 10.60% |
| Divorced | 13.30% | 14.10% | 13.40% |
| Separated | 1.80% | 3.40% | 1.30% |
| Never married | 28.90% | 46.30% | 21.20% |
| SCHOOL ENROLLMENT | | | |
| Population 3 years and over enrolled in school | 1,211,067 | 377,297 | 694,308 |
| Nursery school, preschool | 6.20% | 6.60% | 6.00% |
| Kindergarten | 5.20% | 4.40% | 5.50% |
| Elementary school (grades 1-8) | 41.10% | 42.60% | 39.60% |
| High school (grades 9-12) | 21.10% | 20.10% | 21.90% |
| College or graduate school | 26.40% | 26.30% | 27.10% |
| Male 3 years and over enrolled in school | 590,506 | 181,620 | 339,837 |
| Percent enrolled in kindergarten to grade 12 | 71.20% | 72.20% | 71.00% |
| Percent enrolled in college or graduate school | 22.20% | 20.50% | 22.80% |
| Female 3 years and over enrolled in school | 620,561 | 195,677 | 354,471 |
| Percent enrolled in kindergarten to grade 12 | 63.80% | 62.40% | 63.10% |
| Percent enrolled in college or graduate school | 30.40% | 31.70% | 31.10% |
| EDUCATIONAL ATTAINMENT | | | |
| Population 25 years and over | 3,474,924 | 885,410 | 2,337,965 |

Table: ACSSPP1Y2022.S0201

| Label | Total population | Black or African American alone or in combination with one or more other races | White alone, not Hispanic or Latino |
|---|---|---|---|
| | Estimate | Estimate | Estimate |
| Less than high school diploma | 11.20% | 13.10% | 9.40% |
| High school graduate (includes equivalency) | 30.40% | 35.00% | 29.10% |
| Some college or associate's degree | 29.60% | 30.70% | 29.90% |
| Bachelor's degree | 17.50% | 12.80% | 19.50% |
| Graduate or professional degree | 11.30% | 8.30% | 12.20% |
| High school graduate or higher | 88.80% | 86.90% | 90.60% |
| Male, high school graduate or higher | 87.30% | 84.70% | 89.40% |
| Female, high school graduate or higher | 90.20% | 88.60% | 91.80% |
| Bachelor's degree or higher | 28.80% | 21.10% | 31.70% |
| Male, bachelor's degree or higher | 27.70% | 16.90% | 31.40% |
| Female, bachelor's degree or higher | 29.80% | 24.50% | 32.00% |
| FERTILITY | | | |
| Women 15 to 50 years | 1,184,720 | 361,842 | 708,450 |
| Women 15 to 50 years who had a birth in the past 12 months | 61,506 | 16,866 | 36,449 |
| Unmarried women 15 to 50 years who had a birth in the past 12 months | 18,589 | 10,304 | 6,349 |
| As a percent of all women with a birth in the past 12 months | 30.20% | 61.10% | 17.40% |
| RESPONSIBILITY FOR GRANDCHILDREN UNDER 18 YEARS | | | |
| Population 30 years and over | 3,159,759 | 789,018 | 2,149,252 |
| Grandparents living with grandchild(ren) | 3.30% | 4.80% | 2.70% |

Table: ACSSPP1Y2022.S0201

| Label | Alabama | | |
|---|---|---|---|
| | **Total population** | **Black or African American alone or in combination with one or more other races** | **White alone, not Hispanic or Latino** |
| **Label** | **Estimate** | **Estimate** | **Estimate** |
| Grandparents responsible for grandchildren as a percentage of living with grandchildren | 49.80% | 53.60% | 50.50% |
| VETERAN STATUS | | | |
| Civilian population 18 years and over | 3,946,788 | 1,030,030 | 2,618,715 |
| Civilian veteran | 7.70% | 7.20% | 8.20% |
| DISABILITY STATUS | | | |
| Total civilian noninstitutionalized population | 4,988,625 | 1,354,242 | 3,202,174 |
| With a disability | 16.90% | 17.30% | 17.50% |
| Civilian noninstitutionalized population under 18 years | 1,109,083 | 350,292 | 620,271 |
| With a disability | 5.30% | 6.50% | 4.90% |
| Civilian noninstitutionalized population 18 to 64 years | 2,989,644 | 818,672 | 1,911,796 |
| With a disability | 14.70% | 17.00% | 14.30% |
| Civilian noninstitutionalized population 65 years and older | 889,898 | 185,278 | 670,107 |
| With a disability | 38.40% | 38.70% | 38.30% |
| RESIDENCE 1 YEAR AGO | | | |
| Population 1 year and over | 5,022,366 | 1,369,311 | 3,221,104 |
| Same house | 87.60% | 86.50% | 88.60% |
| Different house in the U.S. | 12.20% | 13.30% | 11.30% |
| Same county | 6.40% | 8.40% | 5.50% |
| Different county | 5.80% | 5.00% | 5.80% |
| Same state | 3.00% | 2.80% | 3.00% |
| Different state | 2.80% | 2.10% | 2.80% |
| Abroad | 0.30% | 0.20% | 0.20% |
| PLACE OF BIRTH, CITIZENSHIP STATUS AND YEAR OF ENTRY | | | |
| Native | 4,883,062 | 1,366,609 | 3,214,168 |
| Male | 48.50% | 46.90% | 49.10% |
| Female | 51.50% | 53.10% | 50.90% |
| Foreign born | 191,234 | 18,364 | 36,014 |
| Male | 49.70% | 45.70% | 52.70% |

