FILED
2024 Aug-07  PM 06:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Selected Socio-Economic Data

# Alabama

## Any Part African American vis-à-vis NH White

## Data Set: 2022 American Community Survey 1-Year Estimates

16-May-24

## Population Below Poverty in the Past 12 Months

## Alabama



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2022 American Community Survey 1-Year Estimates

# Family Households Below Poverty in the Past 12 Months

## Alabama



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2022 American Community Survey 1-Year Estimates

## Female-headed Households with Related Children Below Poverty in the Past 12 Months

## Alabama



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2022 American Community Survey 1-Year Estimates

# Median Household Income in the Past 12 Months

## Alabama



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2022 American Community Survey 1-Year Estimates

## Median Family Income in the Past 12 Months

## Alabama



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2022 American Community Survey 1-Year Estimates

## Per capita Income in the Past 12 Months

## Alabama



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2022 American Community Survey 1-Year Estimates

## Receipt of Food Stamps/SNAP in the Past 12 Months by Household

## Alabama



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2022 American Community Survey 1-Year Estimates

## Lack of Health Insurance Coverage -- Civilian Noninstitutionalized Population

## Alabama



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2022 American Community Survey 1-Year Estimates

# Educational Attainment for the Population 25 Years and Older

## Alabama



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2022 American Community Survey 1-Year Estimates

## Employment Status for the Population 16 years and over

## Alabama



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2022 American Community Survey 1-Year Estimates

## Unemployment  (Civilian Labor Force -- Ages 16  and Over)

## Alabama



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2022 American Community Survey 1-Year Estimates

# Occupation for the Civilian Employed 16 Years and Over Population

## Alabama



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2022 American Community Survey 1-Year Estimates

## Home Owners and Renters by Household

## Alabama



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2022 American Community Survey 1-Year Estimates

## Median Home Value -- Owner-Occupied

## Alabama



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2022 American Community Survey 1-Year Estimates

## Rent as a Percentage of Household Income (30% or more) -- Renter-Occupied

## Alabama



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2022 American Community Survey 1-Year Estimates

## No Vehicles Available by Household

## Alabama



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2022 American Community Survey 1-Year Estimates

## Computers and Internet Use

## Alabama



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2022 American Community Survey 1-Year Estimates

# Population by Age

## Alabama



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2022 American Community Survey 1-Year Estimates

## Household Type for Population in Households

## Alabama



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2022 American Community Survey 1-Year Estimates

# Marital Status for the Population 15 Years and Over

## Alabama



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2022 American Community Survey 1-Year Estimates

# Veterans in the Civilian Population 18 Years and Over

## Alabama



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2022 American Community Survey 1-Year Estimates

## Disability by Age -- Civilian Noninstitutionalized Population

## Alabama



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2022 American Community Survey 1-Year Estimates

## Geographical Mobility in the Past Year (Population 1 Year and Over)

## Alabama



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2022 American Community Survey 1-Year Estimates

## Speak English Less than "Very Well" (Population 5 Years and Over)

## Alabama



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2022 American Community Survey 1-Year Estimates

# Means of Transportation to Work (Workers 16 Years and Over)

## Alabama



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2022 American Community Survey 1-Year Estimates

## More than One Person per Room (Crowding) by Household

## Alabama



Source:   S0201 SELECTED POPULATION PROFILE
Data Set: 2022 American Community Survey 1-Year Estimates