FILED

2024 Aug-07  PM 06:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

| State Rep. Name | House District (HD) | Party | https://alison.legislature.state.al.us/house-leaders-members?tab=1 |
|---|---|---|---|
| Barbara Boyd | 32 | D | |
| Napoleon Bracy | 98 | D | |
| Prince Chestnut | 67 | D | |
| Adline Clarke | 97 | D | |
| Anthony Daniels | 53 | D | |
| Barbara Drummond | 103 | D | |
| Chris England | 70 | D | |
| Berry Forte | 84 | D | |
| Juandalynn Givan | 60 | D | |
| Jeremy Gray | 83 | D | |
| Laura Hall | 19 | D | |
| Kenyatté Hassell | 78 | D | |
| Travis Hendrix | 55 | D | |
| Rolanda Hollis | 58 | D | |
| Thomas Jackson | 68 | D | |
| Sam Jones | 99 | D | |
| Kelvin Lawrence | 69 | D | |
| Artis 'A.J.' McCampbell | 71 | D | |
| Patrice McClammy | 76 | D | |
| Mary Moore | 59 | D | |
| TaShina Morris | 77 | D | |
| Kenneth Paschal | 73 | R | |
| Patrick Sellers | 57 | D | |
| Ontario Tillman | 56 | D | |
| Curtis Travis | 72 | D | |
| Pebblin W. Warren | 82 | D | |

| State Senator Name | Senate District (SD) | Party | https://alison.legislature.state.al.us/senate-leaders-members?tab=1 |
|---|---|---|---|
| Merika Coleman | 19 | D | |
| Linda Coleman-Madison | 20 | D | |
| Vivian Davis Figures | 33 | D | |
| Kirk Hatcher | 26 | D | |
| Bobby D. Singleton | 24 | D | |
| Rodger M. Smitherman | 18 | D | |
| Robert Stewart | 23 | D | |