FILED
2024 Sep-03 PM 04:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

BOBBY SINGLETON, et al.,

*Plaintiffs*,

v.

WES ALLEN, in his official capacity as Alabama Secretary of State, et al.,

*Defendants*.

Case No.: 2:21-cv-1291-AMM

**THREE-JUDGE COURT**

---

EVAN MILLIGAN, et al.,

*Plaintiffs*,

v.

WES ALLEN, in his official capacity as Secretary of State of Alabama, et al.,

*Defendants*.

Case No.: 2:21-cv-01530-AMM

**THREE-JUDGE COURT**

---

MARCUS CASTER, et al.,

*Plaintiffs*,

v.

WES ALLEN, in his official Capacity as Alabama Secretary of State, et al.,

*Defendants*.

Case No.: 2:21-cv-01536-AMM

**State Defendants' Submission of the**
**Response Report of Dr. Christopher W. Bonneau**

Hon. Wes Allen, sued in his official capacity as Alabama Secretary of State, and Sen. Steve Livingston and Rep. Chris Pringle, sued in their official capacities as Chairs of the Alabama Permanent Legislative Committee on Reapportionment, hereby file the Response Report of Dr. Christopher W. Bonneau.

During the status conference held on July 31, 2024, this Court directed the parties to file expert reports. The State Defendants filed expert reports on August 7, 2024.

The Response Report of Dr. Christopher W. Bonneau is dated August 15, 2024. It responds to the Reply Report of Maxwell Palmer, Ph.D., in *Caster v. Allen*, and the Rebuttal Report of Baodong Liu, Ph.D., in *Milligan v. Allen*, each of which was served on the State Defendants on July 31, 2024.

*Respectfully Submitted,*

Steve Marshall
*Attorney General*

/s/ Misty S. Fairbanks Messick
Edmund G. LaCour Jr. (ASB-9182-U81L)
*Solicitor General*
A. Barrett Bowdre (ASB-2087-K29V)
*Deputy Solicitor General*
Soren A. Geiger (ASB-0336-T31L)
*Assistant Solicitor General*
James W. Davis (ASB-4063-I58J)
*Deputy Attorney General*
Richard D. Mink (ASB-4802-M76R)
Misty S. Fairbanks Messick (ASB-1813-T71F)
Brenton M. Smith (ASB-1656-X27Q)
Benjamin M. Seiss (ASB-2110-O00W)
Charles A. McKay (ASB-7256-K18K)
*Assistant Attorneys General*

OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8400
Edmund.LaCour@AlabamaAG.gov
Barrett.Bowdre@AlabamaAG.gov
Soren.Geiger@Alabama.AG.gov
Jim.Davis@AlabamaAG.gov
Richard.Mink@AlabamaAG.gov
Misty.Messick@AlabamaAG.gov
Brenton.Smith@AlabamaAG.gov
Ben.Seiss@AlabamaAG.gov
Charles.McKay@AlabamaAG.gov

***Counsel for Secretary Allen***

Dorman Walker (ASB-9154-R81J)
BALCH & BINGHAM LLP
Post Office Box 78 (36101)
445 Dexter Avenue
Montgomery, Alabama 36101
Telephone: (334) 269-3138
Email: dwalker@balch.com

Michael P. Taunton (ASB-6853-H00S)
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, Alabama 35201
Telephone: (205) 251-8100
Facsimile: (205) 226-8799
mtaunton@balch.com

***Counsel for Senator Livingston and Representative Pringle***