# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| MARCUS CASTER, LAKEISHA CHESTNUT, BOBBY LEE DUBOSE, BENJAMIN JONES, RODNEY ALLEN LOVE, MANASSEH POWELL, RONALD SMITH, and WENDELL THOMAS, <br><br>　　　　　　Plaintiffs, <br><br>　v. <br><br> WES ALLEN, in his official capacity as Alabama Secretary of State, <br><br>　　　　　　Defendant, <br><br>　and <br><br> CHRIS PRINGLE and JIM McCLENDON, <br><br>　　　　　　Intervenor-Defendants. | Case No. 2:21-CV-1536-AMM |

## CASTER PLAINTIFFS' WITNESS LIST

Pursuant to Federal Rule of Civil Procedure 26(a)(3) and the Court's scheduling order, ECF No. 306, Plaintiffs respectfully submit the following list of witnesses they expect to testify at trial.

| Witness Number | Witness |
|---|---|
| *Will-Call Witnesses* | |
| 1 | William S. Cooper – Expert Witness |
| 2 | Dr. Maxwell Palmer – Expert Witness |
| 3 | Dr. Traci Burch – Expert Witness |
| 4 | Dr. Joseph Bagley – Expert Witness |
| 5 | Dr. Marcus Caster – Plaintiff |
| 6 | Ronald Smith – Plaintiff |
| *May-Call Witnesses* | |
| 7 | Valtoria Jackson – Pastor and Montgomery County resident |
| 8 | William Carroll – Councilman, Mobile City Council, District 2 |
| 9 | C.J. Small – President, Mobile City Council, District 3 |
| 10 | LaKeisha Chestnut – Plaintiff |
| 11 | Bobby Lee DuBose – Plaintiff |
| 12 | Benjamin Jones – Plaintiff |
| 13 | Rodney Allen Love – Plaintiff |
| 14 | Manasseh Powell – Plaintiff |
| 15 | Wendell Thomas – Plaintiff |
| 16 | George E. McCall Jr. – Councilman, Prichard City Council, District 3 |
| 17 | Janice Malone – Founder and Executive Director of Vivians Door |
| 18 | Robert Clopton Sr. – President of Mobile Chapter of the Alabama State Conference of the NAACP |
| 19 | Sam Jones – Representative, Alabama House of Representatives, District 99 |
| 20 | Vivian Davis Figures – Senator, Alabama Senate, District 33 |
| 21 | Valerie Branyon – Adverse Witness |
| 22 | Derrick Turner – Adverse Witness |

| 23 | Dr. Karen Landers – Adverse Witness |
| 24 | Kenneth Boswell – Adverse Witness |
| 25 | Cedric Coley – Adverse Witness |
| 26 | Billy Ray Todd – Adverse Witness |

Plaintiffs reserve the right to call any witness needed to impeach or rebut testimony offered on direct examination. Plaintiffs also reserve the right to call any witness needed to authenticate or lay a foundation for trial exhibits to which Defendants raise authenticity and/or foundation objections. And Plaintiffs reserve the right to call any witness disclosed by another party to this consolidated case.

Dated: December 6, 2024

Richard P. Rouco
(AL Bar. No. 6182-R76R)
**Quinn, Connor, Weaver, Davies & Rouco LLP**
Two North Twentieth
2-20th Street North, Suite 930
Birmingham, AL 35203
Phone: (205) 870-9989
Fax: (205) 803-4143
Email: rrouco@qcwdr.com

Respectfully submitted,

By */s/ Abha Khanna*
Abha Khanna*
Makeba Rutahindurwa*
**Elias Law Group LLP**
1700 Seventh Ave, Suite 2100
Seattle, WA 98101
Phone: (206) 656-0177
Email: AKhanna@elias.law
Email: MRutahindurwa@elias.law

Lalitha D. Madduri*
Jyoti Jasrasaria*
**Elias Law Group LLP**
250 Massachusetts Ave. NW, Suite 400
Washington, D.C. 20001
Phone: (202) 968-4518
Email: LMadduri@elias.law
Email: JJasrasaria@elias.law

*Attorneys for Plaintiffs*
**Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Richard P. Rouco*
Richard P. Rouco
Counsel for Plaintiffs
