IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARCUS CASTER, LAKEISHA CHESTNUT, BOBBY LEE DUBOSE, BENJAMIN JONES, RODNEY ALLEN LOVE, MANASSEH POWELL, RONALD SMITH, and WENDELL THOMAS,<br><br>Plaintiffs,<br><br>v.<br><br>WES ALLEN, in his official capacity as Alabama Secretary of State,<br><br>Defendant,<br><br>and<br><br>CHRIS PRINGLE and JIM McCLENDON,<br><br>Intervenor-Defendants. | Case No. 2:21-CV-1536-AMM |

**PLAINTIFFS' NOTICE OF SUBMISSION OF TRIAL EXHIBITS**

Plaintiffs respectfully submit and hereby file the following exhibits they may offer as substantive evidence at trial.[1] Plaintiffs reserve the right to revise or supplement these exhibits within a reasonable time before trial or due to exigent

---

[1] Exhibits 127, 128, 130-135, and 148-151 are videos and will therefore be provided to the Court on a USB drive, as they are incapable of being filed on the docket.

circumstances, including but not limited to revisions or supplements in response to Defendants' witness lists, proposed deposition designations, and exhibit lists. Plaintiffs further reserve the right to offer exhibits listed or offered by Defendants or by another plaintiff. In addition to exhibits, Plaintiffs reserve the right to present demonstratives.

| Exhibit Number | Exhibit Description | Document Identification |
|---|---|---|
| *Plaintiffs' Expert Reports* | | |
| 1 | 2024 05-17 Expert Report of William S. Cooper | |
| 2 | 2024 09-06 Corrected Supplemental Report of William S. Cooper | |
| 3 | 2024 05-17 Expert Report of Maxwell Palmer | |
| 4 | 2024 07-31 Rebuttal Report of Maxwell Palmer | |
| 5 | 2024 05-17 Expert Report of Joseph Bagley | |
| 6 | 2024 07-31 Rebuttal Report of Joseph Bagley | |
| 7 | 2024 05-17 Expert Report of Traci Burch | |
| 8 | 2024 07-31 Rebuttal Report of Traci Burch | |

| Exhibit Number | Exhibit Description | Document Identification |
|---|---|---|
| 9 | 2023 07-28 Expert Report of Maxwell Palmer in Support of Caster Objections | ECF No. 179-2 (Remedial Hearing Exhibit 1) |
| 10 | 2023 7-28 Expert Report of Joseph Bagley in Support of Milligan Objections | |
| 11 | 2021 12-10 Expert Report of William S. Cooper | PI Hearing Exhibits 1-58 |
| 12 | 2021 12-20 Rebuttal Report of William S. Cooper | PI Hearing Exhibits 59-78 |
| 13 | 2021 12-10 Expert Report of Maxwell Palmer | PI Hearing Exhibit 79 |
| 14 | 2021 12-10 Declaration of Bridgett King | PI Hearing Exhibit 80 |
| 15 | 2021 12-20 Second Declaration of Bridgett King | PI Hearing Exhibit 81 |
| 16 | 2021 12-10 Expert Report of Joseph Bagley | |
| 17 | 2021 12-20 Rebuttal Report of Joseph Bagley | |
| *Legislative Redistricting Materials* | | |
| 18 | Remedial Plan 3 – Adopted Court Ordered Plan | ECF No. 253 |
| 19 | SB 5 Enrolled | ECF Nos. 191-11 |
| 20 | 2023 SB 5 Enacted Plan (Livingston 3 Plan) | ECF Nos. 165-1, 179-1 |

