# APPENDIX A

## Remedial Plan 3



2:21-cv-01536-AMM
02/10/2025 Trial
Plaintiff Exhibit No. 18