IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| BOBBY SINGLETON, et al., | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| v. | ) | Case No.: 2:21-cv-1291-AMM |
| | ) | |
| WES ALLEN, in his official | ) | **THREE-JUDGE COURT** |
| capacity as Alabama Secretary of | ) | |
| State, et al., | ) | |
| | ) | |
| *Defendants*. | ) | |

_____

| | | |
|---|---|---|
| EVAN MILLIGAN, et al., | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| v. | ) | Case No.: 2:21-cv-01530-AMM |
| | ) | |
| WES ALLEN, in his official | ) | **THREE-JUDGE COURT** |
| capacity as Secretary of State of | ) | |
| Alabama, et al., | ) | |
| | ) | |
| *Defendants*. | ) | |

_____

| | | |
|---|---|---|
| MARCUS CASTER, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No.: 2:21-cv-01536-AMM |
| | ) | |
| WES ALLEN, in his official | ) | **THREE-JUDGE COURT** |
| Capacity as Alabama Secretary of | ) | |
| State, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**Defendants' Objections to Plaintiffs' Exhibits**

|   | **Exhibit Description** | **Document Identification** | **Objections** |
|---|---|---|---|
| | *Caster Plaintiffs' Expert Reports* | | |
| 1 | 2024 05-17 Expert Report of William S. Cooper | | |
| 2 | 2024 09-06 Corrected Supplemental Report of William S. Cooper | | |
| 3 | 2025 05-17 Expert Report of Maxwell Palmer | | |
| 4 | 2024 07-31 Rebuttal Report of Maxwell Palmer | | |
| 5 | 2025 05-17 Expert Report of Joseph Bagley | | |
| 6 | 2024 07-31 Rebuttal Report of Joseph Bagley | | |
| 7 | 2025 05-17 Expert Report of Traci Burch | | |
| 8 | 2024 07-31 Rebuttal Report of Traci Burch | | |
| 9 | 2023 07-28 Expert Report of Maxwell Palmer in Support of Caster Objections | ECF No. 179-2 (Remedial Hearing Exhibit 1) | |
| 10 | 2023 07-28 Expert Report of Joseph Bagley in Support of Milligan Objections | | |

| Exhibit Number | Exhibit Description | Document Identification | Objections |
|---|---|---|---|
| 11 | 2021 12-10 Expert Report of William S. Cooper | PI Hearing Exhibits 1-58 | |
| 12 | 2021 12-20 Rebuttal Report of William S. Cooper | PI Hearing Exhibits 59-78 | |
| 13 | 2021 12-10 Expert Report of Maxwell Palmer | PI Hearing Exhibit 79 | |
| 14 | 2021 12-10 Declaration of Bridgett King | PI Hearing Exhibit 80 | Hearsay, undisclosed expert testimony (expert withdrawn for trial) |
| 15 | 2021 12-20 Second Declaration of Bridgett King | PI Hearing Exhibit 81 | Hearsay, undisclosed expert testimony (expert withdrawn for trial) |
| 16 | 2021 12-10 Expert Report of Joseph Bagley | | |
| 17 | 2021 12-20 Rebuttal Report of Joseph Bagley | | |
| *Legislative Redistricting Materials* | | | |
| 18 | Remedial Plan 3 – Adopted Court Ordered Plan | ECF No. 253 | |
| 19 | SB 5 Enrolled | ECF Nos. 191-11 | |
| 20 | 2023 SB 5 Enacted Plan (Livingston 3 Plan) | ECF Nos. 165-1, 179-1 | |

| Exhibit Number | Exhibit Description | Document Identification | Objections |
|---|---|---|---|
| 21 | 2023 Enacted Plan Performance Analysis | Livingston Deposition Exhibit 13 | |
| 22 | 2023 Second Special Session Proclamation | ECF Nos. 161-1, 180-2 | |
| 23 | June 27, 2023 Reapportionment Committee Meeting Minutes | Pringle Deposition Exhibit C (RC 049490) | |
| 24 | July 13, 2023 Permanent Legislative Committee on Reapportionment Agenda | Pringle Deposition Exhibit F | |
| 25 | July 13, 2023 Permanent Legislative Committee on Reapportionment Hearing Transcript | | |
| 26 | July 13, 2023 Reapportionment Committee Meeting Minutes | Pringle Deposition Exhibit C (RC 049556) | |
| 27 | July 13, 2023 Proposed Amendment to Reapportionment Committee Guidelines | Pringle Deposition Exhibit D | |
| 28 | VRA Plaintiffs' June 26, 2023 Letter and Remedial Plan | Pringle Deposition Exhibit B | Hearsay, relevance |
| 29 | 2023 CLC Map 1 | Pringle Deposition Exhibit C (RC 049462-63) | |

| Exhibit Number | Exhibit Description | Document Identification | Objections |
|---|---|---|---|
| 30 | 2023 Singleton Congressional Plan 3 | Pringle Deposition Exhibit C (RC 049464-65) | |
| 31 | 2023 Hatcher Remedial Congress Plan 1 | Pringle Deposition Exhibit C (RC 049468-69) | |
| 32 | 2023 Community of Interest Plan | Livingston Deposition Exhibit 6 | |
| 33 | 2023 Community of Interest Plan Performance Analysis | Livingston Deposition Exhibit 7; Hinaman Deposition Exhibit 5 | |
| 34 | 2023 Opportunity Plan | Pringle Deposition Exhibit C (RC 049488-89) | |
| 35 | 2023 Livingston 2 Plan | Livingston Deposition Exhibit 10 | |
| 36 | 2023 Russell Split Plan | Pringle Deposition Exhibit C (RC 049478-79) | |
| 37 | 2023 Expanded Blackbelt Plan | Pringle Deposition Exhibit C (RC 049473-74) | |
| 38 | 2023 Whole Jefferson County Plan | Pringle Deposition Exhibit C (RC 049466-67) | |

| Exhibit Number | Exhibit Description | Document Identification | Objections |
|---|---|---|---|
| 39 | 2023 AKC Remedial Plan 1 | Pringle Deposition Exhibit C (RC 049480-81) | |
| 40 | 2023 Pringle Congressional Plan 1 | Pringle Deposition Exhibit C (RC 049491-508) | |
| 41 | 2021 Enacted Plan | ECF No. 48-5 | |
| 42 | Redistricting Guidelines adopted by the Alabama Legislative Committee on Reapportionment on May 5, 2021 | ECF No. 56-1 (PI Hearing Exhibit 82) | |
| 43 | 2011 AL Congressional Districts Map | ECF No. 48-11 | |
| 44 | 2021 SBOE Plan | ECF No. 48-14 | |
| | *Transcripts of Court Proceedings* | | |
| 45 | *Caster v. Allen* Objections to Special Master Report Hearing Transcript (October 3, 2023) | | Hearsay, Relevance |
| 46 | *Caster v. Allen* Motion Hearing Transcript (August 14, 2023) | | Hearsay, Relevance |
| 47 | *Caster v. Allen* Status Conference Transcript (July 31, 2023) | | Hearsay, Relevance |

