UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BOBBY SINGLETON, *et al.*,<br>        Plaintiffs,<br><br>v.<br><br>WES ALLEN, in his official capacity as Alabama Secretary of State,<br>        Defendant. | Case No. 2:21-cv-01291-AMM<br><br>THREE-JUDGE COURT |
| EVAN MILLIGAN, *et al.*,<br>        Plaintiffs,<br><br>v.<br><br>WES ALLEN, in his official capacity as Alabama Secretary of State,<br>        Defendant. | Case No. 2:21-cv-01530-AMM<br><br>THREE-JUDGE COURT |
| MARCUS CASTER, *et al.*,<br>        Plaintiffs,<br><br>v.<br><br>WES ALLEN, in his official capacity as Alabama Secretary of State,<br>        Defendant. | Case No.: 2:21-cv-1536-AMM |

Before MARCUS, Circuit Judge, MANASCO and MOORER, District Judges.

BY THE COURT:

## ORDER

Now before the Court is a joint motion in *Milligan* for an extension of time to file stipulated facts and counter-designations of deposition testimony for trial, *Milligan* Doc. 428, and before Judge Manasco sitting alone in *Caster* are an identical joint motion for an extension of time[1] and an unopposed motion to strike and re-file the designated transcript of Valerie Branyon's deposition, *Caster* Docs. 333 & 334. For good cause, these motions are **GRANTED**, and it is **ORDERED** that:

1. Any stipulated facts and counter-designations of deposition testimony for trial in *Caster* and *Milligan* shall be filed on or before **JANUARY 17, 2025**.

2. The designated deposition transcript of Ms. Branyon, *Caster* Doc. 329-1, is **STRICKEN**.

3. The *Caster* plaintiffs shall re-file their amended transcript of Ms. Branyon's deposition on or before **JANUARY 17, 2025**.

These congressional redistricting cases are set for a non-jury trial on **FEBRUARY 10, 2025**. To promote an expeditious trial, the Court ordered on December 5, 2024 that the parties shall "[s]end *three hard copies* of all exhibits and demonstratives that the parties intend to use during the trial to *each* member of this three-judge Court." *Singleton* Doc. 259 at 2–3 (emphasis added); *Milligan* Doc. 392

---

[1] Though counsel for the *Singleton* plaintiffs consent to the joint motions for an extension of time, they do not move for similar relief in *Singleton*. *See Milligan* Doc. 428 at 2 n.1.

at 2–3 (emphasis added); *Caster* Doc. 307 at 2–3 (emphasis added). Then, on January 8, 2025, the Court granted the defendants' motions to file six corrected exhibits along with an amended exhibit list. *Singleton* Doc. 424; *Milligan* Doc. 424; *Caster* Doc. 328.

To date, each member of the three-judge Court has received only one complete hard copy of the defendants' original set of exhibits. In addition, Judges Manasco and Moorer have each received three hard copies of the defendants' six corrected exhibits. As such, the defendants are **ORDERED** to deliver two additional hard copies of their exhibits, excluding or including the corrected exhibits, to each member of the Court at the addresses listed below as soon as practicable, but in any event for a confirmed delivery on or before **JANUARY 21, 2025**. These materials shall be bound and formatted in the manner described by the Court's December 5, 2024 Order, *Singleton* Doc. 259; *Milligan* Doc. 392; *Caster* Doc. 307.

> Hon. Stanley Marcus
> 99 N.E. 4th Street
> Miami, Florida 33132
>
> Hon. Anna M. Manasco
> 1729 5th Avenue North, Suite 5B
> Birmingham, AL 35203
>
> Hon. Terry F. Moorer
> 155 Saint Joseph Street
> Mobile, AL 36602

**DONE** and **ORDERED** this 15th day of January, 2025.

_/s/ Stanley Marcus_
**STANLEY MARCUS**
UNITED STATES CIRCUIT JUDGE

_/s/ A. Manasco_
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE

_/s/ Terry F. Moorer_
**TERRY F. MOORER**
UNITED STATES DISTRICT JUDGE