# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **MARCUS CASTER,** *et al.*, | |
| Plaintiffs, | Case No.: 2:21-cv-1536-AMM |
| v. | |
| **WES ALLEN,** *et al.*, | |
| Defendants. | |

### PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO RE-FILE CORRECTED EXHIBITS

Plaintiffs seek leave to re-file two corrected exhibits—PX 1 and PX 2.

Plaintiffs filed their trial exhibit list on December 6, 2024, Doc. 308, and trial exhibits on December 18, 2024, Doc. 319. PX 1 is the 2024 05-17 Expert Report of William S. Cooper, and PX 2 is the 2024 09-06 Corrected Supplemental Report of William S. Cooper. Plaintiffs inadvertently filed incomplete versions of the reports that excluded exhibits, which should appear at the end of each expert report. Plaintiffs timely served the full Expert Report, including exhibits, on May 17, 2024, and the full Supplemental Report, including exhibits, on July 31, 2024. Plaintiffs then corrected minor errors and

served the Corrected Supplemental Report on September 6, 2024, without any changes to the exhibits.

Plaintiffs seek leave to re-file PX 1 and PX 2 to provide complete versions of the 2024 05-17 Expert Report of William S. Cooper and 2024 09-06 Corrected Supplemental Report of William S. Cooper, including exhibits. Plaintiffs will provide copies of PX 1 and PX 2 to the addresses set out in the Court's December 5, 2024 Order, Doc. 307.

Defendants do not oppose this motion.

Dated: January 27, 2025

Richard P. Rouco
(AL Bar. No. 6182-R76R)
**Quinn, Connor, Weaver, Davies & Rouco LLP**
Two North Twentieth
2-20th Street North, Suite 930
Birmingham, AL 35203
Phone: (205) 870-9989
Fax: (205) 803-4143
rrouco@qcwdr.com

Respectfully submitted,

By /s/ *Abha Khanna*

Abha Khanna*
**Elias Law Group LLP**
1700 Seventh Ave, Suite 2100
Seattle, WA 98101
(206) 656-0177
AKhanna@elias.law

Lalitha D. Madduri*
Richard A. Medina*
Qizhou Ge*
**Elias Law Group LLP**
250 Massachusetts Ave, Suite 400
Washington, D.C. 20001
(202) 968-4490
LMadduri@elias.law
RMedina@elias.law
AGe@elias.law

*Attorneys for Plaintiffs*
**Admitted Pro Hac Vice*

2