FILED
2025 Jan-28 PM 03:02
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **MARCUS CASTER**, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**WES ALLEN**, *et al.*,<br><br>Defendants. | Case No.: 2:21-cv-1536-AMM |

## PLAINTIFFS' RE-FILING OF CORRECTED EXHIBITS

Pursuant to this Court's Order allowing Plaintiffs leave to re-file corrected exhibits PX 1 and PX 2, Doc. 351, Plaintiffs hereby file the corrected exhibits.

Dated: January 28, 2025

Respectfully submitted,

By /s/ *Abha Khanna*

Richard P. Rouco
(AL Bar. No. 6182-R76R)
**Quinn, Connor, Weaver, Davies & Rouco LLP**
Two North Twentieth
2-20th Street North, Suite 930
Birmingham, AL 35203
Phone: (205) 870-9989
Fax: (205) 803-4143
rrouco@qcwdr.com

Abha Khanna*
**Elias Law Group LLP**
1700 Seventh Ave, Suite 2100
Seattle, WA 98101
(206) 656-0177
AKhanna@elias.law

Lalitha D. Madduri*
Richard A. Medina*
Qizhou Ge*
**Elias Law Group LLP**

250 Massachusetts Ave, Suite 400
Washington, D.C. 20001
(202) 968-4490
LMadduri@elias.law
RMedina@elias.law
AGe@elias.law

*Attorneys for Plaintiffs*
*\*Admitted Pro Hac Vice*