# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| BOBBY SINGLETON, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Case No.: 2:21-cv-1291-AMM |
| ) | |
| WES ALLEN, in his official ) | **THREE-JUDGE COURT** |
| capacity as Alabama Secretary of ) | |
| State, *et al.*, ) | |
| ) | |
| Defendants. ) | |

_____

| | |
|---|---|
| EVAN MILLIGAN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Case No.: 2:21-cv-01530-AMM |
| ) | |
| WES ALLEN, in his official ) | **THREE-JUDGE COURT** |
| capacity as Secretary of State of ) | |
| Alabama, *et al.*, ) | |
| ) | |
| Defendants. ) | |

_____

| | |
|---|---|
| MARCUS CASTER, et al., ) | |
| ) | |
| *Plaintiffs*, ) | |
| v. ) | Case No.: 2:21-cv-01536-AMM |
| ) | |
| WES ALLEN, in his official ) | |
| Capacity as Alabama Secretary of ) | |
| State, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## SINGLETON PLAINTIFFS' NOTICE OF TRIAL COUNSEL

1

Senator Bobby Singleton, Senator Rodger Smitherman, Leonette W. Slay, Darryl Andrews, and Andrew Walker (the "*Singleton* Plaintiffs") hereby list all counsel who will attend and participate in the trial: U.W. Clemon, Jim Blacksher, and Chris Christie expect to attend daily; Ed Still and Myron Penn expect to attend limited trial days, with one seat for the two being appropriate.

<u>/s/ James Uriah Blacksher</u>
James Uriah Blacksher
825 Linwood Road
Birmingham, AL 35222
Tel: (205) 612-3752
Fax: (866) 845-4395
Email: jublacksher@gmail.com

U.W. Clemon
U.W. Clemon, LLC
Renasant Bank Building
2001 Park Place North, Tenth Floor
Birmingham, AL 35203
Tel.: (205) 506-4524
Fax: (205) 538-5500
Email: uwclemon1@gmail.com

Henry C. Quillen
(admitted *pro hac vice*)
WHATLEY KALLAS, LLP
159 Middle Street, Suite 2C
Portsmouth, NH  03801
Tel: (603) 294-1591
Fax: (800) 922-4851
Email: hquillen@whatleykallas.com

Myron Cordell Penn
PENN & SEABORN, LLC
1971 Berry Chase Place
Montgomery, AL 36117
Tel: (334) 219-9771
Email: myronpenn28@hotmail.com

Edward Still
429 Green Springs Hwy., STE 161-304
Birmingham AL 35209
Tel: 205-335-9652
Email: edwardstill@gmail.com

/s/ J.S. "Chris" Christie
 J.S. "Chris" Christie (ASB-3162-H07J)
 Dentons Sirote PC
 2311 Highland Avenue South
 Birmingham, AL 35205
 Tel: (205) 930-5100
 Fax: (205) 930-5101
 chris.christie@dentons.com

*Counsel for Singleton Plaintiffs*


## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2025, a copy of the foregoing has been served on all counsel of record through the Court's CF/ECF system.

/s/ J.S. "Chris" Christie
J.S. "Chris" Christie
One of the Attorneys for the *Singleton* Plaintiffs