FILED

2025 Feb-03 PM 06:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| MARCUS CASTER, LAKEISHA CHESTNUT, BOBBY LEE DUBOSE, BENJAMIN JONES, RODNEY ALLEN LOVE, MANASSEH POWELL, RONALD SMITH, and WENDELL THOMAS, | |
| Plaintiffs, | Case No. 2:21-CV-1536-AMM |
| v. | |
| WES ALLEN, in his official capacity as Alabama Secretary of State, | |
| Defendant, | |
| and | |
| CHRIS PRINGLE and JIM McCLENDON, | |
| Intervenor-Defendants. | |

## PLAINTIFFS' NOTICE OF PERSONS PARTICIPATING IN TRIAL

Pursuant to this court's December 5, 2024, order, ECF No. 307, Caster Plaintiffs provide notice that the following persons will be participating in the trial beginning on February 10, 2025:

- Abha Khanna (counsel)

- Lalitha D. Madduri (counsel)

- Richard A. Medina (counsel)

- Qizhou Ge (counsel)

- Richard P. Rouco (counsel)

- Kelsey Dietrich (paralegal)

- Cierra Apolonio (legal support)

- Angel Taylor (legal support)

Dated: February 3, 2025

Richard P. Rouco
(AL Bar. No. 6182-R76R)
**Quinn, Connor, Weaver, Davies
& Rouco LLP**
Two North Twentieth
2-20th Street North, Suite 930
Birmingham, AL 35203
Phone: (205) 870-9989
Fax: (205) 803-4143
Email: rrouco@qcwdr.com

Respectfully submitted,

By */s/ Abha Khanna*

Abha Khanna*
**Elias Law Group LLP**
1700 Seventh Ave, Suite 2100
Seattle, WA 98101
Phone: (206) 656-0177
Email: AKhanna@elias.law

Lalitha D. Madduri*
Richard A. Medina*
Qizhou Ge*
**Elias Law Group LLP**
250 Massachusetts Ave. NW, Suite 400
Washington, D.C. 20001
Phone: (202) 968-4518
Email: LMadduri@elias.law
Email: RMedina@elias.law
Email: AGe@elias.law

*Attorneys for Plaintiffs*
*\*Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2025, a copy of the foregoing was filed with the Clerk of Court using the CM/ECF system, which will provide electronic notice of filing to all counsel of record.

*/s/ Abha Khanna*
Abha Khanna
Counsel for Caster Plaintiffs