FILED
2025 Feb-17  PM 08:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| BOBBY SINGLETON, et al., | ) | |
| | ) | |
| *Plaintiffs,* | ) | |
| | ) | |
| v. | ) | Case No.: 2:21-cv-1291-AMM |
| | ) | |
| WES ALLEN, in his official | ) | **THREE-JUDGE COURT** |
| capacity as Alabama Secretary of | ) | |
| State, et al., | ) | |
| | ) | |
| *Defendants.* | ) | |

| | | |
|---|---|---|
| EVAN MILLIGAN, et al., | ) | |
| | ) | |
| *Plaintiffs,* | ) | |
| | ) | |
| v. | ) | Case No.: 2:21-cv-01530-AMM |
| | ) | |
| WES ALLEN, in his official | ) | **THREE-JUDGE COURT** |
| capacity as Secretary of State of | ) | |
| Alabama, et al., | ) | |
| | ) | |
| *Defendants.* | ) | |

| | | |
|---|---|---|
| MARCUS CASTER, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No.: 2:21-cv-01536-AMM |
| | ) | |
| WES ALLEN, in his official | ) | |
| Capacity as Alabama Secretary of | ) | |
| State, et al., | ) | |
| | ) | |
| Defendants. | ) | |

24579810.1
24594501.2

## DECLARATION OF DONNA OVERTON LOFTIN

### I, Donna Overton Loftin, declare as follows:

1.    I am the Director of the Alabama Legislature's Reapportionment Office, which provides the staff for the Permanent Legislative Committee on Reapportionment ("The Reapportionment Committee"). As Director my responsibilities include producing documents, such as maps and reports about maps, relating to redistricting using the Reapportionment Committee's Maptitude redistricting software (or, before the 2020 Census redistricting cycle, ESRI redistricting software) and federal Census data. I also am responsible for overseeing the maintenance and preservation of documents received by both the Committee and the Reapportionment Office in the course of their operations. I have personal knowledge of the facts stated below and would be competent to testify to them in court.

2.    **Defense Ex. 87** *(Alabama (Legislative) 2023 Congressional Plan district statistics by district (Milligan-RC 049678-684))* is a true and accurate copy of this report produced in the Reapportionment Office about the 2023 Congressional Plan passed by the Legislature.

3.    **Defense Ex. 88** *(Map - Alabama (Legislative) 2023 Congressional Plan Milligan-(RC 049699))* is a true and accurate copy of a map produced

2

24594501.2

in the Reapportionment Office that depicts the 2023 Congressional Plan passed by the Legislature.

4.    **Defense Ex. 89** *(Alabama (Legislative) 2023 Congressional Plan measures of compactness report (Milligan-RC 049700-702))* is a true and accurate copy of this report produced in the Reapportionment Office about the 2023 Congressional Plan passed by the Legislature.

5.    **Defense Ex. 90** *(Alabama (Legislative) 2023 Congressional Plan minority population stats by district (Milligan-RC 049704-705))* is a true and accurate copy of this report produced in the Reapportionment Office about in the 2023 Congressional Plan passed by the Legislature.

6.    **Defense Ex. 91** *(Alabama (Legislative) 2023 Congressional Plan political subdivision splits between districts (Milligan-RC 049771))* is a true and accurate copy of page 2 of this report produced in the Reapportionment Office about in the 2023 Congressional Plan passed by the Legislature.

7.    **Defense Ex. 96** *(Livingston Congressional Plan 3 with Population Summary)* is a true and accurate copy of a map produced in the Reapportionment Office that depicts the Livingston Congressional Plan 3 followed by the Population Summary report for that map.

24594501.2

8.      **Defense Ex. 110** *(2023 Court-Ordered Congressional Districts political subdivision splits between districts (Milligan-RC 054156-157)* is a true and accurate copy of this report produced in the Reapportionment Office about in the Court-Ordered Congressional Plan.

