FILED

2025 Feb-18  PM 09:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

|  |  |
|---|---|
| EVAN MILLIGAN, et al.,<br><br>*Plaintiffs*,<br><br>vs.<br><br>JOHN H. MERRILL, et al.,<br><br>*Defendants*. | Case No.: 2:21-cv-1530-AMM |

## PLAINTIFFS' RULE 26(a)(1) INITIAL DISCLOSURES

Plaintiffs submit their initial disclosures in this matter pursuant to Federal Rule of Civil Procedure 26(a)(1)(A).[1] The list is based on information reasonably available to Plaintiffs in their investigation to date. Plaintiffs reserve the right to amend, supplement, or modify these disclosures in future discovery responses, and as required by Federal Rule of Civil Procedure 26(e).

(i) *Individuals with Discoverable Information*: The following individuals are likely to have discoverable information that the disclosing party may use to support its claims or defenses in this case:

*Individual Plaintiffs and Members of Plaintiff Organizations*:

1. **Scott Douglas**. Mr. Douglas is Executive Director of Greater Birmingham

---

[1] As provided by Federal Rule of Civil Procedure 26(a)(2)(A)-(D), Plaintiffs will disclose any expert witnesses by any date set by the Court or agreed to by the parties.

Ministries ("GBM") and a Black registered voter in Jefferson County, Alabama. He has information regarding GBM's membership, communities of interest in the Birmingham area, and the totality of the circumstances affecting Black Alabamians' ability to elect their candidates of choice. Mr. Douglas can be contacted through Plaintiffs' counsel.

2. **Tari Williams**. Ms. Williams is GBM's Organizing Director and a Black registered voter in Jefferson County, Alabama. She has information regarding GBM's membership, communities of interest in the Birmingham area, and the totality of the circumstances affecting Black Alabamians' ability to elect their candidates of choice. Ms. Williams can be contacted through Plaintiffs' counsel.

3. **Benard Simelton**. Mr. Simelton is President of the Alabama State Conference of the NAACP ("Alabama NAACP") and a registered Black voter in Harvest, Alabama. He has information regarding the Alabama NAACP's membership, and the totality of the circumstances affecting Black Alabamians' ability to elect their candidates of choice. Mr. Simelton can be contacted through Plaintiffs' counsel.

4. **Khadidah Stone**. Ms. Stone is a Plaintiff in this case who is a Black registered voter residing in Montgomery, Alabama, in Congressional District 2. She has information regarding communities of interest and the totality of the circumstances affecting Black Alabamians' ability to elect their candidates of choice. Ms. Stone can be contacted through Plaintiffs' counsel.

5. **Evan Milligan**. Mr. Milligan is a Plaintiff in this case who is a Black registered voter residing in Montgomery, Alabama, in Congressional District 7. He has information regarding communities of interest and the totality of the circumstances affecting Black Alabamians' ability to elect their candidates of choice. Mr. Milligan can be contacted through Plaintiffs' counsel.

6. **Shalela Dowdy**. Ms. Dowdy is a Plaintiff in this case who is a Black registered voter residing in Mobile County, Alabama, in Congressional District 1. She has information regarding communities of interest and the totality of the circumstances affecting Black Alabamians' ability to elect their candidates of choice. Ms. Dowdy can be contacted through Plaintiffs' counsel.

7. **Letitia Jackson**. Ms. Jackson is a Plaintiff in this case who is a Black registered voter residing in the City of Dothan, Alabama, in Congressional District 2. She has information regarding communities of interest and the totality of the circumstances affecting Black Alabamians' ability to elect their candidates of choice. Ms. Jackson can be contacted through Plaintiffs' counsel.

*Other Individuals with Discoverable Information*:

8. **John H. Merrill**. Defendant Merrill served as the elected Secretary of State in the State of Alabama. In that capacity, he served as the chief elections official in the State of Alabama during the 2021 redistricting process, and he is believed to have information regarding the redistricting process and elections in Alabama. Plaintiffs understand that Secretary Merrill may be contacted through Defendants' counsel.

9. **Wes Allen**. Defendant Allen is the current Secretary of State in the State of Alabama. In that capacity, he serves as the chief election official in the State, and he is believed to have information regarding the redistricting process and elections in Alabama. Plaintiffs understand that Secretary Allen may be contacted through Defendants' counsel.

10. **Jim McLendon**. Defendant McClendon is the elected representative for Alabama State Senate District 11 and Co-Chair of the Alabama Permanent Legislative Committee on Reapportionment. He has information regarding the redistricting process and elections in Alabama. Plaintiffs understand that Senator McLendon may be contacted through Defendants' counsel.

