FILED
2025 Feb-18 PM 09:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

ACR

ALABAMA
COURT REPORTING℠

www.alabamareporting.com * 877.478.3376

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

CASE NUMBER 2:21-CV-1291-AMM

BOBBY SINGLETON, et al.,
Plaintiffs,

CERTIFIED COPY

v.

WES ALLEN, in his official capacity as Alabama Secretary of State, et al.,
Defendants.

-------------------------------------------------

CASE NUMBER 2:21-CV-01530-AMM

EVAN MILLIGAN, et al.,
Plaintiffs,

v.

WES ALLEN, in his official capacity as Alabama Secretary of State, et al.,
Defendants.

-------------------------------------------------

CASE NUMBER 2:21-CV-01536-AMM

MARCUS CASTER, et al.,
Plaintiffs,

v.

WES ALLEN, in his official capacity as Alabama Secretary of State, et al.,
Defendants.

DEPOSITION
OF
SENATOR BOBBY SINGLETON
July 29, 2024
2:01 p.m.

The deposition of SENATOR BOBBY SINGLETON was taken before Sabrina Lewis, CCR, on July 29, 2024, commencing at 2:01 p.m., at Whatley Kallis, 1000 Park Place Tower, Birmingham, Alabama, pursuant to the stipulations set forth herein.

S T I P U L A T I O N S

IT IS STIPULATED AND AGREED by and between the parties through their respective counsel that the deposition of SENATOR BOBBY SINGLETON may be taken before Sabrina Lewis, Certified Court Reporter, Notary Public, State of Alabama at Large, at Whatley Kallis, 1000 Park Place Tower, Birmingham, Alabama, on July 29, 2024, commencing at 2:01 p.m.

IT IS FURTHER STIPULATED AND AGREED that the signature to and reading of the deposition by the witness is not waived, the deposition to have the same force and effect as if full compliance had been had with all laws and rules of court relating to the taking of depositions.

IT IS FURTHER STIPULATED AND AGREED that it shall not be necessary for any objections to be made by counsel to any questions, except as to form or leading questions, and that counsel for the parties may make objections and assign grounds

at the time of trial, or at the time said deposition is offered in evidence, or prior thereto.

IT IS FURTHER STIPULATED AND AGREED that notice of filing of the deposition by the Commissioner is waived.



A P P E A R A N C E S

APPEARING ON BEHALF OF THE SINGLETON PLAINTIFFS:

James Uriah Blacksher, Esq.
James U. Blacksher, Attorney
825 Linwood Road
Birmingham, Alabama 35222
205-612-3752
jublacksher@gmail.com

APPEARING ON BEHALF OF THE MILLIGAN PLAINTIFFS:
(via videoconference)

Theresa J. Lee, Esq.
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, New York 10004
212-549-2500
tlee@aclu.org

A P P E A R A N C E S (continued)

APPEARING ON BEHALF OF THE CASTER PLAINTIFFS:
(via videoconference)

Makeba Rutahindurwa, Esq.
Elias Law Group LLP
1700 Seventh Avenue, Suite 2100
Seattle, Washington 98101
202-968-4599
mrutahindurwa@elias.law

APPEARING ON BEHALF OF THE DEFENDANTS, STEVE LIVINGSTON AND CHRIS PRINGLE:

Dorman Walker, Esq.
Balch & Bingham LLP
445 Dexter Avenue, Suite 8000
P.O. Box 78 (36101)
Montgomery, Alabama 36104
334-269-3138
dwalker@balch.com

A P P E A R A N C E S (continued)

APPEARING ON BEHALF OF THE DEFENDANTS, STEVE LIVINGSTON AND CHRIS PRINGLE:

Riley Katherine Lancaster, Esq.
Balch & Bingham
1901 Sixth Avenue North, Suite 1500
Birmingham, Alabama 35203
205-226-8767
rlancaster@balch.com

APPEARING ON BEHALF OF THE DEFENDANT, WES ALLEN:
(via videoconference)

Misty S. Fairbanks Messick, Esq.
Assistant Attorney General
Office of the Attorney General
State of Alabama
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
334-242-7300
misty.messick@alabamaag.gov

I N D E X

EXAMINATION INDEX

| WITNESS: SENATOR BOBBY SINGLETON | PAGE |
|---|---|
| BY MR. WALKER | 10 |
| BY MS. MESSICK | 116 |
| BY MR. BLACKSHER | 117 |
| BY MR. WALKER | 121 |

EXHIBIT INDEX

| Defendant's Exhibit | | PAGE |
|---|---|---|
| 1 | Document 242-15, "Exhibit 15, Singleton Plan" | 44 |
| 2 | Document 311, "Appendix A, Remedial Plan 3" | 54 |
| 3 | Document 242-4, "Exhibit 4, 2021 Plan" | 57 |
| 4 | Document 242-5, "Exhibit 5, 2023 Plan" | 63 |



I, Sabrina Lewis, a Certified Court Reporter and a Notary Public for the State of Alabama at Large, acting as Commissioner, certify that, pursuant to the Alabama Rules of Civil Procedure and the foregoing stipulation of counsel, there came before me at Whatley Kallis, 1000 Park Place Tower, Birmingham, Alabama, on July 29, 2024, commencing at 2:01 p.m., SENATOR BOBBY SINGLETON, witness in the above cause, for oral examination, whereupon the following proceedings were had:

THE COURT REPORTER: Usual stipulations?

