**Messick, Misty**

| | |
|---|---|
| **From:** | Seiss, Ben |
| **Sent:** | Friday, June 28, 2024 9:42 AM |
| **To:** | Deuel Ross; aashton@naacpnet.org; abarnes@naacpnet.org; abranch@elias.law; akhanna@elias.law; blayne.thompson@hoganlovells.com; david.dunn@hoganlovells.com; drosborough@aclu.org; ehare@dicellolevitt.com; fu@dicellolevitt.com; harmony.gbe@hoganlovells.com; hquillen@whatleykallas.com; jebenstein@aclu.org; jublacksher@gmail.com; jwhatley@whatleykallas.com; ksadasivan@naacpldf.org; laden@naacpldf.org; lmadduri@elias.law; michael.turrill@hoganlovells.com; myronpenn28@hotmail.com; nlawsen@wigginschilds.com; rrouco@qcwdr.com; shelita.stewart@hoganlovells.com; sjackson@wigginschilds.com; snaifeh@naacpldf.org; tbrown@whatleykallas.com; aburrell@naacpldf.org; dcampbell-harris@aclu.org; jessica.ellsworth@hoganlovells.com; bcarter@naacpldf.org; slakin@aclu.org; edwardstill@gmail.com; uwclemon1@gmail.com; amollman@aclualabama.org; amanda.n.allen@hoganlovells.com; jjasrasaria@elias.law; mrutahindurwa@elias.law; cburke@naacpldf.org; lhattix@aclualabama.org; tlee@aclu.org |
| **Cc:** | Davis, Jim; LaCour, Edmund; Walker, Dorman; Taunton, Michael; Smith, Brenton; McKay, Charles; Bowdre, Barrett; Geiger, Soren; Mink, Richard; Messick, Misty |
| **Subject:** | Congressional Redistricting - Depo Notices: Slay, Palmer, Cooper |
| **Attachments:** | Deposition Notice - Leonette Slay.pdf; Deposition Notice - Maxwell Palmer.pdf; Deposition Notice - William Cooper.pdf |

Counsel,

Please see the attached deposition notices for *Singleton* Plaintiff Leonette Slay and *Caster* experts Maxwell Palmer and William Cooper.

Thanks,

Ben Seiss
Assistant Attorney General

Constitutional Defense Division
Office of the Attorney General
State of Alabama
501 Washington Avenue
Post Office Box 300152
Montgomery, AL 36130

334.353.8917 Office
334.353.8400 Fax


**Confidentiality Notice:** The information contained in this email and the documents attached hereto contain confidential information intended only for the use of the intended recipients.  If the sender of the message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of the information

1

contained herein is strictly prohibited. If you have received this communication in error, please immediately notify me by reply email.