FILED
2025 Feb-18 PM 09:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BOBBY SINGLETON, et al., ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | Case No.: 2:21-cv-1291-AMM |
| ) | |
| WES ALLEN, in his official ) | **THREE-JUDGE COURT** |
| capacity as Alabama Secretary of ) | |
| State, et al., ) | |
| ) | |
| *Defendants*. ) | |

_____

| | |
|---|---|
| EVAN MILLIGAN, et al., ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | Case No.: 2:21-cv-01530-AMM |
| ) | |
| WES ALLEN, in his official ) | **THREE-JUDGE COURT** |
| capacity as Secretary of State of ) | |
| Alabama, et al., ) | |
| ) | |
| *Defendants*. ) | |

_____

| | |
|---|---|
| MARCUS CASTER, et al., ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | Case No.: 2:21-cv-01536-AMM |
| ) | |
| WES ALLEN, in his official ) | |
| Capacity as Alabama Secretary of ) | |
| State, et al., ) | |
| ) | |
| *Defendants*. ) | |

## NOTICE TO TAKE THE DEPOSITION OF LEONETTE SLAY

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Secretary of State Wes Allen, Senator Steve Livingston, and Representative Chris Pringle will take the deposition of *Singleton* **witness Leonette W. Slay** before an officer authorized to administer oaths on **Tuesday, July 16, 2024,** at **9:00 a.m. (Central)**, via Zoom.

The deposition will be recorded by stenographic means and will continue until it is adjourned. This examination will be subject to further continuance from time to time and place to place until completed, not to exceed seven hours absent agreement of the parties or order of the court.

*Respectfully Submitted,*

Steve Marshall
  *Attorney General*

/s/ Benjamin M. Seiss
Edmund G. LaCour Jr. (ASB-9182-U81L)
  *Solicitor General*
A. Barrett Bowdre (ASB-2087-K29V)
  *Deputy Solicitor General*
Soren A. Geiger (ASB-0336-T31L)
  *Assistant Solicitor General*
James W. Davis (ASB-4063-I58J)
  *Deputy Attorney General*
Richard D. Mink (ASB-4802-M76R)
Misty S. Fairbanks Messick (ASB-1813-T71F)
Brenton M. Smith (ASB-1656-X27Q)
Benjamin M. Seiss (ASB-2110-O00W)
Charles A. McKay (ASB-7256-K18K)
  *Assistant Attorneys General*

2

OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8400
Edmund.LaCour@AlabamaAG.gov
Barrett.Bowdre@AlabamaAG.gov
Soren.Geiger@Alabama.AG.gov
Jim.Davis@AlabamaAG.gov
Richard.Mink@AlabamaAG.gov
Misty.Messick@AlabamaAG.gov
Brenton.Smith@AlabamaAG.gov
Ben.Seiss@AlabamaAG.gov
Charles.McKay@AlabamaAG.gov

*Counsel for Secretary Allen*

/s/ Dorman Walker
Dorman Walker (ASB-9154-R81J)
BALCH & BINGHAM LLP
Post Office Box 78 (36101)
445 Dexter Avenue
Montgomery, Alabama 36104
Telephone: (334) 269-3138
Email: dwalker@balch.com

Michael P. Taunton (ASB-6853-H00S)
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, Alabama 35201
Telephone: (205) 251-8100
Facsimile: (205) 226-8799
mtaunton@balch.com

*Counsel for Senator Livingston and Representative Pringle*

3

**CERTIFICATE OF SERVICE**

    I certify that on June 28, 2024, I served the foregoing by electronic mail to all counsel of record for the Plaintiffs.

                                          /s/ Benjamin M. Seiss
                                          *Counsel for Secretary Allen*