Case 2:21-cv-01536-AMM   Document 365-7   Filed 02/18/25   Page 1 of 3   FILED
2025 Feb-18 PM 09:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF ALABAMA
 2                      SOUTHERN DIVISION
 3   BOBBY SINGLETON, et al,           )
                                       )
 4             Plaintiff,              )
                                       ) Case No.
 5             vs.                     ) 2:21-cv-1291-AMM
                                       ) THREE-JUDGE COURT
 6   WES ALLEN, in his official        )
     Capacity as Alabama Secretary of  )
 7   State, et al.,                    )
                                       )
 8             Defendant.              )
 9
     EVAN MILLIGAN, et al,             )
10                                     )
               Plaintiff,              )
11                                     ) Case No.
               vs.                     ) 2:21-cv-01530-AMM
12                                     ) THREE-JUDGE COURT
     WES ALLEN, in his official        )
13   Capacity as Alabama Secretary of  )
     State, et al.,                    )
14                                     )
               Defendant.              )
15
16   MARCUS CASTER, et al,             )
                                       )
17             Plaintiff,              )
                                       ) Case No.
18             vs.                     ) 2:21-cv-01536-AMM
                                       ) THREE-JUDGE COURT
19   WES ALLEN, in his official        )
     Capacity as Alabama Secretary of  )
20   State, et al.,                    )
                                       )
21             Defendant.              )
22   _____
23            DEPOSITION OF: KARI FREDERICKSON, PhD.
```

Page 2

1              S T I P U L A T I O N
2
3       IT IS STIPULATED AND AGREED by and between the
4  parties through their respective counsel that the
5  deposition of KARI FREDERICKSON may be taken on August
6  29, 2024, before Anne E. Miller, Commissioner and
7  Notary Public, at Whatley, Kallas, 1000 Park Place
8  Tower, 2001 Park Place North, Birmingham, Alabama.
9       IT IS FURTHER STIPULATED AND AGREED that the
10 signature to and the reading of the deposition by the
11 witness is waived, the deposition to have the same
12 force and effect as if full compliance had been had
13 with all laws and rules of court relating to the taking
14 of depositions.
15      IT IS FURTHER STIPULATED AND AGREED that it
16 shall not be necessary for any objections to be made by
17 counsel to any questions except as to form or leading
18 questions, and that counsel for the parties may make
19 objections and assign grounds at the time of trial or
20 at the time said deposition is offered in evidence or
21 prior thereto.
22
23

Page 3

1            A P P E A R A N C E S
2
3  Appearing For The Plaintiff:
4      MR. JAMES U. BLACKSHER
         Attorney at Law
5      825 Linwood Road
         Birmingham, Alabama 35222
6
7  Appearing For The Defendant:
8      OFFICE OF THE ATTORNEY GENERAL
         STATE OF ALABAMA
9      Mr. Soren A. Geiger
         501 Washington Avenue
10     P. O. Box 300152
         Montgomery, Alabama 36130-0152
11
12 Appearing by Zoom:
13     Judge U. W. Clemon
         Mr. Myron Penn
14     Ms. Riley Kate Lancaster
         Ms. Jyoti Jasrasaria
15
16 Court Reporter:  Anne E. Miller
17
18
19
20
21
22
23

Page 4

1              I N D E X
2  Examination by Mr. Geiger ..................... 5
3
4  DEFENDANT'S EXHIBITS
5  Exhibit 1 ..................................... 15
      (Report -- attached)
6  Exhibit 2 ..................................... 15
      (Supplemental report -- attached)
7  Exhibit 3 ..................................... 15
      (Carrington's report -- attached)
8  Exhibit 4 ..................................... 59
      (George Wallace article -- attached)
9  Exhibit 5 ..................................... 66
      (Lee Atwater excerpt -- attached)
10 Exhibit 6 ..................................... 107
      (A New History of the American South -- attached)
11 Exhibit 7 ..................................... 118
      (Tommy Tuberville article -- attached)
12 Exhibit 8 ..................................... 127
      (Cold War Dixie -- attached)
13 Exhibit 9 ..................................... 127
      (Chapter from book -- attached)
14 Exhibit 10 .................................... 127
      ("Respectable area" -- attached)
15
16 PLAINTIFF'S EXHIBITS
17 Exhibit P1 .................................... 158
      ("The New Politics of the Old South" -- attached)
18 Exhibit P2 .................................... 160
      ("The Rational Southerner" -- attached)
19
20
21
22
23

Page 5

1       I, Anne E. Miller, a Court Reporter of the State
2  of Alabama, acting as Commissioner, certify that on
3  this date there came before me at Whatley, Kallas, 1000
4  Park Place Tower, 2001 Park Place North at Birmingham,
5  Alabama, on August 29, 2024, beginning at or about
6  10:00 a.m., KARI FREDERICKSON, PhD, witness in the
7  above cause, for oral examination, whereupon the
8  following proceedings were had:
9
10           KARI FREDERICKSON, PhD,
11 having been first duly sworn, was examined and
12 testified as follows:
13
14 EXAMINATION BY MR. GEIGER:
15    Q. Good morning.
16    A. Morning.
17    Q. My name is Soren Geiger, and I work for the
18 attorney general.  I represent Secretary of State Wes
19 Allen in this lawsuit.  Would you please state and
20 spell your last name?
21    A. My name is Kari Frederickson, K-a-r-i, last name
22 is F-r-e-d-e-r-i-c-k-s-o-n.
23    Q. Thanks.  Have you been deposed before?

Page 162

1  know, he doesn't discount economic change. Right? It
2  does play a role. But yes, I would agree with this.
3      MR. BLACKSHER: Those are all my questions.
4  Anyone else in the video world have any questions?
5
6      (Deposition concluded at 3:00 p.m.)

Page 163

1            C E R T I F I C A T E
2
3  STATE OF ALABAMA)
4  JEFFERSON COUNTY)
5
6      I hereby certify that the above and foregoing
7  proceeding was taken down by me by stenographic means,
8  and that the questions and answers therein were
9  produced in transcript form by computer aid under my
10 supervision, and that the foregoing represents, to the
11 best of my ability, a true and correct transcript of
12 the proceedings occurring on said date at said time.
13     I further certify that I am neither of counsel
14 nor of kin to the parties to the action; nor am I in
15 anywise interested in the result of said case.
16     Signed the 9th day of September, 2024.
17
18
19     [signature: Anne E. Miller]
20          ACCR #486
21         Expires 9/30/24
22      My commission expires 11/19/27
23

42 (Pages 162 - 163)