Case 2:21-cv-01536-AMM   Document 365-8   Filed 02/18/25   Page 1 of 4   FILED
2025 Feb-18 PM 09:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

Page 1

```
 1        IN THE UNITED STATES DISTRICT COURT

 2       FOR THE NORTHERN DISTRICT OF ALABAMA

 3                SOUTHERN DIVISION

 4

 5   CIVIL ACTION NO.:  2:21-cv-1291-AMM

 6

 7   BOBBY SINGLETON, et al.,

 8           Plaintiffs,

 9   v.

10   WES ALLEN, in his official capacity as

11   Alabama Secretary of State, et al.,

12           Defendants.

13   ------------------------------------------

14   CIVIL ACTION NO.:  2:21-cv-01530-AMM

15

16   EVAN MILLIGAN, et al.,

17           Plaintiffs,

18   v.

19   WES ALLEN, in his official capacity as

20   Alabama Secretary of State, et al.,

21           Defendants.

22   ------------------------------------------

23
```

Page 2

1        (continued)
2
3  CIVIL ACTION NO.:  2:21-cv-01536-AMM
4
5  MARCUS CASTER, et al.,
6        Plaintiffs,
7  v.
8  WES ALLEN, in his official capacity as
9  Alabama Secretary of State, et al.,
10       Defendants.
11
12
13       DEPOSITION TESTIMONY OF:
14       R. VOLNEY RISER II, Ph.D.
15          August 15, 2024

Page 3

1        S T I P U L A T I O N S
2        IT IS STIPULATED AND AGREED
3  by and between the parties through their
4  respective counsel that the deposition of
5  R. VOLNEY RISER II, Ph.D. may be taken
6  before Lane C. Butler, a Court Reporter
7  and Notary Public for the State at Large,
8  at the law offices of Whatley Kallas,
9  2001 Park Place North, Suite 1000,
10 Birmingham, Alabama, on the 15th day of
11 August, 2024, commencing at approximately
12 10:00 a.m.
13       IT IS FURTHER STIPULATED
14 AND AGREED that the signature to and the
15 reading of the deposition by the witness
16 is waived, the deposition to have the
17 same force and effect as if full
18 compliance had been had with all laws and
19 rules of Court relating to the taking of
20 the depositions.
21       IT IS FURTHER STIPULATED
22 AND AGREED that it shall not be necessary
23 for any objections to be made by counsel

Page 4

1  to any questions except as to form or
2  leading questions and that counsel for
3  the parties may make objections and
4  assign grounds at the time of trial or at
5  the time said deposition is offered in
6  evidence, or prior thereto.
7        In accordance with the Federal
8  Rules of Civil Procedure, I, Lane C.
9  Butler, am hereby delivering to Dylan
10 Mauldin, Esq., the original transcript of
11 the oral testimony taken the 15th day of
12 August, 2024.
13       Please be advised that this is
14 the same and not retained by the Court
15 Reporter, nor filed with the Court.

Page 5

1        A P P E A R A N C E S
2
3  FOR THE PLAINTIFFS:
4
5  James U. Blacksher, Esq.
6  ATTORNEY AT LAW
7  825 Linwood Road
8  Birmingham, Alabama  35222
9  jublacksher@gmail.com
10
11
12 FOR THE PLAINTIFFS:
13
14 Abha Khanna, Esq. (via Zoom)
15 ELIAS LAW GROUP
16 1700 Seventh Avenue
17 Suite 2100
18 Seattle, Washington  98101
19 akhana@eliaslawgroup.com

Page 6

1  A P P E A R A N C E S (continued)
2
3  FOR THE DEFENDANTS:
4
5  Dylan Mauldin, Esq.
6  Charles McKay, Esq.
7  501 Washington Avenue
8  Montgomery, Alabama  36104
9  dylan.mauldin@alabamaag.gov
10 charles.mckay@alabamaag.gov
11
12
13 FOR THE DEFENDANTS:
14
15 Riley Kate Lancaster, Esq.
16 Michael Taunton, Esq.
17 BALCH & BINGHAM
18 1901 Sixth Avenue North, Suite 1500
19 Birmingham, Alabama  35203
20 rlancaster@balch.com
21 mtaunton@balch.com
22
23

