# BOBBY SINGLETON, et al.

## vs

# WES ALLEN, et al.

# REV. DARRYL ANDREWS

## July 11, 2024



www.alabamareporting.com   *   877.478.3376

```
                                         Page 1
 1    IN THE UNITED STATES DISTRICT COURT FOR
 2       THE NORTHERN DISTRICT OF ALABAMA
 3              SOUTHERN DIVISION
 4
 5  CIVIL ACTION NUMBER
 6  2:21-cv-1291-AMM
 7
 8  BOBBY SINGLETON, et al.,
 9      Plaintiff(s),
10  vs.                           CERTIFIED COPY
11  WES ALLEN, et al.,
12      Defendant(s).
13
14  Civil Action Number
15  2:21-cv-01530-AMM
16
17  EVAN MILLIGAN, et al.
18      Plaintiff(s)
19  Vs.
20  WES ALLEN, et al.
21      Defendant(s).
22          DEPOSITION TESTIMONY OF:
23             REV. DARRYL ANDREWS
```

```
                                         Page 2
 1    IN THE UNITED STATES DISTRICT COURT
 2       NORTHERN DISTRICT OF ALABAMA
 3              SOUTHERN DIVISION
 4
 5  Civil Action Number
 6  2:21-cv-01536-AMM
 7
 8  MARCUS CASTER, et al.
 9      Plaintiff(s),
10  Vs
11  WES ALLEN, et al.
12      Defendant(s)
13
```

```
                                         Page 3
 1              S T I P U L A T I O N
 2       IT IS STIPULATED AND AGREED by and
 3  between the parties through their respective
 4  counsel that the deposition of REV. DARRYL ANDREWS
 5  may be taken before David Miller, Registered Merit
 6  Reporter and Notary Public, at the offices of Balch
 7  & Bingham, 445 Dexter Avenue, Suite 800,
 8  Montgomery, Alabama, on July 11, 2024, commencing
 9  at approximately 9:00 A.M.
10       IT IS FURTHER STIPULATED AND AGREED that
11  the signature to and the reading of the deposition
12  by the witness is NOT waived, the deposition to
13  have the same force and effect as if full
14  compliance had been had with all laws and rules of
15  Court relating to the taking of depositions.
16       IT IS FURTHER STIPULATED AND AGREED that
17  it shall not be necessary for any objections to be
18  made by counsel to any questions, except as to form
19  or leading questions, and that counsel for the
20  parties may make objections and assign grounds at
21  the time of trial or at the time said deposition is
22  offered in evidence, or prior thereto.
23
```

```
                                         Page 4
 1                I N D E X
 2
 3  EXAMINATION BY:                    PAGE NO.
 4  Mr. Walker                            9
 5  Certificate                          76
 6
 7
 8
 9          INDEX OF EXHIBITS
10  EXHIBITS                           PAGE NO.
11  DEF EX 1     Deposition notice        17
12  DEF EX 2     Handwritten notes        27
```



Page 5

1          A P P E A R A N C E S
2
3
4  FOR THE PLAINTIFF(S):
5        JAMES U. BLACKSHER LAW OFFICE
6        James U. Blacksher (Virtual)
7        825 Linwood Road
8        Birmingham, Alabama 35222
9
10       PENN & SEABORN
11       Myron C. Penn
12       1442 South Eufaula Avenue
13       Eufaula, Alabama 36027
14
15       NAACP LEGAL DEFENSE FUND
16       Colin Burke (Virtual)
17       Kathryn Sadasivan (Virtual)
18       700 14TH Street
19       Suite 600
20       Washington, DC 20005
21
22
23

Page 6

1          A P P E A R A N C E S
2
3  WIGGINS, CHILDS, PANTAZIS, FISHER
4        & GOLDFARB
5        Sydney Jackson (Virtual)
6        The Kress Building
7        301 19th Street North
8        Birmingham, Alabama 35203
9
10 FOR THE DEFENDANT, WES ALLEN:
11       OFFICE OF THE ATTORNEY GENERAL,
12       STATE OF ALABAMA
13       James W. Davis (Virtual)
14       Misty S. Fairbanks Messick (Virtual)
15       501 Washington Avenue
16       Montgomery, Alabama 36130
17
18 FOR SENATOR LIVINGSTON and REPRESENTATIVE PRINGLE:
19       BALCH & BINGHAM, LLP
20       Dorman Walker
21       105 Tallapoosa Street
22       Suite 200
23       Montgomery, Alabama 36104

