## BOBBY SINGLETON, et al

## vs

## WES ALLEN, et al

## SENATOR RODGER SMITHERMAN

## July 29, 2024



www.alabamareporting.com   *   877.478.3376

Page 1

```
 1        IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF ALABAMA
 2                  SOUTHERN DIVISION
          CASE NUMBER 2:21-CV-1291-AMM
 3
 4   BOBBY SINGLETON, et al.,
            Plaintiffs,
 5
     v.                        CERTIFIED COPY
 6
     WES ALLEN, in his official capacity
 7   as Alabama Secretary of State, et al.,
            Defendants.
 8   ------------------------------------------
          CASE NUMBER 2:21-CV-01530-AMM
 9
10   EVAN MILLIGAN, et al.,
            Plaintiffs,
11
     v.
12
     WES ALLEN, in his official capacity
13   as Alabama Secretary of State, et al.,
            Defendants.
14   ------------------------------------------
          CASE NUMBER 2:21-CV-01536-AMM
15
16   MARCUS CASTER, et al.,
            Plaintiffs,
17
     v.
18
     WES ALLEN, in his official capacity
19   as Alabama Secretary of State, et al.,
            Defendants.
20
21              DEPOSITION
                   OF
22         SENATOR RODGER SMITHERMAN
                July 29, 2024
23               9:01 a.m.
```

Page 2

```
 1        The deposition of SENATOR RODGER
 2   SMITHERMAN was taken before Sabrina Lewis, CCR, on
 3   July 29, 2024, commencing at 9:01 a.m., at Whatley
 4   Kallis, 1000 Park Place Tower, Birmingham,
 5   Alabama, pursuant to the stipulations set forth
 6   herein.
```

Page 3

```
 1               S T I P U L A T I O N S
 2
 3        IT IS STIPULATED AND AGREED by and
 4   between the parties through their respective
 5   counsel that the deposition of SENATOR RODGER
 6   SMITHERMAN may be taken before Sabrina Lewis,
 7   Certified Court Reporter, Notary Public, State of
 8   Alabama at Large, at Whatley Kallis, 1000 Park
 9   Place Tower, Birmingham, Alabama, on July 29,
10   2024, commencing at 9:01 a.m.
11
12        IT IS FURTHER STIPULATED AND AGREED that
13   the signature to and reading of the deposition by
14   the witness is not waived, the deposition to have
15   the same force and effect as if full compliance
16   had been had with all laws and rules of court
17   relating to the taking of depositions.
18
19        IT IS FURTHER STIPULATED AND AGREED that
20   it shall not be necessary for any objections to be
21   made by counsel to any questions, except as to
22   form or leading questions, and that counsel for
23   the parties may make objections and assign grounds
```

Page 4

```
 1   at the time of trial, or at the time said
 2   deposition is offered in evidence, or prior
 3   thereto.
 4
 5        IT IS FURTHER STIPULATED AND AGREED that
 6   notice of filing of the deposition by the
 7   Commissioner is waived.
```



ALABAMA COURT REPORTING

Page 5

1        A P P E A R A N C E S
2
3   APPEARING ON BEHALF OF THE SINGLETON PLAINTIFFS:
4       James Uriah Blacksher, Esq.
5       James U. Blacksher, Attorney
6       825 Linwood Road
7       Birmingham, Alabama 35222
8       205-612-3752
9       jublacksher@gmail.com
10
11      U.W. Clemon, Esq.
12      U.W. Clemon, LLC
13      2001 Park Place, Suite 1000
14      Birmingham, Alabama 35222
15      205-837-2898
16      uwclemon1@gmail.com

Page 6

1        A P P E A R A N C E S (continued)
2
3   APPEARING ON BEHALF OF THE MILLIGAN PLAINTIFFS:
4   (via videoconference)
5       Kathryn Carden Sadasivan, Esq.
6       NAACP Legal Defense & Educational Fund, Inc.
7       40 Rector Street, Fifth Floor
8       New York, New York 10006
9       332-600-9546
10      ksadasivan@naacpldf.org
11
12  APPEARING ON BEHALF OF THE DEFENDANTS, STEVE
13  LIVINGSTON AND CHRIS PRINGLE:
14      Dorman Walker, Esq.
15      Balch & Bingham LLP
16      445 Dexter Avenue, Suite 8000
17      P.O. Box 78 (36101)
18      Montgomery, Alabama 36104
19      334-269-3138
20      dwalker@balch.com

