FILED
2025 Feb-27  PM 04:27
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

|  |  |
|---|---|
| MARCUS CASTER, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WES ALLEN, *et al.*,<br><br>Defendants. | Case No.: 2:21-cv-1536-AMM |

## PLAINTIFFS' NOTICE OF FILING TRIAL EXHIBITS 155, 158, AND 163

On February 11, 2025, Plaintiffs moved to admit into evidence Exhibit 155, which is Dr. Palmer's CV. Exhibit 155 was admitted without objection. Tr. 486:17–23.

On February 20, 2025, Plaintiffs moved to admit into evidence Exhibit 158, which is Christopher A. Cooper, M.V. Hood III, Scott Huffmon, Quentin Kidd, H. Gibbs Knotts, and Seth C. McKee, *Switching Sides but Still Fighting the Civil War in Southern Politics*, POLITICS, GROUPS, AND IDENTITIES, 10:1, 100-116 (2022). Exhibit 158 was admitted without objection. Tr. 1936:12–20, 1966:3–13.

On February 25, 2025, Plaintiffs moved to admit into evidence Exhibit 163, which is the Declaration of Michelle DePass Identifying Plaintiffs' Trial Exhibits. Exhibit 163 was admitted without objection. Tr. 2425:20–2427:12.

Plaintiffs hereby file Exhibits 155, 158, and 163. Plaintiffs will provide copies of Exhibits 155, 158, and 163 to the addresses set out in the Court's December 5, 2024 Order, Doc. 307.

Dated: February 27, 2025

Respectfully submitted,

By: /s/ *Abha Khanna*

Richard P. Rouco
(AL Bar. No. 6182-R76R)
**Quinn, Connor, Weaver, Davies & Rouco LLP**
Two North Twentieth
2-20th Street North, Suite 930
Birmingham, AL 35203
Phone: (205) 870-9989
Fax: (205) 803-4143
rrouco@qcwdr.com

Abha Khanna*
**Elias Law Group LLP**
1700 Seventh Ave, Suite 2100
Seattle, WA 98101
(206) 656-0177
AKhanna@elias.law

Lalitha D. Madduri*
Richard A. Medina*
Qizhou Ge*
**Elias Law Group LLP**
250 Massachusetts Ave, Suite 400
Washington, D.C. 20001
(202) 968-4490
LMadduri@elias.law
RMedina@elias.law
AGe@elias.law

*Attorneys for Plaintiffs*
*\*Admitted Pro Hac Vice*

2