# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **EVAN MILLIGAN,** *et al.*, )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**WES ALLEN, in his official capacity as Alabama Secretary of State,** *et al.*, )<br>)<br>**Defendants.** ) | **Case No.: 2:21-cv-01530-AMM**<br><br>**THREE-JUDGE COURT** |

Before MARCUS, Circuit Judge, MANASCO and MOORER, District Judges.

BY THE COURT:

## **ORDER**

This congressional redistricting case is before the Court on the *Milligan* Plaintiffs' application for bail-in under Section 3(c) of the Voting Rights Act. The Court **SETS** a hearing on that application for **JULY 29, 2025** at **9:00 AM Central Daylight Time** in the Third Floor Courtroom, Robert S. Vance Federal Building and United States Courthouse, 1800 5th Avenue North, Birmingham, Alabama.

The *Milligan* Plaintiffs and the State are required to attend the hearing, with each side allotted thirty minutes for oral argument. The *Singleton* and *Caster* Plaintiffs may attend and participate in the hearing but are not required to do so.

**DONE** and **ORDERED** this 10th day of July, 2025.

_____
STANLEY MARCUS
UNITED STATES CIRCUIT JUDGE

_____
ANNA M. MANASCO
UNITED STATES DISTRICT JUDGE

_____
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE