# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **BOBBY SINGLETON**, *et al.*,<br>        **Plaintiffs,**<br><br>        **v.**<br><br>**WES ALLEN**, *et al.*,<br>        **Defendants.** | **Case No. 2:21-cv-1291-AMM**<br><br>**THREE-JUDGE COURT** |
| **EVAN MILLIGAN**, *et al.*,<br>        **Plaintiffs,**<br><br>        **v.**<br><br>**WES ALLEN**, *et al.*,<br>        **Defendants.** | **Case No. 2:21-cv-1530-AMM**<br><br>**THREE-JUDGE COURT** |
| **MARCUS CASTER**, *et al.*,<br>        **Plaintiffs,**<br><br>        **v.**<br><br>**WES ALLEN**, *et al.*,<br>        **Defendants.** | **Case No. 2:21-cv-1536-AMM** |

## MOTION FOR LEAVE TO WITHDRAW

I, Edmund LaCour, move for leave to withdraw as counsel of record for

Defendant Secretary of State Wes Allen because I will soon be resigning from the

Alabama Attorney General's Office. The Secretary will continue to be represented by other counsel who have already entered appearances in this case. No party will be prejudiced by this withdrawal.

Respectfully submitted,

Steve Marshall
*Attorney General*

/s/ Edmund G. LaCour Jr.
Edmund G. LaCour Jr.
*Solicitor General*
Office of the Attorney General
501 Washington Avenue
Montgomery, Alabama 36130-0152
Telephone: 334.242.7300
Edmund.LaCour@AlabamaAG.gov

***Counsel for Defendant Allen***

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Edmund G. LaCour Jr.
Edmund G. LaCour Jr.
***Counsel for Defendant Allen***

2