FILED
2026 May-04  PM 01:12
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EVAN MILLIGAN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WES ALLEN, *et al.*, <br><br> Defendants. | Case No. 2:21-cv-01530-AMM <br><br> THREE-JUDGE COURT |
| MARCUS CASTER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WES ALLEN, in his official capacity as Alabama Secretary of State, <br><br> Defendant. | Case No.: 2:21-cv-1536-AMM |

**PLAINTIFFS' MOTION FOR EMERGENCY STATUS CONFERENCE REGARDING THE LEGISLATURE'S MAY 4, 2026 SPECIAL SESSION**

On August 7, 2025, this Court "order[ed] Secretary Allen, and his successors in office, to administer Alabama's congressional elections using Special Master Remedial Plan 3 . . . until Alabama enacts a new congressional districting plan based on 2030 census data." Injunction and Order, Doc. 510 at 1. The Court's "mandatory

1

injunction" expires only upon the enactment of a 2030 plan. *Id*. The Court "retain[ed] jurisdiction over this case until the expiration of the mandatory injunction for the purpose of enforcing this judgment and ruling on appropriate post-trial applications." *Id*. at 2. And, in trying to evade Section 3(c) relief, Defendants Senator Steve Livingston and Representative Chris Pringle repeatedly "represent[ed] in good faith that neither they nor leadership for either chamber of the Alabama Legislature have any intention of passing any additional congressional district maps before receiving 2030 census data." Doc. 493 ¶¶ 3, 5-6; *see also* Order, Doc. 509 at 3 (Aug. 7, 2025) (accepting these representations as a basis for denying relief to Plaintiffs).

Despite this Court's order and Defendants' representations to this Court—upon which this Court relied—on Friday May 1, 2026, Defendant Allen attested to a proclamation by the Governor calling for a special session starting at 4:00pm central *today*, Monday May 4th, 2026. Ex. A. The Legislature intends to "consider legislation to provide for a special primary election for electing members of the United States House of Representatives . . . whose boundary lines are altered by a court issuing a judgment, vacating an injunction, or otherwise ordering or permitting an alteration in the boundaries of such districts." *Id*.

The *Milligan*, *Caster*, and *Singleton* Plaintiffs respectfully request that this Court hold an emergency status conference as soon as possible today to discuss whether Defendants' actions in participating in the scheduled Special Session violate

2

the injunction or whether their actions otherwise show any bad faith by Defendants. Counsel for Plaintiffs are available at any time today.

For the forgoing reasons, Plaintiffs respectfully request a status conference to discuss the Special Session and any other related matters in this case.

Respectfully submitted this 4th day of May 2026.

|  |  |
|---|---|
| Richard P. Rouco | By: /s/ *Abha Khanna* |
| (AL Bar. No. 6182-R76R) | Abha Khanna* |
| **Quinn, Connor, Weaver, Davies & Rouco LLP** | ELIAS LAW GROUP LLP |
| Two North Twentieth | 1700 Seventh Ave., Suite 2100 |
| 2-20th Street North, Suite 930 | Seattle, WA 98101 |
| Birmingham, AL 35203 | (206) 656-0177 |
| Phone: (205) 870-9989 | AKhanna@elias.law |
| Fax: (205) 803-4143 | |
| Email: rrouco@qcwdr.com | Lalitha D. Madduri* |
| | Richard A. Medina * |
| | ELIAS LAW GROUP LLP |
| | 250 Massachusetts Ave, NW Suite 400 |
| | Washington, DC 20001 |
| | (202) 968-4490 |
| | LMadduri@elias.law |
| | RMedina@elias.law |
| | |
| | *Admitted Pro Hac Vice* |
| **Counsel for Caster Plaintiffs** | |

| | |
|---|---|
| /s/ *Deuel Ross* (with permission) | /s/ *Sidney Jackson* (with permission) |
| Deuel Ross* | Sidney M. Jackson (ASB-1462-K40W) |
| Victor Olofin* | Nicki Lawsen (ASB-2602-C00K) |
| NAACP LEGAL DEFENSE & EDUCATIONAL FUND, INC. | WIGGINS CHILDS PANTAZIS FISHER & GOLDFARB, LLC |
| 700 14th Street N.W. Ste. 600 | 301 19th Street North |
| Washington, DC 20005 | Birmingham, AL 35203 |
| (202) 682-1300 | Phone: (205) 341-0498 |

3

dross@naacpldf.org

Stuart Naifeh*
Kathryn Sadasivan (ASB-517-E48T)
Brittany Carter*
NAACP LEGAL DEFENSE &
  EDUCATIONAL FUND, INC.
40 Rector Street, 5th Floor
New York, NY 10006
(212) 965-2200

Jessica L. Ellsworth*
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, D.C. 20004
(202) 637-5600

David Dunn*
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY 10017
(212) 918-3000
david.dunn@hoganlovells.com

Michael Turrill*
Harmony A. Gbe*
HOGAN LOVELLS US LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
(310) 785-4600
michael.turrill@hoganlovells.com
harmony.gbe@hoganlovells.com

sjackson@wigginschilds.com
nlawsen@wigginschilds.com

Davin M. Rosborough*
Theresa Lee*
Dayton Campbell-Harris*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad St.
New York, NY 10004
(212) 549-2500
drosborough@aclu.org
dcampbell-harris@aclu.org

Alison Mollman (ASB-8397-A33C)
AMERICAN CIVIL LIBERTIES UNION
OF ALABAMA
P.O. Box 6179
Montgomery, AL 36106-0179
(334) 265-2754

Blayne R. Thompson*
HOGAN LOVELLS US LLP
609 Main St., Suite 4200
Houston, TX 77002
(713) 632-1400
blayne.thompson@hoganlovells.com

*Counsel for Milligan Plaintiffs*

Janette Louard*
Anthony Ashton*
Anna Kathryn Barnes*
NATIONAL ASSOCIATION FOR THE

4

ADVANCEMENT OF COLORED PEOPLE (NAACP)
4805 Mount Hope Drive
Baltimore, MD 21215
(410) 580-5777
jlouard@naacpnet.org

***Counsel for Plaintiff Alabama State Conference of the NAACP***
*\* Admitted Pro Hac Vice*
James Uriah Blacksher
825 Linwood Road
Birmingham, AL 35222
Tel: (205) 612-3752
Fax: (866) 845-4395
Email: jublacksher@gmail.com

U.W. Clemon
U.W. Clemon, LLC
Renasant Bank Building
2001 Park Place North, Tenth Floor
Birmingham, AL 35203
Tel.: (205) 506-4524
Fax: (205) 538-5500
Email: uwclemon1@gmail.com

Henry C. Quillen (admitted pro hac vice)
WHATLEY KALLAS, LLP
159 Middle Street, Suite 2C
Portsmouth, NH 03801 Tel: (603) 294-1591 Fax: (800) 922-4851 Email:
hquillen@whatleykallas.com

Myron Cordell Penn
PENN & SEABORN, LLC
1971 Berry Chase Place
Montgomery, AL 36117
Tel: (334) 219-9771
Email: myronpenn28@hotmail.com

/s/ J.S. "Chris" Christie (with permission)
J.S. "Chris" Christie (ASB-3162-H07J)
Dentons Sirote PC

5

2311 Highland Avenue South
Birmingham, AL 35205
Tel: (205) 930-5100
Fax: (205) 930-5101
chris.christie@dentons.com

**Counsel for Singleton Plaintiffs**

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 4, 2026, a copy of the foregoing has been served on all counsel of record through the Court's CM/ECF system.


*/s/ Abha Khanna*
Abha Khanna
Counsel for Caster Plaintiffs