FILED
2026 May-08  PM 05:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **MARCUS CASTER,** *et al.*, | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 2:21-cv-1536-AMM** |
| | ) | |
| **WES ALLEN,** *in his official* | ) | |
| *capacity as Alabama Secretary of* | ) | |
| *State*, *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

This case is before the Court on an emergency motion to stay by Alabama Secretary of State Wes Allen. Doc. 427. The Court **ADOPTS** the analysis set forth in the contemporaneous ruling on the Secretary's motion to stay in *Milligan v. Allen*, Case No. 2:21-cv-01530-AMM, as if it was fully set forth herein and **DENIES** the Secretary's motion.

**DONE** and **ORDERED** this 8th day of May, 2026.



_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE