FILED

2026 May-14  AM 11:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **MARCUS CASTER,** *et al.*, | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | )   **Case No.: 2:21-cv-1536-AMM** |
| | ) |
| **WES ALLEN,** *in his official capacity as Alabama Secretary of State*, *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

This congressional redistricting case has returned to this Court from the United States Court of Appeals for the Eleventh Circuit after the Supreme Court of the United States expedited its proceedings and instructed the Circuit to remand for this Court to reconsider its earlier rulings in light of *Callais v. Louisiana*, Nos. 24-109, 24-110, 2026 WL 1153054, (U.S. Apr. 29, 2026). *See Allen v. Caster*, No. 25-243, 2026 WL 1282800, at *1 (U.S. May 11, 2026). The Court **ADOPTS** the scheduling order set forth in *Milligan* as if it were fully set forth herein, and the parties should present motions and other paper accordingly. *See Milligan* Doc. 528.

**DONE** and **ORDERED** this 14th day of May, 2026.



**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE