FILED

2026 May-15  PM 01:41
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **MARCUS CASTER**, *et al.*, | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 2:21-cv-1536-AMM** |
| | ) | |
| **WES ALLEN**, *in his official capacity as Alabama Secretary of State*, *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

This congressional redistricting case is **SET** for a motions hearing on the application for Preliminary Injunctive Relief filed by the *Caster* Plaintiffs at **9:00 AM Central time** on **May 22, 2026**, in the Third Floor Courtroom of the Robert S. Vance Federal Building and United States Courthouse, 1800 5th Avenue North, Birmingham, Alabama 35203.

Alabama Director of Elections Jeff Elrod is **DIRECTED** to appear in person at the hearing so that he may testify about the matters set forth in his declaration filed with this Court on May 15, 2026. *See* Doc. 436-1.

**DONE** and **ORDERED** this 15th day of May, 2026.



**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE