FILED

2026 May-18  AM 10:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **BOBBY SINGLETON, *et al.*,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 2:21-cv-1291-AMM** |
| | ) | |
| **WES ALLEN, *in his official*** | ) | **THREE-JUDGE COURT** |
| ***capacity as Secretary of State of*** | ) | |
| ***Alabama, et al.*,** | ) | |
| | ) | |
| **Defendants.** | ) | |

| | | |
|---|---|---|
| **EVAN MILLIGAN, *et al.*,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 2:21-cv-1530-AMM** |
| | ) | |
| **WES ALLEN, *in his official*** | ) | **THREE-JUDGE COURT** |
| ***capacity as Secretary of State of*** | ) | |
| ***Alabama, et al.*,** | ) | |
| | ) | |
| **Defendants.** | ) | |

| | | |
|---|---|---|
| **MARCUS CASTER, *et al.*,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 2:21-cv-1536-AMM** |
| | ) | |
| **WES ALLEN, *in his official*** | ) | |
| ***capacity as Alabama Secretary of*** | ) | |
| ***State, et al.*,** | ) | |
| | ) | |
| **Defendants.** | ) | |

Before MARCUS, Circuit Judge, MANASCO and MOORER, District Judges.

BY THE COURT:

## ORDER

The Motion Hearing in these congressional redistricting cases set for Friday, May 22, 2026, at 9:00 AM will be held in the Special Proceedings Courtroom on the 8th Floor of the Hugo L. Black United States Courthouse, 1729 5th Avenue North, Birmingham, Alabama 35203.

**DONE** and **ORDERED** this 18th day of May, 2026.

**STANLEY MARCUS**
UNITED STATES CIRCUIT JUDGE

**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE

**TERRY F. MOORER**
UNITED STATES DISTRICT JUDGE

2