FILED

2026 Jun-17  PM 01:25
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

|  |  |
|---|---|
| BOBBY SINGLETON, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WES ALLEN, *et al.*,<br><br>Defendants. | Case No.: 2:21-cv-1291-AMM<br><br>THREE-JUDGE COURT |
| EVAN MILLIGAN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WES ALLEN, *et al.*,<br><br>Defendants. | Case No.: 2:21-cv-1530-AMM<br><br>THREE-JUDGE COURT |
| MARCUS CASTER, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WES ALLEN, *et al.*,<br><br>Defendants. | Case No.: 2:21-cv-1536-AMM |

## JOINT MOTION TO EXTEND DEADLINE
## TO SUBMIT PROPOSED SCHEDULING ORDER

Pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure, the parties in these three cases respectfully request that the Court grant an extension of time to jointly propose "applicable limits on depositions, interrogatories, and requests for production and admission, as well as deadlines for the exchange of expert reports" from the current deadline of June 22, 2026, to July 31, 2026. *See Milligan* ECF No. 537 at 78.

The parties have conferred and agree that a short extension of the deadline is warranted. Good cause exists for the requested extension. Plaintiffs require additional time to consider and confer on the proposed scheduling order among themselves and with other parties, and to accommodate counsel's previously scheduled international travel in the coming weeks.

State Defendants join this motion protectively. They expressly reserve their arguments that *Allen v. Milligan*, 2026 WL 1552756 (U.S. June 2, 2026), already stayed the discovery and trial deadlines set in this Court's May 26, 2026 order as well as their arguments that further discovery and a new trial are neither appropriate nor needed to resolve this case. These arguments will be set out in a forthcoming filing. In any event, State Defendants agree that the June 22, 2026 deadline should, at a minimum, be continued through at least July 31, 2026.

Accordingly, the parties in these three cases respectfully request that the Court grant an extension of the deadline to jointly propose discovery limits and schedules.

2

Dated: June 17, 2026                    Respectfully submitted,


                                        /s/ *Abha Khanna*
Richard P. Rouco                        Abha Khanna*
(AL Bar. No. 6182-R76R)                 **Elias Law Group LLP**
**Quinn, Connor, Weaver, Davies**       1700 Seventh Ave, Suite 2100
**& Rouco LLP**                         Seattle, WA 98101
Two North Twentieth                     Phone: (206) 656-0177
2-20th Street North, Suite 930          Email: AKhanna@elias.law
Birmingham, AL 35203
Phone: (205) 870-9989
Fax: (205) 803-4143                     Lalitha D. Madduri*
Email: rrouco@qcwdr.com                 Richard A. Medina*
                                        **Elias Law Group LLP**
                                        250 Massachusetts Ave. NW,
                                        Suite 400
                                        Washington, D.C. 20001
                                        Phone: (202) 948-1135
                                        Email: LMadduri@elias.law
                                        Email: RMedina@elias.law

*Counsel for Caster Plaintiffs*
*Admitted Pro Hac Vice*


/s/ *Deuel Ross* (with permission)      /s/ *Sidney Jackson* (with permission)
Deuel Ross*                             Sidney M. Jackson (ASB-1462-K40W)
Victor Olofin*                          Nicki Lawsen (ASB-2602-C00K)
NAACP LEGAL DEFENSE &                    WIGGINS CHILDS PANTAZIS
   EDUCATIONAL FUND, INC.                   FISHER & GOLDFARB, LLC
700 14th Street N.W. Ste. 600           301 19th Street North
Washington, DC 20005                    Birmingham, AL 35203
(202) 682-1300                          Phone: (205) 341-0498
dross@naacpldf.org                      sjackson@wigginschilds.com
                                        nlawsen@wigginschilds.com

Stuart Naifeh*
Kathryn Sadasivan (ASB-517-E48T)        Davin M. Rosborough*
Brittany Carter*                        Theresa Lee*
Colin Burke*                            Dayton Campbell-Harris*†
NAACP LEGAL DEFENSE &                    Sophia Lakin
   EDUCATIONAL FUND, INC.                AMERICAN CIVIL LIBERTIES
40 Rector Street, 5th Floor             UNION FOUNDATION
New York, NY 10006                      125 Broad St.

