FILED
2026 Jun-25  AM 09:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 26-11828
_____

MARCUS CASTER,

LAKEISHA CHESTNUT,

BOBBY LEE DEBOUSE,

BENJAMIN JONES,

RODNEY ALLEN LOVE, et al.,

*Plaintiffs-Appellees,*

*versus*

JIM MCCLENDON,

*Defendant,*

CHRIS PRINGLE,

SECRETARY OF STATE FOR THE STATE OF ALABAMA,

STEVE LIVINGSTON,

Current Senate Chair of the Alabama Legislature's Permanent
Legislative Committee on Reapportionment,

*Defendants-Appellants.*

2                           Order of the Court                    26-11828

_____

Appeal from the United States District Court
for the Northern District of Alabama
D.C. Docket No. 2:21-cv-01536-AMM

_____

ORDER:

The motion to stay the appeal is GRANTED. This appeal is stayed until a decision is issued in *Singleton v. Allen* 2:21-cv-1291 and *Milligan v. Allen 2:21-cv-1530-AMM,* pending before the U.S. Supreme Court.

The movant is DIRECTED to promptly file a notice when the decision is issued.


/s/ Nancy G. Abudu
UNITED STATES CIRCUIT JUDGE