FILED

2026 Jul-20  PM 01:32
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **BOBBY SINGLETON,** *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | **Case No.: 2:21-cv-1291-AMM** |
| ) | |
| **WES ALLEN,** *in his official* ) | **THREE-JUDGE COURT** |
| *capacity as Secretary of State of* ) | |
| *Alabama, et al.*, ) | |
| ) | |
| **Defendants.** ) | |

| | |
|---|---|
| **EVAN MILLIGAN,** *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | **Case No.: 2:21-cv-1530-AMM** |
| ) | |
| **WES ALLEN,** *in his official* ) | **THREE-JUDGE COURT** |
| *capacity as Secretary of State of* ) | |
| *Alabama, et al.*, ) | |
| ) | |
| **Defendants.** ) | |

| | |
|---|---|
| **MARCUS CASTER,** *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | **Case No.: 2:21-cv-1536-AMM** |
| ) | |
| **WES ALLEN,** *in his official* ) | |
| *capacity as Alabama Secretary of* ) | |
| *State, et al.*, ) | |
| ) | |
| **Defendants.** ) | |

Before MARCUS, Circuit Judge, MANASCO and MOORER, District Judges.

BY THE COURT:

## **ORDER**

These cases are before the Court on several outstanding motions.

The *Singleton* plaintiffs have asked us to set a briefing schedule on their outstanding motion to amend judgment and the Secretary's motion to stay proceedings in this Court. *Singleton* Docs. 369, 371–72. That motion is **GRANTED**, and the *Singleton* plaintiffs may file a reply in support of their motion to amend judgment and a response to the Secretary's motion to stay, on or before July 24, 2026. The Secretary may file a reply in support of his motion to stay on or before July 31, 2026.

The Supreme Court granted the Secretary's application to stay our "May 26, 2026, order." *Allen v. Milligan*, 146 S. Ct. 1377, 1382 (2026). We understand that this directive relieved the parties of their obligation to submit the joint proposal for a discovery schedule contemplated by our preliminary injunction. *See Milligan* Doc. 537 at 78. Accordingly, we do not expect the parties to meet and confer and file a report on a proposed discovery schedule at this time.

Separately, the Clerk of Court is **DIRECTED** to **TERMINATE** the following outstanding motions:

- *Singleton* Docs. 344, 346, 354.

2

- *Milligan* Docs. 518, 526, 527.

- *Caster* Docs. 425, 431, 432.

**DONE** and **ORDERED** this 20th day of July, 2026.

**STANLEY MARCUS**
UNITED STATES CIRCUIT JUDGE

**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE

**TERRY F. MOORER**
UNITED STATES DISTRICT JUDGE

3