Table: ACSSPP1Y2022.S0201

| Label | Alabama | | |
| --- | --- | --- | --- |
| | Total population | Black or African American alone or in combination with one or more other races | White alone, not Hispanic or Latino |
| | Estimate | Estimate | Estimate |
| Female | 50.30% | 54.30% | 47.30% |
| Foreign born; naturalized U.S. citizen | 79,262 | 7,379 | 20,568 |
| Male | 42.50% | 45.70% | 46.80% |
| Female | 57.50% | 54.30% | 53.20% |
| | | | |
| Foreign born; not a U.S. citizen | 111,972 | 10,985 | 15,446 |
| Male | 54.80% | 45.70% | 60.60% |
| Female | 45.20% | 54.30% | 39.40% |
| Population born outside the United States | 191,234 | 18,364 | 36,014 |
| Entered 2010 or later | 40.60% | 45.80% | 34.70% |
| Entered 2000 to 2009 | 25.80% | 21.40% | 19.40% |
| Entered before 2000 | 33.60% | 32.80% | 45.90% |
| WORLD REGION OF BIRTH OF FOREIGN BORN | | | |
| Foreign-born population excluding population born at sea | 191,234 | 18,364 | 36,014 |
| Europe | 11.80% | 1.40% | 58.30% |
| Asia | 32.60% | 5.90% | 21.20% |
| Africa | 5.30% | 45.00% | 3.80% |
| Oceania | 0.40% | 0.00% | 1.70% |
| Latin America | 47.30% | 45.70% | 3.50% |
| Northern America | 2.50% | 2.00% | 11.40% |
| LANGUAGE SPOKEN AT HOME AND ABILITY TO SPEAK ENGLISH | | | |
| Population 5 years and over | 4,790,232 | 1,293,278 | 3,095,561 |
| English only | 94.20% | 97.90% | 98.30% |
| Language other than English | 5.80% | 2.10% | 1.70% |
| Speak English less than "very well" | 2.20% | 0.50% | 0.40% |
| EMPLOYMENT STATUS | | | |
| Population 16 years and over | 4,093,740 | 1,073,479 | 2,706,184 |
| In labor force | 58.60% | 57.80% | 58.00% |
| Civilian labor force | 58.20% | 57.50% | 57.60% |
| Employed | 55.70% | 53.30% | 55.90% |
| Unemployed | 2.50% | 4.20% | 1.80% |

Table: ACSSPP1Y2022.S0201

| Label | Alabama | | |
| --- | --- | --- | --- |
| | Total population | Black or African American alone or in combination with one or more other races | White alone, not Hispanic or Latino |
| | Estimate | Estimate | Estimate |
| Unemployment Rate | 4.30% | 7.40% | 3.10% |
| Armed Forces | 0.40% | 0.30% | 0.40% |
| Not in labor force | 41.40% | 42.20% | 42.00% |
| Females 16 years and over | 2,133,808 | 587,523 | 1,385,560 |
| In labor force | 53.80% | 57.50% | 51.80% |
| Civilian labor force | 53.60% | 57.30% | 51.70% |
| Employed | 51.00% | 53.30% | 49.80% |
| Unemployed | 2.60% | 4.00% | 1.90% |
| Unemployment Rate | 4.80% | 7.00% | 3.70% |
| COMMUTING TO WORK | | | |
| Workers 16 years and over | 2,259,733 | 567,244 | 1,498,487 |
| Car, truck, or van - drove alone | 80.50% | 81.50% | 81.60% |
| Car, truck, or van - carpooled | 7.90% | 8.40% | 6.60% |
| Public transportation (excluding taxicab) | 0.30% | 0.70% | 0.10% |
| Walked | 1.20% | 1.50% | 0.90% |
| Other means | 1.20% | 1.40% | 1.00% |
| Worked from home | 8.90% | 6.40% | 9.70% |
| Mean travel time to work (minutes) | 25.4 | 24 | 25.9 |
| OCCUPATION | | | |
| Civilian employed population 16 years and over | 2,278,494 | 571,987 | 1,511,936 |
| Management, business, science, and arts occupations | 37.70% | 27.00% | 42.10% |
| Service occupations | 15.80% | 21.10% | 13.50% |
| Sales and office occupations | 20.10% | 20.70% | 20.50% |
| Natural resources, construction, and maintenance occupations | 9.40% | 5.60% | 9.90% |
| Production, transportation, and material moving occupations | 17.00% | 25.50% | 14.00% |
| Male civilian employed population 16 years and over | 1,189,585 | 258,884 | 822,065 |
| Management, business, science, and arts occupations | 32.60% | 21.30% | 36.30% |