| Exhibit Number | Exhibit Description | Document Identification |
|---|---|---|
| 21 | 2023 Enacted Plan Performance Analysis | Livingston Deposition Exhibit 13 |
| 22 | 2023 Second Special Session Proclamation | ECF Nos. 161-1, 180-2 |
| 23 | June 27, 2023 Reapportionment Committee Meeting Minutes | Pringle Deposition Exhibit C (RC 049490) |
| 24 | July 13, 2023 Permanent Legislative Committee on Reapportionment Agenda | Pringle Deposition Exhibit F |
| 25 | July 13, 2023 Permanent Legislative Committee on Reapportionment Hearing Transcript | |
| 26 | July 13, 2023 Reapportionment Committee Meeting Minutes | Pringle Deposition Exhibit C (RC 049556) |
| 27 | July 13, 2023 Proposed Amendment to Reapportionment Committee Guidelines | Pringle Deposition Exhibit D |
| 28 | VRA Plaintiffs' June 26, 2023 Letter and Remedial Plan | Pringle Deposition Exhibit B |
| 29 | 2023 CLC Map 1 | Pringle Deposition Exhibit C (RC 049462-63) |
| 30 | 2023 Singleton Congressional Plan 3 | Pringle Deposition Exhibit C (RC 049464-65) |

| Exhibit Number | Exhibit Description | Document Identification |
|---|---|---|
| 31 | 2023 Hatcher Remedial Congress Plan 1 | Pringle Deposition Exhibit C (RC 049468-69) |
| 32 | 2023 Community of Interest Plan | Livingston Deposition Exhibit 6 |
| 33 | 2023 Community of Interest Plan Performance Analysis | Livingston Deposition Exhibit 7; Hinaman Deposition Exhibit 5 |
| 34 | 2023 Opportunity Plan | Pringle Deposition Exhibit C (RC 049488-89) |
| 35 | 2023 Livingston 2 Plan | Livingston Deposition Exhibit 10 |
| 36 | 2023 Russell Split Plan | Pringle Deposition Exhibit C (RC 049478-79) |
| 37 | 2023 Expanded Blackbelt Plan | Pringle Deposition Exhibit C (RC 049473-74) |
| 38 | 2023 Whole Jefferson County Plan | Pringle Deposition Exhibit C (RC 049466-67) |
| 39 | 2023 AKC Remedial Plan 1 | Pringle Deposition Exhibit C (RC 049480-81) |

| Exhibit Number | Exhibit Description | Document Identification |
|---|---|---|
| 40 | 2023 Pringle Congressional Plan 1 | Pringle Deposition Exhibit C (RC 049491-508) |
| 41 | 2021 Enacted Plan | ECF No. 48-5 |
| 42 | Redistricting Guidelines adopted by the Alabama Legislative Committee on Reapportionment on May 5, 2021 | ECF No. 56-1 (PI Hearing Exhibit 82) |
| 43 | 2011 AL Congressional Districts Map | ECF No. 48-11 |
| 44 | 2021 SBOE Plan | ECF No. 48-14 |
| *Transcripts of Court Proceedings* | | |
| 45 | *Caster v. Allen* Objections to Special Master Report Hearing Transcript (October 3, 2023) | |
| 46 | *Caster v. Allen* Motion Hearing Transcript (August 14, 2023) | |
| 47 | *Caster v. Allen* Status Conference Transcript (July 31, 2023) | |
| 48 | *Caster v. Merrill* Status Conference Transcript (June 16, 2023) | ECF No. 180-1 |
| 49 | *Caster v. Merrill* Preliminary Injunction Hearing Transcript (January 4-12, 2022) | ECF No. 99 |
| 50 | Volume 1 of the Trial Transcript in *Chestnut v. Merrill*, No. 2:18-cv-907-KOB (N.D. Ala.), ECF No. 103 | PI Hearing Exhibit 84 |