| Exhibit Number | Exhibit Description | Document Identification | Objections |
|---|---|---|---|
| 48 | *Caster v. Merrill* Status Conference Transcript (June 16, 2023) | ECF No. 180-1 | Hearsay, relevance |
| 49 | *Caster v. Merrill* Preliminary Injunction Hearing Transcript (January 4-12, 2022) | ECF No. 99 | Hearsay, relevance |
| 50 | Volume 1 of the Trial Transcript in *Chestnut v. Merrill*, No. 2:18-cv-907-KOB (N.D. Ala.), ECF No. 103 | PI Hearing Exhibit 84 | Hearsay, incomplete (will withdraw objections if Volume 4 is likewise admitted) |
| 51 | Volume 2 of the Trial Transcript in *Chestnut v. Merrill*, No. 2:18-cv-907-KOB (N.D. Ala.), ECF No. 104 | PI Hearing Exhibit 85 | Hearsay, incomplete (will withdraw objections if Volume 4 is likewise admitted) |
| 52 | Volume 3 of the Trial Transcript in *Chestnut v. Merrill*, No. 2:18-cv-907-KOB (N.D. Ala.), ECF No. 105 | PI Hearing Exhibit 86 | Hearsay, incomplete (will withdraw objections if Volume 4 is likewise admitted) |
| 53 | Volume 5 of the Trial Transcript in *Chestnut v. Merrill*, No. 2:18-cv-907-KOB (N.D. Ala.), ECF No. 107 | PI Hearing Exhibit 87 | Hearsay, incomplete (will withdraw objections if Volume 4 is likewise admitted) |
| | *Deposition Exhibits* | | |
| 54 | Hood et al., *The Rational Southerner* (Excerpts) | Carrington Deposition Exhibit 9; Hood Deposition Exhibit C | Hearsay, Completeness |

| Exhibit Number | Exhibit Description | Document Identification | Objections |
|---|---|---|---|
| 55 | M.V. Hood III and Seth C. McKee, *Rural Republican Realignment in the Modern South* | Carrington Deposition Exhibit 10 | Hearsay |
| 56 | Philip Bump and Lenny Bronner, *Another lens into the rightward shift of Black and Hispanic Americans*, Washington Post (Mar. 11, 2024) | Carrington Deposition Exhibit 11 | Hearsay |
| 57 | Maya King, *Behind the Republican Effort to Win Over Black Men*, New York Times (Jun. 10, 2024) | Carrington Deposition Exhibit 12 | Hearsay |
| 58 | Jeffrey M. Jones and Lydia Saad, *Democrats Lose Ground With Black and Hispanic Adults*, GALLUP (Feb. 7, 2024) | Carrington Deposition Exhibit 13 | Hearsay |
| 59 | Russell Contreras, *Democrats' big vulnerability: Why they're losing Black, Hispanic voters*, Axios (Mar. 13, 2024) | Carrington Deposition Exhibit 14 | Hearsay |
| 60 | Ralph Chapoco, *History; lack of competition, lack of access keep Alabama's voter turnout rate low*, Alabama Reflector (Aug. 6, 2024) | Carrington Deposition Exhibit 15 | Hearsay |

| Exhibit Number | Exhibit Description | Document Identification | Objections |
|---|---|---|---|
| 61 | Emily Cochrane, *Alabama Republicans Pass Expansive Legislation Targeting D.E.I.*, New York Times (Mar. 19, 2024) | Carrington Deposition Exhibit 16 | Hearsay |
| 62 | Leada Gore, *Jefferson Davis birthday holiday in Alabama is today: What that means to you; will mail run?*, AL.com (Jun. 5, 2023) | Carrington Deposition Exhibit 17 | Hearsay |
| 63 | Hubbard, *Storming the State House The Campaign that Liberated Alabama from 136 Years of Democrat Rule* | Carrington Deposition Exhibit 18 | Hearsay |
| 64 | Arizona Congressional Districts Map | Trende Deposition Exhibit 4 | Foundation, relevance |
| 65 | 4/8/22 Expert Report of Sean P. Trende, Ph.D. in *Alexander v. South Carolina State Conference of the NAACP* | Trende Deposition Exhibit 6 | |
| 66 | Alabama Regions Map | Trende Deposition Exhibit 7 | |
| 67 | 12/27/21 Memo from Grofman and Trende re: Redistricting Maps | Trende Deposition Exhibit 8 | |

| Exhibit Number | Exhibit Description | Document Identification | Objections |
|---|---|---|---|
| 68 | Expert Report of Dr. Wilfred Reilly in *Stone v. Allen* | Reilly Deposition Exhibit 2 | |
| 69 | Christoper A. Cooper, M.V. Hood III, et al., *Switching sides but still fighting the Civil War in southern politics* | Hood Deposition Exhibit B | Hearsay |
| 70 | State Senate County-Wide Election Analysis 2022 | Bonneau Deposition Exhibit 6 | |
| 71 | State House County-Wide Election Analysis 2022 | Bonneau Deposition Exhibit 7 | |
| 72 | 2021 Alabama House Plan | Bonneau Deposition Exhibit 8 | |
| 73 | 2022 Congressional Elections Data and Statistics | Bonneau Deposition Exhibit 10 | |
| 74 | Billy Ray Todd – Campaign Website | Todd Deposition Pls Exhibit 2 | Hearsay, authenticity |
| 75 | Billy Ray Todd- Screenshots of X/Twitter Post 1 | Todd Deposition Pls Exhibit 3 | Hearsay, authenticity |
| 76 | Billy Ray Todd – Screenshots of X/Twitter Post 2 | Todd Deposition Pls Exhibit 4 | Hearsay, authenticity |
| 77 | Billy Ray Todd – Twitter Video | Todd Deposition Pls Exhibit 5 | Hearsay, authenticity |

| Exhibit Number | Exhibit Description | Document Identification | Objections |
|---|---|---|---|
| 78 | HD 27 Special Primary Election Unofficial Results | Todd Deposition Defs Exhibit 1 | |
| 79 | FY 2023 Community Planning and Development Formula Program Allocations Sheet | Boswell Deposition Exhibit 2 (SOS156602) | |
| 80 | ADECA 2023 Annual Report | Boswell Deposition Exhibit 3 (SOS154710-SOS154728) | |
| 81 | ADECA, Five-Year Action Plan 2023 | Boswell Deposition Exhibit 4 (SOS157206-SOS157230) | |
| 82 | ADECA, Agencies Administering Alabama's Low-Income Home Energy Assistance Program | Boswell Deposition Exhibit 5 (SOS156232-SOS156234) | |
| 83 | Alabama WAP Local Providers | Boswell Deposition Exhibit 6 (SOS156301) | |
| 84 | Biggs Facebook Post 2020 Election | Biggs Deposition Exhibit 3 | Hearsay, authenticity |
| 85 | PBS, *In Alabama, racial disparities in health outcomes predate the pandemic* (Jul. 24, 2020) | Landers Deposition Plaintiffs' Exhibit 3 | Hearsay |

| Exhibit Number | Exhibit Description | Document Identification | Objections |
|---|---|---|---|
| 86 | Alander Rocha, *Report: Alabama has poor health system performance, stark health care disparities*, Alabama Reporter (Apr. 22, 2024) | Landers Deposition Plaintiffs' Exhibit 6 | Hearsay |
| 87 | Alabama Performance Data: Health System Performance by Race/Ethnicity | Landers Deposition Plaintiffs' Exhibit 7 | Hearsay |
| 88 | Sean Dowling, *Alabama doctors urging Black women to participate in landmark study on cancer amid low survival rates*, 48 WAFF news (May 23, 2024) | Landers Deposition Plaintiffs' Exhibit 8 | Hearsay |
| 89 | Alabama Public Health, *What is Health Equity* | Landers Deposition Plaintiffs' Exhibit 9 | |
| 90 | SB 129 Enrolled | Landers Deposition Plaintiffs' Exhibit 10 | |
| 91 | *AP focuses on Alabama patient in its series on alleged medical racism in the U.S.*, Associated Press (May 23, 2023) | Landers Deposition Plaintiffs' Exhibit 11 | Hearsay |
| 92 | Alabama Public Health, 2020 Maternal Mortality Review | Landers Deposition Plaintiffs' Exhibit 12 | |