9.      **Defense Ex. 115** *(Statistics – State Board of Education Districts and Congressional Districts (SOS002398))* is true and accurate copy of a report produced in the Reapportionment Office in the 2010 Census redistricting cycle about State Board of Education and Congressional Districts.

10.     **Defense Ex. 117** *(2021 Plan - 1 – Map)* is true and accurate copy of a map produced in the Reapportionment Office that depicts the 2021 Congressional Plan passed by the Legislature.

11.     **Defense Ex. 118** *(2021 Plan - 2 - District Statistics)* is a true and accurate copy of this report produced in the Reapportionment Office about the 2021 Alabama Congressional Plan.

12.     **Defense Ex. 119** *(2021 Plan - 3 - Population Summary - Single Race)* is a true and accurate copy of this report produced in the Reapportionment Office about the 2021 Alabama Congressional Plan.

4

24594501.2

13.    **Defense Ex. 120** *(2021 Plan – 4 – VAP Summary – Single Race)* is a true and accurate copy of this report produced in the Reapportionment Office about the 2021 Alabama Congressional Office.

14.    **Defense Ex. 121** *(2021 Plan - 5 - Population Summary - Any Part Race)* is a true and accurate copy of this report produced in the Reapportionment Office about the 2021 Alabama Congressional Plan.

15.    **Defense Ex. 122** *(2021 Plan - 6 - VAP Summary - Any Part Race)* is a true and accurate copy of this report produced in the Reapportionment Office about the 2021 Alabama Congressional Plan.

16.    **Defense Ex. 123** *(2021 Plan - 7 - Plan Components' Population and VAP)* is a true and accurate copy of this report produced in the Reapportionment Office about the 2021 Alabama Congressional Plan.

17.    **Defense Ex. 134** *(Singleton 1 Plan - 1 – Map)* is a true and accurate copy of a map produced in the Reapportionment Office that depicts the Singleton Congressional Plan 1 passed by the Legislature.

18.    **Defense Ex. 135** *(Singleton 1 Plan - 3 - District Statistics)* is a true and accurate copy of this report produced in the Reapportionment Office about the Singleton Congressional Plan 1.

5

24594501.2

19.    **Defense Ex. 136** *(Singleton 1 Plan - 4 - Population Summary - Single Race)* is a true and accurate copy of this report produced in the Reapportionment Office about the Singleton Congressional Plan 1.

20.    **Defense Ex. 137** *(Singleton 1 Plan - 5 - VAP Summary - Single Race)* is a true and accurate copy this report produced in the Reapportionment Office about the Singleton Congressional Plan 1.

21.    **Defense Ex. 138** *(Singleton 1 Plan - 6 - Population Summary - Any Part Race)* is a true and accurate copy of this report produced by the Reapportionment Office about the Singleton Congressional Plan 1.

22.    **Defense Ex. 139** *(Singleton 1 Plan - 7 - VAP Summary - Any Part Race)*  is a true and accurate copy of this report produced in the Reapportionment office about the Singleton Congressional Plan 1.

23.    **Defense Ex. 140** *(Singleton 1 Plan - 8 - Plan Components' Population and VAP)* is a true and accurate copy of this report produced in the Reapportionment Office about the Singleton Congressional Plan 1.

24.    **Defense Ex. 141** *(Singleton 3 Plan - 1 – Map)* is a true and accurate copy of a map produced in the Reapportionment Office that depicts the Singleton Congressional Plan 3.

24594501.2

25.    **Defense Ex. 142** *(Singleton 3 Plan - 3 - District Statistics)* is a true and accurate copy of this report produced in the Reapportionment Office about the Singleton Congressional Plan 3.

26.    **Defense Ex. 143** *(Singleton 3 Plan - 4 - VAP Summary - Single Race)* is a true and accurate copy of this report produced in the Reapportionment Office about the Singleton Congressional Plan 3.