11. **Chris Pringle**. Defendant Pringle is the elected representative for Alabama State House of Representatives District 101 and Co-Chair of the Alabama Permanent Legislative Committee on Reapportionment. He has information regarding the redistricting process and elections in Alabama. Plaintiffs understand that Representative Pringle may be contacted through Defendants' counsel.

12. **Randy Hinaman**. Mr. Hinaman is a political consultant and lobbyist hired by Defendants to draw the 2021 Alabama Congressional, State Senate, and State House maps. He has information regarding the current and historical map drawing processes for redistricting in Alabama. Plaintiffs understand

3

that Mr. Hinaman may be contacted through Defendants' counsel.

13. **Clay Helms**. Mr. Helms is the Chief of Staff of the Secretary of State in the State of Alabama. He is believed to have information regarding the redistricting process and elections in Alabama. Plaintiffs understand that Mr. Helms may be contacted through Defendants' counsel.

14. **M.V. Hood III**. Dr. Hood is a professor of political science at the University of Georgia whose testimony has been offered by Defendants in other voting cases. He is believed to have information regarding the redistricting process and elections in Alabama. Plaintiffs understand that Dr. Hood may be contacted through Defendants' counsel.

15. **Jerry Carl**. Representative Carl serves as the elected United States representative for Alabama's First congressional district since 2021. He is believed to have information regarding the redistricting process and elections in Alabama. Plaintiffs believe that Rep. Carl may be contacted via phone at ███████, or office at The Longworth House Office Building, 1 Independence Ave. SE, Rm. 1330, Washington, DC 20515.

16. **Barry Moore**. Representative Moore serves as the elected United States representative for Alabama's Second congressional district since 2021. He is believed to have information regarding the redistricting process and elections in Alabama. Plaintiffs believe that Rep. Moore may be contacted via phone at ███████, or office at The Longworth House Office Building, 1 Independence Ave. SE, Rm. 1504, Washington, DC 20515.

17. **Mike Rogers**. Representative Rogers serves as the elected United States representative for Alabama's Third congressional district. He is believed to have information regarding the redistricting process and elections in Alabama. Plaintiffs believe that Rep. Rogers may be contacted via phone at ███████, or office at 45 Independence Ave. SE, Rm. 2469, Washington, DC 20515.

18. **Mo Brooks**. Representative Brooks previously served as the elected United States representative for Alabama's Fifth congressional district until 2023. He is believed to have information regarding the redistricting process and elections in Alabama. Plaintiffs understand that Rep. Brooks may be contacted through Defendants' counsel.

19. **Gary Palmer**. Representative Palmer serves as the elected United States representative for Alabama's Sixth congressional district. He is believed to have information regarding the redistricting process and elections in Alabama. Plaintiffs believe that Rep. Palmer may be contacted via phone at ████████, or office at 27 Independence Ave. SE, Rm. 170, Washington, DC 20003.

20. **Terri Sewell**. Representative Sewell serves as the elected United States representative in Alabama's Seventh congressional district. She is believed to have information regarding the redistricting process and elections in Alabama. Plaintiffs believe that Rep. Sewell may be contacted via phone at ████████, or office at The Longworth House Office Building, 1 Independence Ave. SE Rm. 1035, Washington, DC 20515.

21. **Gerald Allen**. Senator Allen is the elected representative for Alabama State Senate District 21. He may have information regarding the redistricting process and elections in Alabama. Senator Allen can be contacted via email at gerald.allen@alsenate.gov, phone at 334-261-0861, or capitol office at 11 South Union Street, Suite 729, Montgomery AL.

22. **Bobby Singleton**. Senator Singleton is the elected representative for Alabama State Senate District 24. He may have information regarding the redistricting process and elections in Alabama. Senator Singleton may be contacted through his counsel in *Singleton v. Merrill*.

23. **Rodger Smitherman**. Senator Smitherman is the elected representative for Alabama State Senate District 18. He may have information regarding the redistricting process and elections in Alabama. Senator Smitherman can be contacted via email at rodger.smitherman@alsenate.gov, phone at 334-261-0870, or capitol office at 11 South Union Street, Suite 736, Montgomery AL.

24. **Chris England**. Representative England is the elected representative for Alabama State House of Representatives District 70. He may have information regarding the redistricting process and elections in Alabama. Representative England can be contacted via email at cengland1@alhouse.gov, phone at ████████, or capitol office at 11 South Union Street, Suite 539-B, Montgomery AL.