MR. WALKER: Yes, please.

MR. BLACKSHER: Yes.

MR. WALKER: And, Senator Singleton, you have the opportunity to read the transcript of your deposition and make any edits that you think are appropriate. That's called reading and signing. Would you like to read and sign your deposition?

SENATOR SINGLETON: Yes.

MR. WALKER: Okay. Read and sign.

(Witness sworn.)

SENATOR BOBBY SINGLETON,
duly sworn, was examined and testified as follows:

EXAMINATION

BY MR. WALKER:

**Q. Nice to see you today. And thank you for coming.**

**Even though we know each other, let me introduce myself for the record. I'm Dorman Walker. And as I think you know, I represent the redistricting committee and specifically the chairs, Steve Livingston and Chris Pringle. Another -- who have intervened as defendants in this lawsuit.**

**In addition, Secretary of State Wes Allen is a defendant, and he is being represented by Misty Messick Fairbanks, who is -- Misty Fairbanks Messick, who is at the AG's Office. And she's represented by that crest up there, but now there she is herself. So she also may be asking you some questions at some point.**

A. Okay.

**Q. So the purpose of this deposition is for us, the defendants, to understand what you know**

**about this case, what your complaints are about the 2023 Enacted Plan, and what you want the court to do as a remedy, okay?**

A. Uh-huh.

**Q. And so I'll be ask you some questions. If I ask you a question, Senator Singleton, that for whatever reason you don't understand or you think maybe I've summarized your testimony and maybe I've done it incorrectly you think or I've used a word you wouldn't have used or anything like that that makes you uncomfortable with it, let me know --**

A. Okay.

**Q. -- and I'll try to correct it, because I don't want you to answer a question that you don't understand, okay?**

A. Got you.

**Q. I know you've been deposed before, but let's just go over briefly some of the rules of taking a deposition.**

**Our court reporter is taking down everything we say. I have a bad habit of jumping in -- you'll experience that shortly without a**

**doubt -- when I'm talking with someone, but we can't do that in this. So I will do my best to wait until I'm certain you're finished before I say everything, and you do that too, if you will, so that she can take everything down.**

**In addition, in response to my questions, please answer with a yes or a no or a narrative answer as opposed to shaking or nodding your head because she can't take that down.**

A. Got you.

**Q. Sometimes I'll ask a question and your attorney Mr. Blacksher will say, "Objection to form." He's really telling me he thinks I've asked a bad question and giving me an opportunity to rephrase the question. So you can go ahead and answer the question. If he doesn't want you to answer a question, he'll instruct you not to answer a question.**

A. Okay.

**Q. If you need to take a break, let me know. If there's not a question pending, we can take a break.**

**I will promise you that we will take a**



A. So we would have to be the one who would have to do it so it will be in existence.

**Q. Okay. Who has to initiate that process?**

A. The governor.

**Q. The governor has to do that?**

A. We think the governor has to do that, yes.

**Q. Okay. Have you or has the Black Senate Caucus or has the Alabama Legislative Black Caucus to your knowledge had any conversations with the governor about why she has not initiated that process?**

A. We have, and we just don't get a clear answer.

**Q. Okay.**

A. Yep.

**Q. I think that's all I have.**

A. Thank you.

MR. WALKER: Does anybody else? Anybody else got anything else?

MR. BLACKSHER: No.

MR. WALKER: Senator Singleton, thank you so much for coming in today. Really appreciate

you giving us your afternoon.

THE WITNESS: Thank you.

(The deposition was concluded at 4:11 p.m.)

CERTIFICATE

STATE OF ALABAMA
AT LARGE

I hereby certify that the above and foregoing deposition of SENATOR BOBBY SINGLETON was taken down by me in stenotype and the questions and answers thereto were transcribed by means of computer-aided transcription, and that the foregoing represents a true and correct transcript of the testimony given by said witness upon said hearing.

I further certify that I am neither of counsel, nor of kin to the parties to the action, nor am I in anywise interested in the result of said cause.

I further certify that I am duly licensed by the Alabama Board of Court Reporting as a Certified Court Reporter as evidenced by the ACCR number following my name found below.

So certified on this date, August 23, 2024.

/s/Sabrina Lewis, CCR, RDR, CRR
CCR #165, Expires 9/30/24
Commissioner for the State of Alabama at Large
My commission expires 5/8/27