Page 7

1          I N D E X
2
3  EXAMINATION BY:              PAGE NO.
4  Mr. Mauldin                     10
5
6
7
8
9          E X H I B I T S
10
11 FOR THE DEFENDANTS:
12 Exhibit 1  Curriculum Vitae        14
13 Exhibit 2  Expert Report           14
14
15
16
17
18
19
20
21
22
23

Page 8

1          I, Lane C. Butler, a Court
2  Reporter and Notary Public, State of
3  Alabama at Large, acting as Notary,
4  certify that on this date, pursuant to
5  the Federal Rules of Civil Procedure and
6  the foregoing stipulation of counsel,
7  there came before me at the law offices
8  of Whatley Kallas, 2001 Park Place North,
9  Suite 1000, Birmingham, Alabama,
10 commencing at approximately 10:00 a.m.,
11 on the 15th day of August, 2024, R.
12 VOLNEY RISER II, Ph.D., witness in the
13 above cause, for oral examination,
14 whereupon the following proceedings were
15 had:
16
17
18     ROBERT VOLNEY RISER II, Ph.D.,
19       having first been duly sworn,
20  was examined and testified as follows:
21
22     THE COURT REPORTER:  Thank you.
23     Attorneys, usual stipulations?

Page 9

1     MR. MAULDIN:  Yeah.
2     MR. BLACKSHER:  Yes.
3     Do you want to read and sign
4  your deposition or just waive it?
5     THE WITNESS:  I don't know if
6  I've ever been asked before.
7     MR. BLACKSHER:  Well, what it is
8  is you get to read it and make sure that
9  the court reporter accurately recorded
10 what you said, but you can't change what
11 you said.  So it's really just --
12    THE WITNESS:  Oh, no.  I'll try
13 to edit it, so.
14    MR. BLACKSHER:  Yeah.
15    THE WITNESS:  Yeah.
16    MR. BLACKSHER:  You don't want
17 to do that.
18    THE WITNESS:  It's too great a
19 temptation.
20    MR. BLACKSHER:  We'll waive the
21 read and sign, then.
22    THE WITNESS:  I'll trust you.
23

3 (Pages 6 - 9)

Page 86

1 opinion on anything after the Lily White
2 dispute?
3   A.  No.
4   Q.  So it doesn't offer any opinion
5 on the maps at issue in this case?
6   A.  No.  No.
7   Q.  And it doesn't offer any opinion
8 on current voting patterns?
9   A.  I do not venture that, no.
10   Q.  And your opinion also doesn't --
11 your report also doesn't offer any
12 opinions on, you know, whether Alabama is
13 currently attempting to impede
14 interracial coalitions?
15   A.  No.  I've not spoken to any
16 present-day condition.
17   Q.  And so that includes your report
18 does not opine on the legislature's
19 intent in drawing any of the maps?
20   A.  No.  No.
21       MR. MAULDIN:  All right.  Well,
22 that's all I have.  I'm not sure if Ms.
23 Lancaster has anything else.

Page 87

1       THE COURT REPORTER:  Attorneys
2 on Zoom, does anyone have any questions?
3       MS. LANCASTER:  No questions for
4 me.
5
6         END OF DEPOSITION
7           (11:25 a.m.)

Page 88

1        C E R T I F I C A T E
2 STATE OF ALABAMA   )
3 COUNTY OF JEFFERSON )
4       I hereby certify that the above
5 and foregoing proceeding was taken down
6 by me by stenographic means, and that the
7 content herein was produced in transcript
8 form by computer aid under my
9 supervision, and that the foregoing
10 represents, to the best of my ability, a
11 true and correct transcript of the
12 proceedings occurring on said date at
13 said time.
14       I further certify that I am
15 neither of counsel nor of kin to the
16 parties to the action; nor am I in
17 anywise interested in the result of said
18 case.
19
20       LANE C. BUTLER, RPR, CRR, CCR
21       CCR# 418 -- Expires 9/30/24
22       Commissioner, State of Alabama
23       My Commission Expires:  2/11/25

23 (Pages 86 - 88)

Veritext Legal Solutions
877-373-3660                                           800.808.4958