Page 7

1          A P P E A R A N C E S
2
3 FOR SENATOR LIVINGSTON and REPRESENTATIVE PRINGLE:
4        BALCH & BINGHAM, LLP
5        Michael P. Taunton
6        (Virtual)
7        1901 Sixth Avenue North
8        Suite 1500
9        Birmingham, Alabama  35203
10
11
12 ALSO PRESENT:
13       Emma Beth Hill
14
15
16
17
18
19
20
21
22
23

Page 8

1        I, David L. Miller, a Registered Merit
2  Reporter, and a Notary Public, acting as
3  Commissioner, certify that on this date, pursuant
4  to the Federal Rules of Civil Procedure, and the
5  foregoing stipulation of counsel, there came before
6  me at the offices of Balch & Bingham, 445 Dexter
7  Avenue, Suite 800, Montgomery, Alabama, commencing
8  at approximately 9:00 A.M. on July 11, 2024, REV.
9  DARRYL ANDREWS, witness in the above cause, for
10 oral examination, whereupon the following
11 proceedings were had:
12
13       REV. DARRYL ANDREWS,
14 having been first duly sworn, was examined and
15 testified as follows:
16
17       STENOGRAPHIC REPORTER:  Usual
18 stipulations?
19       MR. PENN:  Yes.
20       MR. WALKER:  Usual stipulations.  We
21 would like the witness to read and sign, please.
22       MR. PENN:  That's fine.
23       MR. WALKER:  Will you hold that up



Page 9

1  for the camera please, Reverend.
2       To the people who are on line, if
3  you want the documents that I might use as exhibits
4  during this deposition send an email to LAlvarez at
5  Balch.com and she will send them to you.
6       I'm not sure that I will use them or
7  all of them, but that is the universe of things
8  that I expect to use, with the addition of some
9  notes that we just made a copy of.
10      Can they hear us?
11      STENOGRAPHIC REPORTER: Yes, sir.
12
13 EXAMINATION BY MR. WALKER:
14   Q.   Reverend Andrews, we met a little
15 awhile ago, but let me -- let me introduce myself
16 again on the record.
17      I'm Dorman Walker, and I represent
18 the Legislative defendants in the Singleton suit
19 which, as you know, is one of the three suits to
20 challenge Alabama's Congressional Districts as they
21 were enacted in 2023.
22      So because you're a named plaintiff
23 in this case we want to take your deposition and

Page 10

1  find out what you know and think about the case.
2       Now, this is a little bit different
3  in some ways from other cases. If this were a car
4  wreck case, I would expect you to know about the
5  car wreck that you were in.
6       This is a Voting Rights case. It's
7  a little bit metaphysical, and you may not know as
8  much as you would if, again, it were a car wreck
9  case.
10      But we will just cover that stuff.
11 If you don't know stuff, just say, "I don't know,"
12 that's fine. And just answer the questions that
13 I'm going to ask you, if you don't mind.
14      Would you start by stating your
15 name, for the record.
16   A.   Darryl Andrews.
17   Q.   And am I correct that you are a
18 pastor?
19   A.   Yes.
20   Q.   Where --
21   A.   It's in Bullock County.
22   Q.   Bullock County?
23   A.   Yes.

Page 11

1   Q.   I figured that was it.
2   A.   I don't even have -- we don't have a
3  physical address because all of the mail goes to --
4  it's a family church.
5   Q.   What is the name of it?
6   A.   Mountain View Baptist Church.
7   Q.   Okay.
8   A.   On Bullock County Road 19.
9   Q.   Reverend Andrews, let me show you
10 what I'm going to mark -- well, we will get to that
11 in a second.
12      You are Reverend Darryl Andrews.
13 Have you ever spelled your name differently or gone
14 by a different name?
15   A.   No.
16   Q.   And do you understand that in this
17 deposition you're testifying under oath?
18   A.   Yes.
19   Q.   It's the same as if you were sitting
20 in the witness box in Federal Court?
21   A.   Yes.
22   Q.   Okay. Is there anything that might
23 prevent you from understanding and answering