Page 7

1        A P P E A R A N C E S (continued)
2
3   APPEARING ON BEHALF OF THE DEFENDANTS, STEVE
4   LIVINGSTON AND CHRIS PRINGLE:
5       Riley Katherine Lancaster, Esq.
6       Balch & Bingham
7       1901 Sixth Avenue North, Suite 1500
8       Birmingham, Alabama 35203
9       205-226-8767
10      rlancaster@balch.com
11
12  APPEARING ON BEHALF OF THE DEFENDANT, WES ALLEN:
13  (via videoconference)
14      Misty S. Fairbanks Messick, Esq.
15      Assistant Attorney General
16      Office of the Attorney General
17      State of Alabama
18      501 Washington Avenue
19      P.O. Box 300152
20      Montgomery, Alabama 36130-0152
21      334-242-7300
22      misty.messick@alabamaag.gov

Page 8

1            I N D E X
2
3        EXAMINATION INDEX
4
5   WITNESS:  SENATOR RODGER SMITHERMAN       PAGE
6   BY MR. WALKER                             10
    BY MS. MESSICK                            178
7   BY MR. BLACKSHER                          194
8
9            EXHIBIT INDEX
10  Defendant's Exhibit                       PAGE
11  1    Document 242-4, "Exhibit 4,          77
         2021 Plan"
12
    2    Document 242-5, "Exhibit 5,          101
13       2023 Plan"
14  3    Document 311, "Appendix A,           125
         Remedial Plan 3"



Page 9

1        I, Sabrina Lewis, a Certified Court
2   Reporter and a Notary Public for the State of
3   Alabama at Large, acting as Commissioner, certify
4   that, pursuant to the Alabama Rules of Civil
5   Procedure and the foregoing stipulation of
6   counsel, there came before me at Whatley Kallis,
7   1000 Park Place Tower, Birmingham, Alabama, on
8   July 29, 2024, commencing at 9:01 a.m., SENATOR
9   RODGER SMITHERMAN, witness in the above cause, for
10  oral examination, whereupon the following
11  proceedings were had:
12         THE COURT REPORTER:  Usual stipulations?
13         MR. WALKER:  Yes, please.
14         And you have the option, Senator
15  Smitherman, to read your deposition and maybe make
16  any corrections that you think need to be made and
17  sign it.  Do you want to read and sign?
18         SENATOR SMITHERMAN:  Yes.
19         MR. WALKER:  Okay.
20         (Witness sworn.)
21  ///
22  ///
23  ///

Page 10

1        SENATOR RODGER SMITHERMAN,
2   duly sworn, was examined and testified as follows:
3              EXAMINATION
4   BY MR. WALKER:
5     Q.  Good morning, Senator Smitherman.
6     A.  Good morning, counsel.
7     Q.  Even though we know each other, let me
8   introduce myself for the record.  I'm Dorman
9   Walker.  And as you know, I represent the
10  redistricting committee and the chairs of the
11  committee who right now are Representative Pringle
12  and Senator Livingston, who have intervened in
13  this case as defendants.
14         There is also another defendant,
15  Secretary of State Wes Allen, who's being
16  represented in this deposition by Misty Fairbanks,
17  who you saw a moment ago, in the Attorney
18  General's Office.
19         This is our opportunity to understand
20  your testimony in this matter and what you have to
21  say against the Enacted Plan, the plan that the
22  legislature passed in 2023, and in favor of
23  whatever remedy that you and the other plaintiffs

Page 11

1   are seeking from the court in this matter.
2         You've been deposed a number of times,
3   have you not?
4     A.  I've been deposed several times but not a
5   tremendously large number of times.
6     Q.  Well, let's go over the rules, then, real
7   quickly.
8         This is not a normal conversation
9   because our court reporter is taking everything
10  down.
11        I have a bad habit when I'm talking with
12  someone of kind of jumping into the conversation
13  at times.  We can't do that in this conversation.
14  We have to wait till each one finishes.
15        And in particular, you also please
16  answer my questions verbally, with a narrative
17  answer, a yes, no, or narrative answer instead of
18  shaking your head or something like that, because
19  she can't take that down.
20    A.  All right.
21    Q.  If you don't understand the question that
22  I've asked or if it's wrong in some way, if maybe
23  I've summarized your testimony and you think maybe