3

(212) 965-2200

Jessica L. Ellsworth*
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, D.C. 20004
(202) 637-5600

David Dunn*
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY 10017
(212) 918-3000
david.dunn@hoganlovells.com

Michael Turrill*
Harmony A. Gbe*
HOGAN LOVELLS US LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
(310) 785-4600
michael.turrill@hoganlovells.com
harmony.gbe@hoganlovells.com

New York, NY 10004
(212) 549-2500
drosborough@aclu.org
tlee@aclu.org
dcampbell-harris@aclu.org
slakin@aclu.org

Alison Mollman (ASB-8397-A33C)
Paul Rand (ASB-5595-O99N)
AMERICAN CIVIL LIBERTIES UNION
OF ALABAMA
P.O. Box 6179
Montgomery, AL 36106-0179
(334) 265-2754

Blayne R. Thompson*
HOGAN LOVELLS US LLP
609 Main St., Suite 4200
Houston, TX 77002
(713) 632-1400
blayne.thompson@hoganlovells.com

*Counsel for Milligan Plaintiffs*
\* *Admitted Pro Hac Vice*
† Practice Limited to Federal Court

Janette Louard*
Anthony Ashton*
NATIONAL ASSOCIATION FOR
THE ADVANCEMENT OF
COLORED PEOPLE (NAACP)
4805 Mount Hope Drive
Baltimore, MD 21215
(410) 580-5777
jlouard@naacpnet.org

4

*Counsel for Plaintiff Alabama State
Conference of the NAACP*
*\* Admitted Pro Hac Vice*


James Uriah Blacksher
825 Linwood Road
Birmingham, AL 35222
Tel: (205) 612-3752
Fax: (866) 845-4395
Email: jublacksher@gmail.com


U.W. Clemon
U.W. Clemon, LLC
Renasant Bank Building
2001 Park Place North, Tenth Floor
Birmingham, AL 35203
Tel.: (205) 506-4524
Fax: (205) 538-5500
Email: uwclemon1@gmail.com

/s/ J.S. "Chris" Christie (with permission)
J.S. "Chris" Christie (ASB-3162-H07J)
Dentons Sirote PC
2311 Highland Avenue South
Birmingham, AL 35205
Tel: (205) 930-5100
Fax: (205) 930-5101
chris.christie@dentons.com


Henry C. Quillen (admitted pro hac vice)
WHATLEY KALLAS, LLP
159 Middle Street, Suite 2C
Portsmouth, NH 03801 Tel: (603) 294-1591
Fax: (800) 922-4851 Email:
hquillen@whatleykallas.com


Myron Cordell Penn
PENN & SEABORN, LLC
1971 Berry Chase Place
Montgomery, AL 36117
Tel: (334) 219-9771
Email: myronpenn28@hotmail.com

*Counsel for Singleton Plaintiffs*


s/Michael P. Taunton [with permission]
Michael P. Taunton (ASB-6833-H00S)
Riley Kate Lancaster (ASB-1002-X86W)
BALCH & BINGHAM LLP
1901 Sixth Avenue North, Suite 1500
Birmingham, Alabama 35203
Telephone (205) 251-8100
MTaunton@Balch.com
RLancaster@Balch.com

Steve Marshall
  *Attorney General*

A. Barrett Bowdre (ASB-2087-K29V)
  *Solicitor General*

Robert M. Overing (ASB-1813-T71F)
  *Principal Deputy Solicitor General*

s/Brenton M. Smith [with permission]
Brenton M. Smith (ASB-1656-X27Q)
  *Deputy Attorney General*

5

*Counsel for Senator Livingston*
*and Representative Pringle*

Richard D. Mink (ASB-4802-M76R)
Misty S. Fairbanks Messick (ASB-1813-T71F)
Benjamin M. Seiss (ASB-2110-O00W)
Matthew R. Duggan (ASB-1512-D00L)
 *Assistant Attorneys General*

OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8400
Barrett.Bowdre@AlabamaAG.gov
Robert.Overing@AlabamaAG.gov
Brenton.Smith@AlabamaAG.gov
Richard.Mink@AlabamaAG.gov
Misty.Messick@AlabamaAG.gov
Ben.Seiss@AlabamaAG.gov
Matt.Duggan@AlabamaAG.gov

*Counsel for Secretary Allen*

6

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I certify that a copy of the foregoing has been served by ordinary U.S. Mail upon all parties for whom counsel has not yet entered an appearance electronically: None.

/s/ *Abha Khanna*
Abha Khanna
Counsel for *Caster*
Plaintiffs