Table: ACSSPP1Y2022.S0201

| Label | Total population | Black or African American alone or in combination with one or more other races | White alone, not Hispanic or Latino |
|---|---|---|---|
| | Estimate | Estimate | Estimate |
| Service occupations | 13.40% | 18.30% | 11.90% |
| Sales and office occupations | 12.60% | 10.50% | 13.90% |
| Natural resources, construction, and maintenance occupations | 17.00% | 10.90% | 17.60% |
| Production, transportation, and material moving occupations | 24.30% | 39.00% | 20.40% |
| Female civilian employed population 16 years and over | 1,088,909 | 313,103 | 689,871 |
| Management, business, science, and arts occupations | 43.20% | 31.80% | 49.10% |
| Service occupations | 18.40% | 23.40% | 15.40% |
| Sales and office occupations | 28.30% | 29.20% | 28.40% |
| Natural resources, construction, and maintenance occupations | 1.10% | 1.20% | 0.80% |
| Production, transportation, and material moving occupations | 9.00% | 14.40% | 6.30% |
| INDUSTRY | | | |
| Civilian employed population 16 years and over | 2,278,494 | 571,987 | 1,511,936 |
| Agriculture, forestry, fishing and hunting, and mining | 1.30% | 0.40% | 1.60% |
| Construction | 6.80% | 3.50% | 7.20% |
| Manufacturing | 14.00% | 15.80% | 13.00% |
| Wholesale trade | 1.90% | 1.40% | 2.20% |
| Retail trade | 11.70% | 12.40% | 11.60% |
| Transportation and warehousing, and utilities | 5.80% | 8.60% | 5.10% |
| Information | 1.10% | 1.00% | 1.20% |
| Finance and insurance, and real estate and rental and leasing | 5.90% | 5.00% | 6.60% |

Table: ACSSPP1Y2022.S0201

| Label | Alabama | | |
| --- | --- | --- | --- |
| | Total population | Black or African American alone or in combination with one or more other races | White alone, not Hispanic or Latino |
| | Estimate | Estimate | Estimate |
| Professional, scientific, and management, and administrative and waste management services | 10.40% | 8.40% | 11.10% |
| Educational services, and health care and social assistance | 22.30% | 22.40% | 22.80% |
| Arts, entertainment, and recreation, and accommodation and food services | 8.30% | 10.30% | 7.10% |
| Other services (except public administration) | 4.90% | 3.70% | 5.10% |
| Public administration | 5.70% | 7.10% | 5.40% |
| CLASS OF WORKER | | | |
| Civilian employed population 16 years and over | 2,278,494 | 571,987 | 1,511,936 |
| Private wage and salary workers | 77.90% | 77.00% | 78.20% |
| Government workers | 16.50% | 19.40% | 15.90% |
| Self-employed workers in own not incorporated business | 5.40% | 3.40% | 5.70% |
| Unpaid family workers | 0.20% | 0.10% | 0.20% |
| INCOME IN THE PAST 12 MONTHS (IN 2022 INFLATION-ADJUSTED DOLLARS) | | | |
| Households | 2,016,448 | 548,451 | 1,333,728 |
| Median household income (dollars) | 59,674 | 41,034 | 68,212 |
| With earnings | 72.60% | 72.20% | 71.60% |
| Mean earnings (dollars) | 86,749 | 62,476 | 96,622 |
| With Social Security income | 35.10% | 32.30% | 38.00% |
| Mean Social Security income (dollars) | 21,488 | 17,068 | 23,104 |
| With Supplemental Security Income | 6.60% | 10.70% | 5.20% |