| Exhibit Number | Exhibit Description | Document Identification |
|---|---|---|
| 51 | Volume 2 of the Trial Transcript in *Chestnut v. Merrill*, No. 2:18-cv-907-KOB (N.D. Ala.), ECF No. 104 | PI Hearing Exhibit 85 |
| 52 | Volume 3 of the Trial Transcript in *Chestnut v. Merrill*, No. 2:18-cv-907-KOB (N.D. Ala.), ECF No. 105 | PI Hearing Exhibit 86 |
| 53 | Volume 5 of the Trial Transcript in *Chestnut v. Merrill*, No. 2:18-cv-907-KOB (N.D. Ala.), ECF No. 107 | PI Hearing Exhibit 87 |
| | ***Deposition Exhibits*** | |
| 54 | Hood et al., *The Rational Southerner* (Excerpts) | Carrington Deposition Exhibit 9; Hood Deposition Exhibit C |
| 55 | M.V. Hood III and Seth C. McKee, *Rural Republican Realignment in the Modern South* | Carrington Deposition Exhibit 10 |
| 56 | Philip Bump and Lenny Bronner, *Another lens into the rightward shift of Black and Hispanic Americans*, Washington Post (Mar. 11, 2024) | Carrington Deposition Exhibit 11 |
| 57 | Maya King, *Behind the Republican Effort to Win Over Black Men*, New York Times (Jun. 10, 2024) | Carrington Deposition Exhibit 12 |
| 58 | Jeffrey M. Jones and Lydia Saad, *Democrats Lose Ground With Black and Hispanic Adults*, GALLUP (Feb. 7, 2024) | Carrington Deposition Exhibit 13 |

| Exhibit Number | Exhibit Description | Document Identification |
|---|---|---|
| 59 | Russell Contreras, *Democrats' big vulnerability: Why they're losing Black, Hispanic voters*, Axios (Mar. 13, 2024) | Carrington Deposition Exhibit 14 |
| 60 | Ralph Chapoco, *History; lack of competition, lack of access keep Alabama's voter turnout rate low*, Alabama Reflector (Aug. 6, 2024) | Carrington Deposition Exhibit 15 |
| 61 | Emily Cochrane, *Alabama Republicans Pass Expansive Legislation Targeting D.E.I.*, New York Times (Mar. 19, 2024) | Carrington Deposition Exhibit 16 |
| 62 | Leada Gore, *Jefferson Davis birthday holiday in Alabama is today: What that means to you; will mail run?*, AL.com (Jun. 5, 2023) | Carrington Deposition Exhibit 17 |
| 63 | Hubbard, *Storming the State House The Campaign that Liberated Alabama from 136 Years of Democrat Rule* | Carrington Deposition Exhibit 18 |
| 64 | Arizona Congressional Districts Map | Trende Deposition Exhibit 4 |
| 65 | 4/18/22 Expert Report of Sean P. Trende, Ph.D. in *Alexander v. South Carolina State Conference of the NAACP* | Trende Deposition Exhibit 6 |
| 66 | Alabama Regions Map | Trende Deposition Exhibit 7 |
| 67 | 12/27/21 Memo from Grofman and Trende re: Redistricting Maps | Trende Deposition Exhibit 8 |

| Exhibit Number | Exhibit Description | Document Identification |
|---|---|---|
| 68 | Expert Report of Dr. Wilfred Reilly in *Stone v. Allen* | Reilly Deposition Exhibit 2 |
| 69 | Christoper A. Cooper, M.V. Hood III, et al., *Switching sides but still fighting the Civil War in southern politics* | Hood Deposition Exhibit B |
| 70 | State Senate County-Wide Election Analysis 2022 | Bonneau Deposition Exhibit 6 |
| 71 | State House County-Wide Election Analysis 2022 | Bonneau Deposition Exhibit 7 |
| 72 | 2021 Alabama House Plan | Bonneau Deposition Exhibit 8 |
| 73 | 2022 Congressional Elections Data and Statistics | Bonneau Deposition Exhibit 10 |
| 74 | Billy Ray Todd – Campaign Website | Todd Deposition Pls Exhibit 2 |
| 75 | Billy Ray Todd – Screenshots of X/Twitter Post 1 | Todd Deposition Pls Exhibit 3 |
| 76 | Billy Ray Todd – Screenshots of X/Twitter Post 2 | Todd Deposition Pls Exhibit 4 |
| 77 | Billy Ray Todd – Twitter Video | Todd Deposition Pls Exhibit 5 |
| 78 | HD 27 Special Primary Election Unofficial Results | Todd Deposition Defs Exhibit 1 |