| Exhibit Number | Exhibit Description | Document Identification | Objections |
|---|---|---|---|
| 93 | Alabama Public Health, Infant Mortality Alabama 2022 | Landers Deposition Plaintiffs' Exhibit 13 | |
| 94 | Debbie Elliot, *Black residents in rural Alabama demand sanitation equity, saying 'it's a right'*, NPR (Oct. 13, 2023) | Landers Deposition Plaintiffs' Exhibit 14 | Hearsay |
| 95 | Interim Resolution Agreement, DOJ and DHHS and Alabama Department of Public Health 2023 | Landers Deposition Plaintiffs' Exhibit 15 | Hearsay |
| 96 | Expert Report Joseph Bagley, *Stone v. Allen* | Landers Deposition Plaintiffs' Exhibit 16 | Undisclosed expert testimony (not disclosed in this matter) |
| 97 | Jefferson County Board of Health, Resolution "Racism as a Public Health Problem" (2021) | Landers Deposition Plaintiffs' Exhibit 17 | Hearsay |
| 98 | Mike Cason, *Alabama GOP's minority outreach message: 'OK to have dark skin' and be Republican*, AL.com (Sept. 10, 2022) | Coley Deposition Plaintiffs' Exhibit 1 | Hearsay |
| 99 | State of the Workforce Report XVII: Southwest AlabamaWorks | Nix Deposition Exhibit 3 | |
| 100 | Alabama Department of Labor, Mobile County Profile | Nix Deposition Exhibit 4 | |

| Exhibit Number | Exhibit Description | Document Identification | Objections |
|---|---|---|---|
| 101 | Alabama Career Centers | Turner Deposition Exhibit 2 | |
| 102 | Alabama Department of Labor – Career Centers Website | Turner Deposition Exhibit 3 | |
| 103 | Alabama Career Centers – Region 7 | Turner Deposition Exhibit 4 | |
| 104 | Alabama Department of Labor – Labor Market Information | Turner Deposition Exhibit 5 | |
| 105 | Alabama Career Center System Area Supervisors | Turner Deposition Defs Exhibit 1 | |
| 106 | Memorandum of Agreement – U.S. Department of Transportation and Alabama Law Enforcement Agency 2016 | Archer Deposition Pls Exhibit 4 | |
| 107 | ALEA DL Office Closure Locations | Archer Deposition Defs Exhibit 1 (SOS153492) | |
| 108 | ALEA DL Office Locations | Archer Deposition Defs Exhibit 4 | |
| 109 | SmartBank Website, Regional Leadership | Williams Deposition Exhibit 4 | |

14

| Exhibit Number | Exhibit Description | Document Identification | Objections |
|---|---|---|---|
| 110 | Julia Avant, *Rep. Barry Moore beats incumbent to win 1st Congressional Dist. Republican primary*, WSFA News (Mar. 7, 2024) | Williams Deposition Exhibit 7 | Hearsay |
| 111 | Baldwin County EDA Post About Gulf Shores International Airport (Aug. 7, 2024) | Lawson Deposition Exhibit 2 | |
| 112 | 2023 Alabama Tourism Economic Report | Lawson Deposition Exhibit 3 | |
| 113 | Wiregrass Economic Development – Major Employers | Lawson Deposition Exhibit 4 | Hearsay |
| 114 | Baldwin by the Numbers | Lawson Deposition Exhibit 5 | |
| 115 | USDA 2022 Census of Agriculture – County Data | Schmitz Deposition Exhibit 7 | Incomplete, lack of foundation, relevance |
| *RFAs and ROG Responses* | | | |
| 116 | Secretary's Response to First Set of Interrogatories | | |
| 117 | Secretary's Response to Second Set of Interrogatories | | |
| 118 | Sen. Livingston Response to Third Set of Interrogatories | | |

| Exhibit Number | Exhibit Description | Document Identification | Objections |
|---|---|---|---|
| 119 | Rep. Pringle Response to Third Set of Interrogatories | | |
| 120 | Sen. Livingston and Rep. Pringle Response to Final Set of Interrogatories | | |
| 121 | Secretary's Response to Final Set of Interrogatories | | |
| 122 | Sen. Livingston and Rep. Pringle Response to Caster Requests for Admission | | |
| 123 | Secretary's Response to Caster Requests for Admission | | |
| *Stipulated Facts* | | | |
| 124 | Joint Stipulated Facts for Remedial Proceedings | ECF No. 213 | Not stipulated for purposes of trial on the merits |
| 125 | Joint Stipulated Facts for PI Proceedings | ECF No. 44 | Not stipulated for purposes of trial on the merits |
| 126 | *Milligan* Stipulated Facts for PI Proceedings | ECF No. 56-3 | Not stipulated for purposes of trial on the merits |
| *Additional Exhibits* | | | |
| 127 | Allen Long SBOE District 7 Ad—"Protect Our Schools" | | Hearsay, Authenticity |

| Exhibit Number | Exhibit Description | Document Identification | Objections |
|---|---|---|---|
| 128 | Steve Marshall 2022 AG Campaign Ad— "Good Golfer. Bad Politician." | | Hearsay, Authenticity |
| 129 | Shomari Figures Attack Flyer— "Supports Releasing Dangerous Criminals onto Alabama Streets" | | Hearsay, Authenticity |
| 130 | Senator Turberville interview, Dale Jackson Show, "Obama lookalike" | | Hearsay, Authenticity |
| 131 | Eric Bradner, *Kayla Moore: 'One of our attorneys is a Jew'*, CNN (Dec. 12, 2027) | RFA No. 46 | Hearsay, Authenticity |
| 132 | Kay Ivey 2018 Governor Campaign Ad— "Monuments" | RFA Nos. 47, 48 | Hearsay, Authenticity |
| 133 | Bradley Byrne 2020 U.S. Senate Campaign Ad— "Dale" | RFA No. 52 | Hearsay, Authenticity |
| 134 | Chris Pringle 2020 U.S. Congress Campaign Ad— "Your Fault" | RFA No. 58 | Hearsay, Authenticity |
| 135 | Alabama 2nd Congressional District candidate forum, Fox10 News (Feb. 25, 2024) | RFA No. 62 | Hearsay, Authenticity |