27.    **Defense Ex. 144** *(Singleton 3 Plan - 5 - Population Summary - Single Race)* is a true and accurate copy of this report produced in the Reapportionment Office about the Singleton Congressional Plan 3.

28.    **Defense Ex. 145** *(Singleton 3 Plan - 6 - Population and VAP Summary - Any Part Race)* is a true and accurate copy of this report produced in the Reapportionment Office about the Singleton Congressional Plan 3.

29.    **Defense Ex. 147** *(State of Alabama Reapportionment Committee Guidelines for Congressional, Legislative, and State Board of Education Redistricting)* is a true and accurate copy of the Reapportionment Committee Guidelines for Congressional, Legislative, and State Board of Education Redistricting (May 2011) produced in the Reapportionment Office.

24594501.2

30.    **Defense Ex. 159** *US Congress Final District Statistics Report (SOS001080))* is true and accurate copy of a district map and District Statistics Report produced in the Reapportionment Office relating to the 2011 Congressional Plan enacted by the Legislature.

31.    **Defense Ex. 182** *(Hatcher Plan - 1 – Map)* is a true and accurate copy of a map produced in the Reapportionment Office that depicts the Hatcher Congressional Plan 1.

32.    **Defense Ex. 183** *(Hatcher Plan - 2 - District Statistics)* is a true and accurate copy of this report produced in the Reapportionment Office about the Hatcher Congressional Plan 1.

33.    **Defense Ex. 184** *(Hatcher Plan - 3- Population Summary - Single Race)* is a true and accurate copy of this report produced in the Reapportionment Office about the Hatcher Congressional Plan 1.

34.    **Defense Ex. 185** *(Hatcher Plan - 4 - VAP Summary - Single Race)* is a true and accurate copy of this report produced in the Reapportionment Office about the Hatcher Congressional Plan 1.

8

35.     **Defense Ex. 186** *(Hatcher Plan - 5- VAP Summary - Any Part Race)* is a true and accurate copy of this report produced in the Reapportionment Office about the Hatcher Congressional Plan 1.

36.     **Defense Ex. 187** *(Hatcher Plan - 6 - Population Summary - Any Part Race)* is a true and accurate copy of this report produced in the Reapportionment Office about the Hatcher Congressional Plan 1.

37.     **Defense Ex. 188** *(Hatcher Plan - 7 - Plan Components' Population and VAP)* is a true and accurate copy of this report produced in the Reapportionment Office about the Hatcher Congressional Plan 1.

38.     **Defense Ex. 189** *(Hatcher Plan - 8 - County and Voting District Splits)* is a true and accurate copy of this report produced in the Reapportionment Office about the Hatcher Congressional Plan 1.

39.     **Defense Ex. 190** *(Hatcher Plan - 9 - City Splits)* is a true and accurate copy of report produced in the Reapportionment Office about the Hatcher Congressional Plan 1.

40.     **Defense Ex. 191** *(Hatcher Plan - 10 - Reock Compactness Measure)* is a true and accurate copy of this produced in the Reapportionment office about the Hatcher Congressional Plan 1.

9

24594501.2

41.    **Defense Ex. 192** *(Hatcher Plan - 11 - Schwartzberg Compactness Measure)* is a true and accurate copy of this produced in the Reapportionment Office about the Hatcher Congressional Plan 1.

42.    **Defense Ex. 199** *(Singleton Congressional Plan 2 (narrow) Population Summary VAP)* is a true and accurate copy of this produced in the Reapportionment Office about the Singleton Congressional Plan 2.

43.    **Defense Ex. 200** *(Singleton Congressional Plan 2)* is a true and accurate copy of this report produced in the Reapportionment Office about the Singleton Congressional Plan 2.

44.    **Defense Ex. 201** *(Singleton Congressional Plan 2 District Statistics AP)* is a true and accurate copy of this report produced in the Reapportionment Office about the Singleton Congressional Plan 2.