25. **Kirk Hatcher**. Senator Hatcher is the elected representative for Alabama

State Senate 26. He may have information regarding the redistricting process and elections in Alabama. Senator Hatcher can be contacted via email at kirk.hatcher@alsenate.gov, phone at █████████, or capitol office at 11 South Union Street, 7th floor, Montgomery AL

26. **Other legislators**. Other Alabama state and federal legislators may have information regarding the 2021 redistricting process and applicable redistricting criteria considered or that should have been considered with respect thereto. They can be contacted according to their publicly-listed contact information.

Plaintiffs reserve the right to supplement this list and to identify and call as a witness, at trial or otherwise, additional persons who they learn, through discovery of new information or upon the introduction of new issues in the case, may have information that they may use to support their claims.

(ii) *Description by Category and Location of Documents*: The following presents the description by category and location of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses:

1. Documents in the custody of Plaintiff organization GBM, stored electronically and physically in the custody of the organization: Records related to its organizational purposes and goals.

2. Documents in the custody of Plaintiff organization Alabama NAACP, stored electronically and physically in the custody of the organization: Records related to its organizational purposes and goals.

(iii)      *Computation of Each Category of Damages*: Plaintiffs seek declaratory and injunctive relief from the Court and all other relief the Court deems proper. Plaintiffs are not seeking monetary damages.

(iv)      *Insurance Agreements*: Not applicable in the instant matter.

Plaintiffs reserve the right to supplement these initial disclosures pursuant to Federal Rule of Civil Procedure 26(e).

DATED this 30 day of January, 2023.

Respectfully submitted,

*/s/ Deuel Ross*
Deuel Ross*
Tanner Lockhead*
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
700 14th Street N.W. Ste. 600
Washington, DC 20005
(202) 682-1300
dross@naacpldf.org
tlockhead@naacpldf.org

/s/ LaTisha Gotell Faulks
LaTisha Gotell Faulks
(ASB-1279-I63J)
AMERICAN CIVIL LIBERTIES UNION
OF ALABAMA
P.O. Box 6179
Montgomery, AL 36106-0179
(334) 265-2754
tgfaulks@aclualabama.org

Ashley Burrell*
Brittany Carter*
Stuart Naifeh*
Kathryn Sadasivan (ASB-517-E48T)
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
aburrell@naacpldf.org
bcarter@naacpldf.org
snaifeh@naacpldf.org
ksadasivan@naacpldf.org

/s/ *Sidney Jackson*
Sidney Jackson (ASB-1462-K40W)
Nicki Lawsen (ASB-2602-C00K)
WIGGINS, CHILDS, PANTAZIS, FISHER, &
GOLDFARB
301 19th Street
North Birmingham, AL 35203
(205) 314-0500
sjackson@wigginschilds.com
nlawsen@wigginschilds.com

/s/ Davin M. Rosborough
Davin M. Rosborough*
Julie A. Ebenstein*
Dayton Campbell-Harris*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad St.
New York, NY 10004
(212) 549-2500
drosborough@aclu.org
jebenstein@aclu.org
dcampbell-harris@aclu.org

Jessica L. Ellsworth*
Shelita M. Stewart*
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
(202) 637-5600
jessica.ellsworth@hoganlovells.com
shelita.stewart@hoganlovells.com

Michael Turrill*
Harmony R. Gbe*
HOGAN LOVELLS US LLP

David Dunn*
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY 10017
(212) 918-3000
david.dunn@hoganlovells.com

Blayne R. Thompson*
HOGAN LOVELLS US LLP
609 Main St., Suite 4200
Houston, TX 77002
(713) 632-1400
blayne.thompson@hoganlovells.com

*Attorneys for Plaintiffs*

Janette Louard*
Anthony Ashton*
Anna-Kathryn Barnes*
NATIONAL ASSOCIATION FOR THE
ADVANCEMENT OF COLORED PEOPLE
(NAACP)
4805 Mount Hope Drive
Baltimore, MD 21215
(410) 580-5777
jlouard@naacpnet.org
aashton@naacpnet.org
abarnes@naacpnet.org

*Attorneys for Plaintiff Alabama State
Conference of the NAACP*

1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
(310) 785-4600
michael.turrill@hoganlovells.com
harmony.gbe@hoganlovells.com

*Admitted *pro hac vice*

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

|  |  |
|---|---|
| EVAN MILLIGAN, et al., | |
| *Plaintiffs*, | |
| vs. | Case No.: 2:21-cv-1530-AMM |
| WES ALLEN, et al., | |
| *Defendants*. | |

### PLAINTIFFS' FIRST SUPPLEMENT TO THEIR DISCLOSURES

Plaintiffs supplement their initial disclosures as follows:

(i) *Individuals with Discoverable Information*: The following individuals are likely to have discoverable information that the disclosing party may use to support its claims or defenses in this case:

1. **George E. McCall Jr.** Councilman McCall is the elected representative for Council District 3 in Prichard, Alabama, and Council President. Mr. Mcall may have information regarding his constituents and experience in political office, as well as his experience living and working in Alabama. Councilman McCall can be contacted by email at G.McCall@thecityofprichard.org or by phone at ████████.