Page 12

1  truthfully my questions today?
2       For example, have you taken any
3  medication that might affect your ability to
4  understand and answer truthfully?
5   A.   Not today.
6   Q.   Okay. And you are represented by a
7  lawyer today; is that correct?
8   A.   Yes.
9   Q.   Okay. Have you ever been deposed
10 before?
11  A.   Yes.
12  Q.   How many times?
13  A.   Oh, maybe two or three.
14  Q.   Two or three. Okay.
15      Can you tell us about -- basically,
16 I guess, identify each one of those.
17  A.   Well, I can only just recall one of
18 them exactly what was going on. It was on my job,
19 and I -- I did depositions on that. And it was
20 about -- an incident that happened on the job.
21      But I really didn't have much to say
22 because it was like ten years past, and so I
23 didn't -- you know, I didn't know much -- didn't



Page 73

1 to testify about the 2023 enacted plan, Ala Act
2 2023-563?
3     A.    I don't know what it is, no.
4     Q.    Do you know anything -- or have you
5 been asked to testify about the court ordered 2023
6 Congressional Plan?
7     A.    No.
8     Q.    Are you going to testify about how
9 any of the plans we have talked about comply or
10 don't comply with the Constitution or the Voting
11 Rights Act?
12    A.    I don't know.
13    Q.    Okay.  Are you going to -- I think
14 we have covered that.
15          Are you going to testify about
16 various case law such as Cooper v. Harris; what it
17 means and how it applies to this case?
18    A.    No.
19    Q.    Are you going to testify about
20 whether the State is required to draw influence or
21 crossover districts in order to comply with the US
22 Constitution or the Voting Rights Act?
23    A.    No plans.

Page 74

1     Q.    Are you going to offer testimony
2 that you know of in support of the Caster or
3 Milligan Plans, the plaintiffs in the other two
4 Congressional lawsuits?
5     A.    No plans.
6     Q.    Just yourself, what do you want the
7 court to do in terms of a remedial plan if you
8 prevail on any of your claims?  Maybe that's been
9 asked and answered.
10          I think you said you were going to
11 leave it up to your attorneys.  We will move on
12 from that.
13          MR. WALKER:  Can we take a break?
14          MR. PENN:  Sure.
15
16            10:15 AM
17         (SHORT RECESS)
18            10:30 AM
19
20          MR. WALKER:  Reverend Andrews, we
21 are back on the record.  And thank you for that
22 little break.
23          I do not have any further questions

Page 75

1 to ask you.  One of the other attorneys may have
2 questions for you.
3          (Pause)
4          MR. DAVIS:  Jim Davis.  I do not
5 have any questions.  Thank you.
6          MR. PENN:  We don't have any
7 questions.
8          I was waiting to see if there are
9 any other attorneys online that might.
10         MS. SADASIVAN:  Milligan plaintiffs
11 also don't have any questions.
12         MR. WALKER:  Anyone else who might
13 have any questions please speak up.
14         (Pause)
15         MR. WALKER:  All Right.  Reverend
16 Andrew, thank you for coming in today and have a
17 good rest of your day.
18         THE WITNESS:  Thank you.
19         MR. WALKER:  The deposition is
20 terminated.
21
22
23         (Deposition concluded at 10:31 AM)

Page 76

1           C E R T I F I C A T E
2      I hereby certify that the above and
3 foregoing deposition of REVEREND DARRYL ANDREWS was
4 taken down by me in stenotype and the questions and
5 answers thereto were transcribed by means of
6 computer-aided transcription given by said witness
7 upon said deposition.
8      I further certify that I am neither of
9 counsel, nor of kin to the parties to the action,
10 nor am I in anywise interested in the result of
11 said cause.
12      I further certify that I am duly licensed
13 by the Alabama, Georgia, and Tennessee Boards of
14 Court Reporting as a Certified Court Reporter as
15 evidenced by the numbers following my name found
16 below.
17         *David Miller*
18         DAVID L. MILLER, CCR, RPR, RMR
19
20 Alabama #347; expires 9/30/2024
21 Georgia #6322-0018-0740-915; expires 4/1/2025
22 Commissioner for the State of Alabama at Large.
23 My Commission Expires 1/10/2026