Page 12

1   I misquoted you or said something in the wrong
2   way, let me know, because I don't want to ask a
3   question that you don't understand or that you
4   feel is in some way tricky.  And I'll try to
5   rephrase the way question, okay?
6     A.  Okay.
7     Q.  Similarly, as we go through the
8   deposition, it's not uncommon that you might
9   remember something or a thought may occur about
10  something you could have said to an earlier
11  question.  So if you want to go back and change a
12  question, if you say, you know, Dorman, I forgot
13  something.  I need to add something to the
14  question I gave you a while ago -- answer, that's
15  perfectly fine, okay?
16    A.  Okay.
17    Q.  Your counsel may object from time to
18  time.  He may say, "Object to the form."  If he
19  does that, he's really talking to me and giving me
20  a sort of legal advice that he doesn't think I
21  asked a very good question, but you can go ahead
22  and answer the -- answer the question.
23        If he thinks I'm getting into privileged



Page 197

1  Q.  Was the opportunity you took advantage of
2  to get elected to the Alabama Senate, was that
3  opportunity provided by the federal government or
4  the state government?  Did the state government or
5  the federal government provide the opportunity for
6  African Americans --
7    A.  Oh.
8    Q.  -- in Alabama to elect members of the
9  Alabama legislature?
10   A.  I got you.  No, that was federal
11 government.  You know.  That's where we got the
12 first opportunity after Reconstruction.  It was
13 based on the federal government.
14   Q.  And is the same true with respect to the
15 opportunity to elect members of Congress?
16   A.  Yes.
17   Q.  With respect to the split of Mobile
18 County in Remedial Plan 3 that Ms. Messick was
19 asking you about --
20   A.  Yes.
21   Q.  And didn't you testify that you support
22 this plan that was adopted by the court?
23   A.  Yes.  I support it.  I support it now.

Page 198

1    Q.  And are you aware that your lawyers in
2  court have taken the position that this plan does
3  not violate either the Voting Rights Act or the
4  Constitution?
5    A.  Yes.
6    Q.  Okay.  Do you disagree with that?
7    A.  No.  Not -- not -- no.  Uh-uh.  Because
8  not only that, but the paramount is that we need
9  an opportunity district so African Americans at
10 least have a shot at getting the person of their
11 choice.
12       MR. BLACKSHER:  Okay.  Back to you,
13 Dorman.
14       Well, wait a minute.  I'm sorry.
15 Ms. Sadasivan may have some questions.
16       MS. SADASIVAN:  Kathryn Sadasivan.  Thank
17 you so much for sitting for a deposition.  I don't
18 have any further questions for the Milligan
19 plaintiffs.  Thank you.
20       MR. WALKER:  Nothing further for me.
21 Thank you so much for coming in today, Senator
22 Smitherman.
23       THE WITNESS:  Good to see you.

Page 199

1  MR. DORMAN:  Thank you.
2  MR. BLACKSHER:  Okay.  Off the record.
3   (The deposition was concluded at
4    12:51 p.m.)

Page 200

1           C E R T I F I C A T E
2
3  STATE OF ALABAMA
4  AT LARGE
5
6       I hereby certify that the above and
   foregoing deposition of SENATOR RODGER SMITHERMAN
7  was taken down by me in stenotype and the
   questions and answers thereto were transcribed by
8  means of computer-aided transcription, and that
   the foregoing represents a true and correct
9  transcript of the testimony given by said witness
   upon said hearing.
10
       I further certify that I am neither of
11 counsel, nor of kin to the parties to the action,
   nor am I in anywise interested in the result of
12 said cause.
13      I further certify that I am duly licensed
   by the Alabama Board of Court Reporting as a
14 Certified Court Reporter as evidenced by the ACCR
   number following my name found below.
15
16
   So certified on this date, August 22, 2024.
17
18
19             Sabrina Lewis
20
21    /s/Sabrina Lewis, CCR, RDR, CRR
      CCR #165, Expires 9/30/24
22    Commissioner for the State of
      Alabama at Large
23    My commission expires 5/8/27