Table: ACSSPP1Y2022.S0201

| | Alabama | | |
|---|---|---|---|
| | **Total population** | **Black or African American alone or in combination with one or more other races** | **White alone, not Hispanic or Latino** |
| **Label** | **Estimate** | **Estimate** | **Estimate** |
| Mean Supplemental Security Income (dollars) | 10,526 | 9,350 | 11,471 |
| With cash public assistance income | 1.60% | 2.90% | 1.10% |
| Mean cash public assistance income (dollars) | 3,324 | 3,159 | 3,497 |
| With retirement income | 26.10% | 20.70% | 29.40% |
| Mean retirement income (dollars) | 27,985 | 21,529 | 29,557 |
| With Food Stamp/SNAP benefits | 14.10% | 27.40% | 8.90% |
| Families | 1,308,988 | 322,035 | 890,358 |
| Median family income (dollars) | 77,668 | 51,615 | 87,807 |
| Married-couple family | 71.90% | 46.70% | 80.90% |
| Median income (dollars) | 94,370 | 81,002 | 98,787 |
| Male householder, no spouse present, family | 6.90% | 8.90% | 5.80% |
| Median income (dollars) | 52,090 | 41,894 | 60,395 |
| Female householder, no husband present, family | 21.20% | 44.40% | 13.20% |
| Median income (dollars) | 36,933 | 30,265 | 44,316 |
| Individuals | 5,074,296 | 1,384,973 | 3,250,182 |
| Per capita income (dollars) | 33,777 | 24,182 | 38,815 |
| With earnings for full-time, year-round workers: | | | |
| Male | 964,406 | 201,373 | 677,224 |
| Female | 759,240 | 229,158 | 473,786 |
| Mean earnings (dollars)  for full-time, year-round workers: | | | |
| Male | 76,010 | 55,749 | 83,615 |
| Female | 52,094 | 45,700 | 55,223 |
| Median earnings (dollars) full-time, year-round workers: | | | |
| Male | 55,721 | 42,742 | 61,835 |
| Female | 41,951 | 36,743 | 44,937 |

Table: ACSSPP1Y2022.S0201

| Label | Alabama | | |
| --- | --- | --- | --- |
| | **Total population** | **Black or African American alone or in combination with one or more other races** | **White alone, not Hispanic or Latino** |
| **Label** | **Estimate** | **Estimate** | **Estimate** |
| HEALTH INSURANCE COVERAGE | | | |
| Civilian noninstitutionalized population | 4,988,625 | 1,354,242 | 3,202,174 |
| With private health insurance | 67.00% | 54.60% | 73.50% |
| With public coverage | 38.40% | 47.00% | 35.70% |
| No health insurance coverage | 8.80% | 10.40% | 6.80% |
| POVERTY RATES FOR FAMILIES AND PEOPLE FOR WHOM POVERTY STATUS IS DETERMINED | | | |
| All families | 12.00% | 23.10% | 7.70% |
| With related children of the householder under 18 years | 19.00% | 34.40% | 11.30% |
| With related children of the householder under 5 years only | 21.50% | 43.30% | 11.80% |
| Married-couple family | 5.40% | 7.60% | 4.50% |
| With related children of the householder under 18 years | 7.20% | 10.00% | 5.30% |
| With related children of the householder under 5 years only | 8.30% | 21.30% | 6.00% |
| Female householder, no spouse present, family | 31.80% | 38.40% | 24.30% |
| With related children of the householder under 18 years | 42.90% | 48.20% | 34.50% |
| With related children of the householder under 5 years only | 50.20% | 54.50% | 38.20% |
| All people | 16.20% | 26.80% | 11.30% |
| Under 18 years | 22.00% | 38.20% | 11.60% |
| Related children of the householder under 18 years | 21.80% | 37.90% | 11.30% |
| Related children of the householder under 5 years | 25.60% | 43.20% | 13.60% |