| Exhibit Number | Exhibit Description | Document Identification |
|---|---|---|
| 79 | FY 2023 Community Planning and Development Formula Program Allocations Sheet | Boswell Deposition Exhibit 2 (SOS156602) |
| 80 | ADECA 2023 Annual Report | Boswell Deposition Exhibit 3 (SOS154710-SOS154728) |
| 81 | ADECA, Five-Year Action Plan 2023 | Boswell Deposition Exhibit 4 (SOS157206-SOS157230) |
| 82 | ADECA, Agencies Administering Alabama's Low-Income Home Energy Assistance Program | Boswell Deposition Exhibit 5 (SOS156232-SOS156234) |
| 83 | Alabama WAP Local Providers | Boswell Deposition Exhibit 6 (SOS156301) |
| 84 | Biggs Facebook Post 2020 Election | Biggs Deposition Exhibit 3 |
| 85 | PBS, *In Alabama, racial disparities in health outcomes predate the pandemic* (Jul. 24, 2020) | Landers Deposition Plaintiffs' Exhibit 3 |

| Exhibit Number | Exhibit Description | Document Identification |
|---|---|---|
| 86 | Alander Rocha, *Report: Alabama has poor health system performance, stark health care disparities*, Alabama Reporter (Apr. 22, 2024) | Landers Deposition Plaintiffs' Exhibit 6 |
| 87 | Alabama Performance Data: Health System Performance by Race/Ethnicity | Landers Deposition Plaintiffs' Exhibit 7 |
| 88 | Sean Dowling, *Alabama doctors urging Black women to participate in landmark study on cancer amid low survival rates*, 48 WAFF news (May 23, 2024) | Landers Deposition Plaintiffs' Exhibit 8 |
| 89 | Alabama Public Health, *What is Health Equity* | Landers Deposition Plaintiffs' Exhibit 9 |
| 90 | SB 129 Enrolled | Landers Deposition Plaintiffs' Exhibit 10 |
| 91 | *AP focuses on Alabama patient in its series on alleged medical racism in the U.S.*, Associated Press (May 23, 2023) | Landers Deposition Plaintiffs' Exhibit 11 |
| 92 | Alabama Public Health, 2020 Maternal Mortality Review | Landers Deposition Plaintiffs' Exhibit 12 |
| 93 | Alabama Public Health, Infant Mortality Alabama 2022 | Landers Deposition Plaintiffs' Exhibit 13 |
| 94 | Debbie Elliot, *Black residents in rural Alabama demand sanitation equity, saying 'it's a right'*, NPR (Oct. 13, 2023) | Landers Deposition Plaintiffs' Exhibit 14 |

| Exhibit Number | Exhibit Description | Document Identification |
|---|---|---|
| 95 | Interim Resolution Agreement, DOJ and DHHS and Alabama Department of Public Health 2023 | Landers Deposition Plaintiffs' Exhibit 15 |
| 96 | Expert Report Joseph Bagley, *Stone v. Allen* | Landers Deposition Plaintiffs' Exhibit 16 |
| 97 | Jefferson County Board of Health, Resolution "Racism as a Public Health Problem" (2021) | Landers Deposition Plaintiffs' Exhibit 17 |
| 98 | Mike Cason, *Alabama GOP's minority outreach message: 'OK to have dark skin' and be Republican*, AL.com (Sept. 10, 2022) | Coley Deposition Plaintiffs' Exhibit 1 |
| 99 | State of the Workforce Report XVII: Southwest AlabamaWorks | Nix Deposition Exhibit 3 |
| 100 | Alabama Department of Labor, Mobile County Profile | Nix Deposition Exhibit 4 |
| 101 | Alabama Career Centers | Turner Deposition Exhibit 2 |
| 102 | Alabama Department of Labor – Career Centers Website | Turner Deposition Exhibit 3 |
| 103 | Alabama Career Centers – Region 7 | Turner Deposition Exhibit 4 |
| 104 | Alabama Department of Labor – Labor Market Information | Turner Deposition Exhibit 5 |
| 105 | Alabama Career Center System Area Supervisors | Turner Deposition Defs Exhibit 1 |