| Exhibit Number | Exhibit Description | Document Identification | Objections |
|---|---|---|---|
| *Remaining Preliminary Injunction Hearing Exhibits* | | | |
| 136 | Expert Report of Maxwell Palmer filed in *Chestnut v. Merrill*, No. 2:18-cv-907-KOB (N.D. Ala.), ECF No. 113-79 | PI Hearing Exhibit 83 | Undisclosed expert testimony |
| 137 | December 9, 2021 Deposition of Randy Hinaman | PI Hearing Exhibit 88 | Improper deposition designations |
| 138 | December 17, 2021 Deposition of Chris Pringle | PI Hearing Exhibit 89 | Improper deposition designations |
| 139 | December 17, 2021 Deposition of Jim McClendon | PI Hearing Exhibit 90 | Improper deposition designations |
| 140 | Carol Robinson, Black Protestor Attacked at Donald Trump Rally Called 'Monkey' and Other Racial Slurs, He Says, AL.com (Nov. 21, 2015) | PI Hearing Exhibit 91 | Hearsay, Authenticity |
| 141 | *Alabama Lawmaker Who Honored Klan Leader says He's Surprised by Criticism*, WSFA (July 27, 2020) | PI Hearing Exhibit 92 | Hearsay, Authenticity |
| 142 | Nick Patterson, *Coronavirus Rates in Alabama Hit Blacks the Hardest – and Experts Are Not Surprised*, BirminghamWatch (Apr. 20, 2020) | PI Hearing Exhibit 93 | Hearsay, Authenticity |

| Exhibit Number | Exhibit Description | Document Identification | Objections |
|---|---|---|---|
| 143 | Safiya Charles, *Alabama Data Shows Majority of Coronavirus Deaths are African American*, Montgomery Advertiser (Apr. 9, 2020) | PI Hearing Exhibit 95 | Hearsay, Authenticity |
| 144 | Shapiro & Farah Eltohamy, *Alabama Official on Vaccine Rollout: 'How Can This Disparity Exist in This Country?'*, NPR (Mar. 11, 2021) | PI Hearing Exhibit 96 | Hearsay, Authenticity |
| 145 | Sean McMinn et al., *Across the South, COVID-19 Vaccine Sites Missing from Black and Hispanic Neighborhoods*, NPR (Feb. 5, 2021) | PI Hearing Exhibit 97 | Hearsay, Authenticity |
| 146 | Brian Lyman, *Racial Profiling Bill Dies on Final Day of Alabama Legislative Session*, Montgomery Advertiser (Mar. 29, 2018) | PI Hearing Exhibit 98 | Hearsay, Authenticity |
| 147 | Azavea, Redrawing the Map on Redistricting: 2012 Addendum | PI Hearing Exhibit 99 | Hearsay, Authenticity |
| 148 | Video: Alabama Supreme Court Justice Tom Parker 2018 Campaign Ad—"Invasion" | PI Hearing Exhibit 100 | Hearsay, Authenticity |

| Exhibit Number | Exhibit Description | Document Identification | Objections |
|---|---|---|---|
| 149 | Video: Alabama Supreme Court Justice Tom Parker 2018 Campaign Ad—"Mob Rule" | PI Hearing Exhibit 101 | Hearsay, Authenticity |
| 150 | Video: LA Times Releases Audio of Roy Moore's Offhand Comment on Slavery | PI Hearing Exhibit 102 | Hearsay, Authenticity |
| 151 | Video: Roy Moore: "New Rights in 1965, and Today We've Got a Problem" | PI Hearing Exhibit 103 | Hearsay, Authenticity |
| 152 | Alabama Voter Registration Form | PI Hearing Exhibit 104; ECF No. 84-1 | |
| 153 | Department of Justice Census Data Guidelines | PI Hearing Exhibit 105 | |
| 154 | Evenwel Brief | PI Hearing Exhibit 106 | Relevance, Hearsay |

## *SINGLETON* PLAINTIFFS' EXHIBIT LIST

| Ex. No. | Description | |
|---|---|---|
| S1. | Deposition of Randy Hinaman taken December 9, 2021 | Improper deposition designations |
| S2. | Deposition of Chris Pringle taken December 17, 2021 | Improper deposition designations |
| S3. | Deposition of Jim McClendon taken December 17, 2021 | Improper deposition designations |
| S4. | Alabama State House Hearing Transcript | |

| S5. | Redistricting Guidelines | |
| S6. | All Alabama Congressional Maps | |
| S7. | Enacted 2021 Plan Map (Letter Size) | |
| S8. | Enacted 2021 Plan Population Summary | |
| S9. | Enacted 2021 Plan Population Summary (AP) | |
| S10. | Enacted 2021 Plan Population Summary (VAP) | |
| S11. | Enacted 2021 Plan District Statistics | |
| S12. | Enacted 2021 Plan Communities of Interest Splits | |
| S13. | Secretary of State Merrill's Pre-Trial Brief, Chestnut v. Merrill | |
| S14. | 2023 Plan Maps and Demographics | |
| S15. | Caster/Milligan Letter to Legislative Committee on Reapportionment and Dorman Walker dated June 26, 2023 | Hearsay, Relevance |
| S16. | Caster/Milligan Letter to Dorman Walker dated July 11, 2023 | Hearsay, Relevance |
| S17. | Jim Blacksher Letter to Dorman Walker dated July 12, 2023 | Hearsay, Relevance |
| S18. | Steve Marshall Letter to Dorman Walker dated July 13, 2023 | |
| S19. | Caster/Milligan Letter to Dorman Walker dated July 17, 2023 | Hearsay, Relevance |

| S20. | Summary of Prior Election Results Submitted by Senator Smitherman at the Special Session | Hearsay, Relevance, Authenticity |
| S21. | Andrews Voter Registration Information from Secretary of State | |
| S22. | Singleton Voter Registration Information from Secretary of State | |
| S23. | Slay Voter Registration Information from Secretary of State | |
| S24. | Smitherman Voter Registration Information from Secretary of State | |
| S25. | Walker Voter Registration Information from Secretary of State | |
| S26. | Defendants' Responses and Objections to *Singleton* Plaintiffs' First Requests for Admissions | |
| S27. | Deposition of Leonette Slay taken August 10, 2023 | Hearsay, Improper deposition designations |
| S28. | Defendant Secretary of State Allen's Objections and Responses to *Singleton* Plaintiffs' Third Set of Requests for Admission | |
| S29. | Defendant Secretary of State Allen's Answers to *Singleto*n Plaintiffs' Second Set of Interrogatories | |
| S30. | Defendant Secretary of State Allen's Answer to *Singleton* Plaintiffs' First Set of Requests for Production of Documents | |
| S31. | Kari Frederickson Expert Report | |
| S32. | Kari Frederickson Supplemental Report | |
| S33. | Volney Riser Expert Report | |

| S34. | Deposition of Kari Frederickson taken August 29, 2024 | Hearsay, Improper deposition designations |
|------|-------------------------------------------------------|-------------------------------------------|
| S35. | Deposition of Volney Riser taken August 14, 2024 | Hearsay, Improper deposition designations |
| S36. | Deposition of Bobby Singleton taken on July 29, 2024 | Hearsay, Improper deposition designations |
| S37. | Deposition of Andrew Walker taken on July 11, 2024 | Hearsay, Improper deposition designations |
| S38. | Deposition of Rodger Smitherman taken on July 29, 2024 | Hearsay, Improper deposition designations |
| S39. | Deposition of Daryl Andrews taken on July 11, 2024 | Hearsay, Improper deposition designations |
| S40. | Deposition of Adam Carrington taken August 19, 2024 | Hearsay, Improper deposition designations |
| S41. | Alabama GOP VR Mailer 07-2024 | Hearsay, Relevance, Authenticity |
| S42. | Alabama Secretary of State accuses League of Women Voters of data mining - Alabama Reflector | Relevance |
| S43. | Letter to DOJ re Preclearance Submission of Al. Act. No. 2011-518 SOS002646 highlighted | Relevance |
| S44. | Black Belt, UA Edu 2022 | Hearsay, Relevance |
| S45. | Sen. Livingston's Response to *Singleton* Plaintiffs' Third Set of Interrogatories | |
| S46. | Rep. Pringle's Response to *Singleton* Plaintiffs' Third Set of Interrogatories | |
| S47. | Chairs' Responses to *Singleton* Plaintiffs' Second Requests for Admission | |
| S48. | Secretary Allen Responses to *Singleton* Plaintiffs' Second Requests for Admission | |
| S49. | State Certification of 2024 General Election | |

| S50. | Deposition of Leonette Slay taken on July 16, 2024 | Hearsay, Improper deposition designations |
|---|---|---|