45.    **Defense Ex. 202** *(Singleton Congressional Plan 2 District Statistics Blk Wht)* is a true and accurate copy of this report produced in the Reapportionment Office about the Singleton Congressional Plan 2.

46.    **Defense Ex. 203** *(Singleton Congressional Plan 2 Letter size map)* is a true and accurate copy of a map produced in the Reapportionment Office that depicts the Singleton Congressional Plan 2 (** Narrow Deviation).

10

24594501.2

47.   **Defense Ex. 204** *(Singleton Congressional Plan 2 Population Summary)* is a true and accurate copy of this report produced in the Reapportionment Office about the Singleton Congressional Plan 2.

48.   **Defense Ex. 205** *(Singleton Congressional Plan 2 Population Summary AP)* is a true and accurate copy of this report produced in the Reapportionment Office about the Singleton Congressional Plan 2.

49.   **Defense Ex. 206** *(Singleton Congressional Plan 2 Population Summary VAP AP)* is a true and accurate copy of this report produced in the Reapportionment Office about the Singleton Congressional Plan 2.

50.   **Defense Ex. 227** *(Exhibit at the July 13, 2023 proceedings before the Alabama Legislature's Permanent Legislative Committee on Reapportionment: Alabama Port Authority 2021 Economic Impact Study Report (filed in Milligan Aug. 18, 2023 (Milligan-RC 055786-820))* is a true and accurate copy of an exhibit received into the record of the Reapportionment Committee's July 13, 2023 public hearing.

51.   **Defense Ex. 228** *(Exhibit at the July 13, 2023 proceedings before the Alabama Legislature's Permanent Legislative Committee on Reapportionment: Alabama State Port Authority's Annual Comprehensive Financial Report for the Fiscal Years Ended September 30, 2022 & 2021*

24594501.2

(filed in Milligan Aug. 18, 2023 (Milligan-RC 055821-919)) is a true and accurate copy of an exhibit received into the record of the Reapportionment Committee's July 13, 2023 public hearing.

52. **Defense Ex. 229** (*Exhibit at the July 13, 2023 proceedings before the Alabama Legislature's Permanent Legislative Committee on Reapportionment: USA: A Brief History, University of South Alabama (filed in Milligan Aug. 18, 2023) (Milligan-RC 055920-921))* is a true and accurate copy of an exhibit received into the record of the Reapportionment Committee's July 13, 2023 public hearing.

53. **Defense Ex. 230** (*Exhibit at the July 13, 2023 proceedings before the Alabama Legislature's Permanent Legislative Committee on Reapportionment: About Us, Lagniappe Mobile (filed in Milligan Aug. 18, 2023) (Milligan-RC 055946))* is a true and accurate copy of an exhibit received into the record of the Reapportionment Committee's July 13, 2023 public hearing.

54. **Defense Ex. 231** (*Exhibit at the July 13, 2023 proceedings before the Alabama Legislature's Permanent Legislative Committee on Reapportionment: Kyle Hamrick, ALDOT says new bridge and Bayway are financially viable, Lagniappe Mobile (Dec. 5, 2022) (filed in Milligan Aug.*

12

24594501.2

*18, 2023) (Milligan-RC 055947-948))* is a true and accurate copy of an exhibit received into the record of the Reapportionment Committee's July 13, 2023 public hearing.

55.    **Defense Ex. 232** *(Exhibit at the July 13, 2023 proceedings before the Alabama Legislature's Permanent Legislative Committee on Reapportionment: John Sharp, Redistricting Alabama: How South Alabama could be split up due to Baldwin County's growth, al.com (Sept. 20, 2021) (filed in Milligan Aug. 18, 2023) (Milligan-RC 055949-955))* is a true and accurate copy of an exhibit received into the record of the Reapportionment Committee's July 13, 2023 public hearing.