2. **Janice Malone**. Ms. Malone is the founder and Executive Director of Vivians Door, a nonprofit organization that serves minority-owned businesses in Southern Alabama. She may have information about her work and personal experiences in South Alabama. Ms. Malone can be contacted by email at jmalone@viviansdoor.com or by phone at ████████.

1

3. **Robert Clopton Sr.** Mr. Clopton is the President of the Mobile County Chapter of the Alabama State Conference of the NAACP. He has also served on the Board of Directors for the United Way of Southwest Alabama for thirty years. Mr. Clopton may have information regarding his experiences living and working in South Alabama. Mr. Clopton can be contacted through counsel.

4. **Sam Jones**. Representative Jones is the elected representative for Alabama State House of Representatives District 99. He may have information regarding the 2021 and 2023 redistricting processes and relevant communities of interest. Representative Jones can be contacted via email at sam.jones@alhouse.gov, phone at ███████, or capitol office at 11 South Union Street, Suite 540-C, Montgomery, AL.

5. **Vivian Davis Figures**. Senator Figures is the elected representative for Alabama State Senate District 33 in Mobile County. She may have information regarding South Alabama, her constituents, public service, and experience running for and in political office. Senator Figures can be contacted by email at vivian.figures@alsenate.gov, phone at ███████ ███, or at her capitol office at 11 South Union Street, Suite 736, Montgomery, AL.

2

DATED this 31st day of July, 2024.

Respectfully submitted,

*/s/ Alison Mollman*
Alison Mollman (ASB-8397-A33C)
Laurel Hattix (ASB-4592-E20I)
AMERICAN CIVIL LIBERTIES UNION
OF ALABAMA
P.O. Box 6179
Montgomery, AL 36106-0179
(334) 265-2754
amollman@aclualabama.org

Deuel Ross*
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
700 14th Street N.W. Ste. 600
Washington, DC 20005
(202) 682-1300
dross@naacpldf.org

*/s/ Kathryn Sadasivan*
Stuart Naifeh*
Kathryn Sadasivan (ASB-517-E48T)
Brittany Carter*
Ashley Burrell*
Colin Burke*
NAACP LEGAL DEFENSE &
EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200
snaifeh@naacpldf.org
ksadasivan@naacpldf.org
bcarter@naacpldf.org
aburrell@naacpldf.org
cburke@naacpldf.org

*/s/ Davin M. Rosborough*
Davin M. Rosborough*
Julie A. Ebenstein*
Dayton Campbell-Harris*+
Theresa J. Lee*
Sophia Lin Lakin*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad St.
New York, NY 10004
(212) 549-2500
drosborough@aclu.org
jebenstein@aclu.org
dcampbell-harris@aclu.org
tlee@aclu.org
slakin@aclu.org

/s/ *Sidney Jackson*
Sidney Jackson (ASB-1462-K40W)
Nicki Lawsen (ASB-2602-C00K)
WIGGINS, CHILDS, PANTAZIS, FISHER, &
GOLDFARB
301 19th Street
North Birmingham, AL 35203
(205) 314-0500
sjackson@wigginschilds.com
nlawsen@wigginschilds.com

Jessica L. Ellsworth*
Shelita M. Stewart*
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
(202) 637-5600
jessica.ellsworth@hoganlovells.com

3

David Dunn*
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY 10017
(212) 918-3000
david.dunn@hoganlovells.com

Blayne R. Thompson*
HOGAN LOVELLS US LLP
609 Main St., Suite 4200
Houston, TX 77002
(713) 632-1400
blayne.thompson@hoganlovells.com

***Attorneys for Plaintiffs***

Janette Louard*
Anthony Ashton*
NATIONAL ASSOCIATION FOR THE
ADVANCEMENT OF COLORED PEOPLE
(NAACP)
4805 Mount Hope Drive
Baltimore, MD 21215
(410) 580-5777
jlouard@naacpnet.org
aashton@naacpnet.org

***Attorneys for Plaintiff Alabama State
Conference of the NAACP***

shelita.stewart@hoganlovells.com

Michael Turrill*
Harmony R. Gbe*
HOGAN LOVELLS US LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
(310) 785-4600
michael.turrill@hoganlovells.com
harmony.gbe@hoganlovells.com

*Admitted *pro hac vice*
+ Practice limited to federal court

4