Table: ACSSPP1Y2022.S0201

| Label | Total population | Black or African American alone or in combination with one or more other races | White alone, not Hispanic or Latino |
| --- | --- | --- | --- |
| | Estimate | Estimate | Estimate |
| Related children of the householder 5 to 17 years | 20.40% | 36.00% | 10.60% |
| 18 years and over | 14.60% | 22.80% | 11.30% |
| 18 to 64 years | 15.40% | 23.40% | 11.80% |
| 65 years and over | 12.00% | 20.10% | 9.80% |
| People in families | 12.90% | 24.50% | 7.60% |
| Unrelated individuals 15 years and over | 30.50% | 35.40% | 28.00% |
| HOUSING TENURE | | | |
| Occupied housing units | 2,016,448 | 548,451 | 1,333,728 |
| Owner-occupied housing units | 70.20% | 53.00% | 78.00% |
| Renter-occupied housing units | 29.80% | 47.00% | 22.00% |
| Average household size of owner-occupied unit | 2.54 | 2.49 | 2.5 |
| Average household size of renter-occupied unit | 2.22 | 2.25 | 2.09 |
| UNITS IN STRUCTURE | | | |
| Occupied housing units | 2,016,448 | 548,451 | 1,333,728 |
| 1-unit, detached or attached | 73.30% | 65.00% | 77.20% |
| 2 to 4 units | 4.60% | 8.40% | 3.20% |
| 5 or more units | 10.40% | 17.90% | 7.10% |
| Mobile home, boat, RV, van, etc. | 11.70% | 8.70% | 12.50% |
| YEAR STRUCTURE BUILT | | | |
| Occupied housing units | 2,016,448 | 548,451 | 1,333,728 |
| Built 2020 or later | 2.20% | 1.60% | 2.50% |
| Built 2010 to 2019 | 12.00% | 10.10% | 12.60% |
| Built 2000 to 2009 | 16.00% | 12.70% | 17.10% |
| Built 1980 to 1999 | 29.10% | 25.40% | 30.60% |
| Built 1960 to 1979 | 25.60% | 31.30% | 23.60% |
| Built 1940 to 1959 | 10.70% | 14.40% | 9.50% |
| Built 1939 or earlier | 4.30% | 4.50% | 4.30% |
| VEHICLES AVAILABLE | | | |
| Occupied housing units | 2,016,448 | 548,451 | 1,333,728 |
| None | 5.20% | 9.60% | 3.50% |
| 1 or more | 94.80% | 90.40% | 96.50% |

Table: ACSSPP1Y2022.S0201

| Label | Alabama | | |
|---|---|---|---|
| | Total population | Black or African American alone or in combination with one or more other races | White alone, not Hispanic or Latino |
| | Estimate | Estimate | Estimate |
| HOUSE HEATING FUEL | | | |
| Occupied housing units | 2,016,448 | 548,451 | 1,333,728 |
| Gas | 30.60% | 32.80% | 30.30% |
| Electricity | 67.70% | 65.40% | 68.10% |
| All other fuels | 1.00% | 0.80% | 1.00% |
| No fuel used | 0.70% | 1.00% | 0.50% |
| SELECTED CHARACTERISTICS | | | |
| Occupied housing units | 2,016,448 | 548,451 | 1,333,728 |
| No telephone service available | 1.20% | 1.10% | 1.00% |
| 1.01 or more occupants per room | 1.70% | 1.80% | 1.20% |
| SELECTED MONTHLY OWNER COSTS AS A PERCENTAGE OF HOUSEHOLD INCOME IN THE PAST 12 MONTHS | | | |
| Housing units with a mortgage (excluding units where SMOC cannot be computed) | 768,014 | 159,226 | 560,314 |
| Less than 30 percent | 77.00% | 68.10% | 79.50% |
| 30 percent or more | 23.00% | 31.90% | 20.50% |
| OWNER CHARACTERISTICS | | | |
| Owner-occupied housing units | 1,416,333 | 290,538 | 1,039,858 |
| Median value (dollars) | 200,900 | 139,400 | 221,600 |
| Median selected monthly owner costs with a mortgage (dollars) | 1,293 | 1,153 | 1,343 |
| Median selected monthly owner costs without a mortgage (dollars) | 395 | 386 | 398 |
| GROSS RENT AS A PERCENTAGE OF HOUSEHOLD INCOME IN THE PAST 12 MONTHS | | | |
| Occupied units paying rent (excluding units where GRAPI cannot be computed) | 517,883 | 227,395 | 247,704 |
| Less than 30 percent | 50.50% | 44.10% | 55.00% |
| 30 percent or more | 49.50% | 55.90% | 45.00% |

Table: ACSSPP1Y2022.S0201

| Label | Alabama | | |
| --- | --- | --- | --- |
| | **Total population** | **Black or African American alone or in combination with one or more other races** | **White alone, not Hispanic or Latino** |
| **Label** | **Estimate** | **Estimate** | **Estimate** |
| GROSS RENT | | | |
| Occupied units paying rent | 535,960 | 235,237 | 255,917 |
| Median gross rent (dollars) | 913 | 888 | 932 |
| COMPUTERS AND INTERNET USE | | | |
| Total households | 2,016,448 | 548,451 | 1,333,728 |
| With a computer | 94.00% | 92.40% | 94.50% |
| With a broadband Internet subscription | 87.40% | 85.00% | 88.40% |