| Exhibit Number | Exhibit Description | Document Identification |
|---|---|---|
| 106 | Memorandum of Agreement – U.S. Department of Transportation and Alabama Law Enforcement Agency 2016 | Archer Deposition Pls Exhibit 4 |
| 107 | ALEA DL Office Closure Locations | Archer Deposition Defs Exhibit 1 (SOS153492) |
| 108 | ALEA DL Office Locations | Archer Deposition Defs Exhibit 4 |
| 109 | SmartBank Website, Regional Leadership | Williams Deposition Exhibit 4 |
| 110 | Julia Avant, *Rep. Barry Moore beats incumbent to win 1st Congressional Dist. Republican primary*, WSFA News (Mar. 7, 2024) | Williams Deposition Exhibit 7 |
| 111 | Baldwin County EDA Post About Gulf Shores International Airport (Aug. 7, 2024) | Lawson Deposition Exhibit 2 |
| 112 | 2023 Alabama Tourism Economic Report | Lawson Deposition Exhibit 3 |
| 113 | Wiregrass Economic Development – Major Employers | Lawson Deposition Exhibit 4 |
| 114 | Baldwin by the Numbers | Lawson Deposition Exhibit 5 |
| 115 | USDA 2022 Census of Agriculture – County Data | Schmitz Deposition Exhibit 7 |

| Exhibit Number | Exhibit Description | Document Identification |
|---|---|---|
| *Requests for Admission and Interrogatory Responses* | | |
| 116 | Secretary's Response to First Set of Interrogatories | |
| 117 | Secretary's Response to Second Set of Interrogatories | |
| 118 | Sen. Livingston Response to Third Set of Interrogatories | |
| 119 | Rep. Pringle Response to Third Set of Interrogatories | |
| 120 | Sen. Livingston and Rep. Pringle Response to Interrogatories | |
| 121 | Secretary's Response to Final Set of Interrogatories | |
| 122 | Sen. Livingston and Rep. Pringle Response to Caster Requests for Admission | |
| 123 | Secretary's Response to Caster Requests for Admission | |
| *Stipulated Facts* | | |
| 124 | Joint Stipulated Facts for Remedial Proceedings | ECF No. 213 |
| 125 | Joint Stipulated Facts for PI Proceedings | ECF No. 44 |
| 126 | *Milligan* Stipulated Facts for PI Proceedings | ECF No. 56-3 |

| Exhibit Number | Exhibit Description | Document Identification |
|---|---|---|
| *Additional Exhibits* | | |
| 127 | Video: Allen Long SBOE District 7 Ad—"Protect Our Schools" | |
| 128 | Video: Steve Marshall 2022 AG Campaign Ad—"Good Golfer. Bad Politician." | |
| 129 | Shomari Figures Attack Flyer—"Supports Releasing Dangerous Criminals onto Alabama Streets" | |
| 130 | Video: Senator Tuberville interview, Dale Jackson Show, "Obama lookalike" | |
| 131 | Video: Eric Bradner, *Kayla Moore: 'One of our attorneys is a Jew'*, CNN (Dec. 12, 2027) | RFA No. 46 |
| 132 | Video: Kay Ivey 2018 Governor Campaign Ad— "Monuments" | RFA Nos. 47, 48 |
| 133 | Video: Bradley Byrne 2020 U.S. Senate Campaign Ad— "Dale" | RFA No. 52 |
| 134 | Video: Chris Pringle 2020 U.S. Congress Campaign Ad— "Your Fault" | RFA No. 58 |
| 135 | Video: Alabama 2nd Congressional District candidate forum, Fox10 News (Feb. 25, 2024) | RFA No. 62 |