### *MILLIGAN* PLAINTIFFS' EXHIBITS

| Exhibit Number | Objections | Exhibit Description | Doc. Number | Date |
|---|---|---|---|---|
| MX1 | | First Expert Report of Joseph Bagley, Ph.D. | 68-2 | 12/15/21 |
| MX2 | | Second Expert Report of Joseph Bagley, Ph.D. | 76-2 | 12/27/21 |
| MX3 | | Third Expert Report of Joseph Bagley, Ph.D. | 200-15 | 7/28/23 |
| MX4 | | Fourth Expert Report of Joseph Bagley, Ph.D. | 385-1 | 5/17/24 |
| MX5 | | Fifth Expert Report of Joseph Bagley, Ph.D. | 385-5 | 7/31/24 |
| MX6 | | First Expert Report of Traci Burch, Ph.D. | 385-2 | 5/17/24 |
| MX7 | | Second Expert Report of Traci Burch, Ph.D. | 385-6 | 7/31/24 |
| MX8 | | First Expert Report of Moon Duchin, Ph.D. | 68-5 | 12/10/21 |
| MX9 | | Second Expert Report of Moon Duchin, Ph.D. | 92-1 | 12/20/21 |
| MX10 | | Third Expert Report of Moon Duchin, Ph.D. | | 9/11/23 |
| MX11 | | Fourth Expert Report of Moon Duchin, Ph.D. | 385-3 | 5/17/24 |
| MX12 | | Fifth Expert Report of Moon Duchin, Ph.D. | 385-7 | 7/31/24 |
| MX13 | | First Expert Report of Baodong Liu, Ph.D. | 68-1 | 12/15/21 |
| MX14 | | Second Expert Report of Baodong Liu, Ph.D. | 76-1 | 12/27/21 |
| MX15 | | Third Expert Report of Baodong Liu, Ph.D. | 200 | 7/28/23 |

| | | | | |
|---|---|---|---|---|
| MX16 | | Fourth Expert Report of Baodong Liu, Ph.D. | 385-4 | 5/17/24 |
| MX17 | | Fifth Expert Report of Baodong Liu, Ph.D. | 385-8 | 7/31/24 |
| MX18 | | First Expert Report of M.V. "Trey" Hood, Ph.D. | 66-4 | 12/14/21 |
| **FIRST PRELIMINARY INJUNCTION HEARING** | | | | |
| MX19 | | 2011 Alabama Congressional map | 88-18 | |
| MX20 | | 2021 Alabama Congressional map | 88-19 | |
| MX21 | | Ala. HB 621 (May 2021) | 88-21 | |
| MX22 | | 2011 Reapportionment Comm. Guidelines | 88-22 | |
| MX23 | | 2021 Proposed Reapportionment Comm. Guidelines Comparison handout | 89-5 | |
| MX24 | | 2021 Reapportionment Redistricting Guidelines | 88-23 | |
| MX25 | Relevance | Talking Points of Likely Issues | 88-24 | 2021 |
| MX26 | Relevance | 2021 Proposed Ala. Senate Districts Functionality Examination | 88-25 | |
| MX27 | | Congressional Plans Introduced in 2021 special session | 88-29 | |
| MX28 | | Memorandum Agreement between the U.S. Dep't of Transportation and the Alabama Law Enforcement Agency | | |
| **SECOND PRELIMINARY INJUNCTION HEARING** | | | | |
| MX29 | | Population Summary, "Livingston Congressional Plan 3," Alabama Permanent Reapportionment Committee (July 20, 2023) | 200-1 | |
| MX30 | | 2023 Alabama Enacted Plan Performance Analysis | 200-3 | |

| MX31 | | Text of Senate Bill 5 (2023) | 200-4 | |
|------|--|------------------------------|-------|--|
| MX32 | Hearsay | Jeff Poor, State Rep. Pringle: Proposal to create second Democrat congressional district could help GOP — `I call it the Republican opportunity plan', YELLOWHAMMER NEWS (Oct. 31, 2021) | 200-5 | |
| MX33 | | Press Release, Permanent Legis. Comm. on Reapportionment (June 21, 2023) | 200-6 | |
| MX34 | Hearsay, relevance | *Milligan* and *Caster•* Plaintiffs' letter to Reapportionment Committee (June 26, 2023) | 200-7 | |
| MX35 | Hearsay, relevance | *Milligan* and *Caster* Plaintiffs' letter to Dorman Walker (July 11, 2023) | 200-8 | |
| MX36 | Hearsay | Mike Cason, GOP lawmakers pass Alabama congressional map; Democrats say it defies Supreme Court, AL.com (July 22, 2023) | 200-10 | |
| MX37 | Hearsay | Zach Montellaro, Alabama's redistricting brawl rehashes bitter fight over voting rights, POLITICO (July 21, 2023) | 200-11 | |
| MX38 | Hearsay | Assoc. Press, The fight over Alabama's congressional redistricting now shifts back to federal court, ALA. DAILY NEWS (July 24, 2023) | 200-12 | |
| MX39 | Hearsay | Rep. Terri Sewell: Alabama 'Shamelessly' Ignores U.S. Supreme Court, BIRMINGHAM TIMES (July 22, 2023) | 200-13 | |
| MX40 | Hearsay | Jeff Poor, State Rep. Simpson on redistricting: 'It would not surprise me if we have seven Republican congressmen' after | 200-14 | |

| | | 2024 election, 1819 NEWS (July 16, 2023) | | |
|---|---|---|---|---|
| MX41 | | 2021 Reapportionment Committee Redistricting Guidelines (Readopted in 2023) | 238-8 | |
| MX42 | | Dr. M.V. Hood's performance analysis of Community of Interest Plan | 238-1 | |
| MX43 | | Community of Interest Plan Map | 238-4 | |
| MX44 | | Community of Interest Plan Population Summary | 238-7 | |
| MX45 | | Russell Split Map | 238-9 | |
| MX46 | | Expanded Black Belt Plan Map | 238-10 | |
| MX47 | | Whole Jefferson County Plan Map | 238-11 | |
| MX48 | | Livingston 1 Plan Map | 238-5 | |
| MX49 | | Livingston 2 Plan Map | 238-6 | |
| MX50 | | Opportunity Plan Population Summary (RC049515) | 238-20 | |
| MX51 | | Email (RC049603-04) | 238-12 | |
| MX52 | Hearsay | Caleb Talor. House, Senate committees narrow redistricting plans down to two 1819 NEWS (July 18, 2023) | 238-14 | |
| MX53 | Hearsay | Alexander Rocha et al., Alabama Legislature passes controversial congressional map, ALABAMA REFLECTOR (July 21, 2023) | 238-15 | |
| MX54 | | Talking point (RC049608-16) | 238-16 | |
| MX55 | | Proposed amendment to reapportionment committee guidelines (RC049228) | 238-17 | |