**56.**    **Defense Ex. 233** *(Exhibit at the July 13, 2023 proceedings before the Alabama Legislature's Permanent Legislative Committee on Reapportionment: BRATS Schedule for Baylinc Mobile-Fairhope (filed in Milligan Aug. 18, 2023) (Milligan-RC 055956))* is a true and accurate copy of an exhibit received into the record of the Reapportionment Committee's July 13, 2023 public hearing.

57.    **Defense Ex. 234** *(Exhibit at the July 13, 2023 proceedings before the Alabama Legislature's Permanent Legislative Committee on Reapportionment: Baylinc Connects Mobile-Baldwin County Public*

24594501.2

*Transit Systems (filed in Milligan Aug. 18, 2023) (Milligan-RC 055957))* is a true and accurate copy of an exhibit received into the record of the Reapportionment Committee's July 13, 2023 public hearing.

58.    **Defense Ex. 235** *(Exhibit at the July 13, 2023 proceedings before the Alabama Legislature's Permanent Legislative Committee on Reapportionment: Russ Henderson, Business: Making connections with public transit system, Press-Register (June 24, 2010) (filed in Milligan Aug. 18, 2023) (Milligan-RC 055958-961))* is a true and accurate copy of an exhibit received into the record of the Reapportionment Committee's July 13, 2023 public hearing.

59.    **Defense Ex. 236** *(Exhibit at the July 13, 2023 proceedings before the Alabama Legislature's Permanent Legislative Committee on Reapportionment: South Alabama Regional Planning Commission – website information (filed in Milligan Aug. 18, 2023) (within Milligan-RC 055962-972))* is a true and accurate copy of an exhibit received into the record of the Reapportionment Committee's July 13, 2023 public hearing.

60.    **Defense Ex. 237** *(Exhibit at the July 13, 2023 proceedings before the Alabama Legislature's Permanent Legislative Committee on Reapportionment: South Alabama Regional Planning Commission – Board*

14

24594501.2

of Directors 2020-2021 *(filed in Milligan Aug. 18, 2023) (within Milligan-RC 055962-972))* is a true and accurate copy of an exhibit received into the record of the Reapportionment Committee's July 13, 2023 public hearing.

61.    **Defense Ex. 238** *(Exhibit at the July 13, 2023 proceedings before the Alabama Legislature's Permanent Legislative Committee on Reapportionment: South Alabama Regional Planning Commission – Member Government Breakdown (filed in Milligan Aug. 18, 2023) (within Milligan-RC 055962-972))* is a true and accurate copy of an exhibit received into the record of the Reapportionment Committee's July 13, 2023 public hearing.

62.    **Defense Ex. 239** *(Exhibit at the July 13, 2023 proceedings before the Alabama Legislature's Permanent Legislative Committee on Reapportionment: South Alabama Regional Planning Commission, 2022 Comprehensive Economic Development Strategy: 5-Year Update 2022-2027 (filed in Milligan Aug. 18, 2023) (Milligan-RC 056024-035))* is a true and accurate copy of an exhibit received into the record of the Reapportionment Committee's July 13, 2023 public hearing.

63.    **Defense Ex. 240** *(Exhibit at the July 13, 2023 proceedings before the Alabama Legislature's Permanent Legislative Committee on*

15

*Reapportionment: Testimony of Congressman Bradley Bryne, Vol. VII, Transcript of Preliminary Injunction proceedings in Singleton, Milligan, and Caster: (filed in Milligan Aug. 18, 2023))* is a true and accurate copy of an exhibit received into the record of the Reapportionment Committee's July 13, 2023 public hearing.

64.    **Defense Ex. 241** *(Exhibit at the July 13, 2023 proceedings before the Alabama Legislature's Permanent Legislative Committee on Reapportionment: Deposition testimony of Congressman Jo Bonner in Chestnut v. Merrill, Case No 2:18-cv-00908 KOB (N.D. Ala July 30, 2019) (filed in Milligan Aug. 18, 2023))* is a true and accurate copy of an exhibit received into the record of the Reapportionment Committee's July 13, 2023 public hearing.