| Exhibit Number | Exhibit Description | Document Identification |
|---|---|---|
| *Remaining Preliminary Injunction Hearing Exhibits* | | |
| 136 | Expert Report of Maxwell Palmer filed in *Chestnut v. Merrill*, No. 2:18-cv-907-KOB (N.D. Ala.), ECF No. 113-79 | PI Hearing Exhibit 83 |
| 137 | December 9, 2021 Deposition of Randy Hinaman | PI Hearing Exhibit 88 |
| 138 | December 17, 2021 Deposition of Chris Pringle | PI Hearing Exhibit 89 |
| 139 | December 17, 2021 Deposition of Jim McClendon | PI Hearing Exhibit 90 |
| 140 | Carol Robinson, Black Protestor Attacked at Donald Trump Rally Called 'Monkey' and Other Racial Slurs, He Says, AL.com (Nov. 21, 2015) | PI Hearing Exhibit 91 |
| 141 | *Alabama Lawmaker Who Honored Klan Leader says He's Surprised by Criticism*, WSFA (July 27, 2020) | PI Hearing Exhibit 92 |
| 142 | Nick Patterson, *Coronavirus Rates in Alabama Hit Blacks the Hardest – and Experts Are Not Surprised*, BirminghamWatch (Apr. 20, 2020) | PI Hearing Exhibit 93 |
| 143 | Safiya Charles, *Alabama Data Shows Majority of Coronavirus Deaths are African Americans*, Montgomery Advertiser (Apr. 9, 2020) | PI Hearing Exhibit 95 |

| Exhibit Number | Exhibit Description | Document Identification |
|---|---|---|
| 144 | Ari Shapiro & Farah Eltohamy, *Alabama Official on Vaccine Rollout: 'How Can This Disparity Exist in This Country?'*, NPR (Mar. 11, 2021) | PI Hearing Exhibit 96 |
| 145 | Sean McMinn et al., *Across the South, COVID-19 Vaccine Sites Missing from Black and Hispanic Neighborhoods*, NPR (Feb. 5, 2021) | PI Hearing Exhibit 97 |
| 146 | Brian Lyman, *Racial Profiling Bill Dies on Final Day of Alabama Legislative Session*, Montgomery Advertiser (Mar. 29, 2018) | PI Hearing Exhibit 98 |
| 147 | Azavea, Redrawing the Map on Redistricting: 2012 Addendum | PI Hearing Exhibit 99 |
| 148 | Video: Alabama Supreme Court Justice Tom Parker 2018 Campaign Ad—"Invasion" | PI Hearing Exhibit 100 |
| 149 | Video: Alabama Supreme Court Justice Tom Parker 2018 Campaign Ad—"Mob Rule" | PI Hearing Exhibit 101 |
| 150 | Video: LA Times Releases Audio of Roy Moore's Offhand Comment on Slavery | PI Hearing Exhibit 102 |
| 151 | Video: Roy Moore: "New Rights in 1965, and Today We've Got a Problem" | PI Hearing Exhibit 103 |
| 152 | Alabama Voter Registration Form | PI Hearing Exhibit 104; ECF No. 84-1 |

| Exhibit Number | Exhibit Description | Document Identification |
|---|---|---|
| 153 | Department of Justice Census Data Guidelines | PI Hearing Exhibit 105 |
| 154 | Evenwel Brief | PI Hearing Exhibit 106 |

Dated: December 18, 2024

Richard P. Rouco
(AL Bar. No. 6182-R76R)
**Quinn, Connor, Weaver, Davies & Rouco LLP**
Two North Twentieth
2-20th Street North, Suite 930
Birmingham, AL 35203
Phone: (205) 870-9989
Fax: (205) 803-4143
Email: rrouco@qcwdr.com

Respectfully submitted,

By */s/ Abha Khanna*
Abha Khanna*
Makeba Rutahindurwa*
**Elias Law Group LLP**
1700 Seventh Ave, Suite 2100
Seattle, WA 98101
Phone: (206) 656-0177
Email: AKhanna@elias.law
Email: MRutahindurwa@elias.law

Lalitha D. Madduri*
Jyoti Jasrasaria*
**Elias Law Group LLP**
250 Massachusetts Ave. NW, Suite 400
Washington, D.C. 20001
Phone: (202) 968-4518
Email: LMadduri@elias.law
Email: JJasrasaria@elias.law

*Attorneys for Plaintiffs*
**Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Abha Khanna*
Abha Khanna
Counsel for Plaintiffs