| MX56 | | July 12, 2023 Reapportionment Committee Agenda (RC049228) | 238-18 | |
| MX57 | Hearsay | James Stephenson, et al., Alabama House, Senate Approve Separate Congressional Maps, BIRMINGHAM WATCH (July 20, 2023) | 238-19 | |
| MX58 | | Talking points (RC049571-72) | 238-21 | |
| MX59 | | Talking points (RC049573-76) | 238-22 | |
| MX60 | | Talking points (RC049577-80) | 238-23 | |
| **Additional Exhibits** | | | | |
| MX60 | Relevance, Attorney work product, deliberative process privilege | Draft Alabama Attorney General Preclearance Letter re: Alabama Act No. 2011-518 (SOS527) | | 9/27/11 |
| MX61 | Hearsay | George Talbot, "Alabama Republicans target Democrats in Machiavellian state legislature plot," Alabama Media Group (SOS796) | | 6/20/11 |
| MX62 | | Alabama Number Unemployed and Employment Rate April 2024 Preliminary Report (SOS155959) | | 4/01/24 |
| MX63 | Hearsay, Relevance | Text messages between Sen. Livingston and Chris Brown (Red States Strategies) | | 6/11/23 |
| MX64 | Hearsay | John Sharp, "'Racial dog whistle,' Fearmongering': Mailers inflame Alabama congressional race," Alabama Media Group (MIL001009) | | 10/31/24 |

| MX65 | Hearsay, Relevance, Authenticity | Rep. Pringle, Audio File of "Midday Mobile Interview" with Apryl Marie Fogel (MIL001007) | | 11/20/24 |
|---|---|---|---|---|
| MX66 | Hearsay | Caleb Taylor, "House Pro-tem Pringle: Federal Court Redrew Second Congressional District `almost exclusively along racial lines,'" 1819 News (MIL001000) | | 11/21/24 |
| MX67 | | Memorandum of Understanding between the United States Department of Justice, and the State of Alabama, the Alabama Secretary of State, and the Alabama Law Enforcement Agency re: National Voter Registration Act | | 11/12/15 |
| MX68 | Relevance, failure to disclose | Settlement Agreement between Alabama NAACP and Alabama Medicaid Agency | | 12/9/13 |
| MX69 | Relevance, failure to disclose | Settlement Agreement between Alabama NAACP and Alabama Department of Human Resources | | 12/9/13 |
| MX70 | Hearsay, Authenticity | Letter from EPA to Lance LeFleur, Dir. Ala. Dept. Env't Mgmt., Oct. 3, 2023 | | |
| MX71 | | Transcript of Reapportionment Committee Hearing, October 26, 2021 | | 10/26/21 |
| MX72 | | Transcript of Reapportionment Committee Hearings on June 27, 2023 | | 6/29/23 |
| MX73 | | Transcript of Reapportionment Committee Hearings on July 13, 2023 | | 7/13/23 |
| MX74 | Hearsay, Relevance | Alabama House Judiciary Committee, The Impeachment Investigation of Governor Robert Bentley | | 4/25/17 |

| | | | | |
|---|---|---|---|---|
| MX75 | | Alabama Career Center System Area Supervisors (SOS155584) | | |
| MX76 | | Alabama Career Center July 1, 2024 (SOS161534-SOS161538) | | |
| MX77 | | Alabama Department of Labor (Turner depo Exhibit) | | |
| MX78 | | ADOL Labor Market Info. (Turner depo Exhibit) | | |
| MX79 | | The Five-Year Action Plan (SOS157206) | | |
| MX80 | | State of the Workforce Report XVII (Nix depo. Exhibit) | | |
| MX81 | | Mobile County Profile, Alabama Department of Labor (Nix depo. Exhibit) | | |
| MX82 | | Dr. Bonneau backup data – congress 2022 | | |
| MX83 | | Dr. Bonneau backup data – AL state house 20002022 | | |
| MX84 | | Dr. Bonneau backup data – AL state senate 20002022 | | |
| MX85 | | Dr. Bonneau expert report – Table 2 – reconfigured (admitted as PX 333 in NAACP v. Allen f/k/a/ Stone v. Allen) | | |
| MX86 | | 2022 Census of Agriculture County Data for Alabama (Schmitz depo. Exhibit) | | |
| MX87 | Hearsay | March 7, 2024 WSFA News Article, "Rep. Barry Moore beats incumbent to win 1st Congressional Dist. Republican primary" (Schmitz depo. Exhibit) | | 3/7/24 |
| MX88 | | SmartBank Regional Leadership Website Page (Williams depo. Exhibit) | | |
| MX89 | Hearsay | "The COVID Tracking Project, Alabama: All Race & Ethnicity Data," The Atlantic | | |

| MX90 |  | Alabama Sec'y of State, Tbl. "2020 General Election Participation by Race" |  | 2020 |
|---|---|---|---|---|
| MX91 |  | U.S. Census Bureau, "Voting and Registration in the Election of November 2020," Table 4b |  | 2020 |
| MX92 |  | Alabama Department of Education, "Report Card," (Reporting Year 2022-23) |  | 2023 |
| MX93 | Hearsay, Relevance | Press Release, U.S. DOJ, "Justice Department Secures Resolution in Madison County, Alabama, School Desegregation Case" |  | 03/07/21 |
| MX94 | Hearsay | Nat'l Conf. of State Legislatures, "Tbl. 2: Excuses to Vote Absentee" (updated Jan. 3, 2024) |  | 2020 |
| MX95 |  | Ala. Dep't of Health, "Infant Mortality Alabama 2022" |  | 2022 |
| MX96 |  | Ala. Sec'y of State, "Crimes Involving Moral Turpitude Include" |  | 2022-23 |
| MX97 |  | Ala. Sec'y of State, "Convicted of a Felony? You May Still Be Able to Vote" |  | 07/06/22 |
| MX98 |  | U.S. DOJ "Prisoners in 2021 - Statistical Tables" |  | 2021 |
| MX99 |  | U.S. DOJ "Probation and Parole in the United States, 2021" |  | 2022 |
| MX100 | Hearsay | Catherine O. Johnson, et al., "Life expectancy for White, Black, and Hispanic race/ethnicity in U.S. states: trends and disparities, 1990 to 2019," Annals of Internal Medicine, pp. 1057-1064 (Supplemental Tables) |  |  |
| MX101 | Hearsay | Christopher Uggen, Ryan Larson, Sarah Shannon, and Robert Stewart "Locked Out 2022: Estimates of People Denied |  | 2022 |