65.    **Defense E. 242** *(Exhibit at the July 13, 2023 proceedings before the Alabama Legislature's Permanent Legislative Committee on Reapportionment: Deposition Testimony of Congressman Bradley Byrne, Chestnut v. Merrill (Jan. 24, 2019) (filed in Milligan Aug. 18, 2023))* is a true and accurate copy of an exhibit received into the record of the Reapportionment Committee's July 13, 2023 public hearing.

16

66. **Defense Ex. 243** *(Exhibit at the July 13, 2023 proceedings before the Alabama Legislature's Permanent Legislative Committee on Reapportionment: letter from Jim Blacksher to Dorman Walker (filed in Milligan Aug. 18, 2023) (Milligan-RC 056263-266))* is a true and accurate copy of an exhibit received into the record of the Reapportionment Committee's July 13, 2023 public hearing.

67. **Defense Ex. 244** *(Exhibit at the July 13, 2023 proceedings before the Alabama Legislature's Permanent Legislative Committee on Reapportionment: letter from Alabama Attorney General Steve Marshall to Dorman Walker (filed in Milligan Aug. 18, 2023) (Milligan-RC 056318-321))* is a true and accurate copy of an exhibit received into the record of the Reapportionment Committee's July 13, 2023 public hearing.

68. **Defense Ex. 245** *(Exhibit at the July 13, 2023 proceedings before the Alabama Legislature's Permanent Legislative Committee on Reapportionment: email chain terminating with email from Rep. Chris Pringle to Dianne Harper (July 13, 2023) (filed in Milligan Aug. 18, 2023) (Milligan-RC 056322-324))* is a true and accurate copy of an exhibit received into the record of the Reapportionment Committee's July 13, 2023 public hearing.

17

24594501.2

69.   **Defense Ex. 246** *(Exhibit at the July 13, 2023 proceedings before the Alabama Legislature's Permanent Legislative Committee on Reapportionment: Memorandum from Mayor of Gadsden Craig Ford, Etowah Co. Mayor's Association Chairman Scott Reeves, and Etowah Co. Commission Chairman Craig Inzer, Jr., to U.S. Rep. Robert Aderholt and Etowah County's State Legislative Delegation (June 26, 2023) (filed in Milligan Aug. 18, 2023) (Milligan-RC 056325))* is a true and accurate copy of an exhibit received into the record of the Reapportionment Committee's July 13, 2023 public hearing.

70.   Each exhibit identified above bear a mix of case numbers and exhibits numbers that were added to them after they were received by or produced by the Reapportionment Office. For example, on Defense Ex. 87:



2:21-cv-1291-AMM
2:21-cv-1530-AMM
2:21-cv-1536-AMM
02/10/2025 Trial
Defendant Exhibit No.   087

Page 1 of 7

**MILLIGAN - RC 049678**

These marking, except for the page numbers, were added after the report was produced in the Reapportionment Office. Likewise on the other exhibits

18

24594501.2

authenticated in this declaration. In addition, many exhibits bear exhibit tags of the sort commonly used in depositions or hearings, and these too were added after the report was produced in the Reapportionment Office.

71. It is a regular practice or activity of the Reapportionment Office to make reports such as the above exhibits, except for those received during the July 13, 2023 public hearing that were not produced in the Reapportionment Office.

72. The above exhibits are public records maintained in the Reapportionment Office as authorized by law and maintained where documents of this kind are kept.

I declare under penalty of the perjury laws of the United States that the foregoing is true and correct. Executed on this 27 day of January, 2025 in Montgomery, Alabama.

Donna Overton Loftin
Director
Reapportionment Office,
Permanent Legislative Committee on
Reapportionment

19

24594501.2