| | | Voting Rights Due to a FelonyConviction," Sentencing Project | | |
|---|---|---|---|---|
| MX102 | Hearsay | Keith M. Chen, Kareem Haggag, Devin G. Pope, and Ryne Rohla, "Racial disparities in voting wait times: Evidence from smartphone data," Review of Economics and Statistics, pp. 1341-135 (Supplemental Appendix Figure B.2) | | 2021 |
| MX103 | Hearsay | Gallup, "Race Relations" Poll | | 2021 |
| MX104 | Hearsay | Qui & Hannah-Jones "A National Survey of School Desegregation Orders," Pro Publica | | 2022 |
| MX105 | | U.S. Census Bureau. "2021 Public Elementary- Secondary Education Finance Data," Summary Tbl. 8 | | 2022 |
| MX106 | | Ala. State Dep't of Ed., "School System Per-Pupil Expenditures FY 2022" | | 2022 |
| MX107 | Hearsay | Katsinas et al., "Internet Disparities in Alabama & the Black Belt" | | |
| MX108 | Hearsay | O'Brien et al., "K-12 STEM Education in Alabama's Black Belt" | | 12/23/14 |
| MX109 | Hearsay | EEOC, "FY 2009-2022 EEOC Charge Receipts for AL" | | 2022 |
| MX110 | Hearsay | EEOC, "Race-Based Charges (charges filed with EEOC FY 1997-FY2023)" | | 2023 |
| MX111 | | Alabama Department of Corrections, "Fiscal Year 2023 Annual Legislative Report" | | |

| | | | | |
|---|---|---|---|---|
| MX112 | | FBI, Crime Data Explorer, Table of "Alabama Overall Arrest Data by Race for 2022" | | 2022 |
| MX113 | | Alabama Department of Corrections, Monthly Statistical Report for September 2021 | | 2021 |
| MX114 | Hearsay | Collection of Civil Rights Division Section 5 Objection Letters to State of Alabama from 1965 to 2013. | | |
| MX115 | Hearsay, failure to disclose | Alabama Advisory Committee, "Barriers to Voting in Alabama: A Report by the Alabama Advisory Committee to the United States Commission on Civil Rights," U.S. Commission on Civil Rights | | 2023 |
| MX116 | Hearsay, Relevance | Consent Order, *Bennett v. Madison County Board of Education*, No. 5:63-CV-613-MHH | | 2022 |
| MX117 | Hearsay | Josh Moon, "Former Athens superintendent, two others sentenced in virtual school case," Alabama Political Reporter | | 2021 |
| MX118 | Hearsay | U.S. DOJ, Office of Public Affairs, "Department of Justice and Health and Human Services Announce Interim Resolution Agreement in Environmental Justice Investigation of Alabama Dep't of Public Health" | | |
| MX119 | Hearsay, relevance | Voluntary Compliance Agreement between Housing Authority of the City of Decatur and the U.S. Dep't of Housing and Urban Development | | 2020 |
| MX120 | Hearsay | Shiva Kooragayala, "The problem with talking about "inner cities," Urban Institute | | 07/08/22 |

| MX121 | Hearsay | Caleb Ecarma, "Tommy Tuberville has taken Another Breathtakingly Bad Stance on Diversity," Vanity Fair | | 07/22/22 |
|---|---|---|---|---|
| MX122 | Hearsay | Chris Massie, "Rep. Brooks: Dems' 'war on whites' behind some criticism of Sessions," CNN | | |
| MX123 | Hearsay | Leada Gore, "Rep. Mo Brooks: People who live 'good lives' should pay less for health insurance," al.com | | |
| MX124 | Hearsay | Sam Levine, "GOP Congressman Accuses Democrats of Waging A 'War on Whites'," Huffington Post | | |
| MX125 | Hearsay, Authenticity, Relevance | "The Prattville Dragoons Blog," Blogspot.com | | |
| MX126 | Hearsay | Paul Gattis, "Alabama Democrats call on GOP lawmaker to resign over Confederate support," al.com | | 06/20/20 |
| MX127 | Hearsay | Brent Wilson, "Alabama Democratic Party Seeks Resignation of 'Confederate Apologist'," bamapolitics.com | | 06/19/20 |
| MX128 | Hearsay | Charles J. Dean, "Sen. Scott Beason catching flak over 'empty the clip' comment" al.com | | 02/07/11 |
| MX129 | Hearsay | Kim Chandler, "Sen. Scott Beason apologizes for comments revealed during bingo trial (video)" al.com | | 09/27/11 |
| MX130 | Hearsay | Philip Bump, "Roy Moore: America was great in era of slavery, is now 'focus of evil in the world'," Washington Post | | 12/08/17 |

| MX131 | Hearsay | "Race in Our Politics: A Catalog of Campaign Materials," (Print outs of Dec. 10, 2017, advertising materials) | | 12/10/17 |
|---|---|---|---|---|
| MX132 | Hearsay | "Ads for Democrat Doug Jones running for US Senate in Alabama against alleged child abuser Roy Moore" | | |
| MX133 | Hearsay | Kyle Whitmire, "The John Merrill Show is on again. Somebody changed the channel," al.com | | 04/22/20 |
| MX134 | Hearsay | Tierney Sneed, "AL Elections Chief taunts twitter Users Noting Hurdles in Absentee Voting Requirements," TalkingPointsMemo.com | | 04/21/20 |
| MX135 | Hearsay | Mike Cason "Gov. Robert Bentley's task force recommends Medicaid expansion" al.com | | 11/18/15 |
| MX135 | Hearsay | Mike Cason "Gov. Robert Bentley's task force recommends Medicaid expansion" al.com | | 11/18/15 |
| MX136 | Hearsay | Anthony Daniels & Bobbly Singleton "Coronavirus crisis begs for Alabama Medicaid expansion" Alabama Political Reporter | | 04/17/20 |
| MX137 | Hearsay | Office of Congresswoman Sewell, "Rep. Sewell Introduces COVER Now Act to Empower Local Governments to Overcome Obstruction to Medicaid Expansion" Press Release | | 07/17/21 |
| MX138 | Hearsay | Michelle Boorstein, "The Stunning Difference between White and Black Evangelicals in Alabama" Washington Post | | 12/13/17 |

| MX139 | Hearsay | Robert Petterson, "Address at the Annual Leadership Conference of the Citizens' Councils of America, Montgomery, Alabama," Selma Times-Journal | | 02/16/65 |
|---|---|---|---|---|
| MX140 | Hearsay, Relevance | The Martin Luther King, Jr. Research and Education Institute, "Communism," Stanford University | | 04/04/18 |
| MX141 | Hearsay | Brent Wilson, "Chris Pringle: White Straight Southern Christian Conservatives Under Attack" Bama Politics | | 02/18/20 |
| MX142 | Hearsay | Kyra Miles "Echoes of the Past as Overwhelmingly White Mountain Brook Debates Diversity," Birmingham Watch | | 08/07/21 |
| MX143 | Hearsay | Pew Research Center, "Views about abortion among blacks by state" | | |
| MX144 | Hearsay | Jeremy Gray, "Historian Wayne Flynt on Senate race, Confederate monuments, Alabama's 'political prostitution,'" al.com | | 08/20/17 |
| MX145 | Hearsay | Sue Bell Cobb, "I was Alabama's Top Judge. I'm Ashamed by what I had to do to Get There" politico.com | | 03/31/15 |
| MX146 | Hearsay | Aubrey W. Jewett, "Partisan Change in Southern Legislatures, 1946-95," | | 2001 |
| MX147 | Hearsay | "Supreme Court Voting Rights Decision Was a Missed Opportunity," Washington Examiner | | |
| MX148 | Hearsay | M.V. Hood IV, Peter A. Morrison, and Thomas M. Bryan, | | 2017 |

| | | "From Legal Theory to Practical Application: A How-To for Performing Vote Dilution Analyses," Social Science Quarterly 99 (2): pp. 536-552 | | |
|---|---|---|---|---|
| MX149 | Hearsay | The Election of African American State Legislators in the Modern South | | |
| MX150 | Hearsay | From Legal Theory to Practical Application | | |
| MX151 | Hearsay | Proposed Alabama Senate District 18 Functionality Examination | | |
| MX152 | Hearsay | Wash. Post Police Shootings database | | 04/29/24 |
| MX153 | Hearsay | U.S. DOJ, "Notice Letter and Report Regarding Investigation of Alabama's State Prisons for Men" | | 04/02/19 |
| MX154 | Hearsay | Gallup: Race Relations | | |
| MX155 | Hearsay | Pew Research Center, "Party affiliation among whites by state" | | |
| MX156 | Hearsay | Bylaws for Units of the NAACP | | |
| MX157 | Hearsay | NPR, "In Alabama, racial disparities in health outcomes predate the pandemic" | | 07/04/20 |
| MX158 | Hearsay | Rocha, "Report: Alabama has poor health system performance, stark health care disparities," Ala. Reflector | | |
| MX159 | Hearsay | Alabama Appendix to David C. Radley et al., "Advancing Racial Equity in U.S. Health Care: The Commonwealth Fund 2024 State Health Disparities Report" | | 04/01/24 |
| MX160 | Hearsay | Sean Dowling, "Alabama doctors urging Black women to | | 05/23/24 |

| | | participate in landmark study on cancer amid low survival rates," WAFF48 | | |
|---|---|---|---|---|
| MX165 | | Alabama Dep't Public Health, Office of Health Equity and Minority Health, "What is Health Equity?" | | |
| MX167 | Hearsay | Assoc. Press, "AP focuses on Alabama patient in its series on alleged medical racism in the U.S." | | 05/23/ |
| MX168 | | "Alabama Maternal Mortality Review 2020 Annual Report.," Alabama Department of Public Health, Bureau of Family Health Services. | | 2020 |
| MX169 | Hearsay | Debbie Elliott, "Black residents in rural Alabama demand sanitation equity, saying `it's a right'," NPR | | 10/13 23 |
| MX170 | Hearsay | Interim Resolution Agreement between US DOJ, US HHS, and ADPH re: Lowndes County Wastewater Disposal | | 05/03/23 |
| MX171 | Hearsay | Jefferson County Board of Public Health, Board of Health Resolution, "Race as a Public Health Problem" | | 02/20/21 |
| MX172 | | "Fiscal year 2014 Annual Driver's License Production Costs" | | |
| MX173 | | List of DL Offices closed | | |
| MX174 | Relevance, Failure to Disclose | Cedric Coley, "Jobs, Not Mobs", Instagram Post | | 8/22/24 |
| **Discovery Responses** | | | | |
| MX175 | | Legislative Defendants' Response to First Set Interrogatories | | |
| MX178 | | Defendant Secretary of State's Response to First Set Interrogatories | | |

| MX179 | | Defendants' Response to Second Set Interrogatories | | |
|---|---|---|---|---|
| MX180 | | Defendant Sen. Livingston's Responses to Plaintiffs' Third Set of Interrogatories (Aug. 9, 2023) | 238-2 | |
| MX181 | | Defendant Rep. Pringle's Response to Plaintiffs' Third Set of Interrogatories (Aug. 9, 2023) | 238-3 | |
| MX182 | | Defendant Secretary Allen Response to Request for Admissions | | |
| MX183 | | Defendants Pringle and Livingston Responses to Requests for Admissions | | |
| MX184 | | Red State Strategies Response to Plaintiffs' Interrogatories and Requests for Production of Documents | | |
| MX185 | | Defendants Pringle and Livingston Responses to Requests Nos. 1 – 5 for Production of Documents | | |
| MX186 | | Defendant Secretary Allen Response to Request for Requests No. 1 – 5 for Production of Documents | | |
| MX187 | Hearsay, Improper deposition designations | Chris Brown, Deposition Transcript in *Milligan v. Allen* and exhibits | | |
| MX189 | Hearsay | Emails between legislators and Chris Brown | | |
| MX190 | Improper deposition designations | Randy Hinaman, First Deposition Transcript in *Milligan v. Allen* and exhibits | | |
| MX191 | Improper deposition designations | Randy Hinaman, Second Deposition Transcript in *Milligan v. Allen* and exhibits | | |

| | | | | |
|---|---|---|---|---|
| MX192 | Relevance, Improper deposition designations | Randy Hinaman, Deposition Transcript in *Stone v. Allen* and exhibits | | |
| MX193 | Improper deposition designations | Sen. Livingston, Deposition Transcript in *Milligan v. Allen* and exhibits | | |
| MX194 | Improper deposition designations | Rep. Pringle, First Deposition Transcript in *Milligan v. Allen* and exhibits | | |
| MX195 | Improper deposition designations | Rep. Pringle, Second Deposition Transcript in *Milligan v. Allen* and exhibits | | |
| MX196 | Improper deposition designations | Spencer Collier, Deposition Transcript, *Greater Birmingham Ministries v. Alabama*, | | |
| MX197 | Improper deposition designations | Sen. McClendon's Deposition Transcript in *Milligan v. Allen* and exhibits | | |
| MX198 | Improper deposition designations | Sen. McClendon's Deposition Transcript in *Stone v. Allen* and exhibits | | |
| MX199 | Hearsay, Relevance | Sen. Beason, Trial Transcripts, *U.S. v. McGregor*, No. 2:10-cr-186 | | |

Respectfully submitted,

Steve Marshall
  Attorney General

s/ James W. Davis
Edmund G. LaCour Jr. (ASB-9182-U81L)
  *Solicitor General*
Soren Geiger (ASB-0336-T31L)
  *Assistant Solicitor General*
James W. Davis (ASB-4063-I58J)
  *Deputy Attorney General*

Richard D. Mink (ASB-4802-M76R)
Misty S. Fairbanks Messick (ASB-1813-T71F)
Brenton M. Smith (ASB-1656-X27Q)
Benjamin M. Seiss (ASB-2110-O00W)
Charles A. McKay (ASB-7256-K18K)
  *Assistant Attorneys General*
OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Edmund.LaCour@AlabamaAG.gov
Soren.Geiger@AlabamaAG.gov
Jim.Davis@AlabamaAG.gov
Richard.Mink@AlabamaAG.gov
Misty.Messick@AlabamaAG.gov
Brenton.Smith@AlabamaAG.gov
Ben.Seiss@AlabamaAG.gov
Charles.McKay@AlabamaAG.gov

**Counsel for Secretary of State Allen**

s/Michael P. Taunton
J. Dorman Walker (ASB-9154-R81J)
BALCH & BINGHAM LLP
Post Office Box 78 (36101)
445 Dexter Avenue, Suite 8000
Montgomery, Alabama 36104
Telephone: (334) 269-3138
DWalker@Balch.com

Michael P. Taunton (ASB-6833-H00S)
Riley Kate Lancaster (ASB-1002-X86W)
BALCH & BINGHAM LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, Alabama 35203
Telephone: (205) 251-8100
MTaunton@Balch.com

RLancaster@Balch.com

**Counsel for Sen. Livington & Rep.
Pringle**

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2024, I filed the foregoing using

the Court's CM/ECF system, which will serve all counsel of record.

/s/ James W. Davis
*Counsel for Secretary Allen*